# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD S )<br>*Plaintiff* )<br>v. )<br>ROBERT F. KENNEDY, JR., in his official capacity a )<br>*Defendant* ) | Case No. 2:25-cv-00781 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiffs Washington State Association of Head Start and Early Childhood Education and Assistance Program, Wisconsin Head Start Association, Illinois Head Start Association, Pennsylvania Head Start Association, Family Forward Oregon, Parent Voices Oakland

Date:   05/05/2025

/s/ David Montes
*Attorney's signature*

David Montes  WSBA No. 43610)
*Printed name and bar number*

AMERICAN CIVIL LIBERTIES
UNION OF WASHINGTON
P.O. BOX 2728
Seattle, Washington 98111-2728
*Address*

dmontes@aclu-wa.org
*E-mail address*

(206) 624-2184
*Telephone number*

none
*FAX number*