The Honorable Ricardo S. Martinez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM, ILLINOIS HEAD START ASSOCIATION, PENNSYLVANIA HEAD START ASSOCIATION, WISCONSIN HEAD START ASSOCIATION, FAMILY FORWARD OREGON, and PARENT VOICES OAKLAND,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start,<br><br>*Defendants.* | Case No. 2:25-cv-00781-RSM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE DECLARATIONS IN PSEUDONYM**<br><br>NOTE ON MOTION CALENDAR:<br><br>JUNE 13, 2025 |

[PROPOSED] ORDER GRANTING MOTION - 1
FILE DECLARATIONS IN PSEUDONYM
2:25-CV-00781-RSM

A.C.L.U. OF WASHINGTON
PO BOX 2728 SEATTLE, WA98111-2728
(206) 624-2184

1 | This matter came before the Court on Plaintiffs' Motion for Leave to File Declarations in
2 | Pseudonyms. For good cause shown, the Motion is GRANTED. The Court will fully consider
3 | the declarations of Jane Doe and Member A and Member B of Family Forward Oregon who
4 | submitted declarations in support of Plaintiffs' Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

Dated this ____ day of May 2025

_____
Judge Ricardo S. Martinez

Presented by:

| By:   /s/   La Rond Baker | Kevin M. Fee (*pro hac vice*) |
|---|---|
| La Rond Baker (WSBA No. 43610) | Allison Siebeneck (*pro hac vice*) |
| Brent Low (WSBA No. 61795) | ROGER BALDWIN FOUNDATION OF |
| David Montes (WSBA No. 45205) | ACLU, INC. |
| AMERICAN CIVIL LIBERTIES | 150 N. Michigan Ave, Suite 600 |
| UNION OF WASHINGTON | Chicago, IL 60601 |
| P.O. BOX 2728 | Tel: (312) 201-9740 |
| Seattle, Washington 98111-2728 | kfee@aclu-il.org |
| Tel: (206) 624-2184 | |
| baker@aclu-wa.org | Lindsay Nako (*pro hac vice*) |
| | Lori Rifkin  (*pro hac vice*) |
| Ming-Qi Chu (*pro hac vice*) | Fawn Rajbhandari-Korr (*pro hac vice*) |
| Jennesa Calvo-Friedman (*pro hac vice*) | Meredith Dixon (*pro hac vice*) |
| Linda S. Morris* (*pro hac vice*) | Megan Flynn (*pro hac vice*) |
| *admitted in State of Maryland | IMPACT FUND |
| | 2080 Addison Street, Suite 5 |
| Sania Chandrani (*pro hac vice*) | Berkeley, CA 94704 |
| AMERICAN CIVIL LIBERTIES | Tel: (510) 845-3473 |
| UNION FOUNDATION | lrifkin@impactfund.org |

| | |
|---|---|
| 125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: (212) 549-2500<br>mchu@aclu.org<br><br>Michelle Fraling (*pro hac vice*)<br>AMERICAN CIVIL LIBERTIES<br>   UNION FOUNDATION<br>915 15th Street NW, 6th Floor<br>Washington DC, 20005<br>Tel: (917) 710-3245<br>michelle.fraling@aclu.org<br><br>Laboni A. Hoq (*pro hac vice*)<br>HOQ LAW APC<br>AMERICAN CIVIL LIBERTIES<br>   UNION FOUNDATION<br>   (Cooperating Attorney)<br>P.O. Box 753<br>South Pasadena, CA 91030<br>Tel: (213) 977-9004<br>laboni@hoqlaw.com<br><br>S. Starling Marshall (*pro hac vice* forthcoming)<br>CROWELL & MORING LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>Tel: (212)223-4000<br>SMarshall@crowell.com | Edward T. Waters (*pro hac vice* forthcoming)<br>FELDESMAN LEIFER LLP<br>1129 20th Street NW, 4th Floor<br>Washington, DC 20036<br>Tel: (202) 466-8960<br>ewaters@feldesman.com<br><br>Skye Mathieson (*pro hac vice* forthcoming)<br>Lucy Hendrix (*pro hac vice* forthcoming)<br>Emily P. Golchini (*pro hac vice* forthcoming)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave NW<br>Washington, DC 20004<br>Tel: (202)624-2500<br>SMatheison@crowell.com |

| | |
|---|---|
| [PROPOSED] ORDER GRANTING MOTION - 3<br>FILE DECLARATIONS IN PSEUDONYM<br>2:25-CV-00781-RSM | A.C.L.U. OF WASHINGTON<br>PO BOX 2728 SEATTLE, WA98111-2728<br>(206) 624-2184 |