# EXHIBIT 2

# Payment Request

**Types of Payment Requests:** Download the Types of Payment Requests informational PDF (../forms/Types-of-Payment-Requests.pdf)

**Payment Requests:** Payment requests may be made as often as needed including daily, weekly or monthly.

**Payment Request Processing Schedule:** Download the Payment Request Processing Schedule PDF (../forms/Payment_Request_Schedule.pdf)

**Instructions for submitting a payment request:** Login PMS → select "Menu" → Payment → Payment Request User Guide.

**Instructions for payment file upload:** Login PMS → select "Menu" → Payment → Payment File Processing User Guide.

> **NOTE:** If the Payment menu node is not available in PMS, then you don't have access. To gain access to submit payment requests, you will need to submit an "Update Privileges" request.

Feedback

**To update User Access:** Login to PMS → select "Menu" → User Account Maintenance → Update Privileges.

**Location of Instructions:** Login to PMS → select "Menu" → User Account Maintenance → User Account Maintenance User Guide → Update User Access.

**3-Day Rule to spend funds:** In accordance with Department of Treasury regulations, federal cash must be drawn solely to accommodate your immediate needs on an "As Needed Basis Only" and must not be held in excess of three (3) working days. The Department of Treasury issued regulations governing the flow of federal cash to recipient organizations. These regulations are intended to ensure that federal cash is disbursed from U.S. Treasury coffers only when the recipient needs cash for payment purposes. The regulations minimize the negative impact of federal cash withdrawals on the public debt and related financing costs to the Federal Government. At no time, therefore, should cash be requested to cover unliquidated encumbrances, obligations, or accrued expenditures until actual program disbursements are anticipated. {Reference Circular 1075 & 1084}

**Payment Request on "Hold File":** Payment request are sent to hold file if a subaccount is expired or flagged for a manual review restriction. If a subaccount is expired or flagged for a manual review restriction, approval from the awarding agency is required prior to approval. PMS staff will review all payment requests submitted prior to 5pm each business day. If there are no issues, the request will be approved.

**Expired Payments:** Payment request submitted in PMS after the end of the liquidation period are considered expired payments. All expired payment requests must be approved by the awarding agency. Therefore, if a payment request includes a subaccount with expired funds, the request should be made separate from non-expired funds payment requests otherwise the entire payment request will be on hold pending agency

approval.

**Manual Review Restriction:** If a subaccount is flagged for a manual review restriction, approval from the awarding agency is required prior to approval. The entire payment request will be on hold pending awarding agency approval.

> **NOTE:** For payment request that are on hold file, if PMS receives a rejection from the awarding agency or does not receive a response within three business days after PMS notifies the awarding agencies, the entire payment will be rejected and the individual who requested the payment will be notified.

**Status of Payment Request:** Login PMS → select "Menu" → Apex Report → Grantee Inquiry → Payment Transactions.

For additional assistance, please contact your PMS Liaison Accountant (../find-pms-liaison-accountant.html).

Feedback