# EXHIBIT 4



# DEPARTMENT OF HEALTH AND HUMAN SERVICES

### FISCAL YEAR
## 2025

## ADMINISTRATION FOR CHILDREN AND FAMILIES

*JUSTIFICATION OF ESTIMATES FOR APPROPRIATIONS COMMITTEES*



MESSAGE FROM THE OFFICE OF THE ASSISTANT SECRETARY

I am pleased to present the Administration for Children and Families (ACF) FY 2025 budget request. ACF is the nation's largest human services administration, and we work every day to strengthen the well-being of our nation's children and families. ACF's budget request advances our commitment to prevention, child safety, equity, and a whole family approach to economic mobility.

Our budget priorities apply a preventative, upstream lens to foster well-being among the populations we serve and seek to implement whole-family and community-based approaches to supporting economic mobility and facilitating recovery from and resiliency in a range of crises and emergency situations. Across these priorities – and across all of the work we do – we work to advance equity to create equal access to our programs and create more opportunities for those who have been historically underserved and disproportionately affected by persistent poverty and inequality.

In line with these priorities, the FY 2025 ACF Budget reflects investments and improvements in child welfare programs that will reduce child abuse and neglect and provide more families with the support they need to remain safely together. It shifts the focus from placement to prevention by increasing services that focus on family well-being.  It also enhances the support for those children who had been in the foster care system and need added assistance to make a successful transition into adulthood.

ACF is committed to fulfilling our nation-to-nation commitment to tribes by increasing and targeting funds for preserving indigenous languages and by facilitating the development of comprehensive, tribally driven early childhood systems.  The Budget responds to what we have learned from tribal consultations about the challenges with fragmented child welfare funding by proposing a comprehensive child welfare grant that would provide culturally appropriate prevention and support services.

The Budget also includes investments to make sure more families have access to affordable and high-quality child care. Our proposal continues increases in early childhood programs through the Child Care and Development Block Grant and Head Start while calling on Congress to guarantee affordable child care for low- and middle-income families with young children and free universal preschool for millions of four-year-olds.

The Budget is not just a statement of ACF's priorities but also a driver of action and change to support the well-being of families and children.  On behalf of all those we serve, I thank you for your support of ACF and the services and programs we deliver to strengthen the well-being of children, individuals, and families throughout our country.


Jeff Hild
Principal Deputy Assistant Secretary

This page intentionally left blank

JUSTIFICATION OF ESTIMATES FOR APPROPRIATIONS COMMITTEES
ADMINISTRATION FOR CHILDREN AND FAMILIES

TABLE OF CONTENTS

MESSAGE FROM THE OFFICE OF THE ACTING ASSISTANT SECRETARY

TABLE OF CONTENTS

ACF ORGANIZATION CHART

| | |
|---|---|
| Overview of the FY 2025 Congressional Budget Justification | 1 |
| All Purpose Table | 5 |
| Full-Time Equivalent by Source Table | 10 |
| Legislative Proposals Executive Summaries | 11 |
| Low Income Home Energy Assistance Program | 17 |
| Refugee and Entrant Assistance | 35 |
| Child Care and Development Fund | 85 |
| Children and Families Services Programs | 107 |
| Payments to States for Child Support Enforcement and Family Support Programs | 217 |
| Social Services Block Grant | 239 |
| Promoting Safe and Stable Families | 253 |
| Payments for Foster Care and Permanency | 281 |
| Children's Research and Technical Assistance | 309 |
| Temporary Assistance for Needy Families | 317 |
| Early Care and Education | 335 |
| Drug Control Policy | 339 |
| Non-Recurring Expenditure Fund | 343 |
| Supplemental Material | 345 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**ADMINISTRATION FOR CHILDREN AND FAMILIES**



**Deputy Assistant Secretary for Policy**
Jennifer Cannistra

**Assistant Secretary**
Vacant
**Principal Deputy Assistant Secretary**
Jeff Hild
**Deputy Assistant Secretary for Management**
Larry Handerhan
**Office on Trafficking in Persons**
Katherine Chon
**Office of Family Violence Prevention and Services**
Shawndell Dawson

**Office of the Deputy Assistant Secretary for Early Childhood Development**
Katie Hamm

**Deputy Assistant Secretary for External Affairs**
Debra Johnson

**Office of Regional Operations**
Debra Johnson, Acting

**Office of Communications**
Stacie Burgess

**Office of Child Support Services**
Tanguler Gray

**Office of Refugee Resettlement**
Robin Dunn Marcos

**Administration for Native Americans**
Patrice Kunesh

**Office of Community Services**
Lanikque Howard

**Office of Head Start**
Khari Garvin

**Office of Child Care**
Ruth Friedman

**Administration on Children, Youth and Families**
Rebecca Jones Gaston

**Office of Human Services, Emergency Preparedness and Response**
Natalie Grant

**Office of Family Assistance**
Ann Flagg

**Office of Planning Research and Evaluation**
Lauren Supplee

**Office of Legislative Affairs and Budget**
Amanda Barlow

**Office of Administration**
Ben Goldhaber

**Children's Bureau**
Aysha Schomburg

**Family & Youth Services Bureau**
Kimberly Waller

**Region I**
**Boston, MA**
Elaine Zimmerman

**Region II**
**New York, NY**
Alfonso Nicholas

**Region III**
**Philadelphia, PA**
Chad Sawyer

**Region IV**
**Atlanta, GA**
Jacqueline Mull

**Region V**
**Chicago, IL**
Angela Green

**Region VI**
**Dallas, TX**
LaKesha Pope Jackson

**Region VII**
**Kansas City, MO**
Barbara Lacina

**Region VIII**
**Denver, CO**
Nikki Hatch

**Region IX**
**San Francisco, CA**
Pete Weldy

**Region X**
**Seattle, WA**
Jody Becker

OVERVIEW OF THE FY 2025 CONGRESSIONAL BUDGET JUSTIFICATION

**INTRODUCTION AND MISSION**

The mission of the Administration for Children and Families (ACF) within the U.S. Department of Health and Human Services (HHS) is to foster health and well-being by providing federal leadership, partnership, and resources for the compassionate and effective delivery of human services. ACF administers programs carried out by state, territorial, county, city, and tribal governments, as well as by private, non-profit, and community- and faith-based organizations designed to meet the needs of a diverse cross-section of society.

**OVERVIEW OF THE REQUEST**

The FY 2025 President's Budget request for ACF, including both mandatory and discretionary appropriations, is $88.2 billion in budget authority, an increase of $16.5 billion from the FY 2023 enacted level. ACF's budget focuses on substantial investments in early childhood and child welfare programs, while ensuring that there is enough funding to assist the projected number of incoming refugees and asylees and expanding support for tribal communities.

The Budget proposal to provide free universal preschool and guaranteed child care to low- and middle-income families with young children is a historic investment not only for children and their future success but also for working parents and will boost the country's long-term growth potential. In addition, investments are made in the Head Start and Child Care and Development block grant programs to support the workforce and increase access to quality child care for families with low incomes.

In particular, this President's Budget reflects the importance of investing in and improving child welfare programs. Funding for prevention programs would increase, an important effort to keep children from entering the foster care system unless absolutely necessary. If removal from biological parents is needed, it would prioritize placing children with relatives or a close family friend instead of a group home. If a child is in the foster care system, it would provide extra assistance for those entering young adulthood. Special assistance is also provided for tribes though a comprehensive child welfare grant that eliminates the barriers of the current fragmented funding and that allows for culturally appropriate prevention and support services.

**OVERVIEW OF PERFORMANCE**

ACF's mission demands that it continually innovate, improve, and learn. Through evaluation and the use of data and evidence, ACF and its partners learn systematically so that federally funded human services can be provided as effectively as possible. When resources and authority have been available, ACF has a strong record of conducting rigorous, relevant evaluations to inform policy and practice.

ACF's evaluation policy affirms its commitment to promoting rigor, relevance, transparency, independence, and ethics in evaluations and to using evidence from evaluations to inform policy and practice. To reflect Administration priorities, ACF updated its evaluation policy in the fall of 2021 to strengthen language related to equity, diversity, and inclusion.

ACF routinely uses evidence to inform program improvement across the agency. For example, the Children's Bureau has shaped a planned Notice of Funding Opportunity for a National Center for Enhanced Post-Adoption Support using results from the National Survey of Child and Adolescent Well-Being Adopted Youth, Young Adults, Adults, and Adoptive Parents, which explores the extent to which

children who exit foster care to adoption experience instability as well as the risk or protective factors associated with instability. This study also seeks to understand the services and supports received. Additionally, ACF's Tribal Home Visiting Program in the Office of Early Childhood Development used data from the Multi-Site Study of Implementation of Tribal Home Visiting (MUSE) to inform revisions to their FY 2023 funding opportunities announcements and to shape decisions about program planning. The MUSE data summarized grantees' experiences with grant requirements, staffing home visiting programs, required data collection activities, evidence-based models, technical assistance, and resourcing implementation.

ACF uses performance management as a framework for linking agency-wide goals with program priorities and targeting resources to meet the needs of children and families. ACF is working within HHS in order to include agency goals in the larger HHS Strategic Plan for FY 2022 – 2026. With a strong focus on outcomes, ACF's performance management framework has proven to be an effective way to highlight and build upon exceptional achievements and to target areas for improvement. ACF aims for coordinated and results-oriented management and operations across all of its programs. ACF also incorporates program-related performance metrics into Senior Executive Staff performance plans to promote accountability at all levels.

ACF develops performance measures that can be used by program managers, leadership, outside stakeholders, and ultimately Congress to assess and communicate the progress that ACF accomplishes from year to year in achieving its strategic goals and objectives. Most ACF programming supports HHS Strategic Plan Goal 3: Strengthen Social Well-Being, Equity, and Economic Resilience.

The following are performance highlights from some of ACF's major program areas:

<u>Child Support Services</u>

The following Child Support performance measures support HHS Strategic Objective 3.1: *Encourage self-sufficiency and personal responsibility and eliminate barriers to economic opportunity*:

- In FY 2022, the Child Support Services program distributed $27.4 billion in collections. Of that amount, 96 percent was sent directly to families.

- Through its work, in FY 2022, the Child Support Services program produced $4.73 for every $1 states and the federal government spent on the program.



**Child Support Distributed Collections on Behalf of Families in the IV-D System and
Total Federal and State Administrative Expenditures, FY 2008-2022**

Source: Office of Child Support Services Preliminary and Annual Reports to Congress

Early Care and Education

The following performance measures for the Head Start program support HHS Strategic Objective 3.2:
*Strengthen early childhood development and expand opportunities to help children and youth thrive
equitably within their families and communities*:

- In FY 2023, 93 percent of Head Start preschool teachers had an AA, BA, Advanced Degree, or a
  degree in a field related to early childhood education, falling short of the FY 2022 target of 100
  percent but remaining stable relative to recent year's results.  Since FY 2011, the Head Start
  Reauthorization requires that all Head Start preschool center-based teachers have at least an AA
  degree or higher with evidence of the relevance of their degree and experience for early childhood
  education.  Additionally, in FY 2023, 68 percent of Head Start preschool teachers held a BA
  degree or higher in early childhood education or a related field.



**Head Start Teachers with AA, BA, Advanced Degree, or Degree in Early Childhood Education**

Source: Head Start Program Information Report

<u>Foster Care</u>

The following performance measures for the Foster Care program support HHS Strategic Objective 3.2: *Strengthen early childhood development and expand opportunities to help children and youth thrive equitably within their families and communities*:

- In May 2020, the Adoption and Foster Care Analysis Reporting System (AFCARS) regulations were updated to streamline efforts to collect more robust data for analyses and provide the most crucial information on the out-of-home care population. The new regulations are intended to help states focus on improving quality of services and achieving positive outcomes for children and families. States began reporting data to the new AFCARS data collection system (AFCARS 2020) in October of 2022. As a result of this new implementation, methods for calculating the annual performance measures that use AFCARS data have necessarily changed, and results are not comparable to previous actual results.

- In FY 2022 (the most recent actual results available), the adoption rate for children in the public child welfare system was 13.4 percent, with approximately 52,421 children placed for adoption by a child welfare agency.

- ACF oversees two performance measures to monitor overall progress on moving children from Foster Care into permanent living situations, including reunification with parent(s) or primary caretaker(s), living with other relative(s), guardianship, or adoption. In FY 2022, this number was 91.4 percent. For children who had been in care for 24 more months or longer, 83.3 percent of children achieved permanency in FY 2022.

ADMINISTRATION FOR CHILDREN AND FAMILIES
All Purpose Table
FY 2025 (in thousands)

| Program | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| **DISCRETIONARY PROGRAMS:** | | | | |
| LOW INCOME HOME ENERGY ASSISTANCE PROGRAM: | | | | |
| LIHEAP Block Grants Budget Authority | $4,000,000 | $4,000,000 | $4,111,000 | $111,000 |
| *Infrastructure and Investment Jobs Act (non-add)* | *$100,000* | *$100,000* | *$100,000* | *$0* |
| Total, Low Income Home Energy Assistance Program | $4,000,000 | $4,000,000 | $4,111,000 | $111,000 |
| REFUGEE AND ENTRANT ASSISTANCE: | | | | |
| Transitional and Medical Services | $564,000 | $564,000 | $564,000 | $0 |
| Refugee Support Services | $307,201 | $307,201 | $307,201 | $0 |
| Anti-Trafficking in Persons Programs | $30,755 | $30,755 | $30,755 | $0 |
| Unaccompanied Children | $5,506,258 | $5,506,258 | $5,506,258 | $0 |
| Survivors of Torture | $19,000 | $19,000 | $19,000 | $0 |
| UC Contingency Fund, Enacted | $5,940 | $0 | $0 | -$5,940 |
| *UC Emergency Contingency Fund, Proposed (non-add)* | *$0* | *$0* | *$652,140* | *$652,140* |
| *CR Emergency Supplemental (non-add)* | *$1,775,000* | *$0* | *$0* | *-$1,775,000* |
| *Division M Emergency Supplemental (non-add)* | *$2,400,000* | *$0* | *$0* | *-$2,400,000* |
| *Emergency Funding (non-add)* | *$0* | *$0* | *$2,914,179* | *$2,914,179* |
| Total, Refugee and Entrant Assistance | $6,433,154 | $6,427,214 | $6,427,214 | -$5,940 |
| CHILD CARE AND DEVELOPMENT BLOCK GRANT | $8,021,387 | $8,021,387 | $8,521,387 | $500,000 |
| CHILDREN & FAMILIES SERVICES PROGRAMS: | | | | |
| Head Start | $11,996,820 | $11,996,820 | $12,540,519 | $543,699 |
| Preschool Development Grants | $315,000 | $315,000 | $250,000 | -$65,000 |

| Program | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Runaway and Homeless Youth Programs | $125,283 | $125,283 | $125,283 | $0 |
| Service Connection for Youth on the Streets | $21,000 | $21,000 | $21,000 | $0 |
| CAPTA State Grants | $105,091 | $105,091 | $105,091 | $0 |
| Child Abuse Discretionary Activities | $38,000 | $38,000 | $38,000 | $0 |
| Community-Based Child Abuse Prevention | $70,660 | $70,660 | $90,000 | $19,340 |
| Child Welfare Services | $268,735 | $268,735 | $268,735 | $0 |
| Child Welfare Research, Training and Demonstration | $18,984 | $18,984 | $45,984 | $27,000 |
| Adoption Opportunities | $51,000 | $51,000 | $51,000 | $0 |
| Adoption and Legal Guardianship Incentive Payments | $75,000 | $75,000 | $75,000 | $0 |
| Social Services Research and Demonstration | $142,860 | $142,860 | $30,512 | -$112,348 |
| Native American Programs | $60,500 | $60,500 | $65,500 | $5,000 |
| Community Services Block Grant | $770,000 | $770,000 | $770,000 | $0 |
| Community Economic Development | $22,383 | $22,383 | $22,383 | $0 |
| Rural Community Development | $12,000 | $12,000 | $12,000 | $0 |
| National Domestic Violence Hotline | $20,500 | $20,500 | $20,500 | $0 |
| Family Violence Prevention and Services | $240,000 | $240,000 | $240,000 | $0 |
| Chafee Education and Training Vouchers | $44,257 | $44,257 | $48,257 | $4,000 |
| Disaster Human Services Case Management | $1,864 | $1,864 | $1,864 | $0 |
| Federal Administration | $218,500 | $218,500 | $230,500 | $12,000 |
| Total, Children & Families Services Programs | $14,618,437 | $14,618,437 | $15,052,128 | $433,691 |
| PROMOTING SAFE & STABLE FAMILIES | $86,515 | $86,515 | $76,515 | -$10,000 |
| RESCISSION OF PRIOR YEAR CARRYOVER | $0 | $0 | -$71,000 | -$71,000 |
| TOTAL, DISCRETIONARY PROGRAMS, B.A | $33,159,493 | $33,153,553 | $34,117,244 | $957,751 |
| Additions to Program Level | $4,275,000 | $100,000 | $3,666,319 | -$608,681 |
| Total Discretionary Program Level | $37,434,493 | $33,253,553 | $37,783,563 | $349,070 |

| Program | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| **MANDATORY PROGRAMS:** | | | | |
| (Amounts in this table are pre-sequestration.) | | | | |
| PAYMENTS TO STATES FOR CHILD SUPPORT & FAMILY SUPPORT PROGRAMS: | | | | |
| State Child Support Administrative Costs | $3,937,611 | $4,300,081 | $4,375,071 | $437,460 |
| Federal Incentive Payments to States | $635,163 | $667,050 | $718,273 | $83,110 |
| Access and Visitation Grants | $10,000 | $10,000 | $10,000 | $0 |
| *Subtotal, Child Support Enforcement* | *$4,582,774* | *$4,977,131* | *$5,103,344* | *$520,570* |
| Payments to Territories-Adults | $33,000 | $33,000 | $33,000 | $0 |
| Repatriation | $12,819 | $18,869 | $23,656 | $10,837 |
| Payments to States for CSE & FS Programs, B.A. | $4,628,593 | $5,029,000 | $5,160,000 | $531,407 |
| Total, Payments to States for CSS & FS Programs, Obligations | $4,890,589 | $5,326,717 | $5,358,499 | $467,910 |
| SOCIAL SERVICES BLOCK GRANT (including programs authorized under Title XX): | | | | |
| Social Services Block Grant | $1,700,000 | $1,700,000 | $1,700,000 | $0 |
| Total, Social Services Block Grant, B.A. | $1,700,000 | $1,700,000 | $1,700,000 | $0 |
| PROMOTING SAFE AND STABLE FAMILIES: | | | | |
| Promoting Safe and Stable Families | $345,000 | $345,000 | $645,000 | $300,000 |
| Personal Responsibility Education Program | $75,000 | $75,000 | $75,000 | $0 |
| Sexual Risk Avoidance Education | $75,000 | $75,000 | $0 | -$75,000 |
| Total, Promoting Safe and Stable Families, B.A, Mandatory | $495,000 | $495,000 | $720,000 | $225,000 |
| Total, PSSF Appropriation (including mandatory and discretionary) | $581,515 | $581,515 | $796,515 | $215,000 |

| Program | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| **PAYMENTS FOR FOSTER CARE, PREVENTION, & PERMANENCY:** | | | | |
| Foster Care | $5,951,557 | $4,800,000 | $5,179,000 | -$772,557 |
| Adoption Assistance | $4,128,000 | $4,392,000 | $4,659,000 | $531,000 |
| Guardianship Assistance | $345,000 | $363,000 | $365,000 | $20,000 |
| Chafee Foster Care Program for Successful Transition to Adulthood | $143,000 | $143,000 | $269,000 | $126,000 |
| Prevention Services | $238,443 | $182,000 | $205,000 | -$33,443 |
| Foster Care Funding Certainty | $0 | $0 | $0 | $0 |
| Tribal IV-E Technical Assistance (Pre-Appropriated) | $3,000 | $3,000 | $3,000 | $0 |
| Prevention (Pre-Appropriated) | $1,000 | $1,000 | $1,000 | $0 |
| Total, Foster Care and Permanency, B.A. | $10,810,000 | $9,884,000 | $10,681,000 | -$129,000 |
| | | | | |
| **CHILDREN'S RESEARCH & TECHNICAL ASSISTANCE:** | | | | |
| Training & Technical Assistance (Pre-Appropriated) | $12,318 | $12,318 | $12,318 | $0 |
| Federal Parent Locator Service (Pre-Appropriated) | $24,635 | $24,635 | $24,635 | $0 |
| Total, Children's Research & Technical Assistance, B.A. | $36,953 | $36,953 | $36,953 | $0 |
| | | | | |
| **TEMPORARY ASSISTANCE FOR NEEDY FAMILIES:** | | | | |
| State Family Assistance Grants | $16,434,255 | $16,434,255 | $16,434,255 | $0 |
| Healthy Marriage Promotion and Responsible Fatherhood Grants | $150,000 | $150,000 | $150,000 | $0 |
| Program Integrity and Improvement Fund | $0 | $0 | $5,000 | $5,000 |
| Contingency Fund | $608,000 | $608,000 | $603,000 | -$5,000 |
| Territories -- Family Assistance Grants | $77,618 | $77,618 | $77,618 | $0 |
| Matching Grants to Territories | $15,000 | $15,000 | $15,000 | $0 |
| Tribal Work Programs | $7,633 | $7,633 | $7,633 | $0 |
| Welfare Research | $44,670 | $44,670 | $44,670 | $0 |
| Census Bureau | $10,000 | $10,000 | $10,000 | $0 |
| Total, TANF, B.A. | $17,347,175 | $17,347,175 | $17,347,175 | $0 |

| Program | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| CHILD CARE ENTITLEMENT | $3,550,000 | $3,550,000 | $3,550,000 | $0 |
| EARLY CARE AND EDUCATION: | | | | |
| Universal Preschool | $0 | $0 | $5,000,000 | $5,000,000 |
| Affordable Child Care for America | $0 | $0 | $9,900,000 | $9,900,000 |
| Total, Early Care and Education Proposals | $0 | $0 | $14,900,000 | $14,900,000 |
| TOTAL, MANDATORY PROGRAMS, B.A. | $38,567,721 | $38,042,128 | $54,095,128 | $15,527,407 |
| TOTAL, DISCRETIONARY PROGRAMS, B.A. | $33,159,493 | $33,153,553 | $34,117,244 | $957,751 |
| TOTAL, B.A. | $71,727,214 | $71,195,681 | $88,212,372 | $16,485,158 |
| Nonrecurring Expenditure Fund | $50,000 | $0 | $0 | -$50,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Full-Time Equivalent by Source Table
FY 2025

| Program | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| **DISCRETIONARY PROGRAMS:** | | | | |
| LIHEAP | 5 | 16 | 16 | 11 |
| Refugee Assistance | 49 | 118 | 118 | 69 |
| Unaccompanied Children | 419 | 737 | 737 | 318 |
| Anti-Trafficking in Persons | 6 | 7 | 7 | 1 |
| Survivors of Torture | 2 | 4 | 4 | 2 |
| Child Care and Development Block Grant | 96 | 115 | 115 | 19 |
| Head Start | 98 | 104 | 104 | 6 |
| Preschool Development Grant | 6 | 14 | 14 | 8 |
| Runaway and Homeless Youth Programs | 7 | 9 | 9 | 2 |
| Service Connection for Youth on the Streets | 1 | 1 | 1 | 0 |
| Family Violence Prevention and Services | 26 | 34 | 34 | 7 |
| Community Services Block Grant | 12 | 18 | 18 | 5 |
| Chafee Education & Training Vouchers | 2 | 2 | 2 | 0 |
| Disaster Human Services Case Management | 3 | 5 | 5 | 2 |
| Federal Administration | 835 | 848 | 848 | 13 |
| Research and Evaluation (Proposal) | 0 | 0 | 65 | 65 |
| **Total, Discretionary Programs** | **1,568** | **2,031** | **2,096** | **528** |
| **Mandatory Programs** | | | | |
| Promoting Safe and Stable Families | 4 | 4 | 4 | 0 |
| Personal Responsibility Education  Program | 8 | 9 | 9 | 1 |
| Sexual Risk Avoidance Education | 8 | 7 | 0 | -8 |
| Foster Care Prevention & Permanency | 6 | 9 | 49 | 43 |
| Children's Research & Technical Assistance | 61 | 82 | 81 | 20 |
| Welfare Research | 25 | 20 | 20 | -5 |
| Temporary Assistance for Needy Families | 14 | 15 | 15 | 1 |
| LIHWAP | 5 | 0 | 0 | -5 |
| **Total, Mandatory Programs** | **131** | **146** | **178** | **47** |
| **Total, FTE** | **1,698** | **2,177** | **2,274** | **576** |
| **Reimbursable Program, Project or Activity:** | | | | |
| Home Visiting | 11 | 10 | 10 | -1 |
| **Total, Reimbursable Ceiling FTE** | **11** | **10** | **10** | **-1** |
| **Total, Ceiling FTE** | **1,709** | **2,187** | **2,284** | **575** |
| **Total, Civilian FTE** | **1,679** | **2,157** | **2,254** | **575** |
| **Total, Commissioned Corps FTE** | **30** | **30** | **30** | **0** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
FY 2025 Budget Submission

Legislative Proposals Executive Summaries

The Low Income Home Energy Assistance request includes the following:

- **Authorize Ongoing Operations of Low-Income Household Water Assistance Program.** FY 2025 appropriations language continues the FY 2024 President's Budget proposal to authorize the Low-Income Home Energy Assistance Program (LIHEAP) grantees to use up to 2.7 percent of their regular LIHEAP appropriation for water assistance.

The Refugee and Entrant Assistance request includes the following:

- **Codify Data-Sharing between Federal Departments to Enable Services to Individuals Eligible for Refugee Benefits**. This proposal will ensure that ACF has the legislative authority to receive data from other federal sources to the full extent necessary to enable efficient administration of benefits.

- **Enable Necessary Real Time Support and Services for Vulnerable Populations.** Continues the FY 2024 President's Budget proposal to allow ACF to take current fiscal year arrivals into account when calculating quarterly Refugee Support Services formula funding for states and replacement designees, allowing the program to be more responsive to the most up-to-date refugee resettlement trends.

- **Allow Special Immigrant Minors and Reunified Families Access to the Same Benefits as Refugees.** Continues the FY 2024 President's Budget proposal to allow special immigrant juvenile minors placed in the Unaccompanied Refugee Minors (URM) program, as well as families who were separated at the United States-Mexico border under the previous Administration and subsequently reunified, access to the same benefits as refugees.

- **Authorize Immigration-Related Legal Assistance to Children and Youth in the Unaccompanied Refugee Minors Program.** Continues the FY 2024 President's Budget proposal to allow the delivery of comprehensive immigration-related legal assistance for children within the URM program.

- **Extend Eligibility for Refugee Cash Assistance to Eligible Populations who are Full-Time Students in Institutions of Higher Education.** Continues the FY 2024 President's Budget proposal to allow full-time students in an institution of higher education to access cash assistance, which is currently prohibited by statute.

- **Provide Equitable Services for Unaccompanied Refugee Minor Foster Care Children and Youth.** Continues the FY 2024 President's Budget proposal to implement a technical fix to the Refugee Education Assistance Act of 1980 (P.L. 96-422) to state that children and youth in the URM program must receive the same foster care services as children and youth in domestic foster care.

- **Tackle the Structural Requirement that Inadvertently Prohibits Refugees from Achieving Economic Self-Sufficiency.** Continues the FY 2024 President's Budget proposal to remove a structural requirement compelling refugee populations to accept their first offer of employment.

- **Domestic Victims of Human Trafficking Cost Sharing Requirements.** Continues the FY 2024 President's Budget proposal to provide HHS the authority to waive the 25 percent cost share requirement for domestic victims of human trafficking programs.

- **Transfer Authority Between the Department of Health and Human Services and The Department of Justice for Anti-Trafficking Programs.** Continues the FY 2024 President's Budget proposal to authorize HHS to enter into reimbursable agreements with DOJ for Anti-Trafficking in Persons Programs.

- **Amend Authorization for the National Human Trafficking Hotline.** Continues the FY 2024 President's Budget proposal to provide flexibility to ACF to select the most appropriate funding vehicle for the National Human Trafficking Hotline.

- **Expand the Human Trafficking Youth Prevention Education Authorization to Train Parents and Caregivers.** Continues the FY 2024 President's Budget proposal to allow grant recipients to provide education to parents and caregivers for prevention education efforts authorized under the Frederick Douglass Trafficking Victims Prevention and Protection Reauthorization Act of 2018.

The Child Care and Development Fund request includes the following:

- **Increase Administration Set-Aside to Improve Accountability and Oversight.** FY 2025 appropriations language continues the FY 2024 President's Budget proposal to requests an increase for the federal administrative set-aside for the Child Care and Development Block Grant program from one half of one percent to one percent.

- **Waiving Work Requirements to Support Children in Foster Care and Experiencing Homelessness.** Continues the FY 2024 President's Budget proposal to waive the work eligibility requirement for parents of children who are in foster care or experience homelessness or a change in custody or guardianship and would continue child care services for these children until age 13 as long as they meet the other eligibility requirements.

- **Authorize Tribes to Conduct FBI Fingerprint Background Checks through the Child Care and Development Block Grant (CCDBG) Act.** Continues the FY 2024 President's Budget proposal to authorize tribes to conduct FBI fingerprint background checks for the CCDBG program.

The Children and Family Services request includes the following:

- **Head Start Technical Fix to Address Administrative Grant Award Challenges.** This proposal would make technical fixes to allow ACF to add five more years of funding onto existing grants that do not meet the criteria for competition, discretion to supplement new competitive funds onto existing grants in order to reduce the burden of managing two grants, and extend the statutory limit of five years of financial assistance in extenuating circumstances, such as in response to disasters, emergencies, or public health emergencies.

- **Revise Eligibility Requirements for American Indian Alaska Native (AIAN) and Migrant Seasonal Head Start Programs (MSHS) to Better Serve Tribal and Farmworker Families.** Continues from the FY 2024 President's Budget a set of legislative changes to eligibility

requirements in the Head Start Act to address challenges faced by AIAN and MSHS programs in finding eligible families the programs were designed to serve when established by Congress.

- **Reauthorize and Amend the Runaway and Homeless Youth Act.** Continues the FY 2024 President's Budget proposal to reauthorize and revise the Runaway and Homeless Youth Act for five years and to amend definitions and authorities to reflect current terminology and support youth at risk or victims of commercial sexual exploitation and human trafficking.

- **Update the Community-Based Child Abuse Prevention (CBCAP) Formula Grants.** Continues the FY 2024 President's Budget proposal with a modification to increase the tribal set aside.  The proposal would increase to the minimum state allocation for CBCAP formula grants from $175,000 to $225,000 to allow states to maintain family support and prevention services and ensure that smaller states benefit from the proposed increase in appropriations at the national level.  The proposal would additionally replace the current one percent reservation with a $5 million set-aside for grants to tribes, tribal organizations, and migrant programs.

- **Reauthorize Stephanie Tubbs Jones Child Welfare Services Program, Title IV-B, Subpart 1 of the Social Security Act.** Continues the FY 2024 President's Budget proposal to reauthorize title IV-B, Subpart 1 of the Social Security Act, extending its statutory authority to FY 2029.

- **Native American Programs Act Reauthorization.** Continues the FY 2024 President's Budget proposal to reauthorize the Native American Programs Act of 1974 for five years, revise select outdated or ineffective provisions, and provide continuity of services and support that promote the social and economic independence and self-sufficiency of Native Americans.

- **Tribal Integrated Early Education Services (TIEES).** This proposal requests authority to create a self-governance styled demonstration program to facilitate the development of comprehensive, tribally driven early childhood systems.

- **Update the Community Services Block Grant Act Discretionary Programs, Community Economic Development Appropriations Language.** Continues the FY 2024 President's Budget proposal to update to the program to further the Administration's policy to advance racial equity and support for underserved communities through the federal government by continuing appropriations and adding modified language to the Community Services Block Grant Act Discretionary Programs.

- **Strengthening Human Services Delivery for Vulnerable Disaster Survivors.** This proposal requests legislative authority for ACF to lead and coordinate national disaster human services activities to prepare for and respond to disasters and public health emergencies.

- **Disaster Human Services Emergency Fund.** Continues the FY 2024 President's Budget proposal to establish a disaster human services emergency fund that, pending appropriations, would allow HHS to responsively and strategically direct money to affected areas and specific organizations to support disaster-caused human and social services needs without fiscal year limitation.

- **Provide Evaluation Funding Flexibility.** Continues the FY 2024 President's Budget proposal to allow funding of not more than 0.25 percent from the Low Income Home Energy Assistance, Refugee and Entrant Assistance, Payments to States for the Child Care and Development Block Grant and Children, and Families Services Programs to be used to administer and carry out

evaluations. Also continues the proposal to expand research project funding flexibility to include the HHS Office of the Assistant Secretary for Planning and Evaluation and all research and evaluation funds, not just ones provided by appropriations bills.

The Payments to States for Child Support Services and Family Support Programs request includes the following:

- **Tribal Child Support Services Programs and Child Support Services Contractors.** This proposal would revise the Internal Revenue Code and the Social Security Act to provide child support services program contractors and tribal child support services programs with the same disclosure authority as federal, state, or local child support services employees to address a longstanding statutory gap.

- **Enhance Repatriation Readiness.** This proposal would permanently increase the statutory cap on the provision of temporary repatriation assistance to U.S. citizens from $1 million to $10 million annually, and index it to inflation, in order to better position the program to respond when a mass evacuation of U.S. citizens is necessary.

The Promoting Safe and Stable Families request includes the following:

- **Reauthorize, Increase Funding For, and Amend Promoting Safe and Stable Families (PSSF) Program.** Continues the FY 2024 President's Budget proposal for a five-year reauthorization with discretionary appropriations at the current statutory level and an increase in the annual mandatory appropriation from $345 million to $645 million.  It would also increase funding to state and tribal courts to modernize and expand the program, increase mandatory funding for the Regional Partnership Grant program, and support the creation of a new $50 million formula grant program to support costs of legal services and representation for children and families involved in the child welfare system.

- **Reauthorize the Personal Responsibility Education Program.** Continues the FY 2024 President's Budget proposal to extend the current program authorization and funding for one year.

The Foster Care and Permanency request includes the following:

- **Provide Comprehensive Tribal Child Welfare Funding.** This proposal would create a consolidated grant opportunity for tribes that could be used for any child welfare service need, including culturally appropriate prevention and support services, foster care, kinship supports, reunification services, guardianship or adoption support, and child welfare staff and training. This grant would replace currently fragmented funding provided to tribes under title IV-B, subparts 1 and 2, as well as the Chafee and discretionary Education and Training Voucher programs.

- **Expand and Encourage Participation in Title IV-E Prevention Services and Kinship Navigator Programs.** Continues the FY 2024 President's Budget proposals to enhance the title IV-E Prevention Services and Kinship Navigator programs with a modification to allow tribes that participate in the title IV-B, subpart 1 Child Welfare Services program, but do not currently participate in the title IV-E foster care and adoption assistance programs to submit a plan to directly operate the title IV-E Prevention Services program.

- **Create New Flexibilities and Support in the Chafee Program for Youth Who Experienced Foster Care.** Continues the FY 2024 President's Budget proposal to strengthen the Chafee program with a modification to create a new demonstration authority to test Post-Foster Care Healthy Transition Assistance for young people ages 18 to 26 who left foster care within the previous five years, whether or not that placement met title IV-E eligibility requirements.

- **Increase Title IV-E Support for Kinship Foster Care Placements and Guardianships.** Continues the FY 2024 President's Budget proposal to increase the federal matching rate for children placed with kin.

- **Reduce Reimbursement Rates for Foster Care Congregate Care Placements.** Continues the FY 2024 President's Budget proposal to reduce the federal matching rate for children placed in child caring institutions and Qualified Residential Treatment Programs.

- **Prevent and Combat Religious, Sexual Orientation, Gender Identity, Gender Expression, or Sex Discrimination in the Child Welfare System.** Continues the FY 2024 President's Budget proposal to amend Title IV-E to prohibit agencies from discriminating against individuals on the basis of their religion, sexual orientation, gender identity, gender expression, or sex.

The Temporary Assistance for Needy Families (TANF) request includes the following:

- **Authorize Program Integrity Data Collection.** Continues the FY 2024 President's Budget proposal to collect more comprehensive data on TANF and maintenance-of-effort expenditures made to non-governmental sub-recipients to improve monitoring on TANF expenditures and activities, including to develop an improper payment rate for TANF, as required by the Payment Integrity Information Act of 2019 (P. L. 116-117).

The Early Care and Education request includes the following:

- **Affordable Child Care for American Families.** Continues the FY 2024 President's Budget proposal to create a historic new program under which working families with incomes up to $200,000 per year would be guaranteed affordable, high-quality child care from birth until kindergarten.

- **Universal Preschool.** Continues the FY 2024 President's Budget proposal to provide voluntary, universal, free preschool for all four million of the nation's four-year-olds and charts a path to expand preschool to three-year-olds.

This page intentionally left blank.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR CHILDREN AND FAMILIES
LOW INCOME HOME ENERGY ASSISTANCE PROGRAM

TABLE OF CONTENTS

Proposed Appropriation Language and Language Analysis ............................................ 19
Authorizing Legislation ............................................................................................... 21
Appropriations Not Authorized by Law ....................................................................... 22
Appropriations History Table ....................................................................................... 23
Amounts Available for Obligation ............................................................................... 25
Budget Authority by Activity ...................................................................................... 25
Summary of Changes ................................................................................................... 26
Justification ................................................................................................................. 27
  General Statement .................................................................................................... 27
  Program Descriptions and Accomplishments ........................................................... 27
  Budget Request ........................................................................................................ 29
  Performance Analysis .............................................................................................. 30
  State Table - Low Income Home Energy Assistance Program ................................... 32

This page intentionally left blank.

ADMINISTRATION FOR CHILDREN AND FAMILIES

Low Income Home Energy Assistance Program

**FY 2025 Proposed Appropriation Language and Language Analysis**

*For carrying out subsections (b) and (d) of section 2602 of the Low-Income Home Energy*

*Assistance Act of 1981 (42 U.S.C. 8621 et seq.), $4,111,000,000: Provided, That notwithstanding section*

*2609A(a) of such Act, not more than $10,600,000 may be reserved by the Secretary of Health and*

*Human Services for technical assistance, training, and monitoring of program activities for compliance*

*with internal controls, policies and procedures, and to supplement funding otherwise available for*

*necessary administrative expenses to carry out such Act, and the Secretary may, in addition to the*

*authorities provided in section 2609A(a)(1), use such funds through contracts with private entities that do*

*not qualify as nonprofit organizations: Provided further, That all but $909,240,000 of the amount*

*appropriated under this heading shall be allocated as though the total appropriation for such payments*

*for Fiscal Year 2025 was less than $1,975,000,000: Provided further, That, after applying all applicable*

*provisions of section 2604 of such Act and the previous proviso, each State or territory that would*

*otherwise receive an allocation, that is less than 97 percent of the combined amount that it received under*

*this heading for fiscal year 2024 from amounts appropriated in Fiscal Year 2024 shall have its own*

*allocation increased to that 97 percent level, with portions of other States' and territories' allocations that*

*would exceed 100 percent of the amounts they respectively received in such fashion for Fiscal Year 2024*

*being ratably reduced: Provided further, That notwithstanding any provision of the Low Income Energy*

*Assistance Act of 1981 (42 U.S.C. 8621 et seq.), of the amounts received by a State or Territory, or Tribe*

*under this heading for Fiscal Year 2025, not more 2.7% of such amounts may be used for the activities*

*described in section 2912 of the American Rescue Plan Act of 2021 (Public Law 117–2): Provided*

*further, That of the total amount of funds available to a State, territory, or Tribe for the activities*

*described in section 2912 of the American Rescue Plan Act, not more than 15% of such amounts shall be*

*available for administrative expenses. Provided further, That of the amounts made available under this*

*heading, $2,575,000,000 is designated by the Congress as being for an emergency requirement pursuant*

*to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985: Provided*

*further, That such amount shall be available only if the President designates such amount as an*

*emergency requirement pursuant to such section 251(b)(2)(A)(i).*

| Language Provision | Explanation |
|---|---|
| *Provided further, that notwithstanding any provision of the Low Income Home Energy Assistance Act of 1981 (42 U.S.C. 8621 et seq.), of the amounts received by a State, territory, or tribe under this heading for fiscal year 2024, not more than 2.7 percent of such amounts may be used for the activities described in section 2912 of the American Rescue Plan Act of 2021 (Public Law 117-2): Provided further, That of the total amount of funds available to a State, territory, or Tribe for the activities described in section 2912 of the American Rescue Plan Act, not more than 15 percent of such amounts shall be available for administrative expenses.* | Language allows LIHEAP grantees to use up to 2.7 percent of their FY 2025 LIHEAP funds to assist low-income households with their water and waste-water utility bills in accordance with section 2912 of P.L. 117-2.<br><br>Language also allows grantees using LIHEAP funds for water and waste-water assistance to use up to 15-percent of such funding for administrative expenses. |
| *Provided further, That of the amounts made available under this heading, $2,575,000,000 is designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985: Provided further, That such amount shall be available only if the President designates such amount as an emergency requirement pursuant to such section 251(b)(2)(A)(i).* | Language designates that $2,575,000,000 of the LIHEAP request has an emergency designation and requires a Presidential designation before they can be spent. |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Low Income Home Energy Assistance Program

**Authorizing Legislation**

| Statutory Citations | FY 2024 Amount Authorized | FY 2024 Amount Appropriated | FY 2025 Amount Authorized | FY 2025 Budget Request |
|---|---|---|---|---|
| Low Income Home Energy Assistance Program: Section 2602(b) of the Low Income Home Energy Assistance Act | Such Sums | $4,000,000,000 | Such Sums | $4,111,000,000 |
| Training and Technical Assistance: Section 2609A(a) of the Low Income Home Energy Assistance Act | Such sums | $9,600,000 (non-add) | Such sums | $10,600,000 (non-add) |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Low Income Home Energy Assistance Program

**Appropriations Not Authorized by Law**

| Program | Last Year of Authorization | Authorization Level in Last Year of Authorization | Appropriations in Last Year of Authorization | Appropriations in FY 2024 |
|---|---|---|---|---|
| Low Income Home Energy Assistance Program | 2007 | $5,100,000,000 | $2,161,170,000 | $4,000,000,000 |
| Leveraging/REACH Incentive Fund | 2007 | $30,000,000 ($50,000,000 if amount appropriated for Block Grant is not less than $1.4B) | $27,225,000 | $0 |
| Energy Emergency Contingency Fund | 2007 | $600,000,000 | $181,170,000 | $0 |
| Technical Assistance and Program Support | 2007 | $300,000 | $297,000 | $9,600,000 (non-add) |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Low Income Home Energy Assistance Program

**Appropriations History Table**

| Year | Budget Estimate to Congress | House Allowance | Senate Allowance | Appropriation |
|------|-----------------------------|-----------------|------------------|---------------|
| **2016** | | | | |
| Block Grants | 3,190,304,000 | 3,365,304,000 | 3,390,304,000 | 3,390,304,000 |
| Utility Innovation | 200,000,000 | | | |
| Transfer | | | | -19,473,000 |
| Total Discretionary | 3,390,304,000 | 3,365,304,000 | 3,390,304,000 | 3,370,831,000 |
| Mandatory | [1,130,000,000] | | | |
| Contingency Fund | | | | |
| | | | | |
| **2017** | | | | |
| Block Grants | 3,000,304,000 | 3,490,304,000 | 3,390,304,000 | 3,390,304,000 |
| Mandatory Contingency | [769,000,000] | | | |
| | | | | |
| **2018** | | | | |
| Block Grants | | 3,390,304,000 | 3,390,304,000 | 3,640,304,000 |
| | | | | |
| **2019** | | | | |
| Block Grants | | 3,640,304,000 | 3,690,304,000 | 3,690,304,000 |
| Transfer | | | | -36,903,040 |
| Total | | | | 3,653,400,960 |
| | | | | |
| **2020** | | | | |
| Block Grants | | 3,840,304,000 | 3,690,304,000 | 3,740,304,000 |
| Supplemental Funds | | | | 900,000,000 |
| Total | | | | 4,640,304,000 |
| | | | | |
| **2021** | | | | |
| Block Grants | | 3,765,304,000 | 3,740,304,000 | 3,750,304,000 |
| Supplemental Funds | | | | 4,500,000,000 |
| Transfer | | | | -37,503,040 |
| Total | | | | 8,212,800,960 |
| | | | | |
| **2022** | | | | |
| Block Grants | 3,850,304,000 | 3,900,304,000 | | 3,750,304,000 |
| IIJ Act Grants | | | | 100,000,000 |
| Total | | | | 3,850,304,000 |

| Year | Budget Estimate to Congress | House Allowance | Senate Allowance | Appropriation |
|---|---|---|---|---|
| **2023** | | | | |
| Block Grants | 3,975,304,000 | 4,000,000,000 | | 4,000,000,000 |
| IIJ Act Grants | | | | 100,000,000 |
| Supplemental Funds | | | | 2,000,000,000 |
| Total | | | | 6,100,000,000 |
| | | | | |
| **2024** | | | | |
| Block Grants | 4,111,000,000 | 4,011,000,000 | 4,075,000,000 | 4,000,000,000 |
| IIJ Act Grants | | | | 100,000,000 |
| Total | | | | 4,100,000,000 |
| | | | | |
| **2025** | | | | |
| Block Grants | 4,111,000,000 | | | |
| IIJ Act Grants | | | | 100,000,000 |
| Total | | | | 100,000,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Low Income Home Energy Assistance Program

**Amounts Available for Obligation**

| Budgetary Resources | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Annual, Budget Authority | $4,000,000,000 | $4,000,000,000 | $4,111,000,000 |
| Pre-appropriated, Budget Authority | 100,000,000 | 100,000,000 | 100,000,000 |
| **Subtotal, Net Budget Activity** | **$4,100,000,000** | **$4,100,000,000** | **$4,211,000,000** |
| **Subtotal, Adjusted Budget Authority** | **$4,100,000,000** | **$4,100,000,000** | **$4,211,000,000** |
| Unobligated balance, lapsing | -4,592 | 0 | 0 |
| Recoveries of prior year obligations | 17,260,985 | 0 | 0 |
| **Total Obligations** | **$4,117,256,393** | **$4,100,000,000** | **$4,211,000,000** |

**Budget Authority by Activity**

| Activity | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Block Grant | | | |
| Block Grants to States | $4,000,000,000 | $4,000,000,000 | $4,111,000,000 |
| Infrastructure Investment and Jobs Act | 100,000,000 | 100,000,000 | 100,000,000 |
| **Total, LIHEAP** | **$4,100,000,000** | **$4,100,000,000** | **$4,211,000,000** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Low Income Home Energy Assistance Program

**Summary of Changes**

FY 2023 Final
  Total estimated budget authority          $4,000,000,000
FY 2025 President's Budget
  Total estimated budget authority          $4,111,000,000

Net change          $111,000,000

| Description of Changes | FY 2023 Final | Change from Base |
|---|---|---|
| Increases: | | |
| A. Program: | | |
| 1) Grants to States: Increase for grants and technical assistance | $4,000,000,000 | $111,000,000 |
| Net Change | | $111,000,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Low Income Home Energy Assistance Program

**Justification**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $4,000,000,000 | $4,000,000,000 | $4,111,000,000 | $111,000,000 |
| Total, Pre-appropriated Budget Authority | $100,000,000 | $100,000,000 | $100,000,000 | $0 |

Authorizing Legislation – Section 2602(b), (d) and (e) of the Low Income Energy Assistance Act of 1981

2025 Authorization................................................................................Such sums as may be appropriated

Allocation Method.................................................................................Formula Grants/Contracts

**General Statement**

The Low Income Home Energy Assistance Program (LIHEAP) appropriation primarily provides home heating and cooling assistance to low-income households. LIHEAP may include funding for the regular block grant, Energy Emergency Contingency Fund, Leveraging Incentive program, and Residential Energy Assistance Challenge program.

The Low Income Home Energy Assistance Act of 1981 (P.L. 97-35) originally authorized LIHEAP through August 1, 1999.  Block grant funds are allocated to the states, the District of Columbia, territories, and tribes according to a formula prescribed in the LIHEAP statute, as amended by the Human Services Reauthorization Act of 1984 (P.L. 98-558).  The Augustus F. Hawkins Human Services Reauthorization Act of 1990 (P.L. 101-501) established a Leveraging Incentive program to reward grant recipients under LIHEAP that have acquired non-federal home energy resources for households with low income. LIHEAP was last reauthorized through FY 2007 in the Energy Policy Act of 2005 (P.L. 109-58).

**Program Descriptions and Accomplishments**

LIHEAP provides federally funded assistance to manage costs associated with home energy bills, energy crises, and weatherization and energy-related minor home repairs. Grant recipients are allowed flexibility in determining payment levels and types of payments, including payments to vendors on behalf of eligible households, energy vouchers, or direct cash payments.  Most states elect to provide benefits in the form of direct payments to vendors on behalf of recipient households.  Grant recipients may also provide weatherization assistance, which is an optional service, with up to 15 percent of their LIHEAP funding, or 25 percent with prior written approval from ACF.  More specifically, LIHEAP funds can be used to provide low-cost residential weatherization and other cost-effective energy-related home repairs. LIHEAP weatherization funds provide low-cost home improvements that make homes more energy efficient, lower home energy utility bills, and improve health outcomes.  Grant recipients may use funds on home energy audits, insulation, replacement of heating and cooling systems and hot water tanks, and other energy efficiency upgrades or minor home repairs.  State and territory grant recipients may use up to 10 percent of the funds to support planning and administrative costs. Tribal grant recipients follow a different calculation, which allows on average slightly more than 10 percent of the funds to be used for planning and administrative costs.  LIHEAP grant recipients are required to remain at or below this cost

cap for LIHEAP administrative expenses across all federal resources, including funds needed to administer LIHEAP weatherization and other applicable federal programs.

At least 90 percent of the total LIHEAP funds in each fiscal year must be obligated by the grant recipients during that fiscal year. LIHEAP grant recipients are allowed to carry over 10 percent of funding to cover obligations in the following fiscal year. Any remaining LIHEAP funding in excess of this 10 percent that will not be used by the grant recipient during that fiscal year shall be returned to HHS for reallotment to LIHEAP grant recipients during the following fiscal year. If reallotted, the LIHEAP block grant allocation formula will be used to distribute the funds. No funds may be allotted to entities that are not direct LIHEAP grant recipients during the current fiscal year.

In FY 2023, LIHEAP issued 206 grants. Preliminary data for FY 2022 which is the most recent data available, indicate that all states and the District of Columbia provided an estimated $3.4 billion for heating assistance, 24 states provided an estimated $541 million for cooling assistance, 49 states provided an estimated $1.34 billion for crisis assistance, and 47 states provided an estimated $567 million in assistance for low-cost residential weatherization or other energy-related home repairs. These same data show an estimated 5.7 million households received assistance with heating costs, approximately 825,000 households received cooling assistance, and 59,180 households received weatherization assistance funded by federal LIHEAP dollars. Households that received heating assistance had a median income at 82.5 percent of the HHS Poverty Guidelines.

The FY 2020 through FY 2023 appropriations included a provision limiting annual decreases in allocations such that no state or territory shall receive less than 97 percent of the prior year's grant amount, and any offsetting reductions are to be made from states and territories that received allocations over 100 percent of the prior year's grant amount.

LIHEAP training and technical assistance funding supports monitoring, program integrity improvement, and compliance with internal controls, policies, and procedures by grant recipients. In FY 2023, Congress provided $9.6 million for training and technical assistance.

In FY 2021, Congress provided $100 million for every year from FY 2022 through FY 2026 as part of the Infrastructure Investment and Jobs Act (P. L. 117-58). The funding for FYs 2022, 2023, and 2024 have been issued to the grant recipients.

In FY 2023, Congress provided an additional $2 billion in supplemental funding to LIHEAP. The first $1 billion was provided in the Continuing Appropriations and Ukraine Supplemental Appropriations Act, 2023 (P. L. 117-180). The second $1 billion was provided in the Consolidated Appropriations Act, 2023 (P. L. 117-328). The entire $2 billion has been issued to grantees. The Consolidated Appropriations Act, 2023 (P.L. 117-328) provided a total of $4 billion in regular LIHEAP funds, $1.5 billion in Title II of Division H and $2.5 billion in Title VIII of Division N.

Funding for the program – net of any authorized changes such as transfers or reprogramming – for five years is as follows:

| | |
|---|---|
| 2021 | $3,712,800,960 |
| 2021 Supplemental | $4,500,000,000 |
| 2022 | $3,800,304,000 |
| 2022 IIJA | $100,000,000 |
| 2023 | $4,000,000,000 |
| 2023 IIJA | $100,000,000 |
| 2023 Supplemental | $2,000,000,000 |
| 2024 CR | $4,000,000,000 |
| 2024 IIJA | $100,000,000 |
| 2025 President's Budget | $4,111,000,000 |

In FY 2023, 206 grants were awarded from the regular LIHEAP appropriation, with a range of $2,361 to $392.56 million and an average of $19 million. In FY 2024, it is estimated that 207 grants will be awarded with a range of $2,102 to $353.7 million and an average of $17 million.

LIHEAP funding is also used to pay salaries and benefits for federal employees, information technology support, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request for LIHEAP is $4.1 billion, an increase of $111.0 million from the FY 2023 final level, which reflects the amount for the base program provided in two different appropriations. The increase includes an additional $110.0 million for grant recipients and an additional $1.0 million to expand training and technical assistance and enhance program support operations. In FY 2025, we estimate a total of 207 grants to be award with a range $2,388 to $403.82 million and an average of $20 million.

Increasing the federal set-aside from $9.6 million to $10.6 million will allow ACF to create a much needed national administrative support system to improve overall grants management, data collection, program evaluation, information systems procurement and maintenance activities, and outreach while creating a national and regional network of training and technical assistance efforts to strengthen program knowledge and skill sets at the federal, regional, and local levels.

The FY 2025 Budget continues the process of addressing the climate crisis. As outlined in Executive Order 14008, Tackling the Climate Crisis at Home and Abroad, ACF will continue to evaluate LIHEAP's disaster management flexibilities, state administrative data, data collected through the Residential Energy Consumption Survey, and optional use of funds for low-cost residential weatherization provision to identify the appropriate actions the agency can take to support this policy objective going forward. LIHEAP is a part of the Extreme Heat Interagency Working Group and National Integrated Heat Health Information System to assist in the development of the Federal Heat Strategic Plan. Furthermore, LIHEAP is a part of the Justice40 initiative and is required to show that at least 40 percent of the federal resources are invested in disadvantaged communities. ACF plans to calculate the Justice40 benefits by analyzing national program data on vulnerable households (such as those with young children, the elderly, or a member with a disability), prevention of home energy supply interruptions, and reconnections of

home energy supply using LIHEAP funds. LIHEAP is one of several HHS programs participating in the Justice40 initiative.

Since funding for the Low Income Household Water Assistance Program (LIHWAP) expired at the end of FY 2023, the Budget charts a course toward expanding LIHEAP to advance the goals of both LIHEAP and LIHWAP.  Specifically, the Budget continues a proposal from the FY 2024 President's Budget authorizing grantees to use up to 2.7 percent of their regular LIHEAP appropriations for water assistance. Up to 15 percent of this set-aside may be used for administration of the water assistance program.

**Performance Analysis**

LIHEAP targets energy assistance to low income households with the highest energy needs.  ACF measures the extent to which LIHEAP meets this mandate through targeting indices, which show the extent to which the program reaches selected households over others. ACF annually calculates LIHEAP recipiency targeting index scores at the national level as a measure of program targeting. The targeting index measures are ratios that compare the percent of LIHEAP heating beneficiary households that are members of the target group to the percent of all LIHEAP income eligible households that are members of the target group. These indices measure (1) benefit targeting to older adult households, (2) benefit targeting to young-child households, (3) benefit targeting to high-energy burden households, and (4) energy-burden reduction targeting to high-energy burden households.

Regarding annual measure 1A, LIHEAP recipiency targeting to low-income households with at least one individual aged 60 years or older, the FY 2022 recipiency targeting index score of 84 was below the target of 87, which was exceeded in FY 2021.  For FY 2023 to FY 2025, ACF aims to maintain the prior year's targeting index result.

Overall, the recipiency targeting index scores indicate that income eligible households with older adults faced greater difficulty in enrolling in LIHEAP than income eligible households with young children. A review of the literature indicates that other federal social programs find it challenging to serve eligible older adult households, especially in comparison to households with young children. Program participation barriers appear to be most significant when older adult households have not made previous use of public assistance programs. For this reason, ACF is a federal partner with the Benefits Access Center's Federal Advisory Committee (previously known as the National Center for Outreach and Benefit Enrollment) that is funded by the Administration for Community Living (ACL). LIHEAP is one of five federal benefit programs for which the Committee is seeking to develop innovative ways to increase enrollment of the older adults. The Committee includes the Social Security Administration, Housing and Urban Development, ACL, Food and Nutrition Service, and the Centers for Medicare and Medicaid Services. ACF also has representatives on the federal interagency Healthy Homes Work Group and the Weatherization Assistance Program Interagency Workgroup on Client Eligibility through the Department of Housing and Urban Development and Department of Energy, respectively, to coordinate outreach across federal programs on reaching low-income populations and others to improve the condition of homes, such as weatherization and lead safety.

In FY 2022, ACF set targets for the other targeting index related measures in the table below. For FY 2025, ACF will continue to work with grant recipients to enhance procedures designed to improve the program's ability to target high burden households and households with individuals who are vulnerable. As such, the FY 2025 performance statistics should show that LIHEAP at least maintained the level of targeting.

With respect to the indicators related to restoration of home energy service and prevention of loss of home energy service, the FY 2022 data show that there was a continued reduction in the rate at which LIHEAP restored service and prevented the loss of service that occurred in the pre-pandemic years. ACF has reduced the target percentage to 5 percent in FY 2024. The reason for this is twofold: (1) an expected decrease in funding from LIHEAP's historical high $8.3 billion in FY 2021 and (2) the discontinuance of emergency utility-shutoff moratoria, which were instituted in response to the pandemic. HHS maintains that target for FY 2025.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 1A: Increase the recipiency targeting index score of households having at least one member 60 years or older. (*Outcome*) | FY 2022: 84<br><br>Target: 87<br><br>(Target Not Met) | Maintain Prior Result | Maintain Prior Result | N/A |
| 1B: Increase the recipiency targeting index score for LIHEAP households having at least one member five years or younger. (*Outcome*) | FY 2022: 128<br><br>Target: 109<br><br>(Target Exceeded) | Maintain Prior Result | Maintain Prior Result | N/A |
| 1C: Increase the benefit targeting index score for high burden households. (*Outcom*e) | FY 2022: 116<br><br>Target: 111<br><br>(Target Exceeded) | Maintain Prior Result | Maintain Prior Result | N/A |
| 1D: Increase the energy burden reduction index score for high burden households. (*Outcome*) | FY 2022: 95<br><br>Target: 86<br><br>(Target Exceeded) | Maintain Prior Result | Maintain Prior Result | N/A |
| 1E: Maintain restoration of home energy service for LIHEAP recipient households. (*Outcome*) | FY 2022: 238,476<br><br>Target: 200,401<br><br>(Target Exceeded) | Prior Result +5% | Prior Result +5% | TBD |
| 1F: Increase prevention of loss of home energy services. (*Outcome*) | FY 2022: 1,738,352<br><br>Target: 1,431,814<br><br>(Target Exceeded) | Prior Result +5% | Prior Result +5% | TBD |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Low Income Home Energy Assistance Program**

**Formula Grants**

CFDA#                    93.568

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $62,652,479 | $60,630,455 | $61,570,259 | ($1,082,220) |
| Alaska | 12,174,072 | 12,127,929 | 12,479,295 | 305,223 |
| Arizona | 33,245,131 | 32,739,147 | 33,690,968 | 445,837 |
| Arkansas | 35,714,370 | 36,942,757 | 37,782,607 | 2,068,237 |
| California | 248,785,754 | 245,728,126 | 251,289,198 | 2,503,444 |
| Colorado | 58,911,548 | 58,616,381 | 60,333,276 | 1,421,728 |
| Connecticut | 76,129,154 | 77,822,710 | 80,119,784 | 3,990,630 |
| Delaware | 14,032,397 | 14,115,393 | 14,448,725 | 416,328 |
| District of Columbia | 12,318,520 | 12,271,826 | 12,627,364 | 308,844 |
| Florida | 113,938,343 | 112,204,223 | 115,466,327 | 1,527,984 |
| Georgia | 90,099,866 | 88,728,561 | 91,308,159 | 1,208,293 |
| Hawaii | 7,843,697 | 8,093,784 | 8,250,654 | 406,957 |
| Idaho | 22,566,431 | 22,480,892 | 23,132,203 | 565,772 |
| Illinois | 181,799,876 | 190,446,057 | 196,679,357 | 14,879,481 |
| Indiana | 82,195,696 | 81,716,247 | 84,402,783 | 2,207,087 |
| Iowa | 57,854,226 | 57,593,975 | 59,183,012 | 1,328,786 |
| Kansas | 39,142,934 | 38,973,665 | 39,951,848 | 808,914 |
| Kentucky | 59,037,115 | 58,573,447 | 60,104,933 | 1,067,818 |
| Louisiana | 58,465,907 | 60,168,962 | 61,386,444 | 2,920,537 |
| Maine | 40,657,746 | 40,474,854 | 41,591,568 | 933,822 |
| Maryland | 81,772,044 | 80,582,355 | 82,481,194 | 709,150 |
| Massachusetts | 139,309,081 | 140,753,179 | 145,172,754 | 5,863,673 |
| Michigan | 172,282,048 | 173,626,172 | 179,319,760 | 7,037,712 |
| Minnesota | 123,321,766 | 122,767,013 | 126,154,197 | 2,832,431 |
| Mississippi | 38,287,419 | 37,615,779 | 38,491,415 | 203,996 |
| Missouri | 86,413,259 | 84,748,640 | 87,226,634 | 813,375 |
| Montana | 22,955,989 | 22,868,975 | 23,531,531 | 575,542 |
| Nebraska | 34,821,433 | 34,689,414 | 35,694,953 | 873,520 |
| Nevada | 16,358,355 | 16,109,383 | 16,577,730 | 219,375 |
| New Hampshire | 30,032,273 | 29,918,436 | 30,785,229 | 752,956 |
| New Jersey | 134,655,212 | 131,376,842 | 135,444,046 | 788,834 |
| New Mexico | 21,302,767 | 21,212,773 | 21,766,582 | 463,815 |
| New York | 394,752,329 | 392,976,569 | 403,818,928 | 9,066,599 |
| North Carolina | 113,618,818 | 111,081,029 | 113,431,261 | (187,557) |
| North Dakota | 22,967,003 | 22,879,947 | 23,542,821 | 575,818 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 164,474,490 | 165,733,083 | 171,081,668 | 6,607,178 |
| Oklahoma | 41,882,825 | 41,960,837 | 42,842,051 | 959,226 |
| Oregon | 42,377,470 | 42,730,736 | 44,047,984 | 1,670,514 |
| Pennsylvania | 212,155,562 | 211,200,965 | 217,028,065 | 4,872,503 |
| Rhode Island | 26,072,743 | 25,973,915 | 26,726,428 | 653,685 |
| South Carolina | 54,214,181 | 52,467,920 | 53,121,402 | (1,092,779) |
| South Dakota | 20,712,448 | 20,633,937 | 21,231,740 | 519,292 |
| Tennessee | 74,268,641 | 73,794,770 | 75,469,473 | 1,200,832 |
| Texas | 189,585,126 | 186,699,674 | 192,127,578 | 2,542,452 |
| Utah | 27,860,816 | 27,755,211 | 28,559,331 | 698,515 |
| Vermont | 22,510,259 | 22,424,932 | 23,074,625 | 564,366 |
| Virginia | 104,259,562 | 100,843,328 | 103,178,899 | (1,080,663) |
| Washington | 65,482,151 | 64,067,537 | 66,109,263 | 627,112 |
| West Virginia | 34,233,114 | 34,103,352 | 35,091,389 | 858,275 |
| Wisconsin | 111,007,297 | 110,507,939 | 113,556,892 | 2,549,595 |
| Wyoming | 10,763,617 | 10,722,805 | 11,033,465 | 269,848 |
| **Subtotal, States** | **$3,942,275,360** | **$3,925,276,838** | **$4,033,518,052** | **$91,242,692** |
| Indian Tribes | 45,359,615 | 45,171,468 | 46,379,948 | 1,020,333 |
| American Samoa | 331,282 | 330,052 | 339,156 | 7,874 |
| Guam | 726,324 | 723,629 | 743,588 | 17,264 |
| Northern Mariana Islands | 252,271 | 251,335 | 258,268 | 5,997 |
| Puerto Rico | 18,029,315 | 17,962,408 | 18,457,844 | 428,529 |
| Virgin Islands | 686,818 | 684,270 | 703,144 | 16,326 |
| **Subtotal, Territories** | **$20,026,010** | **$19,951,694** | **$20,502,000** | **$475,990** |
| **Total States, Tribes & Territories** | **$4,007,660,985** | **$3,990,400,000** | **$4,100,400,000** | **$92,739,015** |
| Training and Technical Assistance | 9,600,000 | 9,600,000 | 10,600,000 | 1,000,000 |
| **Subtotal, Adjustments** | **$9,600,000** | **$9,600,000** | **$10,600,000** | **$1,000,000** |
| **TOTAL RESOURCES** | **$4,017,260,985** | **$4,000,000,000** | **$4,111,000,000** | **$93,739,015** |

Note: State allocations in all years are subject to change based on tribal agreements; all final state allocations will be included on the HHS/ACF Office of Community Services web site.

This page intentionally left blank.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR CHILDREN AND FAMILIES
REFUGEE AND ENTRANT ASSISTANCE

## TABLE OF CONTENTS

Proposed Appropriation Language and Language Analysis ............................................ 37
Authorizing Legislation ............................................................................................ 39
Appropriations Not Authorized by Law ...................................................................... 40
Appropriations History Table ..................................................................................... 41
Amounts Available for Obligation .............................................................................. 43
Budget Authority by Activity ..................................................................................... 44
Summary of Changes ................................................................................................. 45
Justification .............................................................................................................. 46
  General Statement .............................................................................................. 46
  Transitional and Medical Services ....................................................................... 48
  Refugee Support Services ..................................................................................... 57
  Anti-Trafficking in Persons Programs .................................................................. 64
  Unaccompanied Children ..................................................................................... 71
  Survivors of Torture ............................................................................................ 82

This page intentionally left blank.

ADMINISTRATION FOR CHILDREN AND FAMILIES
Refugee and Entrant Assistance

**FY 2025 Proposed Appropriation Language and Language Analysis**

*For necessary expenses for refugee and entrant assistance activities authorized by section*

*414 of the Immigration and Nationality Act and section 501 of the Refugee Education Assistance*

*Act of 1980, and for carrying out section 462 of the Homeland Security Act of 2002, section*

*235 of the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008, the*

*Trafficking Victims Protection Act of 2000 ("TVPA"), and the Torture Victims Relief Act of*

*1998, $9,341,393,000, of which $9,291,638,000 shall remain available through September 30,*

*2027 for carrying out such sections 414, 501, 462, and 235: Provided further, That amounts available*

*under this heading to carry out the TVPA shall also be available for research and evaluation with respect*

*to activities under such Act: Provided further, That the limitation in section 205 of this Act regarding*

*transfers increasing any appropriation shall apply to transfers to appropriations under this heading by*

*substituting "15 percent" for "3 percent": Provided further, That the contribution of funds requirement*

*under section 235(c)(6)(C)(iii) of the William Wilberforce Trafficking Victims Protection*

*Reauthorization Act of 2008 shall not apply to funds made available under this heading: Provided*

*further, That for any month in fiscal year 2025 that the number of unaccompanied children referred to the*

*Department of Health and Human Services pursuant to section 462 of the Homeland Security Act of 2002*

*and section 235 of the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008*

*exceeds 10,000, as determined by the Secretary of Health and Human Services, an additional*

*$30,000,000, to remain available until September 30, 2027, shall be made available for obligation for*

*every 500 unaccompanied children above that level (including a pro rata amount for any increment less*

*than 500), for carrying out such sections 462 and 235 and for refugee and entrant assistance activities*

*authorized by section 414 of the Immigration and Nationality Act and section 501 of the Refugee*

*Education Assistance Act of 1980: Provided further, That of the amounts made available under this*

*heading, $2,914,179,000, along with any amounts made available pursuant to the preceding proviso, are*

*designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A) of*

*the Balanced Budget and Emergency Deficit Control Act of 1985, as amended: Provided further, That*

*such amounts shall be available only if the President designates such amount as an emergency requirement pursuant to such section 251(b)(2)(A).*

| Language Provision | Explanation |
|---|---|
| *Provided, That of the amounts available under this heading, $2,914,179,000, along with any amounts available under the preceding proviso, designated by the Congress as an emergency requirement pursuant to section 251(b)(2)(A) of the Balanced Budget and Emergency Deficit Control Act of 1985, as amended:* | Designates such funding, along with amounts provided if the monthly number of unaccompanied children exceeds 10,000, as emergency spending. Funds provided by either proviso are available for refugees or unaccompanied children. |
| *Provided further, That such amount shall be available only if the President designates such amount as an emergency requirement pursuant to such section 251(b)(2)(A):* | Emergency funding shall only be available upon presidential designation. |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Refugee and Entrant Assistance

**Authorizing Legislation**

| Statutory Citations | FY 2024 Amount Authorized | FY 2024 Amount Appropriated | FY 2025 Amount Authorized | FY 2025 President's Budget |
|---|---|---|---|---|
| Section 414(a) of the Immigration and Nationality Act and section 501 of the Refugee Education Assistance Act of 1980 | | | | |
| a) Transitional and Medical Services | Such sums | $564,000,000 | Such sums | $564,000,000 |
| b) Refugee Support Service | Such sums | $307,201,000 | Such sums | $307,201,000 |
| Sections 107(b) and 113(b) of the Trafficking Victims Protection Act of 2000 | Such sums | $30,755,000 | Such sums | $30,755,000 |
| Section 213(a) of the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 | $8,000,000 | Appropriation included in total for Anti-Trafficking in Persons Programs | $8,000,000 | Appropriation included in total for Anti-Trafficking in Persons Programs |
| Section 5(b) (1) of the Torture Victims Relief Act of 1998 | Such sums | $19,000,000 | Such sums | $19,000,000 |
| Section 462(a) of the Homeland Security Act of 2002 and section 235 of the Trafficking Victims Protection Reauthorization Act of 2008 | Such sums | $5,506,258,000 | Such sums | $5,506,258,000 |
| UC Emergency Contingency Fund | Authorized in appropriation language | $0 | Authorized in appropriation language | $652,140,000 |
| Emergency Supplemental | $0 | $0 | Request | $2,914,179,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Refugee and Entrant Assistance

**Appropriations Not Authorized by Law**

| Program | Last Year of Authorization | Authorization Level in Last Year of Authorization | Appropriations in Last Year of Authorization | Appropriations in FY 2024 |
|---|---|---|---|---|
| Transitional and Medical Services | FY 2002 | Such sums | $227,243,000 | $564,000,000 |
| Refugee Support Services | FY 2002 | Such sums | $212,912,000 | $307,201,000 |
| Survivors of Torture | FY 2007 | $25,000,000 | $9,817,000 | $19,000,000 |
| Anti-Trafficking in Persons Programs | FY 2021 | $28,755,000 | $28,755,000 | $30,755,000 |

Note: The expiration date for the Anti-Trafficking in Persons Programs refers only to authorization addressing foreign victims of trafficking. Domestic victims of trafficking programs are authorized through FY 2028.

ADMINISTRATION FOR CHILDREN AND FAMILIES
Refugee and Entrant Assistance

**Appropriations History Table**

| Year | Budget Estimate to Congress | House Allowance | Senate Allowance | Appropriation |
|------|------|------|------|------|
| 2016 | 1,624,612,000 | 1,429,884,000 | | 1,674,691,000 |
| | | | | |
| 2017 | | | | |
| Appropriation | 2,184,860,000 | 1,674,691,000 | 1,674,691,000 | 1,674,691,000 |
| Transfer | | | | 466,590,000 |
| Total | | | | 2,141,281,000 |
| | | | | |
| 2018 | | | | |
| Appropriation | 1,456,755,000 | 1,022,811,000 | 1,506,691,000 | 1,864,936,000 |
| Transfer | | | | 186,493,600 |
| Total | | | | 2,051,429,600 |
| | | | | |
| 2019 | | | | |
| Appropriation | 1,792,311,000 | 1,864,936,000 | 1,905,201,000 | 1,905,201,000 |
| Supplemental | | | | 2,876,552,000 |
| Transfer | | | | 285,780,150 |
| Total | | | | 5,067,533,150 |
| | | | | |
| 2020 | | | | |
| Appropriation | 1,804,066,000 | 2,511,701,000 | 1,870,201,000 | 1,908,201,000 |
| Mandatory Contingency Fund | 738,000,000 | | | |
| Total | 2,542,066,000 | | | 1,908,201,000 |
| | | | | |
| 2021 | | | | |
| Appropriation | 2,456,380,000 | 1,911,201,000 | 1,832,760,000 | 1,910,201,000 |
| Transfer | | | | 2,346,780,150 |
| Supplemental | | | | 1,913,483,405 |
| Mandatory | 200,000,000 | | | |
| Total | 2,656,380,000 | | | 6,170,464,555 |
| | | | | |
| 2022 | | | | |
| Appropriation | 4,404,947,000 | 4,504,947,000 | | 4,825,214,000 |
| Supplemental | | | | 4,100,000,000 |
| Total | | | | 8,925,214,000 |
| | | | | |
| 2023 | | | | |
| Appropriation | 6,327,843,000 | 7,979,346,000 | | 6,427,214,000 |
| Mandatory | 1,813,734,750 | | | |

| Year | Budget Estimate to Congress | House Allowance | Senate Allowance | Appropriation |
|------|------|------|------|------|
| CR Supplemental | | | | 1,775,000,000 |
| Division M Supplemental | | | | 2,400,000,000 |
| Contingency Fund | 326,000,000 | | | 5,940,000 |
| Total | 8,467,577,750 | | | 10,608,154,000 |
| | | | | |
| 2024 Appropriation | 7,258,755,000 | 2,756,956,000 | 6,427,214,000 | 6,427,214,000 |
| Contingency Fund | 2,776,000,000 | | | |
| Total | 10,034,755,000 | | | 6,427,214,000 |
| | | | | |
| 2025 Appropriation | 6,427,214,000 | | | |
| Emergency UC Contingency Fund | 652,140,000 | | | |
| Emergency Supplemental | 2,914,179,000 | | | |
| Total | 9,993,533,000 | | | |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Refugee and Entrant Assistance

**Amounts Available for Obligation**

| Budgetary Resources | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Annual, Budget Authority | $10,608,154,000 | $6,427,214,000 | $9,993,533,000 |
| **Subtotal, Net Budget Authority** | **$10,608,154,000** | **$6,427,214,000** | **$9,993,533,000** |
| | | | |
| Unobligated balance, start of year | 806,377,289 | 3,082,700,618 | 0 |
| Recoveries of prior year obligations | 747,194,684 | 252,000,000 | 350,650,000 |
| Unobligated balance, end of year | -3,082,700,618 | 0 | -10,000,000 |
| **Total Obligations** | **$9,079,025,355** | **$9,761,914,618** | **$10,334,183,000** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Refugee and Entrant Assistance

**Budget Authority by Activity**

| Activity | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Transitional and Medical Services | $564,000,000 | $564,000,000 | $564,000,000 |
| Refugee Support Services | 307,201,000 | 307,201,000 | 307,201,000 |
| Survivors of Torture | 19,000,000 | 19,000,000 | 19,000,000 |
| Unaccompanied Children | 5,506,258,000 | 5,506,258,000 | 5,506,258,000 |
| UC Contingency Fund, Enacted | 5,940,000 | 0 | 0 |
| UC Emergency Contingency Fund, Proposed | 0 | 0 | 652,140,000 |
| Anti-Trafficking in Persons Programs | 30,755,000 | 30,755,000 | 30,755,000 |
| CR Emergency Supplemental | 1,775,000,000 | 0 | 0 |
| Division M Emergency Supplemental | 2,400,000,000 | 0 | 0 |
| Emergency Funds | 0 | 0 | 2,914,179,000 |
| **Total, Budget Authority** | **$10,608,154,000** | **$6,427,214,000** | **$9,993,533,000** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Refugee and Entrant Assistance

**Summary of Changes**

FY 2023 Final
  Total estimated budget authority                         $10,608,154,000
  (Obligations)                                         $9,079,025,355
FY 2025 President's Budget
  Total estimated budget authority                         $9,993,533,000
  (Obligations)                                       $10,334,183,000

Net change                                          -$614,621,000

| Description of Changes | FY 2023 Final | Change from Base |
|---|---|---|
| Increases: | | |
| A. Program: | | |
|   1) Emergency Funds: Emergency funding request for FY 2025 | $0 | $2,914,179,000 |
|   2) UC Emergency Contingency Fund, Proposed: FY 2025 proposal | $0 | $652,140,000 |
|   Total, Increases | | $3,566,319,000 |
| Decreases: | | |
| A. Program: | | |
|   1) UC Contingency Fund, Enacted: FY 2023 enacted level | $5,940,000 | -$5,940,000 |
|   2) CR Emergency Supplemental: No supplemental funding is requested for FY 2025. | $1,775,000,000 | -$1,775,000,000 |
|   3) Division M Emergency Supplemental: No supplemental funding is requested for FY 2025. | $2,400,000,000 | -$2,400,000,000 |
|   Total, Decreases | | -$4,180,940,000 |
| Net Change | | -$614,621,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Refugee and Entrant Assistance

**Justification**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $10,608,154,000 | $6,427,214,000 | $9,993,533,000 | -$614,621,000 |
| Total, Obligations | $9,079,025,355 | $9,761,914,618 | $10,334,183,000 | $1,255,157,645 |

**General Statement**

The Refugee and Entrant Assistance account supports services for refugees, Amerasians, asylees, Cuban and Haitian entrants, victims of torture, Iraqi and Afghan Special Immigrants, trafficking victims, and humanitarian parolees from Afghanistan and from Ukraine by helping them to become employed and self-sufficient as quickly as possible. It also supports care and services for unaccompanied minors who are members of those groups or are Special Immigrant Juveniles or U-visa holders. As a result of the Homeland Security Act of 2002, the account also is responsible for coordinating and implementing the care and placement of unaccompanied children who are apprehended by immigration authorities. The FY 2025 request for Refugee and Entrant Assistance is $6.4 billion in base funding, with an additional $2.9 billion available through emergency-designated appropriations and an estimated $652 million available through an emergency contingency fund, bringing total funding to $10 billion, a decrease of $615 million from the FY 2023 enacted level, which included $4.2 billion in emergency funds.

The authorization for the assistance to refugees was initially established in the Immigration and Nationality Act (P.L. 82-414). Other laws expanded the populations eligible for these benefits. This includes certain Cuban and Haitians under the Refugee Education Assistance Act of 1980 (P.L. 96-422), victims of torture under the Torture Victims Relief Act of 1998 (P.L. 105-320), victims of trafficking under the Trafficking Victims Protection Act of 2000 (P.L. 106-386) and the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (P.L. 110-457), humanitarian parolees from Afghanistan under the Afghanistan Supplemental Appropriations Act, 2022 (P.L. 117-43), and humanitarian parolees from Ukraine under the Additional Ukraine Supplemental Appropriations Act, 2022 (P.L. 117-128). The Refugee and Assistance Account is not authorized to serve humanitarian parolees from Afghanistan and Ukraine who arrive after September 30, 2023 (with the exception of certain family members of individuals paroled previously), but all other authorizations are permanent.

The Administration requested two supplemental appropriations for this account: $1.9 billion for historic increases in arrivals of populations that ACF is mandated to serve and $481 million for the authority and funding to serve Ukrainian Humanitarian parolees. This document does not include these resources as Congress has not enacted the requests at time of publication. Instead, the information reflects that, in order to mitigate the funding shortfall, ACF may reprogram funds within the appropriation account, which would create operational challenges in the Unaccompanied Children program particularly if FY 2024 referrals are higher than currently predicted, provide significantly less Refugee Support Services in FY 2024 than was provided in FY 2023, and weaken support for rebuilding the resettlement network.

Highlights of the FY 2025 request for Refugee and Entrant Assistance include:

<u>Transitional and Medical Services</u> – Funding supports 436,500 eligible FY 2025 arrivals and 12 months of cash and medical assistance for arrivals in FY 2024 and FY 2025.

Refugee Support Services – The request will continue to help rebuild and support the refugee resettlement infrastructure and services. The funding is projected to serve up to 436,500 new arrivals, including up to 125,000 refugees, in addition to 1.9 million recent arrivals eligible to continue to receive services within the five-year eligibility period.

Unaccompanied Children Contingency Fund – The President's Budget includes a contingency fund that modifies the one enacted in FY 2023 so that it is more responsive.

Services for Reunified Families – The Budget continues a general provision from the FY 2024 President's Budget that provides the authority for funds made available in this appropriation to be used to provide mental health and other supportive services for children and parents or legal guardians who were separated at the United States-Mexico border under the previous Administration. The Budget also includes a mandatory proposal that makes this population eligible for public benefits to the same extent as refugees while they are in parole status, meaning they would be eligible for public benefits like Medicaid, Supplemental Nutrition Assistance Program benefits, and Supplemental Security Income, as well as the full range of benefits and services available to refugees. These proposals are separate from a legal settlement agreement.

**Refugee and Entrant Assistance Eligible Arrivals: FY 2003 – 2023[1]**

| Fiscal Year | State Dept. Refugee Ceiling | Refugees | Special Immigrant Visas[2] | Cuban and Haitian entrants | Asylees | Trafficking Victims | Unaccompanied Children[3] |
|---|---|---|---|---|---|---|---|
| 2003 | 70,000 | 28,346 | 0 | 11,837 | 26,378 | 150 | 4,792 |
| 2004 | 70,000 | 52,868 | 0 | 27,981 | 25,060 | 161 | 6,200 |
| 2005 | 70,000 | 53,813 | 0 | 17,573 | 23,546 | 227 | 7,800 |
| 2006 | 70,000 | 41,278 | 0 | 24,218 | 25,170 | 230 | 7,746 |
| 2007 | 70,000 | 48,281 | 101 | 18,494 | 25,011 | 302 | 8,212 |
| 2008 | 80,000 | 60,192 | 1,015 | 20,235 | 22,603 | 318 | 6,658 |
| 2009 | 80,000 | 74,654 | 2,657 | 20,026 | 21,761 | 381 | 6,089 |
| 2010 | 80,000 | 73,311 | 2,705 | 21,501 | 20,707 | 547 | 7,383 |
| 2011 | 80,000 | 56,424 | 1,259 | 23,683 | 24,640 | 566 | 6,560 |
| 2012 | 76,000 | 58,238 | 4,273 | 22,686 | 29,113 | 482 | 13,625 |
| 2013 | 70,000 | 69,926 | 2,871 | 30,045 | 25,965 | 527 | 24,668 |
| 2014 | 70,000 | 69,987 | 12,603 | 35,408 | 24,127 | 768 | 57,496 |
| 2015 | 70,000 | 69,933 | 8,443 | 71,642 | 31,340 | 872 | 33,726 |
| 2016 | 85,000 | 84,995 | 14,359 | 87,212 | 25,247 | 797 | 59,170 |
| 2017 | 110,000 | 53,716 | 21,523 | 47,759 | 30,612 | 960 | 40,810 |
| 2018 | 45,000 | 22,491 | 12,212 | 16,321 | 41,572 | 921 | 49,100 |
| 2019 | 30,000 | 30,000 | 10,541 | 28,816 | 49,651 | 1,223 | 69,488 |
| 2020 | 18,000 | 11,841 | 11,439 | 8,733 | 32,918 | 1,083 | 15,381 |
| 2021[4] | 62,500 | 11,508 | 9,766 | 43,227 | 20,451 | 1,837 | 122,731 |
| 2022[5] | 125,000 | 25,638 | 12,519 | 251,062 | 39,317 | 2,962 | 128,904 |
| 2023 | 125,000 | 60,281 | 17,396 | 349,149 | 58,851 | 3,027 | 118,938 |

1. FY 2023 data is not final; it is unreconciled and subject to change.
2. Arrivals include Iraqi and Afghan SIVs and their family members.
3. For FY 2010, the number excludes 697 Haitian children served as a result of the Haitian Earthquake Repatriation effort.
4. The table above does not include Afghan Humanitarian Parolees: 2,888 arrived in FY 2021 and 76,299 arrived in FY 2022.
5. The table above does not include Ukrainian Humanitarian Parolees: 81,333 arrived in FY 2022 and 102,816 arrived in FY 2023.

**Transitional and Medical Services**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $564,000,000 | $564,000,000 | $564,000,000 | $0 |

Authorizing Legislation – Section 414 of the Immigration and Nationality Act and Section 501 of the Refugee Education and Assistance Act of 1980

2025 Authorization.................................................................................Such sums as may be appropriated

Allocation Method.........................................................................Reimbursement and Competitive Grant

**Program Description and Accomplishments**

The Transitional and Medical Services (TAMS) program provides refugees and other eligible populations with time-limited cash assistance to purchase food and clothing, pay rent, use public transportation, and secure other necessities.  It provides time-limited medical assistance and supports domestic medical screenings for eligible populations.  Additionally, this program provides a path to economic self-sufficiency by supplying resources for employment training and placement, case management services, and English language training in order to facilitate economic self-sufficiency and effective resettlement as quickly as possible.  TAMS also supports foster care placement and services to unaccompanied refugee minors and other certain eligible populations of unaccompanied children in the U.S. Finally, the TAMS program funds overall coordination and administration of the refugee resettlement program by state refugee coordinators and refugee health coordinators, as well as their outreach and engagement with state and local stakeholders within 49 states and the District of Columbia.

Most TAMS recipients receive cash and medical assistance funded by the federal government and provided through states or replacement designees (in locations where states have chosen to not directly administer these services). State refugee program offices and replacement designees are reimbursed for costs incurred to administer the program. Cash and medical assistance are provided for up to 12 months to income-eligible refugees, asylees, Cuban or Haitian entrants, trafficking victims, Iraqi or Afghan Special Immigrant Visa (SIVs) holders and, through FY 2023, select groups of humanitarian parolees from Afghanistan and Ukraine who are not eligible for and receiving mainstream benefits such as Temporary Assistance for Needy Families (TANF), Supplemental Security Income, and Medicaid. The cash and medical assistance accounts for most of the funding for TAMS, and it is obligated through quarterly grants to states and replacement designees. The grants support new arrivals as well as individuals who arrived in the previous fiscal year who are still within their 12-month eligibility period.

An alternative to traditional cash benefits is the Matching Grant Program, in which participants receive services such as case management, job development, job placement and placement follow-up, and interim housing and cash assistance through grants awarded to participating national refugee resettlement agencies.  These agencies provide a match (in cash and/or in-kind services) of one dollar for every two dollars of federal contribution.  The purpose of the program is to help participants become self-sufficient within the Matching Grant service period.  In FY 2022, ACF extended the service period from 180 days from the date of eligibility for the program to 240 days, while also increasing the per capita award from $2,850 to $3,850 to support the extended service period.  The extended service period allows service providers to strengthen their focus on family self-sufficiency, support to women, and equity for underserved populations.  Participating refugees may not access other forms of public cash assistance

while receiving benefits through this program but may be eligible for refugee medical assistance.  ACF awards funds for Matching Grant on a quarterly basis.

The Wilson-Fish TANF Coordination Program (WF TC) funds the development and implementation of innovative approaches throughout a state to facilitate access by refugee families with children under the age of 18 through relevant, customized, and culturally and linguistically appropriate integrated services and resources. Examples of such services and resources include, but are not limited to, employment training, English language instruction, enhanced case management, and other social services. The WF TC program requires grantees' coordination with the state TANF office and the office of the State Refugee Coordinator, as well as the development and fostering of partnerships with other stakeholders. The current five-year grant began in FY 2021 and funds 21 states and private non-profit agencies across the country. ACF awards funds for these grants annually.

Some states and replacement designees are also reimbursed for providing foster care and other appropriate placement and services to Unaccompanied Refugee Minors (URM). Unaccompanied minors within the following immigration categories are eligible for the URM program: refugees, asylees, Cuban or Haitian entrants, victims of trafficking with a letter of eligibility, Special Immigrant Juveniles (SIJ) who meet certain criteria, recipients of U non-immigrant status (qualified victims of certain crimes), and certain unaccompanied Afghan and Ukrainian minors paroled into the United States. The State Department identifies and refers children to the URM program from overseas who are eligible for admission to, and resettlement in, the United States as refugees but who do not have a parent or a relative available and committed to providing for their long-term care.  All minors enrolled in the URM program are placed in licensed child welfare programs where they receive foster care placement and services up to age 21 in most states. They may also be eligible to receive transition to adulthood services up to age 23 and education benefits up to age 26, depending on the state. Through its network of providers, ACF offers specialized care for URM with reunification services, help for refugee youth to adapt to their new surroundings and new country, and assistance with preserving an adolescent's ethnic, religious, and cultural heritage. Funding for URM program is included in the quarterly grants to states and replacement designees.

ACF received a regular appropriation of $564 million in FY 2023 for TAMS and this budget request assumes the same base appropriation in FY 2024. ACF also received supplemental appropriations to support services for additional resettlement of people displaced from Afghanistan and Ukraine and higher than anticipated arrivals of other populations eligible for ACF benefits.  Congress appropriated $1.775 billion for the overall Refugee and Entrant Assistance account in the FY 2023 Continuing Appropriations and Ukraine Supplemental Appropriations Act (P.L. 117-180), of which ACF awarded $225 million for TAMS. The FY 2023 Consolidated Appropriations Act (P.L. 117-328) also included an additional $2.4 billion for the Refugee and Entrant Assistance account, of which ACF awarded $718 million for TAMS, including $19 million for people displaced from Ukraine. Funding received through these supplemental appropriations specifically supports additional capacity at the state and provider level; provides cash and medical assistance; helps meet short-term and long-term housing needs; and provides case management, expanded medical and mental health services, and additional legal assistance for Afghans, while integrating youth into school districts. ACF estimates that, in total, the funding for TAMS, including the supplemental appropriations, supported 590,000 arrivals in FY 2023, as well as individuals who arrived in the previous fiscal year who were still within their 12-month eligibility period.

The FY 2023 appropriations are in addition to supplemental appropriations that Congress made in FY 2021 and FY 2022 to support resettlement of individuals from Afghanistan or resettlement of certain citizens or nationals of Ukraine paroled into the United States. The FY 2021 Emergency Security

Supplemental Appropriations Act (P. L. 117-31) provided $25 million for Afghan individuals granted Special Immigrant status. The Afghanistan Supplemental Appropriation Act, 2022 (P.L. 117-43) provided $1.68 billion for Operation Allies Welcome, while the Additional Afghanistan Supplemental Appropriation Act, 2022 (P.L. 117-70) provided an additional $1.264 billion. These appropriations support citizens or nationals of Afghanistan paroled into the United States as well as Afghans arriving as refugees or with Special Immigrant status. As of September 30, 2023, ACF has obligated $2.9 billion from these appropriations, $579 million of which was through TAMS (and $2.3 billion through Refugee Support Services and $67 million to support unaccompanied Afghan minors or provide administrative supports).

ACF also received supplemental appropriations to support the resettlement of individuals from Ukraine. The Additional Ukraine Supplemental Appropriations Act, 2022 (P.L.117-128) provided $900 million for resettlement assistance and other benefits available to refugees to specific Ukrainian populations and other non-Ukrainian individuals in response to their displacement from Ukraine and entry into the United States. As of September 30, 2023, ACF has obligated $899 million from this appropriation, $232 million of which was through TAMS, $665 million through Refugee Support Services, and $2.2 million supporting unaccompanied minors or administrative costs.

The TAMS program receives funding from Congress that is available to obligate over a three-year period, allowing unused funds in one year to be carried over and obligated in the next two years. The availability of funds over multiple years helps ACF respond to fluctuating rates of arrivals of populations eligible for benefits. Supplemental funding provided to the Refugee and Entrant Assistance account in fiscal years 2021, 2022, and 2023, is available to obligate over a two-year period.  ACF carried over $853 million from FY 2023 to FY 2024 from the base and supplemental funding appropriated in FY 2023, including emergency-designated funding that may be used to support either TAMS, Refugee Support Services, or the Unaccompanied Children program.

| | |
|---|---|
| 2021 | $224,000,000 |
| 2022 | $564,000,000 |
| 2023 | $564,000,000 |
| 2023 Supplemental | $1,422,499,998 |
| 2024 | $564,000,000 |
| 2025 President's Budget | $564,000,000 |

For FY 2023, ACF funded 89 grant awards, with an average of $14 million and a range of $23,000 to $590 million. In FY 2024, it is estimated that there will be 90 awards, with an average of $23 million and a range of $38,000 to $972 million.

Funding for this program is also used to pay for monitoring/on-site review costs, information technology support, overhead, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request for TAMS is estimated to provide $2.268 billion. This total includes an appropriation of $564 million and $1.7 billion as emergency-designated funding. The request supports 12 months of cash and medical benefits. The refugee admissions ceiling for FY 2025 will be announced at a later date via Presidential Determination.

Arrivals of refugees and other eligible populations are inherently difficult to predict, especially in the cases of asylees and Cuban and Haitian entrants. To address this uncertainty and ensure that ACF can serve all eligible populations within a capped discretionary appropriation, the Budget proposes an emergency supplemental appropriation of $2.9 billion to provide additional funding to TAMS and the Refugee Support Services (RSS) program when arrivals of such populations exceed the level that can be supported with the $871 million base request for TAMS and RSS combined. This appropriations language request would provide ACF with flexibility to allocate funds to other authorized activities, such as Unaccompanied Children, given uncertainty throughout the account. ACF estimates the emergency supplemental appropriation would support 436,500 arrivals in FY 2025, but this number is uncertain. Over recent years, the number of Cuban and Haitian entrants have especially been very volatile.

The Budget proposes legislative changes to codify data sharing authorities (that apply to both this program and RSS). The proposed changes will ensure that ACF has the legislative authority to receive data from other federal sources to the full extent necessary to enable efficient administration of benefits. Data sharing is needed to project costs for cash and medical assistance, develop formula funding allocations to states and replacement designees, conduct outreach and share information with populations eligible for services, and use complete arrival data for the Secretary of HHS's annual report to Congress on refugees. For most populations eligible for benefits and services, ACF currently receives individual-level biographical data regarding most eligible populations from one or more federal sources but lacks such data for Cuban and Haitian entrants and Ukrainian humanitarian parolees. This lack of information prevents ACF from being able to effectively carry out its responsibility to administer benefits to eligible individuals from these groups. In addition, providing ACF the legislative authority to receive data from other federal sources will strengthen the U.S. government's ability to fully capitalize on the opportunities presented by community or private sponsorship by determining locations to focus on facilitating coordination between private sponsor groups and local service providers. Sponsors can be immensely helpful to newly resettled refugees, through assistance such as mentorship, English language instruction, introduction to different careers that provide living wage employment, and connections to employers; ACF seeks to build upon these opportunities while ensuring that sponsored refugees are aware of and able to access the federal supports available to them.

This request continues the proposed legislative changes from the FY 2024 President's Budget to allow special immigrant juvenile minors placed in the URM program access to the same benefits as refugees, to provide delivery of comprehensive immigration-related legal assistance for children within the URM program, to allow children and youth in the URM program to receive the same foster care services as children and youth in domestic foster care, to permit full-time students in an institution of higher education to access cash assistance, and to adjust the statutory language that requires that refugees attain economic self-sufficiency "as quickly as possible".

Funding for the program supports eligible populations through various programs and resources. An estimate of the obligations supported by this budget request for FY 2025 by major category and historical estimates for comparison are as follows:

| Major Category | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| Cash Assistance | 537,325,272 | $912,775,440 | $867,483,229 |
| Medical Assistance | 470,700,418 | $731,491,003 | $693,596,620 |
| Health Screening | 218,577,864 | $326,577,604 | $207,176,258 |
| URM | $79,459,548 | $98,400,000 | $101,352,000 |
| State administration | $38,276,246 | $47,400,000 | $67,000,000 |

| Major Category | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| Matching Grant | $166,139,050 | $210,000,000 | $265,589,363 |
| Wilson-Fish | $26,183,318 | $18,000,000 | $35,000,000 |
| Data Collection/ Monitoring/ Other | $24,243,817 | $23,182,500 | $23,182,501 |
| ORR Staffing | $9,821,255 | $25,000,000 | $30,000,000 |
| Total Estimated Obligations | $1,570,726,788 | $2,392,826,547 | $2,290,379,970 |

## Performance Analysis

FY 2022 saw a $1.83 increase in the aggregate average wage from FY 2021. The FY 2022 average wage was $16.37 per hour.  ACF attributes this increase to focused collaboration with service providers and employers to improve the quality of jobs, as well as a favorable employment market.  In addition, 84.91 percent of all employments in FY 2022 were full time, reflecting strong efforts to place refugees into quality jobs.  ACF will continue to work with states to increase the number of refugees placed into full-time jobs through job training and job development to increase average wage outcomes.  By FY 2025, ACF expects to maintain high performance in this area by continuing to meet or exceed an average wage of at least $14.50 per hour for refugees placed in full-time jobs.

| Measure [1] | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 15A: Increase the percent of cash assistance terminations due to earned income from employment for those clients receiving cash assistance at employment entry. (*Outcome*) | FY 2022: 40.28% Target: 56.75% (Target Not Met) | 41.50% [2] | 42.50% | +01.0 |
| 15B: Increase the average hourly wage of refugees at placement (employment entry). (*Outcome*) | FY 2022: $16.37 Target: $10.50 (Target Exceeded) | $13.50 [3] | $14.50 | +$1.00 |
| 15C: For refugees receiving Refugee Cash Assistance (RCA), increase the percentage of refugees who are not dependent on RCA within the first eight months (240 days) after arrival. [4] (Transitional and Medical Services and Refugee Social Services) (*Efficiency*) | FY 2022: 14.21% Target: 21.25% (Target Not Met) | N/A | N/A | N/A |
| 15D: For refugees receiving Refugee Cash Assistance (RCA), increase the percentage of refugees who are not dependent on RCA within the first 12 months (360 days) after arrival. [5] *(Transitional and Medical Services and Refugee Social Services) (Developmental Outcome)* | N/A | TBD | TBD | TBD |

| Measure [1] | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 15E: For refugees receiving Refugee Cash Assistance (RCA), increase the percentage of refugee women who are not dependent on RCA within the first 12 months (360 days) after arrival. [6] *(Transitional and Medical Services and Refugee Social Services) (Developmental Equity Outcome)* | N/A | TBD | TBD | TBD |
| 15i: Number of cash assistance terminations due to earned income from employment. (*Output*) | FY 2022: 6,142  (Historical Actual) | N/A | N/A | N/A |

Annual measure 16A measures the percent of employable adults that are employed on the 240th day of their Matching Grant Program service period. This measure shifted to 240 days from 180 days with the extension of the service period beginning in FY 2022. The extension of the client service period enables grant recipients to further emphasize basic integration services such as English language acquisition and provide more equitable employment services. The percentage of employable participants employed increased from 61 percent in FY 2022 to 62 percent in FY 2023 as local service providers continue to adjust to the increase in new arrivals even as the wait time for employment authorization documents improves. ACF expects the extension of the client service period to yield additional improvements through FY 2025.

Annual measure 16B is the preliminary measure of achieving self-sufficiency (not dependent on any cash assistance) by day 180 of the Matching Grant Program service period, while 16C measures self-sufficiency again at 240 days. Economic self-sufficiency is reached when a family unit earns a total income at a level that enables a family unit to support itself without receipt of a cash assistance grant. Both of these measures increased significantly in FY 2023 and are approaching pre-pandemic levels. The actual result for performance measure 16B in FY 2023 shows 66 percent of program participants achieve self-sufficiency at day 180, while measure 16C indicates that 78 percent of program participants were self-sufficient at the end of the 240-day program service period. ACF expects positive growth to continue through FY 2025 for the reasons noted above.

Beginning in FY 2022, ACF was able to disaggregate employment data by gender. This allowed us to set a baseline for women achieving employment through the Matching Grant Program. Of the 15,451 employable adults in the program in FY 2023, 7,545 (49 percent) were women. Of the 9,917 employable adults that achieved employment 3,395 (34 percent) were women. ORR continues to emphasize the importance of all employable individuals availing themselves to the program's extensive array of employment services.

| Measure | Year and Most Recent Result / Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---------|---------|---------|---------|---------|
| 16A: Increase the percentage of refugees who enter employment through the Matching Grant (MG) program as a subset of all MG employable (after 240 days). (*Outcome*) | FY 2023: 61.5%<br><br>Target: 61.61%<br><br>(Target Not Met) | Prior Result +1% | Prior Result +1% | TBD |
| 16B: Increase the percentage of refugees who are not dependent on any cash assistance within the first six months (180 days) after arrival. (*Outcome*) | FY 2023: 65.85%<br><br>Target: 61.61%<br><br>(Target Exceeded) | Prior Result +1% | Prior Result +1% | TBD |
| 16C: Increase the percentage of refugees who are not dependent on any cash assistance within the first eight months (240 days) after arrival. (*Outcome*) | FY 2023: 78.28%<br><br>Target: 76.76%<br><br>(Target Exceeded) | Prior Result +1% | Prior Result +1% | TBD |
| 16D: Increase the percentage of refugee women that enter employment through the Matching Grant (MG) program as a subset of all MG employable (after 240 days). *(Developmental Equity Outcome)* | FY 2023: 34.23%<br><br>(Historical Actual) | N/A | N/A | N/A |
| 16i: Number of MG program refugees who are not dependent on any cash assistance within the first eight months. (*Output*) | FY 2023: 30,297<br><br>(Historical Actual) | N/A | N/A | N/A |

[1] The term "refugee" is used to encompass all ACF-eligible populations.
[2] The FY 2024 performance target for this measure is proposed for adjustment based on the most recent trend data.
[3] The FY 2024 performance target for this measure is proposed for adjustment based on the most recent trend data.
[4] This performance measure will no longer report following FY 2022 due to a change in the timeframe associated with this program.
[5] In 2022, ACF changed the time frame for cash assistance benefits from eight months to twelve months. Therefore this developmental performance measure will adjust to capture this new timeline as of FY 2023.
[6] In 2022, ACF changed the time frame for cash assistance benefits from eight months to twelve months. Therefore this developmental performance measure will adjust to capture this new timeline as of FY 2023.

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Refugee and Entrant Assistance - Transitional and Medical Services**

**Formula Grants**

CFDA #          93.566

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $1,269,607 | $1,999,192 | $1,829,146 | $559,539 |
| Alaska | 858,482 | 1,351,812 | 1,236,831 | 378,349 |
| Arizona | 24,919,418 | 39,239,460 | 35,901,859 | 10,982,441 |
| Arkansas | 494,683 | 778,955 | 712,699 | 218,016 |
| California | 57,127,607 | 89,956,213 | 82,304,784 | 25,177,177 |
| Colorado | 23,212,263 | 36,551,282 | 33,442,330 | 10,230,067 |
| Connecticut | 1,458,115 | 2,296,027 | 2,100,733 | 642,618 |
| Delaware | 300,189 | 472,694 | 432,488 | 132,299 |
| District of Columbia | 2,156,785 | 3,396,190 | 3,107,319 | 950,534 |
| Florida | 590,483,780 | 929,807,624 | 850,720,738 | 260,236,958 |
| Georgia | 13,254,112 | 20,870,640 | 19,095,441 | 5,841,329 |
| Hawaii | 23,200 | 36,532 | 33,425 | 10,225 |
| Idaho | 4,341,067 | 6,835,678 | 6,254,254 | 1,913,187 |
| Illinois | 25,447,396 | 40,070,843 | 36,662,527 | 11,215,131 |
| Indiana | 2,768,279 | 4,359,082 | 3,988,310 | 1,220,031 |
| Iowa | 2,503,062 | 3,941,457 | 3,606,207 | 1,103,145 |
| Kansas | 6,652,581 | 10,475,513 | 9,584,495 | 2,931,914 |
| Kentucky | 62,342,617 | 98,168,049 | 89,818,144 | 27,475,527 |
| Louisiana | 4,889,095 | 7,698,633 | 7,043,808 | 2,154,713 |
| Maine | 2,377,842 | 3,744,278 | 3,425,800 | 1,047,958 |
| Maryland | 10,879,510 | 17,131,464 | 15,674,309 | 4,794,799 |
| Massachusetts | 27,335,838 | 43,044,486 | 39,383,240 | 12,047,402 |
| Michigan | 25,694,706 | 40,460,271 | 37,018,831 | 11,324,125 |
| Minnesota | 8,570,508 | 13,495,584 | 12,347,687 | 3,777,179 |
| Mississippi | 1,477,322 | 2,326,271 | 2,128,405 | 651,083 |
| Missouri | 4,659,478 | 7,337,066 | 6,712,995 | 2,053,517 |
| Montana | 1,109,480 | 1,747,047 | 1,598,448 | 488,968 |
| Nebraska | 16,670,717 | 26,250,611 | 24,017,806 | 7,347,089 |
| Nevada | 17,570,943 | 27,668,155 | 25,314,778 | 7,743,835 |
| New Hampshire | 953,804 | 1,501,911 | 1,374,163 | 420,359 |
| New Jersey | 30,030,608 | 47,287,816 | 43,265,644 | 13,235,036 |
| New Mexico | 2,338,890 | 3,682,942 | 3,369,681 | 1,030,791 |
| New York | 6,994,325 | 11,013,642 | 10,076,852 | 3,082,527 |
| North Carolina | 5,682,978 | 8,948,724 | 8,187,570 | 2,504,592 |
| North Dakota | 3,816,687 | 6,009,961 | 5,498,770 | 1,682,083 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 4,450,321 | 7,007,716 | 6,411,659 | 1,961,338 |
| Oklahoma | 1,500,032 | 2,362,031 | 2,161,123 | 661,091 |
| Oregon | 2,505,490 | 3,945,280 | 3,609,705 | 1,104,215 |
| Pennsylvania | 22,270,056 | 35,067,632 | 32,084,875 | 9,814,819 |
| Rhode Island | 662,421 | 1,043,084 | 954,362 | 291,941 |
| South Carolina | 1,978,621 | 3,115,643 | 2,850,635 | 872,014 |
| South Dakota | 1,966,947 | 3,097,261 | 2,833,816 | 866,869 |
| Tennessee | 9,349,166 | 14,721,701 | 13,469,513 | 4,120,347 |
| Texas | 177,506,783 | 279,511,760 | 255,737,256 | 78,230,473 |
| Utah | 6,467,783 | 10,184,520 | 9,318,253 | 2,850,470 |
| Vermont | 856,761 | 1,349,102 | 1,234,351 | 377,590 |
| Virginia | 97,999,000 | 154,314,514 | 141,188,944 | 43,189,944 |
| Washington | 20,873,028 | 32,867,796 | 30,072,151 | 9,199,123 |
| West Virginia | 42,332 | 66,658 | 60,988 | 18,656 |
| Wisconsin | 5,101,593 | 8,033,244 | 7,349,958 | 2,248,365 |
| Wyoming | 0 | 0 | 0 | 0 |
| **Subtotal, States** | **$1,344,196,308** | **$2,116,644,047** | **$1,936,608,106** | **$592,411,798** |
| **Total States/Territories** | **$1,344,196,308** | **$2,116,644,047** | **$1,936,608,106** | **$592,411,798** |
| Other Grants | 192,322,368 | 228,000,000 | 300,589,363 | 108,266,995 |
| Other | 34,208,102 | 48,182,500 | 53,182,501 | 18,974,399 |
| **Subtotal, Adjustments** | **$226,530,470** | **$276,182,500** | **$353,771,864** | **$127,241,394** |
| **TOTAL RESOURCES** | **$1,570,726,778** | **$2,392,826,547** | **$2,290,379,970** | **$719,653,192** |

Notes:
1. Funds for all years includes prior year funding available for obligation.
2. FY 2023 includes funding from supplemental appropriations.
3. Other Grants are the Matching Grants and Wilson Fish grants.
4. Other includes program support.

**Refugee Support Services**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $307,201,000 | $307,201,000 | $307,201,000 | $0 |

Authorizing Legislation – Section 414 of the Immigration and Nationality Act and Section 501 of the Refugee Education and Assistance Act of 1980

2025 Authorization.................................................................................Such sums as may be appropriated

Allocation Method.......................................................................................Formula and Competitive Grants

**Program Description and Accomplishments**

The Refugee Support Services (RSS) program provides services to address barriers to employment, focusing on employment-based English language training, case management, employment preparation, and job placement and retention services. RSS also includes related services, such as interpretation and translation, childcare, healthcare, and citizenship and naturalization services. Services are provided within a five-year eligibility period.

In FY 2018, Congress enacted an appropriation combining Refugee Social Services, Refugee Targeted Assistance Grants, and the Preventative Health program into the single RSS appropriation. The program issues quarterly formula grants to states, or to privately run programs in certain states, based on the number of qualified entrants in the most recent fiscal years. Secondary migration of the populations from the state of initial resettlement is also considered in reaching the final numbers for formula allocations. Though these eligible populations include selected Special Immigrant Visa (SIV) holders, asylees, Cuban and Haitian entrants, and certain Afghan and Ukrainian parolees, among others, the term "refugee" will be used throughout the request to encompass all eligible populations.

ACF continues to reinforce a family-centered approach to service delivery through RSS. ACF requires the development and maintenance of a holistic Family Self-Sufficiency Plan (FSSP) for each refugee receiving RSS employability services and all of their family members. Through the FSSP, providers assess the needs of these refugees and develop a strategy to achieve economic self-sufficiency. Newly defined standards and data collection for the FSSP will strengthen program oversight and ensure that all members of refugee families are accessing services to advance on their path to self-sufficiency and longer-term integration.

In addition, RSS includes four set-aside programs for states. The first is the Refugee Health Promotion Program supports physical health and mental health among newly arriving and vulnerable refugees; this program is designed to streamline health promotion activities in refugee resettlement processes from arrival to self-sufficiency and to coordinate and support community-based outreach, education, and orientation around health and mental health services. The other three set-aside programs include: 1) the Refugee School Impact Program (RSI) to facilitate successful youth integration into schools through academic and language support and Early RSI, a component of RSI to provide service to eligible families with children from birth until they enter school; 2) the Youth Mentoring Program to support educational and vocational goals for older youth ages 15 to 24; and 3) the Services to Older Refugees Program to provide connections for older refugees to mainstream services. ACF typically awards the funding for set-aside programs once per year.

RSS also includes several competitive grants awarded to public and private non-profit agencies to address current critical issues facing refugees and other eligible populations:

- The Preferred Communities Program provides targeted long-term intensive case management to at-risk populations in need of additional assistance to attain successful resettlement, such as single-headed households, women at risk, LGBTQ clients, those with physical and mental health vulnerabilities, and elderly refugees.

- The Individual Development Accounts Program supports financial literacy and planning, business development, and long-term goal setting, to include matched savings for a home purchase, transportation, educational need, or other major asset.

- The Refugee Agricultural Partnership Program improves the supply and quality of food through refugee farming projects. Such projects provide income opportunities for refugees and foster community interaction through community gardens and markets.

- The Microenterprise Development Program helps refugees develop, expand, or maintain their own businesses and become financially independent. Projects foster engagement with financial institutions and local governments in support of business development and community revitalization.

- Ethnic Community Self-Help Programs connect refugees to community resources focusing on longer-term employment, English language learning, and vocational needs.

- The Refugee Family Child Care Microenterprise Development Program helps recently arrived refugees start and run family childcare businesses to earn income in their homes that allows them to live independently and build a sustainable business.

- The Refugee Career Pathways Program helps refugees obtain the necessary credentials, education, experience, and job skills to secure employment in professional and/or skilled career fields, including, for many, recertifying in the careers they had in their country of origin.

- The Employer Engagement Program strengthens employer engagement in the integration and self-sufficiency of refugees through training, career counseling, apprenticeships, internships, and other workplace-based learning opportunities.

Finally, RSS provides funding to a technical assistance provider that provides training, technical assistance, and other supports to all ACF-funded refugee program grantees and sub-grantees. This grant award is obligated annually.

ACF received regular appropriations of $307.2 million in FY 2023 for RSS. This funding supported services for approximately 172,000 arrivals in FY 2023, in addition to those continuing to receive services within the five-year eligibility period. Congress also appropriated $1.775 billion in the FY 2023 Continuing Appropriations and Ukraine Supplemental Appropriations Act (P.L. 117-328), of which ACF awarded $150 million through RSS. Congress also appropriated an additional $2.4 billion for the Refugee and Entrant Assistance account in the FY 2023 appropriation as emergency-designated funding. From the $2.4 billion fund ACF awarded $433 million for RSS, including $391 million for people displaced from Ukraine in FY 2023. ACF estimates that total funding for RSS, including the supplemental appropriations, supported 590,000 arrivals in FY 2023.

In FY 2021 and FY 2022, ACF received three supplemental appropriations to support the resettlement of individuals from Afghanistan.  The FY 2021 Emergency Security Supplemental Appropriations Act (Public Law 117-31) provided $25 million for Afghan individuals granted special immigrant status.  ACF distributed these funds among the ten states that received more than 250 Afghan Special Immigrant Visa holders in FY 2019 and FY 2020.  The Afghanistan Supplemental Appropriation Act, 2022, (P.L. 117-43) provided $1.680 billion for Operation Allies Welcome, while the Additional Afghanistan Supplemental Appropriation Act, 2022, (P.L. 117-70) provided an additional $1.264 billion.  These appropriations support citizens or nationals of Afghanistan who were paroled into the United States as well as other citizens or nationals of Afghanistan for whom such refugee and entrant assistance activities are authorized, such as SIV holders.  ACF supplemented existing grants, published Notices of Funding Opportunity to create new grants, and awarded contracts using the Afghanistan supplemental appropriations.  In FY 2022, ACF also received supplemental appropriations to support the resettlement of certain citizens or nationals of Ukraine paroled into the United States.  The Additional Ukraine Supplemental Appropriations Act, 2022, (P.L. 117-128) provided $900 million for culturally and linguistically appropriate refugee and entrant assistance activities in support of citizens or nationals of Ukraine, or a person who last habitually resided in Ukraine.  These funds specifically support cash and medical assistance, employment and employability services, case management, medical and mental health services, and supports for youth integrating into U.S. schools.  Funding also supported initial case management and referral services for newly arriving Ukrainians.

The RSS program receives funding from Congress that is available for obligation over a three-year period, allowing unused funds in one year to be carried over and obligated in the next two years.  From FY 2023 to FY 2024, ACF carried over a portion of the emergency-designated funding provided in the FY 2023 omnibus appropriation.

Funding for the RSS program – net of any authorized changes such as transfers or reprogramming – for five years is as follows:

| | |
|---|---|
| 2021 | $227,201,000 |
| 2022 | $307,201,000 |
| 2023 | $307,201,000 |
| 2023 Supplemental | $1,352,500,002 |
| 2024 | $307,201,000 |
| 2025 President's Budget | $307,201,000 |

For FY 2023, ACF awarded 202 grants with an average award of $6.5 million and a range of $99,000 to $400 million.  For FY 2024, it is estimated that there will be 220 awards, with an average of $8.8 million and a range of $150,000 to $607 million.

Funding for this program is also used to pay for information technology support, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request is estimated to provide $1.5 billion, including an appropriation of $307 million and estimated emergency-designated funding of $1.2 billion.  This request will continue to help support the refugee resettlement infrastructure and services administered by states and replacement designees (in locations where states have chosen to not directly administer these services) through population-based formula grants awarded on a quarterly basis and competitive grants designed to address

specific needs of both newly arriving and longer-term populations. This funding is projected to serve up to approximately 436,500 new arrivals, including up to 125,000 refugees, in addition to those continuing to receive services after the first year but who remain within the five-year eligibility period.

Funding from the emergency-designated funding for the Refugee and Entrant Assistance appropriation (discussed in the Transition and Medical Services narrative) will be used to expand RSS services to reflect the pace of arrivals of Cuban and Haitian entrants and grants of asylum. In total, ACF estimates approximately 2 million recent arrivals will be eligible for RSS services, and up to approximately 467,000 will participate in RSS programs during FY 2025. The budget request continues to bring together resources for all ACF-eligible resettlement populations, including recent Afghan and Ukrainian parolees granted eligibility starting in FY 2022 and Cuban and Haitian parolees previously granted eligibility. This is designed to ensure equitable treatment for all populations, as envisioned by the Refugee Act and will also facilitate efficient provision of benefits and services.

The Budget also continues to include a legislative proposal to allow ACF to take current fiscal year arrivals into account when calculating quarterly RSS formula funding for states and replacement designees, allowing the program to be more responsive to the most up-to-date refugee resettlement trends. There is also a legislative proposal referenced in the Transitional and Medical Services narrative regarding data sharing that is applicable for RSS.

ACF intends to issue approximately 80 percent of the total funding through formula grants to states and replacement designees and the remaining 20 percent through competitive grants. For FY 2025, it is estimated that there will be 220 awards, with an average of $6.8 million and a range of $116,000 to $467 million.

**Performance Analysis**

Performance measure 18C (below) is to increase the percentage of refugees retaining employment after 90 days. In FY 2022, ACF exceeded its target of 79.25 percent of refugees retaining employment with an actual result of 81.82 percent. This improvement in retention may be attributed to service providers' intensified efforts designed to increase refugee understanding of the importance of employment retention and favorable economic and employment conditions. The program aims to continue to increase performance percent by promoting integration activities and sharing knowledge of best practices with states and replacement designees so that refugees will be better equipped to reach self-sufficiency and maintain recent performance to achieve the target of 80.50 percent of refugees retaining employment in FY 2025.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 15C: For refugees receiving Refugee Cash Assistance (RCA), increase the percentage of refugees who are not dependent on RCA within the first eight months (240 days) after arrival. (Transitional and Medical Services and Refugee Social Services) (*Efficiency*) | FY 2022: 14.21%<br><br>Target: 21.25%<br><br>(Target Not Met) | N/A [1] | N/A | N/A |

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 15D: For refugees receiving Refugee Cash Assistance (RCA), increase the percentage of refugees who are not dependent on RCA within the first 12 months (360 days) after arrival. [2] *(Transitional and Medical Services and Refugee Social Services) (Developmental Outcome)* | N/A | TBD | TBD | TBD |
| 15E: For refugees receiving Refugee Cash Assistance (RCA), increase the percentage of refugee women who are not dependent on RCA within the first 12 months (360 days) after arrival.[3] *(Transitional and Medical Services and Refugee Social Services) (Developmental Equity Outcome* | N/A | TBD | TBD | TBD |
| 18A: Increase the percentage of refugees entering employment through ACF-funded refugee employment services. (*Outcome*) | FY 2022: 32.78%  Target: 51.25%  (Target Not Met) | 38.5% [4] | 40.50% | + 2 |
| 18B: Increase the percentage of refugees entering employment with health benefits available as a subset of full-time job placements. *(Outcome)* | FY 2022: 68.37%  Target: 67.25%  (Target Exceeded) | 67.75% | 67.9% | +.15 |
| 18C: Increase the percentage of 90-day job retention as a subset of all entered employment. (*Outcome*) | FY 2022: 81.82%  Target: 79.25%  (Target Exceeded) | 79.75% | 80.50% | +0.75 |
| 18i: Number of refugees entering employment through ACF-funded employment services. (*Output*) | FY 2022: 26,534  (Historical Actual) | N/A | N/A | N/A |
| 18ii: Number of refugees entering full-time employment with health benefits available. (*Output*) | FY 2022: 15,403  (Historical Actual) | N/A | N/A | N/A |
| 18iii: Number of refugees with 90-day job retention. (*Output*) | FY 2022: 18,736  (Historical Actual) | N/A | N/A | N/A |

[1] This performance measure is proposed to be discontinued following the reporting of FY 2022 data.
[2] In 2022, the time frame for cash assistance was changed from eight months to twelve months. Therefore this developmental performance measure will adjust to capture this new timeline as of FY 2023.
[3] See previous footnote.
[4] The FY 2024 performance target is proposed for revision based on the most recent actual results.

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Refugee and Entrant Assistance - Refugee Support Services**

**Formula Grants**

CFDA #     93.566

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $1,430,800 | $972,567 | $1,584,783 | $153,983 |
| Alaska | 5,281,211 | 3,589,833 | 5,849,578 | 153,983 |
| Arizona | 13,953,019 | 9,484,378 | 15,454,650 | 1,501,631 |
| Arkansas | 1,225,857 | 833,260 | 1,357,784 | 131,927 |
| California | 66,466,499 | 45,179,715 | 73,619,658 | 7,153,159 |
| Colorado | 15,961,268 | 10,849,459 | 17,679,028 | 153,983 |
| Connecticut | 6,424,923 | 4,367,256 | 7,116,377 | 1,501,631 |
| Delaware | 313,133 | 212,848 | 346,832 | 131,927 |
| District of Columbia | 1,511,479 | 1,027,408 | 1,674,145 | 7,153,159 |
| Florida | 400,075,847 | 271,946,215 | 443,132,218 | 43,056,371 |
| Georgia | 13,639,402 | 9,271,201 | 15,107,281 | 1,467,879 |
| Hawaii | 361,732 | 245,882 | 400,662 | 38,930 |
| Idaho | 9,966,803 | 6,774,801 | 11,039,435 | 1,072,632 |
| Illinois | 38,816,176 | 26,384,777 | 42,993,593 | 4,177,417 |
| Indiana | 6,648,177 | 4,519,010 | 7,363,657 | 715,480 |
| Iowa | 4,075,321 | 2,770,145 | 4,513,909 | 438,588 |
| Kansas | 3,946,619 | 2,682,662 | 4,371,356 | 424,737 |
| Kentucky | 37,224,973 | 25,303,178 | 41,231,144 | 4,006,171 |
| Louisiana | 3,000,514 | 2,039,559 | 3,323,431 | 322,917 |
| Maine | 2,170,101 | 1,475,097 | 2,403,649 | 233,548 |
| Maryland | 12,118,061 | 8,237,090 | 13,422,213 | 1,304,152 |
| Massachusetts | 18,123,936 | 12,319,503 | 20,074,444 | 1,950,508 |
| Michigan | 16,649,464 | 11,317,251 | 18,441,288 | 1,791,824 |
| Minnesota | 12,780,623 | 8,687,458 | 14,156,080 | 1,375,457 |
| Mississippi | 415,200 | 282,227 | 459,884 | 44,684 |
| Missouri | 9,592,571 | 6,520,422 | 10,624,928 | 1,032,357 |
| Montana | 1,045,590 | 710,726 | 1,158,117 | 112,527 |
| Nebraska | 8,840,313 | 6,009,085 | 9,791,712 | 951,399 |
| Nevada | 12,677,161 | 8,617,131 | 14,041,484 | 1,364,323 |
| New Hampshire | 2,838,135 | 1,929,184 | 3,143,576 | 305,441 |
| New Jersey | 27,102,650 | 18,422,664 | 30,019,451 | 2,916,801 |
| New Mexico | 1,337,356 | 909,050 | 1,481,283 | 143,927 |
| New York | 68,767,058 | 46,743,489 | 76,167,804 | 7,400,746 |
| North Carolina | 12,286,381 | 8,351,503 | 13,608,647 | 1,322,266 |
| North Dakota | 1,708,933 | 1,161,624 | 1,892,849 | 183,916 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 12,256,549 | 8,331,225 | 13,575,605 | 1,319,056 |
| Oklahoma | 2,665,553 | 1,811,874 | 2,952,421 | 286,868 |
| Oregon | 6,058,509 | 4,118,191 | 6,710,529 | 652,020 |
| Pennsylvania | 23,334,141 | 15,861,071 | 25,845,373 | 2,511,232 |
| Rhode Island | 1,435,857 | 976,005 | 1,590,384 | 154,527 |
| South Carolina | 5,102,153 | 3,468,120 | 5,651,249 | 549,096 |
| South Dakota | 2,336,101 | 1,587,933 | 2,587,514 | 251,413 |
| Tennessee | 12,193,120 | 8,288,110 | 13,505,350 | 1,312,230 |
| Texas | 97,023,135 | 65,950,180 | 107,464,815 | 10,441,680 |
| Utah | 6,811,436 | 4,629,983 | 7,544,486 | 733,050 |
| Vermont | 1,446,926 | 983,529 | 1,602,645 | 155,719 |
| Virginia | 13,712,654 | 9,320,993 | 15,188,417 | 1,475,763 |
| Washington | 57,356,847 | 38,987,551 | 63,529,620 | 6,172,773 |
| West Virginia | 1,074,513 | 730,386 | 1,190,152 | 115,639 |
| Wisconsin | 6,467,195 | 4,395,989 | 7,163,198 | 696,003 |
| Wyoming | 0 | 0 | 0 | 0 |
| **Subtotal, States** | **$1,088,051,975** | **$739,588,798** | **$1,205,148,688** | **$117,096,713** |
| **Total States, Tribes & Territories** | **$1,088,051,975** | **$739,588,798** | **$1,205,148,688** | **$117,096,713** |
| Other Grants | 182,685,383 | 154,111,372 | 279,484,557 | 96,799,174 |
| Training and Technical Assistance | 7,500,000 | 7,500,000 | 7,500,000 | 0 |
| **Subtotal, Adjustments** | **$194,289,282** | **$164,611,372** | **$289,984,557** | **$95,695,275** |
| **TOTAL RESOURCES** | **$1,282,341,257** | **$904,200,170** | **$1,495,133,245** | **$212,791,988** |

Notes:
1. Funding for FY 2023 and FY 2024 includes prior year funding available for obligation.
2. FY 2023 includes funding from supplemental appropriations.
3. Other Grants are the RSS competitive grants.

**Anti-Trafficking in Persons Programs**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $30,755,000 | $30,755,000 | $30,755,000 | $0 |

Authorizing Legislation- Section 113(b) of the Trafficking Victims Protection Act of 2000 and Section 213(a) of the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008

2025 Authorization..................................................................................Such sums as may be appropriated

Allocation Method....................................................................................Competitive Grants and Contracts

**Program Description and Accomplishments**

The Trafficking Victims Protection Act of 2000 (TVPA) (P.L. 106-386), and subsequent amendments and reauthorizations, allow ACF to assist foreign national and domestic (United States citizen and lawful permanent resident) victims of severe forms of human trafficking, and improve the national response to human trafficking through a number of efforts including:

- screening and identifying victims,

- providing victims with access to benefits and services,

- developing and delivering training and technical assistance,

- conducting research, program evaluations, and data collection, and

- raising awareness and funding education and prevention efforts.

The TVPA defines severe forms of trafficking in persons as "sex trafficking in which a commercial sex act is induced by force, fraud, or coercion, or in which the person induced to perform such act has not attained 18 years of age or the recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery."

The William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (P.L. 110-457) authorizes grants to assist domestic (U.S. citizens and lawful permanent residents) victims of human trafficking through the provision of services and other assistance such as case management, emergency housing, referrals to community-based public services, and outreach and victim identification. It also authorizes HHS to issue Certification or Eligibility Letters further described below.

The Justice for Victims of Trafficking Act of 2015 (P.L. 114-22) authorizes the enhancement of efforts to combat human trafficking and assist trafficking victims, including contributions to the Domestic Trafficking Victims Fund, operation of a national anti-trafficking hotline, and strengthening training for health care providers.

The Frederick Douglass Trafficking Victims Prevention and Protection Reauthorization Act of 2018 (P.L. 115-425) authorizes ACF to award grants to local educational agencies, in partnership with a nonprofit, nongovernmental agency, in order to establish, expand, and support programs to educate school staff to

recognize and respond to signs of labor trafficking and sex trafficking, and to provide age-appropriate information to students on how to avoid becoming victims of labor and sex trafficking.

Congress also authorized the Stop, Observe, Ask, and Respond (SOAR)to Health and Wellness Act of 2018 (P.L. 115-398) to provide training to health care and social service providers on human trafficking, including SOAR to Human Trafficking training program activities implemented under the TVPA and additional activities, such as stakeholder engagement, technical assistance to grantees, data collection, and grant awards.

In FY 2023, through the Consolidated Appropriations Act, 2022 (P.L. 117-328), Congress enacted a General Provision to expand funding flexibility for research projects in ACF. All research funding provided for in the Act could remain available for five years following appropriation. This has allowed for additional time for research and evaluation projects.

The Anti-Trafficking in Persons programs include grant programs, contracts, inter- and intra-agency agreements, and partnerships with government and non-government organizations. Each authorizing statute identifies eligible entities for competitive grant funding, but, in general, state, local, and tribal governments and non-profit organizations are eligible for federal assistance under the authorized programs. Each newly awarded grant program includes mechanisms to assess program performance, and, to the extent funding is available, independent evaluation to provide evidence on what works in combating human trafficking and assisting survivors.

ACF provides Certification or Eligibility Letters to certain foreign national victims of trafficking, making them eligible for services and benefits to the same extent as refugees, as authorized by the TVPA.  ACF, in consultation with the Department of Homeland Security (DHS), issues Certification Letters to foreign national adult victims of trafficking meeting eligibility requirements. ACF issues Eligibility Letters to foreign national minor victims of trafficking, in consultation with the U.S. Department of Justice, DHS, and non-governmental organizations with expertise on identifying and serving victims of trafficking.

In FY 2024, funding will be provided for the continuation of the Trafficking Victim Assistance Program (TVAP).  TVAP supports time-limited comprehensive case management services to foreign national victims of trafficking, potential victims seeking and who have received HHS certification and eligibility determinations, and certain family members. The grant program is in its third year of a five-year project period.

In FY 2024, ACF will provide continuation funding for Aspire: Child and Youth Trafficking Assistance Demonstration Program. This five-year grant program now in its third year provides national coverage of comprehensive case management and other supportive services to foreign national children, youth, and young adults who have experienced severe forms of human trafficking. It specifically supports comprehensive, trauma-informed, age-appropriate services. The establishment of this child-focused program strengthened tailored services to children and youth, broadening the population served beyond TVAP.

In FY 2024, ACF will provide funding for the final year of a three-year award to continue the Lighthouse Demonstration Program. The grant is intended to build, expand, and sustain organizational and community capacity to deliver services to adult foreign national individuals who have experienced labor trafficking in the United States through the provision of direct services, assistance, and referrals.

In FY 2024, ACF will make continuation funding available to two grant recipients for year three of a five-year pilot SOAR demonstration grant program at approximately $1 million to train health care providers

on human trafficking. The program supports local adaptation and implementation of SOAR-related training to identify potential human trafficking victims; implements best practices when referring with and reporting to allied professionals; ensures the delivery of coordinated, culturally responsive, trauma-informed, patient-centered, and evidence-based care; and builds the capacity of professionals to identify, treat, and respond appropriately to potential victims of human trafficking within clinical, organizational, and community setting.

In FY 2024, ACF will provide funding for the third year of a five-year award under the Domestic Victims of Human Trafficking – Services and Outreach (DVHT-SO) program to support United States citizens and lawful permanent resident victims and potential victims of trafficking. The DVHT-SO program has four main objectives: provide comprehensive case management to domestic victims of human trafficking; conduct outreach to increase victim identification; conduct training for service providers and community partners on effective identification, assessment, trauma-informed service delivery strategies, and referrals; and engage survivors in project implementation strategies, whenever practical. In FY 2024, ACF funded a new cohort of five grant recipients for a five-year program implementation period.

In FY 2024, ACF will provide continuation funding for year three of a five-year grant cohort for the Demonstration Grants to Strengthen the Response to Victims of Human Trafficking in Native Communities program to provide victim services and assistance to survivors of human trafficking in Native American communities. Grant recipients provide direct services, assistance, and referrals with goals to provide comprehensive culturally and linguistically responsive case management to Native American victims of trafficking, conduct outreach efforts to increase identification of indigenous victims of sex and labor trafficking, and train service providers and community partners.

In FY 2024, the National Human Trafficking Hotline (referred to as the Hotline in this chapter) will receive the final year of funding of a five-year project period at $5 million to provide around-the-clock confidential hotline services for victims of trafficking to get help and stay safe, for community members to report tips, and for service providers and law enforcement to find referrals. The Hotline receives calls, texts, chats, emails, and other online reports from all 50 states, the District of Columbia, and U. S. territories. The Hotline reports all cases involving minors, or potential victims who may be under the age of 18 years old, to law enforcement, in compliance with mandatory reporting requirements. During the FY 2020 to FY 2023 project period, the Hotline reported more than 11,100 potential trafficking cases to law enforcement. Year over year, since FY 2016, the Hotline has consistently reported more than 2,000 cases of human trafficking to law enforcement including all cases referencing minors, in compliance with mandatory reporting requirements.

The Hotline grant recipient is making concerted efforts to improve coordination and provide tips to law enforcement about all potential trafficking incidents. Starting in the spring of 2023, ACF began providing technical assistance to the incumbent grant recipient, more closely monitored law enforcement reporting activity of the Hotline and assisted the recipient in developing improved messaging via the Look Beneath the Surface Public Awareness campaign about how and when to report potential human trafficking situations to law enforcement. The grant recipient has also conducted a review and update of its protocols for providing tips to law enforcement, convened meetings with law enforcement partners in its database, developed a Public Service Announcement about the Hotline services and coordination with law enforcement for use in law enforcement training on human trafficking, made efforts to clarify the types of information necessary to make a report law enforcement, and has updated its database of law enforcement points of contact by adding more than 1,000 new contacts. Additionally, the grant recipient has conducted 16 community-based awareness events, which included the public, victims and survivors, and law enforcement.  The Hotline leadership has also met with more than 40 state and local stakeholders to

solicit recommendations for improving communication with law enforcement about potential human trafficking.

In FY 2024, ACF plans to award $3.4 million in continuation awards to seven school districts to implement the Human Trafficking Youth Prevention Education Demonstration (HTYPE) program, which supports local educational agencies efforts to develop and implement programs to prevent human trafficking victimization through the provision of skill-based human trafficking training and education for school staff and students. The funding recipients are expected to establish a cohesive strategy, with the support of a partnered nonprofit or nongovernmental organization, to build the capacity to provide all aspects of human trafficking prevention to students and school staff.

In FY 2024, ACF plans to award funding for year three of a five-year contract in the amount of $2.8 million for the National Human Trafficking Training and Technical Assistance Center (NHTTAC) to deliver training and support professional organizations, communities, and local, tribal, and state-level government systems. The NHTTAC also provides development opportunities for survivors.

The Human Trafficking Data Collection Project (HTDC) seeks to measure progress in prevention, protection, and assistance to victims of trafficking by streamlining procedures to collect, organize, and analyze data. ACF continues development of its online case management system to streamline the issuance of certification and eligibility letters, improve transparency, and provide survivors with real-time access to their verification status. In FY 2023, ACF committed $2 million to conduct program evaluations. No new funding is required in FY 2024 or FY 2025 for the HTDC initiative.

The Look Beneath the Surface (LBS) public awareness campaign builds off prior years of providing materials and information to the public on how to identify human trafficking and seek services through the Hotline. In FY 2024, ACF plans to award a new contract to strengthen campaign efforts informed by survivors and subject matter experts on effective public health awareness campaigns to change knowledge, attitudes, and behaviors to prevent human trafficking. LBS campaign strategies will coordinate with and complement other federal government efforts to raise awareness about human trafficking.

In FY 2023, ACF awarded 24 anti-trafficking grants totaling $19,332,184 with an average award amount of $397,840 and a range of $277,696 to $5 million. In FY 2024, ACF plans to provide new and continuation funding to 29 grant recipients with an average of $374,500 and a range between $277,000 and $5 million. ACF awarded $1.5 million to a new cohort of DVHT-SO grants to 5 recipients in FY 2024 with average awards of $300,000. Funding for this program is also used to pay salaries and benefits for federal employees, information technology support, grants paneling, and other related administrative costs.

Funding for the program - net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $27,755,000 |
| 2022 | $29,755,000 |
| 2023 | $30,755,000 |
| 2024 | $30,755,000 |
| 2025 President's Budget | $30,755,000 |

**Budget Request**

The FY 2025 President's Budget request is $30.8 million, the same as the FY 2023 final level.

ACF will continue to support the next phase of the Human Trafficking Data Collection Project; provide continuation funding and technical assistance to educational and multidisciplinary professionals to prevent human trafficking; strengthen partnerships to increase calls to, and referrals by, the Hotline; target resources to assist unserved and underserved Native communities; implement the program specifically to assist foreign and domestic children and youth who experience trafficking, as well as a program to identify and provide services and assistance to labor trafficking victims; build public-private collaborations to support regional anti-trafficking efforts; continue to fund case management and direct assistance to foreign national victims of severe forms of human trafficking through TVAP; support comprehensive services for domestic victims of trafficking; and continue to enhance its anti-trafficking public education, awareness, and outreach efforts. Target populations for training and technical assistance will include underserved communities in rural and other geographic areas with historically marginalized and underserved populations.

In FY 2025, ACF plans to provide approximately $19 million in continuation funding to 26 existing award recipients with an award average of $374,500; this includes a new five-year grant to support the operations of the National Human Trafficking Hotline at the current $5 million funding level.

In addition to the funding request to support existing programs, the Budget continues legislative proposals from the FY 2024 President's Budget to amend the language authorizing appropriations for the National Human Trafficking Hotline to provide flexibility to determine the appropriate funding mechanism, to provide the authority to waive the 25 percent cost share requirement for domestic victims of human trafficking programs in certain circumstances, and to authorize HHS to enter into reimbursable agreements with the Department of Justice to facilitate collaborative efforts. In addition, proposed legislative changes would allow grant recipients under the HTYPE demonstration program to eliminate the priority granted for those local education agencies serving in a high-intensity child sex trafficking area since the FBI no longer designates these areas.

**Performance Analysis**

One of ACF's primary responsibilities under the TVPA is to certify foreign victims of trafficking, so that they may be eligible for benefits and services to the same extent as refugees. From FY 2019 to FY 2022, there were annual increases in the number of certification letters ACF issued to adult victims of trafficking, following a period of annual decreases. In FY 2023, ACF issued 575 certification letters, a 21 percent decrease from the prior year. The fluctuation in certification letters primarily reflects changing patterns in law enforcement investigations and the number of T-visas and Continued Presence status issued by DHS.

ACF continues to receive record numbers of requests for assistance and to issue record numbers of eligibility letters to for foreign national child victims of human trafficking. In FY 2022, ACF received a 40 percent increase in the number of requests for assistance and issued nearly double the number of eligibility letters compared to the prior fiscal year. In FY 2023, ACF received 3,612 requests for assistance, and issued approximately 2,020 eligibility letters. Generally, the fluctuation in eligibility letters reflects awareness levels of federal requirements to refer potential cases of child trafficking to HHS within 24 hours; strength of screening for trafficking in youth-serving organizations (e.g., unaccompanied child programs, child welfare, and juvenile justice); and ACF's capacity to process the increased volume of requests for assistance.

In FY 2021, 2,047 clients were served under TVAP. Of those clients, 1,538 were adults and 509 were minors. In FY 2022, 2,527 clients were served under TVAP. Of those clients, 1,638 were adults and 889 were minors. ACF has observed a steady increase in the number of minor victims served through TVAP.

In FY 2023, through Aspire, TVAP, and Lighthouse, 1,577 total clients were served. Of those clients, 1,119 received services as an adult and 458 received services as a minor. By FY 2025, ACF anticipates that recipients under the group of victim assistance programs—TVAP, Aspire, and Lighthouse—will serve as many clients as observed prior to the restructuring of victim assistance programs for foreign national survivors of trafficking.

In FY 2022, the Hotline received 212,167 signals, of which 26 percent were substantive in nature; identified 10,013 potential cases of trafficking; responded to 10,190 signals from potential victims; and reported 2,531 cases to law enforcement. By FY 2024, ACF aims to increase the number of potential trafficking victims identified by the Hotline, particularly within the U.S. territories through increased public awareness including its revised LBS campaign. Targeted awareness building campaign materials developed through LBS renewal activities may help to increase awareness of trafficking, reporting of incidents, and awareness of available resources for survivors within these regions. By FY 2025, ACF aims to restore the total number of potential victims identified prior to the pandemic by continuing to address operational challenges.

Measures for programs assisting domestic victims of human trafficking are for grant programs assisting U.S. citizen and lawful permanent resident survivors of human trafficking, including a grant program to provide culturally responsive services for Native communities impacted by human trafficking. Additional measures for FY 2025 reflect programming to build the capacity of health and human service to identify and respond to human trafficking, including the SOAR to Health and Wellness grant program, Human Trafficking Youth Prevention Education grant program for schools, and the National Human Trafficking Training and Technical Assistance Center contract.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 17B: Increase the number of foreign victims served by whole network of providers, including victims who identify as racial/ethnic minorities, LGBTQIA2S+, or individuals with disabilities. (*Outcome and Output*) | FY 2023: 1,577 <br><br> Target: 1,575 <br><br> (Target Exceeded) | Average previous 4 actuals +5% | Average prev 4 actuals | N/A |
| 17C: Increase the number of domestic trafficking victims served, including victims who identify as racial/ethnic minorities, LGBTQIA2S+, or individuals with disabilities. (*Outcome*) | FY 2023: 823 <br><br> Target: 991 <br><br> (Target Not Met) | Average prev 4 actuals +1% | Average prev 4 actuals -10% | N/A |
| 17D: Increase the number of potential trafficking victims identified by the Hotline. (*Outcome*) | FY 2022: 16,775 <br><br> Target: 27,306 <br><br> (Target Not Met) | Average prev 4 actuals | Average prev 4 actuals -10% | N/A |

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 17E: Increase the number of incoming communications received from victims and survivors of human trafficking by the hotline. (*Outcome*) | FY 2022: 10,190<br><br>Target: 12,145<br><br>(Target Not Met) | Average prev 4 actuals +1% | Average prev 4 actuals | N/A |
| 17F: Increase the percentage of individuals trained who have "high" or "very high" confidence in their ability identify and respond to human trafficking after receiving SOAR to Health and Wellness training. (*Outcome*) | FY 2023: 91%<br><br>Target: 91%<br><br>(Target Met) | Average prev 4 actuals | Average prev 4 actuals | N/A |
| 17G: Increase the number of health and human service professionals trained by grant recipients to identify and respond to human trafficking. (*Developmental Outcome*) | N/A | TBD | TBD | N/A |
| 17H: Increase the number of human trafficking victims identified by health and human service professionals receiving SOAR training (*Developmental Outcome*) | N/A | TBD | TBD | N/A |
| 17I: Increase the number of school staff trained to recognize and respond to human trafficking (*Developmental Outcome*) | FY 2022: 9,059<br><br>(Historical Actual) | TBD | TBD | N/A |
| 17J: Increase the number of students receiving human trafficking prevention education. (*Developmental Outcome*) | FY 2022: 16,497<br><br>(Historical Actual) | TBD | TBD | N/A |
| 17i: Number of total incoming communications received by the hotline. (*Output*) | FY 2022: 212,167<br><br>(Historical Actual) | N/A | N/A | N/A |
| 17ii: Number of individuals trained by the National Human Trafficking Training and Technical Assistance Center. (*Output*) | FY 2023: 51,537<br><br>(Historical Actual) | N/A | N/A | N/A |
| 17iii: Number of victims of trafficking certified per year. (*Output*) | FY 2023: 2,595<br><br>(Historical Actual) | N/A | N/A | N/A |

**Unaccompanied Children**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Unaccompanied Children | $5,506,258,000 | $5,506,258,000 | $5,506,258,000 | $0 |

Authorizing Legislation – Section 462 of the Homeland Security Act and the Trafficking Victims Protection Act of 2008

2025 Authorization.................................................................................Such sums as may be appropriated

Allocation Method.................................................................................Competitive Grants and Contract

**Program Description and Accomplishments**

The Unaccompanied Children (UC) program provides for the shelter, care, and placement of unaccompanied children who are referred to ACF's Office of Refugee Resettlement (ORR) by another federal agency or department. Typically, unaccompanied children are referred after being apprehended at a border, port of entry, or in the interior of the United States by Department of Homeland Security (DHS) officials, including Customs and Border Protection (CBP) officers or Immigration and Customs Enforcement (ICE) agents. The program was transferred to ORR in the Homeland Security Act of 2002 (P.L. 107-296) (HSA), with further requirements laid out in the Prison Rape Elimination Act of 2003 (P.L. 108-79), the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (P.L. 110-457) (TVPRA), and the Violence Against Women Reauthorization Act of 2013 (P.L. 113-4). ORR is also bound by the terms of the Flores Settlement Agreement (FSA), which outlines the minimum standards for care and services that children in ORR custody must receive.

Unaccompanied children are placed into ORR custody and provided care until they are appropriately and safely released to a vetted sponsor that is, in most cases, their parent or legal guardian, close relative, or another adult recommended by their parents. In some cases, when no appropriate sponsor is available, the program provides care to a child until immigration proceedings conclude, the child is granted lawful immigration status, or the child turns 18 years of age, whichever occurs first. The UC program funds private non-profit and for-profit organizations to provide legally mandated care and services such as shelter, counseling, health care, access to legal services and child advocates, case management, education, and other support services to children in ORR custody. Standard facilities receive grants or contracts to provide shelter, including therapeutic care, foster care, shelter with increased staff supervision, and secure care. (Standard facilities include those that are licensed by their state to provide residential care for children or that meets the requirements of state licensing that would otherwise be applicable if it is in a state that does not allow state licensing of programs providing care and services to unaccompanied children, including Texas, Florida, and South Carolina.) Approximately 76 percent of budget costs go directly to care for children in ORR shelters, including in Influx Care Facilities (ICF). Other services for children such as health care and sponsor unification services, including background checks, make up approximately 20 percent of the budget. Administrative expenses to carry out the program total approximately four percent of the budget.

Migration numbers vary considerably from one year to the next, even from month to month, and are largely unpredictable. Referral numbers reached approximately 49,000 children in FY 2018 and over 69,400 children in FY 2019. There was a noticeable drop in referrals in FY 2020 to 15,381 due to the coronavirus pandemic and subsequent public health emergency order issued by the Centers for Disease

Control and Prevention on March 20, 2020, (which initially applied to unaccompanied children) as well as the implementation of policies restricting entry to the United States by unauthorized individuals and families. From FY 2021 through FY 2023, there was an average of 123,524 referrals per year for a total of 370,573 children. In FY 2023, the referral rate of children who were age 12 or younger was 19 percent, a four percent increase from the previous year. Over 79 percent of children referred to ORR in FY 2023 were from Honduras, Guatemala, and El Salvador. Thirty-seven percent of children who arrived in FY 2023 have been placed with a parent or legal guardian, and an additional 47 percent were placed with a close relative such as a grandparent, aunt, or uncle.

ORR plays no role in immigration enforcement and does not apprehend children at the border, which is a function of DHS. ORR relies on DHS referrals, referral projections, and estimates to inform program resources, such as bed capacity needs. ORR has sought to obtain sufficient bed capacity, using both traditional standard beds and ICF beds in facilities that adhere to FSA standards, to ensure children do not experience prolonged detention in DHS facilities, which are not designed for children, and that they are expeditiously placed in an ORR-care provider facility. The Administration's ongoing goal is to prioritize child welfare and safety while minimizing the time children spend in congregate care settings—consistent with child welfare best practices and ORR's legal obligation to place children without undue delay.

ORR policies for placing children and youth into care provider facilities are based on legal requirements and child welfare best practices to provide a safe environment in the least restrictive setting appropriate for the child's needs. To determine the placement setting that is in the best interests of the child, ORR considers many factors, including age, gender, safety concerns, special needs, location of potential sponsors, and siblings or other related children in ORR custody. All services, including those for children ages 12 or younger, are trauma-informed, culturally, and linguistically appropriate, and age and developmentally appropriate.

ORR continues to prioritize the placement of children in small-scale, community-based, and family-based care providers, including transitional foster care, small group homes, and long-term foster care. In FY 2024, ORR plans to further expand capacity in community-based and family-based care providers by publishing notices of funding opportunities for the community-based care initiative and soliciting contract proposals to develop a continuum of care for children with more complex needs. The community-based care initiative will restructure ORR's existing transitional foster care and long-term foster care programs to operate under one model of community-based care to more effectively place and support children in non-congregate settings. ORR gives priority for community-based care to tender age children, youth who are pregnant or parenting, children with special needs, children with extended stays, and youth who are close to aging out of ORR care and need assistance in developing independent living skills. Community-based care as a program model is built on child welfare best practices and the understanding that children should be placed in family-based and home-like settings. While ORR's transition to community-based care will not completely eliminate ORR's need for congregate care placement settings, implementing community-based care will be a foundational step in expanding ORR's family-based placement settings.

When the census of children in care is high in the standard network, ORR works to facilitate this goal through ICFs. These facilities are required to meet all the FSA minimum services, such as routine medical and mental health services, educational services, case management services, access to legal services before children are placed there, and all other services that are offered in ORR's standard network of care. ORR does not consider ICFs to be a long-term placement option for children or a long-term solution to addressing the program's capacity needs. ORR has actively worked to build its network to ensure that ORR has sufficient standard shelter capacity that can adapt to the changing needs of the program and that ICFs are used only when needed to ensure ORR can quickly accept all referrals from

DHS in a timely manner. ORR has been successful in increasing the standard network capacity from just over 6,000 beds to more than 12,000 since 2021. While this additional capacity has decreased the dependency on ICFs, more standard network bed capacity is needed. ORR is focused on initiatives aimed at bringing more standard beds online, including adding beds to existing grants and funding new grants. ORR also continues to work closely with DHS partners to track migration trends and patterns and plan ORR capacity needs as far in advance as possible.

As part of an effort to transition the program to a more flexible, cost effective and operationally efficient model, ORR solicited proposals for multiple-award indefinite delivery-indefinite quantity (IDIQ) contracts for ICF capacity in July 2022 and awarded one in March 2023. In FY 2023, ORR committed funding to initiate task orders for up to three ICF sites with potential capacity of 3,000 beds each from the ICF IDIQ. In September 2023, ORR executed the first task order at ICF Dimmit County, located in Dimmit County, Texas, and it is currently operational at 250 bed capacity. In November 2023, ORR executed the second task order at a site in Pecos, Texas. ORR will modify the status of Dimmit and Pecos according to the program's needs, which may include operationalizing beds in 250-bed increments or placing the sites in "warm" status (providers are expected to be able to receive children within one week) or "cold" status (providers have four weeks to prepare to receive children). There is a maximum capacity of 3,000 beds for each site. Since issuing their respective task orders, Dimmit and Pecos have operated a maximum of 250 beds each. In September 2023, ORR began the wind-down process for Fort Bliss, and the ICF at Fort Bliss is now closed. ORR anticipates opening an ICF at Piedmont Academy in Greensboro, North Carolina, in the spring of 2024. It will initially be operated in warm status and can provide a bed capacity ranging from 800 to 1,100 beds, if needed.

To continue to prioritize growing its standard network, ORR published Notices of Funding Opportunity (NOFO) on December 6, 2021, April 7, 2022, May 6, 2022, September 29, 2022, and May 24, 2023, to continue operating and expanding its total standard bed capacity. ORR will publish another NOFO in September 2024 to continue operating and expanding its capacity by approximately 1,000 beds, in an effort to secure 16,000 estimated beds by the end of FY 2025. In addition, six NOFOs for specialty beds were published on September 30, 2022, January 12, 2023, February 23, 2023, May 8, 2023, May 24, 2023, and May 31, 2023.

ORR is legally mandated to provide case management services to unaccompanied children, including sponsor unification services. Under the terms of the FSA, the government is mandated to have a policy favoring release if the child does not present a danger to self or others. As part of the sponsor vetting process, the TVPRA requires that ORR must confirm the sponsor's identity and relationship, if any, to the child and determine the sponsor's suitability to provide appropriate care for a child. A birth certificate, which may be validated as authentic by consular authorities of the issuing foreign government, as necessary, is the primary method used to confirm a child's parental relationship. In cases where birth certificates are not available or where questions exist as to their authenticity, DNA confirmation of biological maternity or paternity may be used. None of the genetic material, data, or information is used by HHS or any other federal agency for any purpose other than family unification. All data, samples, and results from the genetic material are certified as destroyed by the laboratory and cannot be used for any other purpose, and HHS has not shared and will not share anything associated with genetic material with any other federal agency.

In addition, ORR conducts a sponsor assessment and vetting to determine whether a proposed sponsor is capable of providing for a child's physical and emotional well-being. ORR verifies the relationship between the child and the sponsor, if any. In FY 2022 and FY 2023, the vast majority of children released to a sponsor, more than 85 percent, were placed with a parent, legal guardian, or close family member.

ORR also arranges for an independent finding, in the form of background checks, that the proposed sponsor has not engaged in any activity that would indicate a potential risk to the child. Depending on the factors of the case, including the relationship between the sponsor and child, ORR requires both public and non-public background checks such as Child Abuse and Neglect registry checks and criminal history checks completed by the Federal Bureau of Investigation. In specific cases, and in accordance with the TVPRA and ORR policy, ORR conducts a home study prior to releasing a child, as required by law or at ORR's discretion.

ORR ensures that unaccompanied children maintain family contact through telephone calls and mail. ORR care providers must provide children with either daily calls that last a minimum of ten minutes or calls allocated throughout the five weekdays that last a minimum of 50 minutes, as determined by the child and the care provider based on the child's unique situation or the child and family's preference. Care providers must provide children with opportunities for daily minimum 45-minute calls during weekends, holidays, and the child's birthday. ORR encourages care providers to go above the minimum whenever possible. Children are allowed to call both family members and sponsors living in the United States and abroad. Care providers must exhaust all efforts to use video calls over audio-only calls, where the family, sponsor, or other approved contacts have access to video calling technology. ORR care providers also ensure that children and youth have access to postage to send letters and, if possible, access to email to send letters to contact family members, sponsors, legal representatives, and others. ORR maintains the child's right to privacy during these conversations.

ORR takes a systems-based approach to improving the rate at which children are discharged safely from custody, as well as the care they receive before and during the discharge process. The systems-based approach includes a holistic assessment of factors and processes within the program that either hinder or contribute to a sustainable and safe discharge rate. ORR has taken several steps to improve processes that affect discharges and continuously refines its case management procedures to ensure children's safety and well-being for the safe and timely discharge of children and the quality of care prior to their discharge. The steps taken have been wide-ranging and have included, among others, enhancing transportation services to facilitate more timely unifications, increasing ORR staff and other staff supports on the ground, improved coordination between medical officers at facilities and at ORR headquarters, faster medical screenings, and more efficient engagement with international consulates. ORR also improved processing of children while they are in CBP custody and, when appropriate, to allow for more efficient release, while maintaining the regular ORR vetting process, for children who arrive at the border with non-parent relatives. The end result of these process improvements has been that more children are safely and swiftly unified with family members in the United States, a result which reinforces many of the child welfare principles at the heart of ORR's mission.

In collaboration with interagency partners, CBP and ICE, ORR recently launched the Category 1 and 2 Sponsor Initiatives. These two initiatives were designed to promote family unity and to safely streamline sponsor vetting where appropriate to do so. The Category 1 Sponsor Initiative aims to quickly unify unaccompanied children with their parent or legal guardian already in the U.S. The Category 2 Sponsor Initiative (also referred to by DHS as the Trusted Adult Relative Program) aims to improve processing for certain Category 2 family groups by allowing for more efficient sponsor vetting and reunification of children traveling with adult relatives, who are referred to ORR as unaccompanied.

A Category 1 sponsor is a parent or legal guardian, including a qualifying stepparent who has legal or joint custody of the child, and is the preferred sponsor for an unaccompanied child. At the time of a U.S. Border Patrol encounter, an unaccompanied child may express the intent to unify with their parent or legal guardian who is already in the U.S. In August 2022, DHS and HHS developed the Category 1

Initiative to provide on-site ORR Field Operations Case Managers early access to interview the unaccompanied child who may have such Category 1 sponsors and start the sponsor vetting process to unify with the child's parent or legal guardian in the U.S. This initiative supports expedited unification of the unaccompanied child with their parent or legal guardian, reduces the time a child spends in ORR custody, and allows ORR to maximize its bed space capacity. All sponsors are vetted per ORR policies and procedures before an unaccompanied child is released to them.

The Category 2 Initiative, launched in May 2022, improves ORR processing for certain children with potential Category 2 sponsors by allowing for sponsor vetting to begin prior to a child entering ORR custody. ORR considers immediate relatives, which includes biological relatives, relatives through legal marriage, and half-siblings, as Category 2 sponsors. Often, an adult relative has served as a caretaker for the child or children in their country of origin, and there are significant bonds between the family members. ORR thoroughly assesses these adult relatives on-location at the CBP facility in accordance with all required sponsor vetting for Category 2 sponsors. Children unified with Category 2 sponsors under this initiative are referred for ORR-funded post-release services (PRS).

The Category 1 and Category 2 Sponsor Initiatives are currently underway at two CBP sites in Donna and El Paso, Texas. Children in these initiatives have seen reductions in their length of care in ORR custody as compared to children who were not in the initiatives and were released to a sponsor in the same category. In February of 2024, the Category 1 and 2 Sponsor Initiatives were expanded to a third CBP site in Eagle Pass, Texas.

Key to ORR's mission is the provision of legal and PRS. ORR provides support to children in the UC program, including legal services, child advocates, and PRS. The FSA requires that all children in ORR custody be provided a notice of rights, including information on the right to apply for asylum that ORR delivers through "Know Your Rights" presentations and information regarding pro bono legal assistance. ORR is providing comprehensive information related to child labor exploitation as part of its notices to children so that they understand their rights, as well as resources available to them.

The TVPRA further requires HHS to ensure, to the greatest extent practicable, that unaccompanied children are represented in all legal proceedings or matters to protect them from mistreatment, exploitation, or trafficking. In accordance with authorities in the FSA and TVPRA, ORR contracts with legal services providers to offer legal screenings and representation in immigration matters for unaccompanied children. While all children in ORR care receive Know Your Rights presentations and legal screenings, ORR's goal is to increase legal representation of unaccompanied children since direct legal representation not only improves children's understanding of the options available to them but also significantly increases appearance rates in immigration court, resulting in more efficient proceedings.

Due to shortages of appropriate legal service providers, ORR anticipates that it will take several years to scale up to the capacity in the legal service field necessary to serve all unaccompanied children cases, which will require investments in attorney recruitment and training, mentoring programs and opportunities, and technical support for the pro-bono network. In response to these needs, ORR awarded a five-year legal services contract in March 2022 and expanded that contract to invest in legal service provider capacity building, by expanding to new, previously unserved or underserved areas and bringing on new attorneys. ORR also plans to award one or more new contracts for additional direct legal representation capacity in FY 2024, which will also expand representation for unaccompanied children who have been released from ORR care. ORR has also developed a legal services recruitment pipeline project to build capacity in the field and ensure that ORR can continue to meet increased demand for legal services year after year. This project has already started to recruit, train, and mentor new immigration

attorneys to provide representation to unaccompanied children. ORR is working to increase funding and capacity for direct legal representation for unaccompanied children, with the goal of ensuring that all discharged children can access legal representation by the end of 2027.

ORR may appoint independent, third-party child advocates for children who are victims of human trafficking or otherwise especially vulnerable. Child advocates make best-interests determinations, among other duties.  For example, a medically fragile child may be appointed a child advocate who works with them frequently to assess their needs and provide best interests recommendations to assist with their placement and release.  The TVPRA requires this service and further requires the vendor to provide a 25 percent match for the services, either directly or in-kind.

Under the TVPRA, ORR is mandated to provide PRS if a child's potential sponsor was subject to a mandatory home study as part of the sponsorship process.  ORR is required to provide and make available PRS for these cases during the pendency of the child's immigration removal proceedings (i.e., when a child's immigration case is adjudicated through voluntary departure or an order of removal or the child is granted a lawful immigration status) or until the child turns 18.  In addition to cases where PRS is required due to home studies or other ORR policy, ORR may approve PRS for cases where a child has mental health needs or would otherwise benefit from the ongoing assistance of a social welfare agency. Currently, PRS are performed by 26 grant recipients across the country.

Once a child is released to a sponsor, the child is no longer in the custody of ORR.  For cases where PRS services are provided, their sponsors may choose whether they would like to participate in these services. If a child's sponsor chooses to disengage from PRS and the child wishes to continue receiving PRS, ORR may continue to make PRS available to the child through coordination between the PRS provider and the ORR Project Officer.  Since the program's inception, PRS grant recipients have not offered direct services themselves, other than case management, but rather identified and referred discharged children and their sponsors to appropriate service providers within their community upon request, based on the needs of the child and sponsor family.

In FY 2022, ORR awarded grants to PRS providers to start to phase in the expansion of both the scope of services and the number of children who receive them.  Under the expansion pilot, providers provide PRS in three levels, depending on the presenting needs of the minor.  Level 1 PRS is a series of three virtual check-ins on the 7th, 14th, and 30th day following discharge from ORR.  At each check-in, the PRS caseworker assesses the child's safety and well-being, ensures that they are still with the sponsor, that they are enrolled in school (as applicable), and makes referrals to community resources or higher level of PRS as the need arises.  When this pilot is implemented across all ORR programs, Level 1 PRS will replace the safety and well-being calls that are currently provided by care provider staff, which will streamline post-release communication by PRS providers with the child and sponsor.  Level 2 PRS is case management services provided by the PRS provider for six months, including at least one in-person engagement every 90 days.  Level 3 PRS is intensive case management with weekly in-person engagements focused on crisis intervention and family preservation for 45 to 60 days and, depending on the needs of the family, visits may taper off to monthly engagements up to six months following discharge.  Under the expansion, if a child is mandated under the TVPRA to receive PRS, they must receive either Level 2 or Level 3 PRS depending on the needs of the case.  Additionally, children who are mandated under the TVPRA to receive PRS will receive PRS until they turn 18, their immigration case is terminated, the PRS case manager assesses that the child no longer needs PRS, or the sponsor elects to discontinue PRS.  Certain children can continue to receive PRS even if the sponsor chooses to discontinue.

ORR published a NOFO on March 16, 2023, to continue implementation of this expansion, with ten new grants awarded on September 29, 2023. In addition, ORR executed awards to renew and expand the grant cohort that ended December 2023 from a NOFO published on June 7, 2023, and started a new three-year cohort in January 2024 for a total of $468 million for post-release services and $68 million for home studies.  The initial investment in PRS expansion increased the rate of referrals of all discharged unaccompanied children from about 20 percent in FY 2021 to about 40 percent in FY 2022.  In FY 2023, ORR referred more than 55 percent of unaccompanied children discharged to a sponsor that fiscal year for PRS, which represents a significant step towards the ultimate goal of referring 100 percent of children by FY 2025. ORR will continue to expand child-welfare focused PRS to increase the number of children and families receiving services and improve the types of services they receive, including case management assistance with school enrollment, and access to legal services, healthcare, mental health, and community services.  These PRS are critical to ensuring that children are in safe and appropriate homes after they have been released from ORR's care and that children and families have access to the services they need.

Approximately 34 percent of children referred to ORR in FY 2023 were 17 years old.  For children who are approaching their 18th birthday or for whom there is no appropriate potential sponsor, case managers in shelters prioritize these children for post-18 placement while continuously searching for appropriate sponsors.  Post-18 planning requires care providers to provide a written plan, at least two weeks in advance of a youth's 18th birthday.  Each post-18 plan should, at a minimum, identify an appropriate nonsecure placement for the child and identify any necessary social support services for the child.  Under no circumstances may an 18-year-old remain in ORR custody.  ORR has no legal jurisdiction over 18-year-olds and ensures that the local ICE Field Office Juvenile Coordinator is aware of children who are approaching their 18th birthday.

For FY 2023, Congress appropriated $1.775 billion in emergency funding for the overall Refugee and Entrant Assistance account in the FY 2023 Continuing Appropriations and Ukraine Supplemental Appropriations Act (P.L. 117-180), of which ACF plans to use $1.4 billion for the UC program. In addition, $5.5 billion was appropriated for unaccompanied children in the FY 2023 Consolidated Appropriations Act (P.L. 117-328), which also included a contingency fund to address uncertainty inherent in the UC program by providing additional funding in any month in FY 2023 when referrals exceed a certain threshold.  Specifically, the fund paid $27 million for each increment of 500 referrals (or pro rata share) above a threshold of 13,000 referrals of children to the UC program in a month. Referrals exceeds the threshold in August of 2023, providing the UC program with an additional $6 million.

The UC program receives funding from Congress that is available to obligate over a three-year period, allowing unused funds in one year to be carried over and obligated in the next two years.  $727 million was carried over from FY 2022 into FY 2023 and $1.6 billion from FY 2023 to FY 2024.

Appropriations for the program – net of any authorized changes such as transfers or reprogramming – for five years is as follows:

| | |
|---|---|
| 2021 | $1,724,775,150 |
| 2021 Supplemental | $1,913,483,405 |
| 2022 | $3,906,258,000 |
| 2022 Supplemental | $4,100,000,000 |
| 2023 | $5,506,258,000 |
| 2023 Supplemental | $1,400,000,000 |
| 2024 | $5,506,258,000 |
| 2025 President's Budget | $5,506,258,000 |

For FY 2023, ACF awarded 182 grant awards with an average of $24.2 million and a range of $1.2 million to $279.1 million.  ACF estimates a similar number of grant awards with a similar range in FY 2024.

Funding for this program is also used to pay salaries and benefits for federal employees, information technology support, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request is $5.5 billion, the same as the FY 2023 final level when excluding emergency-designated funding.  This funding will support a target standard capacity of roughly 16,000 beds to support a census of 13,000 to 13,500 children and allows ORR to continue expanding critical child welfare services.  In addition, the Budget modifies the contingency fund enacted in FY 2023 to address unanticipated needs of the UC program.  ORR will continue to monitor referrals and all potential program effects and keep Congress apprised of funding announcements and any changes in caseload projections, services, or unaccompanied children population that may alter current budget estimates.

The Budget request supports ORR's efforts to scale up standard capacity to 16,000 beds.  To meet this target, ORR is publishing NOFOs for the community-based care initiative, authorizing pay increases to help providers recruit and retain staff, promulgating regulations to develop federal licensing standards to replace licensing and oversight no longer provided in some states, and transitioning specialty capacity for children with complex needs to a contract for continuum of care.  Funding will also be used for enhancing services to children, including continuing an effort to improve family foster care capacity and service delivery through a planned transition to community-based care.  In implementing community-based care, ORR acknowledges that children should be prioritized for family and community-based placements, when possible, especially when they are expected to have a protracted stay in ORR care.  Further, over the long term, the community-based care model will facilitate permanency and discharge planning for children who are initially assessed to not have a viable sponsor to ensure they do not indeterminately remain in ORR care.

The Budget request will provide ongoing support for expanding critical child welfare services.  This includes continuing efforts to expand the scope of PRS and the number of children who receive them.  The Budget also expands access to child advocate services by increasing funding to $12 million per year, ensuring that more children who need a child advocate will be promptly appointed one.  Finally, the Budget provides funding for legal services to continue expanding the number of children who receive direct legal representation and increase the capacity of the UC program legal services field to serve more

children while maintaining support at current levels for legal services and representation. The additional contract capacity awarded in FY 2024, and expected to be continued in FY 2025, represents a significant step towards the goal of achieving universal legal representation for unaccompanied children by 2027. We look forward to working with Congress to reach this goal. This Administration recognizes the value of providing direct legal representation to all unaccompanied children, as they are a particularly vulnerable population that needs dedicated support to navigate the complex immigration court system. Finally, the base funding request will support additional staff in ACF to oversee shelters in states that refuse to license them, as well as a continuation of efforts to minimize the time children arriving with non-parent relatives are in ORR care, with the goal of completing as much sponsor vetting as possible while they are both in DHS custody.

Beyond the base funding request, the President's Budget proposes to modify the contingency fund enacted in FY 2023. This fund automatically provides additional resources in response to increases in referrals. This contingency fund is needed to address various areas of uncertainty in this program, including the need to activate influx beds in response to surges and the possibility that ORR may be unable to meet its standard bed target due to factors such as labor market challenges, restrictions related to the pandemic or other infectious diseases, and state policy changes. The existing contingency fund provides additional resources if the number of referrals exceeds 13,000 per month. Based on current projections, it would not provide any additional resources in FY 2024 or FY 2025. The proposed contingency fund would be more responsive to on-the-ground conditions, providing additional resources if the number of referrals exceeds 10,000 a month. The fund would pay out $30 million for each increment of 500 referrals above a threshold of 10,000 unaccompanied children referrals in a month. Since it is responsive to conditions that may require ORR to expand shelter capacity, it protects the funding dedicated to services, thereby minimizing the risk that funding gets reallocated away from services for children in order to prioritize bed capacity needs. In total, the fund is estimated to pay out $652 million in FY 2025, which is requested as emergency funding.

**Performance Analysis**

The UC Program is focused on improving the quality of services, physical security, staff and staffing oversight at ORR care provider shelters and timely release of children to sponsors, typically family members, who can safely and appropriately care for children while their immigration cases are processed.

One performance goal (19E) examines the implementation of the TVPRA "Safe and Secure Placement" provisions that mandate timely review of unaccompanied children placements in secure facilities to determine if such placements remain justified. ACF implemented the following actions in support of this outcome:

- Revised policies/procedures to guide initial placement determinations and transfers of unaccompanied children in ORR care;

- Required ACF-funded care provider facilities to conduct immediate and ongoing assessments of unaccompanied children in care to ensure their evolving needs are met and that placements are appropriate; and

- Developed an ORR Placement Tool to expedite transfers of unaccompanied children ("step downs") to less restrictive care provider settings.

In FY 2022, ACF created the Special Populations Team within the UC Program to provide additional oversight of secure placements to ensure children are appropriately placed. Since FY 2019, ACF has

maintained a 100 percent success rate in terms of the percentage of secure placements reviewed every 30 days, exceeding the target of 99 percent.  Enhanced service planning and assessment procedures have contributed to strong performance on this outcome, which aims to meet or exceed a maintenance rate of 99 percent through FY 2025.  This reflects ACF's commitment to its statutory responsibility under the TVPRA as well as the UC Program's focus on child well-being and ensuring children live in the least restrictive environment that is safely possible.

| Measure | Year and Most Recent Result / Target for Recent Result / (Summary of Result) | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 19.1LT and 19A: Increase the percentage of placement designation of referrals of unaccompanied child (UC) from Department of Homeland Security within 24 hours of referral. (*Outcome*) | FY 2023: 99%  Target: 99%  (Target Met) | Maintenance rate of 99% | Maintenance rate of 99% | Maintain |
| 19C: Maintain the percentage of children who have run away from Unaccompanied Children Program shelters to no higher than 1 percent.[1] (*Outcome*) | FY 2023: 0.1%  FY 2023 Target: 1.0%  (Target Exceeded) | 1.0% | 0.5% | - 0.5 |
| 19D: Increase the percentage of "closed" corrective actions. (*Efficiency*) | FY 2023: 47% [2]  FY 2023 Target: 90%  (Target Not Met) | 95% | 95% | Maintain |
| 19E: Increase the percentage of secure placements reviewed every 30 days. (*Outcome*) | FY 2023: 100%  FY 2023 Target: 99%  (Target Exceeded) | Maintenance rate of 99% | 99% | Maintain |
| 19F: Increase the percentage of children in care that receive legal rights presentations within 10 business days of admission. [3] (*Outcome*) | FY 2023: 96% [4]  FY 2023 Target: 99%  (Target Not Met, but Improved) | 90% | 95% | + 5 |
| 19G: Increase the percentage of children that are referred to and offered specific follow up services. (*Outcome*) | FY 2023: 59%  FY 2023 Target: 50%  (Target Exceeded) | 85% | 100% | + 15 |

| Measure | Year and Most Recent Result / Target for Recent Result / (Summary of Result) | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 19H: Increase the percentage of corrective action reports without corrective actions for culturally appropriate services *(Developmental Equity Outcome)* | FY 2023: 66% [5]  (Historical Actual) | Prior Result +2% | Prior Result +2% | TBD |
| 19i: Number of children who have run away from UC Program shelters. (*Output*) | FY 2023: 120  (Historical Actual) | N/A | N/A | N/A |

[1] The wording of this performance measure has been revised for accuracy.
[2] The FY 2023 result should be considered preliminary.
[3] The wording of this performance measure has been revised for accuracy.
[4] The FY 2023 result is a partial year of data since a new reporting system was used starting in May 2023. This result is for the time period of May – September 2023.
[5] The FY 20223 actual result should be considered preliminary.

**Survivors of Torture**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $19,000,000 | $19,000,000 | $19,000,000 | $0 |

Authorizing Legislation – Section 501(b) (1) of the Torture Victims Relief Act

2025 Authorization...............................................................................Such sums as may be appropriated

Allocation Method.............................................................................................................Competitive Grant

**Program Description and Accomplishments**

The Survivors of Torture program funds services and rehabilitation for survivors of torture through grants primarily to non-profit organizations that provide treatment, social services, and legal services to survivors of torture. The program provides technical assistance through research and training for providers about the physical and psychological effects of torture.  The Torture Victims Relief Act of 1998 (P.L. 105-320) authorizes the provision of assistance for the rehabilitation of the victims of torture and was last updated by the Torture Victims Relief Reauthorization Act of 2005 (P.L. 109-165).

Through grant recipients, ACF provides assistance that includes rehabilitative, social, and legal services to qualifying individuals who have experienced torture that occurred outside the U.S. committed by a person acting under the color of law and specifically intended to inflict severe physical or mental pain or suffering upon another person within their custody or physical control.

It is estimated that 44 percent of refugees, asylees and asylum seekers living in the U.S. have experienced torture, totaling about 1.3 million survivors. The highest percentage of the caseload (52 percent) are asylum-seekers who are not eligible for other ACF services and in many instances are ineligible for benefits from other parts of the federal government. For new enrollees, top needs continue to be related to severe mental health challenges, legal status and medical health, all of which require long-term psychological and intensive case management support. During FY 2023, the program served approximately 7,212 victims of torture, including 263 individuals from Nicaragua, 126 from Afghanistan, and 10 from Ukraine.

Funding for the program – net of any authorized changes such as transfers or reprogramming – for five years is as follows:

| | |
|---|---|
| 2021 | $17,000,000 |
| 2022 | $18,000,000 |
| 2023 | $19,000,000 |
| 2024 | $19,000,000 |
| 2025 President's Budget | $19,000,000 |

In FY 2023, ACF awarded 44 direct service grants and one technical assistance provider, totaling $17.9 million.  For FY 2024, ACF estimates 44 direct service grants and one technical assistance provider, totaling $18 million.

Funding for this program is also used to pay salaries and benefits for federal employees, information technology support, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request is $19.0 million, the same as the FY 2023 final level. This will continue to support the anticipated humanitarian arrivals, the growing numbers of asylee survivors in need of services, and survivors' increasingly complex mental health, medical, and legal service needs. At this funding level, ACF estimates it will award grants for 44 direct service grantees and one technical assistance provider. These grants will have an average award of $600,000 and reach about 10,000 individuals, comprising torture survivors and their families.

**Performance Analysis**

ACF is finalizing FY 2023 outcome data for the seven developmental outcome performance measures listed in the table below. ACF has been working with recipients to accurately measure and report these indicators for a minimum of 75 percent of all clients receiving core services during the year. The outcome measures for 1) Legal (Immigration) and 2) Housing are likely still impacted by the backlog in asylum cases and the widespread housing shortage. Fiscal year 2023 is the first year that recipients will report performance outcome data for Employment as such future targets for this performance measure will be determined pending further data analysis.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2025 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 18D: Increase the percentage of survivors whose level of need changed from "vulnerable" or "in crisis" at intake to "stable" or "safe" after receiving services across the following domains: 1) Legal (Immigration); 2) Housing; 3) Physical Health; 4) Mental Health; 5) Access to Community Resources; 6) Support Systems in the U.S.; and 7) Employment (*new domain added in 2023*). | FY 2023:<br>1) 46%<br>2) 43%<br>3) 49%<br>4) 50%<br>5) 58%<br>6) 50%<br>7) 27%<br>(Historical Actuals) | N/A | 1) 45%<br>2) 45%<br>3) 54%<br>4) 55%<br>5) 60%<br>6) 52%<br>7) TBD | TBD |
| 18iv: Number of torture survivors and family members served. (*Output*) | FY 2023: 7,503<br><br>(Historical Actual) | N/A | N/A | N/A |

This page intentionally left blank.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR CHILDREN AND FAMILIES
CHILD CARE AND DEVELOPMENT FUND

TABLE OF CONTENTS

Proposed Appropriation Language and Language Analysis ................................................ 87
Authorizing Legislation ................................................................................................ 88
Appropriations Not Authorized by Law ........................................................................ 88
Appropriations History Table ........................................................................................ 89
Amounts Available for Obligation .................................................................................. 91
Budget Authority by Activity ........................................................................................ 91
Summary of Changes .................................................................................................... 92
Justification ................................................................................................................ 93
  General Statement .................................................................................................... 93
  Program Descriptions and Accomplishments .............................................................. 93
  Budget Request ...................................................................................................... 97
  Performance Analysis .............................................................................................. 98
  State Table - Child Care & Development Block Grant ................................................ 101
  State Table - Child Care Entitlement to States - Mandatory ........................................ 103
  State Table - Child Care Entitlement to States - Matching .......................................... 105

This page intentionally left blank.

ADMINISTRATION FOR CHILDREN AND FAMILIES
Child Care and Development Fund

**FY 2025 Proposed Appropriation Language and Language Analysis**

*For carrying out the Child Care and Development Block Grant Act of 1990 (''CCDBG Act''), $8,521,387,000 shall be used to supplement, not supplant State general revenue funds for child care assistance for low-income families: Provided, That technical assistance under section 658I(a)(3) of such Act may be provided directly, or through the use of contracts, grants, cooperative agreements, or interagency agreements: Provided further, That all funds made available to carry out section 418 of the Social Security Act (42 U.S.C. 618), including funds appropriated for that purpose in such section 418 or any other provision of law, shall be subject to the reservation of funds authority in paragraphs (4) and (5) of section 658O(a) of the CCDBG Act: Provided further, That in addition to the amounts required to be reserved by the Secretary under section 658O(a)(2)(A) of such Act, $228,360,000 shall be for Indian tribes and tribal organizations. Provided further, That of amounts made available under this heading, the Secretary may reserve up to 1 percent for Federal administrative expenses.*

ADMINISTRATION FOR CHILDREN AND FAMILIES
Child Care and Development Fund

**Authorizing Legislation**

| Statutory Citations | FY 2024 Amount Authorized | FY 2024 Amount Appropriated | FY 2025 Amount Authorized | FY 2025 President's Budget |
|---|---|---|---|---|
| Section 658B of the Child Care and Development Block Grant Act of 2014 | Such sums | $8,021,387,000 | Such sums | $8,521,387,000 |
| Section 418 of the Social Security Act | $3,550,000,000 | $3,550,000,000 | $3,550,000,000 | $3,550,000,000 |

**Appropriations Not Authorized by Law**

| Program | Last Year of Authorization | Authorization Level in Last Year of Authorization | Appropriations in Last Year of Authorization | Appropriations in FY 2024 |
|---|---|---|---|---|
| Child Care and Development Block Grant | FY 2020 | $2,748,591,018 | $5,826,000,000 | $8,021,387,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Child Care and Development Fund

**Appropriations History Table**

| Year | Budget Estimate to Congress | House Allowance | Senate Allowance | Appropriation |
|------|------|------|------|------|
| **2016** | | | | |
| Discretionary | 2,805,149,000 | | 2,585,000,000 | 2,761,000,000 |
| Mandatory | 6,581,862,000 | | | 2,917,000,000 |
| Total | 9,387,011,000 | | | 5,678,000,000 |
| | | | | |
| **2017** | | | | |
| Discretionary | 2,961,672,000 | 2,801,000,000 | 2,786,000,000 | 2,856,000,000 |
| Mandatory | 6,581,862,000 | | | 2,917,000,000 |
| Total | 9,543,534,000 | | | 5,773,000,000 |
| | | | | |
| **2018** | | | | |
| Discretionary | 2,761,000,000 | 2,860,000,000 | 2,856,000,000 | 5,226,000,000 |
| Mandatory | 2,917,000,000 | | | 2,917,000,000 |
| Transfer | | | | -12,921,601 |
| Total | 5,678,000,000 | | | 8,130,078,399 |
| | | | | |
| **2019** | | | | |
| Discretionary | 3,006,000,000 | 5,226,000,000 | 5,226,000,000 | 5,276,000,000 |
| Mandatory | 3,216,000,000 | | | 2,917,000,000 |
| Supplemental | | | | 30,000,000 |
| Transfer | | | | -18,149,440 |
| Total | 6,222,000,000 | | | 8,204,850,560 |
| | | | | |
| **2020** | | | | |
| Discretionary | 5,276,000,000 | 7,676,000,000 | 5,301,000,000 | 5,826,000,000 |
| Mandatory | 4,212,000,000 | | | 2,917,000,000 |
| Supplemental | | | | 3,500,000,000 |
| Total | 9,488,000,000 | | | 12,243,000,000 |
| | | | | |
| **2021** | | | | |
| Discretionary | 5,826,000,000 | 5,926,000,000 | 5,876,000,000 | 5,911,000,000 |
| Mandatory | 4,212,000,000 | | | 3,550,000,000 |
| Supplemental | | | | 49,000,000,000 |
| Transfer | | | | -32,816,457 |
| Total | 10,038,000,000 | | | 58,428,183,543 |
| | | | | |
| **2022** | | | | |
| Discretionary | 5,911,000,000 | 7,377,000,000 | | 6,165,330,000 |

| Year | Budget Estimate to Congress | House Allowance | Senate Allowance | Appropriation |
|---|---|---|---|---|
| Mandatory | 3,550,000,000 | | | 3,550,000,000 |
| Total | 9,461,000,000 | | | 9,715,330,000 |
| | | | | |
| 2023 | | | | |
| Discretionary | 7,562,000,000 | 7,165,330,000 | | 8,021,387,000 |
| Mandatory | 3,550,000,000 | | | 3,550,000,000 |
| Supplemental | | | | 100,000,000 |
| Total | 11,112,000,000 | | | 11,671,387,000 |
| | | | | |
| 2024 | | | | |
| Discretionary | 8,021,387,000 | 8,021,387,000 | 8,721,387,000 | 8,021,387,000 |
| Mandatory | 3,550,000,000 | | | 3,550,000,000 |
| Total | 11,571,387,000 | | | 11,571,387,000 |
| | | | | |
| 2025 | | | | |
| Discretionary | 8,521,387,000 | | | |
| Mandatory | 3,550,000,000 | | | |
| Total | 12,071,387,000 | | | |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Child Care and Development Fund

**Amounts Available for Obligation**

| Budgetary Resources | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Discretionary, B.A. | $8,021,387,000 | $8,021,387,000 | $8,521,387,000 |
| Mandatory, B.A. | 3,550,000,000 | 3,550,000,000 | 3,550,000,000 |
| **Subtotal, Net Budget Authority** | **$11,571,387,000** | **$11,571,387,000** | **$12,071,387,000** |
| Offsetting Collections from Federal Funds | 200,000 | 0 | 0 |
| Unobligated balance, start of year | 2,873,903 | 16,015,871 | 0 |
| Unobligated balance, end of year | -16,015,871 | 0 | 0 |
| Unobligated balance, lapsing | -7,970,551 | 0 | 0 |
| Recoveries of prior year obligations | 133,801,820 | 0 | 0 |
| **Total Obligations** | **$11,684,276,301** | **$11,587,402,871** | **$12,071,387,000** |

**Budget Authority by Activity**

| Activity | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Child Care and Development Block Grant | $8,021,387,000 | $8,021,387,000 | $8,521,387,000 |
| Child Care Entitlement to the States | 3,550,000,000 | 3,550,000,000 | 3,550,000,000 |
| **Total, Budget Authority** | **$11,571,387,000** | **$11,571,387,000** | **$12,071,387,000** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Child Care and Development Fund

**Summary of Changes**

FY 2023 Final
  Total estimated budget authority                $11,571,387,000
FY 2025 President's Budget
  Total estimated budget authority                $12,071,387,000

Net change                                     $500,000,000

| Description of Changes | FY 2023 Final | Change from Base |
|---|---|---|
| Increases: | | |
| A. Program: | | |
| 1) Child Care and Development Block Grant: Proposal to increase access to quality child care for families with low incomes | $8,021,387,000 | $500,000,000 |
| Net Change | | $500,000,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Child Care and Development Fund

**Justification**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $11,571,387,000 | $11,571,387,000 | $12,071,387,000 | $500,000,000 |

Authorizing Legislation - Section 658B of the Child Care and Development Block Grant Act and Section 418 of the Social Security Act

2025 Authorization.................................................................................Such sums as may be appropriated

Allocation Method....................................................................................................................Formula Grant

**General Statement**

The Child Care and Development Fund (CCDF) helps families with low incomes afford child care and improves the quality of child care for all children. Funds support states, territories, and tribes to provide child care subsidies primarily through vouchers and activities to improve child care quality and support the child care workforce.

CCDF consists of two funding streams: the mandatory Child Care Entitlement (CCE) and the discretionary Child Care and Development Block Grant (CCDBG). CCDBG was created by the Omnibus Budget Reconciliation Act of 1990 (P.L. 101-508) and is subject to annual appropriations. The Personal Responsibility and Work Opportunity Reconciliation Act (PRWORA) of 1996 (P.L. 104-193) consolidated funding for child care under the Social Security Act, where CCE is authorized, and made such funding generally subject to the requirements of the CCDBG Act. The Child Care and Development Block Grant Act of 2014 (P.L. 113-186) reauthorized the discretionary portion of CCDF through FY 2020 and made significant changes to improve the health, safety, and quality of child care and to provide more continuous child care assistance to children and families. The American Rescue Plan (ARP) Act of 2021 (P.L. 117-2) permanently authorized and increased the annual funding level of CCE from $2.9 billion to $3.6 billion.

The combination of the discretionary and mandatory funds provided about $11.6 billion in federal funding in FY 2023 for child care. When combined with the state matching and maintenance of effort funds, as well as funds that states, territories, and tribes transfer from the Temporary Assistance for Needy Families (TANF) program and the Social Services Block Grant, annual funding for CCDF in FY 2023 was about $18 billion.

**Program Descriptions and Accomplishments**

CCDF funds improvements to safety and quality in child care and gives parents the information they need to make more informed choices. CCDF also includes a focus on improving the supply and quality of child care for children in underserved areas, infants and toddlers, children with disabilities, and children who receive care during nontraditional hours. In FY 2021, the most recent year for which preliminary data are available, over 1.31 million children from about 797,200 families with low incomes received child care assistance through CCDF in an average month.

The formula for the allocation of CCDF funding to grantees is set forth in law. The CCDBG amount an individual state (including the District of Columbia and Puerto Rico) receives in a fiscal year is determined according to a formula that consists of three factors – the population of children under age five, the number of children who receive free or reduced-price school meals under the National School Lunch Act, and state per capita income.  The amount a tribal grantee receives is based on the number of children under age 13 living in their service area, in addition to a base amount set by the Secretary. Territorial grantees receive funds based on the number of children under age five living in territories and per capita income in the territories.

Mandatory CCE funds are allocated to state grantees (including the District of Columbia) based on historic levels of child care expenditures. Mandatory tribal funds are allocated based on the number of children under the age of 13 in their service area. The ARP Act authorized mandatory funds to be awarded to territories for the first time in FY 2021. Mandatory territory funds are allocated based on the number of children under age five living in each territory and per capita income in each territory.

Matching CCE funds are those remaining after mandatory funds and the set-aside for tribes and territories, described later in this section, are allocated.  Matching funds are available to states (including the District of Columbia) if three conditions are met by the end of the fiscal year in which the funds are awarded: (1) all mandatory funds are obligated, (2) the state's maintenance-of-effort funds are expended; and (3) the state provides its share of matching funds at the Federal Medical Assistance Percentage rate. A state's allocation of the matching fund is based on the number of children under age 13 in the state compared with the national total of children under age 13. Federal matching funds that are allotted to a state but are not used may be recaptured by ACF and redistributed to states based on a formula like that used for the original allotments.  Matching funds allotted to a state but not obligated by the end of that fiscal year are redistributed in the following fiscal year to other states that requested redistributed funds. Redistributed matching funds are considered part of the grant for the fiscal year in which the redistribution occurred.

A portion of CCDBG and CCE funds are reserved for Indian tribes. For CCDBG funding, the statute reserves an amount of no less than two percent of the appropriation. An amount greater than two percent of discretionary funds may be reserved if the amount appropriated for a given fiscal year is greater than the amount appropriated for FY 2014 and the amount allotted to the states is not less than the amount allotted to them in FY 2014.  In FY 2023, three percent of discretionary funds was allotted for Indian tribes. The FY 2023 CCDBG appropriations language included a set-aside of $215 million for Indian tribes in addition to the amount determined by ACF. The ARP Act permanently increased the CCE to include $100 million to be awarded annually to Indian tribes, a 73 percent increase from FY 2020.

Up to one-half of one percent of the CCDBG funding is reserved for the territories (excluding Puerto Rico, which receives CCDBG funding under the state formula). The ARP Act appropriated for the first time $75 million of CCE funding to be awarded annually beginning in FY 2021 to the territories (including Puerto Rico).

One-half of one percent of the CCDBG appropriation is reserved for federal administration expenses. Dedicated federal administrative funds are used for federal staff, program supports, IT/data systems modernization and maintenance, program oversight, and accountability, and overhead costs.

CCDBG federal administrative funds also support investments in capacity and infrastructure improvements to better meet the increased mission and scope of the child care program since the 2014 reauthorization.  Federal administrative funds are supporting modernization and improvement of the

usability and analytical capabilities of the Child Care Automated Reporting System data system and the Online Data Collection system, both of which support state, territory, and tribal program implementation, plan submission, and reporting, along with federal policy, program administration, and data analysis.

Up to one-half of one percent of CCDF funding is reserved for the provision of training and technical assistance to states, territories, and tribes. ACF supports training and technical assistance to support grantees' implementation of CCDBG, identify innovations in child care administration and disseminate information about evidence-based practices. ACF provides this technical assistance through targeted support, intensive and long-term engagement with grantees, peer-to-peer learning opportunities between the states, information briefs and toolkits, and other strategies that are responsive to grantee requests for support. Many of these supports are delivered through technical assistance centers, including the new Data and Information Systems Consultation Center, which supports CCDF lead agencies as they modernize their child care data and IT systems to improve experiences for families and providers.  The increase in training and technical assistance funding in FY 2023 resulted in continued investment in technical assistance to support grantees in improving their IT systems, including enrollment and eligibility tools for families and payments processes for providers, in order to improve the family and provider experience in the child care system. It also allowed for investments in other efforts to support grantees, including efforts related to payment practices, rate setting, and increasing access for families.

The statute allows for up to one-half of one percent of CCDF funding for a fiscal year to be reserved to conduct research and demonstration activities and to conduct periodic, external, independent evaluations of the CCDF program.  These funds support ACF in conducting targeted data collections from families, child care and early education providers, and the early childhood workforce to better understand the factors that are related to families' access to child care that meets their needs and those of their children, policies and administrative practices that promote increased participation of child care providers in the subsidy program and strategies to retain and support the early childhood workforce. Research funds also support the collection and analysis of qualitative and quantitative information and data at the national, state, and local levels to understand state, territorial, and tribal policies and practices related to implementation of the CCDF program. This research assists federal, state, and local decision-makers in crafting child care policies that support positive outcomes for children and families, including parental employment, economic stability, and improving the quality of care.

In FY 2023, through the Consolidated Appropriations Act, 2023 (P.L. 117-328), Congress enacted a General Provision to expand funding flexibility for research projects in ACF.  All research funding provided for in the Act could remain available for five years following appropriation.  This has allowed for additional time for research and evaluation projects.

In FY 2021, the most recent year for which preliminary data are available, over 1.31 million children from about 797,200 low-income families received child care assistance in an average month through CCDF.  Of the children served, 26 percent were infants and toddlers, 27 percent were 3 or 4 years old, 11 percent were 5 years old, and 36 percent were 6 years or older.  Of the families served, 39 percent had incomes below the Federal Poverty Level (FPL) ($21,960 for a family of three in 2021), while 25 percent had incomes between 100 and 150 percent of FPL, and 21 percent had incomes above 150 percent of FPL (with the remaining cases being child-only protective services or invalid or unreported data).

For many families receiving CCDF, the program has increased access to regulated child care settings, which research has shown are linked to safer outcomes for children.  From FY 2006 to FY 2021, administrative data shows the share of CCDF children served in licensed care arrangements increased from 73 to 87 percent.  In 47 states, more than half of providers caring for children receiving CCDF

subsidies were regulated. Center care was the most prevalent type of care used by children receiving CCDF subsidies at 73 percent.  Approximately 22 percent of children were cared for in family child care homes and 1 percent were cared for in the child's home (with approximately 3 percent invalid or unreported data).

In FY 2023, Congress provided $100 million through the Consolidated Appropriation Act, 2023 (P.L. 117-328) to remain available until September 30, 2024, for necessary expenses directly related to the consequences of Hurricanes Fiona and Ian. In FY 2023, $10 million was awarded to the states of Florida, North Carolina, and South Carolina; the territory of Puerto Rico; and three tribal lead agencies for planning their recovery projects. The remaining $90 million will be awarded in FY 2024 for the next phase of these recovery projects, including construction, renovation, and alteration of child care facilities; materials, supplies, furnishings, vehicles, and equipment; other child care supply building; mental health consultation; quality improvement activities and restoration of licensing compliance; and direct services.

In FY 2024, the President requested $16 billion in supplemental funding to provide an additional year of funding for the ARP Child Care Stabilization Fund to support more than 220,000 child care providers serving 10 million kids across the country. Also in FY 2024, ACF issued a final rule to reduce costs for families and improve their child care options. The rule prohibits states and territories from setting co-payments for CCDF-participating families above seven percent of their household income and makes it easier for states to eliminate co-payments for children in households below 150 percent of the federal poverty level, families that have a child with a disability, and other vulnerable families. The rule also requires states and territories to make timely payments to child care providers and encourages payments that better cover the cost of providing care, helping stabilize provider operations. Finally, the rule makes it easier for families to apply for assistance, including by making online applications more accessible.

Funding for the CCDF program – net of any authorized changes such as transfers or reprogramming – for five years is as follows:

| | |
|---|---|
| 2021 | $9,428,183,543 |
| 2021 Supplemental | $49,000,000,000 |
| 2022 | $9,715,330,000 |
| 2023 | $11,571,387,000 |
| 2023 Supplemental | $100,000,000 |
| 2024 | $11,571,387,000 |
| 2025 President's Budget | $12,071,387,000 |

For FY 2024 CCDBG, the grant awards made to the 50 states and the District of Columbia, averaged approximately $144 million with a range of $9 million to $869 million. The grant awards made to territories averaged approximately $18 million with a range of $7 million to $50 million. The grant awards made to tribes averaged approximately $2 million with a range of $60,000 to $66 million.

CCDBG funding is also used to pay salaries and benefits for federal employees, information technology support, and other related administrative costs.

For FY 2024 CCE Mandatory, the grant awards made to the 50 states and the District of Columbia, averaged approximately $23 million with a range of nearly $2 million to $102 million. The grant awards made to territories averaged approximately $15 million with a range of  approximately $2 million to $63

million. The grant awards made to tribes averaged approximately $408,000 with a range of approximately $7,000 to $15 million.

For FY 2024 CCE Matching, the grant awards made to the 50 states and the District of Columbia, averaged approximately $42 million with a range of nearly $3 million to $258 million.

## Budget Request

The FY 2025 President's Budget requests $12.07 billion in budget authority, an increase of $500 million from the FY 2023 final level. This includes $8.52 billion for CCDBG and $3.55 billion for CCE. Increased funding will afford states, territories, and tribes the ability to improve program operations, such as by expanding access to child care assistance and increasing provider reimbursement rates. Funding will also support implementation of the 2024 final rule.

The CCDBG amount includes a planned three-percent allotment for Indian tribes in addition to the $228 million set-aside included in the proposed appropriation language. The proposed $500 million increase will continue the historic progress the Administration has made in stabilizing the child care sector and helping more Americans afford child care.

The research funding in FY 2025 will result in new research to understand the effects of new subsidy policies and administrative practices to increase access to quality care for families with low incomes and analysis and research on data collected from grantees to inform improvements in program administration, policy development, and technical assistance.

For FY 2025 CCDBG funds, ACF estimates that the awards made to the 50 states and the District of Columbia, will average approximately $152 million with a range from $9 million to $918 million. The grant awards made to territories will average approximately $19 million with a range of $8 million to $52 million. The grant awards made to tribes will average approximately $2 million with a range of $64,000 to $70 million.

For the FY 2025 CCE Mandatory level, it is estimated that the awards made to the 50 states and the District of Columbia, will average approximately $23 million with a range from nearly $2 million to $102 million. The grant awards made to territories will average approximately $15 million with a range of $2 million to $63 million. The grant awards made to tribes will average approximately $408,000 with a range of $7,000 to $15 million.

For the FY 2025 CCE Matching level, it is estimated that the awards made to the 50 states and the District of Columbia, will average approximately $42 million with a range from nearly $3 million to $258 million.

This request continues from the FY 2024 President's Budget legislative changes to increase the federal administrative set aside from one-half of one percent to one percent for CCDBG funding. An increase to one percent of CCDBG program funds will allow ACF to increase support for lead agencies and the children, families, and child care providers that they serve. It will help ensure lead agencies can receive the technical assistance they request in a timely and comprehensive manner and help facilitate full implementation of CCDF by lead agencies.

This request also continues two additional legislative proposals to allow tribes to conduct FBI fingerprint background checks and to waive the work eligibility requirement for parents of children who are in foster care or experiencing homelessness.

The FY 2025 Budget continues a request from the FY 2024 President's Budget for a new program offering affordable, high-quality child care to working families, providing a lifeline to parents of over 16 million children under the age of six. The request for the new entitlement is $9.9 billion in FY 2025 with a net investment of $400 billion over 10 years. Please see the Early Childhood Care and Education chapter for more detailed information.

**Performance Analysis**

Two key principles of the CCDF are to: (1) provide equal access to child care for children receiving child care assistance and (2) ensure parental choice by offering a full range of child care services. State-set child care payment rates that are too low to support the statutory requirements to provide equal access, undermining these principles and fostering large inequities among families needing child care and the child care system, making it particularly difficult for families of color and parents with low incomes to access the child care that best meets their needs. Low payment rates make it difficult to recruit and retain a skilled workforce and lead to higher staff turnover and low wages for child care staff, who are largely women and disproportionately women of color. Moreover, limited payment rates undercut the stability of the child care sector as a whole.

To establish subsidy payment rates that ensure equal access, grantees collect and use data in a number of ways. Most grantees meet statutory requirements by conducting a statistically valid and reliable market rate survey (MRS) reflecting variations in the price to parents of child care services by geographic area, type of provider, and age of child. The CCDF statute does not require a specific payment rate in order to meet the requirement for equal access. However, the preamble to the 2016 CCDF final rule indicates that a benchmark for adequate payment rates is the 75th percentile of the most recent MRS. The 75th percentile is the number separating the lowest 75 percent of rates from the highest 25 percent. Setting rates at the 75th percentile, while not a requirement, would ensure that eligible children have access to three out of four child care slots.

Historically, states have set their payment rates far below the 75th percentile benchmark. Because of the negative impact of low rates on child care providers and staff, families, and the child care sector as a whole, in April 2023 ACF issued letters notifying CCDF state and territory grantees that they are considered out of compliance with the equal access provisions of the CCDBG Act if their child care subsidy payment rates are set below the 50th percentile of the most recent MRS. Raising rates to at least meet this minimum percentile will help parents that receive CCDF child care assistance have more choice in finding care that meets their family's needs. For this reason, ACF continues to recommend that states and territories aim to set their payment rates higher than the 50th percentile threshold to at least at the 75th percentile of their recent market rate survey.

ACF has created new developmental outcome measure 2F that seeks to increase the number of states that set their base rates for all ages at the 75th percentile. To support states in increasing rates, ACF is encouraging states to use their American Rescue Plan Act CCDF Discretionary Supplemental Funds, which are available until September 30, 2024, to increase base rates and is providing technical assistance as states improve their rates.

Increasing provider payment rates is an important immediate step to supporting child care providers. However, market rates are more reflective of what parents can afford to pay rather than what it costs to deliver high-quality child care. As a result, the historic approach of using market rates as the sole basis for subsidy payments reduces parent choice and access to care, undermines quality, leads to insufficient supply of care, and produces an underpaid workforce.

While the majority of states use a market rate survey to set rates, they are not required to use that method. States may choose to use an ACF pre-approved alternative methodology, such as a cost estimation model, to set payment rates. A cost estimation model estimates the cost of providing care by incorporating both data and assumptions to judge what expected costs would be incurred by child care providers and parents under different scenarios. Another approach would be a cost study that collects cost data at the facility or program level to measure the costs (or inputs used) to deliver child care services.

ACF has encouraged grantees to conduct cost of quality studies and to use cost information as part of their overall strategy to set payment rates at the levels necessary to cover the cost of operating a quality child care program. ACF is also tracking the number of states using pre-approved alternative methodologies that include cost estimation in new output measure 2iii.

| Measure | Year and Most Recent Result / Target for Recent Result / (Summary of Result) | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 2A: Maintain the proportion of children served through Child Care and Development Fund (CCDF), Temporary Assistance for Needy Families (TANF), and Social Services Block Grant (SSBG) child care funding as compared to the number of children in families with income equal to or less than 85 percent of State Median Income. (*Outcome*) | FY 2021: 15%<br><br>Target: 17%<br><br>(Target Not Met) | 17% | 17% | Maintain |
| 2B: Increase the number of states that implement statewide Quality Rating and Improvement Systems (QRIS) for child care centers and family child care homes that meet high quality benchmarks. (*Developmental Outcome*) | FY 2021: 29 states<br><br>(Baseline) | 36 | 38 | + 2 |
| 2C: Increase the number or percentage of low-income children receiving CCDF subsidies who are enrolled in high quality care settings. (*Developmental Outcome*) | TBD | TBD | TBD | N/A |
| 2D. Increase the percentage of licensed child care providers serving children receiving CCDF subsidies. *(Outcome)* | FY 2021: 52%<br><br>Target: 58%<br><br>(Target Not Met) | 65% | 67% | + 2 |
| 2E: Increase the number of states using CCDF quality and other funds for increases to child care staff wages. *(Developmental Equity Outcome)* | FY 2022: 15 states<br><br>(Historical Actual) | TBD | TBD | TBD |
| 2F: Increase the number of states with base provider payment rates for all ages at or above the 75th percentile of market rate based on the most recent child care market rate survey. (Developmental Outcome) | FY 2023: 26 states<br><br>(Historical Actual) | TBD | TBD | N/A |

| Measure | Year and Most Recent Result / Target for Recent Result / (Summary of Result) | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---------|---------|---------|---------|---------|
| <u>2i</u>: Amount of CCDF expenditures on quality improvement activities. (*Output*) | FY 2020: $1.7 billion (13% of total expenditures<br><br>(Historical Actual) | N/A | N/A | N/A |
| <u>2ii</u>: Average monthly percentage of families receiving care for employment or training/ education. *(Output)* | FY 2021: 87% of families<br><br>(Historical Actual) | N/A | N/A | N/A |
| <u>2iii</u>: Number of states that set current CCDF provider payment rates based on an ACF-approved alternative methodology that incorporates a cost estimation model. *(Developmental Output)* | FY 2022: 3 states<br><br>(Historical Actual) | N/A | N/A | N/A |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Child Care & Development Block Grant**

**Formula Grants**

CFDA #          93.575

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $144,171,503 | $144,171,503 | $152,331,454 | $8,159,951 |
| Alaska | 13,406,033 | 13,406,033 | 14,164,800 | 758,767 |
| Arizona | 187,124,077 | 187,124,077 | 197,715,097 | 10,591,020 |
| Arkansas | 100,729,526 | 100,729,526 | 106,430,708 | 5,701,182 |
| California | 761,754,134 | 761,754,127 | 804,868,592 | 43,114,458 |
| Colorado | 85,246,454 | 85,246,454 | 90,071,311 | 4,824,857 |
| Connecticut | 55,120,422 | 55,120,422 | 58,240,178 | 3,119,756 |
| Delaware | 20,113,205 | 20,113,205 | 21,251,591 | 1,138,386 |
| District of Columbia | 12,014,015 | 12,014,015 | 12,693,995 | 679,980 |
| Florida | 445,945,470 | 445,945,470 | 471,185,500 | 25,240,030 |
| Georgia | 321,302,450 | 321,302,450 | 339,487,820 | 18,185,370 |
| Hawaii | 27,191,987 | 27,191,987 | 28,731,024 | 1,539,037 |
| Idaho | 45,208,274 | 45,208,274 | 47,767,013 | 2,558,739 |
| Illinois | 236,268,082 | 236,268,082 | 249,640,599 | 13,372,517 |
| Indiana | 173,345,937 | 173,345,937 | 183,157,129 | 9,811,192 |
| Iowa | 73,758,912 | 73,758,912 | 77,933,586 | 4,174,674 |
| Kansas | 67,971,982 | 67,971,982 | 71,819,122 | 3,847,140 |
| Kentucky | 141,622,162 | 141,622,162 | 149,637,823 | 8,015,661 |
| Louisiana | 143,054,306 | 143,054,306 | 151,151,025 | 8,096,719 |
| Maine | 21,653,213 | 21,653,213 | 22,878,761 | 1,225,548 |
| Maryland | 99,173,643 | 99,173,643 | 104,786,764 | 5,613,121 |
| Massachusetts | 101,004,166 | 101,004,166 | 106,720,892 | 5,716,726 |
| Michigan | 215,049,008 | 215,049,008 | 227,220,549 | 12,171,541 |
| Minnesota | 101,663,749 | 101,663,749 | 107,417,807 | 5,754,058 |
| Mississippi | 95,381,912 | 95,381,912 | 100,780,425 | 5,398,513 |
| Missouri | 152,237,855 | 152,237,855 | 160,854,352 | 8,616,497 |
| Montana | 20,200,989 | 20,200,989 | 21,344,343 | 1,143,354 |
| Nebraska | 44,244,510 | 44,244,510 | 46,748,701 | 2,504,191 |
| Nevada | 66,210,839 | 66,210,839 | 69,958,301 | 3,747,462 |
| New Hampshire | 16,442,867 | 16,442,867 | 17,373,515 | 930,648 |
| New Jersey | 149,498,590 | 149,498,590 | 157,960,048 | 8,461,458 |
| New Mexico | 67,262,379 | 67,262,379 | 71,069,357 | 3,806,978 |
| New York | 360,922,482 | 360,922,482 | 381,350,303 | 20,427,821 |
| North Carolina | 238,367,658 | 238,367,658 | 251,859,009 | 13,491,351 |
| North Dakota | 14,433,885 | 14,433,885 | 15,250,827 | 816,942 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 275,719,103 | 275,719,103 | 291,324,505 | 15,605,402 |
| Oklahoma | 122,335,439 | 122,335,439 | 129,259,492 | 6,924,053 |
| Oregon | 73,181,348 | 73,181,348 | 77,323,333 | 4,141,985 |
| Pennsylvania | 245,907,084 | 245,907,084 | 259,825,158 | 13,918,074 |
| Rhode Island | 17,911,733 | 17,911,733 | 18,925,518 | 1,013,785 |
| South Carolina | 142,210,984 | 142,210,984 | 150,259,972 | 8,048,988 |
| South Dakota | 21,905,941 | 21,905,941 | 23,145,794 | 1,239,853 |
| Tennessee | 214,056,377 | 214,056,377 | 226,171,736 | 12,115,359 |
| Texas | 869,050,233 | 869,050,240 | 918,237,534 | 49,187,301 |
| Utah | 96,963,940 | 96,963,940 | 102,451,994 | 5,488,054 |
| Vermont | 9,084,969 | 9,084,969 | 9,599,168 | 514,199 |
| Virginia | 155,417,990 | 155,417,990 | 164,214,480 | 8,796,490 |
| Washington | 117,900,157 | 117,900,157 | 124,573,178 | 6,673,021 |
| West Virginia | 49,873,903 | 49,873,903 | 52,696,712 | 2,822,809 |
| Wisconsin | 113,689,525 | 113,689,525 | 120,124,229 | 6,434,704 |
| Wyoming | 9,022,389 | 9,022,389 | 9,533,046 | 510,657 |
| **Subtotal, States** | **$7,353,327,791** | **$7,353,327,791** | **$7,769,518,170** | **$416,190,379** |
| Indian Tribes | 457,091,024 | 456,598,589 | 484,997,768 | 27,906,744 |
| American Samoa | 10,212,099 | 10,212,099 | 10,848,653 | 636,554 |
| Guam | 14,714,938 | 14,714,938 | 15,632,170 | 917,232 |
| Northern Mariana Islands | 7,456,332 | 7,456,332 | 7,921,110 | 464,778 |
| Puerto Rico | 49,532,880 | 49,532,880 | 52,336,387 | 2,803,507 |
| Virgin Islands | 7,723,566 | 7,723,566 | 8,205,002 | 481,436 |
| **Subtotal, Territories** | **$89,639,815** | **$89,639,815** | **$94,943,322** | **$5,303,507** |
| **Total States/Territories** | **$7,900,058,630** | **$7,899,566,195** | **$8,349,459,260** | **$449,400,630** |
| Research | 27,347,032 | 56,122,806 | 42,606,935 | 15,259,903 |
| Training and Technical Assistance | 34,963,305 | 40,106,935 | 42,606,935 | 7,643,630 |
| Other | 39,805,904 | 41,606,935 | 86,713,870 | 46,907,966 |
| **Subtotal, Adjustments** | **$102,116,241** | **$137,836,676** | **$171,927,740** | **$69,811,499** |
| **TOTAL RESOURCES** | **$8,002,174,871** | **$8,037,402,871** | **$8,521,387,000** | **$519,212,129** |

Notes:

1. Funding for FY 2023 includes the reallocation of unused money from FY 2022.

2. FY 2023 and FY 2024 include funds carried over from previous years for research.

3. Other includes funding for both the hotline and federal administrative expenses. Administrative expenses include salaries and benefits, IT costs and other overhead related costs.

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Child Care Entitlement to States - Mandatory**

**Formula Grants**

CFDA #          93.596

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $16,441,707 | $16,441,707 | $16,441,707 | $0 |
| Alaska | 3,544,811 | 3,544,811 | 3,544,811 | 0 |
| Arizona | 19,827,025 | 19,827,025 | 19,827,025 | 0 |
| Arkansas | 5,300,283 | 5,300,283 | 5,300,283 | 0 |
| California | 85,593,217 | 85,593,217 | 85,593,217 | 0 |
| Colorado | 10,173,800 | 10,173,800 | 10,173,800 | 0 |
| Connecticut | 18,738,357 | 18,738,357 | 18,738,357 | 0 |
| Delaware | 5,179,330 | 5,179,330 | 5,179,330 | 0 |
| District of Columbia | 4,566,974 | 4,566,974 | 4,566,974 | 0 |
| Florida | 43,026,524 | 43,026,524 | 43,026,524 | 0 |
| Georgia | 36,548,223 | 36,548,223 | 36,548,223 | 0 |
| Hawaii | 4,971,633 | 4,971,633 | 4,971,633 | 0 |
| Idaho | 2,867,578 | 2,867,578 | 2,867,578 | 0 |
| Illinois | 56,873,824 | 56,873,824 | 56,873,824 | 0 |
| Indiana | 26,181,999 | 26,181,999 | 26,181,999 | 0 |
| Iowa | 8,507,792 | 8,507,792 | 8,507,792 | 0 |
| Kansas | 9,811,721 | 9,811,721 | 9,811,721 | 0 |
| Kentucky | 16,701,653 | 16,701,653 | 16,701,653 | 0 |
| Louisiana | 13,864,552 | 13,864,552 | 13,864,552 | 0 |
| Maine | 3,018,598 | 3,018,598 | 3,018,598 | 0 |
| Maryland | 23,301,407 | 23,301,407 | 23,301,407 | 0 |
| Massachusetts | 44,973,373 | 44,973,373 | 44,973,373 | 0 |
| Michigan | 32,081,922 | 32,081,922 | 32,081,922 | 0 |
| Minnesota | 23,367,543 | 23,367,543 | 23,367,543 | 0 |
| Mississippi | 6,293,116 | 6,293,116 | 6,293,116 | 0 |
| Missouri | 24,668,568 | 24,668,568 | 24,668,568 | 0 |
| Montana | 3,190,691 | 3,190,691 | 3,190,691 | 0 |
| Nebraska | 10,594,637 | 10,594,637 | 10,594,637 | 0 |
| Nevada | 2,580,422 | 2,580,422 | 2,580,422 | 0 |
| New Hampshire | 4,581,870 | 4,581,870 | 4,581,870 | 0 |
| New Jersey | 26,374,178 | 26,374,178 | 26,374,178 | 0 |
| New Mexico | 8,307,587 | 8,307,587 | 8,307,587 | 0 |
| New York | 101,983,998 | 101,983,998 | 101,983,998 | 0 |
| North Carolina | 69,639,228 | 69,639,228 | 69,639,228 | 0 |
| North Dakota | 2,506,022 | 2,506,022 | 2,506,022 | 0 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 70,124,656 | 70,124,656 | 70,124,656 | 0 |
| Oklahoma | 24,909,979 | 24,909,979 | 24,909,979 | 0 |
| Oregon | 19,408,790 | 19,408,790 | 19,408,790 | 0 |
| Pennsylvania | 55,336,804 | 55,336,804 | 55,336,804 | 0 |
| Rhode Island | 6,633,774 | 6,633,774 | 6,633,774 | 0 |
| South Carolina | 9,867,439 | 9,867,439 | 9,867,439 | 0 |
| South Dakota | 1,710,801 | 1,710,801 | 1,710,801 | 0 |
| Tennessee | 37,702,188 | 37,702,188 | 37,702,188 | 0 |
| Texas | 59,844,129 | 59,844,129 | 59,844,129 | 0 |
| Utah | 12,591,564 | 12,591,564 | 12,591,564 | 0 |
| Vermont | 3,944,887 | 3,944,887 | 3,944,887 | 0 |
| Virginia | 21,328,766 | 21,328,766 | 21,328,766 | 0 |
| Washington | 41,883,444 | 41,883,444 | 41,883,444 | 0 |
| West Virginia | 8,727,005 | 8,727,005 | 8,727,005 | 0 |
| Wisconsin | 24,511,351 | 24,511,351 | 24,511,351 | 0 |
| Wyoming | 2,815,041 | 2,815,041 | 2,815,041 | 0 |
| **Subtotal, States** | **$1,177,524,781** | **$1,177,524,781** | **$1,177,524,781** | **$0** |
| Indian Tribes | 100,000,000 | 100,000,000 | 100,000,000 | 0 |
| American Samoa | 21,752,944 | 3,059,379 | 3,059,379 | (18,693,565) |
| Guam | 21,841,149 | 4,743,410 | 4,743,410 | (17,097,739) |
| Northern Mariana Islands | 15,882,840 | 2,147,142 | 2,147,142 | (13,735,698) |
| Puerto Rico | 133,956,100 | 63,055,569 | 63,055,569 | (70,900,531) |
| Virgin Islands | 5,572,870 | 1,994,500 | 1,994,500 | (3,578,370) |
| **Subtotal, Territories** | **$199,005,903** | **$75,000,000** | **$75,000,000** | **($124,005,903)** |
| **Total States/Territories** | **$1,476,530,684** | **$1,352,524,781** | **$1,352,524,781** | **($124,005,903)** |
| Research | 16,797,458 | 16,875,000 | 16,875,000 | 77,542 |
| Training and Technical Assistance | 16,134,217 | 16,875,000 | 16,875,000 | 740,783 |
| **Subtotal, Adjustments** | **$32,931,675** | **$33,750,000** | **$33,750,000** | **$818,325** |
| **TOTAL RESOURCES** | **$1,509,462,359** | **$1,386,274,781** | **$1,386,274,781** | **($123,187,578)** |

Note: Funding for FY 2023 includes the reallocation of unused money from FY 2021 and FY 2022.

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Child Care Entitlement to States - Matching**

**Formula Grants**

CFDA #        93.596

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $33,262,319 | $33,078,886 | $33,078,886 | ($183,433) |
| Alaska | 5,477,160 | 5,446,955 | 5,446,955 | (30,205) |
| Arizona | 47,086,459 | 47,086,459 | 47,086,459 | 0 |
| Arkansas | 20,810,615 | 20,695,850 | 20,695,850 | (114,765) |
| California | 259,114,829 | 257,685,877 | 257,685,877 | (1,428,952) |
| Colorado | 36,539,852 | 36,338,344 | 36,338,344 | (201,508) |
| Connecticut | 20,899,368 | 20,899,368 | 20,899,368 | 0 |
| Delaware | 6,134,025 | 6,134,025 | 6,134,025 | 0 |
| District of Columbia | 4,107,726 | 4,107,726 | 4,107,726 | 0 |
| Florida | 126,851,730 | 126,152,175 | 126,152,175 | (699,555) |
| Georgia | 73,910,367 | 73,502,770 | 73,502,770 | (407,597) |
| Hawaii | 9,331,741 | 9,331,741 | 9,331,741 | 0 |
| Idaho | 13,637,040 | 13,637,040 | 13,637,040 | 0 |
| Illinois | 82,182,277 | 81,729,063 | 81,729,063 | (453,214) |
| Indiana | 46,678,295 | 46,678,295 | 46,678,295 | 0 |
| Iowa | 21,640,561 | 21,640,561 | 21,640,561 | 0 |
| Kansas | 20,700,371 | 20,700,371 | 20,700,371 | 0 |
| Kentucky | 29,983,430 | 29,983,430 | 29,983,430 | 0 |
| Louisiana | 32,359,049 | 32,180,597 | 32,180,597 | (178,452) |
| Maine | 7,307,272 | 7,266,974 | 7,266,974 | (40,298) |
| Maryland | 40,551,533 | 40,327,902 | 40,327,902 | (223,631) |
| Massachusetts | 39,928,588 | 39,708,392 | 39,708,392 | (220,196) |
| Michigan | 62,965,873 | 62,965,873 | 62,965,873 | 0 |
| Minnesota | 39,087,234 | 38,871,678 | 38,871,678 | (215,556) |
| Mississippi | 20,123,306 | 20,123,306 | 20,123,306 | 0 |
| Missouri | 40,798,855 | 40,798,855 | 40,798,855 | 0 |
| Montana | 6,907,030 | 6,907,030 | 6,907,030 | 0 |
| Nebraska | 14,343,114 | 14,343,114 | 14,343,114 | 0 |
| Nevada | 20,709,892 | 20,595,682 | 20,595,682 | (114,210) |
| New Hampshire | 7,394,653 | 7,353,873 | 7,353,873 | (40,780) |
| New Jersey | 59,671,148 | 59,342,077 | 59,342,077 | (329,071) |
| New Mexico | 13,810,187 | 13,734,027 | 13,734,027 | (76,160) |
| New York | 123,243,699 | 122,564,042 | 122,564,042 | (679,657) |
| North Carolina | 67,771,412 | 67,397,670 | 67,397,670 | (373,742) |
| North Dakota | 5,697,842 | 5,666,420 | 5,666,420 | (31,422) |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 77,111,756 | 76,686,505 | 76,686,505 | (425,251) |
| Oklahoma | 28,509,165 | 28,509,165 | 28,509,165 | 0 |
| Oregon | 25,364,176 | 25,224,299 | 25,224,299 | (139,877) |
| Pennsylvania | 78,811,219 | 78,376,595 | 78,376,595 | (434,624) |
| Rhode Island | 6,126,117 | 6,092,333 | 6,092,333 | (33,784) |
| South Carolina | 32,723,212 | 32,723,212 | 32,723,212 | 0 |
| South Dakota | 6,592,839 | 6,592,839 | 6,592,839 | 0 |
| Tennessee | 45,403,528 | 45,403,528 | 45,403,528 | 0 |
| Texas | 222,142,580 | 220,917,521 | 220,917,521 | (1,225,059) |
| Utah | 27,743,233 | 27,743,233 | 27,743,233 | 0 |
| Vermont | 3,389,368 | 3,370,677 | 3,370,677 | (18,691) |
| Virginia | 55,994,804 | 55,686,007 | 55,686,007 | (308,797) |
| Washington | 49,962,366 | 49,962,366 | 49,962,366 | 0 |
| West Virginia | 10,540,104 | 10,481,978 | 10,481,978 | (58,126) |
| Wisconsin | 37,327,961 | 37,122,107 | 37,122,107 | (205,854) |
| Wyoming | 3,877,791 | 3,856,406 | 3,856,406 | (21,385) |
| **Subtotal, States** | **$2,172,639,071** | **$2,163,725,219** | **$2,163,725,219** | **($8,913,852)** |
| **Total States/Territories** | **$2,172,639,071** | **$2,163,725,219** | **$2,163,725,219** | **($8,913,852)** |
| **TOTAL RESOURCES** | **$2,172,639,071** | **$2,163,725,219** | **$2,163,725,219** | **($8,913,852)** |

Note: Funding for FY 2023 includes the reallocation of unused money from FY 2022.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR CHILDREN AND FAMILIES
CHILDREN AND FAMILIES SERVICES PROGRAMS

TABLE OF CONTENTS

Proposed Appropriation Language and Language Analysis ..................................... 109
Authorizing Legislation .......................................................................................... 112
Appropriations Not Authorized by Law ................................................................. 115
Appropriations History Table ................................................................................. 116
Amounts Available for Obligation .......................................................................... 118
Budget Authority by Activity ................................................................................. 119
Summary of Changes .............................................................................................. 121
Justification ............................................................................................................. 123
  Head Start .............................................................................................................. 124
  Preschool Development Grants .............................................................................. 135
  Runaway and Homeless Youth Program ................................................................ 137
  Service Connection for Youth on the Streets ........................................................ 144
  CAPTA State Grants .............................................................................................. 147
  Child Abuse Discretionary Activities .................................................................... 152
  Community-Based Child Abuse Prevention ........................................................... 155
  Child Welfare Services ........................................................................................... 160
  Child Welfare Research, Training and Demonstration ........................................... 165
  Adoption Opportunities ......................................................................................... 168
  Adoption and Legal Guardianship Incentive Payments ......................................... 171
  Social Services Research and Demonstration ......................................................... 176
  Native American Programs ..................................................................................... 181
  Community Services Block Grant ........................................................................... 185
  Community Services Discretionary Activities ........................................................ 190
  National Domestic Violence Hotline ..................................................................... 193
  Family Violence Prevention and Services .............................................................. 199
  Chafee Education and Training Vouchers ............................................................... 207
  Disaster Human Services Case Management .......................................................... 211
  Federal Administration ........................................................................................... 214

This page intentionally left blank.

ADMINISTRATION FOR CHILDREN AND FAMILIES
Children and Families Services Programs
**FY 2025 Proposed Appropriation Language and Language Analysis**

*For carrying out, except as otherwise provided, the Runaway and Homeless Youth Act, the Head Start Act, the Every Student Succeeds Act, the Child Abuse Prevention and Treatment Act, sections 303 and 313 of the Family Violence Prevention and Services Act, the Native American Programs Act of 1974, title II of the Child Abuse Prevention and Treatment and Adoption Reform Act of 1978 (adoption opportunities), part B–1 of title IV and sections 429, 473A, 477(i), 1110, 1114A, and 1115 of the Social Security Act, and the Community Services Block Grant Act (''CSBG Act''); and for necessary administrative expenses to carry out titles I, IV, V, X, XI, XIV, XVI, and XX–A of the Social Security Act, and the Act of July 5, 1960, and the Low-Income Home Energy Assistance Act of 1981, $15,052,128,000, of which $75,000,000, to remain available through September 30, 2026, shall be for grants to States for adoption and legal guardianship incentive payments, as defined by section 473A of the Social Security Act and may be made for adoptions and legal guardianships completed before September 30, 2025: Provided, That $12,540,519,000 shall be for making payments under the Head Start Act, including for Early Head Start–Child Care Partnerships, and, of which, notwithstanding section 640 of such Act:*

*(1) $543,699,000 shall be available for a cost of living adjustment, and with respect to any continuing appropriations act, funding available for a cost of living adjustment shall not be construed as an authority or condition under this Act*

*(2) $25,000,000 shall be available for allocation by the Secretary to supplement activities described in paragraphs (7)(B) and (9) of section 641(c) of the Head Start Act under the Designation Renewal System, established under the authority of sections 641(c)(7), 645A(b)(12), and 645A(d) of such Act, and such funds shall not be included in the calculation of ''base grant'' in subsequent fiscal years, as such term is used in section 640(a)(7)(A) of such Act;*

(3) *$8,000,000 shall be available for the Tribal Colleges and Universities Head Start Partnership Program consistent with section 648(g) of such Act; and*

(4) *Not to exceed $42,000,000 shall be available to supplement funding otherwise available for research, evaluation, and Federal administrative costs;*

*Provided further, That the Secretary may reduce the reservation of funds under section 640(a)(2)(C) of such Act in lieu of reducing the reservation of funds under sections 640(a)(2)(B), 640(a)(2)(D), and 640(a)(2)(E) of such Act: Provided further, That $250,000,000 shall be available until December 31, 2025 for carrying out sections 9212 and 9213 of the Every Student Succeeds Act: Provided further, That up to 3 percent of the funds in the preceding proviso shall be available for technical assistance and evaluation related to grants awarded under such section 9212: Provided further, That $804,383,000 shall be for making payments under the CSBG Act: Provided further, That for services furnished under the CSBG Act with funds made available for such purpose in this fiscal year and in fiscal year 2023, States may apply the last sentence of section 673(2) of the CSBG Act by substituting ''200 percent'' for ''125 percent'': Provided further, That $34,383,000 shall be for section 680 of the CSBG Act, of which not less than $22,383,000 shall be for section 680(a)(2) and not less than $12,000,000 shall be for section 680(a)(3)(B) of such Act: Provided further, That of the amounts provided in the preceding proviso for section 680(a)(2) of the CSBG Act, up to 5 percent shall be for carrying out evaluation and continuous quality improvement efforts, as well as training and technical assistance for grantees under such section: Provided further, That, notwithstanding section 675C(a)(3) of the CSBG Act, to the extent Community Services Block Grant funds are distributed as grant funds by a State to an eligible entity as provided under such Act, and have not been expended by such entity, they shall remain with such entity for carryover into the next fiscal year for expenditure by such entity consistent with program purposes: Provided further, That the Secretary shall establish procedures regarding the disposition of intangible assets and program income that permit such assets acquired with, and program income derived from, grant funds authorized under section 680 of the CSBG Act to become the sole property of such grantees*

*after a period of not more than 12 years after the end of the grant period for any activity consistent with section 680(a)(2)(A) of the CSBG Act: Provided further, That intangible assets in the form of loans, equity investments and other debt instruments, and program income may be used by grantees for any eligible purpose consistent with section 680(a)(2)(A) of the CSBG Act: Provided further, That these procedures shall apply to such grant funds made available after November 29, 1999: Provided further, That funds appropriated for section 680(a)(2) of the CSBG Act shall be available for financing construction and rehabilitation and loans or investments in private business enterprises owned by community development corporations: Provided further, That $240,000,000 shall be for carrying out section 303(a) of the Family Violence Prevention and Services Act, of which $7,000,000 shall be allocated notwithstanding section 303(a)(2) of such Act for carrying out section 309 of such Act: Provided further, That the percentages specified in section 112(a)(2) of the Child Abuse Prevention and Treatment Act shall not apply to funds appropriated under this heading: Provided further, That $1,864,000 shall be for a human services case management system for federally declared disasters, to include a comprehensive national case management contract and Federal costs of administering the system: Provided further, That up to $2,000,000 shall be for improving the Public Assistance Reporting Information System, including grants to States to support data collection for a study of the system's effectiveness.*

| Language Provision | Explanation |
|---|---|
| *Not to exceed $42,000,000* | This language is edited to impose a cap on the amount available to supplement these costs. |
| *Provided further, That of the amounts provided in the preceding proviso for section 680(a)(2) of the CSBG Act, up to 5 percent shall be for carrying out evaluation and continuous quality improvement efforts, as well as training and technical assistance for grantees under such section:* | This language is added to allow a greater proportion of funds to be used for evaluation, quality improvement, and training and technical assistance. |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Children and Families Services Programs

**Authorizing Legislation**

| Statutory Citations | FY 2024 Amount Authorized | FY 2024 Amount Appropriated | FY 2025 Amount Authorized | FY 2025 President's Budget |
|---|---|---|---|---|
| Head Start: Section 639 of the Head Start Act | Such sums | $11,996,820,000 | Such sums | $12,540,519,000 |
| Preschool Development Grants: Section 9213 of the Every Student Succeeds Act | Such sums | $315,000,000 | Such sums | $250,000,000 |
| Runaway and Homeless Youth: Sections 388(a)(1) and (a)(2)(B) of the Runaway and Homeless Youth Act | Such sums | $125,283,000 | Such sums | $125,283,000 |
| Service Connection for Youth on the Streets: Section 388(a)(4) of the Runaway and Homeless Youth Act | Such sums | $21,000,000 | Such sums | $21,000,000 |
| CAPTA State Grants: Section 112(a)(1) of Subchapter I of the Child Abuse Prevention and Treatment Act (CAPTA) | Such sums | $105,091,000 | Such sums | $105,091,000 |
| Child Abuse Discretionary Activities: Section 112(a)(2)(A) of Subchapter I of CAPTA | Such sums | $38,000,000 | Such sums | $38,000,000 |
| Community-Based Child Abuse Prevention: Section 209 of Subchapter IIII of CAPTA | Such sums | $70,660,000 | Such sums | $90,000,000 |
| Child Welfare Services: Section 425 of the Social Security Act | Such sums | $268,735,000 | Such sums | $268,735,000 |
| Child Welfare Research, Training and Demonstration: Section 426 of the Social Security Act | Such sums | $18,984,000 | Such sums | $45,984,000 |

| Statutory Citations | FY 2024 Amount Authorized | FY 2024 Amount Appropriated | FY 2025 Amount Authorized | FY 2025 President's Budget |
|---|---|---|---|---|
| Adoption Opportunities: Section 205 of Subchapter II of the Child Abuse Prevention and Treatment and Adoption Reform Act | Such sums | $51,000,000 | Such sums | $51,000,000 |
| Adoption and Legal Guardianship Incentives: Section 473A(h) of the Social Security Act | Such sums | $75,000,000 | Such sums | $75,000,000 |
| Social Services Research and Demonstration: Section 1110 of the Social Security Act | Such sums | $142,860,000 | Such sums | $30,512,000 |
| Native American Programs: Section 816(a) of the Native American Programs Act of 1974 | Such sums | $60,500,000 | Such sums | $65,500,000 |
| Community Services Block Grant: Section 674(a) of the Community Services Block Grant Act (CSBGA) | Such sums | $770,000,000 | Such sums | $770,000,000 |
| Community Economic Development: Section 674(b)(3) of CSBGA | Such sums | $22,383,000 | Such sums | $22,383,000 |
| Rural Community Facilities: Section 680(a)(3) of CSBGA | Such sums | $12,000,000 | Such sums | $12,000,000 |
| Domestic Violence Hotline: Section 303(b) of the Family Violence Prevention and Services Act | Such sums | $20,500,000 | Such sums | $20,500,000 |
| Family Violence and Prevention Services: Section 303(a) of the Family Violence Prevention and Services Act | Such sums | $240,000,000 | Such sums | $240,000,000 |
| Chafee Education and Training Vouchers: Section 477(h)(2) of the Social Security Act | $60,000,000 | $44,257,000 | $60,000,000 | $48,257,000 |

| Statutory Citations | FY 2024 Amount Authorized | FY 2024 Amount Appropriated | FY 2025 Amount Authorized | FY 2025 President's Budget |
|---|---|---|---|---|
| Federal Administration | Authorized in appropriation language | $218,500,000 | Authorized in appropriation language | $230,500,000 |
| Disaster Human Services Case Management | Authorized in appropriation language | $1,864,000 | Authorized in appropriation language | $1,864,000 |
| Total Request Level | | $14,618,437,000 | | $15,052,128,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Children and Families Services Programs

**Appropriations Not Authorized by Law**

| Program | Last Year of Authorization | Authorization Level in Last Year of Authorization | Appropriations in Last Year of Authorization | Appropriations in FY 2024 |
|---|---|---|---|---|
| Head Start | FY 2012 | Such sums | $7,968,544,000 | $11,996,820,000 |
| Preschool Development Grants | FY 2021 | Such sums | $275,000,000 | $315,000,000 |
| Runaway and Homeless Youth Programs | FY 2020 | Such sums | $113,780,000 | $125,283,000 |
| Service Connection for Youth on the Streets | FY 2020 | Such sums | $18,641,000 | $21,000,000 |
| Child Abuse State Grants | FY 2015 | Such sums | $25,310,000 | $105,091,000 |
| Child Abuse Discretionary Activities | FY 2015 | Such sums | $28,744,000 | $38,000,000 |
| Community-Based Child Abuse Prevention | FY 2015 | Such sums | $39,764,000 | $70,660,000 |
| Child Welfare Services | FY 2023 | $325,000,000 | $268,735,000 | $268,735,000 |
| Adoption Opportunities | FY 2015 | Such sums | $39,100,000 | $51,000,000 |
| Adoption and Legal Guardianship Incentive Payments | FY 2016 | $43,000,000 | $37,943,000 | $75,000,000 |
| Native American Programs | FY 2002 | Such sums | $45,826,000 | $60,500,000 |
| Community Services Block Grant | FY 2003 | Such sums | $645,762,000 | $770,000,000 |
| Community Economic Development | FY 2003 | Such sums | $27,082,000 | $22,383,000 |
| Rural Community Development | FY 2003 | Such sums | $7,203,000 | $12,000,000 |
| National Domestic Violence Hotline | FY 2015 | $3,500,000 | $4,500,000 | $20,500,000 |
| Family Violence Prevention and Services | FY 2015 | $175,000,000 | $135,000,000 | $240,000,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Children and Families Services Programs

**Appropriations History Table**

| Year | Budget Estimate to Congress | House Allowance | Senate Allowance | Appropriation |
|---|---|---|---|---|
| 2016 Appropriation | 11,905,480,000 | 10,541,593,000 | 10,388,620,000 | 11,234,268,000 |
| 2017 Appropriation | 11,725,057,000 | 11,382,896,000 | 11,214,935,000 | 11,294,368,000 |
| Transfer | | | | -39,304,108 |
| Total | | | | 11,255,063,892 |
| 2018 Appropriation | 10,204,294,000 | 11,181,500,000 | 11,284,368,000 | 12,022,225,000 |
| Transfer | | | | -30,130,399 |
| Supplemental | | | | 650,000,000 |
| Total | | | | 12,642,094,601 |
| 2019 Appropriation | 10,323,890,000 | 12,122,225,000 | 12,288,225,000 | 12,239,225,000 |
| Transfer | | | | -48,487,897 |
| Supplemental | | | | 90,000,000 |
| Total | | | | 12,280,737,103 |
| 2020 Appropriation | 11,187,485,000 | 13,967,468,000 | 13,052,342,000 | 12,876,652,000 |
| Supplemental | | | | 1,874,000,000 |
| Total | | | | 14,750,652,000 |
| 2021 Appropriation | 11,856,130,000 | 12,978,181,000 | 12,962,269,000 | 13,040,511,000 |
| Supplemental | | | | 3,208,000,000 |
| Total | | | | 16,248,511,000 |
| 2022 Appropriation | 14,902,760,000 | 15,232,981,000 | 14,949,267,000 | 13,438,343,000 |
| Supplemental | | | | 7,773,000 |
| Total | | | | 13,446,116,000 |
| 2023 Appropriation | 15,311,822,000 | 15,144,961,000 | | 14,618,437,000 |
| Supplemental | | | | 408,000,000 |
| Total | | | | 15,026,437,000 |

| Year | Budget Estimate to Congress | House Allowance | Senate Allowance | Appropriation |
|------|------|------|------|------|
| 2024 Appropriation | 16,139,665,000 | 13,388,077,000 | 14,801,100,000 | 14,618,437,000 |
| 2025 Appropriation | 15,052,128,000 | | | |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Children and Families Services Programs

**Amounts Available for Obligation**

| Budgetary Resources | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Annual, Budget Authority | $14,618,437,000 | $14,618,437,000 | $15,052,128,000 |
| **Subtotal, Net Budget Authority** | **$14,618,437,000** | **$14,618,437,000** | **$15,052,128,000** |
| | | | |
| Offsetting Collections from Federal Funds | 12,462,002 | 34,602,000 | 34,602,000 |
| Unobligated balance, lapsing | -9,174,053 | 0 | 0 |
| Unobligated balance, start of year | 308,102,635 | 419,632,331 | 0 |
| Recoveries of prior year obligations | 2,265,838 | 0 | 0 |
| Unobligated balance, end of year | -419,632,331 | 0 | 0 |
| **Total Obligations** | **$14,512,461,091** | **$15,072,671,331** | **$15,086,730,000** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Children and Families Services Programs

**Budget Authority by Activity**

| Activity | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Head Start | $11,996,820,000 | $11,996,820,000 | $12,540,519,000 |
| Preschool Development Grants | 315,000,000 | 315,000,000 | 250,000,000 |
| Runaway and Homeless Youth Programs | 125,283,000 | 125,283,000 | 125,283,000 |
| Service Connection for Youth on the Streets | 21,000,000 | 21,000,000 | 21,000,000 |
| Child Abuse State Grants | 105,091,000 | 105,091,000 | 105,091,000 |
| Child Abuse Discretionary Activities | 38,000,000 | 38,000,000 | 38,000,000 |
| Community-Based Child Abuse Prevention | 70,660,000 | 70,660,000 | 90,000,000 |
| Child Welfare Services | 268,735,000 | 268,735,000 | 268,735,000 |
| Child Welfare Research, Training and Demonstration | 18,984,000 | 18,984,000 | 45,984,000 |
| Adoption Opportunities | 51,000,000 | 51,000,000 | 51,000,000 |
| Adoption and Legal Guardianship Incentive Payments | 75,000,000 | 75,000,000 | 75,000,000 |
| Social Services Research and Demonstration | 142,860,000 | 142,860,000 | 30,512,000 |
| Native American Programs | 60,500,000 | 60,500,000 | 65,500,000 |
| Community Services Block Grant | 770,000,000 | 770,000,000 | 770,000,000 |
| Community Economic Development | 22,383,000 | 22,383,000 | 22,383,000 |
| Rural Community Development | 12,000,000 | 12,000,000 | 12,000,000 |
| National Domestic Violence Hotline | 20,500,000 | 20,500,000 | 20,500,000 |
| Family Violence Prevention and Services | 240,000,000 | 240,000,000 | 240,000,000 |
| Chafee Education and Training Vouchers | 44,257,000 | 44,257,000 | 48,257,000 |

| Activity | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Disaster Human Services Case Management | 1,864,000 | 1,864,000 | 1,864,000 |
| Federal Administration | 218,500,000 | 218,500,000 | 230,500,000 |
| **Total, Budget Authority** | **$14,618,437,000** | **$14,618,437,000** | **$15,052,128,000** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Children and Families Services Programs

**Summary of Changes**

FY 2023 Final
  Total estimated budget authority                                        $14,618,437,000
FY 2025 President's Budget
  Total estimated budget authority                                        $15,052,128,000

Net change                                                                  $433,691,000

| Description of Changes | FY 2023 Final | Change from Base |
|---|---|---|
| Increases: | | |
| A. Program: | | |
| 1) Head Start: Funding will be used for a COLA. | $11,996,820,000 | $543,699,000 |
| 2) Community-Based Child Abuse Prevention: The increased funding level will allow CBCAP state lead agencies to continue to develop and coordinate effective community-based family support and prevention services. | $70,660,000 | $19,340,000 |
| 3) Child Welfare Research, Training and Demonstration: The request includes $22 million to establish national efforts for new child welfare workforce development initiatives and $5 million for a National Child Welfare Lived Experience Institute. | $18,984,000 | $27,000,000 |
| 4) Native American Programs: This request will add $5 million for programs to better address the urgent need to support and preserve Native languages. | $60,500,000 | $5,000,000 |
| 5) Chafee Education and Training Vouchers: This level of funding will provide approximately 800 to 1600 additional vouchers | $44,257,000 | $4,000,000 |
| 6) Federal Administration: Funding will be used for COLA and support of Whole-Family Approach to Service Delivery. | $218,500,000 | $12,000,000 |
| Total Increases | | $611,039,000 |
| Decreases: | | |
| A. Program: | | |
| 1) Preschool Development Grants: This level will fund implementation grants for states that have just completed planning grants. | $315,000,000 | -$65,000,000 |

| Description of Changes | FY 2023 Final | Change from Base |
|---|---|---|
| 2) Social Services Research and Demonstration: This level includes $20 million for the diaper demonstration pilot and $5 million to support demonstration projects for whole-family approaches to service delivery and does not include funding for Congressionally Directed Spending. | $142,860,000 | -$112,348,000 |
| Total Decreases | | -$177,348,000 |
| Net Change | | $433,691,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Children and Families Services Programs

**Justification**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | 14,618,437,000 | 14,618,437,000 | 15,052,128,000 | 433,691,000 |

### General Statement

The Children and Families Services Programs appropriations account incorporates funding for programs serving children, youth, families, Native Americans, victims of child abuse and neglect and domestic violence, and other populations. The FY 2025 request for discretionary Children and Families Services Programs is $15.1 billion, an increase of $433.7 million from the FY 2023 enacted level.

The FY 2025 request for Children and Families Services Programs funds most programs at or above the FY 2023 enacted level. Highlights include:

- Head Start (+$543.7 million),
- Community-Based Child Abuse Prevention (+19.3 million),
- Child Welfare Research, Training and Demonstration (+$27 million),
- Native American Programs (+$5 million),
- Chafee Education and Training Vouchers (+4 million), and
- Federal Administration (+$12 million)

This Budget also supports the reauthorization of the Family Violence and Prevention Services, Runaway and Homeless Youth, and Native American programs, while proposing a new demonstration program that would support initiatives to address the whole family across the lifecycle of their interactions with benefits programs throughout the federal government.

## Head Start

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $11,996,820,000 | $11,996,820,000 | $12,540,519,000 | $543,699,000 |

Authorizing Legislation – Section 639 of the Improving Head Start for School Readiness Act

2025 Authorization.................................................................................Such sums as may be appropriated

Allocation Method.............................................................................................................Competitive Grants

## Program Description and Accomplishments

The Head Start program was established as part of the Economic Opportunity Act of 1964 (P.L. 88-452), and was reauthorized most recently through FY 2012 under the Improving Head Start for School Readiness Act of 2007 (P.L. 110-134). The program provides grants directly to local public and private non-profit and for-profit agencies to provide comprehensive early learning and development services to economically disadvantaged children and families, with a special focus on helping preschoolers develop the education and skills required to be successful in school. The Early Head Start program was established as part of the Head Start Amendments Act of 1994 (P.L. 103-252), to serve pregnant women and children from birth to three years of age, in recognition of the mounting evidence that the earliest years are critical to children's growth and development.

In FY 2023, Congress provided $11.997 billion for the Head Start and Early Head Start programs (hereafter, collectively referred to as "Head Start," unless otherwise noted), with funding to serve 778,420 children and pregnant women in centers, family homes, and family child care homes in urban, suburban, and rural communities throughout the country. This includes funding provided directly to tribes to operate American Indian and Alaska Native (AIAN) programs in tribal communities. It also includes funding for Migrant and Seasonal Head Start (MSHS) programs to provide Head Start services designed to meet the needs of migrant or seasonal farmworker families.

Head Start programs continue to experience severe workforce challenges, including staffing shortages and the highest rates of staff turnover in over two decades. This is primarily a result of comparatively low wages and benefits, intense job demands for Head Start staff, and the ability for Head Start teachers and staff to earn more with other employers, including public schools. On September 12, 2022, ACF issued guidance to programs on strategies to stabilize the Head Start workforce as part of their program strategic planning and data-informed decision-making. During FY 2023, many Head Start programs continued to experience staffing challenges and focused on adopting strategies to stabilize their workforce, which included reducing enrollment to make necessary workforce investments to improve wages and benefits for staff. In response to these challenges, on November 20, 2023, ACF published a notice of proposed rulemaking (NPRM) in the Federal Register, Supporting the Head Start Workforce and Consistent Quality Programming. Proposed changes to the Head Start Program Performance Standards described in the NPRM would improve compensation as a key component of high-quality early care and education. The proposed changes aim to stabilize the Head Start workforce and improve the quality of Head Start program services. Additionally, changes are proposed to promote consistent quality of services across Head Start programs, including enhancements to requirements for mental health supports to better integrate these services into every aspect of programs as well as elevate the role of mental health consultation to support the well-being of children, families, and staff. The NPRM was open for public

comment through January 19, 2024, and ACF will carefully consider public comments when making decisions for the final rule.

Head Start programs promote school readiness by enhancing the cognitive, physical, behavioral, and social-emotional development of children through the provision of educational, health, nutritional, social, and other services to enrolled children and families. The Head Start Program Performance Standards outline the requirements and expectations of programs in delivering these services. Head Start programs are expected to collaborate with other early care and education programs in their communities, and to work closely with local school systems to continue the gains children achieve in Head Start.

All Head Start grant recipients must, unless a waiver is granted, contribute 20 percent of the total cost of the program from non-federal funds or in-kind contributions, including donated goods or services. No more than 15 percent of total program costs may be used for program administration. At least 90 percent of the enrollees in a program must be children from families with an income at or below the federal poverty level or eligible for public assistance, or children who are experiencing homelessness or in foster care. However, if a program can show that it is meeting the needs of all interested and eligible families in its community using the above criteria, that program may propose to fill up to 35 percent of its funded enrollment with children whose family income is between 100 to 130 percent of the poverty line. Head Start programs must ensure that at least 10 percent of funded enrollment is filled by children with disabilities.

On April 21, 2022, ACF issued an Information Memorandum that expanded the interpretation of "public assistance" to include the Supplemental Nutrition Assistance Program (SNAP) in addition to Temporary Assistance for Needy Families (TANF) and Supplemental Security Income (SSI). This change was intended to eliminate barriers to families who are already eligible for, and in many cases already enrolled in, Head Start services by providing a streamlined way for such families to demonstrate eligibility. Following the issuance of the Information Memorandum, the use of the public assistance category for eligibility determinations more than tripled. In FY 2023, about 31 percent of enrollees were determined eligible through the public assistance category compared to 9 percent in the prior fiscal year. This indicates programs were able to reduce duplicative and burdensome paperwork for families in need of program services that were already eligible for SNAP.

Since reauthorization, ACF took steps to raise the bar on quality, as directed by the law. ACF implemented the Designation Renewal System (DRS), which provides a structure for identifying lower performing programs that are required to compete for continued funding. Grant recipients that fall short on quality benchmarks, including classroom quality, health and safety, financial accountability, and program management standards, are designated for competition. Since FY 2013, appropriations have provided $25 million to support the implementation of the DRS in order to minimize the disruption of services to children and families during transitions to new providers when incumbent grant recipients are unsuccessful in the competitive grant process. ACF has awarded these funds for activities such as hiring, training, and conducting criminal background checks on staff; obtaining licenses to operate; beginning recruitment and enrollment of children; and transferring property and inventory from the incumbent grantee. ACF has also awarded these funds to support the operations of an interim provider until the new grantee is in place to avoid gaps in service to children and families.

Since FY 2014, the Head Start appropriation has included funding for Early Head Start-Child Care (EHS-CC) Partnerships and Early Head Start Expansion. This funding has allowed grant recipients to expand access to meet the needs for infant and toddler care in their community through traditional Early Head Start programs or through partnerships with center-based and family child care providers who agree to

meet the Head Start Program Performance Standards with funding and technical assistance from Early Head Start programs. Since 2014, ACF has awarded nearly 500 new EHS-CC Partnership and Early Head Start Expansion grants across four rounds of competition. The most recent round of grants awarded in FY 2021 were funded to provide Early Head Start services to 5,100 infants and toddlers and their families. The FY 2023 appropriation provided $100 million for another round of program expansion for both Head Start preschool and Early Head Start program expansion. This funding is available to be obligated until September 30, 2024.

The FY 2023 appropriation included $596 million for a cost-of-living adjustment (COLA) to Head Start grant recipients, which was an increase of 5.6 percent to their program operations funding over the prior fiscal year. The COLA funding was awarded directly to programs to support them in better keeping pace with inflation. The basis for COLA is specified in section 640(a)(7)(B) of the Head Start Act.

The FY 2023 appropriation included $262 million for quality improvement activities consistent with section 640(a)(5) of the Head Start Act, except that grant recipients were not bound by the requirements for at least 50 percent of the funds to be used for staff compensation or for no more than 10 percent of funds to be used on transportation. Of the $262 million for quality improvement activities, $13 million was set-aside and awarded to Migrant and Seasonal Head Start programs as required by Congress.

The FY 2023 appropriation also included $8 million to maintain and expand the grants awarded for the Tribal Colleges and University Head Start Partnership program. This amount included $6 million to maintain the six grants awarded in FY 2020 to establish the programs, as well as an additional $2 million to award three new grants. These grants are designed to support activities to improve skills and qualifications of education personnel, to provide assistance to staff and parents in the program, to develop curricula to promote high-quality services and instruction, and to develop and implement learning opportunities for American Indian and Alaska Natives Head Start agency staff.

All Head Start center-based preschool programs must, unless a waiver is granted, provide 1,020 annual hours of planned class operations over at least eight months per year for 45 percent of its center-based funded enrollment by August 1, 2021. The requirement that Early Head Start center-based programs provide 1,380 annual hours of planned class operations remains in effect from August 1, 2018. The requirement for increased program hours supports the importance of longer preschool duration in achieving meaningful child outcomes and preparing children for success in school, while affording programs flexibility to meet the needs of their communities. In FY 2023, approximately 85 percent of funded slots in center-based Head Start preschool programs were funded to provide at least 1,020 hours of planned class operations per year.

The Disaster Relief Supplemental Appropriations Act, 2023, included in the Consolidated Appropriations Act, 2023 (P.L. 117-328), provided $345 million in supplemental funding for necessary expenses directly related to the consequences of Hurricanes Fiona and Ian. ACF has a disaster recovery team and, during FY 2023, this team provided support to grant recipients in the impacted areas with the planning and application development of multi-faceted recovery projects, often involving facility recovery efforts. During FY 2024, a total of $25.5 million was awarded in grants directed to local disaster-affected programs to address the immediate and long-term consequences and associated costs resulting from these disasters. These funds are being used by these programs to support disaster recovery efforts including facility repairs and mental health support. The remaining funding is available to be awarded until September 30, 2027.

In FY 2023, through the Consolidated Appropriations Act, 2022 (P.L. 117-328), Congress enacted a General Provision to expand funding flexibility for research projects in ACF.  All research funding provided for in the Act could remain available for five years following appropriation. This has allowed for additional time for research and evaluation projects within the Head Start program.

Funding for the program - net of any authorized changes, such as transfers or reprogramming, or supplemental appropriations - for five years is as follows:

| | |
|---|---|
| 2021 | $10,748,095,000 |
| 2021 Supplemental | $1,250,000,000 |
| 2022 | $11,036,820,000 |
| 2023 | $11,996,820,000 |
| 2023 Supplemental | $345,000,000 |
| 2024 | $11,996,820,000 |
| 2025 President's Budget | $12,540,519,000 |

Funding for this program is also used to pay salaries and benefits for federal employees, information technology support, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget for the Head Start program is $12.5 billion, an increase of $543.7 million from the FY 2023 final level. This level will allow ACF to fund an estimated 755,242 slots for eligible children and pregnant women.

Many Head Start programs are requesting to reduce the number of funded slots for eligible children so that they can invest those funds to stabilize their workforce (e.g., raise wages and benefits), as they close classrooms because of a severe shortage of qualified staff who are leaving Head Start for better paying jobs, including in public school settings and in different sectors such as retail and hospitality.  The staffing crisis is due to a confluence of factors, including persistently low and stagnant wages, particularly for frontline staff, lack of comprehensive benefits, and insufficient supports for staff health and wellness. This Budget request provides $543.7 million to account for a full COLA to support Head Start programs to keep pace with inflation. Grant recipients must apply COLA to salaries of Head Start staff, including in EHS-CC Partnerships, unless a justification is provided.

This Budget request maintains the total set-aside of up to $42 million to supplement federal administrative costs and evaluation from the enacted FY 2023 budget.   The request also maintains the $25 million to support DRS transitions, as well as $8 million to maintain the Tribal Colleges and Universities Head Start Partnership Program.

This request continues from the FY 2024 President's Budget legislative changes to eligibility requirements in the Head Start Act that support AIAN and MSHS programs in fulfilling their mission. These changes will allow programs to target the families that the programs were designed to serve when established by Congress.

The FY 2025 request also includes legislative changes to authorize ACF to take three administrative actions when making awards to grant recipients that are currently not available.  The first change would allow ACF to add five more years of funding onto existing grants that have demonstrated an ability to deliver high-quality and comprehensive services and are not required to compete for continued funding.

This change would not affect programs subject to competition under the Designation Renewal System, which are those that have met one of the seven conditions that require them to compete in order to continue their grant. This is a technical change that would allow ACF to extend a grant rather than issue a new grant to recipients that are not required to compete.

The second change would allow ACF the discretion to supplement new competitive funds onto existing grants held by an agency when such agency is selected to receive the competitive award. This is also a technical change that will reduce the burden for grant recipients because they will manage one grant rather than two. This will also create efficiencies with monitoring and oversight.

The third change would allow ACF to extend the statutory limit of five years of financial assistance in extenuating circumstances, such as in response to disasters, emergencies, or public health emergencies.

## Performance Analysis

The performance measures reported in this section cover certain aspects of the program including the quality of teacher-child interactions (3A), children becoming up-to-date on a schedule of age-appropriate preventive and primary health care (3B and 3.6LT, and 3i), qualifications of teachers (3C, 3D, 3ii, 3iii, 3iv), under-enrollment (3E), parents reading to their children (3.7LT), parents of children enrolled in the program that became staff (3v), children with disabilities (3vi), children experiencing homelessness (3vii), children in foster care (3viii), and staff turnover (3ix). The Program Information Report (PIR) is an annual information collection submitted by Head Start grant recipients, and PIR data are used for twelve of fifteen performance measures reported in this section, all measures except for 3A, 3E, and 3.7LT.

ACF continues to address under-enrollment in three specific ways. First, in September 2022, ACF resumed its pre-pandemic practices of monitoring and tracking enrollment referred to as the Full Enrollment Initiative. This process allows ACF to identify programs that are under-enrolled, provide training and technical assistance, and possibly recapture, withhold, or reduce funding for those programs that are unable to successfully achieve full enrollment after the timeline specified in the Head Start Act. Second, ACF issued guidance to programs to adopt strategies to stabilize the workforce. These strategies include thoughtful and data-informed decision-making which involve significant changes to program budgets and staffing approaches. One of the strategies available to programs to stabilize their workforce is to reduce funded enrollment; in particular, if staffing challenges are limiting programs from opening classrooms, which allows programs to redirect resources to increase investments in their workforce, such as raising salaries and improving benefits. Many programs are implementing this strategy as part of their strategic planning, and it has become a key tool to make critical investments with the goal to stabilize their workforce and enrollment for the 2023-2024 program year. Third, ACF published an NPRM in the Federal Register for public comment entitled Supporting the Head Start Workforce and Consistent Quality Programming as noted in the prior section of this chapter. Proposed changes would improve compensation as a key component of high-quality early care and education. The proposed changes aim to stabilize the Head Start workforce and enrollment and improve the quality of Head Start program services.

The 2007 reauthorization of the Head Start program raised standards for Head Start teacher qualifications, and significant progress has been made. The law required that, by October 1, 2013, at least 50 percent of Head Start preschool teachers nationwide in center-based programs have a Bachelor of Arts (BA) or advanced degree in early childhood education. Based on the most recent data available from FY 2023, ACF continues to far surpass this requirement, with 68 percent of Head Start preschool teachers having a

BA or advanced degree. While programs met and exceeded the requirement that at least half of Head Start preschool teachers have at least a BA, it is worth noting that programs continue to experience a staffing crisis where they struggle to hire and retain qualified teachers and other staff. Once again, the staffing crisis is due to a confluence of factors, including persistently low, stagnant wages, particularly for frontline staff; lack of comprehensive benefits; and insufficient supports for staff health and wellness.

The law also required that, as of October 1, 2011, all Head Start preschool, center-based teachers who do not have a BA or advanced degree have at least an associate (AA) degree or higher, as well as evidence of the relevance of their degree and experience in early childhood education. Thus, the goal for fiscal years 2011 through 2024 for performance measure 3C is to reach 100 percent, as shown in the following table. The most recent FY 2023 data indicates that 93 percent of Head Start teachers had an AA degree or higher, a slight decrease from FY 2022. Of the 34,904 Head Start preschool teachers in FY 2023, 32,443 had an AA degree or higher. Of these degreed teachers, 8,637 have an AA degree, 19,491 have a BA degree, and 4,351 have an advanced degree. Not included in these numbers are 1,420 teachers with a Child Development Associate (CDA) or state credential and 1,024 teachers who do not have a degree or CDA. About 23 percent of teachers without a BA or advanced degree are enrolled in a BA degree program. ACF continues to provide training and technical assistance funds directly to grant recipients to increase the qualifications of teachers.

ACF strives to increase the percentage of Head Start children in high-quality classrooms. ACF measures progress by reducing the proportion of Head Start grant recipients scoring in the low range (below 2.5) in any domain of the Classroom Assessment Scoring System (CLASS: Pre-K). This research-based tool measures teacher-child interaction on a seven-point scale in three broad domains: Emotional Support, Classroom Organization, and Instructional Support. Research findings underscore the importance of teacher-child interactions as a demonstrated measure of classroom quality. ACF assesses each Head Start grantee using the CLASS instrument during onsite monitoring reviews. Due to the coronavirus pandemic, ACF suspended all CLASS reviews beginning in March 2020 for FY 2021 to protect the health and safety of Head Start children and staff by limiting their exposure to outside individuals whenever possible. In FY 2022 and FY 2023, many programs worked on transitioning from remote to in-person services and towards full enrollment. Therefore, CLASS reviews were also not conducted as part of DRS in those two fiscal years. The most recent data from FY 2020 CLASS reviews indicate that 83 percent of grant recipients scored in the mid to high range, while 17 percent of grant recipients scored in the low range.

| Measure | Year and Most Recent Result / Target for Recent Result / (Summary of Result) | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 3A: Reduce the proportion of Head Start preschool grant recipients receiving a score in the low range[1] on any of the three domains on the basis of the Classroom Assessment Scoring System (CLASS: Pre-K). (*Outcome*) | FY 2020: 17% [2]<br><br>Target: 15%<br><br>(Target Not Met) | 16% | Prior Result – 1PP | N/A |
| 3B and 3.6LT: Increase the percentage of Early Head Start children who become up-to-date during the program year on a schedule of age-appropriate preventive and primary health care, according to their state's EPSDT schedule. (*Outcome*) | FY 2023: 14.5%<br><br>Target: 14.7%<br><br>(Target Not Met) | 15.5% | Prior Result +1PP | N/A |

| Measure | Year and Most Recent Result / Target for Recent Result / (Summary of Result) | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| <u>3C</u>: Increase the percentage of Head Start preschool teachers with an AA, BA, or Advanced degree in early childhood education or a related field. (*Outcome*) | FY 2023: 92.9%<br><br>Target: 100%<br><br>(Target Not Met) | 100% | 100% | Maintain |
| <u>3D</u>: Increase the percentage of Head Start preschool teachers that have a BA degree or higher in early childhood education or a related field. (*Outcome*) | FY 2023: 68.2%<br><br>Target: 71.1%<br><br>(Target Not Met) | 69.2% | Prior Result +1PP | N/A |
| <u>3E</u>: Decrease under-enrollment in Head Start and Early Head Start programs, thereby increasing the number of children served per dollar. (*Efficiency*) | FY 2023: 20.6%<br><br>Target: 2.0%<br><br>(Target Not Met) | 2% | 2% | Maintain |
| <u>3.7LT</u>: Percentage of parents of children in Head Start preschool who report reading to their child three or more times per week. (*Outcome*) | FY 2020: 75%<br><br>Target: 83%<br><br>(Target Not Met) | N/A | 75% | N/A |
| <u>3i</u>: Number of Early Head Start children who are up to date on a schedule of age-appropriate preventive and primary health care, according to their state's EPSDT schedule, at the end of their enrollment year. (*Output*) | FY 2023: 129,727<br><br>(Historical Actual) | N/A | N/A | N/A |
| <u>3ii</u>: Number of Head Start preschool teachers without a BA or higher degree and Early Head Start teachers without a CDA degree who are enrolled in a program to obtain those qualifications. (*Output*) | FY 2023: 6,381<br><br>(Historical Actual) | N/A | N/A | N/A |
| <u>3iii</u>: Number of Head Start and Early Head Start teachers with at least an AA degree. (*Output*) | FY 2023: 46,331<br><br>(Historical Actual) | N/A | N/A | N/A |
| <u>3iv</u>: Number of Head Start preschool assistant teachers with at least an AA degree. (*Output*) | FY 2023: 10,806<br><br>(Historical Actual) | N/A | N/A | N/A |
| <u>3v</u>: Percent of Head Start and Early Head Start staff who are parents of children currently or formerly enrolled in the program. (*Output*) | FY 2023: 23%<br><br>(Historical Actual) | N/A | N/A | N/A |
| <u>3vi</u>: Percent of children eligible to receive early intervention services under the Individuals with Disabilities Education Act. (*Output*) | FY 2023: 14%<br><br>(Historical Actual) | N/A | N/A | N/A |
| <u>3vii</u>: Percent of children served experiencing homelessness during the program year (*Output*) | FY 2023: 7%<br><br>(Historical Actual) | N/A | N/A | N/A |

| Measure | Year and Most Recent Result / Target for Recent Result / (Summary of Result) | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 3viii: Percent of children served who were in foster care during the program year (*Output*) | FY 2023: 3% <br><br> (Historical Actual) | N/A | N/A | N/A |
| 3ix: Percent of staff that left the program during the program year. (*Output*) | FY 2023: 17% <br><br> (Historical Actual) | N/A | N/A | N/A |

[1] All scores in the low range were in the Instructional Support domain.

[2] There is no FY 2021, FY 2022, or FY 2023 data available due to the coronavirus pandemic for this performance measure. The most recent result and target from FY 2020 is shown. A portion of FY 2020 CLASS: Pre-K reviews did not occur due to the coronavirus pandemic.

Additional Head Start Program Data[1][2]

| Program Data | FY 2023 Actual | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Number of Grant Recipients[3] | 1,549 | 1,549 | 1,549 |
| | | | |
| Funded Slots for Children in Head Start Programs | 778,420 | 753,706 | 755,242 |
| Head Start (Preschool) | 585,266 | 566,845 | 567,117 |
| Early Head Start[4] | 161,373 | 156,115 | 157,171 |
| EHS-CC Partnerships | 31,781 | 30,746 | 30,954 |
| | | | |
| Estimated Number of Children in Poverty Below Age 5 in 50 States and DC (2022)[5] | 2,943,000 | N/A | N/A |
| | | | |
| Number of Staff | 248,481 | 240,592 | 241,082 |
| Number of Classrooms | 49,992 | 48,405 | 48,503 |
| | | | |
| Number of Head Start and Early Head Start Teachers | 67,674 | 65,525 | 65,659 |
| Number of Teachers with AA Degree | 15,649 | 15,152 | 15,183 |
| Number of Teachers with BA Degree | 25,595 | 24,782 | 24,833 |
| Number of Teachers with Advanced Degree | 5,087 | 4,925 | 4,936 |
| Percent of Teachers with AA Degree or Higher | 68% | 68% | 68% |
| | | | |
| Average Head Start and Early Head Start Teacher Salary | $38,451 | $40,073 | $41,752 |
| Average Teacher Salary with AA Degree | $36,291 | $37,822 | $39,407 |
| Average Teacher Salary with BA Degree | $42,650 | $44,450 | $46,312 |
| Average Teacher Salary with Advanced Degree | $52,136 | $54,336 | $56,612 |
| | | | |
| Head Start Preschool: Number of Teachers | 34,904 | 33,796 | 33,865 |
| Head Start Preschool: Percent of Teachers with BA Degree or Higher | 68% | 68% | 68% |
| Head Start Preschool: Average Teacher Salary[6] | $41,701 | $43,208 | $44,763 |
| Volunteers | 541,749 | 524,549 | 507,895 |

[1] The estimates for FY 2024 and FY 2025 align with the proposed rule assumptions where possible, including assumptions on slot loss to improve staff compensation and other supports. Although slot loss is a difficult trade-off, a number of programs are already reducing slots because they are forced to close classrooms due to a severe shortage of qualified staff.
[2] Unless otherwise noted as "Head Start preschool," all data in the table includes Head Start, Early Head Start, and EHS-CC Partnerships. Also, teacher data in the table includes all center-based teachers but excludes assistant teachers.
[3] Data includes only agencies funded to provide direct services to children and families. Some grant recipients have more than one grant.
[4] Early Head Start funded slots include EHS Expansion and exclude EHS-CC Partnership slots, which are shown on the next line.
[5] Source: U.S. Census Bureau, Current Population Survey, 2023 Annual Social and Economic Supplement (CPS ASEC). The territories and Puerto Rico are not included.
[6] Head Start preschool average teacher salary does not include Migrant and Seasonal Head Start teachers.

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Head Start**

**Competitive Grants**

CFDA #    93.600

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $174,488,332 | $174,488,332 | $182,741,309 | $8,252,977 |
| Alaska | 22,707,896 | 22,707,896 | 23,781,938 | 1,074,042 |
| Arizona | 192,125,609 | 192,125,609 | 201,212,797 | 9,087,188 |
| Arkansas | 118,494,447 | 118,494,447 | 124,099,017 | 5,604,570 |
| California | 1,457,956,440 | 1,457,956,440 | 1,526,915,097 | 68,958,657 |
| Colorado | 125,429,485 | 125,429,485 | 131,362,069 | 5,932,584 |
| Connecticut | 94,200,346 | 94,200,346 | 98,655,849 | 4,455,503 |
| Delaware | 23,913,087 | 23,913,087 | 25,044,132 | 1,131,045 |
| District of Columbia | 39,381,167 | 39,381,167 | 41,243,824 | 1,862,657 |
| Florida | 492,802,267 | 492,802,267 | 516,110,908 | 23,308,641 |
| Georgia | 289,504,098 | 289,504,098 | 303,197,110 | 13,693,012 |
| Hawaii | 35,655,819 | 35,655,819 | 37,342,274 | 1,686,455 |
| Idaho | 43,518,261 | 43,518,261 | 45,576,595 | 2,058,334 |
| Illinois | 455,094,648 | 455,094,648 | 476,619,788 | 21,525,140 |
| Indiana | 173,268,142 | 173,268,142 | 181,463,407 | 8,195,265 |
| Iowa | 89,768,791 | 89,768,791 | 94,014,690 | 4,245,899 |
| Kansas | 87,078,745 | 87,078,745 | 91,197,410 | 4,118,665 |
| Kentucky | 200,849,403 | 200,849,403 | 210,349,211 | 9,499,808 |
| Louisiana | 233,949,658 | 233,949,658 | 245,015,047 | 11,065,389 |
| Maine | 48,056,194 | 48,056,194 | 50,329,164 | 2,272,970 |
| Maryland | 135,576,763 | 135,576,763 | 141,989,295 | 6,412,532 |
| Massachusetts | 179,352,034 | 179,352,034 | 187,835,056 | 8,483,022 |
| Michigan | 407,472,000 | 407,472,000 | 426,744,677 | 19,272,677 |
| Minnesota | 139,627,117 | 139,627,117 | 146,231,223 | 6,604,106 |
| Mississippi | 251,227,220 | 251,227,220 | 263,109,806 | 11,882,586 |
| Missouri | 208,530,531 | 208,530,531 | 218,393,642 | 9,863,111 |
| Montana | 41,370,406 | 41,370,406 | 43,327,150 | 1,956,744 |
| Nebraska | 68,493,133 | 68,493,133 | 71,732,732 | 3,239,599 |
| Nevada | 28,648,709 | 28,648,709 | 30,003,740 | 1,355,031 |
| New Hampshire | 23,278,166 | 23,278,166 | 24,379,180 | 1,101,014 |
| New Jersey | 190,324,946 | 190,324,946 | 199,326,966 | 9,002,020 |
| New Mexico | 86,648,881 | 86,648,881 | 90,747,214 | 4,098,333 |
| New York | 776,812,200 | 776,812,200 | 813,553,989 | 36,741,789 |
| North Carolina | 266,995,093 | 266,995,093 | 279,623,470 | 12,628,377 |
| North Dakota | 27,710,840 | 27,710,840 | 29,021,512 | 1,310,672 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 426,355,898 | 426,355,898 | 446,521,748 | 20,165,850 |
| Oklahoma | 153,535,557 | 153,535,557 | 160,797,507 | 7,261,950 |
| Oregon | 117,667,277 | 117,667,277 | 123,232,723 | 5,565,446 |
| Pennsylvania | 386,260,499 | 386,260,499 | 404,529,911 | 18,269,412 |
| Rhode Island | 37,980,823 | 37,980,823 | 39,777,246 | 1,796,423 |
| South Carolina | 147,608,879 | 147,608,879 | 154,590,508 | 6,981,629 |
| South Dakota | 31,809,169 | 31,809,169 | 33,313,684 | 1,504,515 |
| Tennessee | 196,273,390 | 196,273,390 | 205,556,761 | 9,283,371 |
| Texas | 802,189,006 | 802,189,006 | 840,131,071 | 37,942,065 |
| Utah | 91,637,778 | 91,637,778 | 95,972,076 | 4,334,298 |
| Vermont | 26,890,187 | 26,890,187 | 28,162,043 | 1,271,856 |
| Virginia | 173,923,933 | 173,923,933 | 182,150,215 | 8,226,282 |
| Washington | 189,370,181 | 189,370,181 | 198,327,042 | 8,956,861 |
| West Virginia | 84,017,443 | 84,017,443 | 87,991,314 | 3,973,871 |
| Wisconsin | 168,184,021 | 168,184,021 | 176,138,816 | 7,954,795 |
| Wyoming | 23,431,693 | 23,431,693 | 24,539,969 | 1,108,276 |
| **Subtotal, States** | **$10,287,446,608** | **$10,287,446,608** | **$10,774,023,922** | **$486,577,314** |
| Indian Tribes | 343,790,127 | 343,790,127 | 360,050,768 | 16,260,641 |
| American Samoa | 5,257,678 | 5,257,678 | 5,506,357 | 248,679 |
| Guam | 4,221,926 | 4,221,926 | 4,421,615 | 199,689 |
| Northern Mariana Islands | 4,081,882 | 4,081,882 | 4,274,948 | 193,066 |
| Palau | 2,187,067 | 2,187,067 | 2,290,511 | 103,444 |
| Puerto Rico | 320,335,109 | 320,335,109 | 335,486,371 | 15,151,262 |
| Virgin Islands | 12,188,170 | 12,188,170 | 12,764,648 | 576,478 |
| **Subtotal, Territories** | **$348,271,832** | **$348,271,832** | **$364,744,450** | **$16,472,618** |
| **Total States/Territories** | **$10,979,508,567** | **$10,979,508,567** | **$11,498,819,140** | **$519,310,573** |
| Other Grants | 25,000,000 | 219,575,000 | 119,575,000 | 94,575,000 |
| Research | 17,400,208 | 27,221,095 | 20,000,000 | 2,599,792 |
| Migrant Program | 515,631,596 | 515,631,596 | 540,020,023 | 24,388,427 |
| Other | 107,176,092 | 111,410,711 | 111,410,711 | 4,234,619 |
| Training and Technical Assistance | 248,269,126 | 250,694,126 | 250,694,126 | 2,425,000 |
| **Subtotal, Adjustments** | **$913,477,022** | **$1,124,532,528** | **$1,041,699,860** | **$128,222,838** |
| **TOTAL RESOURCES** | **$11,892,985,589** | **$12,104,041,095** | **$12,540,519,000** | **$647,533,411** |

Notes:
1. The Other Grants line includes $25 million to support Designated Renewal System transitions and funding for the Head Start and Early Head Start expansion, which is multi-year funding carried over into the next fiscal year.
2. FY 2023 and FY 2024 include funds carried over from previous years for research.
3. Other includes non-countable categories, such as salaries and benefits, inter-agency agreements, and overhead costs.
4. The Training and Technical Assistance line in FY 2023 includes carry over from the set aside for Head Start and Early Head Start expansion awards to be made by Sept. 30, 2024.
5. Grant recipients that operate in multiple states are displayed in the state in which the grant is administered.

**Preschool Development Grants**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $315,000,000 | $315,000,000 | $250,000,000 | -$65,000,000 |

Authorizing Legislation – Section 9212 of the Every Student Succeeds Act

2025 Authorization.................................................................Such sums as may be appropriated

Allocation Method.........................................................................................Competitive Grants

**Program Description and Accomplishments**

The Every Student Succeeds Act of 2015 (P.L. 114-95) authorized the Preschool Development Grants (PDG) program through FY 2020.   The PDG program was originally funded through the Department of Education (ED) and created to build state and local capacity to implement preschool for four-year-old children from low and moderate-income families. In FY 2017, Congress broadened PDG's focus on early childhood systems for children birth to five and moved funding to ACF.  The Preschool Development Grants Birth through Five program (PDG B-5), administered in coordination with ED, focuses on building more robust early childhood systems by improving the coordination of delivery models and funding streams existing in each state's mixed delivery system. States use funding to provide workforce compensation and support, family engagement, quality improvement, data integration, and direct services for young children.  PDG B-5 grants support improved collaboration among existing programs as well as mixed delivery systems that include child care and family child care providers, Head Start, state pre-kindergarten, and home visiting.

PDG funds have allowed states to make significant improvements in their early childhood systems and services including, but not limited to:

- establishing or expanding developmental screenings;

- providing a comprehensive approach that promotes quality inclusion for children with disabilities and supports families, early childhood providers, and communities in their efforts;

- implementing trainings in infant and early childhood mental health and/or trauma-informed care and increasing the number of early childhood mental health consultants;

- exploring policies and strategies to reduce suspensions and expulsions of children three to five years of age;

- supporting the mental wellness of the early childhood workforce by providing them with the knowledge and skills they need to address challenging behaviors;

- implementing improved salary scales to stabilize workforce compensation;

- expanding workforce benefits to early childhood education teachers and staff;

- establishing or expanding early educator apprenticeships; and

- developing strategies to provide multilingual resources or coursework so that educators have access to professional development and career advancement opportunities in their home language.

In the past six years, ACF has awarded 73 one-year PDG B-5 planning grants and 49 three-year PDG B-5 implementation grants that have allowed states and territories to develop and implement comprehensive statewide needs assessments and strategic plans to improve those systems. Grantees also identified activities that focus on maximizing parental choice and expanding parent knowledge and involvement, as well as sharing best practices across staff working in the various birth-through-age-five programs in the state or territory.

With the FY 2023 appropriation, ACF awarded 21 renewal grants to states that had not previously received or implemented three-year renewal grants, as well as one-year planning grants to 2 states that have not previously received PDG B-5 funding and 19 states whose third year of previous funding ended in either December 2022 or April 2023. ACF also awarded third-year renewal grants to four grant recipients. Finally, supplemental awards were also issued to those third-year renewal grant recipients and the 21 planning grant recipients.

In FY 2024, ACF anticipates that 21 states will have their implementation grants renewed with a second year of funding and that ACF will run a new, limited competition for implementation grants.

Funding for the program – net of any authorized changes such as transfers or reprogramming – for five years is as follows:

| | |
|---|---|
| 2021 | $275,000,000 |
| 2022 | $290,000,000 |
| 2023 | $315,000,000 |
| 2024 | $315,000,000 |
| 2025 President's Budget | $250,000,000 |

For FY 2023, 21 renewal grant awards were made with an average award of $10 million and a range between $4 million and $16 million.  For FY 2024, ACF anticipates a total of 33 renewal awards with an average of $8 million and a range between $4 million and $16 million.

Funding for this program is also used to pay salaries and benefits for federal employees, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request for the Preschool Development Grants Birth through Five program is $250 million, a decrease of $65 million from the FY 2023 final level.  At this level, program grantees will continue to advance mental health consultation and supports for early educators, establish and expand apprenticeship programs, and improve workforce compensation and recruitment.  This amount will fund implementation grants for those states that have just competed planning grants.  ACF estimates that $86 million will provide continued funding for grants expected to be awarded in FY 2024. The balance will be used for an additional competition that will allow remaining states previously awarded a planning grant to receive implementation funding.

For FY 2025, ACF estimates awarding 31 grants with an average of approximately $6 million and a range between $4 million and $8.5 million.

**Runaway and Homeless Youth Program**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $125,283,000 | $125,283,000 | $125,283,000 | $0 |

Authorizing Legislation – Section 388 of the Runaway and Homeless Youth Act

2025 Authorization..................................................................................Such sums as may be appropriated

Allocation Method....................................................................................Formula and Competitive Grants

**Program Description and Accomplishments**

The Runaway and Homeless Youth (RHY) program was authorized as part of the Juvenile Justice and Delinquency Prevention Act of 1974 (P.L. 93-415). This program serves as the national leader for the provision of shelter and supportive services to runaway and homeless youth. The RHY program administers grants to public and private organizations to establish and operate youth emergency shelters and transitional living programs. This program was reauthorized by the Reconnecting Homeless Youth Act of 2008 (P. L. 110-378) through FY 2013 and more recently reauthorized by the Juvenile Justice Reform Act (P. L. 115-385) through FY 2020.

The Basic Center Program (BCP) was funded at $66.4 million in FY 2023 and provides grants to community-based public and private agencies for the provision of outreach, crisis intervention, emergency shelter, counseling, family reunification/reconnection, and aftercare services to runaway and homeless youth and their families. BCPs can provide up to 21 days of shelter for as many as 20 youth at each facility, with an exception in those jurisdictions that require a higher limit in order to be licensed as a BCP. Funds are allocated among the states using a formula based on the population of youth under age 18 as a proportion of the national population. BCPs provide youth with an opportunity to receive individual and family counseling, education, employment assistance, and behavioral health and physical health services.

In FY 2023, ACF launched the Runaway and Homeless Youth-Prevention Demonstration Program (RHY-PDP), which provided $350,000 each to 11 community-based organizations to support the design and delivery of community-based demonstration initiatives to prevent youth and young adults from experiencing homelessness. Through development and coordination of the partnerships with youth and young adult services providers, community organizations, and private and public agencies, the RHY-PDP will identify young people at risk of experiencing homelessness, design and develop a comprehensive community prevention plan to prevent youth homelessness, and implement a robust, holistic services plan to respond to the diverse needs of youth who may be at risk of homelessness and their families. All programs are required to participate in a federal evaluation of prevention services and interventions throughout their three-year period of performance. In FY 2024, funding will be made available to continue support of these new programs and fund up to 10 new demonstration programs.

The Transitional Living Program (TLP), including the Maternity Group Home (MGH) program, was funded at $58.9 million in FY 2023, and provides grants to public and private organizations for community-based, adult-supervised group homes, host homes, and supervised apartments for youth ages 16 to 21 who cannot safely live with their families. For the MGH program, the funding provides shelter and services to meet the needs of pregnant and parenting homeless youth to promote long-term economic independence in order to ensure the well-being of the youth and their young families. Youth entering a

TLP or MGH under the age of 18 are eligible for up to 21 months of service, or to remain until they reach the age of 18, whichever is longer. All youth between the ages 18 and 21 are eligible for up to 18 months of TLP services, which may be extended to 21 months in extenuating circumstances.

TLPs provide a long-term, safe, stable, and nurturing environment for homeless youth. Services include counseling in basic life skills, interpersonal skill building, educational advancement, job attainment skills, and physical and behavioral health care. These services are designed to help youth who are homeless develop the skills necessary to make a successful transition to independence and self-sufficient living.

The RHY program also funds the National Communications System (NCS) for Runaway and Homeless Youth. The NCS program makes over 125,000 connections a year through its hotline, online, and offline services and resources. Its toll-free services are available 24 hours per day, 365 days per year throughout the United States and U.S. Territories. As part of their services, the NCS program connects youth who run away and those experiencing homelessness with their families, legal guardians, and service providers. The NCS program also provides prevention counseling and identifies resources for youth in crisis or those who are contemplating running away. In addition, The NCS program develops and disseminates prevention resources in an effort to minimize runaway incidents and youth homelessness nationwide. In 2022, 74 percent of the crisis services connections were from youth in crisis; 20 percent came from parents, family members, or other caring adults; and the remaining 6 percent came from a youth's friend or a social service agency. In addition, family dynamics continue to be the most common issue reported by youth, at 77 percent. Emotional abuse was the next highest reported issue at 28 percent, followed by mental health related issues at 25 percent and peer and social issues at 17 percent.

In FY 2023, through the Consolidated Appropriations Act, 2023 (P.L. 117-328), Congress enacted a General Provision to expand funding flexibility for research projects in ACF. All research funding provided for in the Act could remain available for five years following appropriation. This has allowed for additional time for research and evaluation projects within the Basic Center program.

Funding for the program - net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| 2021 | $116,780,000 |
|---|---|
| 2022 | $120,283,000 |
| 2023 | $125,283,000 |
| 2024 | $125,283,000 |
| 2025 President's Budget | $125,283,000 |

For FY 2023, 524 awards were made with an average award of $200,000 and a range from $99,078 to $350,000. For FY 2024, 658 grants are expected to be awarded with an average of $200,000 and a range from $99,078 to $350,000.

Funding for this program is also used to pay salaries and benefits for federal employees, information technology support, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request for the RHY program is $125.3 million, the same as the FY 2023 final level. These funds are estimated to support 562 awards will be made with an average award of $209,261 and a range of $70,000 to $350,000.

This Budget continues to include a legislative proposal to reauthorize and revise the Runaway and Homeless Youth Act through 2029 to amend definitions and authorities to reflect current terminology and support youth at risk or victims of commercial sexual exploitation and human trafficking.

**Performance Analysis**

The RHY Act requires the collection of data on the characteristics of youth served by the RHY program. Funding is used to support the collection and analysis of data through the Runaway and Homeless Youth-Homeless Management Information System (RHY-HMIS). ACF has worked to review and identify improved performance measures and program indicators to help assess short and long-term outcomes experienced by youth who use the shelter programs and receive comprehensive support services, as indicated in the table below. ACF, the Department of Housing and Urban Development (HUD), and other federal partners that serve homeless populations use a shared language, some shared data elements, and RHY program specific data elements. This partnership requires all RHY grantees to be members of their local HUD Continuums of Care. This integration was intended to increase the accuracy and consistency of federal counts of the homeless populations. However, there have been obstacles as many RHY grantees faced challenges in submitting their data to the Homeless Management Information System because of revised HUD data standards. Grantees have encountered inaccurate programming for their RHY specific data standards or have had issues with their Continuums of Care successfully extracting their data for submission to ACF. ACF continues to provide technical assistance to support grantees through this transition to ensure accurate and timely reporting of data. This transition has also resulted in the use of a new set of performance measures for the RHY program, as noted in the table below.

One key indicator that ACF continues to measure for the TLP program is the safe exit rate, which is defined as discharge from the program into an immediate living situation that is both safe and appropriate. During FY 2022, the TLP program met the target of 91 percent safe exit rate with an actual result of 91 percent. This target was achieved through ACF's promotion and support of innovative strategies that help grantees to (1) encourage youth to complete the program and achieve their developmental goals, instead of dropping out; (2) stay connected with youth as they transition out of program residencies and provide preventive, follow-up and aftercare services; (3) track exiting youth more closely; (4) report accurate data and maintain updated youth records to reduce the number of youth whose exit situations are unknown; and (5) analyze data to discover patterns of participation and opportunities for improved services. These objectives are consistently communicated through a range of mechanisms, including the RHY Training and Technical Assistance Center. ACF proposes keeping the performance standard at 90 percent annually through FY 2025. ACF will continue to work to ensure appropriate service delivery and technical assistance systems are in place to support the proposed increase in this target performance measure.

A second key indicator that ACF measures for the BCP program is the safe exit rate for minor youth, which is defined as discharge from the program into an immediate living situation that is both safe and appropriate. During FY 2022, the BCP program did not meet the target of 91 percent safe exit rate with an actual result of 87 percent. This target may not have been achieved because about six percent of exit data on destination was not collected by staff, possibly due to the ongoing challenges of the public health emergency. Due to this unexpected decrease, ACF proposes maintaining the performance standard at 90 percent each year through FY 2025.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| <u>4A</u>: Maintain the proportion of youth living in safe and appropriate settings after exiting ACF-funded Transitional Living Program (TLP) services. (*Outcome*) | FY 2022: 91.1%

Target: 91%

(Target Met) | 90% | 90% | Maintain |
| <u>4B</u>: Maintain the percentage of youth in a TLP that are attending school regularly, have graduated from high school, or obtained a GED at exit. (*Outcome*) | FY 2022: 70.5%

Target: 67%

(Target Exceeded) | 67% | 67% | Maintain |
| <u>4C</u>: Maintain the number of youth leaving a TLP that are employed or looking for work at exit. (*Outcome*) | FY 2022: 81.7%

Target: 71%

(Target Exceeded) | 71% | 72% | +1 |
| <u>4D</u>: Maintain the proportion of youth living in safe and appropriate settings after exiting ACF-funded Basic Center Program (BCP) emergency shelters. (*Outcome*) | FY 2022: 86.8%

Target: 91%

(Target Not Met) | 90% | 90% | Maintain |
| <u>4E</u>: Maintain the percentage of youth receiving out-of-shelter prevention services by the BCP who are diverted from entering an emergency shelter and exit to another safe and stable destination. (*Outcome*) | FY 2022: 52.9%

Target: 90%

(Target Not Met) | 90% | 90% | Maintain |
| <u>4F</u>: Maintain the percentage of youth in BCP shelters that are attending school regularly, have graduated from high school, or obtained a GED at exit. (*Outcome*) | FY 2022: 68.1%

Target: 71%

(Target Not Met) | 71% | 71% | Maintain |
| <u>4G</u>: Maintain the percentage of youth leaving BCP shelters that are employed or looking for work at exit. (*Outcome*) | FY 2022: 29.7%

Target: 17%

(Target Exceeded) | 18% | 19% | +1 |

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| <u>4i</u>: Number of Basic Center Program grants. (*Output*) | FY 2023: 279 <br><br> (Historical Actual) | N/A | N/A | N/A |
| <u>4ii</u>: Number of youth entered BCP for services in the shelter. (*Output*) | FY 2022: 14,593 <br><br> (Historical Actual) | N/A | N/A | N/A |
| <u>4iii</u>: Number of Transitional Living Program grants. (*Output*) | FY 2023: 223 <br><br> (Historical Actual) | N/A | N/A | N/A |
| <u>4iv</u>: Number of youth entered TLP for services in the residency. (*Output*) | FY 2022: 4,752 <br><br> (Historical Actual) | N/A | N/A | N/A |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - State Table - Runaway and Homeless Youth - Basic Center**

**Formula Grants**

CFDA #          93.623

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $825,000 | $931,361 | $931,361 | $106,361 |
| Alaska | 1,099,442 | 1,099,442 | 250,000 | (849,442) |
| Arizona | 1,250,000 | 1,360,289 | 1,360,289 | 110,289 |
| Arkansas | 435,835 | 587,951 | 587,951 | 152,116 |
| California | 6,242,923 | 6,361,930 | 6,361,930 | 119,007 |
| Colorado | 1,903,776 | 1,506,851 | 1,048,374 | (855,402) |
| Connecticut | 807,129 | 625,895 | 616,899 | (190,230) |
| Delaware | 175,000 | 250,000 | 250,000 | 75,000 |
| District of Columbia | 1,443,720 | 695,000 | 250,000 | (1,193,720) |
| Florida | 4,548,235 | 3,248,278 | 3,586,799 | (961,436) |
| Georgia | 1,045,995 | 1,250,036 | 2,128,099 | 1,082,104 |
| Hawaii | 200,000 | 250,257 | 250,257 | 50,257 |
| Idaho | 450,000 | 450,000 | 400,597 | (49,403) |
| Illinois | 2,257,054 | 2,053,093 | 2,053,093 | (203,961) |
| Indiana | 578,162 | 1,071,388 | 1,321,388 | 743,226 |
| Iowa | 650,000 | 616,972 | 616,972 | (33,028) |
| Kansas | 150,000 | 388,815 | 588,815 | 438,815 |
| Kentucky | 849,887 | 848,675 | 848,675 | (1,212) |
| Louisiana | 1,074,307 | 897,954 | 897,954 | (176,353) |
| Maine | 400,000 | 250,000 | 250,000 | (150,000) |
| Maryland | 199,998 | 1,132,926 | 1,132,926 | 932,928 |
| Massachusetts | 999,888 | 1,140,017 | 1,140,017 | 140,129 |
| Michigan | 2,567,119 | 1,302,404 | 1,302,404 | (1,264,715) |
| Minnesota | 2,308,008 | 1,349,882 | 1,097,910 | (1,210,098) |
| Mississippi | 378,577 | 582,040 | 582,040 | 203,463 |
| Missouri | 1,045,178 | 1,155,534 | 1,155,534 | 110,356 |
| Montana | 0 | 250,000 | 250,000 | 250,000 |
| Nebraska | 686,365 | 686,365 | 401,350 | (285,015) |
| Nevada | 426,088 | 584,217 | 584,217 | 158,129 |
| New Hampshire | 583,870 | 599,078 | 250,000 | (333,870) |
| New Jersey | 1,231,787 | 1,308,733 | 1,388,733 | 156,946 |
| New Mexico | 1,238,492 | 1,047,699 | 400,339 | (838,153) |
| New York | 3,042,282 | 3,079,168 | 3,179,168 | 136,886 |
| North Carolina | 1,050,000 | 1,026,968 | 1,526,968 | 476,968 |
| North Dakota | 200,000 | 250,000 | 250,000 | 50,000 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 2,339,724 | 2,179,107 | 2,171,107 | (168,617) |
| Oklahoma | 1,188,106 | 1,188,106 | 803,957 | (384,149) |
| Oregon | 2,133,958 | 1,733,958 | 727,631 | (1,406,327) |
| Pennsylvania | 1,567,871 | 2,000,325 | 2,240,325 | 672,454 |
| Rhode Island | 0 | 250,000 | 250,000 | 250,000 |
| South Carolina | 974,933 | 974,933 | 942,180 | (32,753) |
| South Dakota | 500,000 | 398,135 | 250,000 | (250,000) |
| Tennessee | 950,000 | 1,079,849 | 1,279,849 | 329,849 |
| Texas | 4,088,135 | 5,045,640 | 6,214,640 | 2,126,505 |
| Utah | 850,000 | 798,170 | 798,170 | (51,830) |
| Vermont | 200,000 | 250,000 | 250,000 | 50,000 |
| Virginia | 650,000 | 970,000 | 1,572,180 | 922,180 |
| Washington | 1,850,000 | 1,450,000 | 1,395,338 | (454,662) |
| West Virginia | 160,000 | 305,954 | 305,954 | 145,954 |
| Wisconsin | 1,157,895 | 1,076,691 | 1,076,690 | (81,205) |
| Wyoming | 445,000 | 445,000 | 250,000 | (195,000) |
| **Subtotal, States** | **$61,399,739** | **$60,385,085** | **$59,769,077** | **($1,630,662)** |
| American Samoa | 200,000 | 250,000 | 250,000 | 50,000 |
| Federated States of Micronesia | 0 | 0 | 250,000 | 250,000 |
| Guam | 0 | 250,000 | 250,000 | 250,000 |
| Marshall Islands | 0 | 0 | 250,000 | 250,000 |
| Northern Mariana Islands | 0 | 250,000 | 250,000 | 250,000 |
| Palau | 0 | 0 | 250,000 | 250,000 |
| Puerto Rico | 630,000 | 630,000 | 496,008 | (133,992) |
| Virgin Islands | 0 | 250,000 | 250,000 | 250,000 |
| **Subtotal, Territories** | **$830,000** | **$1,630,000** | **$2,246,008** | **$1,416,008** |
| **Total States/Territories** | **$62,229,739** | **$62,015,085** | **$62,015,085** | **($214,654)** |
| Other Grants | 629,000 | 2,500,000 | 2,500,000 | 1,871,000 |
| Research | 691,737 | 1,567,000 | 692,000 | 263 |
| Training and Technical Assistance | 982,954 | 1,000,533 | 1,012,940 | 29,986 |
| Other | 1,347,105 | 2,698,032 | 2,685,625 | 1,338,520 |
| **Subtotal, Adjustments** | **$3,650,796** | **$7,765,565** | **$6,890,565** | **$3,239,769** |
| **TOTAL RESOURCES** | **$65,880,535** | **$69,780,650** | **$68,905,650** | **$3,025,115** |

Note:  The Other line shows funding for salaries and benefits, grant review, and overhead costs.

**Service Connection for Youth on the Streets**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $21,000,000 | $21,000,000 | $21,000,000 | $0 |

Authorizing Legislation − Section 351 of the Runaway and Homeless Youth Act

2025 Authorization...................................................................................Such sums as may be appropriated

Allocation Method.............................................................................................................Competitive Grants

**Program Description and Accomplishments**

The Education and Prevention Services to Reduce Sexual Abuse of Runaway, Homeless, and Street Youth Program, also referred to as the Service Connection for Youth on the Streets or the Street Outreach Program (SOP), was originally authorized under the Violent Crime Control and Law Enforcement Act of 1994 (P. L. 103-322), which amended the Runaway and Homeless Youth (RHY) Act.  The RHY Act was amended by the Justice for Victims of Trafficking Act of 2015 (P. L. 114-22) to add trafficking victims to the populations served by this program.  The RHY Act authorizes funding for competitive grants to public and private organizations for street-based services to runaway, homeless, and street youth who have been subjected to, or are at risk of being subjected to, sexual abuse, prostitution, sexual exploitation, and severe forms of trafficking in persons.

Youth receive provisions for their basic needs, including food, clothing, hygiene, or first aid packages, information about services and safe places, and encouragement to access these resources.  The SOP data standards capture the number of youth contacted, as well as the number of youth successfully engaged by program staff when they have an established case plan or an assessment.  The tangible assistance and information on referral services to RHY shelters increases the likelihood youth will participate in services and seek shelter.

The program funds outreach to runaway and homeless youth on the streets or in areas that increase the risk of sexual abuse, sexual exploitation, and other forms of victimization, the goal being to help young people get off the streets and into safe settings.  To that end, the program promotes efforts by its grantees to build relationships between street outreach workers and homeless street youth.  Because many of these youth have been on the street for extended periods of time, the development of a trusting relationship between street youth and an agency's outreach workers takes time and requires multiple contacts with the individual youth to get them into shelter.  Grantees also provide support services that aim to move youth into shelter or stable housing and to help prepare them for independence.

Funding for the program - net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $20,000,000 |
| 2022 | $20,000,000 |
| 2023 | $21,000,000 |
| 2024 | $21,000,000 |
| 2025 President's Budget | $21,000,000 |

For FY 2023, 133 grants were awarded with an average grant of $146,381and a range from $101,000 to $150,000.  For FY 2024, it is estimated that 133 grants will be awarded with an average grant of $141,045 and a range from $100,000 to $150,000.

Funding for this program is also used to pay salaries and benefits for federal employees, information technology support, grants paneling, and other related administrative costs.

## Budget Request

The FY 2025 President's Budget request for Service Connection for Youth on the Streets is $21.0 million, the same as the FY 2023 final level.  These funds will support approximately 133 Street Outreach Program grantees with an average grant award of $141,045 and a range from $100,000 to $150,000. Funds will be used to assist public and private, non-profit agencies in meeting the critical needs of runaway, homeless, and street youth populations by building relationships between grantee staff and youth receiving street-based outreach services and educational information.

## Performance Analysis

As noted in the Runaway and Homeless Youth chapter, all grantees were required to become members of their local Department of Housing and Urban Development (HUD) Continuums of Care and to begin using HUD's Homeless Management Information System (HMIS) by April 2015 to collect RHY data. This system integration catalyzed SOP grantees to begin collecting individual-level data as part of the integration of RHY with HUD's HMIS.  As such, in FY 2016, ACF proposed a new performance measure to align with the new data system.  Developmental measure 4H (below) aims to meaningfully describe the effect of SOP grantees' outreach strategies.  Grantees collect and report data on youth they have contacted during a reporting period, and the number of youth they have successfully engaged through a deliberate assessment and case plan.  An increase in the proportion of youth who become engaged means an overall increase in the likelihood they will seek shelter services and their needs will be met through appropriate supportive services.  In FY 2022, 71 percent of youth were engaged, a 3 percent increase over the previous year's actual result of 68 percent.  A target of 37 percent was established as the baseline for FY 2022.  ACF proposes increasing the performance standard to 55 percent for FY 2025.  ACF will continue to work to ensure appropriate outreach strategies and technical assistance systems are in place to support the proposed target performance measure.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 4H: Increase the percentage of youth contacted by the Street Outreach Programs (SOP) that are engaged in deliberate case plan or client assessment. (*Outcome*) | FY 2022: 71.2%  Target: 36%  (Target Exceeded) | 37% | 55% | +18 |
| 4v: Number of Street Outreach Program (SOP) grants. (*Output*) | FY 2023: 136  (Historical Actual) | N/A | N/A | N/A |
| 4vi: Number of youth contacted by SOP grants. (*Output*) | FY 2022: 23,422  (Historical Actual) | N/A | N/A | N/A |

**CAPTA State Grants**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $105,091,000 | $105,091,000 | $105,091,000 | $0 |

Authorizing Legislation – Section 112(a)(1) of Title I of the Child Abuse Prevention and Treatment Act

2025 Authorization..................................................................................Such sums as may be appropriated

Allocation Method.......................................................................................................................Formula Grants

**Program Description and Accomplishments**

The Child Abuse Prevention and Treatment Act (P.L. 93-247) of 1974 created the Child Abuse Prevention and Treatment Act (CAPTA) State Grant program to provide formula grants to states to improve child protective service systems.  Grants are based on an initial allocation of $50,000 per state, with additional funds distributed in proportion to the state's population of children under the age of 18. This program assists states in improving:

- intake, assessment, screening, and investigation of child abuse and neglect reports;

- risk and safety assessment protocols;

- training for child protective services workers and mandated reporters;

- programs and procedures for the identification, prevention, and treatment of child abuse and neglect;

- development and implementation of procedures for collaboration among child protection services, domestic violence, and other agencies; and

- services to disabled infants with life-threatening conditions and their families.

In addition, under this program, states perform a range of prevention activities, including addressing the needs of infants born with prenatal drug exposure, referring children not at risk of imminent harm to community services, implementing criminal record checks for prospective foster and adoptive parents and other adults in their homes, training child protective services workers, protecting the legal rights of families and alleged perpetrators, and supporting citizen review panels.  CAPTA requires states to convene multidisciplinary teams to review the circumstances of child maltreatment-related fatalities in the state and make recommendations.

The CAPTA Reauthorization Act of 2010 (P.L 111-320) reauthorized the program through FY 2015.  The program has since been amended by the Justice for Victims of Trafficking Act of 2015 (P.L. 114-22), which added requirements relating to victims of human sex trafficking, and the Comprehensive Addiction and Recovery Act of 2016 (P.L. 114-198), which amended CAPTA's state plan requirements relating to substance-exposed newborns and plans of safe care to address the effects of substance use disorders on infants, children, and families.  The Victims of Child Abuse Act Reauthorization Act of 2018 (P.L. 115-424) amended a CAPTA State Grants program requirement relating to legal immunity for good faith

reports of child abuse and neglect, to include professionals who are called upon to consult in a child abuse case or provide a medical diagnosis.

Beginning in FY 2018, $60 million was provided to help states improve their response to infants affected by substance-use disorders and their families. In addition to providing technical assistance to states on best practices and evidence-based interventions, this funding also supported evaluations of states' activities on plans of safe care. Since FY 2020, Congress has directed that $60 million be used to help states develop and implement plans of safe care for substance-exposed infants and their families. ACF has provided technical assistance resources to support them in this important work.

Funding for the program - net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $90,091,000 |
| 2021 Supplemental | $100,000,000 |
| 2022 | $95,091,000 |
| 2023 | $105,091,000 |
| 2024 | $105,091,000 |
| 2025 President's Budget | $105,091,000 |

For FY 2023, 56 awards were made, with an average award of $1,847,607 and a range from $68,478 to $11,951,260.  In FY 2024, it is estimated that 56 awards will be made, with an average award of $1,847,607 and a range from $68,478 to $11,951,260.

Funding for this program is also used to pay information technology support, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request for CAPTA State Grants is $105 million, the same as the FY 2023 final level. The funding will assist states in strengthening their child protective service systems, better serve families affected by substance-use disorders, and support and enhance interagency and community-based collaborations to prevent child abuse and neglect by promoting child and family well-being. The funding will help states to improve their response to infants affected by substance-use disorders or withdrawal symptoms resulting from prenatal drug exposure or a Fetal Alcohol Spectrum Disorder by developing, implementing, and monitoring plans of safe care for these infants and their parents and caregivers.

For FY 2025, it is estimated that 56 awards will be made with an average award of $1,847,607 and a range of $68,478 to $11,951,260.

## Performance Analysis

A key measure of the CAPTA program that ACF evaluates is the percentage of children with substantiated or indicated reports of maltreatment who experience repeat maltreatment. ACF has set a target of decreasing the percentage of child victims who experience repeat maltreatment by 0.2 percentage points per year. Performance over the past nine years has fluctuated between 6.3 percent and 6.9 percent. For FY 2019, the rate of recurrence decreased to 6.6 percent, just missing the target of 6.5 percent. For FY 2020, the rate of recurrence decreased to 6.2 percent, exceeding the target of 6.4 percent. For FY 2021, the rate of recurrence increased slightly to 6.5 percent, falling short of the target of 6 percent. For FY 2022, the rate of recurrence decreased to 6.3 percent, meeting the target. ACF will continue to support states in their efforts to support children and families who are experiencing a crisis, while ensuring the safety of children. The renewed emphasis on prevention efforts may also assist in improving performance in this area. By FY 2025, the program expects to work with states in again reducing the rate of repeat maltreatment by 0.2 percent from the previous year's actual result.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 7B: Decrease the percentage of children with substantiated or indicated reports of maltreatment that have a repeated substantiated or indicated report of maltreatment within six months. (CAPTA) (*Outcome*) | FY 2022: 6.3%<br><br>Target: 6.3%<br><br>(Target Met) | Prior Result -0.2PP | Prior Result -0.2PP | N/A |
| 7C: Improve states' average response time between maltreatment report and investigation, based on the median of states' reported average response time in hours from screened-in reports to the initiation of the investigation. (CAPTA) (*Outcome and Efficiency*) | FY 2022: 55.64 hrs<br><br>Target: 56.19 hrs<br><br>(Target Exceeded) | Prior Result -5% | Prior Result -5% | N/A |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - CAPTA State Grants**

**Formula Grants**

CFDA #       93.669

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $1,572,421 | $1,580,346 | $1,580,346 | $7,926 |
| Alaska | 293,326 | 293,029 | 293,029 | (297) |
| Arizona | 2,239,639 | 2,237,731 | 2,237,731 | (1,908) |
| Arkansas | 1,004,267 | 1,009,790 | 1,009,790 | 5,523 |
| California | 11,951,260 | 11,760,734 | 11,760,734 | (190,527) |
| Colorado | 1,736,953 | 1,723,589 | 1,723,589 | (13,364) |
| Connecticut | 1,039,976 | 1,056,478 | 1,056,478 | 16,502 |
| Delaware | 332,586 | 336,548 | 336,548 | 3,962 |
| District of Columbia | 220,717 | 221,377 | 221,377 | 660 |
| Florida | 5,869,129 | 5,965,178 | 5,965,178 | 96,049 |
| Georgia | 3,474,178 | 3,505,458 | 3,505,458 | 31,280 |
| Hawaii | 462,966 | 459,351 | 459,351 | (3,615) |
| Idaho | 686,314 | 688,012 | 688,012 | 1,699 |
| Illinois | 3,852,685 | 3,794,541 | 3,794,541 | (58,144) |
| Indiana | 2,203,044 | 2,211,462 | 2,211,462 | 8,418 |
| Iowa | 1,049,020 | 1,047,473 | 1,047,473 | (1,547) |
| Kansas | 1,003,826 | 1,001,133 | 1,001,133 | (2,694) |
| Kentucky | 1,428,257 | 1,433,094 | 1,433,094 | 4,837 |
| Louisiana | 1,519,192 | 1,511,734 | 1,511,734 | (7,458) |
| Maine | 391,758 | 391,305 | 391,305 | (453) |
| Maryland | 1,899,553 | 1,903,976 | 1,903,976 | 4,423 |
| Massachusetts | 1,897,966 | 1,891,372 | 1,891,372 | (6,593) |
| Michigan | 2,971,426 | 2,954,618 | 2,954,618 | (16,808) |
| Minnesota | 1,837,504 | 1,831,796 | 1,831,796 | (5,709) |
| Mississippi | 989,948 | 983,548 | 983,548 | (6,399) |
| Missouri | 1,928,198 | 1,929,064 | 1,929,064 | 866 |
| Montana | 368,913 | 371,830 | 371,830 | 2,917 |
| Nebraska | 705,115 | 706,287 | 706,287 | 1,172 |
| Nevada | 997,971 | 999,683 | 999,683 | 1,712 |
| New Hampshire | 397,818 | 398,225 | 398,225 | 407 |
| New Jersey | 2,794,702 | 2,795,459 | 2,795,459 | 757 |
| New Mexico | 692,004 | 682,654 | 682,654 | (9,350) |
| New York | 5,630,423 | 5,542,432 | 5,542,432 | (87,991) |
| North Carolina | 3,172,330 | 3,209,524 | 3,209,524 | 37,194 |
| North Dakota | 301,934 | 301,644 | 301,644 | (290) |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 3,584,980 | 3,578,106 | 3,578,106 | (6,874) |
| Oklahoma | 1,354,325 | 1,362,194 | 1,362,194 | 7,870 |
| Oregon | 1,218,570 | 1,202,361 | 1,202,361 | (16,209) |
| Pennsylvania | 3,677,749 | 3,663,350 | 3,663,350 | (14,399) |
| Rhode Island | 333,309 | 411,334 | 411,334 | 78,025 |
| South Carolina | 1,564,948 | 1,588,578 | 1,588,578 | 23,630 |
| South Dakota | 349,050 | 351,745 | 351,745 | 2,696 |
| Tennessee | 2,140,186 | 2,167,697 | 2,167,697 | 27,511 |
| Texas | 10,191,520 | 10,315,479 | 10,315,479 | 123,959 |
| Utah | 1,335,097 | 1,332,633 | 1,332,633 | (2,463) |
| Vermont | 208,698 | 207,997 | 207,997 | (701) |
| Virginia | 2,607,039 | 2,620,318 | 2,620,318 | 13,279 |
| Washington | 2,323,935 | 2,316,977 | 2,316,977 | (6,958) |
| West Virginia | 537,087 | 534,524 | 534,524 | (2,562) |
| Wisconsin | 1,779,410 | 1,764,959 | 1,764,959 | (14,451) |
| Wyoming | 229,656 | 229,140 | 229,140 | (515) |
| **Subtotal, States** | **$102,352,877** | **$102,377,868** | **$102,377,868** | **$24,991** |
| American Samoa | 74,724 | 75,091 | 75,091 | 367 |
| Guam | 106,284 | 107,119 | 107,119 | 835 |
| Northern Mariana Islands | 68,478 | 68,752 | 68,752 | 274 |
| Puerto Rico | 790,457 | 763,647 | 763,647 | (26,811) |
| Virgin Islands | 73,180 | 73,524 | 73,524 | 344 |
| **Subtotal, Territories** | **$1,113,123** | **$1,088,132** | **$1,088,132** | **($24,991)** |
| **Total States/Territories** | **$103,466,000** | **$103,466,000** | **$103,466,000** | **$0** |
| Training and Technical Assistance | 1,599,999 | 1,600,000 | 1,600,000 | 1 |
| Other | 0 | 25,000 | 25,000 | 25,000 |
| **Subtotal, Adjustments** | **$1,599,999** | **$1,625,000** | **$1,625,000** | **$25,001** |
| **TOTAL RESOURCES** | **$105,065,999** | **$105,091,000** | **$105,091,000** | **$25,001** |

Note:  The Other line shows funding for information technology support and grant paneling.

**Child Abuse Discretionary Activities**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $38,000,000 | $38,000,000 | $38,000,000 | $0 |

Authorizing Legislation - Section 112(a)(2) of the Child Abuse Prevention and Treatment Act, Section 1114A of the Social Security Act

2025 Authorization.................................................................Such sums as may be appropriated

Allocation Method.................................................................Competitive Grants and Contracts

**Program Description and Accomplishments**

The Child Abuse Prevention and Treatment Act (P.L. 93-247) of 1974 created the Child Abuse Discretionary Activities program to fund competitive research and demonstration grants and contracts that seek to expand the evidence base for child welfare programs with the goal of improving child outcomes as lessons learned are adopted by communities across the country. Examples of positive child outcomes are preventing child maltreatment, strengthening families, improving family well-being, and promoting optimal child and youth development. The program funds research on the causes, prevention, identification, and treatment of child abuse and neglect, and on investigative, administrative, and judicial procedures related to child abuse and neglect. It also funds projects to compile, publish, and disseminate training materials; provide technical assistance; demonstrate and evaluate methods and procedures to prevent and treat child abuse and neglect; and develop or expand effective collaboration between child protective services and domestic violence agencies. In addition, the program funds activities of the Child Welfare Capacity-Building Center on issues relating to maltreatment and a national clearinghouse – the Child Welfare Information Gateway – that gathers and disseminates information on child abuse and neglect and on promising programs of prevention and treatment.

The Child Abuse Prevention and Treatment Act Reauthorization Act of 2010 (P.L. 111-320) reauthorized the program through FY 2015 and added areas of focus to the program: collaboration between domestic violence and child protection systems, issues facing American Indian and Alaska Native populations, the unique needs of children under age 3, and children with disabilities.

Research and demonstration grants are awarded competitively to public and private agencies, including state and local government agencies, universities, and voluntary and faith-based organizations. The statute provides that contracts may be awarded to public, non-profit and private organizations. Projects supported by grants and contracts awarded under this program may run up to five years, depending upon the availability of funds.

Child abuse discretionary projects support a wide range of efforts intended to increase the knowledge base with respect to evidence-based practices and strategies for their implementation; improve training and procedures for reporting of suspected or known incidents of child abuse or neglect; facilitate systems improvement in state, county, and local programs; identify and evaluate effective strategies to reduce child abuse and neglect of infants and young children; and demonstrate effective approaches to address issues identified through federal monitoring.

The FY 2023 appropriation included $2 million for ongoing support for a national child abuse hotline to provide resources and intervention in all modalities, including chat, text, and call, to provide comprehensive capabilities to serve both youth and concerned adults facing child abuse and neglect.  The FY 2023 appropriation also included $2 million for demonstration projects for serving children in foster care who have experienced severe trauma through trauma-informed interventions.

Examples of other currently funded projects include:

- Building Early Childhood-Child Welfare Partnerships to Support Family Well-Being;

- Field-Initiated Approaches to Addressing Racial Bias and Inequity in Child Welfare;

- Evaluation phase for Grants to Develop A Model Intervention for Youth/Young Adults With Child Welfare Involvement At-Risk of Homelessness;

- National Data Archive on Child Abuse and Neglect;

- Community Collaborations to Strengthen and Preserve Families, a primary prevention grant initiative; and

- Research related to the national incidence of child abuse and neglect.

In FY 2023, through the Consolidated Appropriations Act, 2023 (P.L. 117-328), Congress enacted a General Provision to expand funding flexibility for research projects in ACF.  All research funding provided for in the Act could remain available for five years following appropriation. This has allowed for additional time for research and evaluation projects within the Child Abuse Discretionary program.

Funding for the program - net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $35,000,000 |
| 2022 | $36,000,000 |
| 2023 | $38,000,000 |
| 2024 | $38,000,000 |
| 2025 President's Budget | $38,000,000 |

For FY 2023, 30 awards were made, with an average award of $630,042 and a range from $274,913 to 2,000,000.  For FY 2024, it is estimated that 22 awards will be made, with an average award of $784,063 and a range from $274,911 to $2,500,000.

Funding for this program is also used to pay information technology support, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request for Child Abuse Discretionary Activities is $38 million, the same as the FY 2023 final level.  Funding will support activities that address the intersection of neglect and poverty.  Annual data from states indicates that the majority of cases reported to and substantiated by child protective services are categorized as neglect rather than physical or sexual abuse.  A grant initiative

will support the development and national dissemination of best practices to strengthen the capacity of child abuse hotline staff to distinguish between poverty and willful neglect in response to a growing national interest to encourage mandated reporters to place equal importance on supporting families who would benefit from economic and concrete supports to avoid unnecessary contact with the child welfare system.

Other activities will build knowledge about the extent to which definitions and changes in state definitions of neglect influence child welfare practice (e.g., child welfare staff training, reporting, substantiation, and alternative response) as well as child and family outcomes (e.g., safety, permanency, and well-being) in the interest of disentangling neglect from poverty to promote child and family well-being more effectively. With the input of experts including child welfare agency leadership and staff, state policymakers, researchers, administrative data leaders, and those with lived expertise, support activities to inform those projects may include an environmental scan to explore how child welfare agencies and partners have implemented exemptions relevant to poverty or financial inability in their definitions of neglect and identify promising practices and challenges for implementing these policy changes. Funded activities will contribute to a better understanding of how policy variations and changes in state definitions of neglect, particularly related to exemptions for financial inability to provide for a child, may be associated with the ongoing and accurate surveillance of child safety, permanency, and well-being.

For FY 2025, it is estimated that 34 awards will be made, with an average award of $633,068 and a range from $274,856 to $2,500,000.

**Performance Analysis**

The National Child Abuse and Neglect Data System (NCANDS) allows states to report child welfare data to ACF. NCANDS supports three annual performance measures (7A, 7D, and 7i) related to the CAPTA State Grant Program and the Community-Based Child Abuse Prevention Program. Performance measurement for Child Abuse Discretionary Activities is part of a broader Child Welfare performance program area.

**Community-Based Child Abuse Prevention**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | 70,660,000 | 70,660,000 | 90,000,000 | 19,340,000 |

Authorizing Legislation – Section 209 of Title II of the Child Abuse Prevention and Treatment Act

2025 Authorization.................................................................................Such sums as may be appropriated

Allocation Method.................................................................................................Formula Grants

**Program Description and Accomplishments**

The Community-Based Child Abuse Prevention (CBCAP) program was created by the Child Abuse Prevention and Treatment Act (CAPTA) of 1974 (P.L. 93-247).  Under the CBCAP program, formula grants are provided to lead state agencies to disburse funds for community child abuse and neglect prevention activities.  Funds are used to develop, operate, expand, and enhance community-based efforts to strengthen and support families to prevent child abuse and neglect; develop a continuum of preventive services through state and community-based nongovernmental organizations; and publicize activities focusing on the healthy and positive development of families and the prevention of child abuse and neglect.  Voluntary home visiting programs are a core local service, as are programs serving families that include children or parents with disabilities.  The CBCAP program was reauthorized through FY 2015 by the CAPTA Reauthorization Act of 2010 (P.L 111-320), which emphasized prevention services for homeless youth and adult former abuse victims, as well as substance use disorder treatment and domestic violence services.

Seventy percent of a state's grant amount is calculated on the basis of the number of children under 18 in the state, with a minimum award of $175,000 per state.  The remaining part of the grant award is allotted among the states based on the amount leveraged by the state from private, state, or other non-federal sources, and directed through the state lead agency in the preceding fiscal year for community-based child abuse prevention services.  One percent of the total funding is reserved to fund tribes, tribal organizations, and migrant programs.

Funding for the program - net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $60,660,000 |
| 2021 Supplemental | $250,000,000 |
| 2022 | $65,660,000 |
| 2023 | $70,660,000 |
| 2024 | $70,660,000 |
| 2025 President's Budget | $90,000,000 |

For FY 2023, 65 grants were awarded with an average award of $1,083,246 and a range from $175,000 to $6,453,133.  For FY 2024, it is anticipated that 60 grants will be awarded with an average award of $1,172,767 and a range from $175,000 to $6,431,890.

Funding for this program is also used to pay information technology support, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request for the CBCAP program is $90 million, an increase of $19.3 million from the FY 2023 final level. The increased funding level will allow CBCAP state lead agencies to continue to develop and coordinate effective community-based family support and prevention services. Specifically, the funding will support ongoing efforts to build the capacity of states to authentically engage individuals with lived experiences in planning and decision-making processes of their CBCAP program. This includes efforts to expand culturally responsive supports and resources to historically underserved and marginalized communities (e.g., American Indian/Alaskan Native and Black families), as well families adversely affected by persistent poverty, which are disproportionately represented in the child welfare system. The funding will support CBCAP state lead agencies work to develop and enhance partnerships with culturally specific agencies that represent, and also have unique understandings of, the strengths and needs of the communities they serve. Funding will further expand training and technical assistance provided by CBCAP state lead agencies to build and improve the capacities of community-based agencies to secure and effectively implement culturally responsive services and resources.

Increased funding will bolster family supports and prevention services to reduce the likelihood of child abuse and placements in foster care for all families and may help to reduce disparities in the child welfare system and prevent further trauma exposure. Moreover, research demonstrating the effectiveness of family support and prevention services with families of color or other diverse populations is limited. The funds will also support continued efforts by the CBCAP state lead agencies to further evaluate and increase evidence on the effectiveness of using family support and child abuse prevention services and activities, including culturally responsive services, with historically marginalized populations.

The funding will also be used to provide increased support for the CBCAP workforce at the state and local levels. Similar to other areas of child and family support, CBCAP state lead agencies are experiencing significant turnover, staffing shortages, and concerns of low morale among remaining personnel that are affecting their abilities to implement and maintain CBCAP programs as planned. Funding would allow for increased outreach and recruitment, as well as training and technical assistance, to enhance supports for new and existing staff to improve well-being and attrition, which would also positively affect the programs' capacities to serve children and families.

The request also includes discretionary legislative proposal to replace the one percent reservation with a $5 million set-aside for CBCAP grants to tribes, tribal organizations, and migrant programs. Under the existing reservation of funds, a total of three grant recipients were awarded funds under this program. The proposed increase would bolster the availability of culturally responsive supports and resources to tribal and migrant communities, as well the capacity of tribes, tribal organizations, and migrant programs to provide effective community-based child abuse prevention services and supports.

In addition, the request includes a legislative proposal to increase the minimum state allocation for CBCAP formula grants from $175,000 to $225,000. The proposed increase in the minimum award would allow states to maintain family support and prevention services and ensure that smaller states benefit from the proposed increase in appropriations at the national level. Some states with smaller populations did not qualify for any increase in funding when appropriations were increased in recent years.

For FY 2025, an estimated 77 awards will be made with an estimated average award of $ 1,163,649 and an estimated range from $225,000 to $7,929,372.

**Performance Analysis**

ACF tracks the rate of first-time child maltreatment victims (maltreatment victims who have not been maltreatment victims in any prior year) per 1,000 children (measure 7A per the table below). The annual targets are based on an annual reduction of 0.05 percentage points in the rate of first-time victims. In FY 2019, the rate decreased to 6.57 children per 1,000, exceeding the target of 6.76. In FY 2020, the rate decreased to 5.94 children per 1,000, exceeding the target of 6.52. In FY 2021, the rate decreased to 5.68 per 1,000 children, exceeding the target of 5.89. For FY 2022 the rate continued to decrease to 5.36 per 1,000 children and again exceeding the target of 5.63. ACF has increased its emphasis on supporting families and reducing disproportionality in child welfare through primary prevention and is working with states to implement strategies to prevent children from experiencing abuse and neglect. Given this renewed emphasis on prevention, ACF will continue to work with states to promote improved performance on this measure and in FY 2025 seeks to reduce this rate by at least 0.05 percentage points from the previous year's actual result.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 7A: Decrease the rate of first-time victims per 1,000 children. (CBCAP) (*Outcome*) | FY 2022: 5.36 Target: 5.63 (Target Exceeded) | Prior Result -0.05P | Prior Result -0.05P | N/A |
| 7D: Increase the percentage of Community-Based Child Abuse Prevention (CBCAP) total funding that supports evidence-based and evidence-informed child abuse prevention programs and practices.[1] (CBCAP) (*Efficiency*) | FY 2022: 63.7% Target: 64.3% (Target Not Met, but Improved | Prior Result +3PP | Prior Result +3PP | N/A |

[1] This performance measure is included in the FY 2022-2026 HHS Strategic Plan.

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Community-Based Child Abuse Prevention**

**Formula Grants**

CFDA #        93.590

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $978,007 | $978,969 | $1,192,489 | $214,482 |
| Alaska | 175,000 | 175,000 | 225,000 | 50,000 |
| Arizona | 1,050,416 | 1,046,853 | 1,274,218 | 223,801 |
| Arkansas | 444,316 | 445,720 | 542,476 | 98,160 |
| California | 6,054,844 | 5,951,761 | 7,245,682 | 1,190,838 |
| | | | 0 | |
| Colorado | 1,482,833 | 1,472,452 | 1,794,701 | 311,868 |
| Connecticut | 1,887,277 | 1,889,049 | 2,304,462 | 417,186 |
| Delaware | 186,484 | 186,447 | 238,975 | 52,491 |
| District of Columbia | 192,411 | 192,354 | 246,187 | 53,776 |
| Florida | 2,731,110 | 2,768,198 | 3,369,190 | 638,080 |
| Georgia | 1,627,099 | 1,637,286 | 1,992,826 | 365,727 |
| Hawaii | 418,129 | 415,251 | 506,239 | 88,110 |
| Idaho | 298,689 | 298,708 | 363,560 | 64,871 |
| Illinois | 1,983,542 | 1,951,700 | 2,376,169 | 392,627 |
| Indiana | 1,947,541 | 1,945,792 | 2,371,720 | 424,179 |
| Iowa | 789,238 | 786,297 | 958,199 | 168,961 |
| Kansas | 1,623,085 | 1,616,901 | 1,972,310 | 349,226 |
| Kentucky | 3,666,164 | 3,656,950 | 4,462,120 | 795,957 |
| Louisiana | 682,685 | 677,533 | 824,605 | 141,921 |
| Maine | 337,410 | 336,884 | 422,633 | 85,223 |
| Maryland | 1,257,589 | 1,256,145 | 1,530,311 | 272,722 |
| Massachusetts | 1,104,617 | 1,098,618 | 1,338,018 | 233,401 |
| Michigan | 1,458,079 | 1,446,603 | 1,760,995 | 302,915 |
| Minnesota | 3,135,362 | 3,123,168 | 3,809,764 | 674,402 |
| Mississippi | 436,087 | 432,047 | 525,829 | 89,742 |
| Missouri | 976,000 | 973,848 | 1,185,629 | 209,629 |
| Montana | 183,840 | 183,811 | 235,757 | 51,917 |
| Nebraska | 935,464 | 933,184 | 1,138,119 | 202,654 |
| Nevada | 482,041 | 481,573 | 586,264 | 104,224 |
| New Hampshire | 246,953 | 246,720 | 312,558 | 65,605 |
| New Jersey | 2,813,169 | 2,805,296 | 3,420,013 | 606,844 |
| New Mexico | 314,508 | 309,412 | 376,638 | 62,129 |
| New York | 4,313,787 | 4,261,290 | 5,192,747 | 878,960 |
| North Carolina | 1,445,512 | 1,458,901 | 1,775,563 | 330,051 |
| North Dakota | 178,879 | 178,866 | 229,720 | 50,841 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 1,790,541 | 1,782,742 | 2,170,277 | 379,736 |
| Oklahoma | 1,083,001 | 1,083,526 | 1,320,516 | 237,515 |
| Oregon | 540,712 | 531,911 | 647,364 | 106,652 |
| Pennsylvania | 1,717,501 | 1,706,519 | 2,077,073 | 359,572 |
| Rhode Island | 222,973 | 222,818 | 283,378 | 60,404 |
| South Carolina | 817,505 | 826,185 | 1,005,951 | 188,445 |
| South Dakota | 176,075 | 176,072 | 226,309 | 50,233 |
| Tennessee | 1,000,899 | 1,010,952 | 1,230,510 | 229,611 |
| Texas | 6,453,133 | 6,492,367 | 7,908,195 | 1,455,062 |
| Utah | 737,785 | 734,685 | 894,691 | 156,906 |
| Vermont | 175,000 | 175,000 | 225,000 | 50,000 |
| Virginia | 1,196,009 | 1,199,057 | 1,459,365 | 263,356 |
| Washington | 1,754,513 | 1,746,381 | 2,128,087 | 373,574 |
| West Virginia | 254,228 | 252,388 | 307,279 | 53,051 |
| Wisconsin | 899,786 | 890,810 | 1,084,539 | 184,753 |
| Wyoming | 181,232 | 181,212 | 232,584 | 51,352 |
| **Subtotal, States** | **$66,839,059** | **$66,632,212** | **$81,302,803** | **$14,463,744** |
| Indian Tribes | 706,600 | 706,600 | 5,000,000 | 4,293,400 |
| American Samoa | 175,000 | 175,000 | 225,000 | 50,000 |
| Guam | 175,000 | 175,000 | 225,000 | 50,000 |
| Northern Mariana Islands | 175,000 | 175,000 | 225,000 | 50,000 |
| Puerto Rico | 340,341 | 327,188 | 398,197 | 57,856 |
| Virgin Islands | 175,000 | 175,000 | 225,000 | 50,000 |
| **Subtotal, Territories** | **$1,040,341** | **$1,027,188** | **$1,298,197** | **$257,856** |
| **Total States/Territories** | **$68,586,000** | **$68,366,000** | **$87,601,000** | **$19,015,000** |
| Training and Technical Assistance | 1,879,000 | 2,054,000 | 2,054,000 | 175,000 |
| Other | 195,000 | 240,000 | 345,000 | 150,000 |
| **Subtotal, Adjustments** | **$2,074,000** | **$2,294,000** | **$2,399,000** | **$325,000** |
| **TOTAL RESOURCES** | **$70,660,000** | **$70,660,000** | **$90,000,000** | **$19,340,000** |

Note:  The Other line shows funding for information technology support and grant paneling.

**Child Welfare Services**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $268,735,000 | $268,735,000 | $268,735,000 | $0 |

Authorizing Legislation – Section 425 of the Social Security Act

2025 Authorization...................................................................................Such sums as may be appropriated

Allocation Method.............................................................................................................Formula Grants

**Program Description and Accomplishments**

The Social Security Act of 1935 created Child Welfare Services "for the purpose of enabling the United States, through the Children's Bureau, to cooperate with state public welfare agencies in establishing, extending, and strengthening, especially in predominantly rural areas, public [child] welfare services . . . for the protection and care of homeless, dependent, and neglected children, and children in danger of becoming delinquent."  Since that time, there have been numerous updates, including an increase of authorized funding to its current level of $325 million; changing the name of the program to the Stephanie Tubbs Jones Child Welfare Services Program; adding requirements for states to engage in activities to address the developmental needs of children participating in the programs and to reduce the length of time that children under the age of five are without a permanent family; and expanding oversight of the health care needs of children in foster care.  The Family First Prevention Services Act (P.L. 115-123) reauthorized the program through FY 2021, made further amendments to health care oversight requirements, and revised requirements relating to the collection of data on child maltreatment fatalities and the development of state plans to prevent such fatalities.  The Consolidated Appropriations Act, 2023 (P.L. 117-328) reauthorized the program through FY 2023.

The Trafficking Victims Prevention and Protection Reauthorization Act of 2022 (P.L. 117-348) amended the program by requiring ACF to reserve funds to make competitive grants to enhance collaboration between state child welfare and juvenile justice systems in years in which the appropriation for the Stephanie Tubbs Jones Child Welfare Services Program exceeds $270 million.

The Child Welfare Services Program provides formula grants to help state and tribal public child welfare agencies to develop and expand their child and family services programs by:

- protecting and promoting the welfare of all children;

- preventing the neglect, abuse, or exploitation of children;

- supporting at-risk families through services which allow children, when appropriate, to remain safely with their families or to return to their families in a timely manner;

- promoting the safety, permanence, and well-being of children in foster care and adoptive families; and

- providing training, professional development and support to ensure a well-qualified child welfare workforce.

Services are available to children and their families without regard to income.

Each state receives a base amount of $70,000. Additional funds are distributed in proportion to the state's population of children under age 21, multiplied by the complement of the state's average per capita income. The state match requirement is 25 percent, but may be increased by up to 10 percentage points with respect to a state that fails to meet statutory performance standards for conducting monthly caseworker visits with children in foster care, as required by the Social Security Act. Eligible Indian tribes must meet plan requirements specified in regulation and receive a portion of what each state receives. As a result, the base amount identified above does not apply to tribal grants.

This program is linked to the Title IV-E Foster Care and Permanency programs, as well as the Promoting Safe and Stable Families program. (See other chapters in this document for more information about those programs.) The same state or tribal agency must administer or supervise the administration of all of these programs. The broad goal of all the programs is to strengthen the families of at-risk children. Taken together, these programs provide a continuum of services to help children and their families.

The Disaster Relief Supplemental Appropriations Act, 2023, included in the Consolidated Appropriations Act, 2023 (P.L. 117-328) provided $10 million in supplemental funding for the program to address child welfare needs relating to disaster recovery in areas affected by Hurricanes Fiona and Ian.

Funding for the program - net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $268,735,000 |
| 2022 | $268,735,000 |
| 2023 | $268,735,000 |
| 2023 Supplemental | $10,000,000 |
| 2024 | $268,735,000 |
| 2025 President's Budget | $268,735,000 |

For FY 2023, 230 awards were made with an average award of $1,168,413 and a range from $1,058 to $27,997,373. For FY 2024, an estimated 230 awards will be made with an average award of $1,168,413 and a range from $1,058 to $27,997,373.

Funding for this program is also used to pay information technology support, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request for the Child Welfare Services Program is $268.7 million, the same as the FY 2023 final level. This funding will support grants to help improve state and tribal child welfare services programs with a goal of keeping families together when appropriate.

For FY 2025, an estimated 230 awards will be made with an average award of $1,168,413 and a range from $1,058 to $27,997,373.

The Budget proposes to reauthorize Title IV-B, Subpart 1 of the Social Security Act, extending its statutory authority to FY 2029.

**Performance Analysis**

Child welfare data are collected from states and reported to the Adoption and Foster Care Analysis Reporting System (AFCARS).  AFCARS was established in 1993 to provide data that would assist in policy development and program management.  Policymakers at the federal, tribal, and state levels use AFCARS to assess the number of children in foster care, the reasons they enter and exit care, and how to prevent their unnecessary placement in foster care.  Specifically, the data include information about children who enter foster care, their entries and exits, placement details, and foster/adoptive parent information.  The data enable ACF to administer the federal title IV-E foster care and adoption assistance programs more effectively.

In May 2020, the AFCARS regulations were updated to streamline efforts to collect more robust data for analyses and to provide the most critical information on the out-of-home care population.  The new regulations are intended to help states focus on improving quality of services and achieving positive outcomes for children and families.  States began reporting data to the new AFCARS data collection system (AFCARS 2020) in October 2022.  As a result of this new implementation of AFCARS 2020, methods for calculating the annual performance measures that use AFCARS data have necessarily changed, and results are not comparable to historical trends. Therefore, FY 2022 results will serve as a pre-baseline, allowing three years for data to stabilize before setting new baselines and subsequent targets in 2025.

Annual measure 7G relates to children who have been removed from their homes and placed in foster care; this trauma can be aggravated further when a child is moved from one placement setting to another while in care. It is, therefore, in the best interest of the child to keep the number of placement settings to a minimum. In FY 2022, 82.1 percent of children in care less than 12 months experienced no more than two placement changes.  As a pre-baseline result, ACF will examine three years of data points for this measure before setting a target in FY 2025.  ACF will continue to provide technical assistance to states to support state efforts to maintain safe and stable placements for the children in their care.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 7G: For those children who had been in care less than 12 months, maintain the percentage that has no more than two placement settings. (Child Welfare Services) (*Outcome*) | FY 2022: 82.1% <br><br> (Historical Actual) | TBD | TBD | TBD |
| 7H: Decrease the percent of foster children in care 12 or more months with no case plan goal (including case plan goal "Not Yet Determined"). (Child Welfare Services, PSSF, Foster Care) (*Efficiency*) | FY 2022: 3.4% <br><br> (Historical Actual) | TBD | TBD | TBD |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Child Welfare Services**

**Formula Grants**

CFDA #          93.645

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $4,893,435 | $5,000,749 | $5,000,749 | $107,314 |
| Alaska | 84,202 | 107,155 | 107,155 | 22,953 |
| Arizona | 5,886,809 | 5,587,414 | 5,587,414 | (299,395) |
| Arkansas | 3,059,667 | 3,088,253 | 3,088,253 | 28,586 |
| California | 25,764,797 | 25,151,768 | 25,151,768 | (613,029) |
| Colorado | 4,143,158 | 4,016,685 | 4,016,685 | (126,474) |
| Connecticut | 1,742,038 | 1,928,082 | 1,928,082 | 186,043 |
| Delaware | 835,669 | 862,411 | 862,411 | 26,742 |
| District of Columbia | 351,640 | 352,170 | 352,170 | 530 |
| Florida | 16,217,683 | 15,982,332 | 15,982,332 | (235,351) |
| Georgia | 10,267,905 | 10,211,714 | 10,211,714 | (56,191) |
| Hawaii | 1,101,926 | 1,150,397 | 1,150,397 | 48,471 |
| Idaho | 1,966,133 | 2,003,046 | 2,003,046 | 36,913 |
| Illinois | 9,566,429 | 9,412,983 | 9,412,983 | (153,446) |
| Indiana | 6,473,968 | 6,426,745 | 6,426,745 | (47,222) |
| Iowa | 2,923,942 | 2,988,901 | 2,988,901 | 64,960 |
| Kansas | 2,703,229 | 2,726,668 | 2,726,668 | 23,439 |
| Kentucky | 4,457,001 | 4,381,657 | 4,381,657 | (75,344) |
| Louisiana | 4,430,928 | 4,399,289 | 4,399,289 | (31,639) |
| Maine | 1,048,786 | 1,031,396 | 1,031,396 | (17,390) |
| Maryland | 4,146,297 | 4,391,189 | 4,391,189 | 244,891 |
| Massachusetts | 3,528,747 | 3,542,598 | 3,542,598 | 13,852 |
| Michigan | 8,520,621 | 8,397,129 | 8,397,129 | (123,492) |
| Minnesota | 4,381,035 | 4,412,051 | 4,412,051 | 31,016 |
| Mississippi | 3,219,618 | 3,169,516 | 3,169,516 | (50,102) |
| Missouri | 5,613,726 | 5,597,077 | 5,597,077 | (16,649) |
| Montana | 702,007 | 696,125 | 696,125 | (5,881) |
| Nebraska | 1,788,366 | 1,800,338 | 1,800,338 | 11,972 |
| Nevada | 2,697,543 | 2,648,626 | 2,648,626 | (48,917) |
| New Hampshire | 890,669 | 861,678 | 861,678 | (28,990) |
| New Jersey | 5,422,542 | 5,706,229 | 5,706,229 | 283,687 |
| New Mexico | 1,490,864 | 1,431,274 | 1,431,274 | (59,590) |
| New York | 10,858,411 | 11,661,846 | 11,661,846 | 803,435 |
| North Carolina | 9,468,147 | 9,387,594 | 9,387,594 | (80,553) |
| North Dakota | 545,291 | 553,329 | 553,329 | 8,039 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 10,292,170 | 10,228,580 | 10,228,580 | (63,590) |
| Oklahoma | 837,446 | 803,140 | 803,140 | (34,306) |
| Oregon | 3,213,945 | 3,142,117 | 3,142,117 | (71,828) |
| Pennsylvania | 9,428,768 | 9,618,774 | 9,618,774 | 190,006 |
| Rhode Island | 846,704 | 839,516 | 839,516 | (7,188) |
| | | | | |
| South Carolina | 4,783,839 | 4,805,378 | 4,805,378 | 21,539 |
| South Dakota | 444,817 | 413,475 | 413,475 | (31,342) |
| Tennessee | 6,211,818 | 6,198,774 | 6,198,774 | (13,044) |
| Texas | 27,997,373 | 28,149,736 | 28,149,736 | 152,364 |
| Utah | 3,811,319 | 3,776,067 | 3,776,067 | (35,252) |
| | | | | |
| Vermont | 525,687 | 520,619 | 520,619 | (5,068) |
| Virginia | 6,361,637 | 6,521,050 | 6,521,050 | 159,413 |
| Washington | 5,007,445 | 4,928,639 | 4,928,639 | (78,806) |
| West Virginia | 1,669,355 | 1,653,661 | 1,653,661 | (15,694) |
| Wisconsin | 4,700,009 | 4,691,347 | 4,691,347 | (8,663) |
| Wyoming | 425,679 | 420,663 | 420,663 | (5,016) |
| **Subtotal, States** | **$257,751,242** | **$257,777,955** | **$257,777,955** | **$26,713** |
| | | | | |
| Indian Tribes | 7,366,995 | 7,450,225 | 7,450,225 | 83,230 |
| | | | | |
| American Samoa | 157,280 | 158,233 | 158,233 | 953 |
| Guam | 274,765 | 277,000 | 277,000 | 2,235 |
| Northern Mariana Islands | 135,837 | 136,556 | 136,556 | 719 |
| Puerto Rico | 2,894,680 | 2,779,912 | 2,779,912 | (114,768) |
| Virgin Islands | 154,201 | 155,120 | 155,120 | 919 |
| **Subtotal, Territories** | **$3,616,763** | **$3,506,821** | **$3,506,821** | **($109,942)** |
| | | | | |
| **Total States/Territories** | **$268,735,000** | **$268,735,000** | **$268,735,000** | **$0** |
| | | | | |
| **TOTAL RESOURCES** | **$268,735,000** | **$268,735,000** | **$268,735,000** | **$0** |

## Child Welfare Research, Training and Demonstration

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $18,984,000 | $18,984,000 | $45,984,000 | $27,000,000 |

Authorizing Legislation– Sections 426 and 429 of the Social Security Act

2025 Authorization.................................................................................Such sums as may be appropriated

Allocation Method...........................................................................................................Competitive Grants

## Program Description and Accomplishments

The Social Security Amendments of 1967 (P.L. 90-248) first authorized the Child Welfare Research, Training and Demonstration (CWRTD) program to provide broad authority to award competitive grants to entities that prepare personnel for work in the child welfare field and those engaged in research around child welfare issues.  Specifically, it funds:

- institutions of higher education and other non-profit agencies and organizations engaged in research or child welfare activities for special child welfare projects that are of regional or national significance and for demonstration projects on promising approaches that contribute to the advancement of child welfare;

- state or local public child welfare agencies for demonstration projects using child welfare research to encourage experimental and special types of child welfare services;

- public or other non-profit institutions of higher learning for special projects for training personnel for work in the field of child welfare, including traineeships;

- contracts or jointly financed cooperative arrangements with states and other organizations and agencies for the conduct of research, special projects, or demonstration projects relating to child welfare; and

- a national study, with a longitudinal component, based on random samples of children who are at risk of child abuse or neglect.

A properly trained child welfare workforce is essential to effective child welfare practice and improved child and family outcomes.  Critical uses of this funding include administration of awards to colleges and universities for child welfare professional education stipend programs; delivery of child welfare training curriculum on leadership and effective change management; development of a comprehensive workforce framework; convening and providing leadership academies for state agency directors and middle managers and deans and directors of schools of social work and on-line training for front-line supervisors; facilitation of a national peer network of child welfare leaders focused on professional development of their workforce; implementation and rigorous evaluation of innovative and evidence-based workforce improvement strategies; and strategic dissemination of effective and promising workforce practices.

Significant research is supported by this funding, including The National Survey of Child and Adolescent Well-Being (NSCAW), a nationally representative, longitudinal survey of children and families who have been the subjects of investigation by state child protective services agencies.  There have been two

cohorts of children enrolled in the survey, which makes available data drawn from first-hand reports from children, parents, and other caregivers, as well as reports from caseworkers, teachers, and data from administrative records. Data collection for the third cohort of NSCAW is currently on-going. NSCAW examines the well-being of children and families involved with the child welfare system, including their service needs. There is also a new descriptive sub-study of the child welfare workforce that takes advantage of the NSCAW sampling frame and data. Additionally, there are plans to conduct preliminary activities to explore future data collection to better position the survey to inform current and evolving policies, practices, and contexts in child welfare.

In FY 2023, through the Consolidated Appropriations Act, 2023 (P.L. 117-328), Congress enacted a General Provision to expand funding flexibility for research projects in ACF.  All research funding provided for in the Act could remain available for five years following appropriation. This has allowed for additional time for research and evaluation projects within the CWRTD program.

Funding for the program - net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $18,984,000 |
| 2022 | $18,984,000 |
| 2023 | $18,984,000 |
| 2024 | $18,984,000 |
| 2025 President's Budget | $45,984,000 |

For FY 2023, 9 awards were made with an average award of $1,318,036 and a range from $745,741 to $5,000,000.  For FY 2024, it is estimated that 9 awards will be made with an average award of $1,255,238 and a range from $747,327 to $3,900,000.

Funding for this program is also used to pay information technology support and grants paneling.

**<u>Budget Request</u>**

The FY 2025 President's Budget for Child Welfare Research, Training and Demonstration is $46.0 million, an increase of $27 million from the FY 2023 final level.  These funds will continue to support activities, including the Center for Workforce Equity and Leadership (formerly National Child Welfare Workforce Institute), the Quality Improvement Center for Workforce Analytics, NSCAW, and the National Capacity Building Centers for Tribes. The additional funding will allow ACF to fund one additional national technical assistance center to address the child welfare workforce crisis.

The request includes $15 million to establish national efforts for new child welfare workforce development initiatives that would address recruitment, onboarding, training, retention, and data analytics designed to address the current workforce crisis. The national initiatives will include direct supports to states, tribes, and localities to provide technical assistance, evaluation, and capacity building. This proposal provides national leadership for supports to recruit and retain a workforce that is more readily skilled to work with vulnerable families and children, including persons from communities that are overrepresented in the child welfare population and underrepresented in our child welfare workforce. Funding would support research on best practices and technical assistance to jurisdictions implementing projects focused on innovative recruitment and retention efforts.  A diverse, stable, and well-trained workforce is essential to provide culturally and linguistically competent services to children and families who come from a wide variety of demographic, geographic, and ideological profiles.  To support child

welfare recruitment efforts, a national campaign will address the current landscape of the child welfare workforce to reflect national priorities for a child welfare system that is representative and focused on prevention. The request also includes $7 million to increase evaluation for culturally specific prevention and preservation interventions to meet technical assistance requirements of the Family First Prevention Services Act.  The Act continues to have strong support in Congress, which regularly inquires about what help is needed for implementation.

This request also includes $5 million for a National Child Welfare Lived Experience Institute to engage diverse individuals through a competitive grant program to address racial inequities in child welfare, reduce overrepresentation of children and families of minority heritage in the foster care system, and reorient systems towards a prevention-first model. The grants would require state, local, and tribal child welfare agencies to partner with other government and community stakeholders across the education, health, human services, and early childhood sectors to advance comprehensive policy and practice reforms. These reforms would focus on advancing racial equity and safely reducing the number of children entering foster care, particularly in communities over-represented in the child welfare system.

For FY 2025, it is estimated that 11 awards will be made with an average award of $2,854,509 and a range from $749,673 to $9,000,000.

## Adoption Opportunities

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $51,000,000 | $51,000,000 | $51,000,000 | $0 |

Authorizing Legislation - Section 205 of Title II of the Child Abuse Prevention and Treatment and Adoption Reform Act of 1978.

2025 Authorization..................................................................................Such sums as may be appropriated

Allocation Method..................................................................................Competitive Grants and Contracts

## Program Description and Accomplishments

The Adoption Opportunities program was authorized by the Child Abuse Prevention and Treatment and Adoption Reform Act (P.L. 95-266) in 1978, and funds competitive grants and contracts to public and private organizations to remove barriers to adoption and to provide permanent homes for children who would benefit from adoption, particularly children with special needs. As of June 2022, Adoption and Foster Care Analysis and Reporting System Foster Care Data estimates indicate that, at the end of FY 2021, there were approximately 113,500 children in the public foster care system waiting to be adopted. The parental rights of about 65,000 of these children have already been terminated and are more readily available for adoption. Waiting children include those who have a goal of adoption in their case plan, whether or not the parental rights of their parents have been terminated, whereas children who are free for adoption include only those whose parental rights have been terminated. The aforementioned children are typically school-aged, in sibling groups, have experienced neglect or abuse, or have a physical, mental, or emotional disability. The Adoption Opportunities program was reauthorized through FY 2015 by the Child Abuse Prevention and Treatment Act Reauthorization Act of 2010 (P.L. 111-320).

Demonstration grants are awarded through a competitive process to public and private agencies, including state and local governments, universities, and private non-profit and for-profit agencies. These demonstration grants test new models of service delivery to address and eliminate barriers to adoption, including inter-jurisdictional adoptions, and to help find permanent families for children who would benefit from adoption, particularly children with special needs. Currently funded projects include the National Quality Improvement Center for Engaging Youth in Finding Permanency, the National Training and Development Initiative for Foster/Adoptive Parents, the National Center for Enhanced Post Adoption Supports, and the National Center for Adoption Competent Mental Health Services. The FY23 appropriation included $2 million for the National Adoption Competency Mental Health Training Initiative, another currently funded project. In addition, AdoptUSKids, a project begun in 2002 to raise public awareness about the need for foster and adoptive families for children in the public child welfare system, has helped find permanency in an adoptive home for over 38,500 children photo-listed on AdoptUSKids.org.

In FY 2023, through the Consolidated Appropriations Act, 2023 (P.L. 117-328), Congress enacted a General Provision to expand funding flexibility for research projects in ACF. All research funding provided for in the Act could remain available for five years following appropriation. This has allowed for additional time for research and evaluation projects within the Adoption Opportunities program.

Funding for the program - net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $44,100,000 |
| 2022 | $48,000,000 |
| 2023 | $51,000,000 |
| 2024 | $51,000,000 |
| 2025 President's Budget | $51,000,000 |

For FY 2023, 7 awards were made with an average award of $4,585,714 and a range from $1,700,000 to $13,400,000.  For FY 2024, it is estimated that 8 grants will be made with an average award of $4,167,420 and a range from $1,639,361 to $10,900,000.

Funding for this program is also used to pay information technology support, grants paneling, and other related administrative costs.

## Budget Request

The FY 2025 President's Budget request for the Adoption Opportunities program is $51.0 million, the same as the FY 2023 final level.  The funding will be used to continue efforts in diligent recruitment, youth engagement, training for resource families, and national technical assistance on mental health and post adoptions support.

For FY 2025, it is estimated that 8 grants will be made with an average award of $4,162,500 and a range from $1,600,000 to $10,900,000.

## Performance Analysis

Child welfare data are collected from states and reported to the Adoption and Foster Care Analysis Reporting System (AFCARS).  AFCARS was established in 1993 to provide data that would assist in policy development and program management.  Policymakers at the federal, tribal, and state levels use AFCARS to assess the number of children in foster care, the reasons they enter and exit care, and how to prevent their unnecessary placement in foster care.  Specifically, the data include information about children who enter foster care, their entries and exits, placement details, and foster/adoptive parent information.  The data enable ACF to administer the federal title IV-E foster care and adoption assistance programs more effectively.

In May 2020, the AFCARS regulations were updated to streamline efforts to collect more robust data for analyses and to provide the most critical information on the out-of-home care population.  The new regulations are intended to help states focus on improving quality of services and achieving positive outcomes for children and families.  States began reporting data to the new AFCARS data collection system (AFCARS 2020) in October 2022.  As a result of this new implementation of AFCARS 2020, methods for calculating the annual performance measures that use AFCARS data have necessarily changed, and results are not comparable to historical trends. Therefore, FY 2022 results will serve as a pre-baseline, allowing three years for data to stabilize before setting new baselines and subsequent targets in 2025.

Annual measure 7J (adoption rate) was developed through a program assessment as an appropriate measure of success in moving children toward adoption, taking into account the size of the pool of

children in foster care for whom adoption is the appropriate goal. Using a rate takes into account the fluctuations in numbers of children who are in foster care in any given year. In FY 2022, pre-baseline performance on this measure was 13.4 percent. A new baseline and future targets will be set in FY 2025.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 7J: Increase the adoption rate. (Foster Care, Adoption Opportunities, Adoption and Legal Guardianship Incentives, Adoption Assistance) (*Outcome*) | FY 2022: 13.4% <br><br> (Historical Actual) | TBD | TBD | TBD |
| 7iii: Number of children featured on the AdoptUSKids website who were subsequently placed for adoption. (*Output*) | FY 2023: 38,381 <br><br> (Historical Actual) | N/A | N/A | N/A |

**Adoption and Legal Guardianship Incentive Payments**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $75,000,000 | $75,000,000 | $75,000,000 | $0 |

Authorizing Legislation – Section 473A(h) of the Social Security Act

2025 Authorization.................................................................Such sums as may be appropriated

Allocation Method...............................................................................................Formula Grants

**Program Description and Accomplishments**

The Adoption Incentives program was created by the Adoption and Safe Families Act of 1997 (P. L. 105-89). The original program authorized the payment of adoption incentive funds to states that were successful in increasing the number of children adopted from the public foster care system. The amount of the payments to states was based on increases in the number of children adopted from the foster care system in a year, relative to a baseline number, and the number of children adopted with special needs, relative to a baseline number, once a state exceeded its baseline for the total number of adoptions. The program has been reauthorized and revised several times since then, to continue to provide incentives for states that improve their performance in finding permanent homes for children and youth in foster care who are unable to be reunified with their parents.

The Preventing Sex Trafficking and Strengthening Families Act (P.L. 113-183) revised and renamed the program as the "Adoption and Legal Guardianship Incentive Payments" program. The law replaced the previous incentive structure with a new one that provides incentives for legal guardianships, in addition to adoptions. The law also rewards increases in the number of adoptions and guardianships compared to the number that is derived by multiplying a base rate in each category by the number of children in foster care on the last day of the preceding fiscal year. (The base rate is defined as the lesser of the average rate for the immediately preceding three fiscal years or the rate for the prior fiscal year.) The incentives are, therefore adjusted to account for changes in the number of children in foster care.

The current reward structure using this rate-based approach is as follows:

- $5,000 per child for improving the number of foster child adoptions;

- $10,000 per child for improving the number of older child adoptions and older foster child guardianships (ages 14 and older);

- $7,500 per child for improving the number of pre-adolescent adoptions and pre-adolescent foster child guardianships (ages 9-13); and

- $4,000 per child for improving the number of foster child guardianships.

The reauthorization increased the length of time, from two years to three years, that states have to spend incentive payments. It also added a provision specifying that incentive funds may not supplant federal or non-federal funds for services under titles IV-B or IV-E of the Social Security Act (Child Welfare Services or Federal Payments for Foster Care, Prevention, Adoption Assistance, and Guardianship

Assistance).  Funding for the program was reauthorized through FY 2021 by the Family First Prevention Services Act (P.L. 115-123).

Prior to FY 2021, annual appropriations were not sufficient to fully cover the incentive awards earned by states in a year and states received the balance of awards in the subsequent year.  For instance, the FY 2020 incentive earnings (for adoptions and guardianships completed in FY 2019) totaled $70.4 million. The FY 2020 appropriation paid for approximately 62 percent of that amount, or $43.4 million, leaving about $27 million that was paid from the FY 2021 appropriation.  Because the pace of adoptions and guardianships declined during the coronavirus pandemic, states earned only about $24.5 million in FY 2021 (based on adoptions and guardianships completed in FY 2020). Therefore, the FY 2021 appropriation of $75 million was sufficient to also cover the full amount of FY 2021 earnings.  After paying all earned incentives, $23.5 million was carried over into FY 2022.  As the impact of the coronavirus pandemic began to diminish, earnings in FY 2022 began to increase again.  In FY 2022, states earned nearly $55.6 million in incentive payments (for adoptions and guardianships completed in FY 2021), of which $23.5 million was paid from FY 2021 funds and $32.1 million was paid from FY 2022 funds.  This left approximately $43 million to be carried over to help pay for incentives in FY 2023. The FY 2023 incentive payments (for adoptions and guardianships completed in FY 2022) were somewhat lower than in the prior year, totaling just $46.5 million.  Therefore, $43 million of the FY 2023 earnings was paid from funds carried over from FY 2022 and $3.5 million from the FY 2023 appropriation, leaving $71.5 million to be carried over into FY 2024.  ACF proposes to rescind this amount since the FY 2025 request should be sufficient to cover all expected awards.

Funding for the program – net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $75,000,000 |
| 2022 | $75,000,000 |
| 2023 | $75,000,000 |
| 2024 | $75,000,000 |
| 2025 President's Budget | $75,000,000 |

## Budget Request

The FY 2025 President's Budget request for the Adoption and Legal Guardianship Incentive Payments program is $75 million, the same as the FY 2023 final level.

ACF estimates that states will earn a minimum of $60 million in adoption and legal guardianship incentive payments in FY 2024 and $65 million in FY 2025.

ACF expects that the requested appropriation level will be sufficient to support fully paying incentives in the year they are earned, providing timely award of incentives and timely recognition of achievements.

## Performance Analysis

A key measure for this program is the progress in reducing the gap between the percentage of children nine and older waiting to be adopted and the percentage of children actually adopted who were age nine and older (annual measure 7M). This performance measure was developed to evaluate progress of the Adoption Incentives program in reducing the gap between the percentage of children nine and older waiting to be adopted and the percentage of children actually adopted who were age nine and older.  In

FY 2022, the gap at pre-baseline was 13.8 percent.  ACF will continue to work with states in this area in order to reduce the gap beginning with the FY 2025 baseline and will set subsequent targets based on the new three years of data at that time.  There are several projects funded through the Adoption Opportunities program to support states in moving children to adoption and earning these incentive funds including the AdoptUSKids project, the Quality Improvement Center for Adoption and Guardianship Support and Preservation, and the National Adoption Competency Mental Health Training Initiative.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 7J: Increase the adoption rate. (Foster Care, Adoption Opportunities, Adoption and Legal Guardianship Incentive Payment Program, Adoption Assistance) (*Outcome*) | FY 2022: 13.4% (Historical Actual) | TBD | TBD | TBD |
| 7M: Decrease the gap between the percentage of children nine and older waiting to be adopted and those actually adopted. (Adoption and Legal Guardianship Incentive Payment Program) (*Outcome*) | FY 2022: 13.8% (Historical Actual) | TBD | TBD | TBD |
| 7v: Number of children nine and older actually adopted. (Adoption and Legal Guardianship Incentive Payment Program) (*Output*) | FY 2022: 14,974 (Historical Actual) | N/A | N/A | N/A |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Adoption and Legal Guardianship Incentives**

**Formula Grants**

CFDA #    93.603

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $390,000 | $0 | $0 | ($390,000) |
| Alaska | 62,000 | 0 | 0 | (62,000) |
| Arizona | 2,105,000 | 0 | 0 | (2,105,000) |
| Arkansas | 631,000 | 0 | 0 | (631,000) |
| California | 2,942,500 | 0 | 0 | (2,942,500) |
| Colorado | 703,000 | 0 | 0 | (703,000) |
| Connecticut | 1,968,000 | 0 | 0 | (1,968,000) |
| Delaware | 0 | 0 | 0 | 0 |
| District of Columbia | 112,500 | 0 | 0 | (112,500) |
| Florida | 540,000 | 0 | 0 | (540,000) |
| Georgia | 416,000 | 0 | 0 | (416,000) |
| Hawaii | 134,000 | 0 | 0 | (134,000) |
| Idaho | 160,000 | 0 | 0 | (160,000) |
| Illinois | 1,083,500 | 0 | 0 | (1,083,500) |
| Indiana | 4,010,500 | 0 | 0 | (4,010,500) |
| Iowa | 1,343,500 | 0 | 0 | (1,343,500) |
| Kansas | 1,175,000 | 0 | 0 | (1,175,000) |
| Kentucky | 2,349,000 | 0 | 0 | (2,349,000) |
| Louisiana | 1,094,500 | 0 | 0 | (1,094,500) |
| Maine | 177,500 | 0 | 0 | (177,500) |
| Maryland | 626,500 | 0 | 0 | (626,500) |
| Massachusetts | 745,000 | 0 | 0 | (745,000) |
| Michigan | 1,225,000 | 0 | 0 | (1,225,000) |
| Minnesota | 1,713,500 | 0 | 0 | (1,713,500) |
| Mississippi | 898,500 | 0 | 0 | (898,500) |
| Missouri | 229,500 | 0 | 0 | (229,500) |
| Montana | 948,500 | 0 | 0 | (948,500) |
| Nebraska | 240,000 | 0 | 0 | (240,000) |
| Nevada | 255,000 | 0 | 0 | (255,000) |
| New Hampshire | 533,500 | 0 | 0 | (533,500) |
| New Jersey | 644,000 | 0 | 0 | (644,000) |
| New Mexico | 244,000 | 0 | 0 | (244,000) |
| New York | 3,074,000 | 0 | 0 | (3,074,000) |
| North Carolina | 182,000 | 0 | 0 | (182,000) |
| North Dakota | 147,500 | 0 | 0 | (147,500) |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 40,000 | 0 | 0 | (40,000) |
| Oklahoma | 2,612,500 | 0 | 0 | (2,612,500) |
| Oregon | 948,000 | 0 | 0 | (948,000) |
| Pennsylvania | 2,016,500 | 0 | 0 | (2,016,500) |
| Rhode Island | 1,061,000 | 0 | 0 | (1,061,000) |
| South Carolina | 843,500 | 0 | 0 | (843,500) |
| South Dakota | 390,000 | 0 | 0 | (390,000) |
| Tennessee | 0 | 0 | 0 | 0 |
| Texas | 1,931,000 | 0 | 0 | (1,931,000) |
| Utah | 510,000 | 0 | 0 | (510,000) |
| Vermont | 106,000 | 0 | 0 | (106,000) |
| Virginia | 30,000 | 0 | 0 | (30,000) |
| Washington | 0 | 0 | 0 | 0 |
| West Virginia | 2,082,500 | 0 | 0 | (2,082,500) |
| Wisconsin | 636,000 | 0 | 0 | (636,000) |
| Wyoming | 108,000 | 0 | 0 | (108,000) |
| **Subtotal, States** | **$46,419,000** | **$0** | **$0** | **($46,419,000)** |
| Puerto Rico | 40,000 | 0 | 0 | (40,000) |
| **Total States/Territories** | **$46,459,000** | **$0** | **$0** | **($46,459,000)** |
| **TOTAL RESOURCES** | **$46,459,000** | **$146,533,262** | **$75,000,000** | **$28,541,000** |

Note: FYs 2024 and 2025 do not reflect the release of Adoption Incentives funding since no awards can be calculated at this time.

**Social Services Research and Demonstration**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $142,860,000 | $142,860,000 | $30,512,000 | -$112,348,000 |

Authorizing Legislation − Section 1110 of the Social Security Act

2025 Authorization..................................................................................Such sums as may be appropriated

Allocation Method..................................................................................Competitive Grants and Contracts

**Program Description and Accomplishments**

The Social Services Research and Demonstration (SSRD) program is authorized in Section 1110 of the Social Security Act.  SSRD funding supports research, evaluation, and demonstration efforts that address the goals of preventing and reducing dependency on government programs and improving the administration and effectiveness of services.

ACF conducts projects through contracts, cooperative agreements, and grants.  Evaluation results and data from projects are disseminated to other federal agencies, states, Congress, researchers, and others through publications, the internet, conferences, and workshops.  Topics of recent projects include employment and family self-sufficiency research; child poverty; studies of behavioral science interventions; examination of disparities in access to, and use of, ACF programs; and approaches to improving program efficiency and effectiveness, including efforts to improve the quality, use, and sharing of administrative data.

During the past decade, the SSRD program has supported groundbreaking behavioral intervention research that has resulted in several positive findings.  One example is the Behavioral Interventions to Advance Self-Sufficiency evaluations, which found positive effects on outcomes such as increasing payment rates on existing child support orders, increasing parents' use of child care providers rated higher-quality by Quality Rating and Improvement Systems, and increasing engagement in Temporary Assistance Needy Families work activities. In FY 2024, ACF plans to continue testing how low-cost adjustments to program practices using insights from behavioral science improve the efficiency and effectiveness of programs.  ACF will also focus on improving the quality, use, accessibility, and sharing of data as part of these efforts to promote the efficiency and effectiveness of services.

Beginning in FY 2020, the SSRD program began supporting groundbreaking projects to improve quality, use, and sharing of data in human services programs to improve effectiveness. Through an innovative project, ACF programs are working in partnership to extend and deepen their capacity to build and use evidence.  ACF also recognizes the critical importance of responsibly sharing human services data to better serve program participants, develop additional evidence about what works, and improve program operations.  States and localities who want to share this data need to do so in line with applicable federal and state laws and regulations, plus the localized contexts that are unique to their jurisdiction.  To support these state and local efforts, the SSRD program is developing a series of publications to help demystify how data can be shared responsibly.  For example, the updated ACF Confidentiality Toolkit provides guidance to states, localities, and others on federal requirements related to sharing human services data.  It discusses why and how to share different categories of data, highlights how information technology can assist, and includes sample documents used in data sharing initiatives.

In FY 2021, Congress directed the SSRD program to enter into an agreement with the National Academy of Sciences to provide an evidence-based analysis of and recommendations for policies and programs to reduce intergenerational poverty and improve child welfare. National Academies issued a public call for nominations and selected a consensus committee of 14 individuals with expertise in local, state, and federal policies related to safety net programs, early childhood, K-12 education, job training, and structural racism. The committee convened in-person and virtually, including three public information gathering sessions, one of which focused on Native American families. An electronic version of the final report, titled "Reducing Intergenerational Poverty," was publicly released in September 2023. The Committee briefed ACF and Congress on the report findings and recommendations. In FY 2024, the print version is expected to publish, and the Committee will conduct several additional briefings and dissemination activities.

The FY 2022 appropriations included $10 million for a new Diaper Distribution Demonstration and Research Pilot to address the relatively high cost of diapers for families with low incomes and to support their economic mobility. In FY 2023, Congress increased funding for this pilot to $20 million, which included $10 million to support additional awards from the initial competition and $10 million to support a new competition. The FY 2022 and FY 2023 funds are also supporting a robust federal evaluation, which launched in spring of FY 2023. ACF awarded a total of 21 grants to Community Services Block Grant (CSBG) state associations, tribes that were funded directly by CSBG, and CSBG-funded territories to expand existing diaper distribution programs through a robust network of community partners that provide anti-poverty services. Grant recipients and their partners, including community action agencies, social service agencies, diaper banks, and other nonprofit organizations are providing diapers and diapering supplies to participating families on a consistent basis and connecting families to wraparound support services such as job training, educational support, Early Head Start, and housing services to improve their overall economic mobility. In FY 2024 and FY 2025, the evaluation activities include site visits with each grant recipient and collection of administrative data as part of an assessment of that process, participant experience, outcomes, and impact design. An evaluation design report will be published in spring 2024, an impact evaluation design report is expected by spring 2025, and the final process and outcomes assessment report is expected in spring 2026.

In FY 2023, Congress provided funding for three new demonstration programs, including $2 million for medical-legal partnerships, $2.5 million for support services at affordable housing, and $3 million to fund demonstrations of whole-family approaches to service delivery. ACF awarded eight Medical-Legal Partnerships Plus grants to long-standing medical-legal partnerships to increase their capacity to help families with low incomes address health-harming legal and social needs. The medical-legal partnership demonstration will increase access to legal services and wrap-around social services to address with health-harming needs, including in the areas of housing stability, income supports, family stability, civil rights, immigration, and environmental health. ACF awarded nine Affordable Housing and Supportive Services Demonstration grants to Community Action Agencies and tribes that received CSBG funding in FY 2023 and own affordable housing communities. The support services provided through the affordable housing demonstration will connect residents to resources to improve housing stability, economic mobility, and well-being, including after-school programs for children and teenagers, education opportunities for youth and adult residents, mental health care, alcohol and addiction treatment, self-sufficiency resources, resources on future home ownership, financial literacy training, elderly care, assistance to residents with disabilities, and other community services. The whole-family approaches to service delivery demonstration program is first developing a comprehensive tool for state, local, territorial, and tribal agencies that are interested in coordinating the delivery of two or more of their human services benefit programs and then will implement demonstrations of the tool with eight interested agencies to assist them in identifying gaps and next steps in their benefits coordination process.

Learnings from the demonstrations will be used to inform refinements of the tool and an approach to expanding its use.

In FY 2023, through the Consolidated Appropriations Act, 2023 (P.L. 117-328), Congress enacted a General Provision to expand funding flexibility for research projects in ACF. All research funding provided for in the Act could remain available for five years following appropriation. This has allowed for additional time for research and evaluation projects within the Child Care and Development Block Grant, Runaway and Homeless Youth, Head Start, Child Abuse and Discretionary Activities, Child Welfare Research, Training and Demonstration, Family Violence, Adoption Opportunities, and PSSF programs.

Funding for the program - net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $7,512,000 |
| 2022 | $44,504,000 |
| 2023 | $142,860,000 |
| 2024 | $142,860,000 |
| 2025 President's Budget | $30,512,000 |

**Budget Request**

The FY 2025 President's Budget request for SSRD is $30.5 million, a decrease of $112.3 million from the FY 2023 final level. At this level, funds are allocated at $7.5 million for the base program, $20 million to continue support for the diaper demonstration pilot, and $5 million to support demonstration projects for whole-family approaches to service delivery, of which $2 million is being requested in Federal Administration to pay for staffing costs. The Budget does not include funding for Congressionally Directed Projects as in the FY 2023 Appropriations Act.

SSRD is the only source of funds available to ACF for research, evaluation, and demonstrations that address cross-cutting topics or the effectiveness of programs lacking dedicated funds for research and evaluation. In FY 2025, ACF plans to continue testing how low-cost adjustments to program practices, using insights from behavioral science, can improve the efficiency and effectiveness of ACF programs. Investments will be made to improve program efficiency and effectiveness through the improvement of the quality, use, and sharing of administrative data.

ACF will continue the diaper demonstration pilot by building on projects that have successfully connected families to supplies for newborn care, resources to meet diapering needs, and wraparound services to meet economic mobility and family support needs. The amount requested would allow for new grant awards and the extension of some existing awards. Funding would also allow continuation of the evaluations that will provide an impact study of the program.

ACF will also continue demonstrations of whole-family approaches to service delivery across the lifecycle of families' interaction with benefits programs. The demonstration projects will work to ease application burden, reduce redundant information submissions and verifications, improve time to access benefits, improve cross-enrollment rates, and reduce churn of people being dis-enrolled and shortly re-enrolled in benefit programs. The demonstrations will identify replicable elements of existing best practices and test methods of scaling those approaches to other states. The demonstrations will also identify and test new approaches to overcoming barriers for further improvement in service delivery.

The HHS General Department Management request continues a General Provision from the FY 2024 President's Budget, which allows the Secretary to reserve not more than 0.25 percent from the Low Income Home Energy Assistance, Refugee and Entrant Assistance, Payments to States for the Child Care and Development Block Grant and Children, and Families Services Programs in order to administer and carry out evaluations of any of the programs or activities funded under such accounts.

This request includes the continuation of the General Provision that expanded funding flexibility for research projects in ACF by providing for a period of availability of five years.  This Budget extends the funding flexibility to the Office of the Secretary for Planning and Evaluation in HHS and includes all research and evaluation funds made available to these entities, not just ones provided by appropriations bills, expanding the number of eligible programs in ACF.

**Performance Analysis**

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 23i: Total number of grants (SSRD and PHS). (*Output*) | FY 2023: 39 (8 with Office of Planning, Research & Evaluation (OPRE) and 31 non-OPRE) (Historical Actual) | N/A | N/A | N/A |
| 23ii: Total number of contracts (SSRD and PHS). (*Output*) | FY 2023: 6 (2 OPRE and 4 non-OPRE) (Historical Actual) | N/A | N/A | N/A |

## Native American Programs

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $60,500,000 | $60,500,000 | $65,500,000 | $5,000,000 |

Authorizing Legislation—Section 816 of the Native American Programs Act of 1974

2025 Authorization...................................................................Such sums as may be appropriated

Allocation Method............................................................................................Competitive Grants

## Program Description and Accomplishments

ACF Native American Programs are authorized under the Native American Programs Act (NAPA) of 1974 (P.L. 93-644).  NAPA's purpose is to promote social development, cultural preservation, and economic self-sufficiency by serving Native American communities.  According to the Bureau of Indian Affairs, there are 574 federally recognized tribes.  Additionally, there are approximately 67 state recognized tribes and several hundred American Indian, Alaska Native, Native American serving community organizations.  ACF also serves Native Hawaiians and Pacific Islander communities.  NAPA programs assist tribal and village governments and Native American institutions and organizations in their efforts to support and develop stable, diversified local economies.  Tribes and non-profit organizations use awarded funds to develop and implement sustainable community-based social and economic development projects and services to improve the well-being of Native American people.

NAPA authorizes funds for a wide range of projects that promote economic development, capacity-building, entrepreneurial activities, financial education, social services support, wellness, cultural and language preservation, as well as the implementation of environmental laws, regulations, and ordinances.  To respond to the social and economic conditions of Native Americans, ACF provides competitive grant funding for community-based projects designed to achieve short- and long-term community goals focused on improvement in the well-being of Native American children, youth, families, and communities.  Such funding creates employment and educational opportunities and preserves Native cultures and languages.

The Esther Martinez Native American Languages Programs Reauthorization Act (P.L.116-101) reauthorized the Native American languages grant program through FY 2024 to award up to 60 months of funding for site-based educational programs that provide early childhood education or instruction in a Native American language, survival schools, and language restoration programs.  The Durbin Feeling Native American Languages Act of 2022 (P.L. 117-337) authorized the review of federal agencies to determine if they are in compliance with requirements to promote the use of Native American languages and make recommendations to improve interagency coordination to support the use of these languages.  It also requires the Administration for Native Americans to survey the use of Native American languages in the United States.  ACF works closely with the Department of Education's Office of Indian Education and the Department of the Interior's Bureau of Indian Education to collaborate and coordinate technical assistance, share grantee best practices, and address research or evaluation by the departments that could add to efficiencies in support for preservation and revitalization of Native American languages.  Recent and planned spending levels for Native American language programs are as follows:

| Program | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| Esther Martinez Immersion | $5,223,445 | $5,719,100 | $6,719,100 |

| Program | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| Preservation and Maintenance | $11,438,510 | $10,893,285 | $13,393,285 |
| Durbin Feeling Native Languages Act - Survey | -- | -- | $1,500,000 |
| **Total** | **$16,661,955** | **$16,612,385** | **$21,612,385** |

The Indian Community Economic Enhancement Act of 2020 (P.L. 116-261) amended NAPA, requiring prioritization of funding for certain types of economic development projects. The first funding competition to address the new priorities was in FY 2021. Approximately 50 percent of the funds that were available for social and economic development projects were used to meet the new mandate.

Funding for the program - net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $57,050,000 |
| 2021 Supplemental | $20,000,000 |
| 2022 | $58,762,000 |
| 2023 | $60,500,000 |
| 2024 | $60,500,000 |
| 2025 President's Budget | $65,500,000 |

For FY 2023, 169 grant awards were made, with an average award of $279,542 and a range from $100,000 to $400,000. The number of estimated awards will decline starting in FY 2024 because ACF anticipates fully funding new three-year grant awards upfront rather than in annual increments; this change is part of a Federal Register Notice of a proposed rule published on February 15, 2024. This will eliminate the need for grantees to submit non-competing continuations and budget amendments by awarding all funds in the first year of the project, allowing for more self-governance. In addition, ACF staff will have more time for ongoing support for the recipients of these community investments. By FY 2028, all grant funding should be awarded only to new grants as the number of non-competing continuation awards will decline starting in FY 2025.

Funding for this program is also used to pay information technology support, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request for Native American Programs is $65.5 million, an increase of $5.0 million from the FY 2023 final level. The Budget supports HHS' legislative proposal for the Tribal Integrated Early Education Services (TIEES) and continues to support Native American Programs Act reauthorization. This request would add $5 million for programs to better address the urgent need to support and preserve Native languages. It is anticipated that this funding would support up to 10 new grants.

The Durbin Feeling Native American Languages Act of 2022 authorized $1.5 million towards the development of national survey in year one and $1.5 million for dissemination and analysis in year two. ACF requests the authorized funding to implement this new law. Such implementation requires funding for tribal consultations and engagement with communities affected to inform the design along with survey testing and refinement.

The balance of the additional funding request, $3.5 million, will support services for up to 10 additional communities under two existing language programs: the Esther Martinez Immersion and the Native Language Program and the Preservation and Maintenance Program.  Native languages are at risk of extinction. This critical issue is exacerbated by the pandemic, which decimated the population of Native first language speakers and unique language teachers. Funding is urgently needed to support teacher training, master apprentice programs, curriculum development and Native language medium education provided in language nests and language survival schools.

The TIEES legislative proposal requests to expand authority for tribes to integrate services to facilitate the development of comprehensive, tribally driven early childhood systems. Tribes will be able to fully integrate funding across Head Start, the Child Care and Development Fund, and the Tribal Maternal, Infant, and Early Childhood Home Visiting programs.  This request responds to recommendations by American Indian and Alaska Native tribal leaders to integrate their early care and education and child development services and streamline administrative burdens associated with managing several grants. Legislative action would be required to give tribes this authority.

This Budget request also includes a legislative proposal to reauthorize the Native American Programs Act of 1974, which would extend its statutory authority to FY 2029, revise select outdated or ineffective provisions, and provide continuity of services and support that promote the social and economic independence and self-sufficiency of Native Americans.

For FY 2025, it is estimated that 128 awards will be made, with an average of $267,484 for 103 continuation awards with a range from $100,000 to $400,000 and full funding for 25 new awards averaging $760,000, with a range of $100,000 to $900,000.

### Performance Analysis

ACF measures progress toward grantees' goals on a semi-annual basis.  As projects end, ACF conducts a visit to measure the project's overall success in meeting its objectives.  Each year, ACF conducts on-site evaluations of projects ending within one quarter of the scheduled visit.  These on-site evaluations describe and measure the outcomes of projects, their effectiveness in achieving stated goals, their effect on the community, and their structure and mechanisms for delivery of services.  The evaluations collect data from grantees through a standardized data collection instrument.  The standardized evaluation survey captures large amounts of data, including the number of jobs created, the number of youth involved with projects, how many projects involve intergenerational activities, and the number of community partnerships formed.

In FY 2020, the percentage of projects that meet or exceed funded objectives was 82 percent, which is 5 percentage points above the target of 77 percent. Performance in FY 2021 remained above the target with 84 percent, 8 percentage points over the target of 76 percent. The FY 2025 target for this measure is to improve by one percent over the average of the prior six years' results.  In order to continue improved performance, ACF will focus on on-going monitoring and analysis of grantee data, to identify links between effective project implementation and grantee-level models, approaches, and practices that contribute or influence such effective implementation. ACF is also reviewing newly collected data to further analyze grantee capacity and performance and make recommendations to improve grantee capacity and success.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| <u>9A</u>: Increase ANA Training or Technical Assistance participants' understanding of community-based project design and/or implementation. (*Outcome*) | FY 2021: 4.84 out of 5 Target: 4.5 out of 5 (Target Exceeded) | 4.5 out of 5.0 | 4.5 out of 5.0 | Maintain |
| <u>9B</u>: Increase the percentage of projects that meet or exceed funded objectives. (*Outcome*) | FY 2021: 84% Target: 76% (Target Exceeded) | 1% over avg prior 6 actuals | 1% over avg prior 6 actuals | Maintain |
| <u>9i</u>: Number of jobs created through ANA funding. (*Output*) | FY 2020: 323 (Historical Actual) | N/A | N/A | N/A |
| <u>9ii</u>: Number of languages funded for the first time by ANA via the ARP Emergency Language Awards. *(Equity Output)* | FY 2021: 22 (Historical Actual) | N/A | N/A | N/A |
| <u>9iii</u>: Number of Tribes receiving an ANA grant for the first time via the ARP Emergency Language Awards. *(Equity Output)* | FY 2021: 35 (Historical Actual) | N/A | N/A | N/A |

**Community Services Block Grant**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $770,000,000 | $770,000,000 | $770,000,000 | $0 |

Authorizing Legislation – Section 674(a) of the Community Services Block Grant Act

2025 Authorization..................................................................................Such sums as may be appropriated

Allocation Method..........................................................................................Formula Grants and Contracts

**Program Description and Accomplishments**

The Community Services Block Grant (CSBG) was originally authorized by the Omnibus Reconciliation Act of 1982 (P.L. 97-35), with the last reauthorization under the Community Opportunities, Accountability, and Training and Educational Services Act of 1998 (P.L. 105-285, hereafter referred to as the CSBG Act). CSBG provides grant allocations, using a statutory formula calculation, to states, territories, and tribes, for poverty reduction, including services to address employment, education, housing assistance, nutrition, energy, emergency services, health, and substance abuse.  Each state submits an annual plan and certifies that the state agrees to provide (1) a range of services and activities having a measurable and potentially major impact on causes of poverty in communities where poverty is an acute problem; and (2) activities designed to assist low-income participants, including the elderly, in becoming self-sufficient. The CSBG Act requires states to distribute 90 percent of the funds to state-designated eligible entities and use no more than five percent for administrative costs. The remaining funds can be used for other costs and/or technical assistance.

The Economic Opportunity Act of 1964 (P.L. 88-452) provided for the establishment of eligible entities, also known as Community Action Agencies, that are non-profit or community-based organizations which may include religious organizations, local governments, tribal organizations, and migrant and seasonal farm worker organizations. CSBG supports a national network of over 1,000 CSBG eligible entities.

The Disaster Relief Supplemental Appropriations Act, 2023, included in the Consolidated Appropriations Act, 2023 (P.L. 117-328), provided $25 million in supplemental funding for necessary expenses directly related to the consequences of Hurricanes Fiona and Ian.

Funding for the program – net of any authorized changes such as transfers or reprogramming – for five years is as follows:

| | |
|---|---|
| 2021 | $745,000,000 |
| 2022 | $755,000,000 |
| 2023 | $770,000,000 |
| 2023 Supplemental | $25,000,000 |
| 2024 | $770,000,000 |
| 2025 President's Budget | $770,000,000 |

For FY 2023, 124 awards were made with an average award of $5,922,283 and a range from $1,209 to $66,386,686. For FY 2024, it is estimated that the number of awards and award range will remain the same as in FY 2023.

Funding for this program is also used to pay salaries and benefits for federal employees, information technology support, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request for CSBG is $770.0 million, the same as the FY 2023 final level. TThis funding will support the quality and capacity of federal, state, and local agencies by bolstering continuous quality improvement, strengthening the federal and state administration of CSBG, and supporting the equitable inclusion of tribal communities.

This Budget also proposes to update and reauthorize the CSBG Act through FY 2032. This proposal continues the request included in the FY 2024 President's Budget.

In FY 2025, it is estimated that 124 awards will be made with an average award of $5,922,283 and a range from $1,209 to $66,386,686.

**Performance Analysis**

ACF is working to better align the CSBG Annual Report with the national performance indicators, while strengthening the approach to data collection for states and eligible entities funded by CSBG. ACF is working to enhance data collection and reporting capacity for grant recipients and CSBG-eligible entities through targeted training and technical assistance.

Efficiency measure 12C (previously numerated 12E) is an indicator of the CSBG Network's ability to provide services to low-income individuals and families through an efficient and cost-effective delivery system. ACF calculates this measure by dividing the total amount of sub-grant recipient CSBG administrative funds expended per year (numerator) by the total amount of sub-grant recipient CSBG funds expended per year (denominator). While states have an administrative cap of five percent, which applies to the amount of funds the state may retain for expenses at the state-level, this efficiency measure is focused on administrative spending by sub-grant recipients. Historical trend data for this measure fluctuated, with sub-grant recipients spending between 16 and 23 percent on administrative expenses. Data for FY 2021 shows that 14.2 percent of CSBG sub-grant recipients funds were used for administrative costs, a decrease from the previous year's result of 14.5 percent. The FY 2022 result showed that 12.7 percent of CSBG sub-grant recipient funds were used for administrative costs, exceeding the target of 16 percent. Given recent performance on this measure, as well as the effect of the coronavirus pandemic and natural disasters on administrative costs, ACF will maintain its target of 16 percent for FY 2025. To accomplish future performance targets, ACF will continue to monitor and provide training and technical assistance to CSBG grant recipients in the areas of cost-effective program administration and organizational efficiency.

| Measure | Year and Most Recent Result / Target for Recent Result / (Summary of Result) | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 12A: Increase the number of individuals achieving one or more family stability or economic security outcomes as identified by the National Performance Indicators (NPI) in various domains. *(Developmental Outcome)* | TBD | TBD | TBD | TBD |
| 12B: Increase the number of communities actively implementing community-wide transformation initiatives to address causes or conditions of poverty. *(Developmental Outcome)* | TBD | TBD | TBD | TBD |
| 12C: Reduce total amount of sub-grantee CSBG administrative funds expended each year. (*Efficiency*) | FY 2022: 12.7% Target: 16%  (Target Exceeded) | 16% | 16% | Maintain |
| 12i: Number of individuals served. (*Output*) | FY 2022: 9.9 million<br><br>(Historical Actual) | N/A | N/A | N/A |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Community Services Block Grant**

**Formula Grants**

CFDA #          93.569

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $14,053,621 | $14,053,621 | $14,053,621 | $0 |
| Alaska | 2,732,597 | 2,732,597 | 2,732,597 | 0 |
| Arizona | 6,261,817 | 6,261,817 | 6,261,817 | 0 |
| Arkansas | 10,428,172 | 10,428,172 | 10,428,172 | 0 |
| California | 68,379,005 | 68,379,005 | 68,379,005 | 0 |
| Colorado | 6,669,350 | 6,669,350 | 6,669,350 | 0 |
| Connecticut | 9,235,789 | 9,235,789 | 9,235,789 | 0 |
| Delaware | 4,021,915 | 4,021,915 | 4,021,915 | 0 |
| District of Columbia | 12,600,098 | 12,600,098 | 12,600,098 | 0 |
| Florida | 22,289,668 | 22,289,668 | 22,289,668 | 0 |
| Georgia | 20,629,644 | 20,629,644 | 20,629,644 | 0 |
| Hawaii | 4,021,915 | 4,021,915 | 4,021,915 | 0 |
| Idaho | 3,978,370 | 3,978,370 | 3,978,370 | 0 |
| Illinois | 36,228,024 | 36,228,024 | 36,228,024 | 0 |
| Indiana | 11,166,773 | 11,166,773 | 11,166,773 | 0 |
| Iowa | 8,300,123 | 8,300,123 | 8,300,123 | 0 |
| Kansas | 6,259,828 | 6,259,828 | 6,259,828 | 0 |
| Kentucky | 12,929,178 | 12,929,178 | 12,929,178 | 0 |
| Louisiana | 17,752,640 | 17,752,640 | 17,752,640 | 0 |
| Maine | 4,021,469 | 4,021,469 | 4,021,469 | 0 |
| Maryland | 10,523,239 | 10,523,239 | 10,523,239 | 0 |
| Massachusetts | 19,004,448 | 19,004,448 | 19,004,448 | 0 |
| Michigan | 28,154,059 | 28,154,059 | 28,154,059 | 0 |
| Minnesota | 9,228,859 | 9,228,859 | 9,228,859 | 0 |
| Mississippi | 12,197,889 | 12,197,889 | 12,197,889 | 0 |
| Missouri | 21,221,987 | 21,221,987 | 21,221,987 | 0 |
| Montana | 3,689,076 | 3,689,076 | 3,689,076 | 0 |
| Nebraska | 5,333,594 | 5,333,594 | 5,333,594 | 0 |
| Nevada | 4,021,915 | 4,021,915 | 4,021,915 | 0 |
| New Hampshire | 4,021,915 | 4,021,915 | 4,021,915 | 0 |
| New Jersey | 21,009,914 | 21,009,914 | 21,009,914 | 0 |
| New Mexico | 4,227,147 | 4,227,147 | 4,227,147 | 0 |
| New York | 66,561,863 | 66,561,863 | 66,561,863 | 0 |
| North Carolina | 20,128,743 | 20,128,743 | 20,128,743 | 0 |
| North Dakota | 3,761,999 | 3,716,061 | 3,716,061 | (45,938) |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 29,895,067 | 29,895,067 | 29,895,067 | 0 |
| Oklahoma | 8,941,983 | 8,941,983 | 8,941,983 | 0 |
| Oregon | 6,114,946 | 6,114,946 | 6,114,946 | 0 |
| Pennsylvania | 32,469,202 | 32,469,202 | 32,469,202 | 0 |
| Rhode Island | 4,239,488 | 4,239,488 | 4,239,488 | 0 |
| South Carolina | 11,783,885 | 11,783,885 | 11,783,885 | 0 |
| South Dakota | 3,306,746 | 3,306,746 | 3,306,746 | 0 |
| Tennessee | 15,108,417 | 15,108,417 | 15,108,417 | 0 |
| Texas | 36,894,940 | 36,894,940 | 36,894,940 | 0 |
| Utah | 3,930,376 | 3,930,376 | 3,930,376 | 0 |
| Vermont | 4,021,915 | 4,021,915 | 4,021,915 | 0 |
| Virginia | 12,278,331 | 12,278,331 | 12,278,331 | 0 |
| Washington | 9,088,138 | 9,082,449 | 9,082,449 | (5,689) |
| West Virginia | 8,585,325 | 8,585,325 | 8,585,325 | 0 |
| Wisconsin | 9,331,239 | 9,331,239 | 9,331,239 | 0 |
| Wyoming | 3,767,207 | 3,767,207 | 3,767,207 | 0 |
| **Subtotal, States** | **$714,803,848** | **$714,752,221** | **$714,752,221** | **($51,627)** |
| Indian Tribes | 6,800,174 | 6,851,801 | 6,851,801 | 51,627 |
| American Samoa | 1,045,566 | 1,045,566 | 1,045,566 | 0 |
| Guam | 989,548 | 989,548 | 989,548 | 0 |
| Northern Mariana Islands | 619,904 | 619,904 | 619,904 | 0 |
| Puerto Rico | 32,308,318 | 32,308,318 | 32,308,318 | 0 |
| Virgin Islands | 1,366,897 | 1,366,897 | 1,366,897 | 0 |
| **Subtotal, Territories** | **$36,330,233** | **$36,330,233** | **$36,330,233** | **$0** |
| **Total States/Territories** | **$757,934,255** | **$757,934,255** | **$757,934,255** | **$0** |
| Other Grants | 750,000 | 750,000 | 750,000 | 0 |
| Training and Technical Assistance | 6,150,000 | 6,150,000 | 6,150,000 | 0 |
| Other | 5,162,854 | 5,165,745 | 5,165,745 | 2,891 |
| **Subtotal, Adjustments** | **$12,062,854** | **$12,065,745** | **$12,065,745** | **$2,891** |
| **TOTAL RESOURCES** | **$769,997,109** | **$770,000,000** | **$770,000,000** | **$2,891** |

Notes:
1. The Other Grants line shows funding for a demonstration program.
2. The Other line shows funding for information technology support, contract fees, monitoring, salaries and benefits, and associated overhead.

**Community Services Discretionary Activities**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Community Economic Development | $22,383,000 | $22,383,000 | $22,383,000 | $0 |
| Rural Community Development | $12,000,000 | $12,000,000 | $12,000,000 | $0 |
| Total, Budget Authority | $34,383,000 | $34,383,000 | $34,383,000 | $0 |

Authorizing Legislation - Sections 674(b)(3) and 680 of the Community Services Block Grant Act

2025 Authorization.................................................................................Such sums as may be appropriated

Allocation Method..............................................................................................Competitive Grants

**Program Description and Accomplishments**

Community Services Discretionary Activities (CSDA) were originally authorized by the Omnibus Reconciliation Act of 1981 (P.L. 97-35), with the last reauthorization under the Community Opportunities, Accountability, and Training and Educational Services Act of 1998 (P.L. 105-285, hereafter referred to as the CSBG Act). The CSBG Act authorized three discretionary programs: Community Economic Development (CED), Rural Community Development (RCD) and Neighborhood Innovation Projects (NIP); however, only CED and RCD have historically received appropriations. The CED program provides grants on a competitive basis to private, nonprofit organizations that are community development corporations. These awards provide technical and financial assistance for economic development activities designed to address the needs of low-income individuals and families by creating employment and business development opportunities. The RCD program provides grants to multistate, regional, and tribal nonprofit organizations that provide training and technical assistance to small, rural communities for the improvement of drinking water and wastewater treatment facilities.

CED funds can be used for commercial developments and equity investments or loans to capitalize a new business or to expand an existing business, as long as the project creates new full-time permanent jobs for individuals with low incomes. Grants are awarded to cover project costs associated with the startup or expansion of businesses, including physical and/or commercial activities; capital expenditures, such as the purchase of equipment or real property; allowable operating expenses, such as salary for key project staff; and loans or equity investments. ACF does not plan to change the procedures regarding the disposition of intangible assets and program income acquired with CED grant funds nor program income derived from CED grant funds.

Historically, depending on the annual appropriation amount, approximately 24 to 28 CED grants have been awarded each year with a maximum award level of $800,000 per grant. The award levels are based on the applicant's project design and the requested funding needed to support a project. In FY 2023, ACF awarded 21 CED planning grants to help increase the viability of applications for the expansion and creation of businesses in communities without an active CED grant. CED planning grants have a maximum award of $150,000 per grant and fund capacity-building to support the development of CED proposals in some of the most poverty-stricken communities in the country. This effort will help to advance equity goals, but it will also increase the amount of training and technical assistance available to ensure the success of CED grants in persistent poverty communities. In FY 2023, 45 awards were made

with an average award of $404,651 and a range from $100,000 to $800,000.  In FY 2024, it is estimated that 31 awards will be made with an average award of $590,322 and a range from $150,000 to $800,000.

The RCD funds are used to increase access for families with low incomes to water supply and waste disposal services, preserve affordable water and waste disposal services in low-income rural communities, increase local capacity and expertise to establish and maintain needed community facilities, increase economic opportunities for low-income rural communities by improving their access to water and sanitation, use technical assistance to leverage additional public and private resources, support coordination with relevant homeland security activities, and promote improved coordination of federal, state, and local agencies and financing programs to benefit low-income communities.  In FY 2023, 8 awards were made, each in the amount of $1,381,975.  In FY 2024, it is estimated that 8 non-competing continuation awards will be made with each award being $1,400,000.

Funding for the program – net of any authorized changes such as transfers or reprogramming – for five years is as follows:

| | |
|---|---|
| 2021 | $30,383,000 |
| 2022 | $32,383,000 |
| 2023 | $34,383,000 |
| 2024 | $34,383,000 |
| 2025 President's Budget | $34,383,000 |

Funding for this program is also used to pay information technology support, and grants paneling.

**Budget Request**

The FY 2025 President's Budget request for the CED and RCD programs is $34.4 million, the same as the FY 2023 final level.  The CED program will continue to prioritize communities whose economies are supported by legacy energy sources, like coal and oil, to create jobs that help to expand renewable energy efforts and address climate change. Within this level, the Budget also sets aside five percent to support evaluation and continuous quality improvement efforts, as well as training and technical assistance for the grantees. For FY 2025, it is estimated that 31 awards will be made with an average award of $590,322 and a range from $150,000 to $800,000.

The Budget supports the continuation of the RCD training and technical assistance to increase local capacity for securing and maintaining safe drinking water and wastewater systems for small, low-income, rural communities.  In FY 2025, it is estimated that 8 new grant awards will be made with each award being $1,400,000.

This Budget also includes a legislative proposal to update the program to further the Administration's policy to advance racial equity and support for underserved communities through the federal government by continuing appropriations and adding modified language to the CSBG Act Discretionary Programs.

**Performance Analysis**

CED grants closing in FY 2022 created 1,633 jobs based on the most recent validated data reports.  These jobs include benefits, like health care and retirement benefits, and the projects leveraged nearly $143 million of public and private investments in disinvested, minority, urban, and rural communities.  The primary outcomes used to assess CED grants are: (1) businesses created or expanded, (2) jobs created for

individuals with low-incomes, and (3) funds leveraged (non-federal funds, public or private, that are secured for the project).

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 12ii: Number of jobs created by Community Economic Development program. (*Output*) | FY 2022: 1,633 (Historical Actual) | N/A | N/A | N/A |
| 12iii: Amount of funds leveraged that support economic development in communities with low incomes. (*Equity Output*) | FY 2022: $142,577,567 (Historical Actual) | N/A | N/A | N/A |

**National Domestic Violence Hotline**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $20,500,000 | $20,500,000 | $20,500,000 | $0 |

Authorizing Legislation ─ Section 303(b) of the Family Violence Prevention and Services Act

2025 Authorization.................................................................................................................$3,500,000

Allocation Method..................................................................................................Cooperative Agreements

**Program Description and Accomplishments**

The National Domestic Violence Hotline (Hotline) was first authorized by the Child Abuse Amendments of 1984 (P.L. 98-457). The Hotline operates a free and confidential 24-hour national, toll-free telephone and digital (chat and text) hotline services to provide information and assistance to adult and youth survivors of family violence, domestic violence, or dating violence; their family and household members; friends and others affected by the violence to pursue a path to safety and build healthy supportive communities free from domestic violence. The Hotline is currently experiencing the highest contact volume in its history with nearly 900,000 requests received in FY 2023. The Hotline is currently authorized under the Child Abuse Prevention and Treatment Reauthorization Act of 2010 (P.L. 111-320), as part of the Family Violence Prevention and Services Act (FVPSA).

The Hotline serves as a critical 24/7 national service provider and partner in the intervention, prevention, and resource assistance efforts of a network of family violence, domestic violence, and dating violence service providers. It provides services in the following areas: (1) crisis intervention services, emotional support, and by helping the caller/chatter/texter identify the abuse and possible support and options for pursuing a path to safety, including making a safety plan for their current situation and in an emergency or escalation of violence; (2) education and information about resources on domestic violence and dating violence, children exposed to domestic violence, sexual assault, intervention programs for batterers, and working through the criminal and civil justice systems; and (3) nationwide referrals to domestic violence shelters and programs, social service agencies, programs addressing the needs of children exposed to domestic violence, legal assistance agencies, economic self-sufficiency programs, and other related services.

The Hotline maintains a comprehensive resource database with access to 4,800 service providers and resources in the U.S., Puerto Rico, the Virgin Islands, and Guam, including shelters to which callers may be referred or directly connected. Individuals with limited English proficiency have access to bilingual trained advocates, as well as to an interpretation line providing access to over 200 languages. The Hotline is also accessible to persons who are deaf or hard of hearing.

The Hotline, through the Love is Respect (LIR) Dating Abuse Helpline, provides specialized services to youth and young adults concerning dating violence and healthy relationships. These distinctive services offer real-time, one-on-'one assistance from advocates who are trained to provide support, information, and advocacy to those involved in abusive dating relationships and/or wanting to learn how to prevent dating abuse, as well as to concerned friends, parents, teachers, clergy, law enforcement, and service providers. The Hotline provides a holistic approach to service delivery through a variety of access points that include a website, telephone (including text telephone and videophone), online chatting, and texting.

As a result of ongoing efforts to increase and improve access for at-risk populations disproportionately impacted by domestic violence, the Hotline, in collaboration with the Family Violence Prevention and Services Act's National Indigenous Women's Resource Center, launched the StrongHearts Native Helpline in March 2017 as the first national culturally relevant crisis line for Native American survivors of domestic and dating violence.  In FY 2022, the StrongHearts Native Helpline received additional funding to provide expanded services and support.  The Helpline had over 16,000 contacts, a 130 percent increase from FY 2021, and connected survivors to a centralized hub of over 300 Native-specific resources in the rural and remote areas of Indian Country.

StrongHearts is an essential resource to all American Indians and Alaskan Natives affected by domestic violence, helping to fill a gap in critically needed support services that are specialized to address the unique barriers often faced by Native survivors of intimate partner violence and abuse, as well as provide culturally specific trauma-informed support. As a Native-centered hotline, StrongHearts is staffed by advocates with an understanding of Native cultures, as well as issues of tribal sovereignty and law.  Seven days a week, 24-hours a day, callers can connect, at no cost, with a knowledgeable StrongHearts advocate who can provide lifesaving tools and immediate support to enable survivors to find safety and live lives free of abuse. StrongHearts receives 15 percent of the Hotline appropriation.

Funding for the program - net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $13,000,000 |
| 2021 Supplemental | $2,000,000 |
| 2022 | $15,500,000 |
| 2023 | $20,500,000 |
| 2024 | $20,500,000 |
| 2025 President's Budget | $20,500,000 |

For FY 2023, one award was made for $19,987,500, including $2,998,125 allocated for StrongHearts, with an additional $512,500 allocated for continued support of the data analysis and reporting system project.  This is projected to continue in FY 2024.

**Budget Request**

The FY 2025 President's Budget request for the National Domestic Violence Hotline is $21 million, the same as the FY 2023 final level.  These funds will continue the capacity of the Hotline to answer calls, digital contacts, and text messages and support investments in hotline advocates and technology infrastructure to ensure a timely response to requests for help by phone, text, or online chat. This funding will be used to assist the Hotline with responding to unprecedented surges in survivor contacts due to several factors, including Google's recent launch of the Hotline's crisis search box as a priority resource. Google's prioritization of the Hotline resulted in 143,259 more calls, chats, and texts in FY 2023 compared to the previous year.  Funds will continue to support the implementation of a strategic plan for assessments and improvements to response time, such as enhanced technology capacity, website optimization to assist and educate users, triage methodology for Hotline contactors, and use of artificial intelligence solutions for non-crisis and non-victim contactors.

The Budget also supports bipartisan efforts to reauthorize FVPSA.  Bipartisan reauthorization legislation under consideration by the 118th Congress would strengthen and update the Hotline and services for

underrepresented populations, including American Indians, Alaska Natives, and deaf survivors of domestic and dating violence.

For FY 2025, it is estimated that one award will be made for $19,987,500, including $2,998,125 allocated for StrongHearts, with an additional $512,500 for federal program administration and support of the data analysis and performance progress reporting.

## Performance Analysis

The staff and volunteers of the Hotline provide victims of family violence, domestic violence, and dating violence; family and household members; friends, and other persons such as advocates, law enforcement agencies and the general public with crisis intervention, emotional support, safety planning, domestic violence information, and referrals to local service providers as well as national resources.  In FY 2022, the National Domestic Violence Hotline answered 395,565 total contacts, including 188,395 calls, 121,032 chats and 86,138 texts. These figures do not include LIR contacts, discussed below.

The Hotline has implemented several technological solutions to manage increasing contact volume and optimize the survivor experience. To mitigate the high wait times that resulted from increased volume, and subsequent high hang-up rates among those unable to wait, the Hotline continued the queue management solution, originally launched in March 2022. In addition, an in-queue message directing survivors to the database of local support contacts was implemented during long waiting times in case waiting was unsafe. Managing the queue of chats and texts helps the Hotline control the contact flow to increase advocate availability and provide chatters and texters with a safer and improved experience through decreased wait times, which results in a decrease in the number of hang-ups.

ACF continues to meet with the Hotline grantee monthly to discuss the implementation of phone and digital services, structural improvements to improve the contact response time, and strategies for reducing wait time, including deployment of a volunteer hotline advocates to increase the number of individuals available to respond to calls, and online chats.  Currently, the Hotline is piloting a small volunteer program for six months. Increasing the usage of volunteers who can respond to non-emergency information requests will increase the availability of advocates to be available to respond to crisis contacts as quickly as possible. Since launching in March of 2023, the Hotline has had 15 volunteers who went through extensive training and who have provided 236 hours of line support and have answered 187 LIR chats and texts.

ACF will be adding two additional performance measures that will provide a better determinant of the Hotline's usefulness to domestic violence survivors.  In FY 2023, ACF included the following two measures for the National Domestic Violence Hotline and the LIR Dating Abuse Helpline: percent of callers reporting increased knowledge of safety planning and percent of callers reporting increased knowledge of community resources.  These two new metrics align with the performance metrics and evidence base of domestic violence services research affirms that these measures directly correlate to improved safety and well-being for domestic violence survivors. The Hotline has integrated and tested the survey questions as well as translated the questions into Spanish. The Hotline's team has developed a data dashboard for tracking responses for both performance measures. The results of the surveys will be reported semi-annually to ACF.

It is not feasible for 100 percent of calls received to be answered due to unanticipated spikes resulting from media coverage promoting the Hotline, increases in call volume during the rollover of state or local program crisis lines during an emergency, disaster, or a national public health emergency, such as the

pandemic, and the impact of Google's search optimization for the Hotline.  In addition, some situations require a caller to disconnect before an advocate can answer (e.g., the abuser enters the room).  While the number of callers and online chatters contacting the Hotline is projected to continue to rise, the FY 2025 performance target is 75 percent, given efforts to pilot a volunteer recruitment program, increase hours of training for new advocates, and increase programmatic and financial support to StrongHearts Native Helpline.

The LIR Dating Abuse Helpline serves youth and young adults through a national teen dating violence hotline. In FY 2022, a total of 65,575 contacts reached out via phone, chat, and text, as compared to 57,477 in FY 2021.  Phone contacts to the Hotline increased by 27 percent over the previous year with a total of 29,404 phone contacts.  For chat services, there were 23,006 contacts and the Hotline answered 16,790, resulting in a 73 percent answer rate.  The Hotline had a 99 percent answer rate for text services with 13,236 contacts received and 13,201 answered.  The performance rate (performance measure 14C) was 67 percent in FY 2022 with 22,672 online chats received and 15,398 answered, 23,138 calls received with 15,125 answered, and 11,689 texts received with 11,643 answered.

The funding level proposed for FY 2025 would enable the Hotline and LIR program to maintain current services staff (advocates, managers, and shift support specialists, and the internal training team). The level of funding will also enable the Hotline and LIR to continue to pilot the implementation of their volunteer pilot project, which will strengthen their capacity to respond to the increasingly high volume of contacts received via phone, chat, and text services.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 14A: Increase the capacity of the National Domestic Violence Hotline to respond to increased call volume (as measured by percentage of total annual calls to which the Hotline responds). (*Outcome*) | FY 2022: 42%  Target: 75%  (Target Not Met) | 75% | 75% | Maintain |
| 14B1: Increase the capacity of the National Domestic Violence Hotline to respond to increased chat volume (as measured by percentage of total annual chats to which the Hotline responds). (*Outcome*) | FY 2022: 76%  Target: 75%  (Target Exceeded) | 65% | 65% | Maintain |
| 14B2: Increase the capacity of the National Domestic Violence Hotline to respond to increased text volume (as measured by percentage of total annual texts to which the Hotline responds). (*Developmental Outcome*) | FY 2022: 99%  (Historical Actual) | TBD | TBD | TBD |

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 14C: Increase the capacity of the National Domestic Violence Hotline (with respect to serving youth/young adults through a national teen dating violence hotline) to respond to increased volume (as measured by percentage of total annual calls, online chats and texts to which the Hotline responds). (*Outcome*) | FY 2022: 67<br><br>Target: 72%<br><br>(Target Not Met) | 72% | 72% | Maintain |
| 14E: Increase the percentage of Hotline clients who report improved knowledge of safety planning. *(Developmental Outcome)* | FY 2022: 86%<br><br>(Historical Actual) | TBD | TBD | TBD |
| 14F: Increase the percentage of Hotline clients who report increased knowledge of community resources. *(Developmental Outcome)* | FY 2022: 86%<br><br>(Historical Actual) | TBD | TBD | TBD |
| 14x: Total average number of calls received per month by the National Domestic Violence Hotline. (*Output*) | FY 2022: 37,429<br><br>(Historical Actual) | N/A | N/A | N/A |
| 14xi: Total average number of chats received per month by the National Domestic Violence Hotline. (*Output*) | FY 2022: 13,338<br><br>(Historical Actual) | N/A | N/A | N/A |
| 14xii: Total average number of texts received per month by the National Domestic Violence Hot*line.* | FY 2022: 7,182<br><br>(Historical Actual) | N/A | N/A | N/A |
| 14xiii: Total average number per month of hits/visits to the National Domestic Violence Hotline's websites (English and Spanish). (*Output*) | FY 2022: 384,304<br><br>(Historical Actual) | N/A | N/A | N/A |
| 14xiv: Total average number of calls received per month by loveisrespect.org (*Output*) | FY 2022: 2,450<br><br>(Historical Actual) | N/A | N/A | N/A |

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 14xv: Total average number of chats received per month by loveisrespect.org. (*Output*) | FY 2022: 1,917 <br><br> (Historical Actual) | N/A | N/A | N/A |
| 14xvi: Total average number of texts received per month by loveisrespect.org. (*Output*) | FY 2022: 1,103 <br><br> (Historical Actual) | N/A | N/A | N/A |

**Family Violence Prevention and Services**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $240,000,000 | $240,000,000 | $240,000,000 | $0 |

Authorizing Legislation -- Section 303(a) of the Family Violence Prevention and Services Act

2025 Authorization..................................................................Such sums as may be appropriated

Allocation Method.......................................................................Formula and Competitive Grants

**Program Description and Accomplishments**

The Family Violence Prevention and Services Act (FVPSA) program is authorized by the Child Abuse Amendments Act of 1984 (P.L. 98-457), as most recently amended by the Child Abuse Prevention and Treatment Reauthorization Act of 2010 (P.L. 111-320).  The program provides funding to support programs and projects that work to prevent incidents of family violence, domestic violence, and dating violence and to provide immediate shelter and supportive services for adult and youth survivors of domestic violence (and their dependents).

The statute includes the following funding requirements for the FVPSA appropriation not reserved under section 10412, the Specialized Services for Abused Parents and Their Children (SSAPC):

•  not less than 70 percent is awarded in grants to states and territories,

•  not less than 10 percent is awarded to Indian tribes (including Alaska Natives) and tribal organizations,

•  not less than 10 percent is awarded to State Domestic Violence Coalitions (SDVC),

•  not less than 6 percent is for the network of information and technical assistance centers, and

•  not more than 2.5 percent may be set aside for program administration, evaluation, and monitoring.

Grants to states and territories are allocated based on each state's population, with a minimum of not less than one-eighth of one percent of the amounts available allocated to territories.  FVPSA specifies that a state may use no more than five percent of its allotment for administrative costs and must distribute the remaining funds to local public agencies and non-profit private organizations, including faith-based and charitable organizations, community-based organizations, and tribal organizations.  Not less than 70 percent of the funding awarded through state sub-grants must be used for the primary purpose of providing immediate shelter and supportive services.  States may use the remaining funds to:

•  assist survivors in the development of safety plans and decisions related to safety and well-being;

•  provide counseling, peer support groups, and referrals to community-based services;

•  provide services, training, and technical assistance and outreach to increase awareness of family violence, domestic violence, and dating violence, and to increase accessibility of services;

- provide culturally and linguistically appropriate services;

- provide specialized services for children exposed to family violence, domestic violence, or dating violence, underserved populations, and survivors who are members of racial and ethnic minority populations;

- provide advocacy, case management, information, and referral services; and

- provide prevention services, including outreach to underserved populations.

The FVPSA mandates support to Native American tribes (including Native Villages) and tribal organizations through an allocation of not less than 10 percent of the funding, to be used for immediate shelter and supportive services for survivors of family violence, domestic violence, or dating violence and their dependents. Each federally recognized tribe receives an allocation of the total FVPSA funds available based on a formula incorporating its population.

SDVC grants further the purposes of family violence, domestic violence, and dating violence intervention and prevention. SDVCs serve as information clearinghouses and coordinate statewide programs, outreach, and activities. They provide training and technical assistance to local programs (most of which are funded through sub-grants from FVPSA state and territory formula grants) on appropriate and comprehensive responses, including the development and implementation of best practices. The grants to SDVCs also support related collaborative efforts with social services sectors such as housing, health, education, criminal justice, and child welfare.

The statutorily mandated network of information and technical assistance centers requires a National Resource Center on Domestic Violence, a National Indian Resource Center Addressing Domestic Violence and Safety for Indian Women, and at least seven Special Issue Resource Centers. The statute also allows the funding of State Resource Centers to reduce disparities in states with high proportions of Indian, Alaskan Native, or Native Hawaiian populations and to support training and technical assistance that addresses emerging issues. Funding for the first of these State Resource Centers was provided in FY 2017 to respond to the unique needs of Alaska Native tribes. The purpose of this network of support is to provide resource information and training and technical assistance to improve the capacity of individuals, organizations, governmental entities, and communities to prevent family violence, domestic violence, and dating violence and to provide effective intervention services.

In FY 2022, funding was provided for a second state Resource Center to respond to the unique needs of Native Hawaiians. ACF provided expanded technical assistance for supportive services for Native Hawaiian domestic violence, dating violence, and family violence survivors with the launch of a Native Hawaiian Resource Center on Domestic Violence (NHRCDV) to provide culturally responsive training and technical assistance. In FY 2023, the Consolidated Appropriations Act (P.L. 117-328) provided $2 million to support a second year of implementation for this new center for Native Hawaiian survivors. The NHRCDV conducted multiple listening sessions with survivors throughout Hawaii and provided training on Many Voices, Many Traditions: A FVPSA Toolkit for Working with Indigenous Partners. They sponsored the first annual Missing and Murdered Native Hawaiian Women and Girls awareness event in Hawaii to highlight the severity of this issue. In FY 2024, NHRDVC will add additional training sessions to help communities identify domestic violence, learn how culture can be used as both a risk and protective factor, and train on community-based solutions to address and, ultimately, end violence.

For any fiscal year for which the FVPSA appropriation exceeds $130 million, the FVPSA statute provides for a 25 percent set-aside of the amount in excess of that threshold for grants to support specialized

services for abused parents and their children.  ACF funded the first cohort of grants from 2016-2020, and launched a second cohort for 2020-2024. In FY 2023, the appropriation set-aside continued to support demonstration grants for the expanded capacity of child and family-serving systems and community-based programs in 26 states and communities to prevent future violence by addressing the needs of children exposed to family violence, domestic violence, and dating violence.  This was accomplished by helping parents understand techniques for talking to their children about the abuse, providing support and structure for contact and engagement with the parent who uses abuse, giving access to tools to discuss healthy relationships, helping families obtain counseling and other support to promote healing, and providing information about developing age-appropriate safety plans. This funding ensured continuity across all demonstration sites.  It supported on-site visits; cultivated new partnerships with underserved, culturally specific, and American Indian/Alaska Native communities; increased programs' capacity to effectively evaluate their services; and raised the visibility and awareness of the need for effective, developmentally appropriate, trauma-informed, and culturally relevant work with children exposed to violence, while building the parenting capacities of abused parents.  FY 2023 funded the fourth and final year of these four-year projects.  In FY 2024, ACF will release a new competitive discretionary funding opportunity announcement to recruit a third cohort of demonstration projects that will implement services for families, assuming adequate appropriations.  ACF anticipates funding 40 demonstration projects, which is an increase of 14 grant recipients for this third cohort.

The statute also provides flexibility to use funds not otherwise allocated by statutory formula for competitive grants or contracts to support demonstration initiatives, provide technical assistance, or coordinate or provide for research and evaluation on effective practices.  Under this authority in FY 2023, these resources supported two resource centers focused on providing training and technical assistance to enhance supportive housing for domestic violence survivors: the Safe Housing Capacity Building Center and the Tribal Safe Housing Capacity Building Center. The Safe Housing Capacity Building Center has launched ongoing public awareness and resource developments to enhance community engagement and systems that understand the intersection of domestic violence, sexual violence, and housing and homelessness.  It is using several public awareness strategies through the Safe Housing Partnerships website, social media platforms, and survivor listening sessions to expand intervention services and awareness.  The Tribal Center conducted research and assessments on the safe housing needs for survivors of domestic violence in tribal communities, including formerly homeless youth, and supported the development of collaboration between service organizations, technical assistance providers, and tribal, federal, state, and local government organizations to address identified needs. The Tribal Center launched a new online resource center and held a housing symposium for tribes to discuss success and challenges in meeting the safe housing needs for survivors of domestic violence in tribal communities.

In FY 2024, the Safe Housing Capacity Building Center will increase training and technical assistance for safe access to housing and homelessness to strengthen capacity in advancing racial equity by reducing structural barriers, including racism and other forms of discrimination, through advocacy for safe, affordable, and accessible housing options for adult and youth/young adult survivors of domestic, dating, and sexual violence. The Center will continue to lead efforts in coordinating housing needs and challenges faced by diverse survivors and develop an online resource center for safe housing information, housing inventory, factsheets, toolkits, and guidance that highlight survivors' needs related to housing policies.  In FY 2024, the Tribal Center will launch a training and technical assistance institute for tribes that will focus on the spectrum of shelter and housing needs for survivors of domestic violence. The Tribal Center will also develop a housing resource library and an online clearinghouse of tribal housing codes as technical assistance tools for tribes and tribal programs.

In FY 2023, Congress provided in the annual appropriation $7.5 million for development or enhancement of culturally specific services for survivors of domestic violence and sexual assault, building upon work funded in FY 2021. In FY 2023, ACF awarded 35 cooperative agreements to culturally specific domestic violence and sexual assault community-based organizations to provide services and support for domestic violence and sexual assault survivors from diverse and underserved communities.

Also in FY 2023, Congress appropriated $5 million to support the federal administrative costs to monitor the grants for survivors of sexual assault and the grants to support culturally specific populations and to provide grants for technical assistance providers with extensive knowledge of and demonstrated expertise in the problems of and solutions to sexual assault, as well as experience in the anti-sexual assault field. In 2023, ACF issued a notice of funding opportunity to launch two sexual assault capacity building centers to enhance services for sexual assault survivors nationwide and provide training and technical assistance for states, territories, tribes, and sexual assault programs. Two cooperative agreement grant awards were made to provide training and technical assistance to states, territories, tribes, and coalitions serving sexual assault survivors. This funding also supports four cooperative agreements for culturally specific sexual assault capacity building centers to respond to the unique needs of sexual assault survivors. These new capacity building centers provide training and technical assistance to enhance services for sexual assault survivors for states, territories, tribes, and culturally specific organizations.

The Disaster Relief Supplemental Appropriations Act, 2023, included in the Consolidated Appropriations Act, 2023 (P.L. 117-328), provided $10 million in supplemental funding for necessary expenses directly related to the consequences of Hurricanes Fiona and Ian.  On August 21, 2023, ACF released the full amount to FVPSA state administrators, territory administrators, coalitions, and tribes in the following affected states and territories: Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee, and Puerto Rico.  A total of 22 grant awards were made to states, tribes, and coalitions.

Funding for the program – net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $182,500,000 |
| 2021 Supplemental | $448,000,000 |
| 2022 | $200,000,000 |
| 2023 | $240,000,000 |
| 2023 Supplemental | $10,000,000 |
| 2024 | $240,000,000 |
| 2025 President's Budget | $240,000,000 |

For FY 2023, 300 awards were made with awards ranging from $601,920 to $10,135,726 for states and a range from $30,000 to $2,039,912 for tribes.  For FY 2024, it is estimated that 345 awards will be made, with an average award of $600,739 to $10,135,126.  This includes 143 grant awards for 252 tribes ranging from $56,397 to $2,109,580.

Funding for this program is also used to pay salaries and benefits for federal employees, information technology support, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request for FVPSA programs is $240 million, the same as the FY 2023 final level. This request will continue to ensure that survivors receive critical services, such as emergency shelter, crisis counseling, safety planning, and assistance recovering from financial abuse and addressing housing insecurity.

The Administration supports bipartisan efforts to reauthorize FVPSA. Bipartisan reauthorization legislation under consideration by the 118th Congress would allow states, territories, and tribes to offer survivors of domestic violence and their children the critical safety and stability of shelter and supportive services they need to be safe and regain self-sufficiency. For FY 2025 FVPSA grant programs, it is estimated that 345 awards will be made, with an average award of $600,739 to $10,135,126.  This includes 143 grant awards for 252 tribes ranging from $56,397 to $2,109,580.

**Performance Analysis**

A key FVPSA goal is to increase the percentage of survivors reporting improved knowledge of safety planning.  In FY 2022, FVPSA exceeded the target of 90 percent, with an actual result of 91.6 percent. Because many program participants receive short-term crisis assistance, with only one or two interactions, the 90 percent target remains a realistic target through FY 2025.  This measure is important because it captures a key outcome that research has shown is correlated with other indices of longer-term client safety and well-being.  ACF plans to continue to implement its improved data analysis and assess performance progress reports to determine whether new targets should be set for subsequent years.

Each year FVPSA state formula grant recipients are required to report the subrecipients receiving FVPSA funding in their states including subrecipients that are serving underserved or culturally and linguistically specific populations.  Culturally and linguistically specific services refers to community-based services that offer full linguistic access and culturally specific services and resources, including outreach, collaboration and support mechanisms primarily directed toward culturally specific communities. Underserved populations mean populations who face barriers in accessing and using victim services, and includes populations underserved because of geographic location, religion, sexual orientation, gender identity, underserved racial and ethnic populations, and populations underserved because of special needs including language barriers, disabilities, immigration status, and age.  Individuals with criminal histories due to victimization and individuals with substance use disorders and mental health issues are also included in this definition.  In FY 2022, FVPSA state administrators reported that 134 culturally specific programs received FVPSA subgrants to provide culturally and linguistically appropriate services.  ACF intends to report the total number of culturally specific programs that receive FVPSA subgrants annually.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 14D: Increase the percentage of FVPSA state subgrant-funded domestic violence program clients who report improved knowledge of safety planning. (*Outcome*) | FY 2022: 91.6%  Target: 90%  (Target Exceeded) | 90% | 90% | Maintain |
| 14i: Number of residential clients served by domestic violence programs, including tribal programs. [1] (*Output*) | FY 2022: 227,138  (Historical Actual) | N/A | N/A | N/A |
| 14ii: Number of non-residential clients served by domestic violence programs, including tribal programs. (*Output*) | FY 2022: 978,002  (Historical Actual) | N/A | N/A | N/A |
| 14iii: Number of shelter nights, state programs. (*Output*) | FY 2022: 7,740,306  (Historical Actual) | N/A | N/A | N/A |
| 14iv: Number of shelter nights, tribal programs. (*Output*) | FY 2022: 214,922  (Historical Actual) | N/A | N/A | N/A |
| 14v: Number of unmet requests for shelter (state and tribal programs). (*Output*) | FY 2022: 207,467  (Historical Actual) | N/A | N/A | N/A |
| 14vi: Total number of crisis hotline calls answered by local domestic violence programs, including tribal programs. (*Output*) | FY 2022: 2,587,283  (Historical Actual) | N/A | N/A | N/A |
| 14vii: Number of youth who attended youth-targeted community education programs, including tribal programs. (*Output*) | FY 2022: 1,324,167  (Historical Actual) | N/A | N/A | N/A |
| 14viii: Increase the number of sub-awardees that receive funding from the state that provide culturally specific services. *(Equity Output)* | FY 2022: 134  (Historical Actual) | N/A | N/A | N/A |

[1] The actual result for this output measure and all output measures that include tribal data includes 100 percent of the states and 81 percent of the tribal grantees reporting.

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Family Violence Prevention and Services**

**Formula Grants**

|  |  |  | CFDA # | 93.592 |
|---|---|---|---|---|
| **STATE/TERRITORY** | **FY 2023 Final** | **FY 2024 CR** | **FY 2025 President's Budget** | **Difference from FY 2023 Final** |
| Alabama | $2,539,612 | $2,570,672 | $2,570,672 | $31,060 |
| Alaska | 1,175,624 | 1,181,533 | 1,181,533 | 5,909 |
| Arizona | 3,244,727 | 3,297,498 | 3,297,498 | 52,771 |
| Arkansas | 1,905,678 | 1,925,343 | 1,925,343 | 19,665 |
| California | 13,305,718 | 13,365,878 | 13,365,878 | 60,160 |
| Colorado | 2,775,618 | 2,806,848 | 2,806,848 | 31,230 |
| Connecticut | 2,088,507 | 2,110,210 | 2,110,210 | 21,703 |
| Delaware | 1,266,724 | 1,278,384 | 1,278,384 | 11,660 |
| District of Columbia | 1,161,416 | 1,167,857 | 1,167,857 | 6,441 |
| Florida | 7,815,486 | 8,034,882 | 8,034,882 | 219,396 |
| Georgia | 4,344,151 | 4,419,200 | 4,419,200 | 75,049 |
| Hawaii | 1,392,925 | 1,400,979 | 1,400,979 | 8,054 |
| Idaho | 1,550,402 | 1,572,227 | 1,572,227 | 21,825 |
| Illinois | 4,948,567 | 4,964,228 | 4,964,228 | 15,661 |
| Indiana | 3,101,340 | 3,135,016 | 3,135,016 | 33,676 |
| Iowa | 1,959,746 | 1,975,882 | 1,975,882 | 16,136 |
| Kansas | 1,871,265 | 1,885,310 | 1,885,310 | 14,045 |
| Kentucky | 2,370,157 | 2,388,937 | 2,388,937 | 18,780 |
| Louisiana | 2,407,097 | 2,414,693 | 2,414,693 | 7,596 |
| Maine | 1,384,124 | 1,396,372 | 1,396,372 | 12,248 |
| Maryland | 2,889,169 | 2,911,977 | 2,911,977 | 22,808 |
| Massachusetts | 3,157,066 | 3,181,845 | 3,181,845 | 24,779 |
| Michigan | 4,126,531 | 4,156,402 | 4,156,402 | 29,871 |
| Minnesota | 2,754,262 | 2,779,017 | 2,779,017 | 24,755 |
| Mississippi | 1,879,054 | 1,888,775 | 1,888,775 | 9,721 |
| Missouri | 2,895,403 | 2,922,001 | 2,922,001 | 26,598 |
| Montana | 1,298,639 | 1,311,798 | 1,311,798 | 13,159 |
| Nebraska | 1,569,377 | 1,580,521 | 1,580,521 | 11,144 |
| Nevada | 1,940,971 | 1,964,812 | 1,964,812 | 23,841 |
| New Hampshire | 1,389,434 | 1,399,611 | 1,399,611 | 10,177 |
| New Jersey | 3,877,154 | 3,908,108 | 3,908,108 | 30,954 |
| New Mexico | 1,615,547 | 1,624,749 | 1,624,749 | 9,202 |
| New York | 7,213,155 | 7,228,448 | 7,228,448 | 15,293 |
| North Carolina | 4,252,170 | 4,336,570 | 4,336,570 | 84,400 |
| North Dakota | 1,193,366 | 1,200,886 | 1,200,886 | 7,520 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 4,671,540 | 4,704,490 | 4,704,490 | 32,950 |
| Oklahoma | 1,853,998 | 2,231,551 | 2,231,551 | 377,553 |
| Oregon | 2,292,190 | 2,307,321 | 2,307,321 | 15,131 |
| Pennsylvania | 5,047,061 | 5,093,868 | 5,093,868 | 46,807 |
| Rhode Island | 1,295,860 | 1,302,487 | 1,302,487 | 6,627 |
| South Carolina | 2,579,594 | 2,628,844 | 2,628,844 | 49,250 |
| South Dakota | 1,232,644 | 1,243,781 | 1,243,781 | 11,137 |
| Tennessee | 3,148,557 | 3,198,425 | 3,198,425 | 49,868 |
| Texas | 10,245,293 | 10,502,303 | 10,502,303 | 257,010 |
| Utah | 2,004,331 | 2,032,061 | 2,032,061 | 27,730 |
| Vermont | 1,154,650 | 1,160,942 | 1,160,942 | 6,292 |
| Virginia | 3,650,224 | 3,694,178 | 3,694,178 | 43,954 |
| Washington | 3,380,721 | 3,423,512 | 3,423,512 | 42,791 |
| West Virginia | 1,514,112 | 1,520,986 | 1,520,986 | 6,874 |
| Wisconsin | 2,813,533 | 2,834,704 | 2,834,704 | 21,171 |
| Wyoming | 1,132,728 | 1,139,134 | 1,139,134 | 6,406 |
| **Subtotal, States** | **$152,677,218** | **$154,706,056** | **$154,706,056** | **$2,028,838** |
| Indian Tribes | 26,637,500 | 26,850,181 | 26,850,181 | 212,681 |
| American Samoa | 522,498 | 528,157 | 528,157 | 5,659 |
| Guam | 522,498 | 528,157 | 528,157 | 5,659 |
| Northern Mariana Islands | 522,498 | 528,157 | 528,157 | 5,659 |
| Puerto Rico | 1,982,120 | 1,982,765 | 1,982,765 | 645 |
| Virgin Islands | 522,498 | 528,157 | 528,157 | 5,659 |
| **Subtotal, Territories** | **$4,072,112** | **$4,095,392** | **$4,095,392** | **$23,280** |
| **Total States/Territories** | **$183,386,830** | **$185,651,628** | **$185,651,628** | **$2,264,798** |
| Other Grants | 26,500,000 | 26,500,000 | 26,500,000 | 0 |
| Training and Technical Assistance | 22,167,259 | 21,000,000 | 21,000,000 | (1,167,259) |
| Other | 6,603,672 | 6,848,372 | 6,848,372 | 244,700 |
| **Subtotal, Adjustments** | **$55,270,931** | **$54,348,372** | **$54,348,372** | **($922,559)** |
| **TOTAL RESOURCES** | **$238,657,761** | **$240,000,000** | **$240,000,000** | **$1,342,239** |

Note:
1. The Other Grants line shows a demonstration program.
2. The Other line shows funding for information technology support, grant paneling, salaries and benefits, and associated overhead.

**Chafee Education and Training Vouchers**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $44,257,000 | $44,257,000 | $48,257,000 | $4,000,000 |

Authorizing Legislation – Section 477 of the Social Security Act

2025 Authorization.................................................................................................................$60,000,000

Allocation Method.................................................................................................................Formula Grants

**Program Description and Accomplishments**

The Chafee Foster Care Program for Successful Transition to Adulthood is composed of the discretionary Chafee Education and Training Voucher (CETV) program and the mandatory formula grant program. (See the Foster Care and Permanency chapter for more information on the mandatory program.)  The Promoting Safe and Stable Families Amendments of 2001 (P.L. 107-133) expanded the Chafee Program by authorizing new discretionary funds for post-secondary education and training vouchers (the CETV program).  CETV provides vouchers of up to $5,000 per year to eligible youth who are, or were formerly, in foster care for expenses related to post-secondary education assistance, such as tuition, books, fees, supplies, and vocational training.

The Family First Prevention Services Act (P.L. 115-123) made changes in eligibility in both the mandatory formula grant program and the CETV program.  As amended, states and tribes administering the CETV program may allow eligible youth participating in the voucher program to remain eligible until their 26th birthday, as long as they are enrolled in a postsecondary education or training program and are making satisfactory progress toward completion of that program.  Participation in the program, however, is for no more than five years in total.

Funding for the vouchers is distributed to the states based on each state's proportion of children in foster care compared to the national total of all children in foster care.  Tribes with an approved plan to operate a foster care and adoption assistance program under title IV-E of the Social Security Act or a title IV-E tribal/state agreement or contract also have the option to directly receive a portion of the state's Chafee Program and CETV allotments to provide services to tribal youth.

Funding for the program - net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $43,257,000 |
| 2022 | $43,257,000 |
| 2023 | $44,257,000 |
| 2024 | $44,257,000 |
| 2025 President's Budget | $48,257,000 |

For FY 2023, 59 awards were made with an average award of $738,867 and a range from $1,586 to $5,331,589.  For FY 2024, it is estimated that 59 awards will be made, with an average of $738,867 and a range from $1,586 to $5,331,589.

Funding for this program is also used to pay salaries and benefits for federal employees and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request for the discretionary CETV program is $48.3 million, an increase of $4 million from the FY 2023 final level. This level of funding will provide approximately 800 to 1600 additional vouchers, for a total of approximately 17,000 to 19,000 vouchers to young people currently or formerly in foster care, increasing the prospect that these youth will be able to complete post-secondary education, secure work, and successfully transition to adulthood.  A recent study of the CETV program in ten states found that young people who are eligible for and receive CETV are 15 percent more likely to enroll in school than those who are eligible but do not receive CETV and that CETV receipt is associated with earlier college enrollment and greater likelihood of graduation by age 24.  Approximately 20,000 foster youth age out of foster care per year, and these vouchers provide additional opportunities for these young people.

For FY 2025, it is estimated that 59 awards will be made, with an average of $805,647 and a range from $1,729 to $5,813,464.

**Performance Analysis**

In the following performance table, the program year for this output measure is July 1st – June 30th to align with the school year (not the federal fiscal year).

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 7iv: Number of youth receiving ETV funding. (*Output*) | Program Year 2021: 19,472<br><br>(Historical Actual) | N/A | N/A | N/A |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Chafee Education and Training Vouchers**

**Formula Grants**

CFDA #    93.599

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $2,105,673 | $595,266 | $649,066 | ($1,456,607) |
| Alaska | 315,187 | 315,187 | 343,673 | 28,486 |
| Arizona | 1,647,075 | 1,647,075 | 1,795,940 | 148,865 |
| Arkansas | 501,534 | 501,534 | 546,864 | 45,330 |
| California | 5,331,588 | 5,331,588 | 5,813,463 | 481,875 |
| Colorado | 473,448 | 473,448 | 516,239 | 42,791 |
| Connecticut | 388,745 | 388,745 | 423,880 | 35,135 |
| Delaware | 49,485 | 49,485 | 53,957 | 4,472 |
| District of Columbia | 56,172 | 56,172 | 61,249 | 5,077 |
| Florida | 2,619,904 | 2,619,904 | 2,856,694 | 236,790 |
| Georgia | 1,170,693 | 1,170,693 | 1,276,501 | 105,808 |
| Hawaii | 158,039 | 158,039 | 172,323 | 14,284 |
| Idaho | 178,435 | 178,435 | 194,562 | 16,127 |
| Illinois | 2,350,079 | 2,350,079 | 2,562,482 | 212,403 |
| Indiana | 1,475,514 | 1,475,514 | 1,608,873 | 133,359 |
| Iowa | 461,857 | 461,857 | 503,601 | 41,744 |
| Kansas | 783,874 | 783,874 | 854,721 | 70,847 |
| Kentucky | 932,743 | 932,743 | 1,017,045 | 84,302 |
| Louisiana | 367,903 | 367,903 | 401,155 | 33,252 |
| Maine | 245,418 | 245,417 | 267,599 | 22,181 |
| Maryland | 405,128 | 405,128 | 441,744 | 36,616 |
| Massachusetts | 1,026,068 | 1,024,356 | 1,116,939 | 90,871 |
| Michigan | 1,062,027 | 1,062,027 | 1,158,014 | 95,987 |
| Minnesota | 765,676 | 765,676 | 834,878 | 69,202 |
| Mississippi | 394,540 | 394,540 | 430,199 | 35,659 |
| Missouri | 1,470,499 | 1,470,499 | 1,603,404 | 132,905 |
| Montana | 343,607 | 343,607 | 374,662 | 31,055 |
| Nebraska | 424,769 | 424,769 | 463,160 | 38,391 |
| Nevada | 466,204 | 466,204 | 508,340 | 42,136 |
| New Hampshire | 121,594 | 121,594 | 132,584 | 10,990 |
| New Jersey | 382,454 | 355,309 | 387,423 | 4,969 |
| New Mexico | 205,183 | 205,183 | 223,728 | 18,545 |
| New York | 1,633,553 | 1,633,553 | 1,781,196 | 147,643 |
| North Carolina | 1,193,652 | 1,193,652 | 1,301,535 | 107,883 |
| North Dakota | 168,293 | 168,293 | 183,503 | 15,210 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 1,721,823 | 1,721,823 | 1,877,444 | 155,621 |
| Oklahoma | 832,324 | 832,324 | 907,551 | 75,227 |
| Oregon | 992,861 | 578,550 | 630,840 | (362,021) |
| Pennsylvania | 1,522,881 | 1,522,881 | 1,660,521 | 137,640 |
| Rhode Island | 203,177 | 203,177 | 221,541 | 18,364 |
| South Carolina | 439,567 | 439,567 | 479,296 | 39,729 |
| South Dakota | 183,562 | 183,562 | 200,152 | 16,590 |
| Tennessee | 1,335,959 | 1,028,368 | 1,121,314 | (214,645) |
| Texas | 3,125,339 | 3,125,339 | 3,407,811 | 282,472 |
| Utah | 236,167 | 236,167 | 257,512 | 21,345 |
| Vermont | 117,471 | 117,471 | 128,088 | 10,617 |
| Virginia | 554,697 | 554,697 | 604,831 | 50,134 |
| Washington | 989,669 | 989,669 | 1,079,116 | 89,447 |
| West Virginia | 797,105 | 797,105 | 869,149 | 72,044 |
| Wisconsin | 754,642 | 754,642 | 822,847 | 68,205 |
| Wyoming | 97,845 | 93,174 | 101,595 | 3,750 |
| **Subtotal, States** | **$45,581,702** | **$43,315,864** | **$47,230,804** | **$1,649,102** |
| Indian Tribes | 34,873 | 34,873 | 38,024 | 3,151 |
| Puerto Rico | 237,950 | 237,950 | 259,456 | 21,506 |
| Virgin Islands | 4,458 | 4,458 | 4,861 | 403 |
| **Subtotal, Territories** | **$242,408** | **$242,408** | **$264,317** | **$21,909** |
| **Total States/Territories** | **$45,858,983** | **$43,593,145** | **$47,533,145** | **$1,674,162** |
| Other | 642,424 | 663,855 | 723,855 | 81,431 |
| **Subtotal, Adjustments** | **$642,424** | **$663,855** | **$723,855** | **$81,431** |
| **TOTAL RESOURCES** | **$46,501,407** | **$44,257,000** | **$48,257,000** | **$1,755,593** |

Notes:
1. The Other lines shows funding for salaries and benefits and associated overhead.
2. Funding in FY 2023 includes reallotment amounts from FY 2021.

**Disaster Human Services Case Management**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $1,864,000 | $1,864,000 | $1,864,000 | $0 |

Authorizing Legislation – Appropriation language

2025 Authorization...................................................................................Such sums as may be appropriated

Allocation Method.......................................................................................................Direct Federal

**Program Description and Accomplishments**

The Disaster Human Services Case Management (DHSCM) program is authorized through appropriations language under the Children and Families Services account.  It is maintained and implemented by the ACF Office of Human Services Emergency Preparedness and Response, which leads coordination and collaboration for human service preparedness, response, and recovery in emergencies and natural disasters.

Through the DHSCM program, ACF:

- Develops and sustains a system of policies, guidance, and plans to support individuals and families across ACF human and social service programs after a disaster.  These activities are evaluated and enhanced through ongoing training and exercises.  Collectively, these actions build ACF capability and capacity to provide case management services or other direct support to disaster survivors in affected states, tribes, or territories when activated as a result of a Public Health Emergency from the HHS Secretary, by the Assistant Secretary of ACF for an emergency or crisis, or by a Federal Emergency Management Agency (FEMA) Mission Assignment Task Order (MATO);

- Deploys a cadre of responders who provide psychosocial case management services to survivors on a one-to-one basis by conducting intake assessments, triaging unmet needs, and providing information and referrals, short-term planning, and/or referrals to resources consistent with social work standards of care;

- Administers the Electronic Case Management Record System database, which provides the DHSCM program with an efficient, secure, and cost-effective method of managing disaster survivor data when the program is activated;

- Supports effective information sharing and exchange across human and social service providers, creating a community of practice across jurisdictions nationally; and,

- Develops quality improvement and key performance indicator measurement processes that demonstrate the DHSCM program's social and financial return on investment through research and evaluation.

The annual funding for the DHSCM program enables ACF to develop and maintain and train personnel, ensure administrative and asset management capability, and maintain human and material deployment infrastructure required to execute case management mission operations.

When the DHSCM program is activated by a FEMA MATO, deployment expenses are reimbursed through the Stafford Act Disaster Relief and Emergency Assistance Act.  The DHSCM has been activated to connect individuals and families to human services after such events as the 2017 Hurricanes Harvey, Irma, and Maria, the 2018 Camp and 2019 Paradise Wildfires, 2020 Hurricane Laura, and 2022 Hurricanes Fiona and Ian.

In FY 2023, through the Consolidated Appropriations Act, 2023 (P.L. 117-328), Congress enacted a General Provision to expand funding flexibility for research projects in ACF.  All research funding provided for in the Act could remain available for five years following appropriation. This has allowed for additional time for research and evaluation projects within the Disaster Human Services Case Management program.

Funding for the program - net of any authorized changes such as transfers or reprogramming - for the last five years is as follows:

| | |
|---|---|
| 2021 | $1,864,000 |
| 2022 | $1,864,000 |
| 2023 | $1,864,000 |
| 2024 | $1,864,000 |
| 2025 President's Budget | $1,864,000 |

Funding for this program is also used to pay salaries and benefits for federal employees, information technology support, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget for Disaster Human Services Case Management program is $2 million, the same as the FY 2023 final level. ACF will continue to focus its efforts on leading coordination and collaboration partnerships with HHS human and social service programs.  The collaboration will develop guidelines for disaster human services core capabilities and continue system maintenance for direct case management support to jurisdictions affected by disasters.

The funding will continue to support the development of the ACF disaster human service capability, specifically by:

- Providing training and technical assistance on critical and emerging issue areas, including best practices in disaster assistance for human services topics (e.g., aging and disabled populations, child welfare, domestic and intimate partner violence, human trafficking, tribal nations, recent immigrants);

- Maintaining current agreements for national disaster human services in partnership with FEMA and the American Red Cross;

- Maintaining current deployable capabilities for delivering case management services;

- Establishing programmatic linkage by connecting ACF national disaster human service case management with the Administration for Community Living to ensure support services for individuals with disabilities and older Americans by connecting the continuum of care for disaster survivors with core social services;

- Maintaining ACF's existing database system to enable the efficient exchange of appropriate data between ACF DHSCM human service case managers, other federal officials, and local governments to improve disaster survivor outcomes;

- Maintaining existing data sharing policies, agreements, and records management policies between ACF and appropriate entities to ensure appropriate protections of personally identifiable information throughout data information exchanges;

- Leveraging existing program data sources to support case management interventions; and

- Instituting a quality improvement and assurance process to ensure continued learning and development from previous disasters through the application of social science qualitative analysis research, and review.

The Budget also contains a legislative proposal to establish a disaster human services emergency fund that, pending appropriations, would allow HHS to responsively and strategically direct money to affected areas and specific organizations to support disaster-caused human and social services needs without fiscal year limitation. Recent public emergencies have highlighted the administrative challenges to effectively respond to the real needs of communities and families. Programs need but often do not have the funding authorities and flexibilities to support coordinated, targeted human service delivery following a disaster. This emergency fund would be particularly helpful for disasters that take place near the end of a fiscal year, a time that coincides with the Atlantic hurricane and Western wildfire seasons. Using this fund to help meet surges in service demands, recover from losses, and address immediate needs would significantly reduce time required to provide partners with emergency support. Additionally, the Budget supports a legislative proposal providing ACF authority to lead and coordinate national disaster human services activities to prepare for and respond to disasters and public health emergencies.

**Federal Administration**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Total, Budget Authority | $218,500,000 | $218,500,000 | $230,500,000 | $12,000,000 |

2025 Authorization....................................................................................Such sums as may be appropriated

Allocation Method.......................................................................................................................Direct Federal

**Program Description and Accomplishments**

The Federal Administration account includes funding for salaries, benefits, and associated expenses of ACF necessary to effectively administer federal programs that promote the economic and social well-being of families, children, individuals, and communities. The Federal Administration account covers such expenses for programs that do not have authority to use existing appropriations for this purpose. ACF conducts operations at its headquarters in Washington, D.C., and in the ten regional offices of HHS.

In FY 2019, Congress provided a supplemental appropriation (P.L. 116-20) of $5 million to remain available until expended for necessary administrative expenses directly related to Hurricanes Florence and Michael, Typhoon Mangkhut, Super Typhoon Yutu, and wildfires and earthquakes occurring in calendar year 2018 and tornadoes and floods occurring in calendar year 2019 in those areas for which a major disaster or emergency has been declared. These are being used to support the administrative expenses of staff traveling to disaster-affected locations and between central and regional offices to ensure proper oversight and monitoring of grant and contract activities.

In FY 2023, Congress provided $18 million through Disaster Relief Appropriations Act, 2023 (P.L. 117-328) to remain available until expended for necessary expenses directly related to the consequences of Hurricanes Fiona and Ian.

Funding for the program – net of any authorized changes such as transfers or reprogramming – for five years is as follows:

| | |
|---|---|
| 2021 | $207,500,000 |
| 2022 | $212,500,000 |
| 2023 | $218,500,000 |
| 2023 Supplemental | $18,000,000 |
| 2024 | $218,500,000 |
| 2025 President's Budget | $230,500,000 |

Funding for this program is also used to pay salaries and benefits for federal employees, information technology support, grants paneling, and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget request for Federal Administration is $231 million, an increase of $12 million from the FY 2023 final level. The increase includes $10 million funding for the required cost-of-living increases for federal staff and inflationary increases in non-pay costs (including information technology, equipment, operational services, human resources support, facilities, and training another

personnel support). This request also includes an increase of $2 million to build ACF's federal staff capacity to support Whole Family Service Delivery projects that are separately funded through the Social Services Research and Demonstration program and focus on improving benefits access and service delivery coordination across federal programs.

ACF's total FY 2025 estimated FTE is 2,284, an increase of 565 FTE from the FY 2023 enacted level. This includes 848 FTE supported by Federal Administration and 1,436 FTE paid from other program resources.  The increase from FY 2023 is mostly due to growth in the number of program-funded FTE.

**Performance Analysis**

Since FY 2020, ACF updated the management initiatives captured by the performance measure below to better align with the President's Management Agenda by examining progress related to the following priorities: information technology modernization; data, accountability and transparency; and building the workforce of the future. In FY 2023, ACF achieved its target of demonstrating success in these government-wide management initiatives.

In FY 2023, ACF continued to transform its IT management through development of new digital services, innovative agile tools, and new capabilities in data, which fostered a culture of innovation at ACF. A component of these developments is the launch of the "Program Capacity" tool, an application for the Office of Refugee Resettlement to record bed assignments of unaccompanied children that are in the program's care. The availability and assignment of this data, at the bed and child level, has not existed before and a full nationwide roll out will occur in FY 2024.

The ACF Office of Grants Management (OGM) continues to find ways to improve alignment between financial stewardship and mission outcomes and between programmatic and financial management of ACF's grant awards. In particular, OGM has generated a higher number of supplemental funding packages for Head Start facilities greatly affected by the impacts of climate change. In an effort to restore operations in affected areas, OGM has partnered with data scientists to analyze weather data, grantee information, and demographics by region to best identify areas that would most benefit from ACF pilot funding interventions. These efforts allow ACF to better target training and technical assistance to grantees where additional support may be needed and to free up staff time to focus on high-value problem-solving to support grantees' success. ACF will also continue recent improvements in resolving findings from Single Audits. OGM has also eliminated the backlog of unclosed grants by using a universal closeout process and technology which allowed large numbers of expired financial documents to be closed efficiently and effectively. ACF continues to invest in a diverse, engaged, supported and empowered workforce with a focus on improving supervisors' ability to manage and support employees, including through improvements in supervisory training on both soft skills and technical management topics. ACF made substantial improvements in FY 2023 by establishing the ACF University, a holistic and strategic learning and development program and a new supervisor onboarding program.  ACF has also developed a mentor program and increased communication on how to access support and resources, particularly in remote work environments, by broadening its efforts to focus on ensuring it has the right workforce in place currently and in the future to meets its organizational mission and is invested in creating a high-quality work experience for its staff.

| Measure | Year and Most Recent Result / Target for Recent Result / (Summary of Result) | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| <u>11A</u>: Obtain the highest level of success for each management initiative. (*Outcome*) | FY 2023: Highest level of success in all management initiatives (5)<br><br>Target: 5<br><br>(Target Met) | Highest level of success in all management initiatives (5) | Highest level of success in all management initiatives (5) | Maintain |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR CHILDREN AND FAMILIES
PAYMENTS TO STATES FOR CHILD SUPPORT SERVICES AND FAMILY SUPPORT
PROGRAMS

TABLE OF CONTENTS

Proposed Appropriation Language and Language Analysis ................................................... 219
Authorizing Legislation ........................................................................................................ 220
Appropriations History Table ............................................................................................... 221
Amounts Available for Obligation ........................................................................................ 223
Budget Authority by Activity ............................................................................................... 224
Summary of Changes ............................................................................................................ 225
Justification .......................................................................................................................... 226
  General Statement ............................................................................................................. 226
  Program Descriptions and Accomplishments ................................................................... 227
  Budget Request ................................................................................................................. 230
  Performance Analysis ....................................................................................................... 231
  State Table - Federal Share of Local Administrative Costs and Incentives ...................... 234
  State Table - Access and Visitation Grants ...................................................................... 236

This page intentionally left blank.

ADMINISTRATION FOR CHILDREN AND FAMILIES
Payments to States for Child Support Services and Family Support Programs

**FY 2025 Proposed Appropriation Language and Language Analysis**

*PAYMENTS TO STATES FOR CHILD SUPPORT SERVICES AND*

*FAMILY SUPPORT PROGRAMS*

*For carrying out, except as otherwise provided, titles I, IV-D, X, XI, XIV, and XVI of the Social Security Act and the Act of July 5, 1960, $3,924,000,000, to remain available until expended; and for such purposes for the first quarter of fiscal year 2026, $1,600,000,000, to remain available until expended.*

*For carrying out, after May 31 of the current fiscal year, except as otherwise provided, titles I, IV-D, X, XI, XIV, and XVI of the Social Security Act and the Act of July 5, 1960, for the last 3 months of the current fiscal year for unanticipated costs, incurred for the current fiscal year, such sums as may be necessary.*

| Language Provision | Explanation |
|---|---|
| *Payments to States for Child Support Services and Family Support Programs* | The appropriations account title is changed to align with the program's commitment to serve the whole family and provide services that promote family self-sufficiency so children receive reliable support from both parents. |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Payments to States for Child Support Services and Family Support Programs

**Authorizing Legislation**

| Statutory Citations | FY 2024 Amount Authorized | FY 2024 Amount Appropriated | FY 2025 Amount Authorized | FY 2025 President's Budget |
|---|---|---|---|---|
| Payments to States for Child Support Enforcement and Family Support Programs:  Titles I, IV-A and –D, X, XI, XIV and XVI of the Social Security Act and the Act of July 5, 1960 | Indefinite | $5,027,962,700 | Indefinite | $5,160,000,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Payments to States for Child Support Services and Family Support Programs

**Appropriations History Table**

| Year | Budget Estimate to Congress | Appropriation |
|---|---|---|
| 2016 | | |
| Appropriation | 2,944,974,000 | 2,944,974,000 |
| Advance | 1,160,000,000 | 1,160,000,000 |
| Indefinite | | 19,802,000 |
| Sequestration | | -68,000 |
| Total | 4,104,974,000 | 4,124,708,000 |
| | | |
| 2017 | | |
| Appropriation | 3,010,631,000 | 3,010,631,000 |
| Advance | 1,300,000,000 | 1,300,000,000 |
| Sequestration | | -69,000 |
| Total | 4,310,631,000 | 4,310,562,000 |
| | | |
| 2018 | | |
| Appropriation | 2,995,400,000 | 2,995,400,000 |
| Advance | 1,400,000,000 | 1,400,000,000 |
| Sequestration | | -66,000 |
| Total | 4,395,400,000 | 4,395,334,000 |
| | | |
| 2019 | | |
| Appropriation | 2,922,247,000 | 2,922,247,000 |
| Advance | 1,400,000,000 | 1,400,000,000 |
| Sequestration | | -62,000 |
| Total | 4,322,247,000 | 4,322,185,000 |
| | | |
| 2020 | | |
| Appropriation | 2,890,000,000 | 2,890,000,000 |
| Advance | 1,400,000,000 | 1,400,000,000 |
| Indefinite | | 276,248,232 |
| Sequestration | | -59,000 |
| Total | 4,290,000,000 | 4,566,189,232 |
| | | |
| 2021 | | |
| Appropriation | 3,039,000,000 | 3,039,000,000 |
| Advance | 1,400,000,000 | 1,400,000,000 |
| Sequestration | | -57,000 |
| Total | 4,457,500,000 | 4,438,943,000 |
| | | |
| 2022 | | |
| Appropriation | 2,795,000,000 | 2,795,000,000 |

| Year | Budget Estimate to Congress | Appropriation |
|---|---|---|
| Advance | 1,400,000,000 | 1,400,000,000 |
| Sequestration | -567,500 | -567,500 |
| Total | 4,194,432,500 | 4,194,432,500 |
| | | |
| 2023 | | |
| Appropriation | 2,883,000,000 | 2,883,000,000 |
| Advance | 1,300,000,000 | 1,300,000,000 |
| Indefinite | | 445,592,715 |
| Sequestration | -580,100 | -580,100 |
| Total | 4,182,419,900 | 4,628,012,615 |
| | | |
| 2024 | | |
| Appropriation | 3,309,000,000 | 3,729,000,000 |
| Advance | 1,300,000,000 | 1,300,000,000 |
| Sequestration | -1,037,300 | -1,037,300 |
| Total | 4,607,962,700 | 5,027,962,700 |
| | | |
| 2025 | | |
| Appropriation | 3,924,000,000 | |
| Advance | 1,400,000,000 | |
| Sequestration | -1,291,400 | |
| Total | 5,322,708,600 | |
| | | |
| 2026 | | |
| Advance | 1,600,000,000 | |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Payments to States for Child Support Services and Family Support Programs

**Amounts Available for Obligation**

| Budgetary Resources | FY 2023 Final | FY 2024 CR | FY 2025 Current Law | FY 2025 President's Budget |
|---|---|---|---|---|
| Advance, B.A. | $1,300,000,000 | $1,300,000,000 | $1,400,000,000 | $1,400,000,000 |
| Definite, B.A. | 2,883,000,000 | 3,729,000,000 | 3,924,000,000 | 3,760,000,000 |
| Indefinite, B.A. | 445,592,715 | 0 | 0 | 0 |
| Sequestration | -580,100 | -1,037,300 | -1,291,400 | -1,291,400 |
| **Subtotal, Net Budget Authority** | **$4,628,012,615** | **$5,027,962,700** | **$5,322,708,600** | **$5,158,708,600** |
| Unobligated balance, lapsing | -24,917,199 | 0 | 0 | 0 |
| Unobligated balance, start of year | 123,518,414 | 197,754,469 | 99,000,000 | 99,000,000 |
| Recoveries of prior year obligations | 361,729,278 | 200,000,000 | 200,000,000 | 200,000,000 |
| Unobligated balance, end of year | -197,754,469 | -99,000,000 | -99,210,000 | -99,210,000 |
| **Total Obligations** | **$4,890,588,639** | **$5,326,717,169** | **$5,522,498,600** | **$5,358,498,600** |
| *Advance Requested for FY 2026* | | | *$1,600,000,000* | *$1,600,000,000* |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Payments to States for Child Support Services and Family Support Programs

**Budget Authority by Activity**

| Activity | FY 2023 Final | FY 2024 CR | FY 2025 Current Law | FY 2025 President's Budget |
|---|---|---|---|---|
| Child Support Services | | | | |
| State Child Support Administrative Costs | $3,937,610,861 | $4,300,080,964 | $4,540,071,000 | $4,375,071,000 |
| Federal Incentive Payments to States | 635,163,326 | 667,050,000 | 718,273,000 | 718,273,000 |
| Access and Visitation Grants | 10,000,000 | 10,000,000 | 10,000,000 | 10,000,000 |
| Subtotal, Child Support Enforcement | $4,582,774,187 | $4,977,130,964 | $5,268,344,000 | $5,103,344,000 |
| Other Programs | | | | |
| Payments to Territories - Adults | 33,000,000 | 33,000,000 | 33,000,000 | 33,000,000 |
| Repatriation | 12,238,428 | 17,831,736 | 21,364,600 | 22,364,600 |
| Subtotal, Other Programs | $45,238,428 | $50,831,736 | $54,364,600 | $55,364,600 |
| **Total, Budget Authority** | **$4,628,012,615** | **$5,027,962,700** | **$5,322,708,600** | **$5,158,708,600** |
| *Advance Requested for FY 2026* | | | *1,600,000,000* | *$1,600,000,000* |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Payments to States for Child Support Services and Family Support Programs

**Summary of Changes**

FY 2024 CR
  Total estimated budget authority                    $5,027,962,700
  (Obligations)                                       $5,326,717,169
FY 2025 President's Budget
  Total estimated budget authority                    $5,158,708,600
  (Obligations)                                       $5,358,498,600

  Net change                                            $130,745,900

| Description of Changes | FY 2024 CR | Change from Base |
|---|---|---|
| Increases: | | |
| A. Built-in: | | |
| 1) State Child Support Administrative Costs: Technical baseline change reflects changes made to anticipated claims/costs by grantees | $4,300,080,964 | $239,990,036 |
| 2) Federal Incentive Payments to States: Technical baseline change reflects adjustments in CPI-U rate | $667,050,000 | $51,223,000 |
| 3) Repatriation: Technical baseline change to reflect changes in program costs | $17,831,736 | $4,824,264 |
| Subtotal, Built-in Increases | | $296,037,300 |
| B. Program: | | |
| 1) Repatriation: Reflects increase to Repatriation cap | $17,831,736 | $1,000,000 |
| Total Increases | | $297,037,300 |
| Decreases: | | |
| A. Built-in: | | |
| 1) Repatriation: FY 2025 sequestration | $17,831,736 | -$1,291,400 |
| B. Program: | | |
| 1) State Child Support Administrative Costs: Reflects anticipated decrease in claims/costs by grantees by authorizing access to IRS data for child support contractors and tribes | $4,300,080,964 | -$165,000,000 |
| Total Decreases | | -$166,291,400 |
| Net Change | | $130,745,900 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Payments to States for Child Support Services and Family Support Programs

**Justification**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2024 CR |
|---|---|---|---|---|
| Total, Budget Authority | $4,628,012,615 | $5,027,962,700 | $5,158,708,600 | $130,745,900 |
| Total, Obligations | $4,890,588,639 | $5,326,717,169 | $5,358,498,600 | $31,781,431 |

Authorizing Legislation – Titles I, IV-A and IV-D, X, XI, XIV and XVI of the Social Security Act

2025 Authorization...................................Indefinite pending Congressional action, except as identified in Sections 1113 and 1603 of the Social Security Act

Allocation Method...............................................................................................................Formula Grant

**General Statement**

The Payments to States for Child Support Services and Family Support Programs appropriation provides funding for four programs:

- state and tribal child support programs, including incentive payments to states for child support services;

- access and visitation grants;

- payments to certain territories for adult-only benefits under assistance programs for aged, blind, and disabled residents; and

- temporary cash and services for repatriated U.S. citizens and dependents.

The purpose of these programs is to provide funding to states to support state-administered programs of financial assistance and services for low-income families to promote child well-being and the economic security, independence, and self-sufficiency of the family.  (The payments to territories and repatriation programs are paid from the same appropriation as child support grants but are not administered by the child support agencies.)

In FY 2023, ACF obligated $4.9 billion for Child Support Services and Family Support Programs.  ACF estimates FY 2024 obligations will be $5.3 billion and requests $5.2 billion of budget authority in FY 2025 to support $5.4 billion in obligations.  This account is partially subjected to sequestration in accordance with the Balanced Budget and Emergency Deficit Control Act of 1985 (P.L. 99-177), as amended by the Budget Control Act of 2011 (P.L. 112-25); only the repatriation program funding in this account is affected.

## Program Descriptions and Accomplishments

The Social Services Amendments of 1975 (P.L. 93-647) established the federal child support enforcement program as Part D of title IV of the Social Security Act (the Act).  The program provides: (1) funding to states and tribes through a federal match of state and tribal administrative costs and (2) incentive funding to states for meeting performance targets.  The purpose of the program is to foster parental responsibility and to promote family independence and self-sufficiency and child well-being by supporting state and tribal child support agencies in providing the following services:

- locating noncustodial parents;

- establishing parentage;

- establishing and enforcing support orders;

- modifying orders when appropriate;

- collecting and disbursing child support payments; and

- establishing and enforcing health care coverage.

Many child support functions occur at the state, local, or tribal level.  Parents may apply to their state, local, or tribal child support agency for child support services.  Parents who receive Temporary Assistance for Needy Families (TANF) are automatically referred to the agency for services.

The Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA) (P.L.104-193) made major reforms to the program, including the addition of new enforcement tools to assist in the collection of child support and new requirements for state automated data processing systems. PRWORA created the capped Access and Visitation Grants program to establish and administer programs to support and facilitate noncustodial parents' access to, and visitation with, their children.

Other legislation since PRWORA has changed the child support services program.  The Child Support Performance and Incentive Act of 1998 (CSPIA) (P.L. 105-200) established the performance and incentive system that is currently used to award federal incentive payments to states.  The Deficit Reduction Act of 2005 (DRA) (P.L. 109-171) also made changes, including requiring states to assess a $25 user fee to families who have never received TANF when the family receives at least $500 in annual collections.  The DRA encourages states to send more child support funds to former and current welfare families rather than use those funds as cost recovery.  The Bipartisan Budget Act of 2018 (P.L. 115-13) revised the collection fee from $25 to $35 and the threshold amount from $500 to $550.

The primary aim of the child support services program has evolved from government cost recovery for families receiving government assistance to income support for families.  Custodial families receiving TANF are required to assign their rights to child support to the state as a condition of receipt of assistance.  However, states may choose to distribute some of these child support collections to families, in lieu of government cost recovery, by adopting a combination of state options enacted as part of the DRA and PRWORA.  As of FY 2022, 27 states chose to distribute all or a portion of collections. As a result of these changes, the program distributes on average 96 percent of collections directly to children and families with the remaining funds retained by the state or federal government.  In FY 2022, federal and state governments retained less than $1.2 billion to reimburse cash assistance costs.  For families with children that have never received TANF or Foster Care maintenance payments, the program sends

collections directly to the custodial parents. Title IV-D child support collections in FY 2022 were $27.4 billion. In FY 2022, child support services programs served 12.8 million children.

The child support services program operates as a robust partnership between the federal government and state, local, and tribal governments. Each state and tribe manages cases and operates its own child support program in accordance with state or tribal, and federal regulations. ACF helps state, local, and tribal child support agencies develop, manage, and operate their programs effectively and in accordance with federal law. ACF operates the Federal Parent Locator Service (FPLS), which includes the National Directory of New Hires (NDNH), to assist states and localities in their efforts to locate parents, establish child support orders, and collect such support. ACF also operates the Federal Offset and Passport Denial programs that states use to provide limited enforcement and collection services, such as federal tax refund intercepts and passport denials. Additionally, ACF manages the U.S. Central Authority for International Child Support and is responsible for coordinating with over 50 foreign countries and states to provide child support services when one parent resides outside the country.

The federal government provides funding to states through a 66 percent match rate for allowable state administrative expenditures that are determined by federal statute, regulations, and policy. Federally recognized Indian tribes and Alaska Native organizations are eligible to apply for direct funding for child support programs. Tribes apply for two-year start-up grants and receive 100 percent federal funding. Tribes with approved comprehensive applications receive 90 percent federal funding of their program needs for the first three years of operations and 80 percent federal funding thereafter. As of December 2023, there are 60 tribes receiving funding to operate child support programs and one tribe in the start-up phase. In February 2024, ACF published a final rule that eliminates the non-federal share of program expenditures requirement for tribal child support programs, effective FY2025. The rule responds to consistent feedback and recommendations from tribes about the hardships the non-federal share creates for tribes with existing child support programs and those considering a program.

States also receive performance-based incentive payments. States receive these incentives (or are subject to performance penalties) based on meeting thresholds for five measures: paternity establishment, child support order establishment, current support collections, collection of arrears payments, and cost-efficiency for administering the program. The total amount of the incentive pool provided to states is fixed and based on a formula set in statute. It is estimated to be $736 million for FY 2025. States must use incentive funds for child support expenditures, but these expenditures are not eligible for the 66 percent federal match rate.

One of the primary methods of collecting child support payments is through payroll deductions, as required by the Family Support Act of 1988 (P.L. 100-485). The percentage of child support payments collected through payroll deductions was 72 percent in FY 2022. The Preventing Sex Trafficking and Strengthening Families Act (P.L. 113-183) was enacted in September 2014 and mandated all states to electronically transmit any income withholding orders to employers, at the option of the employer, no later than October 1, 2015. Using electronic income withholding (e-IWO) allows families to receive child support payments more quickly since e-IWOs are sent to employers electronically rather than through the mail. In FY 2023, 2.3 million e-IWOs were successfully processed.

The program has also become more successful in helping parents work together to support their children and ensuring that low-income noncustodial parents can secure the resources they need. A growing body of research supports the effectiveness of a range of strategies that child support agencies can use to help strengthen the ability and willingness of even the lowest-income noncustodial parents to support their children and to move more nonpaying cases to payment status. As a result, many state child support

programs have implemented evidence-based and cost-effective strategies that complement traditional law enforcement practices, particularly for those parents who have limited incomes and who face multiple challenges to supporting their children.  State, local, and tribal child support agencies routinely engage in outreach, early intervention, case management, referral to other services, and other strategies in partnership with veterans, fatherhood, workforce, prisoner reentry, child welfare, and domestic violence programs to increase parental support.  In 2022, ACF issued guidance and informational memoranda on debt forgiveness, title IV-E assignment, domestic violence resource and training, and same-sex parents. This guidance helps to ensure custodial and noncustodial parents receive the services needed to care for their children. For example, the debt-forgiveness program in Massachusetts allows the Commissioner to equitably adjust the amount of child support arrearages owed to the commonwealth when the obligor has no present or future ability to pay the full arrearages. Children with same-sex parents may receive child support just like those in traditional father-mother families.

Another component of ACF's child support services portfolio is the Access and Visitation Grants program authorized at $10 million a year.  A designated state agency, which is usually not the state child support agency, uses these grant funds to establish and administer programs to support and facilitate noncustodial parents' access to, and visitation with, their children.  The statute specifies certain activities that may be funded, which include voluntary and mandatory mediation, counseling, education, the development of parenting plans, supervised visitation, neutral drop-off and pick-up locations, and the development of guidelines for visitation and alternative custody arrangements.

ACF's child support services research portfolio is multi-faceted.  A variety of research and evaluation components are administered to understand more about cost and program effectiveness.  Research and evaluation within the portfolio have consisted of (1) supporting large multi-state demonstrations which include random assignment evaluations, (2) funding a supplement to the Census Bureau's Current Population survey, and (3) supporting research activities of other government programs and agencies by conducting matches of their research samples to the NDNH, subject to federal law, regulation, guidance, and other requirements to protect data privacy and security.  (NDNH information may be disclosed only if the research purpose is likely to contribute to achieving the purposes of the TANF and/or child support program.)

ACF's child support services portfolio also includes grants to states and tribal child support agencies, or their state umbrella agencies, for demonstration projects, waivers, and other research-related partnerships authorized by Section 1115(a) of the Social Security Act at $4 million a year.  Section 1115 demonstration grants must be used for research and to improve the child support program.

This appropriation also funds grants to territories for maintenance assistance programs for the aged, blind, and disabled.  It provides aid to states to furnish financial assistance to needy individuals who are 65 years of age or over, are blind, or are 18 years of age or over and permanently and totally disabled.  These grants are subject to spending limitations under Section 1108 of the Social Security Act.  Grant awards are made based on territories' claims.

The final program funded out of this appropriation is the Repatriation Program.  This program provides temporary assistance to citizens of the United States and to dependents of citizens who are without available resources and have been identified by the Department of State as having returned from a foreign country to the United States because of destitution or illness or because of war, threat of war, invasion, or similar crisis.

Section 1113(a) of the Social Security Act caps the funding level for the temporary financial assistance received by individuals under that section at $1 million each fiscal year. Congress has historically increased this cap temporarily in response to emergencies. In recent years, the cap was increased to $10 million in FY 2020 in response to the coronavirus pandemic. The cap was increased to $10 million in both FY 2021 and FY 2022 in response to repatriation efforts from Afghanistan.

Since the 1980s, the Repatriation Program has entered into agreements with states, territories, and other services providers to support both routine repatriate arrivals and mass evacuations/repatriations, such as in the event of natural disasters. The program has the authority to reimburse the provision of direct services and related planning and administrative costs. In January 1997, the program entered into a cooperative agreement with a national private organization to assist the federal government with certain administrative and financial management activities. All individuals receiving assistance are expected to repay the cost of such assistance.

Section 1113(b) authorizes the Secretary to develop plans and make arrangements for the provision of temporary assistance. Planning activities related to repatriation are not subject to the statutory funding limit. To improve the Repatriation Program's operational capabilities across federal, state, and local jurisdictions, ACF has identified multiple, deliberate planning and readiness activities for execution, including development of specific processes for executing a repatriation during a pandemic. As part of its planning activities, ACF has established a training and technical assistance center to address gaps identified in jurisdictional repatriation operational activities and enhance state plans for emergency repatriation incidents. Additionally, ACF is partnering with states to conduct exercises to enhance federal and state readiness to assist repatriated citizens across an expanding global threat environment.

The Act of July 5, 1960 (P.L. 86-571) provides for the hospitalization of mentally ill nationals returned from foreign countries and authorizes HHS to receive any eligible person at any port of entry, temporarily care for and treat at suitable facilities, and otherwise render assistance to such person. Costs for assisting these individuals are not subject to the cap in Section 1113(a).

Funding for the Repatriation Program is also used to pay information technology support and other related administrative costs.

Obligations for the Child Support Services and Family Support appropriation for five years have been:

| | |
|---|---|
| 2021 | $4,599,977,309 |
| 2022 | $4,590,397,692 |
| 2023 | $4,890,588,639 |
| 2024 | $5,326,700,000 |
| 2025 President's Budget | $5,358,500,000 |

## Budget Request

The FY 2025 President's Budget request is $5.2 billion, an increase of $131.0 million from the FY 2024 CR level. This includes the current law baseline increase of $295 million and a $164 million decrease under proposed law due to the legislative proposals discussed below. Further, $1.6 billion will be needed for the first quarter of FY 2026 to assure the timely awarding of first quarter grants.

The FY 2025 Budget includes a proposal to authorize child support services contractors and tribal child support services access to federal tax information, including Federal Tax Refund Offset Program data. This proposal would revise the Internal Revenue Code and the Social Security Act to provide child

support services program contractors and tribal child support services programs with the same disclosure authority as federal, state, or local child support services employees to address a longstanding statutory gap.  Adding this enforcement tool will increase the likelihood of success for tribal programs in securing support for children in need of their services, as well as boosting child support collections.  This legislative update also fulfills a critical need for child support services programs that rely on contractors to provide mission critical roles for effective program administration, including state disbursement units and payment centers support, information technology, legal support, and program and customer support services.  Without contractor access to federal tax information, ACF estimates increased federal spending to reimburse state child support services for additional administrative costs.  This proposal is estimated to save approximately $165 million in FY 2025 and $1.2 billion over ten years.

The FY 2025 Budget also includes a legislative request to permanently increase the statutory cap on the provision of temporary repatriation assistance to U.S. citizens from $1 million to $10 million annually, and to index it to inflation, in order to better position the program to respond when a mass evacuation of U.S. citizens is necessary.  ACF estimates a probabilistic score of $1 million in FY 2025.

## Performance Analysis

In FY 2022, child support services programs nationwide continued to grapple with the impacts of the pandemic.  Even though there have been some improvements, returning to pre-pandemic performance levels remains a challenging endeavor.  The full scope of the pandemic's long-term effects on these programs is still uncertain.

The performance area most significantly affected was paternity establishment, which is a crucial first step in securing a child support order.  The lack of hospital access created challenges to obtaining in-hospital paternity acknowledgments resulting in a substantial decline in the statewide Paternity Establishment Percentage (PEP) from 94 percent in FY 2019 to 90 percent in FY 2021.  In response to these challenges, ACF published the Paternity Establishment Percentage Performance Relief final rule on May 27, 2022.  Effective immediately, this final rule responds to the negative effect of the public health emergency on state child support operations.  The final rule modifies the Paternity Establishment Percentage (PEP) from the 90 percent performance threshold to 50 percent for federal fiscal years 2020, 2021, and 2022 for a state to avoid a financial penalty.  The final rule also provides that adverse findings of data reliability audits of a state's paternity establishment data will not result in a financial penalty in federal fiscal years 2020, 2021, and 2022.  In addition, ACF is in the process of finalizing a rule which establishes standards allowing ACF to provide state child support programs with relief from certain child support program performance penalties due to natural disasters and other calamities when such events have a negative impact on state child support program operations.

In FY 2022 total child support collections distributed, including both title IV-D and non-IV-D collections, were $30.5 billion. Title IV-D collections were $27.4 billion.  Of this amount, 96 percent went directly to families.  Federal and state governments retained less than $1.1 billion to reimburse cash assistance costs, highlighting a basic shift in the program from welfare cost recovery to family payments over the past two decades.

Enhanced federal enforcement tools play a significant role in helping to maintain collections. Collections coming directly from various federal programs including Federal Tax Refund Offset, Social Security Administration Garnishments, Multi-State Financial Institution Data Match (MSFIDM), Passport Denial Program, National Directory of New Hires-Federal Case Registry Match, and Insurance Match, have grown substantially in the last decade.  Annual collections from federal sources in FY 2022 were $4.4

billion, representing 14 percent of total title IV-D and non-IV-D collections for the year.  The majority of the federally attributable collections came from the Federal Tax Refund Offset program, which collected over $2.3 billion in FY 2022.  An additional $8.6 million was collected through the Administrative Offset program.  Reported collections from the Passport Denial Program increased by approximately 76 percent in FY 2022.  Collections reported from the MSFIDM increased to $185 million in FY 2022, while collections reported from the Insurance Match program increased by approximately 50 percent.  Estimated collections from NDNH-attributable income wage withholdings increased by 9 percent from FY 2021; an estimated $934 million was collected from new hire data maintained in the NDNH.

The program will continue to focus on increased efficiency of state programs through approaches such as automated systems of case management, initiatives to modify child support orders, improving collaboration with families and partner organizations, and building on evidence-based innovations.  With regard to future targets for distributed child support collections, the FY 2025 target is $28 billion to reflect the continued challenges facing the program, including a return to modest growth in collections and declining caseload.

The child support program promotes equity at the core of all its services which are reflected in its performance measures.  The child support program serves a highly disadvantaged population. Nearly two thirds of the families it serves are living at or below 200 percent of the federal poverty level.  By establishing paternity, establishing orders, and collecting current support and arrears, it encourages equitable outcomes for these families and society as a whole.

| Measure | Year and Most Recent Result/ Target for Recent Result / (Summary of Result) | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 20.1LT: Maintain annual child support distributed collections. (*Outcome*) | FY 2022: $27.4B<br><br>Target: $30B<br><br>(Target Not Met) | $30B | $28B | - $2B |
| 20A: Maintain the paternity establishment percentage (PEP) among children born out-of-wedlock. (*Outcome*) | FY 2022: 93%<br><br>Target: 95%<br><br>(Target Not Met, but Improved) | 90% | 90% | Maintain |
| 20B: Maintain the percentage of IV-D (child support) cases having support orders. (*Outcome*) | FY 2022: 87%<br><br>Target: 90%<br><br>(Target Not Met) | 90% | 88% | - 2 |
| 20C: Maintain the IV-D (child support) collection rate for current support. (*Outcome*) | FY 2022: 65%<br><br>Target: 68%<br><br>(Target Not Met) | 68% | 68% | Maintain |

| Measure | Year and Most Recent Result/ Target for Recent Result / (Summary of Result) | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 20D: Maintain the percentage of paying cases among IV-D (child support) arrearage cases. (*Outcome*) | FY 2022: 65% <br><br> Target: 66% <br><br> (Target Not Met) | 66% | 66% | Maintain |
| 20E: Maintain the cost-effectiveness ratio (total dollars collected per $1 of expenditures). (*Efficiency*) | FY 2022: $4.73 <br><br> Target: $5.20 <br><br> (Target Not Met) | $5.20 | $5.20 | Maintain |
| 20i: Total cases with orders established. (*Output*) | FY 2022: 10.7 million <br><br> (Historical Actual) | N/A | N/A | N/A |
| 20ii: Total number of paternities established. (*Output*) | FY 2022: 1.3 million <br><br> (Historical Actual) | N/A | N/A | N/A |
| 20iii: Total amount of current support distributed. (*Output*) | FY 2022: $20.2B <br><br> (Historical Actual) | N/A | N/A | N/A |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Federal Share of Local Administrative Costs and Incentives**

**Formula Grants**

CFDA #        93.563

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Alabama | $62,192,880 | $69,036,700 | $69,099,149 | $62,450 |
| Alaska | 12,500,427 | 13,875,997 | 13,888,549 | 12,552 |
| Arizona | 72,400,318 | 80,367,383 | 80,440,082 | 72,699 |
| Arkansas | 41,008,083 | 45,520,688 | 45,561,866 | 41,178 |
| California | 753,852,044 | 836,807,317 | 837,564,284 | 756,967 |
| Colorado | 65,773,993 | 73,011,885 | 73,077,931 | 66,046 |
| Connecticut | 64,506,099 | 71,604,469 | 71,669,242 | 64,773 |
| Delaware | 21,518,583 | 23,886,528 | 23,908,136 | 21,607 |
| District of Columbia | 36,395,098 | 40,400,082 | 40,436,627 | 36,545 |
| Florida | 221,733,926 | 246,133,937 | 246,356,587 | 222,650 |
| Georgia | 86,855,169 | 96,412,872 | 96,500,086 | 87,214 |
| Hawaii | 19,353,472 | 21,483,164 | 21,502,597 | 19,433 |
| Idaho | 7,584,061 | 8,418,625 | 8,426,240 | 7,615 |
| Illinois | 129,442,234 | 143,686,297 | 143,816,274 | 129,977 |
| Indiana | 85,948,728 | 95,406,685 | 95,492,989 | 86,304 |
| Iowa | 44,386,111 | 49,270,441 | 49,315,010 | 44,570 |
| Kansas | 28,107,235 | 31,200,207 | 31,228,430 | 28,223 |
| Kentucky | 49,533,900 | 54,984,702 | 55,034,441 | 49,739 |
| Louisiana | 69,954,039 | 77,651,911 | 77,722,154 | 70,243 |
| Maine | 24,090,011 | 26,740,921 | 26,765,110 | 24,190 |
| Maryland | 120,542,773 | 133,807,523 | 133,928,564 | 121,041 |
| Massachusetts | 81,433,971 | 90,395,116 | 90,476,886 | 81,770 |
| Michigan | 182,279,646 | 202,338,035 | 202,521,068 | 183,033 |
| Minnesota | 135,413,467 | 150,314,615 | 150,450,588 | 135,973 |
| Mississippi | 42,229,475 | 46,876,485 | 46,918,888 | 42,404 |
| Missouri | 50,915,118 | 56,517,912 | 56,569,037 | 51,125 |
| Montana | 16,099,915 | 17,871,579 | 17,887,746 | 16,166 |
| Nebraska | 32,347,140 | 35,906,679 | 35,939,160 | 32,481 |
| Nevada | 56,182,843 | 62,365,307 | 62,421,722 | 56,415 |
| New Hampshire | 17,966,610 | 19,943,689 | 19,961,729 | 18,041 |
| New Jersey | 199,601,336 | 221,565,836 | 221,766,262 | 200,426 |
| New Mexico | 32,037,324 | 35,562,770 | 35,594,940 | 32,170 |
| New York | 300,395,860 | 333,451,976 | 333,753,613 | 301,637 |
| North Carolina | 119,021,337 | 132,118,665 | 132,238,178 | 119,513 |
| North Dakota | 11,015,333 | 12,227,481 | 12,238,541 | 11,061 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Ohio | 227,364,030 | 252,383,588 | 252,611,892 | 228,303 |
| Oklahoma | 47,354,818 | 52,565,830 | 52,613,380 | 47,550 |
| Oregon | 75,023,568 | 83,279,300 | 83,354,634 | 75,334 |
| Pennsylvania | 187,741,462 | 208,400,880 | 208,589,397 | 188,517 |
| Rhode Island | 14,046,115 | 15,591,775 | 15,605,880 | 14,104 |
| | | | | |
| South Carolina | 41,858,089 | 46,464,231 | 46,506,262 | 42,031 |
| South Dakota | 9,641,055 | 10,701,975 | 10,711,655 | 9,681 |
| Tennessee | 89,961,170 | 99,860,663 | 99,950,996 | 90,333 |
| Texas | 285,510,296 | 316,928,377 | 317,215,067 | 286,690 |
| Utah | 34,341,533 | 38,120,539 | 38,155,022 | 34,483 |
| | | | | |
| Vermont | 10,736,868 | 11,918,373 | 11,929,154 | 10,781 |
| Virginia | 81,441,687 | 90,403,681 | 90,485,459 | 81,778 |
| Washington | 113,084,702 | 125,528,752 | 125,642,304 | 113,552 |
| West Virginia | 25,876,737 | 28,724,261 | 28,750,245 | 25,984 |
| Wisconsin | 96,603,439 | 107,233,860 | 107,330,863 | 97,003 |
| Wyoming | 8,464,884 | 9,396,375 | 9,404,875 | 8,500 |
| **Subtotal, States** | **$4,643,669,013** | **$5,154,666,939** | **$5,159,329,795** | **$4,662,856** |
| | | | | |
| Indian Tribes | 59,320,381 | 60,281,486 | 82,289,984 | 22,008,498 |
| | | | | |
| Guam | 8,422,813 | 9,349,675 | 9,358,133 | 8,458 |
| Puerto Rico | 29,376,531 | 32,609,179 | 32,638,677 | 29,498 |
| Virgin Islands | 8,439,621 | 9,368,333 | 9,376,807 | 8,474 |
| **Subtotal, Territories** | **$46,238,965** | **$51,327,186** | **$51,373,616** | **$46,430** |
| | | | | |
| **Total States/Territories** | **$4,749,228,359** | **$5,266,275,611** | **$5,292,993,395** | **$26,717,784** |
| | | | | |
| **TOTAL RESOURCES** | **$4,749,228,359** | **$5,266,275,611** | **$5,292,993,395** | **$26,717,784** |

Note: Funding for all years includes prior year funding available for obligation.

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Access and Visitation Grants**

**Formula Grants**

CFDA #        93.597

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Alabama | $155,319 | $155,319 | $155,319 | $0 |
| Alaska | 100,000 | 100,000 | 100,000 | 0 |
| Arizona | 176,532 | 176,532 | 176,532 | 0 |
| Arkansas | 103,512 | 103,512 | 103,512 | 0 |
| California | 876,618 | 876,618 | 876,618 | 0 |
| Colorado | 110,147 | 110,147 | 110,147 | 0 |
| Connecticut | 100,000 | 100,000 | 100,000 | 0 |
| Delaware | 100,000 | 100,000 | 100,000 | 0 |
| District of Columbia | 100,000 | 100,000 | 100,000 | 0 |
| Florida | 534,477 | 534,477 | 534,477 | 0 |
| Georgia | 318,823 | 318,823 | 318,823 | 0 |
| Hawaii | 100,000 | 100,000 | 100,000 | 0 |
| Idaho | 100,000 | 100,000 | 100,000 | 0 |
| Illinois | 290,083 | 290,083 | 290,083 | 0 |
| Indiana | 183,505 | 183,505 | 183,505 | 0 |
| Iowa | 100,000 | 100,000 | 100,000 | 0 |
| Kansas | 100,000 | 100,000 | 100,000 | 0 |
| Kentucky | 122,800 | 122,800 | 122,800 | 0 |
| Louisiana | 171,376 | 171,376 | 171,376 | 0 |
| Maine | 100,000 | 100,000 | 100,000 | 0 |
| Maryland | 154,874 | 154,874 | 154,874 | 0 |
| Massachusetts | 158,328 | 158,328 | 158,328 | 0 |
| Michigan | 279,070 | 279,070 | 279,070 | 0 |
| Minnesota | 151,541 | 151,541 | 151,541 | 0 |
| Mississippi | 118,541 | 118,541 | 118,541 | 0 |
| Missouri | 146,090 | 146,090 | 146,090 | 0 |
| Montana | 100,000 | 100,000 | 100,000 | 0 |
| Nebraska | 100,000 | 100,000 | 100,000 | 0 |
| Nevada | 102,519 | 102,519 | 102,519 | 0 |
| New Hampshire | 100,000 | 100,000 | 100,000 | 0 |
| New Jersey | 171,356 | 171,356 | 171,356 | 0 |
| New Mexico | 100,000 | 100,000 | 100,000 | 0 |
| New York | 408,293 | 408,293 | 408,293 | 0 |
| North Carolina | 336,323 | 336,323 | 336,323 | 0 |
| North Dakota | 100,000 | 100,000 | 100,000 | 0 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Ohio | 308,718 | 308,718 | 308,718 | 0 |
| Oklahoma | 136,857 | 136,857 | 136,857 | 0 |
| Oregon | 100,000 | 100,000 | 100,000 | 0 |
| Pennsylvania | 285,093 | 285,093 | 285,093 | 0 |
| Rhode Island | 100,000 | 100,000 | 100,000 | 0 |
| | | | | |
| South Carolina | 167,733 | 167,733 | 167,733 | 0 |
| South Dakota | 100,000 | 100,000 | 100,000 | 0 |
| Tennessee | 184,964 | 184,964 | 184,964 | 0 |
| Texas | 947,642 | 947,642 | 947,642 | 0 |
| Utah | 100,000 | 100,000 | 100,000 | 0 |
| | | | | |
| Vermont | 100,000 | 100,000 | 100,000 | 0 |
| Virginia | 206,166 | 206,166 | 206,166 | 0 |
| Washington | 152,207 | 152,207 | 152,207 | 0 |
| West Virginia | 100,000 | 100,000 | 100,000 | 0 |
| Wisconsin | 140,493 | 140,493 | 140,493 | 0 |
| Wyoming | 100,000 | 100,000 | 100,000 | 0 |
| **Subtotal, States** | **$9,700,000** | **$9,700,000** | **$9,700,000** | **$0** |
| | | | | |
| Guam | 100,000 | 100,000 | 100,000 | 0 |
| Puerto Rico | 100,000 | 100,000 | 100,000 | 0 |
| Virgin Islands | 100,000 | 100,000 | 100,000 | 0 |
| **Subtotal, Territories** | **$300,000** | **$300,000** | **$300,000** | **$0** |
| | | | | |
| **Total States/Territories** | **$10,000,000** | **$10,000,000** | **$10,000,000** | **$0** |
| | | | | |
| **TOTAL RESOURCES** | **$10,000,000** | **$10,000,000** | **$10,000,000** | **$0** |

This page intentionally left blank.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR CHILDREN AND FAMILIES
SOCIAL SERVICES BLOCK GRANT

TABLE OF CONTENTS

Proposed Appropriation Language and Language Analysis ................................................. 241
Authorizing Legislation .................................................................................................... 242
Appropriations History Table ........................................................................................... 243
Amounts Available for Obligation .................................................................................... 245
Budget Authority by Activity ........................................................................................... 245
Summary of Changes ....................................................................................................... 246
Justification ..................................................................................................................... 247
  General Statement ......................................................................................................... 247
  Program Descriptions and Accomplishments ................................................................ 247
  Budget Request ............................................................................................................. 248
  Performance Analysis .................................................................................................... 249
  State Table - Social Services Block Grant ..................................................................... 250

This page intentionally left blank.

ADMINISTRATION FOR CHILDREN AND FAMILIES
Social Services Block Grant

**FY 2025 Proposed Appropriation Language and Language Analysis**

*For making grants to States pursuant to section 2002 of the Social Security Act, $1,700,000,000:*

*Provided, That notwithstanding subparagraph (B) of section 404(d)(2) of such Act, the applicable percent*

*specified under such subparagraph for a State to carry out State programs pursuant to title XX-A of such*

*Act shall be 10 percent.*

ADMINISTRATION FOR CHILDREN AND FAMILIES
Social Services Block Grant

**Authorizing Legislation**

| Statutory Citations | FY 2024 Amount Authorized | FY 2024 Amount Appropriated | FY 2025 Amount Authorized | FY 2025 President's Budget |
|---|---|---|---|---|
| Social Services Block Grant: Section 2001 of the Social Security Act | $1,700,000,000 | $1,603,100,000 | $1,700,000,000 | $1,700,000,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Social Services Block Grant

**Appropriations History Table**

| Year | Budget Estimate to Congress | Appropriation |
|---|---|---|
| 2016 | | |
| Appropriation | 1,700,000,000 | 1,700,000,000 |
| Pre-appropriated | 385,000,000 | 85,000,000 |
| Sequestration | | -115,600,000 |
| Total | 2,085,000,000 | 1,669,400,000 |
| | | |
| 2017 | | |
| Appropriation | 1,700,000,000 | 1,700,000,000 |
| Pre-appropriated | 85,000,000 | 85,000,000 |
| Sequestration | | -123,165,000 |
| Total | 1,785,000,000 | 1,661,835,000 |
| | | |
| 2018 | | |
| Appropriation | 0 | 1,700,000,000 |
| Pre-appropriated | 85,000,000 | 85,000,000 |
| Sequestration | | -112,200,000 |
| Total | 85,000,000 | 1,672,800,000 |
| | | |
| 2019 | | |
| Appropriation | 0 | 1,700,000,000 |
| Pre-appropriated | 85,000,000 | 85,000,000 |
| Sequestration | | -105,400,000 |
| Total | 85,000,000 | 1,679,600,000 |
| | | |
| 2020 | | |
| Appropriation | 0 | 1,700,000,000 |
| Pre-appropriated | 85,000,000 | 85,000,000 |
| Sequestration | | -100,300,000 |
| Total | 85,000,000 | 1,684,700,000 |
| | | |
| 2021 | | |
| Appropriation | 0 | 1,700,000,000 |
| Pre-Appropriated | 0 | 3,600,000 |
| Sequestration | | -96,900,000 |
| Total | 0 | 1,606,700,000 |

| Year | Budget Estimate to Congress | Appropriation |
|---|---|---|
| 2022 | | |
| Appropriation | 1,700,000,000 | 1,700,000,000 |
| Sequestration | -96,900,000 | -96,900,000 |
| Total | 1,603,100,000 | 1,603,100,000 |
| | | |
| 2023 | | |
| Appropriation | 1,700,000,000 | 1,700,000,000 |
| Sequestration | -96,900,000 | -96,900,000 |
| Total | 1,603,100,000 | 1,603,100,000 |
| | | |
| 2024 | | |
| Appropriation | 1,700,000,000 | 1,700,000,000 |
| Sequestration | -96,900,000 | -96,900,000 |
| Total | 1,603,100,000 | 1,603,100,000 |
| | | |
| 2025 | | |
| Appropriation | 1,700,000,000 | |
| Sequestration | -96,900,000 | |
| Total | 1,603,100,000 | |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Social Services Block Grant

**Amounts Available for Obligation**

| Budgetary Resources | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Appropriation, B.A. | $1,700,000,000 | $1,700,000,000 | $1,700,000,000 |
| Sequestration | -96,900,000 | -96,900,000 | -96,900,000 |
| **Subtotal, Net Budget Authority** | **$1,603,100,000** | **$1,603,100,000** | **$1,603,100,000** |
| **Total Obligations** | **$1,603,100,000** | **$1,603,100,000** | **$1,603,100,000** |

**Budget Authority by Activity**

| Activity | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Social Services Block Grant | $1,603,100,000 | $1,603,100,000 | $1,603,100,000 |
| **Total, Budget Authority** | **$1,603,100,000** | **$1,603,100,000** | **$1,603,100,000** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Social Services Block Grant

**Summary of Changes**

FY 2024 CR
  Total estimated budget authority                        $1,603,100,000
FY 2025 President's Budget
  Total estimated budget authority                        $1,603,100,000

Net change                                                     $0

ADMINISTRATION FOR CHILDREN AND FAMILIES
Social Services Block Grant

**Justification**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2024 CR |
|---|---|---|---|---|
| Social Services Block Grant | $1,603,100,000 | $1,603,100,000 | $1,603,100,000 | $0 |

Authorizing Legislation – Sections 2001 and 2008 of the Social Security Act

2025 Authorization..................................................................................$1,700,000,000 for SSBG

Allocation Method....................................................................Formula and Competitive Grants/Contracts

**General Statement**

The Social Services Block Grant (SSBG) appropriation account includes funding for SSBG and, through FY 2022, the Health Profession Opportunity Grants (HPOG) programs.  SSBG provides support for a broad array of social services for children and adults.  HPOG provided grants to support demonstration projects designed to provide Temporary Assistance to Needy Families (TANF) program recipients and other low-income individuals with the opportunity to obtain education and training for occupations in the health care field that pay well and are expected to either experience labor shortages or be in high demand.

The Omnibus Reconciliation Act of 1981 (P.L. 97-35) amended Title XX of the Social Security Act to establish SSBG as a block grant to states that is currently capped at $1.7 billion in the authorizing statute (42 U.S.C. 1397b).  The Omnibus Territories Act (P.L. 95-134) established that territories of the U.S. may receive multiple funding sources under one authority, one application for funding, and following one program's rules. This authority, as amended by the SSBG law, set funding amounts as received in 1981.

In FY 2010, the Patient Protection and Affordable Care Act (P.L. 111-148, P. L. 111-152) created HPOG and appropriated funding for the program through FY 2014 at $85 million per year.  The Consolidated Appropriations Act, 2021 (P.L. 116-260) authorized the program through the end of fiscal year 2022 for $3.6 million for fiscal years 2021 and 2022 for the purposes of monitoring the last year of a grants cohort and completing research and evaluation activities.

This account is subject to sequestration in accordance with the Balanced Budget and Emergency Deficit Control Act of 1985 (P.L. 99-177), as amended by the Budget Control Act of 2011 (P.L. 112-25).

**Program Descriptions and Accomplishments**

Social services funded by SSBG grants must be linked to one or more of these statutory goals:

- Achieve or maintain economic self-support to prevent, reduce, or eliminate dependency;

- Achieve or maintain self-sufficiency, including reduction or prevention of dependency;

- Prevent or remedy neglect, abuse, or exploitation of children and adults unable to protect their own interests or preserve, rehabilitate, or reunite families;

- Prevent or reduce inappropriate institutional care by providing for community-based care, home-based care, or other forms of less intensive care; and

- Secure referral or admission for institutional care when other forms of care are not appropriate or providing services to individuals in institutions.

SSBG funds are distributed to the 50 states and the District of Columbia based on each state's population relative to all other states. Distributions are made to Puerto Rico, Guam, American Samoa, the U.S. Virgin Islands, and the Commonwealth of the Northern Mariana Islands based on the same ratio allotted to them in 1981 as compared to the total 1981 appropriation. The territories may consolidate up to 22 health and human services program grants for operation under SSBG in the Consolidated Block Grant. Puerto Rico does not consolidate. There are no matching requirements.

Prior to receipt of grant awards under SSBG, each state or territory must report on the intended use of the payments, including information on the types of activities to be supported and whether children, adults, or seniors are to be served. At the end of the fiscal year, the state or territory reports on the actual services provided with their grants and the recipients served.

In addition to their annual SSBG fund allocation, states may transfer up to 10 percent of their TANF block grants to the SSBG. Funds transferred from TANF to SSBG are to be used only for programs or services to children or their families whose income is less than 200 percent of the federal income poverty guideline.

States expended $2.66 billion in total SSBG funding in FY 2022, including the transfer of funds from the TANF block grant, serving just over 20 million individuals and their families. Of the total expenditures, almost 60 percent were from the states' SSBG allocations with the rest from TANF transfer funds. Of the total recipients, 46 percent were children and 54 percent were adults.

In FY 2023, 57 SSBG grants were made with a range of $55,162 to $193,090,896 with an average of $28,303,508. In FY 2024, 57 SSBG grants will be made with a range of $55,279 to $186,680,573 with an average of $28,626,786.

Funding for the programs – net of any authorized changes such as transfers or reprogramming – for five years is as follows:

| Fiscal Year | SSBG | HPOG | Total |
|---|---|---|---|
| 2021 | $1,603,100,000 | $3,600,000 | $1,606,700,000 |
| 2022 | $1,603,100,000 | $0 | $1,603,100,000 |
| 2023 | $1,603,100,000 | $0 | $1,603,100,000 |
| 2024 | $1,603,100,000 | $0 | $1,603,100,000 |
| 2025 President's Budget | $1,603,100,000 | $0 | $1,603,100,000 |

**Budget Request**

The FY 2025 President's Budget request for SSBG is $1.7 billion, the same as the FY 2024 CR level. The request does not include the amount required by law to be sequestered in FY 2025, which is $96.9 million.

In FY 2025, ACF expects to issue 57 grants with a range of $55,279 to $186,680,573 and an average of $28,626,785.

**Performance Analysis**

Annual performance measure 21A encourages effective administration of SSBG by tracking total state administrative expenditures as a proportion of total SSBG expenditures.  SSBG reporting rules require that states submit post-expenditure reports detailing the types of activities and services funded with SSBG funds, and characteristics of the recipients of services. In the reports submitted by states for FY 2022, the average of 50 states, the District of Columbia, the Commonwealth of Puerto Rico, the Massachusetts Commission for the Blind, and the territories of American Samoa, Guam, the Northern Mariana Islands, and the United States Virgin Islands showed that 2.7 percent of SSBG funds were spent for administrative costs.  This result is well below the FY 2022 target of 4 percent.  This reduction in administrative costs since the first year of data collection began in FY 2005 means that a greater percentage of funding was expended for direct services and, thus, reached a greater number of recipients.

The future year target for FY 2025 remains at four percent to maintain rigor while also ensuring that states can spend an appropriate amount on administration to run their programs effectively.  Some of the improvement in performance may be attributed to the fact that states are more familiar with the process of reporting expenditures by specific SSBG service category, rather than combining expenditures associated with providing a specific service into the "administrative" spending category.   ACF will continue targeted technical assistance efforts that aim to keep administrative costs to no more than four percent, as well as appropriately identifying expenditures that may be inappropriately categorized as administrative costs to other activities and services.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 21A: Decrease administrative costs as a percent of total costs. (*Efficiency*) | FY 2022: 2.7%<br><br>Target: 4%<br><br>(Target Exceeded) | 4% | 4% | Maintain |
| 21B: Decrease the percentage of variance between projected expenditures, by service for each state, and actual expenditures. (*Outcome*) | FY 2022: 77%<br><br>Target: 80%<br><br>(Target Not Met) | 80% | 80% | Maintain |
| 21i: Number of individuals receiving services funded in whole or in part by SSBG. (*Output*) | FY 2022: 20.0 million<br><br>(Historical Actual) | N/A | N/A | N/A |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Social Services Block Grant**

**Formula Grants**

CFDA #        93.667

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Alabama | $24,270,778 | $24,270,778 | $24,270,778 | $0 |
| Alaska | 3,508,788 | 3,508,788 | 3,508,788 | 0 |
| Arizona | 35,199,648 | 35,199,648 | 35,199,648 | 0 |
| Arkansas | 14,567,534 | 14,567,534 | 14,567,534 | 0 |
| California | 186,680,573 | 186,680,573 | 186,680,573 | 0 |
| Colorado | 27,932,849 | 27,932,849 | 27,932,849 | 0 |
| Connecticut | 17,344,439 | 17,344,439 | 17,344,439 | 0 |
| Delaware | 4,871,072 | 4,871,072 | 4,871,072 | 0 |
| District of Columbia | 3,213,289 | 3,213,289 | 3,213,289 | 0 |
| Florida | 106,398,830 | 106,398,830 | 106,398,830 | 0 |
| Georgia | 52,197,189 | 52,197,189 | 52,197,189 | 0 |
| Hawaii | 6,888,577 | 6,888,577 | 6,888,577 | 0 |
| Idaho | 9,274,555 | 9,274,555 | 9,274,555 | 0 |
| Illinois | 60,180,901 | 60,180,901 | 60,180,901 | 0 |
| Indiana | 32,682,982 | 32,682,982 | 32,682,982 | 0 |
| Iowa | 15,308,338 | 15,308,338 | 15,308,338 | 0 |
| Kansas | 14,048,632 | 14,048,632 | 14,048,632 | 0 |
| Kentucky | 21,582,752 | 21,582,752 | 21,582,752 | 0 |
| Louisiana | 21,955,503 | 21,955,503 | 21,955,503 | 0 |
| Maine | 6,626,196 | 6,626,196 | 6,626,196 | 0 |
| Maryland | 29,486,079 | 29,486,079 | 29,486,079 | 0 |
| Massachusetts | 33,395,360 | 33,395,360 | 33,395,360 | 0 |
| Michigan | 47,993,993 | 47,993,993 | 47,993,993 | 0 |
| Minnesota | 27,345,764 | 27,345,764 | 27,345,764 | 0 |
| Mississippi | 14,062,536 | 14,062,536 | 14,062,536 | 0 |
| Missouri | 29,549,680 | 29,549,680 | 29,549,680 | 0 |
| Montana | 5,370,766 | 5,370,766 | 5,370,766 | 0 |
| Nebraska | 9,412,739 | 9,412,739 | 9,412,739 | 0 |
| Nevada | 15,199,546 | 15,199,546 | 15,199,546 | 0 |
| New Hampshire | 6,673,505 | 6,673,505 | 6,673,505 | 0 |
| New Jersey | 44,299,473 | 44,299,473 | 44,299,473 | 0 |
| New Mexico | 10,108,299 | 10,108,299 | 10,108,299 | 0 |
| New York | 94,117,442 | 94,117,442 | 94,117,442 | 0 |
| North Carolina | 51,174,073 | 51,174,073 | 51,174,073 | 0 |
| North Dakota | 3,727,270 | 3,727,270 | 3,727,270 | 0 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Ohio | 56,230,198 | 56,230,198 | 56,230,198 | 0 |
| Oklahoma | 19,227,036 | 19,227,036 | 19,227,036 | 0 |
| Oregon | 20,280,926 | 20,280,926 | 20,280,926 | 0 |
| Pennsylvania | 62,046,188 | 62,046,188 | 62,046,188 | 0 |
| Rhode Island | 5,231,420 | 5,231,420 | 5,231,420 | 0 |
| South Carolina | 25,267,276 | 25,267,276 | 25,267,276 | 0 |
| South Dakota | 4,351,763 | 4,351,763 | 4,351,763 | 0 |
| Tennessee | 33,727,138 | 33,727,138 | 33,727,138 | 0 |
| Texas | 143,633,928 | 143,633,928 | 143,633,928 | 0 |
| Utah | 16,170,646 | 16,170,646 | 16,170,646 | 0 |
| Vermont | 3,094,961 | 3,094,961 | 3,094,961 | 0 |
| Virginia | 41,534,468 | 41,534,468 | 41,534,468 | 0 |
| Washington | 37,240,059 | 37,240,059 | 37,240,059 | 0 |
| West Virginia | 8,490,718 | 8,490,718 | 8,490,718 | 0 |
| Wisconsin | 28,184,502 | 28,184,502 | 28,184,502 | 0 |
| Wyoming | 2,780,793 | 2,780,793 | 2,780,793 | 0 |
| **Subtotal, States** | **$1,594,141,970** | **$1,594,141,970** | **$1,594,141,970** | **$0** |
| American Samoa | 58,060 | 58,060 | 58,060 | 0 |
| Guam | 276,397 | 276,397 | 276,397 | 0 |
| Northern Mariana Islands | 55,279 | 55,279 | 55,279 | 0 |
| Puerto Rico | 8,291,897 | 8,291,897 | 8,291,897 | 0 |
| Virgin Islands | 276,397 | 276,397 | 276,397 | 0 |
| **Subtotal, Territories** | **$8,958,030** | **$8,958,030** | **$8,958,030** | **$0** |
| **Total States/Territories** | **$1,603,100,000** | **$1,603,100,000** | **$1,603,100,000** | **$0** |
| **TOTAL RESOURCES** | **$1,603,100,000** | **$1,603,100,000** | **$1,603,100,000** | **$0** |

This page intentionally left blank.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR CHILDREN AND FAMILIES
PROMOTING SAFE AND STABLE FAMILIES

## TABLE OF CONTENTS

| | |
|---|---|
| Proposed Appropriation Language and Language Analysis | 255 |
| Authorizing Legislation | 256 |
| Appropriations History Table | 257 |
| Amounts Available for Obligation | 259 |
| Budget Authority by Activity | 260 |
| Summary of Changes | 261 |
| Justification | 262 |
| General Statement | 262 |
| Program Descriptions and Accomplishments | 263 |
| Budget Request | 268 |
| Performance Analysis | 269 |
| State Table - Promoting Safe and Stable Families | 274 |
| State Table - Personal Responsibility Education Program | 276 |
| State Table - Sexual Risk Avoidance Education Grants Program | 278 |

This page intentionally left blank.

ADMINISTRATION FOR CHILDREN AND FAMILIES
Promoting Safe and Stable Families

**FY 2025 Proposed Appropriation Language and Language Analysis**

*For carrying out, except as otherwise provided, section 436 of the Social Security Act, $345,000,000 and, for carrying out, except as otherwise provided, section 437 of such Act, $76,515,000: Provided, That of the funds available to carry out section 437, $59,765,000 shall be allocated consistent with subsections (b) through (d) of such section: Provided further, That of the funds available to carry out section 437, to assist in meeting the requirements described in section 471(e)(4)(C), $10,000,000 shall be for grants to each State, territory, and Indian tribe operating title IV–E plans for developing, enhancing, or evaluating kinship navigator programs, as described in section 427(a)(1) of such Act and $6,750,000, in addition to funds otherwise appropriated in section 476 for such purposes, shall be for the Family First Clearinghouse and to support evaluation and technical assistance relating to the evaluation of child and family services: Provided further, That section 437(b)(1) shall be applied to amounts in the previous proviso by substituting "5 percent" for "3.3 percent", and notwithstanding section 436(b)(1), such reserved amounts may be used for identifying, establishing, and disseminating practices to meet the criteria specified in section 471(e)(4)(C): Provided further, That the reservation in section 437(b)(2) and the limitations in section 437(d) shall not apply to funds specified in the second proviso: Provided further, That the minimum grant award for kinship navigator programs in the case of States and territories shall be $200,000, and, in the case of tribes, shall be $25,000.*

ADMINISTRATION FOR CHILDREN AND FAMILIES
Promoting Safe and Stable Families

**Authorizing Legislation**

| Statutory Citations | FY 2024 Amount Authorized | FY 2024 Amount Appropriated | FY 2025 Amount Authorized | FY 2025 President's Budget |
|---|---|---|---|---|
| Promoting Safe and Stable Families: Sections 436, 437, and 438 of the Social Security Act (SSA) | $545,000,000 | $411,850,000 | Such sums | $721,515,000 |
| Personal Responsibility Education Program: Section 513 of the SSA | $75,000,000 | $75,000,000 | $0 | $75,000,000 |
| Sexual Risk Avoidance Education: Section 510 of the SSA | $75,000,000 | $75,000,000 | $0 | $0 |
| Total request level | $695,000,000 | $561,850,000 | | $796,515,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Promoting Safe and Stable Families

**Appropriations History Table**

| Year | Budget Estimate to Congress | Appropriation |
|---|---|---|
| **2016** | | |
| Appropriation | 434,765,000 | 404,765,000 |
| Pre-Appropriated | 125,000,000 | 150,000,000 |
| Sequestration | | -23,460,000 |
| Total | 559,765,000 | 531,305,000 |
| | | |
| **2017** | | |
| Appropriation | 467,515,000 | 404,765,000 |
| Pre-Appropriated | 90,000,000 | 150,000,000 |
| Sequestration | | -34,155,000 |
| Transfer | | -185,893 |
| Total | 557,515,000 | 520,424,107 |
| | | |
| **2018** | | |
| Appropriation | 404,359,000 | 452,765,000 |
| Pre-Appropriated | | 150,000,000 |
| Sequestration | | -22,770,000 |
| Total | | 579,995,000 |
| | | |
| **2019** | | |
| Appropriation | 444,765,000 | 459,765,000 |
| Pre-Appropriated | 150,000,000 | 150,000,000 |
| Sequestration | | -21,390,000 |
| Transfer | | -205,592 |
| Total | 594,765,000 | 588,169,408 |
| | | |
| **2020** | | |
| Appropriation | 474,765,000 | 937,515,000 |
| Pre-Appropriated | 150,000,000 | 150,000,000 |
| Sequestration | | -20,355,000 |
| Total | 624,765,000 | 1,067,160,000 |
| | | |
| **2021** | | |
| Appropriation | 474,765,000 | 427,515,000 |
| Pre-Appropriated | 150,000,000 | 150,000,000 |
| Supplemental | | 85,000,000 |
| Sequestration | | -19,665,000 |
| Total | 624,765,000 | 642,850,000 |

| Year | Budget Estimate to Congress | Appropriation |
|---|---|---|
| 2022 | | |
| Appropriation | 451,000,000 | 427,515,000 |
| Pre-Appropriated | 150,000,000 | 150,000,000 |
| Sequestration | -28,215,000 | -28,215,000 |
| Total | 572,785,000 | 549,300,000 |
| | | |
| 2023 | | |
| Appropriation | 751,000,000 | 431,515,000 |
| Pre-Appropriated | 150,000,000 | 150,000,000 |
| Sequestration | -28,215,000 | -28,215,000 |
| Total | 872,785,000 | 553,300,000 |
| | | |
| 2024 | | |
| Appropriation | 751,000,000 | 431,515,000 |
| Pre-Appropriated | 75,000,000 | 150,000,000 |
| Sequestration | -19,665,000 | -19,665,000 |
| Total | 806,335,000 | 561,850,000 |
| | | |
| 2025 | | |
| Appropriation | 721,515,000 | |
| Pre-Appropriated | 75,000,000 | |
| Sequestration | -19,665,000 | |
| Total | 776,850,000 | |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Promoting Safe and Stable Families

**Amounts Available for Obligation**

| Budgetary Resources | FY 2023 Final | FY 2024 CR | FY 2025 Current Law | FY 2025 President's Budget |
|---|---|---|---|---|
| Appropriation, B.A. | $581,515,000 | $581,515,000 | $431,515,000 | $796,515,000 |
| Sequestration | -28,215,000 | -19,665,000 | -19,665,000 | -19,665,000 |
| **Subtotal, Net Budget Authority** | **$553,300,000** | **$561,850,000** | **$411,850,000** | **$776,850,000** |
| Unobligated balance, lapsing | -2,225,542 | 0 | 0 | 0 |
| Unobligated balance, start of year | 60,931,692 | 72,114,256 | 65,077,204 | 65,077,204 |
| Recoveries of prior year obligations | 17,386,875 | 0 | 0 | 0 |
| Unobligated balance, end of year | -72,114,256 | -65,077,204 | -59,779,217 | -59,443,603 |
| **Total Obligations** | **$557,278,769** | **$568,887,052** | **$417,147,987** | **$782,483,601** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Promoting Safe and Stable Families

**Budget Authority by Activity**

| Activity | FY 2023 Final | FY 2024 CR | FY 2025 Current Law | FY 2025 President's Budget |
|---|---|---|---|---|
| Promoting Safe and Stable Families, Discretionary | $86,515,000 | $86,515,000 | $86,515,000 | $76,515,000 |
| Promoting Safe and Stable Families, Mandatory | 325,335,000 | 325,335,000 | 325,335,000 | 625,335,000 |
| Personal Responsibility Education Program | 70,725,000 | 75,000,000 | 0 | 75,000,000 |
| Sexual Risk Avoidance Education | 70,725,000 | 75,000,000 | 0 | 0 |
| **Total, Budget Authority** | **$553,300,000** | **$561,850,000** | **$411,850,000** | **$776,850,000** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Promoting Safe and Stable Families

**Summary of Changes**

FY 2023 Final
  Total estimated budget authority                              $553,300,000
  (Obligations)                                     $557,278,769
FY 2025 President's Budget
  Total estimated budget authority                              $776,850,000
  (Obligations)                                     $782,483,601

Net change                                          $223,550,000

| Description of Changes | FY 2023 Final | Change from Base |
|---|---|---|
| Increases: | | |
| B. Program: | | |
| 1) Personal Responsibility Education Program: Proposal to re-authorize PREP in FY 2025 | $70,725,000 | $4,275,000 |
| 2) PSSF Mandatory: Reflects expansion and modernize of the Court Improvement Program by $30 million, $40 million to address the intersection of substance-use disorders and child welfare involvement, $50 million to support costs of legal services, and $180 million to support the PSSF formula grants to states and tribes | $325,335,000 | $300,000,000 |
| Total, Increases | | $304,275,000 |
| Decreases: | | |
| B. Program: | | |
| 1) Promoting Safe and Stable Families Disc.: Reflects $10 million decrease due to less financial resources being needed for formula grants to states and tribal agencies operating title IV-E programs to develop, enhance, or evaluate kinship navigator programs | $86,515,000 | -$10,000,000 |
| 2) Sexual Risk Avoidance Education: No funding is being requested for this account in FY 2025. | $70,725,000 | -$70,725,000 |
| Total, Decreases | | -$80,725,000 |
| Net Change | | $223,550,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Promoting Safe and Stable Families

**Justification**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Promoting Safe and Stable Families, Discretionary | $86,515,000 | $86,515,000 | $76,515,000 | -$10,000,000 |
| Promoting Safe and Stable Families, Mandatory | $325,335,000 | $325,335,000 | $625,335,000 | $300,000,000 |
| Personal Responsibility Education Program | $70,725,000 | $75,000,000 | $75,000,000 | $4,275,000 |
| Sexual Risk Avoidance Education | $70,725,000 | $75,000,000 | $0 | -$70,725,000 |
| Total, Budget Authority | $553,300,000 | $561,850,000 | $776,850,000 | $223,550,000 |

Authorizing Legislation – Sections 427, 435-438, 510 and 513 of the Social Security Act

2025 Authorization......... $345,000,000 for section 436 of the Social Security Act, such sums as may be appropriated for section 437, and such sums as may be appropriated for the Personal Responsibility Education Program, pending Congressional action on the proposal in this request.

Allocation Method......................................................................................Formula and Competitive Grants

**General Statement**

The MaryLee Allen Promoting Safe and Stable Families (PSSF) appropriation provides funding for the PSSF program, the Personal Responsibility Education Program (PREP), and Title V Sexual Risk Avoidance Education (SRAE) (originally authorized as Abstinence Education). The appropriation for the PSSF program includes both mandatory and discretionary budget authority.

The Social Security Act of 1935 (P.L. 74-271) authorized the first federal grants for child welfare. In 1993, the Omnibus Budget Reconciliation Act (P.L. 103-66) created the Family Preservation and Family Support Services Program, which became Promoting Safe and Stable Families, under title IV-B-2 of the Social Security Act, with passage of the Adoption and Safe Families Act of 1997 (P.L. 105-89). The Family First Prevention Services Act (FFPSA) (P.L. 115-123) amended and reauthorized the program through FY 2021. The SUPPORT for Patients and Communities Act (P.L. 115-271) further amended PSSF by adding a requirement for ACF to award a grant or contract for a family recovery and reunification program replication project. Attached to the FY 2020 Appropriations Act was the Family First Transition Act (P.L. 116-94), which provided grantees with additional resources to implement the requirements of FFPSA, including $500 million for FFPSA Transition Grants that were awarded in May 2020. That law also renamed the program the "MaryLee Allen Promoting Safe and Stable Families Program." The Consolidated Appropriations Act (P.L. 117-328) reauthorized both mandatory and discretionary appropriations through FY 2023.

In FY 2010, the Patient Protection and Affordable Care Act (P.L. 111-148, P.L. 111-152) created PREP under section 513 of the Social Security Act and reauthorized Abstinence Education under section 510 of the Social Security Act through FY 2014.  Federal support of abstinence education programs began in 1982 through the Adolescent Family Life Act under the Omnibus Budget Reconciliation Act of 1981 (P.L. 97-35).  In 1996, federal funding for abstinence programs grew with the enactment of the Personal Responsibility and Work Opportunity Reconciliation Act, popularly known as welfare reform (P.L. 104-193).  In FY 2018, Congress amended section 510 to discontinue the Title V State Abstinence Education program and to create the Title V SRAE program, which provides funding to states and community-based organizations to teach youth to avoid non-marital sexual activity and other risky behaviors.  The SRAE program also addresses the social, psychological, and health gains to be realized by refraining from non-marital sexual activity and engaging in healthy relationships.  PREP addresses the prevention of pregnancy and sexually transmitted infections, including HIV/AIDS.  PREP also addresses the transition to adulthood by focusing on six statutorily mandated "adulthood preparation" topics (adolescent development, educational and career success, financial literacy, healthy life skills, healthy relationships, and parent-child communication) and targets services to high-risk youth populations.  Both programs were reauthorized for FY 2018 and FY 2019 at $75 million per program per year in the Bipartisan Budget Act of 2018 (P.L. 115-123) and for FY 2020 in the Further Consolidated Appropriations Act, 2020 (P.L. 116-94). The Coronavirus Aid, Relief, and Economic Security Act (P.L. 116-136) authorized both programs through September 30, 2023.

In FY 2023, through the Consolidated Appropriations Act, 2022 (P.L. 117-328), Congress enacted a General Provision to expand funding flexibility for research projects in ACF.  All research funding provided for in the Act could remain available for five years following appropriation. This has allowed for additional time for research and evaluation projects within the PSSF program.

In FY 2023, ACF obligated $564.7 million for programs in the PSSF appropriation.  This account is subject to sequestration in accordance with section 251A of the Balanced Budget and Emergency Deficit Control Act of 1985 (P.L. 99-177), as amended by the Budget Control Act of 2011 (P.L. 112-25), which generally affects funding for PSSF, PREP, and SRAE.

**Program Descriptions and Accomplishments**

PSSF is an annually appropriated, capped entitlement program designed to enable each state and eligible Indian tribe, tribal organization, and tribal consortium to operate a coordinated program that includes:

- Family preservation services, which are designed to help families alleviate crises, maintain the safety of children in their own homes, support families who are preparing to reunify or adopt, and assist families to obtain culturally sensitive support.  The statute also allows grantees to support infant safe haven programs.

- Family support services, which are primarily community-based prevention activities designed to promote the safety and well-being of children and families, promote parental competencies and behaviors that will increase the ability of families to successfully nurture their children, enable families to use other resources and opportunities available in the community, create supportive networks to enhance the child-rearing abilities of parents and help compensate for the increased social isolation and vulnerability of families, strengthen parental relationships and promote healthy marriages, and enhance child development, including through mentoring programs. FFPSA amended the definition of family support services to include community-based services to

support and retain foster families to help ensure the availability of quality family-based settings for children in foster care.

- Family reunification services, which are provided to a child who is removed from home and placed in a foster care setting and to the parents or primary caregiver in order to facilitate the reunification of the child safely and appropriately, in a timely fashion, and to ensure the strength and stability of the reunification. FFPSA amended this service category by removing the previous time limit for providing services to the family of a child in foster care and allowing reunification services to be provided for a period of up to 15 months once the child is returned home. Grantees may use funds for counseling; substance-use disorder treatment services; mental health services; assistance to address domestic violence; temporary child care; and therapeutic services for families, including crisis nurseries; peer-to-peer mentoring and support groups for parents and primary caregivers; services and activities to facilitate access to, and visitation of, children in foster care by parents and siblings; and transportation to services.

- Adoption promotion and support services, which are designed to encourage more adoptions of children out of the foster care system when adoptions are in the best interests of the children. They include pre- and post-adoption services and other activities designed to expedite the process and support adoptive families.

The program includes a discretionary appropriation with the same allowable expenses.

PSSF authorizes formula grant funding to states, tribes, and territories. The statute also provides that before PSSF funds are distributed to states for support of these services, a part of the program's funding must be reserved for other grants and activities, including Regional Partnership Grants (RPGs), grants for caseworker visits, Court Improvement Program grants, evaluation, research, and technical assistance.

Formula grants are distributed to states based on the state's share of children in all states receiving Supplemental Nutrition Assistance Program benefits. States are entitled to payments equal to their allotments for use in paying no more than 75 percent of the costs of activities under an approved state plan. The remaining 25 percent of costs must be paid with funds from non-federal sources. States carry out a comprehensive planning process, consulting with a broad range of public and private agencies providing services to families, as well as with parents and families themselves, to ensure that services are coordinated and that funds are spent in a manner responsive to the needs of families.

In addition, three percent of both mandatory and discretionary funds appropriated (after deducting the $40 million specified for RPGs and caseworker visit grants) are reserved for allotment to tribal consortia or Indian tribes that have submitted plans and whose allotment, based on PSSF mandatory funding only, is at least $10,000. Tribal allotments are based on the number of children in the tribe relative to the number of children in all tribes with approved plans. The allotment to Puerto Rico, Guam, the Virgin Islands, the Northern Mariana Islands, and American Samoa is determined by formula.

As described earlier, the statute requires funding to be reserved for other grants and activities prior to the distribution of PSSF funds. These are the statutory provisions that target funds under the PSSF program:

- $20 million from mandatory funds is allocated for state formula grants to improve the quality of caseworker visits with children in foster care, with an emphasis on improving caseworker decision making, training, and retention.

- $30 million of the mandatory appropriation and 3.3 percent of any discretionary appropriation are to be used for state Court Improvement Program (CIP) grants to assess and improve handling of court proceedings related to family preservation, foster care, and adoption.  From the mandatory appropriation, $1 million is reserved for grants to be awarded on a competitive basis among the highest courts of Indian tribes or tribal consortia.  The remainder of the funding is used for CIP, which authorizes formula grants to the highest court in each state for assessment and improvement, data collection and collaboration between courts and child welfare agencies, and training judges, attorneys, and other legal persons in child welfare cases. The Consolidated Appropriations Act, 2021, required that at least 30 percent of funds be used for collaboration and data sharing.

- $6 million of the mandatory appropriation and 3.3 percent of any discretionary appropriation are set aside for evaluation, research, and training, of which $2 million must address the child welfare worker and substance-use disorders initiatives.

- $20 million from mandatory funds are reserved for the RPG program, to provide services and activities to benefit children and families affected by a parent's or caretaker's substance use disorder, including opioid misuse, who come to the attention of the child welfare system. Additionally, Congress provided discretionary funds for this program in appropriations bill from FY 2018 through FY 2020.  Since FY 2017, 53 grants have been awarded through mandatory and discretionary funding.  Results from previous RPG projects demonstrate that the majority of children at risk of removal remained in their parent's custody following enrollment into RPG services. Among youth who were in an out-of-home placement, the rates of placement in permanent settings, including reunification with their parent(s), increased significantly in the year following RPG enrollment. In addition, the overall rates of child maltreatment decreased substantially in the year after enrollment in the RPG program.

The appropriations acts in each of FYs 2018-2023 also included $20 million in discretionary funding to support formula grants to states and tribal agencies operating title IV-E programs to develop, enhance, or evaluate kinship navigator programs to assist kinship caregivers in obtaining services, with five percent of funding designated to support activities to identify, establish, and disseminate evidence-based practices that meet the promising, supported, or well-supported standards for prevention services established in FFPSA.

The FY 2023 appropriations act also included an additional $6.75 million for the Title IV-E Prevention Services Clearinghouse, established pursuant to FFPSA. The Clearinghouse is an important tool through which states can leverage federal dollars to increase prevention services.  ACF uses the Clearinghouse to evaluate evidence-based programs and services that states can incorporate into their Family First prevention plan. These programs and services focus on preventing the need for foster care and addressing the needs of parents, caregivers, and youth, particularly in the areas of mental health, substance use prevention and treatment, and parenting skills.

In addition to the annual appropriation for PSSF programs, the SUPPORT for Patients and Communities Act authorized a project to replicate and evaluate a recovery coach model that is designed to help reunify families and protect children by working with parents or guardians with substance-use disorders who have temporarily lost custody of their children.  The Act appropriated $15 million in FY 2019 to remain available through FY 2026.  ACF is implementing the project through a contract.

ACF requires all grantees to develop a five-year Child and Family Services Plan (CFSP), followed by Annual Progress and Services Reports for the intervening years.  A primary purpose of the CFSP is to facilitate integration of the programs that serve children and families, helping states and tribes to integrate the full array of child welfare services, from prevention and protection through permanency.  As part of their plan submissions, grantees are also required to submit financial forms detailing their planned expenditures for the coming fiscal year and their actual expenditures for the most recently completed grant year.  This process allows ACF to provide oversight to ensure that funds are spent in a manner consistent with approved plans.

For PSSF, in FY 2023, there were 401 awards made, with an average of $1,005,771 and a range of $10,000 to $28,645,894.  It is estimated there will be 397 awards made in FY 2024, with an average award of $1,015,569 and a range of $10,000 to $28,645,894.

Funding for this program is also used to pay salaries and benefits for federal employees, information technology support, grants paneling, and other related administrative costs.

Funding for the PSSF programs post sequestration – net of any authorized changes such as transfers or reprogramming – for five years is as follows:

| Fiscal Year | Mandatory | Discretionary | Total |
|---|---|---|---|
| 2021 | $325,335,000 | $82,515,000 | $407,850,000 |
| 2021 Supplemental | $85,000,000 | $0 | $85,000,000 |
| 2022 | $325,335,000 | $82,515,000 | $407,850,000 |
| 2023 | $325,335,000 | $86,515,000 | $411,850,000 |
| 2024 | $325,335,000 | $86,515,000 | $411,850,000 |
| 2025 President's Budget | $625,335,000 | $76,515,000 | $701,850,000 |

The PREP program supports evidence-based programs that teach youth about abstinence and contraception to prevent pregnancy and sexually transmitted infections including HIV/AIDS.  States are required to target youth between the ages of 10 and 19 who are at high risk for becoming pregnant or who have special circumstances, including living in foster care, being homeless, living with HIV/AIDS, being victims of human trafficking, being pregnant or a mother under 21 years of age, or residing in an area with high teen birth rates.  Grantees must also address at least three of the six mandated adulthood preparation subjects:  healthy relationships, adolescent development, financial literacy, parent-child communication, educational and career success, and healthy life skills.

This program contains several components: State PREP, Competitive PREP, Tribal PREP, and Personal Responsibility Education--Innovative Strategies (PREIS).

- State PREP:  Individual state awards for each fiscal year are based on the proportion of the number of youths between the ages of 10 and 19 in a state to the total number of youths between those ages in all of the states and U.S. territories, with a minimum grant award of $250,000 annually.  In FY 2024, it is anticipated that 49 State PREP grants will be funded at $42,815,136 with awards ranging from $250,000 to $6.2 million.  (New Hampshire and Idaho have relinquished their State PREP grants moving them to the Competitive PREP funding stream.)

- Competitive PREP:  If a state or territory did not submit an application for State PREP in FY 2010 or FY 2011, the state or territory was deemed ineligible to apply for State PREP funds from the amounts allotted to the state or territory in subsequent years.  In FY 2010 and 2011, all fifty

states, the District of Columbia, Puerto Rico, Virgin Islands, Guam, American Samoa, Northern Mariana Islands, the Federated States of Micronesia, the Marshall Islands, and Palau were eligible.  Funds that would have gone to those jurisdictions for FYs 2010 through 2021 were used to award the FYs 2013, 2015, and 2021 cohorts of competitive three-year grants to local organizations and entities for the same purpose and in the same geographic regions.  This competitive grant program applied to 10 eligible jurisdictions: Florida, North Dakota, Texas, Virginia, Indiana, Kansas, New Hampshire, Idaho, American Samoa, and the Marshall Islands. In September 2021, the third cohort of 27 Competitive PREP grantees received awards ranging from $250,000 to $700,000.  This new cohort has a three-year project period with an annual award of $11.42 million. In FY 2024 it is anticipated that $12.43 million will be competed in 10 eligible jurisdictions: Florida, North Dakota, Texas, Virginia, Indiana, Idaho, Kansas, New Hampshire, American Samoa, and the Marshall Islands.

- Tribal PREP:  $3.25 million is available annually for providing grants to tribes and tribal organizations to implement PREP.  Tribal PREP supports grantees and projects that include one year for planning and four years for implementation.  Programs have the first six to nine months of their initial award year to conduct a needs assessment and to plan and develop strategies for capacity building, followed by subsequent years for program implementation, data collection and local evaluation.  Local evaluations are designed to help inform current and future programming and expand the evidence base of prevention education for American Indian and Alaska Native youth.  Programs are encouraged to use models (or elements of models) of existing teen pregnancy prevention programs that have demonstrated, through scientific research, that they are effective in changing behavior.  In FY 2021, a third cohort of eight Tribal PREP grantees received awards ranging from $350,000 to $468,198 for a five-year project period.

- PREIS:  The PREIS program is funded annually at $10 million for competitive grants to entities to implement innovative pregnancy prevention strategies and to target services to high-risk, vulnerable, and culturally under-represented youth populations, including youth in or aging out of foster care, homeless youth, youth with HIV/AIDS, victims of human trafficking, pregnant and parenting women who are under 21 years of age and their partners, and youth residing in areas with high birth rates for youth.  A funding opportunity for the third cohort of PREIS grants resulted in the award of $10.7 million to 12 applicants in FY 2021, with grants ranging from $831,051 to $900,000, for a five-year project period.

- Training, Technical Assistance, and Evaluation:  $6.5 million is reserved to provide training, technical assistance, and evaluation activities. In addition to federal staff salaries, PREP appropriations fund multiple contracts tasked with providing program implementation, performance measurement, evaluation, medical accuracy review, site monitoring support, and other training and technical assistance services.

The Title V Sexual Risk Avoidance Education (SRAE) Program is designed to enable states and community-based organizations to provide messages to youth that normalize the optimal health behavior of avoiding non-marital sexual activity.  The program also addresses the social, psychological, and health benefits gained by refraining from non-marital sexual activity and engaging in healthy relationships.  This formula and competitive grant program are allocated using a pro-rata method based on the ratio of the number of low-income children in each state to the total number of all low-income children in all states.

This program contains two components:

- Title V State SRAE:  All fifty states, the District of Columbia, Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, Northern Mariana Islands, the Federated States of Micronesia, the Marshall Islands, and Palau are eligible to receive a portion of $60 million allotted to implement Title V State SRAE.  Since FY 2018, 37 to 39 states and territories have accepted annual Title V State allocations.  In FY 2024, it is anticipated there will be 38 awards funded at approximately $48 million with grants ranging from $47,492 to $6.8 million.

- Title V Competitive SRAE:  If a state or territory did not submit an application for Title V State SRAE, funds that would have gone to those jurisdictions were used to award competitive two-year grants to local organizations and entities for the same purpose and in the same geographic regions.  In FY 2023, there were 13 new awards totaling $3.5 million and 27 continuation awards at $8.9 million to grantees in eight states and territories that did not accept FY 2023 Title V State SRAE funding.  The range in awards for each year of the two-year project period is $39,869 to $445,125.  In FY 2024, 20 new grants were awarded totaling $8.8 million with a range of $13,501 to $450,000 and 13 continuation awards at $3.5 million in eight states.

Beginning in FY 2016, Congress provided $10 million to award sexual risk avoidance education grants, also referred to as the General Departmental SRAE Program, through a separate appropriation in the HHS General Departmental Management account.  Approximately 10 percent of the funding is reserved for providing training, technical assistance, and data collection activities.  Since FY 2019, the annual appropriation has been increased to $35 million.  The sixth cohort of 31 new grants were awarded in FY 2021 with a range of $327,818 to $424,854 for a total award amount of $12.8 million.  Additionally, 51 continuation awards ranging from $36,864 to $450,000 were funded at a total of $21.6 million.  In FY 2024, it is anticipated there will be 50 new grants awarded with a range of $300,000 to $450,000 totaling $20 million.

Funding for this program is also used to pay salaries and benefits for federal employees, information technology support, grants paneling, and other related administrative costs.

Funding for the PREP and SRAE programs in the PSSF appropriation account– net of any authorized changes such as transfers or reprogramming – for five years is as follows:

| Fiscal Year | PREP | SRAE | Total |
|---|---|---|---|
| 2021 | $75,000,000 | $75,000,000 | $150,000,000 |
| 2022 | $70,725,000 | $70,725,000 | $141,450,000 |
| 2023 | $70,725,000 | $70,725,000 | $141,450,000 |
| 2024 | $75,000,000 | $75,000,000 | $150,000,000 |
| 2025 President's Budget | $75,000,000 | $0 | $75,000,000 |

## Budget Request

The FY 2025 President's Budget request for the PSSF appropriation for the mandatory and discretionary account is $796.5 million, an increase of $215.0 million from the FY 2023 final level. The mandatory request is $645 million, an increase of $300 million from the FY 2023 enacted level for the PSSF program, and $75 million for PREP.  The request does not include the amount required by law to be sequestered in FY 2025, which totals $19.7 million for PSSF.  The discretionary appropriation request is $76.5 million, a decrease of $10.0 million from the FY 2023 enacted level.

The Budget request for the PSSF program discretionary appropriations includes $10 million for formula grants to states and tribal agencies operating title IV-E programs to develop, enhance, or evaluate kinship navigator programs, a decrease of $10 million provided in the FY 2023 appropriation.

The request also includes $6.75 million for the Title IV-E Prevention Services Clearinghouse and to support evaluation and technical assistance relating to the evaluation of child and family serving programs and services. This proposed level of funding for kinship navigator grants reflects the expectation that increasing numbers of agencies will begin participating in the title IV-E Kinship Navigator program, as progress continues in identifying evidence-based models rated by the Prevention Services Clearinghouse.

This Budget continues the request from the FY 2024 President's Budget for a five-year reauthorization of the PSSF program with discretionary appropriations authorized at the current statutory level ($200 million annually) and an increase in the annual mandatory appropriation from $345 million to $645 million.  The increase in the mandatory appropriation would support increased funding for PSSF formula grants to states and tribes.  It would also increase funding for the CIP by $30 million of which $1 million would be for Tribal CIP grants and $29 million for increased funding to state courts to modernize and expand the program and assist courts in meeting additional training and hearing requirements enacted in the Family First Prevention Services Act. In addition, the proposal would increase mandatory funding for the RPG program by $40 million to expand the reach of this evidence-based program to better address the intersection of substance-use disorders and child welfare involvement in more communities around the country.  Finally, the increase would support the creation of a new $50 million formula grant program to support costs of legal services and representation for children and families involved in the child welfare system, including to help them address collateral issues such as housing and domestic violence.

Other proposals continued from the FY 2024 President's Budget include a state plan provision to PSSF requiring states to report on their use of kinship diversion (aka "hidden foster care"), adding kinship support as an allowable use of PSSF funds, revising the formula used to determine whether a tribe qualifies for the required $10,000 minimum allotment needed to receive a grant.

The Budget continues a one-year reauthorization of the PREP program to ensure states and territories, tribes, and community-based organizations have funding available to support youth's access to education on abstinence and contraception to prevent unintended pregnancy and sexually transmitted infections, including HIV/AIDS.

ACF will make an estimated 536 awards for PSSF in FY 2025, with an average award of $1,330,495 and a range of $10,000 to $28,645,894.

**Performance Analysis**

Promoting Safe and Stable Families

Child welfare data are collected from states and reported to the Adoption and Foster Care Analysis Reporting System (AFCARS).  AFCARS was established in 1993 to provide data that would assist in policy development and program management.  Policymakers at the federal, tribal, and state levels use AFCARS to assess the number of children in foster care, the reasons they enter and exit care, and how to prevent their unnecessary placement in foster care.  Specifically, the data include information about children who enter foster care, their entries and exits, placement details, and foster/adoptive parent information.  The data enable ACF to administer the federal title IV-E foster care and adoption assistance programs more effectively.

In May 2020, the AFCARS regulations were updated to streamline efforts to collect more robust data for analyses and to provide the most critical information on the out-of-home care population.  The new regulations are intended to help states focus on improving quality of services and achieving positive outcomes for children and families.  States began reporting data to the new AFCARS data collection system (AFCARS 2020) in October 2022.  As a result of this new implementation of AFCARS 2020, methods for calculating the annual performance measures that use AFCARS data have necessarily changed, and results are not comparable to historical trends. Therefore, FY 2022 results will serve as a pre-baseline, allowing three years for data to stabilize before setting new baselines and subsequent targets in FY 2025.

Establishing permanency for children who are in foster care is one of the primary missions of ACF.  By definition, foster care is intended to be a temporary situation until children may safely exit to permanency, which includes the following:  reunification with parent(s) or primary caretaker(s), living with other relative(s), guardianship, or adoption.  Not only are children in foster care meant to achieve permanency, but ACF seeks to do this a timely manner.  Therefore, annual performance measures 7E and 7F are focused on the amount of time it took for children who exited foster care to move into a permanent home.  Children who remain in care for longer periods of time are less likely to exit to permanency and more likely to emancipate without the benefit of a permanent connection to family.

In FY 2022, states reported that 91.4 percent of children who exited care in less than 24 months exited to a permanent home.  Annual measure 7F examines permanency achievement for children in care 24 months or longer.  In FY 2022, 83.3 percent of these children were placed in permanent homes.  Targets for both 7E and 7F measures will be set in FY 2025.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 7E: Of all children who exit foster care in less than 24 months, maintain the percentage who exit to permanency (reunification, living with relative, guardianship or adoption). (PSSF, Guardianship Assistance) (*Outcome*) | FY 2022: 91.4% (Historical Actual) | TBD | TBD | TBD |
| 7F: Of all children who exit foster care after 24 or more months, maintain the percentage who exit to permanency (reunification, living with relative, guardianship or adoption). (PSSF, Guardianship Assistance) (*Outcome*) | FY 2022: 83.3% (Historical Actual) | TBD | TBD | TBD |
| 7H: Decrease the percent of foster children in care 12 or more months with no case plan goal (including case plan goal "Not Yet Determined"). (Child Welfare Services, PSSF, Foster Care) (*Efficiency*) | FY 2022: 3.4% (Historical Actual) | TBD | TBD | TBD |

Personal Responsibility Education Program (PREP)

The performance measures for PREP have many purposes.  First, the measures promote accountability to ACF by documenting the progress of grantees and their sub-recipients on an annual basis. Second, the measures promote program improvement by identifying grantees that may require additional support to achieve desired performance benchmarks.  Third, the measures provide valuable lessons concerning program implementation that complement the information gathered through other means of evaluation. By tracking quantifiable measures that document the PREP implementation experience for all funded grantees, the performance measures provide a national perspective on program implementation. The FY 2023 performance measures data was reported by 92 PREP grantees across four programs, State PREP, Competitive PREP, Tribal PREP, and PREIS.

The first annual performance measure (5A) focuses on the number of PREP program participants within school programs and those in out-of-school-time programs.  A key and significant goal of the program is to provide program services to as many youth as possible and broaden the reach over time. This measure provides an important benchmark for monitoring program reach and expansion.  Program reach is an indicator of the program's ability to recruit and enroll new program participants.  Program expansion is an indicator of capacity building among the funded organizations.  The measure is calculated through the annual submission of PREP-funded grantees and sub-recipients' aggregate data on the number of program participants within school and out-of-school settings.  These aggregate data are then analyzed and reported by ACF.  During the FY 2023 data collection period, 96,444 youth were served by the PREP program: an increase of 9,409 youth from the FY 2022 program year.  This represents a percent increase in youth served.  This increase is most likely due to the new cohort of PREIS and Tribal PREP programs completing their planning phase and beginning to serve youth.

| Measure | Year and Most Recent Result / Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| <u>5A</u>: Number of Personal Responsibility Education Program (PREP) participants: in during school-time programs; and in out-of-school-time programs. (*Output*) | FY 2022<br>In school: 64,863<br><br>Out of school: 22,172<br><br>Total: 87,035<br><br>(Historical Actual) | N/A | N/A | N/A |
| <u>5B</u>: Percentage of participants completing at least 75 percent of program coursework. (*Outcome*) | FY 2022: 80%<br><br>Target: 74%<br><br>(Target Exceeded) | 80% | Maintain prev result | N/A |
| <u>5C</u>: Percentage of youth served by evidence-based programs. (*Output*) | FY 2022: 87%<br><br>(Historical Actual) | N/A | N/A | N/A |
| <u>5D</u>: Percentage of programs in which the majority of youth served were from highly vulnerable populations. (*Output*) | FY 2022: 22%<br><br>(Historical Actual) | N/A | N/A | N/A |

Sexual Risk Avoidance Education (SRAE)

| Measure | Year and Most Recent Result / Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 6A: The number of SRAE program participants. (*Output*) | FY 2023:<br><br>Middle School: 197,065<br><br>High School: 130,451<br><br>Community: 12,539<br><br>Total: 340,055<br><br>(Historical Actual) | N/A | N/A | N/A |
| 6B: The percentage of participants that completed at least 75 percent of intended program dosage. (*Outcome*) | FY 2023: 84%<br><br>(Historical Actual) | Maintain Previous Result | Maintain Previous Result | N/A |
| 6C: The percentage of programs that addressed all eight of the SRAE topics covered by the performance measures. (*Output*) | FY 2023: 78%<br><br>(Historical Actual) | N/A | N/A | N/A |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Promoting Safe and Stable Families**

**Formula Grants**

CFDA #        93.556

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Alabama | $5,959,331 | $5,959,331 | $9,428,679 | $3,469,348 |
| Alaska | 600,011 | 600,011 | 949,314 | 349,303 |
| Arizona | 6,551,726 | 6,551,726 | 10,365,948 | 3,814,222 |
| Arkansas | 2,949,907 | 2,949,907 | 4,667,254 | 1,717,347 |
| California | 31,625,886 | 31,625,886 | 50,037,556 | 18,411,670 |
| Colorado | 3,559,803 | 3,559,803 | 5,632,215 | 2,072,412 |
| Connecticut | 2,254,271 | 2,254,271 | 3,566,636 | 1,312,365 |
| Delaware | 986,174 | 986,174 | 1,560,296 | 574,122 |
| District of Columbia | 683,166 | 683,166 | 1,080,888 | 397,722 |
| Florida | 21,151,224 | 21,151,224 | 33,464,854 | 12,313,630 |
| Georgia | 11,690,652 | 11,690,652 | 18,496,606 | 6,805,954 |
| Hawaii | 1,079,682 | 1,079,682 | 1,708,245 | 628,563 |
| Idaho | 1,273,645 | 1,273,645 | 2,015,124 | 741,479 |
| Illinois | 13,935,743 | 13,935,743 | 22,048,720 | 8,112,977 |
| Indiana | 4,992,124 | 4,992,124 | 7,898,393 | 2,906,269 |
| Iowa | 2,397,660 | 2,397,660 | 3,793,504 | 1,395,844 |
| Kansas | 1,660,695 | 1,660,695 | 2,627,507 | 966,812 |
| Kentucky | 4,260,245 | 4,260,245 | 6,740,436 | 2,480,191 |
| Louisiana | 6,904,019 | 6,904,019 | 10,923,335 | 4,019,316 |
| Maine | 899,168 | 899,168 | 1,422,629 | 523,461 |
| Maryland | 4,447,779 | 4,447,779 | 7,037,152 | 2,589,373 |
| Massachusetts | 4,506,699 | 4,506,699 | 7,130,364 | 2,623,665 |
| Michigan | 8,015,144 | 8,015,144 | 12,681,327 | 4,666,183 |
| Minnesota | 3,208,095 | 3,208,095 | 5,075,754 | 1,867,659 |
| Mississippi | 3,985,025 | 3,985,025 | 6,304,993 | 2,319,968 |
| Missouri | 5,689,318 | 5,689,318 | 9,001,466 | 3,312,148 |
| Montana | 747,512 | 747,512 | 1,182,690 | 435,178 |
| Nebraska | 1,380,201 | 1,380,201 | 2,183,711 | 803,510 |
| Nevada | 3,165,228 | 3,165,228 | 5,007,929 | 1,842,701 |
| New Hampshire | 543,810 | 543,810 | 860,403 | 316,593 |
| New Jersey | 5,635,824 | 5,635,824 | 8,916,834 | 3,281,010 |
| New Mexico | 3,365,232 | 3,365,232 | 5,324,372 | 1,959,140 |
| New York | 16,732,839 | 16,732,839 | 26,474,207 | 9,741,368 |
| North Carolina | 9,795,012 | 9,795,012 | 15,497,379 | 5,702,367 |
| North Dakota | 388,255 | 388,255 | 614,285 | 226,030 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Ohio | 10,107,746 | 10,107,746 | 15,992,180 | 5,884,434 |
| Oklahoma | 4,416,883 | 4,416,883 | 6,988,265 | 2,571,382 |
| Oregon | 3,571,690 | 3,571,690 | 5,651,031 | 2,079,341 |
| Pennsylvania | 11,430,135 | 11,430,135 | 18,084,426 | 6,654,291 |
| Rhode Island | 844,086 | 844,086 | 1,335,484 | 491,398 |
| South Carolina | 5,290,357 | 5,290,357 | 8,370,246 | 3,079,889 |
| South Dakota | 728,795 | 728,795 | 1,153,077 | 424,282 |
| Tennessee | 7,146,008 | 7,146,008 | 11,306,207 | 4,160,199 |
| Texas | 34,929,971 | 34,929,971 | 55,265,174 | 20,335,203 |
| Utah | 1,593,910 | 1,593,910 | 2,521,841 | 927,931 |
| Vermont | 413,463 | 413,463 | 654,166 | 240,703 |
| Virginia | 5,433,447 | 5,433,447 | 8,596,646 | 3,163,199 |
| Washington | 5,049,329 | 5,049,329 | 7,988,894 | 2,939,565 |
| West Virginia | 1,926,682 | 1,926,682 | 3,048,338 | 1,121,656 |
| Wisconsin | 4,556,093 | 4,556,093 | 7,208,519 | 2,652,426 |
| Wyoming | 225,759 | 225,759 | 357,194 | 131,435 |
| **Subtotal, States** | **$294,685,459** | **$294,685,459** | **$466,242,693** | **$171,557,234** |
| Indian Tribes | 10,939,929 | 11,364,399 | 17,664,400 | 6,300,001 |
| American Samoa | 238,339 | 238,339 | 295,588 | 57,249 |
| Guam | 370,709 | 370,709 | 505,020 | 134,311 |
| Northern Mariana Islands | 214,179 | 214,179 | 257,363 | 43,184 |
| Puerto Rico | 3,322,557 | 3,322,557 | 5,175,348 | 1,852,791 |
| Virgin Islands | 234,868 | 234,868 | 290,098 | 55,230 |
| **Subtotal, Territories** | **$4,380,652** | **$4,380,652** | **$6,523,417** | **$2,142,765** |
| **Total States/Territories** | **$310,006,040** | **$310,430,510** | **$490,430,510** | **$180,000,000** |
| Other Grants | 67,779,245 | 67,290,312 | 137,679,245 | 70,388,933 |
| Research | 11,179,306 | 9,625,746 | 9,059,044 | (566,702) |
| Training and Technical Assistance | 4,489,337 | 6,528,687 | 4,980,244 | (1,548,443) |
| Other | 19,750,431 | 19,700,564 | 59,700,957 | 40,000,393 |
| **Subtotal, Adjustments** | **$103,198,319** | **$103,145,309** | **$211,419,490** | **$108,274,181** |
| **TOTAL RESOURCES** | **$413,204,359** | **$413,575,819** | **$701,850,000** | **$288,274,181** |

Notes:
1. Other grants includes Child Welfare Caseworker, State Court Improvement Program, and Kinship Navigator grants.
2. Other includes funding for program support.
3. FY 2023 includes carryover funding for research activities.

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Personal Responsibility Education Program**

**Formula Grants**

CFDA #          93.092

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Alabama | $722,436 | $770,606 | $776,023 | $5,417 |
| Alaska | 250,000 | 250,000 | 250,000 | 0 |
| Arizona | 1,116,214 | 1,190,640 | 1,196,057 | 5,417 |
| Arkansas | 462,951 | 493,819 | 499,236 | 5,417 |
| California | 5,828,427 | 6,217,050 | 6,223,153 | 6,103 |
| Colorado | 843,176 | 899,397 | 904,814 | 5,417 |
| Connecticut | 520,314 | 555,007 | 560,424 | 5,417 |
| Delaware | 250,000 | 250,000 | 250,000 | 0 |
| District of Columbia | 250,000 | 250,000 | 250,000 | 0 |
| Florida | 0 | 0 | 0 | 0 |
| Georgia | 1,683,516 | 1,795,768 | 1,801,185 | 5,417 |
| Hawaii | 250,000 | 250,000 | 250,000 | 0 |
| Idaho | 298,968 | 0 | 0 | 0 |
| Illinois | 1,861,059 | 1,985,149 | 1,990,566 | 5,417 |
| Indiana | 0 | 0 | 0 | 0 |
| Iowa | 493,192 | 526,077 | 531,494 | 5,417 |
| Kansas | 0 | 0 | 0 | 0 |
| Kentucky | 661,246 | 705,336 | 710,753 | 5,417 |
| Louisiana | 693,816 | 740,078 | 745,495 | 5,417 |
| Maine | 250,000 | 250,000 | 250,000 | 0 |
| Maryland | 878,170 | 936,723 | 942,140 | 5,417 |
| Massachusetts | 973,309 | 1,038,205 | 1,043,622 | 5,417 |
| Michigan | 1,445,632 | 1,542,023 | 1,547,440 | 5,417 |
| Minnesota | 851,612 | 906,080 | 911,497 | 5,417 |
| Mississippi | 465,982 | 497,052 | 502,469 | 5,417 |
| Missouri | 903,334 | 963,566 | 968,983 | 5,417 |
| Montana | 250,000 | 250,000 | 250,000 | 0 |
| Nebraska | 311,524 | 332,295 | 337,712 | 5,417 |
| Nevada | 445,114 | 474,793 | 480,210 | 5,417 |
| New Hampshire | 0 | 0 | 0 | 0 |
| New Jersey | 1,271,251 | 1,356,014 | 1,361,431 | 5,417 |
| New Mexico | 323,018 | 344,556 | 349,973 | 5,417 |
| New York | 2,633,414 | 2,809,003 | 2,814,420 | 5,417 |
| North Carolina | 1,568,788 | 1,673,391 | 1,678,808 | 5,417 |
| North Dakota | 0 | 0 | 0 | 0 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Ohio | 1,714,160 | 1,828,455 | 1,833,872 | 5,417 |
| Oklahoma | 622,748 | 664,271 | 669,688 | 5,417 |
| Oregon | 576,700 | 615,153 | 620,570 | 5,417 |
| Pennsylvania | 1,796,780 | 1,916,584 | 1,922,001 | 5,417 |
| Rhode Island | 250,000 | 250,000 | 250,000 | 0 |
| South Carolina | 750,044 | 800,055 | 805,472 | 5,417 |
| South Dakota | 250,000 | 250,000 | 250,000 | 0 |
| Tennessee | 991,538 | 1,057,651 | 1,063,068 | 5,417 |
| Texas | 0 | 0 | 0 | 0 |
| Utah | 609,690 | 650,343 | 655,760 | 5,417 |
| Vermont | 250,000 | 250,000 | 250,000 | 0 |
| Virginia | 0 | 0 | 0 | 0 |
| Washington | 1,067,046 | 1,138,194 | 1,143,611 | 5,417 |
| West Virginia | 250,000 | 258,701 | 264,118 | 5,417 |
| Wisconsin | 864,513 | 922,157 | 927,574 | 5,417 |
| Wyoming | 250,000 | 250,000 | 250,000 | 0 |
| **Subtotal, States** | **$38,999,682** | **$41,104,192** | **$41,283,639** | **$179,447** |
| Indian Tribes | 3,423,583 | 3,423,583 | 3,423,583 | 0 |
| Federated States of Micronesia | 250,000 | 250,000 | 250,000 | 0 |
| Guam | 250,000 | 250,000 | 250,000 | 0 |
| Northern Mariana Islands | 250,000 | 250,000 | 250,000 | 0 |
| Palau | 250,000 | 250,000 | 250,000 | 0 |
| Puerto Rico | 432,131 | 460,944 | 466,361 | 5,417 |
| Virgin Islands | 250,000 | 250,000 | 250,000 | 0 |
| **Subtotal, Territories** | **$1,682,131** | **$1,710,944** | **$1,716,361** | **$5,417** |
| **Total States/Territories** | **$44,105,396** | **$46,238,719** | **$46,423,583** | **$184,864** |
| Other Grants | 25,011,823 | 23,147,970 | 23,037,044 | (110,926) |
| Research | 1,906,506 | 2,561,772 | 2,700,000 | 138,228 |
| Training and Technical Assistance | 1,788,364 | 2,528,386 | 2,610,000 | 81,614 |
| Other | 2,087,709 | 3,080,473 | 3,181,500 | 101,027 |
| **Subtotal, Adjustments** | **$30,794,402** | **$31,318,601** | **$31,528,544** | **$209,943** |
| **TOTAL RESOURCES** | **$74,899,798** | **$77,557,320** | **$77,952,127** | **$394,807** |

Notes:
1. Other Grants includes Competitive PREP and PREP Innovation Strategies (PREIS) grants.
2. Other includes funding for program support.
3. Each year includes funds unobligated from a prior year.

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Sexual Risk Avoidance Education Grants Program**

**Formula Grants**

CFDA #        93.325

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Alabama | $1,106,113 | $1,166,016 | $0 | ($1,166,016) |
| Alaska | 0 | 0 | 0 | 0 |
| Arizona | 1,493,750 | 1,309,082 | 0 | (1,309,082) |
| Arkansas | 733,405 | 735,423 | 0 | (735,423) |
| California | 0 | 0 | 0 | 0 |
| Colorado | 655,715 | 689,521 | 0 | (689,521) |
| Connecticut | 0 | 0 | 0 | 0 |
| Delaware | 0 | 0 | 0 | 0 |
| District of Columbia | 0 | 0 | 0 | 0 |
| Florida | 3,571,021 | 3,583,508 | 0 | (3,583,508) |
| Georgia | 2,234,657 | 2,388,247 | 0 | (2,388,247) |
| Hawaii | 0 | 0 | 0 | 0 |
| Idaho | 281,782 | 0 | 0 | 0 |
| Illinois | 0 | 0 | 0 | 0 |
| Indiana | 1,117,314 | 1,182,721 | 0 | (1,182,721) |
| Iowa | 445,608 | 431,730 | 0 | (431,730) |
| Kansas | 0 | 0 | 0 | 0 |
| Kentucky | 1,027,265 | 1,044,928 | 0 | (1,044,928) |
| Louisiana | 1,398,220 | 1,367,491 | 0 | (1,367,491) |
| Maine | 0 | 0 | 0 | 0 |
| Maryland | 760,253 | 891,806 | 0 | (891,806) |
| Massachusetts | 747,977 | 805,845 | 0 | (805,845) |
| Michigan | 1,796,709 | 1,793,410 | 0 | (1,793,410) |
| Minnesota | 692,524 | 659,724 | 0 | (659,724) |
| Mississippi | 931,783 | 897,426 | 0 | (897,426) |
| Missouri | 1,110,587 | 1,040,778 | 0 | (1,040,778) |
| Montana | 159,264 | 154,369 | 0 | (154,369) |
| Nebraska | 247,385 | 282,920 | 0 | (282,920) |
| Nevada | 556,349 | 611,703 | 0 | (611,703) |
| New Hampshire | 0 | 0 | 0 | 0 |
| New Jersey | 1,140,292 | 1,352,324 | 0 | (1,352,324) |
| New Mexico | 561,729 | 529,812 | 0 | (529,812) |
| New York | 3,446,426 | 3,553,611 | 0 | (3,553,611) |
| North Carolina | 2,131,867 | 1,953,909 | 0 | (1,953,909) |
| North Dakota | 0 | 0 | 0 | 0 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Ohio | 2,257,475 | 2,260,392 | 0 | (2,260,392) |
| Oklahoma | 902,626 | 946,712 | 0 | (946,712) |
| Oregon | 534,252 | 538,793 | 0 | (538,793) |
| Pennsylvania | 2,106,075 | 2,120,281 | 0 | (2,120,281) |
| Rhode Island | 0 | 0 | 0 | 0 |
| South Carolina | 1,040,059 | 1,050,677 | 0 | (1,050,677) |
| South Dakota | 152,179 | 149,500 | 0 | (149,500) |
| Tennessee | 0 | 1,295,176 | 0 | (1,295,176) |
| Texas | 6,784,115 | 6,858,807 | 0 | (6,858,807) |
| Utah | 442,775 | 362,184 | 0 | (362,184) |
| Vermont | 0 | 0 | 0 | 0 |
| Virginia | 1,186,214 | 1,154,846 | 0 | (1,154,846) |
| Washington | 0 | 0 | 0 | 0 |
| West Virginia | 338,862 | 347,526 | 0 | (347,526) |
| Wisconsin | 811,647 | 798,897 | 0 | (798,897) |
| Wyoming | 0 | 0 | 0 | 0 |
| **Subtotal, States** | **$44,904,274** | **$46,310,095** | **$0** | **($46,310,095)** |
| Federated States of Micronesia | 47,492 | 47,492 | 0 | (47,492) |
| Puerto Rico | 1,565,963 | 1,415,984 | 0 | (1,415,984) |
| **Subtotal, Territories** | **$1,613,455** | **$1,463,476** | **$0** | **($1,463,476)** |
| **Total States/Territories** | **$46,517,729** | **$47,773,571** | **$0** | **($47,773,571)** |
| Other Grants | 12,107,066 | 12,226,429 | 0 | (12,226,429) |
| Research | 4,361,636 | 4,355,636 | 0 | (4,355,636) |
| Training and Technical Assistance | 2,856,913 | 2,863,733 | 0 | (2,863,733) |
| Other | 3,282,117 | 7,780,631 | 0 | (7,780,631) |
| **Subtotal, Adjustments** | **$22,607,732** | **$27,226,429** | **$0** | **($27,226,429)** |
| **TOTAL RESOURCES** | **$69,125,461** | **$75,000,000** | **$0** | **($75,000,000)** |

Notes:
1. Other Grants are Competitive SRAE grants.
2. Other includes funding for program support.

This page intentionally left blank.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR CHILDREN AND FAMILIES
PAYMENTS FOR FOSTER CARE AND PERMANENCY

TABLE OF CONTENTS

Proposed Appropriation Language and Language Analysis ......................................... 283
Authorizing Legislation ............................................................................................... 284
Appropriations History Table ...................................................................................... 285
Amounts Available for Obligation ............................................................................... 287
Budget Authority by Activity ...................................................................................... 288
Summary of Changes ................................................................................................... 289
Justification ................................................................................................................. 291
  General Statement ...................................................................................................... 291
  Program Descriptions and Accomplishments .............................................................. 292
  Budget Request ........................................................................................................... 297
  Performance Analysis ................................................................................................. 299
  State Table - Title IV-E Foster Care .......................................................................... 303
  State Table - Title IV-E Adoption Assistance ............................................................ 305
  State Table - Chafee Foster Care Independence Program ............................................ 307

This page intentionally left blank.

ADMINISTRATION FOR CHILDREN AND FAMILIES
Payments for Foster Care and Permanency

**FY 2025 Proposed Appropriation Language and Language Analysis**

*For carrying out, except as otherwise provided, title IV-E of the Social Security Act,*

*$6,768,000,000.*

*For carrying out, except as otherwise provided, title IV-E of the Social Security Act, for the first*

*quarter of fiscal year 2026, $3,600,000,000.*

*For carrying out, after May 31 of the current fiscal year, except as otherwise provided, section*

*474 of title IV-E of the Social Security Act, for the last 3 months of the current fiscal year for*

*unanticipated costs, incurred for the current fiscal year, such sums as may be necessary.*

Note:  The requested amount for FY 2025 is rounded in appropriation language above, as is customary.
Other figures throughout the document show the exact amount of the estimated need.

ADMINISTRATION FOR CHILDREN AND FAMILIES
Payments for Foster Care and Permanency

**Authorizing Legislation**

| Statutory Citations | FY 2024 Amount Authorized | FY 2024 Amount Appropriated | FY 2025 Amount Authorized | FY 2025 President's Budget |
|---|---|---|---|---|
| Foster Care: Sections 470, 474, and 476(a-b) of the Social Security Act (SSA) | Such sums | $4,798,868,791 | Such sums | $5,179,000,000 |
| Preventive Services: Sections 470, 474, and 476(a-b) of the Social Security Act (SSA) | Such sums | $182,000,000 | Such sums | $205,000,000 |
| Chafee Foster Care Independence Program: Sections 470, 474, and 477 of the SSA | $143,000,000 | $142,910,516 | $143,000,000 | $269,000,000 |
| Adoption Assistance: Sections 470 and 474 of the SSA | Such sums | $4,392,000,000 | Such sums | $4,659,000,000 |
| Guardianship Assistance: Sections 470 and 474 of the SSA | Such sums | $363,000,000 | Such sums | $365,000,000 |
| Technical Assistance and Implementation Services for Tribal Programs, (pre-appropriated): Section 476(c) of the SSA | $3,000,000 | $2,949,885 | $3,000,000 | $3,000,000 |
| Foster Care Prevention Services and Programs, (pre-appropriated): Section 476(d) of the SSA | $1,000,000 | $1,000,000 | $1,000,000 | $1,000,000 |
| Total request level | | $9,882,729,192 | | $10,681,000,000 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Payments for Foster Care and Permanency

**Appropriations History Table**

| Year | Budget Estimate to Congress | Appropriation |
|---|---|---|
| **2016** | | |
| Appropriation | 5,728,450,000 | 5,298,000,000 |
| Advance | 2,300,000,000 | 2,300,000,000 |
| Pre-appropriated | 3,000,000 | 3,000,000 |
| Sequestration | | -1,502,322 |
| Indefinite | | 65,730,533 |
| Total | 8,031,450,000 | 7,665,228,211 |
| | | |
| **2017** | | |
| Appropriation | 5,764,000,000 | 5,764,000,000 |
| Advance | 2,300,000,000 | 2,300,000,000 |
| Pre-appropriated | 3,000,000 | 3,000,000 |
| Sequestration | | -1,883,763 |
| Indefinite | 189,000,000 | 291,702,252 |
| Total | 8,256,000,000 | 8,359,818,489 |
| | | |
| **2018** | | |
| Appropriation | 5,966,000,000 | 6,225,000,000 |
| Advance | 2,500,000,000 | 2,500,000,000 |
| Pre-appropriated | 3,000,000 | 4,000,000 |
| Sequestration | | -1,378,633 |
| Indefinite | | 500,000,000 |
| Total | 8,469,000,000 | 9,227,621,367 |
| | | |
| **2019** | | |
| Appropriation | 6,053,000,000 | 6,035,000,000 |
| Advance | 2,700,000,000 | 2,700,000,000 |
| Pre-appropriated | 3,000,000 | 4,000,000 |
| Sequestration | | -1,266,005 |
| Total | 8,756,000,000 | 8,737,733,995 |
| | | |
| **2020** | | |
| Appropriation | 5,768,000,000 | 5,744,000,000 |
| Advance | 2,800,000,000 | 2,800,000,000 |
| Pre-appropriated | 11,000,000 | 4,000,000 |
| Sequestration | | -1,198,524 |
| Indefinite | | 555,548,888 |
| Total | 8,579,000,000 | 9,102,350,364 |

| Year | Budget Estimate to Congress | Appropriation |
|---|---|---|
| 2021 | | |
| Appropriation | 7,056,538,105 | 7,012,000,000 |
| Advance | 3,000,000,000 | 3,000,000,000 |
| Pre-appropriated | 4,000,000 | 4,000,000 |
| Indefinite | | 962,874,287 |
| Sequestration | | -1,564,680 |
| Supplemental | | 400,000,000 |
| Total | 10,060,538,105 | 10,414,435,320 |
| | | |
| 2022 | | |
| Appropriation | 6,963,020,000 | 6,963,020,000 |
| Advance | 3,000,000,000 | 3,000,000,000 |
| Pre-appropriated | 4,000,000 | 4,000,000 |
| Sequestration | -1,405,921 | -1,405,921 |
| Total | 9,965,614,079 | 9,965,614,079 |
| | | |
| 2023 | | |
| Appropriation | 7,606,000,000 | 7,606,000,000 |
| Advance | 3,200,000,000 | 3,200,000,000 |
| Pre-appropriated | 4,000,000 | 4,000,000 |
| Sequestration | -1,335,711 | -1,335,711 |
| Total | 10,808,664,289 | 10,808,664,289 |
| | | |
| 2024 | | |
| Appropriation | 6,680,000,000 | 6,680,000,000 |
| Advance | 3,200,000,000 | 3,200,000,000 |
| Pre-appropriated | 4,000,000 | 4,000,000 |
| Sequestration | -1,270,808 | -1,270,808 |
| Total | 9,882,729,192 | 9,882,729,192 |
| | | |
| 2025 | | |
| Appropriation | 6,768,000,000 | |
| Advance | 3,400,000,000 | |
| Pre-appropriated | 4,000,000 | |
| Total | 10,172,000,000 | |
| | | |
| 2026 | | |
| Appropriation | | |
| Advance | 3,600,000,000 | |
| Pre-appropriated | 4,000,000 | |
| Total | 3,604,000,000 | |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Payments for Foster Care and Permanency

**Amounts Available for Obligation**

| Budgetary Resources | FY 2023 Final | FY 2024 CR | FY 2025 Current Law | FY 2025 President's Budget |
|---|---|---|---|---|
| Advance, B.A. | $3,200,000,000 | $3,200,000,000 | $3,400,000,000 | $3,400,000,000 |
| Definite, B.A. | 7,606,000,000 | 6,680,000,000 | 6,768,000,000 | 7,277,000,000 |
| Indefinite, B.A. | 0 | 0 | 0 | 0 |
| Pre-appropriated, B.A. | 4,000,000 | 4,000,000 | 4,000,000 | 4,000,000 |
| Sequestration | -1,335,711 | -1,270,808 | -1,284,055 | -1,337,199 |
| **Subtotal, Net Budget Authority** | **$10,808,664,289** | **$9,882,729,192** | **$10,170,715,945** | **$10,679,662,801** |
| Unobligated balance, start of year | $91,235,833 | 50,872,823 | 0 | 0 |
| Unobligated balance, end of year | -50,872,823 | 0 | 0 | 0 |
| Unobligated balance, lapsing | -1,156,956,816 | 0 | 0 | 0 |
| Recoveries of prior year obligations | 53,927,140 | 0 | 0 | 0 |
| **Total Obligations** | **$9,745,997,623** | **$9,933,602,015** | **$10,170,715,945** | **$10,679,662,801** |
| *Advance Requested for FY 2026* | | | *$3,600,000,000* | *$3,600,000,000* |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Payments for Foster Care and Permanency

**Budget Authority by Activity**

| Activity | FY 2023 Final | FY 2024 CR | FY 2025 Current Law | FY 2025 President's Budget |
|---|---|---|---|---|
| Foster Care | $5,950,378,841 | $4,798,868,791 | $4,794,821,534 | $5,177,821,534 |
| Adoption Assistance | 4,128,000,000 | 4,392,000,000 | 4,659,000,000 | 4,659,000,000 |
| Guardianship Assistance | 345,000,000 | 363,000,000 | 365,000,000 | 365,000,000 |
| Tribal IV-E Technical Assistance (Pre-Appropriated) | 2,948,344 | 2,949,885 | 3,000,000 | 2,946,856 |
| Chafee Foster Care Program for Successful Transition to Adulthood | 142,894,411 | 142,910,516 | 142,894,411 | 268,894,411 |
| Prevention (Pre-Appropriated) | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| Prevention Services | 238,442,693 | 182,000,000 | 205,000,000 | 205,000,000 |
| **Total, Budget Authority** | **$10,808,664,289** | **$9,882,729,192** | **$10,170,715,945** | **$10,679,662,801** |
| *Advance Requested for FY 2026* | | | *$3,600,000,000* | *$3,600,000,000* |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Payments for Foster Care and Permanency

**Summary of Changes**

FY 2024 CR
  Total estimated budget authority                      $9,882,729,192
FY 2025 President's Budget
  Total estimated budget authority                      $10,679,662,801

| Net change | | $796,933,609 |
|---|---|---|
| Description of Changes | FY 2024 CR | Change from Base |
| Increases: | | |
| A. Built-in: | | |
| 1) Adoption Assistance: Technical baseline change to reflect revised baseline estimates | $4,392,000,000 | $267,000,000 |
| 2) Guardianship Assistance: Technical baseline change to reflect revised baseline estimates | $363,000,000 | $2,000,000 |
| 3) Tribal IV-E Technical Assistance (Pre-Appropriated): Technical baseline change to reflect FY 2023 sequestration order | $2,949,885 | $50,115 |
| 4) Chafee Foster Care Program for Successful Transition to Adulthood: Technical baseline change to reflect FY 2023 sequestration order | $142,910,516 | $89,484 |
| 5) Prevention Services: Technical baseline change to reflect revised baseline estimate | $68,210,343 | $23,000,000 |
| Subtotal, Built-in Increases | | $292,139,599 |
| B. Program: | | |
| 1) Foster Care: Expansion of Prevention Services | $4,798,868,791 | $383,000,000 |
| 2) Chafee Foster Care Program for Successful Transition to Adulthood: Funding for new flexibilities and Chafee expansion | $142,910,516 | $126,000,000 |
| Subtotal, Program Increases | | $509,000,000 |
| Total, Increases | | $801,139,599 |
| Decreases: | | |
| A. Built-in: | | |
| 1) Foster Care: Technical baseline change to reflect revised baseline estimates. | $4,798,868,791 | -$2,868,791 |
| 2) Foster Care: FY 2024 Sequestration | $4,798,868,791 | -$1,178,466 |

| Description of Changes | FY 2024 CR | Change from Base |
|---|---|---|
| 3) Tribal IV-E Technical Assistance (Pre-Appropriated): FY 2024 Sequestration | $2,949,885 | -$53,144 |
| 4) Chafee Foster Care Program for Successful Transition to Adulthood: FY 2024 Sequestration | $142,910,516 | -$105,589 |
| Total, Decreases | | -$4,205,990 |
| Net Change | | $796,933,609 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Payments for Foster Care and Permanency

**Justification**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2024 CR |
|---|---|---|---|---|
| Total, Budget Authority | $10,808,664,289 | $9,882,729,192 | $10,679,662,801 | $746,060,786 |
| Total Obligations | $9,745,997,623 | $9,933,602,015 | $10,679,662,801 | $746,060,786 |

Authorizing Legislation – Sections 470 and 477(h)(2) of the Social Security Act

2025 Authorization....................................................Indefinite with pre-appropriated funds of $3,000,000 for tribal technical assistance and $1,000,000 for prevention services and definite authorization of $143,000,000 for the Chafee Foster Care Program for Successful Transition to Adulthood

Allocation Method.............................................................................................................Formula Grants

**General Statement**

The Payments for Foster Care, Prevention, and Permanency appropriation provides funding for the Title IV-E Foster Care Program, Adoption Assistance Program, Guardianship Assistance Program (GAP), Prevention Services Program, Kinship Navigator Program, the Chafee Foster Care Program for Successful Transition to Adulthood (Chafee program), and technical assistance for tribes that are interested in directly operating Foster Care, Prevention, and Permanency programs.

Foster Care, Prevention, and Permanency programs assist states and territories (including the 50 states, the District of Columbia, Puerto Rico and the U.S. Virgin Islands) and participating tribes with the costs of maintaining eligible children in foster care, preparing children for living on their own, assisting relatives with legal guardianship of eligible children, and finding and supporting adoptive homes for children with special needs who are unable to return home to their family of origin. The program also supports the provision of prevention services and kinship navigator services that meet certain program requirements. This appropriation also supports administrative and training costs.

The Social Security Act of 1935 (P.L. 74-271) authorized the first federal grants for child welfare, and the 1961 amendments to the Social Security Act (P.L. 87-31) created the Foster Care component of the Aid to Dependent Children program (later renamed the Aid to Families with Dependent Children (AFDC) program). The Adoption Assistance and Child Welfare Act of 1980 (P.L. 96-272) established title IV-E of the Social Security Act and permanently authorized Foster Care and Adoption Assistance under that title. The Fostering Connections to Success and Increasing Adoptions Act of 2008 (P.L. 110-351, hereafter referred to as Fostering Connections Act) contained numerous provisions that affected the Foster Care and Permanency programs, including allowing federally recognized Indian tribes, Indian tribal organizations, and tribal consortia (hereafter referred to as tribes) to apply to operate title IV-E programs directly, and creating the Guardianship Assistance Program. In 2014, the Preventing Sex Trafficking and Strengthening Families Act (P.L. 113-183) made a number of changes to the Foster Care program, to strengthen efforts to prevent domestic trafficking of children involved in the child welfare system, to determine its scope among children and youth involved with the child welfare system, and to improve services to victims. In addition to addressing trafficking, the law also amended other child

welfare program requirements to improve opportunities for children in foster care and to support permanency.

In 2018, the Family First Prevention Services Act (FFPSA, P.L. 115-123) made significant changes to the program, including placing limits on the use of title IV-E foster care payments for children placed in Child Care Institutions (CCI, also known as congregate care), making funding available to support kinship navigator programs that meet certain requirements, and authorizing a new optional prevention services program to help fund certain evidence-based mental health, substance abuse, and in-home parent skill-based programs. The law also renamed and amended the Chafee program. Attached to the FY 2020 Appropriations Act was the Family First Transition Act (P.L. 116-94), which provided grantees with additional time and resources to implement the requirements of FFPSA.

In FY 2022, through the Consolidated Appropriations Act, 2022 (P.L. 117-103), Congress enacted a General Provision to expand funding flexibility for research projects in ACF. All research funding provided for in the Act could be remain available for five years following appropriation. This authority continued in FY 2023.

In FY 2024, ACF estimates that obligations will be $9.93 billion for Payments for Foster Care, Prevention, and Permanency. The request for FY 2025 is $10.68 billion. This account is subject to sequestration of administrative costs in an otherwise exempt account in accordance with the Balanced Budget and Emergency Deficit Control Act of 1985 (P.L. 99-177), as amended by the Budget Control Act of 2011 (P.L. 112-25), which affects funding for certain activities under Foster Care, Tribal IV-E Technical Assistance, and the Chafee program.

## Program Descriptions and Accomplishments

The Foster Care, Adoption Assistance, and Guardianship Assistance programs are annually appropriated with specific eligibility requirements and fixed allowable uses of funds. The programs provide matching reimbursement funds to state and tribal title IV-E agencies (hereafter referred to as agencies) on a quarterly basis. The rate at which state and tribal funds are matched with federal funds varies by activity. The federal reimbursement for expenditures for maintenance payments and subsidies for adoptions and guardianship is the Federal Medical Assistance Percentage (FMAP), which varies among states from 50 percent to 74 percent, based on a statutory formula. For tribes, HHS has formulated a tribal FMAP that takes into consideration the tribe's service area and population. The statute requires the application of the tribal FMAP, if higher than the state FMAP, for certain payments under title IV-E agreements and contracts between states and tribes. The tribal FMAP ranges from 50 to 83 percent, but many tribes currently participating in title IV-E agreements with states, as well as tribes that are operating the title IV-E program directly, qualify for the maximum FMAP of 83 percent. The Families First Coronavirus Response Act (P.L. 116-127) temporarily increased the FMAP rate by 6.2 percentage points for title IV-E agencies during the coronavirus pandemic public health emergency for each quarter beginning on the first day of the emergency (January 27, 2020) and ending on the last day of the quarter in which the emergency ends. The Consolidated Appropriations Act, 2023 (P.L. 117-328) provides for a transition period for ending the temporary increase in FMAP rates whereby the percentage point increase is gradually reduced each quarter beginning in the April – June 2023 quarter, returning to the regular rate with no percentage point increase for the calendar quarter beginning January 1, 2024. Administrative costs are matched at 50 percent, and there is a 75 percent match for allowable training for state and local employees, adoptive parents, relative guardians, private child welfare agency staff providing services to children receiving title IV-E assistance, child abuse and neglect court personnel, guardians ad litem, court appointed special advocates, and attorneys for an agency, child, or the child's parent.

The Foster Care program provides matching reimbursement funds for foster care maintenance payments, costs for comprehensive child welfare information systems, training for staff, as well as foster and adoptive parents, and administrative costs to manage the program. Administrative costs that are covered include the work done by caseworkers and others to plan for a foster care placement, arrange therapy for a foster child, train foster parents, and conduct home visits to foster children, as well as more traditional administrative costs, such as automated information systems and eligibility determinations. Title IV-E administrative costs may also include costs of preparation for and participation in judicial determinations in all stages of foster care legal proceedings by a title IV-E agency attorney, an attorney providing independent representation to a child who is in or is a candidate for title IV-E foster care, and an attorney providing independent representation to such a child's parent.

Administrative costs also include requirements established by the Preventing Sex Trafficking and Strengthening Families Act. Under the law, agencies are required to implement procedures to identify, document, and determine appropriate services for a child who is at-risk of becoming, or who is, a sex trafficking victim; develop procedures to locate missing children from foster care and determine the factors that led to the child being absent from foster care; and report immediately to law enforcement children and youth who are identified as being sex trafficking victims and children and youth who are missing from foster care. In addition to addressing trafficking, the law also amends other statutory requirements including placing limits on use of "another planned permanent living arrangement" as a permanency plan for youth age 16 and over; requiring agencies to engage youth age 14 and over more fully in case planning and to provide the youth with certain rights, such as education, health, visitation, and a copy of his or her credit report; and requiring agencies to provide important documents to youth aging out of foster care, such as a birth certificate, Social Security card, and any official documentation necessary to prove that the child was previously in foster care.

As amended by the FFPSA, effective October 1, 2018, the law authorizes up to 12 months of foster care payments for a child placed with a parent residing in a licensed residential family-based treatment facility for substance abuse. The law also places time limits on the ability to claim foster care maintenance payments for children placed in a CCI. Title IV-E agencies may claim title IV-E reimbursement for foster care maintenance payments paid on behalf of an eligible child placed in any CCI for up to two weeks. After two weeks, title IV-E foster care maintenance payments are available for an otherwise eligible child placed in a CCI only if that CCI is one of the following specified settings:

- a qualified residential treatment program (if additional requirements for the placement outlined in statute are met);

- a setting specializing in providing prenatal, post-partum, or parenting supports for youth;

- in the case of a youth who has attained 18 years of age, a supervised setting in which the youth is living independently; or

- a setting providing high-quality residential care and supportive services to children and youth who have been found to be, or are at risk of becoming, sex trafficking victims.

Title IV-E agencies may claim administrative costs for the duration of the child's placement in a CCI regardless of whether the CCI is a specified setting. The time limits on the availability of foster care maintenance payments for children placed in CCIs became effective October 1, 2019, but title IV-E agencies were permitted to request a delay of up to two years to comply with these provisions. As of October 1, 2021, all title IV-E agencies are subject to the limits.

The average monthly number of children for whom agencies receive federal foster care payments declined from more than 300,000 in FY 1999 to fewer than 150,000 in FY 2012. This caseload measure trended up for several years, reaching to almost 164,000 children in FY 2019. The caseload then began to decline once more to approximately 135,000 in FY 2022. The data for FY 2023 indicates a further significant caseload decrease to about 121,000 children. Agencies can claim reimbursement only for title IV-E eligible children, i.e., children whose biological families would have qualified for the AFDC program under the 1996 income standards, not adjusted for inflation. Fewer families meet these static income standards over time, thereby reducing the percentage of children in foster care who receive federal support through the title IV-E Foster Care Program. In FY 2000, approximately 51.8 percent of all children in foster care received maintenance payments through the title IV-E Foster Care Program. In FY 2023, this rate had declined to about 36 percent of all children in foster care.

The Adoption Assistance Program provides funds to states to subsidize families that adopt children with special needs who cannot be reunited with their families, thus preventing long, inappropriate stays in foster care. To receive adoption assistance benefits, a child must have been determined by the agency to be a child with special needs, i.e., one who is older, a member of a minority or sibling group, or has a physical, mental, or emotional disability. Additionally, the child must have been unable to return home, and the agency must have been unsuccessful in its efforts to find an adoptive placement without medical or financial assistance. Adoption assistance is also available for children adopted between FY 2010 and FY 2024 and not subject to updated eligibility criteria described below, receiving or eligible to receive AFDC under the rules in effect on July 16, 1996, title IV-E Foster Care benefits, or Supplemental Security Income (SSI) benefits.

Beginning in FY 2010, in accordance with the Fostering Connections Act, revised Adoption Assistance program eligibility requirements that exclude consideration of AFDC and SSI income eligibility requirements were phased in over a nine-year period for certain children, based primarily on the age of the child in the year the adoption assistance agreement is finalized. The revised eligibility requirements also apply to children based on time in care and to the siblings of children to whom the revised eligibility criteria apply. However, the FFPSA amended the provision to delay the applicability of the revised eligibility criteria for adopted children under two years of age; the revised eligibility criteria are now scheduled to be fully phased in effective July 1, 2024. Once fully phased in, eligibility for title IV-E Adoption Assistance will be determined using the criteria of the Act without regard to the eligibility criteria under the 1996 income standards in the AFDC program.

Funds also are used for the administrative costs of managing the program and training staff and adoptive parents. The number of children subsidized by this program and the level of federal reimbursement has increased significantly as permanent adoptive homes are found for more children and as eligibility has expanded, particularly as the AFDC and SSI income eligibility requirements continue to be phased out. The average monthly number of children for whom payments were made has increased 40 percent, from about 395,000 in FY 2011 to over 553,000 in FY 2023.

The Fostering Connections Act created the title IV-E Guardianship Assistance Program (GAP) in FY 2009. GAP provides subsidies on behalf of a child to a relative taking legal guardianship of that child. To be eligible for GAP payments, a child must have been eligible for title IV-E foster care maintenance payments while residing for at least six consecutive months in the home of the prospective relative guardian. Further, the agency must determine that (1) being returned home or adopted are not appropriate permanency options for the child; (2) the child has a strong attachment to the prospective relative guardian and the guardian has a strong commitment to caring permanently for the child; and (3) for a child 14 years or older, the child has been consulted regarding the kinship guardianship arrangement.

Additionally, the state or tribe may make GAP payments on behalf of siblings of an eligible child who are placed together with the same relative under the same kinship guardianship arrangement.  The Preventing Sex Trafficking and Strengthening Families Act amended the program to allow continuation of title IV-E kinship guardianship assistance payments if the relative guardian dies or is incapacitated and a successor legal guardian is named in the agreement (or in any amendments to the agreement).  Funds also are used for the administrative costs of managing the program and training staff and relative guardians.

As of January 2024, 42 states, the District of Columbia, 2 territories, and 12 tribes are operating GAPs.  The average monthly number of children for whom states receive guardianship assistance payments was about 45,000 in FY 2023.  ACF will continue to work closely with states, as well as tribes, to help them in implementing GAP.

In FY 2012, the Child and Family Services Improvement and Innovation Act (P.L. 112-34), provided the authority through FY 2014 to approve up to ten new multi-year title IV-E child welfare demonstration projects per year under section 1130 of the Social Security Act.  These demonstration projects involved the waiver of certain requirements under titles IV-E and IV-B of the Social Security Act, allowing for more flexible use of federal funds in order to test new approaches to service delivery and financing structures.  The statutory authority for operating these waiver demonstration projects ended on September 30, 2019.  The Family First Transition Act authorized Funding Certainty grants to be made to certain title IV-E agencies that formerly operated the demonstrations if their title IV-E foster care claims for FYs 2020 and 2021 fell below certain baseline levels tied to the level of funding authorized in the demonstration project. Awards made through September 2023 under this program total $511.9 million for FY 2020 and $283.5 million for FY 2021 based on reported title IV-E foster care claims for FYs 2020 - 2022.  These awards are subject to revision based on any further reporting of adjustment claims (over a two-year period).  Adjustment awards for the FY 2021 grant based on title IV-E foster care claims for FY 2023 will be made in FY 2024.

Beginning in FY 2010, federally recognized tribes with approved title IV-E plans also became eligible for title IV-E programs.  In addition, $3 million is directly appropriated for FY 2009 and each fiscal year thereafter for technical assistance to tribes, including grants to assist tribes in developing title IV-E plans through the Tribal IV-E Technical Assistance program.  ACF has awarded plan development grants to 42 tribes since FY 2009.  Thus far, 20 tribes have had plans approved to operate the title IV-E program, and, of these, 14 tribes are currently implementing or expected to implement the program.

Beginning in FY 2019, title IV-E agencies may receive funding for kinship navigator programs that are determined by ACF through the Title IV-E Prevention Services Clearinghouse to meet promising, supported, or well-supported practice criteria and other requirements.  As of January 2024, four states are approved to operate the title IV-E kinship navigator program.  Title IV-E agencies may claim 50 percent Federal Financial Participation (FFP) for allowable kinship navigator program costs.

Beginning in FY 2020, title IV-E agencies opting to participate in the Title IV-E Prevention Services Program may claim title IV-E funding for time-limited (one year) prevention services for mental health services, substance abuse prevention and treatment services, and in-home parent skill-based programs for candidates for foster care, pregnant or parenting foster youth, and the parents or kin caregivers of those children and youth. Services or programs for which states may claim title IV-E reimbursement must be rated as promising, supported, or well-supported in accordance with statutory and ACF criteria and be approved by ACF as part of the Title IV-E Prevention Services Clearinghouse.  Tribal title IV-E agencies have flexibility to claim title IV-E funds for prevention services and programs they deem culturally appropriate and that meet the unique needs and context of the tribal community, including traditional

healing programs, consistent with meeting mental health and substance abuse treatment needs of children, parents, and/or caregivers.  As of January 2024, 42 states, the District of Columbia and four tribes have been approved to operate the Prevention Services program. From FY 2020 to FY 2026, prevention services are reimbursable at 50 percent FFP.  Beginning in FY 2027, prevention services are reimbursable at the applicable state or tribal FMAP rate.  Title IV-E agencies that chose to delay implementation of the limitations on title IV-E foster care funding for CCIs were also required to delay participation in the prevention services program for the same period, but as of October 1, 2021, all title IV-E agencies must comply with the limitations on CCIs and may opt into the prevention services program.  Based on temporary flexibilities authorized in Division X of the Consolidated Appropriations Act, 2021 (P.L. 116-94), 100 percent FFP was available for title IV-E Prevention Services and title IV-E Kinship Navigator Programs from April 1, 2020, to September 30, 2021.  The requirement for kinship navigator programs to meet the evidence-based standards was also temporarily waived during this period.

The Chafee Foster Care Program for Successful Transition to Adulthood (Chafee program) provides services to youth who are in or who have aged out of foster care.  Eligible program participants include youth who have experienced foster care at age 14 or older, youth who left foster care for kinship guardianship or adoption after attaining age 16, and youth in or formerly in foster care between the ages of 18 and 21.  This program originated in 1986 and was permanently authorized as part of the Omnibus Budget Reconciliation Act of 1993 (P.L. 103-66).  In FY 1999, the Federal Independent Living Program was revised and amended by the enactment of the John H. Chafee Foster Care Independence Act (P.L. 106-169).  The FFPSA renamed the program and made changes in eligibility in both the mandatory Chafee program grant and the Chafee Education and Training Voucher program, which is funded separately as a discretionary formula grant.  The Chafee program provides a variety of services including, but not limited to, educational assistance, career exploration, vocational training, job placement, life skills training, home management, health services, substance abuse prevention, preventive health activities, opportunities to engage in age or developmentally appropriate activities and, for eligible youth over age 18, room and board. (No more than 30 percent of a grantee's allotment may be used for room and board.)  Eligible youth may participate in the program until age 21 (or 23 in some states or tribes).  The FFPSA amended the program to allow grantees to exercise an option to offer Chafee services to youth until age 23, if they operate foster care programs that serve youth up to age 21.

Other provisions of the law include a formula for determining the amount of state allocation based on a state's percent of children in foster care in proportion to the national total of children in foster care, using data from the most recent year available, and a "hold harmless" provision for the state allotments, so that no state will receive less funding under Chafee than it received in FY 1998 or $500,000, whichever is greater.  In order to be awarded federal funds, states must provide a 20 percent match.  Tribes with an approved title IV-E plan or a title IV-E tribal/state agreement have the option to directly receive a portion of the funds otherwise allotted to the state to provide services to tribal youth.  As of FY 2024, seven tribes have chosen to apply for and receive direct funding.  The Preventing Sex Trafficking and Strengthening Families Act amended the law also to increase the appropriation for the program by $3 million to $143 million beginning in FY 2020.  In addition to the Chafee program in this appropriation, the Children and Families Services appropriation includes discretionary funding for Chafee Education and Training Vouchers to serve these youth (see the Children and Families Services Programs chapter for more information).

Obligations for the Payments for Foster Care, Prevention, and Permanency appropriation for the last five years have been:

| | |
|---|---|
| 2021 | $10,229,215,805 |
| 2021 Supplemental | $400,000,000 |
| 2022 | $9,417,017,998 |
| 2023 | $9,745,997,623 |
| 2024 | $9,933,602,015 |
| 2025 President's Budget | $10,679,662,801 |

Funding for this program is also used to pay salaries and benefits for federal employees, information technology support, grants paneling , and other related administrative costs.

**Budget Request**

The FY 2025 President's Budget is $10.681 billion, an increase of $0.80 billion from the FY 2024 CR level. The FY 2025 current law funding level includes implementation of the FFPSA and continuing implementation of previous amendments to the law.  The request includes the $3 million in pre-appropriated funds for technical assistance for tribal programs.  Further, $3.60 billion will be needed for the first quarter of FY 2026 to assure the timely awarding of first quarter grants.

The FY 2025 request for the Foster Care portion of the account is $5.18 billion, including an increase of $509 million under proposed law. This reflects the continuation of legislative proposals from FY 2024, such as expanding prevention services, and new proposals, including increasing child welfare funding for tribes, with the overarching goal of preventing child welfare involvement.  The FY 2025 request is $380 million above the FY 2024 CR level of $9.88 billion.  An estimated average of 151,800 children per month will have payments made on their behalf in the Foster Care program in FY 2025, including children receiving prevention services.  In addition to decreased spending from a decreased number of children participating in the Foster Care program, both administrative and training costs are expected to decrease, in part due to the implementation of the Preventing Sex Trafficking and Strengthening Families Act, continuing implementation of provisions and state options in Fostering Connections Act, and the implementation of the FFPSA.  In the long term, the average monthly number of children with title IV-E payments made on their behalf is expected to decrease due to the effects of prevention services and eligibility limits for CCIs per the FFPSA, as well as the static income eligibility standards for title IV-E foster care.

The FY 2025 request for the Adoption Assistance portion of the account is $4.66 billion.  The FY 2025 current law estimate is $267 million above the FY 2024 CR level of $4.39 billion.  In FY 2025, an estimated average of 586,400 children per month will have payments made on their behalf.

The FY 2025 request for the Guardianship Assistance Program portion of the account is $365 million.  The FY 2025 current law estimate is $2 million above the FY 2024 CR level of $363.  An estimated average of 49,700 children per month will have payments made on their behalf in FY 2025.

The FY 2025 request for the Chafee program is $269 million, an increase of $126 million over the FY 2024 CR level.  This will provide states, territorial, and tribal agencies administering the program increased resources and greater flexibility to serve an expanded population of youth and young adults.  In addition, the discretionary component of the Chafee program includes funding for education and training vouchers, which is discussed in the Children and Families Services Programs chapter.

The Budget continues several proposals from the FY 2024 President's Budget along with new legislative proposals. Together the proposals seek to expand the provision of preventive services and kinship placements, discourage use of congregate care for children and youth in foster care, improve support to youth transitioning from foster care, expand tribal access to federal child welfare funding, and prevent and combat discrimination in the child welfare system on the basis of religion, sexual orientation, gender identity, gender expression or sex.

Complementing the FY 2024 President's Budget proposal to strengthen the Chafee program is a proposal to create a new demonstration authority to test Post-Foster Care Healthy Transition Assistance for young people ages 18 to 26 who left foster care within the previous five years, whether or not that placement met title IV-E eligibility requirements. Many young people receive some level of ongoing support from parents or other family members well into their twenties. Young people who have spent time in foster care in their adolescent years likewise need support to make a successful transition to adulthood but may not have access to parental or family support once leaving foster care. Under this demonstration program, young people pursuing a healthy transition plan would receive assistance payments and case management services covering youth-identified needs for housing, supportive services, and other assistance supports for a period of up to 24 months to successfully transition to adulthood. States, territories, and tribes that operate the Chafee program would be eligible to apply for the demonstration and up to 20 jurisdictions would be selected to participate. Participating jurisdictions would receive open-ended funding for assistance payments and case management lasting up to 24 months for each young person. Jurisdictions would receive FFP at the FMAP rate for assistance payments and at the rate of 50 percent for pre-approved costs related to program development, evaluation, administrative costs, and case management services. The proposal also includes authority for ACF to fund technical assistance and evaluation activities. In addition, the President's Budget reproposes an increase of funding for the Chafee program by $100 million per year and improvements to the program through greater flexibility, effective services, reduced agency burden, and increased support for youth who transition out of foster care. The proposal also makes permanent several temporary flexibilities that were enacted in Division X of the Consolidated Appropriations Act, 2021. Together, these Chafee proposals are estimated to cost $2.2 billion over 10 years.

The President's Budget includes a proposal for a new Comprehensive Tribal Child Welfare Funding grant. This new grant opportunity would take the place of the fragmented funding currently provided to tribes under title IV-B, subparts 1 and 2, as well as the Chafee and discretionary Education and Training Voucher programs, but tribes would continue to be able to participate in the open-ended title IV-E programs. The Comprehensive Tribal Child Welfare Funding grant could be used for any child welfare service need, including culturally appropriate prevention and support services, foster care, kinship supports, reunification services, guardianship or adoption support, and child welfare staff and training. The new grant program would remove burdensome plan requirements originally designed for state agencies and instead create a streamlined application process grounded in the principles of tribal self-determination and ensuring the safety and well-being of children and families. ACF would consult with tribes before establishing the specific application and plan requirements to ensure these requirements keep in place basic protections for children while not posing a barrier to tribal participation. All federally recognized tribes would be eligible to participate in the program and would receive a base level of funding, plus an additional amount per child, based on the enrolled child population of the tribe. For cost estimation purposes, ACF assumes a base award of $75,000 plus $40 per child. While the amount provided to each tribe would be capped based on the formula, the program's funding would be uncapped mandatory funding, to ensure that adequate funds are available to allow participation by all interested tribes. ACF projects that all tribes currently participating in one or more of the title IV-B and Chafee programs would receive increases of at least 40 percent compared to current funding levels. Tribes with

smaller child populations, who currently receive as little as $1,000 to $2,000 in annual funding under title IV-B, would see dramatic increases in funding.  This proposal is estimated to cost $719 million over 10 years.

The Budget continues the FY 2024 President's Budget proposals estimated to cost $4.9 billion over 10 years to enhance the title IV-E Prevention Services and Kinship Navigator programs.

This Budget also continues the FY 2024 President's Budget proposals to align federal financing with the research and best practices for foster care placements. One would increase the FFP paid to title IV-E agencies for children placed with kin in both the title IV-E Foster Care and Guardianship Assistance programs to the FMAP plus 10 percentage points at a cost of $920 million over ten years.  The second would decrease the FFP for foster care maintenance payments to FMAP minus 5 percentage points on behalf of children placed in CCIs and qualified residential treatment programs, which would generate $180 million in savings over ten years.

Finally, the Budget continues the budget neutral FY 2024 President's Budget proposal to amend title IV-E of the Act to prohibit a title IV-E agency (and any entity with which it contracts to provide foster/adoptive parent selection or child placement activities) from discriminating against current or prospective foster/ adoptive parents, or a child in foster care/being considered for adoption, on the basis of their religious beliefs, sexual orientation, gender identity, gender expression, or sex.

**Performance Analysis**

Foster Care Program

Regarding efficiency measure 7H, federal law requires that every child in foster care have a case plan that specifies the permanency goal for the child (e.g., reunification or adoption) and details the types of services the child and parents will receive to facilitate achievement of that goal.  Despite this requirement, a significant proportion of cases historically have been reported as having no case goal or "case plan goal not yet determined" even when children have been in care for a year or more. Because identifying an appropriate goal is a crucial first step in moving a child to permanency, this efficiency measure seeks to decrease the percentage of cases reported as lacking a case plan goal.  Specifically, the measure is computed from the number of children in foster care for 12 or more months with either a missing or "Not Yet Determined" case goal divided by the total number of children who were in foster care at least 12 months or more.  In FY 2022, the pre-baseline performance result for this measure was 3.4 percent.  A new baseline and future targets will be set in FY 2025.  ACF continues to work with states to identify technical assistance needs and other supports that will assist in improved practice and accurate data reporting in this area.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 7H: Decrease the percent of foster children in care 12 or more months with no case plan goal (including case plan goal "Not Yet Determined"). (Child Welfare Services, PSSF, Foster Care) (*Efficiency*) | FY 2022: 3.4% (Historical Actual) | TBD | TBD | TBD |

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 7I: Decrease improper payments in the title IV-E foster care program by lowering the national error rate.[1] (Foster Care) (*Efficiency*) | FY 2022: N/A[2]  Target: N/A[3] | N/A | N/A | N/A |
| 7J: Increase the adoption rate. (Foster Care, Adoption Opportunities, Adoption and Legal Guardianship Incentives, Adoption Assistance) (*Outcome*) | FY 2022: 13.4%  (Historical Actual) | TBD | TBD | TBD |
| 7vi: Number of adoptions from foster care. (*Output*) | FY 2022: 52,721  (Historical Actual) | N/A | N/A | N/A |
| 7vii: Annual estimate of improper payments. (*Output*) | FY 2020: $41.23 million  (Historical Actual) | N/A | N/A | N/A |

[1] This performance measure is included in the FY 2022-2026 HHS Strategic Plan.
[2] In response to pandemic, ACF postponed title IV-E reviews beginning in the spring of FY 2020 to protect the health and safety of state and federal staff. Because the reviews provide data normally used to calculate the Foster Care error rate, the postponement of reviews results in ACF having no new data for FY 2021- FY 2023 and nothing to report. ACF anticipates resuming reviews in 2024 and expects to have information needed to calculate an error rate at the end of FY 2024, based on a subset of states newly reviewed between January and June 2024.
[3] ACF has chosen not to set a target for this performance measure for FY 2021- FY 2027 due to the temporary pause in conducting reviews and the need to establish a new baseline due to implementation of the May 2020 AFCARS Final Rule. After a new baseline is established, annual targets will be set beginning with FY 2028 reporting.

Adoption Assistance Program

Annual measure 7J (adoption rate) was developed through a program assessment as an appropriate measure of success in moving children toward adoption, taking into account the size of the pool of children in foster care for whom adoption is the appropriate goal and the fluctuations in numbers of children who are in foster care in any given year. In FY 2022, pre-baseline performance on this measure was 13.4 percent.  A new baseline and future targets will be set in FY 2025.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 7J: Increase the adoption rate. (Foster Care, Adoption Opportunities, Adoption and Legal Guardianship Incentives, Adoption Assistance) (*Outcome*) | FY 2022: 13.4%  (Historical Actual) | TBD | TBD | TBD |
| 7vi: Number of adoptions from foster care. (*Output*) | FY 2022: 52,721  (Historical Actual) | N/A | N/A | N/A |

Chafee Foster Independence Care Program for Successful Transition to Adulthood

The Chafee program uses a data collection and performance system, called the National Youth in Transition Database (NYTD) to collect information on independent living services provided to youth in foster care or who have aged out of foster care. The system also collects outcome information from youth in six areas: financial self-sufficiency, educational attainment, positive connections with adults, homelessness, high-risk behavior, and health insurance coverage. States began reporting information to NYTD in FY 2011, allowing ACF to set the baseline for measures 7N and 7O that year.

Beginning in FY 2017, ACF began reporting data for a new cohort of youth (Cohort 3). At age 17, 92.9 percent of youth reported having a connection to an adult while only 5 percent of 17-year-olds in FY 2017 had received a high school degree or GED. In FY 2019, 89.0 percent of 19-year-olds reported having a connection to an adult, and 58 percent reported having a high school degree or GED. In FY 2021, at age 21, the percentage of young adults who reported having a connection to an adult was 87 percent, just below the expected maintained target of 89 percent. At 71 percent, the majority of young adults at age 21 reported having received a high school degree or GED, well above the target of 60 percent.

In 2011, ACF began a multi-phased effort to evaluate Chafee-funded services and programs. A descriptive report detailing the state of the field with respect to independent living services for youth aging out of care (Planning a Next-Generation Evaluation Agenda for the John H. Chafee Foster Care Independence Program: An Update of the Knowledge Base and Typology of Independent Living Programs in the United States) was released in January 2018. Briefs describing the state of the field with respect to housing for young adults in extended federal foster care and specialized case management for young adults in extended federal foster care were released in 2018 and 2019, respectively.

A report describing findings from a formative evaluation of the Seita Scholars college success program at Western Michigan University was released in 2020. Findings from a formative evaluation of two employment programs were released in 2021, as well as findings from a national scan of supportive housing programs for young people formerly in foster care. A final report detailing the findings from the formative evaluation of the Family Unification Program for youth housing voucher program, conducted in collaboration with U.S. Department of Housing and Urban Development, was released in 2022. In addition, the project conducted the first rigorous analysis of the Chafee Education and Training Voucher program, working with 10 states to study the outcomes of their programs. The final report was released in 2022, along with 10 state-specific fact sheets. Receiving an education and training voucher (ETV) was correlated with better educational outcomes for young adults. Young adults receiving an ETV were more likely to complete two semesters of college and graduate by age 24 compared to eligible young adults who did not receive an ETV. Young people who received vouchers were more likely to enroll in four-year schools, enroll in in-state schools, and be enrolled in college full time. However, the study found that many young adults eligible for ETVs do not receive them. Findings from these analyses have been presented to the participating states and in public forums such as webinars and conferences.

The project also developed new learning agendas related to pregnant and parenting youth in foster care and the option to extend Chafee-funded services to age 23, both in response to provisions in the Family First Prevention Services Act. For pregnant and parenting youth, identified topics for further learning included young fathers in care, the need for specialized training, child care challenges, heightened fear of surveillance, mental health, and equity and inclusion. A major challenge to serving 21- to 23-year-olds reported by states was sustaining youth engagement in services beyond the minimum required to receive financial supports.

In 2021, ACF launched a new study (Chafee Strengthening Outcomes for Transition to Adulthood) that will make use of innovative learning techniques to rigorously test promising practices in programs serving transition age youth.  These learning methods will aim to overcome common evaluation challenges for programs where large-scale impact evaluations were not feasible due to issues such as program size, lack of appropriate comparison groups, or implementation challenges.  The project completed a round of evaluability assessments with interested sites to identify programs with readiness to participate in evaluations, which will launch in early 2024.  Additionally, the project will examine policy-relevant issues for the population of youth served by the Chafee program, including an exploration of how young people gain access to information about available services.

| Measure | Year and Most Recent Result/ Target for Most Recent Result/ Summary of Result | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 7N: Increase or maintain the percentage of youth currently or formerly in foster care who report in the National Youth in Transition Database (NYTD) survey having a connection to at least one adult to whom they can go for advice or emotional support. (*Outcome and Efficiency*) | FY 2021: 87.0% (Cohort 3, 21 years old)<br><br>Target: 89%<br><br>(Target Not Met) | N/A | TBD | N/A |
| 7O: Increase the percentage of youth currently or formerly in foster care who report in the NYTD survey having at least a high school diploma or GED. (*Outcome*) | FY 2021: 71% (Cohort 3, 21 years old)<br><br>Target: 60%<br><br>(Target Exceeded) | N/A | TBD | N/A |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Title IV-E Foster Care**

**Formula Grants**

CFDA #        93.658

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Alabama | $51,102,843 | $48,694,753 | $52,091,659 | $3,396,906 |
| Alaska | 24,058,251 | 22,924,568 | 24,523,767 | 1,599,199 |
| Arizona | 152,045,590 | 144,880,834 | 154,987,601 | 10,106,767 |
| Arkansas | 55,271,719 | 52,667,182 | 56,341,201 | 3,674,019 |
| California | 1,368,872,297 | 1,304,367,720 | 1,395,359,339 | 90,991,619 |
| Colorado | 112,449,103 | 107,150,229 | 114,624,941 | 7,474,712 |
| Connecticut | 54,327,730 | 51,767,676 | 55,378,946 | 3,611,270 |
| Delaware | 5,087,063 | 4,847,348 | 5,185,495 | 338,147 |
| District of Columbia | 31,847,869 | 30,347,120 | 32,464,110 | 2,116,990 |
| Florida | 244,343,375 | 232,829,323 | 249,071,306 | 16,241,983 |
| Georgia | 86,007,488 | 81,954,607 | 87,671,693 | 5,717,086 |
| Hawaii | 12,142,060 | 11,569,897 | 12,377,003 | 807,106 |
| Idaho | 16,009,703 | 15,255,287 | 16,319,483 | 1,064,196 |
| Illinois | 220,741,594 | 210,339,715 | 225,012,841 | 14,673,126 |
| Indiana | 105,477,353 | 100,507,005 | 107,518,291 | 7,011,286 |
| Iowa | 23,974,579 | 22,844,839 | 24,438,476 | 1,593,637 |
| Kansas | 42,384,870 | 40,387,592 | 43,204,998 | 2,817,406 |
| Kentucky | 57,474,075 | 54,765,757 | 58,586,172 | 3,820,415 |
| Louisiana | 51,806,222 | 49,364,987 | 52,808,648 | 3,443,661 |
| Maine | 27,150,431 | 25,871,037 | 27,675,779 | 1,804,742 |
| Maryland | 55,273,193 | 52,668,586 | 56,342,704 | 3,674,118 |
| Massachusetts | 147,175,407 | 140,240,145 | 150,023,183 | 9,783,038 |
| Michigan | 99,257,611 | 94,580,352 | 101,178,200 | 6,597,848 |
| Minnesota | 87,772,406 | 83,636,358 | 89,470,761 | 5,834,403 |
| Mississippi | 31,461,497 | 29,978,955 | 32,070,262 | 2,091,307 |
| Missouri | 77,581,432 | 73,925,607 | 79,082,597 | 5,156,990 |
| Montana | 17,595,748 | 16,766,594 | 17,936,218 | 1,169,624 |
| Nebraska | 26,521,017 | 25,271,282 | 27,034,186 | 1,762,904 |
| Nevada | 31,652,227 | 30,160,697 | 32,264,683 | 2,103,986 |
| New Hampshire | 23,498,118 | 22,390,830 | 23,952,796 | 1,561,966 |
| New Jersey | 100,857,840 | 96,105,174 | 102,809,392 | 6,704,218 |
| New Mexico | 26,420,846 | 25,175,832 | 26,932,077 | 1,756,245 |
| New York | 262,227,674 | 249,870,871 | 267,301,658 | 17,430,787 |
| North Carolina | 99,398,333 | 94,714,443 | 101,321,645 | 6,607,202 |
| North Dakota | 13,761,966 | 13,113,469 | 14,028,254 | 914,785 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Ohio | 245,683,030 | 234,105,851 | 250,436,882 | 16,331,031 |
| Oklahoma | 78,131,857 | 74,450,095 | 79,643,672 | 5,193,577 |
| Oregon | 148,128,730 | 141,148,545 | 150,994,952 | 9,846,407 |
| Pennsylvania | 184,921,130 | 176,207,198 | 188,499,268 | 12,292,070 |
| Rhode Island | 14,842,509 | 14,143,094 | 15,129,705 | 986,611 |
| South Carolina | 75,508,358 | 71,950,221 | 76,969,410 | 5,019,189 |
| South Dakota | 8,522,498 | 8,120,897 | 8,687,404 | 566,507 |
| Tennessee | 48,276,549 | 46,001,641 | 49,210,678 | 3,209,037 |
| Texas | 175,760,291 | 167,478,040 | 179,161,171 | 11,683,131 |
| Utah | 31,759,583 | 30,262,995 | 32,374,116 | 2,111,121 |
| Vermont | 11,736,058 | 11,183,027 | 11,963,145 | 780,118 |
| Virginia | 63,169,762 | 60,193,050 | 64,392,068 | 4,199,018 |
| Washington | 114,876,135 | 109,462,893 | 117,098,935 | 7,636,042 |
| West Virginia | 73,200,685 | 69,751,291 | 74,617,084 | 4,865,793 |
| Wisconsin | 71,236,543 | 67,879,705 | 72,614,937 | 4,735,232 |
| Wyoming | 7,076,005 | 6,742,567 | 7,212,922 | 470,355 |
| **Subtotal, States** | **$5,195,859,253** | **$4,951,017,781** | **$5,296,396,714** | **$345,378,933** |
| Indian Tribes | 4,020,692 | 3,809,003 | 4,074,716 | 265,713 |
| Puerto Rico | 30,315,819 | 28,909,488 | 30,926,190 | 2,016,702 |
| **Subtotal, Territories** | **$30,315,819** | **$28,909,488** | **$30,926,190** | **$2,016,702** |
| **Total States/Territories** | **$5,230,195,764** | **$4,983,736,272** | **$5,331,397,620** | **$347,661,348** |
| Training and Technical Assistance | 51,428,791 | 49,005,342 | 52,423,914 | 3,418,572 |
| **Subtotal, Adjustments** | **$51,428,791** | **$49,005,342** | **$52,423,914** | **$3,418,572** |
| **TOTAL RESOURCES** | **$5,281,624,555** | **$5,032,741,614** | **$5,383,821,534** | **$351,079,920** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Title IV-E Adoption Assistance**

**Formula Grants**

CFDA #       93.659

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Alabama | $33,827,854 | $37,518,694 | $39,799,544 | $2,280,850 |
| Alaska | 32,912,241 | 36,503,182 | 38,722,296 | 2,219,114 |
| Arizona | 186,258,880 | 206,580,943 | 219,139,484 | 12,558,541 |
| Arkansas | 38,592,905 | 42,803,644 | 45,405,778 | 2,602,134 |
| California | 788,182,003 | 874,177,819 | 927,321,142 | 53,143,323 |
| Colorado | 25,154,934 | 27,899,502 | 29,595,578 | 1,696,076 |
| Connecticut | 54,439,875 | 60,379,622 | 64,050,241 | 3,670,619 |
| Delaware | 4,728,245 | 5,244,127 | 5,562,930 | 318,803 |
| District of Columbia | 10,436,404 | 11,575,084 | 12,278,761 | 703,677 |
| Florida | 201,806,024 | 223,824,382 | 237,431,192 | 13,606,810 |
| Georgia | 72,239,269 | 80,121,046 | 84,991,793 | 4,870,747 |
| Hawaii | 15,413,563 | 17,095,284 | 18,134,546 | 1,039,262 |
| Idaho | 13,489,799 | 14,961,624 | 15,871,177 | 909,553 |
| Illinois | 96,120,744 | 106,608,146 | 113,089,106 | 6,480,960 |
| Indiana | 91,055,555 | 100,990,312 | 107,129,750 | 6,139,438 |
| Iowa | 51,556,467 | 57,181,615 | 60,657,820 | 3,476,205 |
| Kansas | 31,188,339 | 34,591,191 | 36,694,071 | 2,102,880 |
| Kentucky | 91,871,632 | 101,895,428 | 108,089,891 | 6,194,463 |
| Louisiana | 34,083,990 | 37,802,776 | 40,100,896 | 2,298,120 |
| Maine | 31,944,113 | 35,429,425 | 37,583,263 | 2,153,838 |
| Maryland | 19,320,583 | 21,428,585 | 22,731,279 | 1,302,694 |
| Massachusetts | 48,540,254 | 53,836,313 | 57,109,149 | 3,272,836 |
| Michigan | 136,040,984 | 150,883,946 | 160,056,535 | 9,172,589 |
| Minnesota | 77,175,534 | 85,595,890 | 90,799,465 | 5,203,575 |
| Mississippi | 40,118,404 | 44,495,584 | 47,200,576 | 2,704,992 |
| Missouri | 67,029,942 | 74,343,347 | 78,862,854 | 4,519,507 |
| Montana | 17,295,303 | 19,182,334 | 20,348,473 | 1,166,139 |
| Nebraska | 24,664,533 | 27,355,595 | 29,018,606 | 1,663,011 |
| Nevada | 49,767,530 | 55,197,493 | 58,553,079 | 3,355,586 |
| New Hampshire | 4,710,960 | 5,224,957 | 5,542,594 | 317,637 |
| New Jersey | 96,502,573 | 107,031,635 | 113,538,340 | 6,506,705 |
| New Mexico | 28,270,122 | 31,354,577 | 33,260,696 | 1,906,119 |
| New York | 190,619,723 | 211,417,582 | 224,270,154 | 12,852,572 |
| North Carolina | 84,045,155 | 93,215,032 | 98,881,792 | 5,666,760 |
| North Dakota | 15,137,134 | 16,788,694 | 17,809,319 | 1,020,625 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Ohio | 187,081,483 | 207,493,297 | 220,107,302 | 12,614,005 |
| Oklahoma | 107,979,823 | 119,761,128 | 127,041,689 | 7,280,561 |
| Oregon | 53,551,236 | 59,394,026 | 63,004,729 | 3,610,703 |
| Pennsylvania | 160,690,513 | 178,222,900 | 189,057,489 | 10,834,589 |
| Rhode Island | 12,194,402 | 13,524,891 | 14,347,101 | 822,210 |
| South Carolina | 49,024,489 | 54,373,382 | 57,678,867 | 3,305,485 |
| South Dakota | 9,691,215 | 10,748,590 | 11,402,022 | 653,432 |
| Tennessee | 79,550,748 | 88,230,255 | 93,593,980 | 5,363,725 |
| Texas | 181,547,704 | 201,355,747 | 213,596,636 | 12,240,889 |
| Utah | 14,639,053 | 16,236,270 | 17,223,310 | 987,040 |
| Vermont | 12,313,220 | 13,656,673 | 14,486,894 | 830,221 |
| Virginia | 88,782,579 | 98,469,339 | 104,455,522 | 5,986,183 |
| Washington | 55,266,511 | 61,296,449 | 65,022,804 | 3,726,355 |
| West Virginia | 84,295,382 | 93,492,560 | 99,176,192 | 5,683,632 |
| Wisconsin | 54,628,180 | 60,588,472 | 64,271,788 | 3,683,316 |
| Wyoming | 1,448,971 | 1,607,063 | 1,704,760 | 97,697 |
| **Subtotal, States** | **3,957,227,079** | **4,388,986,452** | **4,655,803,255** | **266,816,803** |
| Indian Tribes | 410,248 | 455,013 | 482,669 | 27,656 |
| Puerto Rico | 2,306,844 | 2,558,535 | 2,714,076 | 407,232 |
| **Subtotal, Territories** | **2,306,844** | **2,558,535** | **2,714,076** | **155,541** |
| **Total States/Territories** | **$3,959,944,171** | **$4,392,000,000** | **$4,659,000,000** | **$267,000,000** |
| **TOTAL RESOURCES** | **$3,959,944,171** | **$4,392,000,000** | **$4,659,000,000** | **$267,000,000** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Chafee Foster Care Independence Program**

**Formula Grants**

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | CFDA #  93.674 FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Alabama | $2,089,391 | $1,516,919 | $2,854,492 | $1,337,573 |
| Alaska | 946,009 | 686,812 | 1,292,422 | 605,610 |
| Arizona | 9,585,776 | 6,959,369 | 13,095,932 | 6,136,563 |
| Arkansas | 2,515,233 | 1,826,084 | 3,436,271 | 1,610,187 |
| California | 32,125,885 | 23,323,713 | 43,889,863 | 20,566,150 |
| Colorado | 1,731,465 | 1,257,061 | 2,365,499 | 1,108,438 |
| Connecticut | 1,816,037 | 1,318,461 | 2,481,040 | 1,162,579 |
| Delaware | 540,000 | 392,045 | 737,739 | 345,694 |
| District of Columbia | 1,091,992 | 792,797 | 1,491,862 | 699,065 |
| Florida | 9,221,042 | 6,694,569 | 12,597,638 | 5,903,069 |
| Georgia | 3,857,324 | 2,800,456 | 5,269,813 | 2,469,357 |
| Hawaii | 509,157 | 369,653 | 695,602 | 325,949 |
| Idaho | 565,856 | 410,817 | 773,063 | 362,246 |
| Illinois | 6,926,359 | 5,028,606 | 9,462,679 | 4,434,073 |
| Indiana | 5,244,196 | 3,807,339 | 7,164,536 | 3,357,197 |
| Iowa | 2,084,972 | 1,513,710 | 2,848,455 | 1,334,745 |
| Kansas | 3,178,575 | 2,307,677 | 4,342,518 | 2,034,841 |
| Kentucky | 2,703,457 | 1,962,737 | 3,693,419 | 1,730,682 |
| Louisiana | 1,358,131 | 986,017 | 1,855,457 | 869,440 |
| Maine | 761,261 | 552,683 | 1,040,022 | 487,339 |
| Maryland | 2,899,116 | 2,104,787 | 3,960,725 | 1,855,938 |
| Massachusetts | 4,434,674 | 3,219,618 | 6,058,580 | 2,838,962 |
| Michigan | 4,271,796 | 3,101,367 | 5,836,058 | 2,734,691 |
| Minnesota | 2,287,983 | 1,661,099 | 3,125,805 | 1,464,706 |
| Mississippi | 1,168,620 | 848,430 | 1,596,550 | 748,120 |
| Missouri | 4,268,667 | 3,099,095 | 5,831,784 | 2,732,689 |
| Montana | 1,025,013 | 744,170 | 1,400,356 | 656,186 |
| Nebraska | 1,250,176 | 907,640 | 1,707,970 | 800,330 |
| Nevada | 2,066,056 | 1,499,977 | 2,822,612 | 1,322,635 |
| New Hampshire | 535,000 | 388,415 | 730,908 | 342,493 |
| New Jersey | 2,690,703 | 1,953,477 | 3,675,995 | 1,722,518 |
| New Mexico | 640,213 | 464,801 | 874,649 | 409,848 |
| New York | 17,185,958 | 12,477,177 | 23,479,177 | 11,002,000 |
| North Carolina | 4,714,197 | 3,422,554 | 6,440,459 | 3,017,905 |
| North Dakota | 537,662 | 390,348 | 734,545 | 344,197 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Ohio | 6,686,016 | 4,854,114 | 9,134,327 | 4,280,213 |
| Oklahoma | 4,670,171 | 3,390,591 | 6,380,312 | 2,989,721 |
| Oregon | 3,272,105 | 2,375,581 | 4,470,297 | 2,094,716 |
| Pennsylvania | 5,881,184 | 4,269,798 | 8,034,778 | 3,764,980 |
| Rhode Island | 634,636 | 460,752 | 867,029 | 406,277 |
| South Carolina | 5,333,889 | 3,872,457 | 7,287,073 | 3,414,616 |
| South Dakota | 880,107 | 638,966 | 1,202,388 | 563,422 |
| Tennessee | 5,652,770 | 4,103,967 | 7,722,723 | 3,618,756 |
| Texas | 8,945,270 | 6,494,355 | 12,220,883 | 5,726,528 |
| Utah | 826,344 | 599,934 | 1,128,938 | 529,004 |
| Vermont | 650,000 | 471,906 | 888,019 | 416,113 |
| Virginia | 2,002,142 | 1,453,575 | 2,735,294 | 1,281,719 |
| Washington | 3,666,297 | 2,661,768 | 5,008,836 | 2,347,068 |
| West Virginia | 3,138,659 | 2,278,698 | 4,287,985 | 2,009,287 |
| Wisconsin | 2,859,883 | 2,076,304 | 3,907,126 | 1,830,822 |
| Wyoming | 645,328 | 468,515 | 881,637 | 413,122 |
| **Subtotal, States** | **$194,572,753** | **$141,261,761** | **$265,822,140** | **$124,560,379** |
| Indian Tribes | 203,486 | 147,733 | 277,999 | 130,266 |
| **Subtotal, Territories** | **$1,231,301** | **$893,937** | **$1,682,184** | **$788,247** |
| **Total States/Territories** | **$196,007,540** | **$142,303,431** | **$267,782,323** | **$125,478,892** |
| Training and Technical Assistance | 814,011 | 590,980 | 1,112,088 | 521,108 |
| **Subtotal, Adjustments** | **$814,011** | **$590,980** | **$1,112,088** | **$521,108** |
| **TOTAL RESOURCES** | **$196,821,551** | **$142,894,411** | **$268,894,411** | **$126,000,000** |

Note: Training and technical assistance reflects the 1.5% set aside authorized in section 477(g) (2) of the Social Security Act.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR CHILDREN AND FAMILIES
CHILDREN'S RESEARCH AND TECHNICAL ASSISTANCE

TABLE OF CONTENTS

Authorizing Legislation ................................................................................................ 311
Appropriations History Table ........................................................................................ 312
Amounts Available for Obligation ................................................................................. 313
Budget Authority by Activity ........................................................................................ 314
Summary of Changes ..................................................................................................... 314
Justification ................................................................................................................... 315
  General Statement ....................................................................................................... 315
  Program Descriptions and Accomplishments ............................................................. 315
  Budget Request ........................................................................................................... 316

This page intentionally left blank.

ADMINISTRATION FOR CHILDREN AND FAMILIES
Children's Research and Technical Assistance

**Authorizing Legislation**

| Statutory Citations | FY 2024 Amount Authorized | FY 2024 Amount Appropriated | FY 2025 Amount Authorized | FY 2025 President's Budget |
|---|---|---|---|---|
| Training and Technical Assistance:  Section 452(j) of the Social Security Act | The amount authorized and appropriated is equal to the greater of one percent of the total amount paid to the federal government for its share of child support collections for the preceding year or the amount appropriated for this activity for FY 2002. | $11,615,445 | The amount authorized and appropriated is equal to the greater of one percent of the total amount paid to the federal government for its share of child support collections for the preceding year or the amount appropriated for this activity for FY 2002. | $12,317,545 |
| Federal Parent Locator Service:  Section 453(o) of the Social Security Act | The amount authorized and appropriated is equal to the greater of two percent of the total amount paid to the federal government for its share of child support collections for the preceding year or the amount appropriated for this activity for FY 2002. | $23,230,889 | The amount authorized and appropriated is equal to the greater of two percent of the total amount paid to the federal government for its share of child support collections for the preceding year or the amount appropriated for this activity for FY 2002. | $24,635,089 |
| Total request level | | $34,846,334 | | $36,952,634 |

Note:  The Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (P.L. 104-193) and the Deficit Reduction Act of 2005 (P.L. 109-171) permanently authorized and appropriated funds for training and technical assistance and the operation of the Federal Parent Locator Service.

ADMINISTRATION FOR CHILDREN AND FAMILIES
Children's Research and Technical Assistance

**Appropriations History Table**

| Year | Appropriation |
|------|---------------|
| **2016** | |
| Appropriation | 36,953,000 |
| Sequestration | -2,513,000 |
| Total | 34,440,000 |
| **2017** | |
| Appropriation | 36,953,000 |
| Sequestration | -2,550,000 |
| Total | 34,403,000 |
| **2018** | |
| Appropriation | 36,953,000 |
| Sequestration | -2,439,000 |
| Total | 34,514,000 |
| **2019** | |
| Appropriation | 36,953,000 |
| Sequestration | -2,291,000 |
| Total | 34,662,000 |
| **2020** | |
| Appropriation | 36,953,000 |
| Sequestration | -2,180,205 |
| Total | 34,772,429 |
| **2021** | |
| Appropriation | 36,953,000 |
| Sequestration | -2,106,300 |
| Total | 34,846,334 |
| **2022** | |
| Appropriation | 36,953,000 |
| Sequestration | -2,106,300 |
| Total | 34,846,334 |
| **2023** | |
| Appropriation | 36,953,000 |
| Sequestration | -2,106,300 |
| Total | 34,846,334 |
| **2024** | |
| Appropriation | 36,953,000 |
| Sequestration | -2,106,300 |
| Total | 34,846,334 |
| **2025** | |
| Appropriation | 36,953,000 |
| Sequestration | -2,106,300 |
| Total | 34,846,334 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Children's Research and Technical Assistance

**Amounts Available for Obligation**

| Budgetary Resources | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Pre-Appropriated, B.A. | $36,952,634 | $36,952,634 | $36,952,634 |
| Sequestration | -2,106,300 | -2,106,300 | -2,106,300 |
| **Subtotal, Net Budget Authority** | **$34,846,334** | **$34,846,334** | **$34,846,334** |
| | | | |
| Offsetting Collections from Federal Funds | 9,581,500 | 11,360,400 | 11,360,400 |
| Offsetting Collections from Non-Federal Funds | 21,717,403 | 25,878,087 | 25,878,087 |
| Sequestration of Offsetting Collections | -1,140,003 | -1,358,086 | -1,358,086 |
| Restored Sequestration of Offsetting Collections | 688,128 | 1,140,003 | 1,358,086 |
| Unobligated balance, start of year | 12,624,374 | 13,678,640 | 37,091 |
| Recoveries of prior year obligations | 0 | 1,750,000 | 0 |
| Unobligated balance, end of year | -13,678,640 | -37,091 | -37,091 |
| **Total Obligations** | **$64,639,096** | **$87,258,287** | **$72,084,821** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Children's Research and Technical Assistance

**Budget Authority by Activity**

| Activity | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Child Support Training and Technical Assistance | $11,615,445 | $11,615,445 | $11,615,445 |
| Federal Parent Locator Service | 23,230,889 | 23,230,889 | 23,230,889 |
| **Total, Budget Authority** | **$34,846,334** | **$34,846,334** | **$34,846,334** |

**Summary of Changes**

| | |
|---|---|
| FY 2024 CR | |
| Total estimated budget authority | $34,846,334 |
| (Obligations) | $87,258,287 |
| FY 2025 President's Budget | |
| Total estimated budget authority | $34,846,334 |
| (Obligations) | $72,084,821 |
| Net change | $0 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Children's Research and Technical Assistance

**Justification**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2024 CR |
|---|---|---|---|---|
| Total, Budget Authority | $34,846,334 | $34,846,334 | $34,846,334 | $0 |
| Total, Obligations | $64,639,096 | $87,258,287 | $72,084,821 | -$15,173,466 |

Authorizing Legislation – Sections 452(j) and 453(o) of the Social Security Act

2025 Authorization...................................................Training and Technical Assistance and Federal Parent Locator Service authorized indefinitely based on a formula

Allocation Method.......................................................................................................Direct Federal/Contract

**General Statement**

The Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (P.L. 104-193) and the Deficit Reduction Act (DRA) of 2005 (P.L. 109-171) authorized and appropriated funds for training and technical assistance to support the dissemination of information, technical assistance to the states on child support enforcement activities, and the operation of the Federal Parent Locator Service (FPLS) to assist state child support agencies in locating noncustodial parents.

Originally, funding for training and technical assistance and the FPLS was set at one and two percent, respectively, of the amount of the federal share of child support collections. The DRA amended the statute to set the funding at the greater of one and two percent of the federal share of child support collections in the prior year or the amount appropriated for these activities in FY 2002. These amounts are $12.3 million for training and technical assistance and $24.6 million for the FPLS, though they have been subject to sequestration since FY 2013 in accordance with the Balanced Budget and Emergency Deficit Control Act of 1985 (P.L. 99-177), as amended by the Budget Control Act of 2011 (P.L. 112-25). Total obligations in this account consist of direct appropriated funds, recoveries, and offsetting collections.

<u>**Program Descriptions and Accomplishments**</u>

Funds for training and technical assistance are directed to cover ACF's costs in providing technical assistance to states, including for their automated systems; training of state and federal staff; staffing studies; and information dissemination and related activities. Funding is also used to support research, demonstration, and special projects of regional or national significance relating to the operation of state child support programs using contracts, interagency agreements, and competitive grants. These activities are key to successful state outcomes in promoting family self-sufficiency and attaining the anticipated benefits of the child support services program.

Funds for the FPLS are directed to cover ACF's costs in operating the system to the extent that these costs are not recovered through fees charged to users. Appropriations and fees charged to users fund the full costs of operating the FPLS, including program support contracts and interagency agreements, salaries and benefits of federal staff, and associated overhead costs.

The FPLS is crucial to helping ACF fulfill its mission to assist states and tribes to secure the financial support upon which millions of children depend and has contributed to an increase in the overall effectiveness and performance of the child support services program and other federal and state programs. The FPLS includes the Federal Child Support Case Registry, which is a database of child support cases, participants, and orders, and the National Directory of New Hires, which is a database of employment information. State, tribal, and local child support services agencies use FPLS data to locate noncustodial parents, alleged fathers, and custodial parties for the establishment of parentage and support obligations and to assist in the enforcement and modification of orders for child support. The FPLS facilitates standardized and centralized communication and data exchanges with employers, multistate financial institutions, insurance companies, and other federal and state agencies. State and federal agencies also use FPLS data to reduce erroneous payments and overall program costs in public assistance and benefit programs.

The FPLS helped states collect $27.4 billion in child support in FY 2022, including $4.4 billion in collections directly attributable to federal systems.

Funding for this program is also used to pay salaries and benefits for federal employees, information technology support, and other related administrative costs.

Obligations for Children's Research and Technical Assistance for five years have been as follows:

| | |
|---|---|
| 2021 | $61,831,486 |
| 2022 | $54,386,729 |
| 2023 | $64,639,096 |
| 2024 | $87,258,287 |
| 2025 President's Budget | $72,084,821 |

## Budget Request

The FY 2025 President's Budget request for Children's Research and Technical Assistance is $37.0 million, the same as the current law level. The request does not include the amount required by law to be sequestered in FY 2025, which is $2.1 million. The request will continue to fund child support training and technical assistance efforts in addition to the operation of the FPLS. Total program resources include fees from states to pay costs associated with offset notice preparation and fees from state and federal agencies to pay costs associated with the FPLS.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR CHILDREN AND FAMILIES
TEMPORARY ASSISTANCE FOR NEEDY FAMILIES

## TABLE OF CONTENTS

Authorizing Legislation ............................................................................. 319
Appropriations History Table ...................................................................... 320
Amounts Available for Obligation ............................................................... 322
Budget Authority by Activity ....................................................................... 323
Summary of Changes ................................................................................. 324
Justification ............................................................................................... 325
    General Statement ............................................................................... 325
    Program Descriptions and Accomplishments ........................................ 326
    Budget Request .................................................................................... 328
    Performance Analysis ........................................................................... 328
    State Table - Temporary Assistance for Needy Families ........................ 332

This page intentionally left blank.

ADMINISTRATION FOR CHILDREN AND FAMILIES
Temporary Assistance for Needy Families

**Authorizing Legislation**

| Statutory Citations | FY 2024 Amount Authorized | FY 2024 Amount Appropriated | FY 2025 Amount Authorized | FY 2025 President's Budget |
|---|---|---|---|---|
| State Family Assistance Grants: Section 403(a)(1)(C) of the Social Security Act (SSA) | $16,434,254,853 | $16,434,254,853 | Such sums | $16,434,254,853 |
| Territories – Family Assistance Grants: Section 403(a)(1)(C) of the SSA | $77,617,558 | $77,617,558 | Such sums | $77,617,558 |
| Matching Grants to Territories: Section 1108(b)(2) of the SSA | $15,000,000 | $15,000,000 | Such sums | $15,000,000 |
| Healthy Marriage/ Responsible Fatherhood Grants: Section 403(a)(2)(D) of the SSA | $150,000,000 | $149,042,581 | Such sums | $150,000,000 |
| Tribal Work Programs: Section 412(a)(2)(D) of the SSA | $7,633,287 | $7,633,287 | Such sums | $7,633,287 |
| Contingency Fund: Section 403(b)(2)(D) of the SSA | $608,000,000 | $608,000,000 | Such sums | $603,000,000 |
| Evaluation Funding & What Works Clearinghouse: Section 413(h) of the SSA | $44,669,589 | $44,669,589 | Such sums | $44,669,589 |
| Program Integrity and Improvement Fund | $0 | $0 | Request | $5,000,000 |
| Total request level | | $17,336,217,868 | | $17,337,175,287 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Temporary Assistance for Needy Families

**Appropriations History Table**

| Year | Budget Request to Congress | Appropriation |
|------|---------------------------|---------------|
| **2016** | | |
| Appropriation | 16,749,175,000 | 16,739,175,000 |
| Sequestration | | -1,768,000 |
| Pathways to Jobs | 573,000,000 | 0 |
| Contingency Fund | 0 | 608,000,000 |
| Total | 17,322,175,000 | 17,345,407,000 |
| **2017** | | |
| Appropriation | 17,499,175,000 | 16,739,175,000 |
| Sequestration | | -2,484,000 |
| Contingency Fund | 0 | 608,000,000 |
| Pathways to Jobs | 473,000,000 | 0 |
| Two-Generations Demo | 100,000,000 | 0 |
| Economic Response Fund | 2,000,000,000 | 0 |
| Total | 20,072,175,000 | 17,344,691,000 |
| **2018** | | |
| Appropriation | 15,132,521,000 | 16,739,175,287 |
| Sequestration | | -1,701,190 |
| Contingency Fund | 0 | 608,000,000 |
| Total | | 17,345,474,097 |
| **2019** | | |
| Appropriation | 15,137,190,676 | 16,739,175,287 |
| Sequestration | | -1,629,573 |
| Contingency Fund | 0 | 608,000,000 |
| Total | | 17,345,545,714 |
| **2020** | | |
| Appropriation | 15,137,190,676 | 16,739,175,287 |
| Opportunity and Economic Mobility Demo | 100,000,000 | 0 |
| Sequestration | | -1,203,600 |
| Contingency Fund | 0 | 608,000,000 |
| Total | 15,237,190,676 | 17,345,971,687 |
| **2021** | | |
| Appropriation | 15,145,473,947 | 16,739,175,287 |
| Opportunity and Economic Mobility Demo | 100,000,000 | 0 |

| Year | Budget Request to Congress | Appropriation |
|---|---|---|
| Sequestration | | -1,221,225 |
| Pandemic Emergency Fund | | 1,000,000,000 |
| Contingency Fund | 0 | 608,000,000 |
| Total | 15,245,473,947 | 18,345,954,062 |
| | | |
| 2022 | | |
| Appropriation | 16,739,175,287 | 16,739,175,287 |
| Sequestration | -964,030 | -964,030 |
| Contingency Fund | 608,000,000 | 608,000,000 |
| Total | 17,346,211,257 | 17,346,211,257 |
| | | |
| 2023 | | |
| Appropriation | 16,739,175,287 | 16,739,175,287 |
| Sequestration | -957,419 | -962,842 |
| Contingency Fund | 608,000,000 | 608,000,000 |
| Total | 17,346,217,868 | 17,346,212,445 |
| | | |
| 2024 | | |
| Appropriation | 16,739,175,287 | |
| Sequestration | -957,419 | |
| Contingency Fund | 603,000,000 | |
| Program Integrity and Improvement Fund | 5,000,000 | |
| Total | 17,346,217,868 | |
| | | |
| 2025 | | |
| Appropriation | 16,739,175,287 | |
| Sequestration | -1,009,700 | |
| Contingency Fund | 603,000,000 | |
| Program Integrity and Improvement Fund | 5,000,000 | |
| Total | 17,346,165,587 | |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Temporary Assistance for Needy Families

**Amounts Available for Obligation**

| Budgetary Resources | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| Budget Authority | $17,347,175,287 | $17,347,175,287 | $17,347,175,287 |
| Sequestration | -962,842 | -957,419 | -1,009,700 |
| **Subtotal, Net Budget Authority** | **$17,346,212,445** | **$17,346,217,868** | **$17,346,165,587** |
| | | | |
| Unobligated balance, lapsing | -26,516,912 | 0 | 0 |
| **Total Obligations** | **$17,319,695,533** | **$17,346,217,868** | **$17,346,165,587** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Temporary Assistance for Needy Families

**Budget Authority by Activity**

| Activity | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget |
|---|---|---|---|
| State Family Assistance Grants | $16,434,254,853 | $16,434,254,853 | $16,434,254,853 |
| Territories — Family Assistance Grants | 77,617,558 | 77,617,558 | 77,617,558 |
| Matching Grants to Territories | 15,000,000 | 15,000,000 | 15,000,000 |
| Tribal Work Programs | 7,633,287 | 7,633,287 | 7,633,287 |
| Healthy Marriage Promotion and Responsible Fatherhood Grants | 149,037,158 | 149,042,581 | 148,990,300 |
| Program Integrity and Improvement Fund | 0 | 0 | 5,000,000 |
| Contingency Fund | 608,000,000 | 608,000,000 | 603,000,000 |
| Welfare Research | 44,669,589 | 44,669,589 | 44,669,589 |
| Census Bureau | 10,000,000 | 10,000,000 | 10,000,000 |
| **Total, Budget Authority** | **$17,346,212,445** | **$17,346,217,868** | **$17,346,165,587** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Temporary Assistance for Needy Families

**Summary of Changes**

FY 2024 CR
  Total estimated budget authority $17,346,217,868
FY 2025 President's Budget
  Total estimated budget authority $17,346,165,587

Net change -$52,281

| Description of Changes | FY 2024 CR | Change from Base |
|---|---|---|
| Increases: | | |
| A. Built-in: | | |
| 1) Healthy Marriage Promotion and Responsible Fatherhood Grants: FY 2024 sequestration | $149,042,581 | $957,419 |
| B. Program: | | |
| 1) Program Integrity and Improvement Fund: Proposal to repurpose $5 million from TANF Contingency Fund to create a Program Integrity and Improvement Fund | $0 | $5,000,000 |
| Total, Increases | | $5,957,419 |
| Decreases: | | |
| A. Built-in: | | |
| 1) Healthy Marriage Promotion and Responsible Fatherhood Grants: FY 2024 sequestration | $149,042,581 | -$1,009,700 |
| B. Program: | | |
| 1) Contingency Fund: Proposal to repurpose $5 million of TANF Contingency Fund to create a Program Integrity and Improvement Fund | $608,000,000 | -$5,000,000 |
| Total, Decreases | | -$6,009,700 |
| Net Change | | -$52,281 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
Temporary Assistance for Needy Families

**Justification**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2024 CR |
|---|---|---|---|---|
| Total, Budget Authority | $17,346,212,445 | $17,346,217,868 | $17,346,165,587 | -$52,281 |

Authorizing Legislation─Section 403(a), 403(b), 412(a), and 1108 of the Social Security Act

2025 Authorization..................................................................................Such sums as may be appropriated

Allocation Method........................................................................................Formula and Competitive Grants

**General Statement**

The Temporary Assistance for Needy Families (TANF) program provides state flexibility in operating programs designed to help families with low incomes achieve economic stability and family well being. Created by the Personal Responsibility and Work Opportunity Reconciliation Act (PRWORA) of 1996 (P.L. 104-193), TANF replaced Aid to Families with Dependent Children (AFDC) and related programs with block grants to states, territories, and tribes.  TANF funds must be used for one or more of the following statutory purposes:

- providing assistance to needy families so that children may be cared for in their own homes or the homes of relatives;

- ending dependence of needy parents by promoting job preparation, work, and marriage;

- preventing and reducing the incidence of out-of-wedlock pregnancies; and

- encouraging the formation and maintenance of two-parent families.

The Deficit Reduction Act (DRA) of 2005 (P.L. 109-171) reauthorized TANF through 2010 and modified the requirement that parents work or receive education in order to maintain benefits.  The DRA also created and provided funds for grants focused on promoting healthy marriage and responsible fatherhood. Since 2010, TANF has been reauthorized through a series of short-term extensions.

The Consolidated Appropriations Act, 2017 (P.L. 115-31) amended the Social Security Act to make 0.33 percent of the amount appropriated for state and territory family assistance grants available for welfare research, evaluation, and technical assistance and to provide support for the Census Bureau's Survey of Income and Program Participation, rather than as a transfer from the Contingency Fund.

In FY 2023, ACF obligated $17.3 billion for TANF programs.  This account is subject to sequestration of administrative costs in an otherwise exempt account in accordance with the Balanced Budget and Emergency Deficit Control Act of 1985 (P.L. 99-177), as amended by the Budget Control Act of 2011 (P.L. 112-25).

**Program Descriptions and Accomplishments**

Funding under the TANF program is provided primarily through State Family Assistance Grants. State allocations, totaling $16.5 billion per fiscal year under current law, are based on AFDC spending levels from the mid-1990s. While states must meet certain federal requirements relating to work participation for families receiving assistance, as well as a maintenance-of-effort (MOE) spending requirement based on a historical level of state spending on allowable activities, the law provides states with broad flexibility in the use of TANF funds and in program design.

Currently, states use TANF funding on a variety of programs and services that are reasonably calculated to address the program's four broad purposes. Cash assistance has been declining as a proportion of overall spending and represented only 23.0 percent of overall TANF and MOE spending in FY 2022, compared to about three-quarters of spending in FY 1997. Under the program, states also have broad discretion to determine their own eligibility criteria, benefit levels, and the type of services and benefits available to TANF cash assistance recipients. Families with an adult who has received federally funded assistance under TANF for five cumulative years are not eligible for federally funded assistance, subject to limited exceptions.

States may transfer a portion of their TANF grant funding to either the Child Care and Development Block Grant (CCDBG) program or the Social Services Block Grant (SSBG) program. The total transferred may not exceed 30 percent of the grant, though no more than 10 percent may be transferred to SSBG. In FY 2022, states transferred $976 million of TANF state grants (six percent of total federal funds used) to CCDBG and $1.1 billion (seven percent of total federal funds used) to SSBG. In addition, states can use their federal TANF and MOE funds to directly fund child care, both for families receiving TANF cash assistance and for other low-income families. In FY 2022, an additional nine percent of federal TANF funds – or $1.3 billion – was spent directly on child care. Further, states spent $2.5 billion in MOE funds directly on child care in FY 2022.

The TANF Contingency Fund provides a funding reserve of $608 million to assist states that meet certain criteria, related to the state's unemployment rate and Supplemental Nutrition Assistance Program caseload, which are intended to reflect economic distress. States also must meet a higher MOE requirement of 100 percent in order to qualify for contingency funds. Contingency funds can be used for any allowable TANF expenditure and must be spent in the fiscal year in which they were awarded. Approximately 14 states access the Contingency Fund in a given fiscal year.

Tribes are eligible to operate their own TANF programs, and those that choose to do so receive their own family assistance grants, which totaled almost $208 million in FY 2023. The number of approved tribal TANF programs has steadily increased since the first three tribal TANF programs started in July 1997. As of February 2024, 75 tribal TANF grantees have been approved and operate tribal TANF programs.

The territories of Guam, Puerto Rico, and the U.S. Virgin Islands also operate their own TANF programs. Territories are subject to the same state plan, work, and MOE requirements as the states. A territory's allocation is based on historic funding levels, with a total of $77.9 million made available annually.

Additionally, ACF continues to collaborate with the Social Security Administration (SSA) on national program evaluation efforts to build evidence on employment-focused interventions for populations facing complex challenges (such as physical and mental health conditions, opioid dependency, abuse of other substances, or a criminal history). In FY 2019, ACF entered into an agreement with SSA, which transferred $25 million to ACF, to support the evaluation or service provision of selected programs

participating in these efforts.  Evaluation activities are ongoing  In FY 2024, ACF anticipates releasing initial findings from a subset of sites, with  descriptive, impact cost studies from evaluation activities.

The DRA included $150 million for annual Healthy Marriage Promotion and Responsible Fatherhood Grants.  The Claims Resolution Act of 2010 (P.L. 111-291) specified that funding be equally split between healthy marriage and responsible fatherhood activities.  Program funds currently support 110 Healthy Marriage and Responsible Fatherhood grants with awards ranging from $508,000 to $1,500,000 and average grant of $1,055,033.  These grantees are funded under a five-year project period, which began in FY 2020.  Funds also support research and evaluation activities, training and technical assistance, and the continuation of a national responsible fatherhood clearinghouse and media campaign. Together, these activities are designed to promote and encourage healthy marriage education, relationship skills, positive father-child and family interactions, and other activities that foster economic security and child and family well-being.

In addition, up to $2 million of Healthy Marriage and Responsible Fatherhood funding is available for demonstration projects to test the effectiveness of coordinating tribal TANF and child welfare services for tribal families at risk of child abuse or neglect.  Eight Tribal TANF-Child Welfare Coordination demonstration projects are providing improved case management for families eligible for assistance, supportive services and assistance to tribal children in out-of-home placements, and prevention services and assistance to tribal families at risk of child abuse and neglect.

A separate program, Native Employment Works grants, provides funds to Indian tribes and Alaska Native organizations that conducted a Job Opportunities and Basic Skills Training program in FY 1995.  These grants, totaling $7.5 million annually to 78 grantees, provides Indian tribes and Alaska Native organizations capacity to operate programs to make employment and training activities available to their members.

The Fiscal Responsibility Act (FRA) of 2023 (P.L. 118-5) contained several provisions affecting the TANF program that will strengthen flexibility to meet the needs of children and families and create greater accountability to the American public in program performance. The provisions include two changes to how ACF calculates the work participation rate as well as two changes that promote work outcomes in the TANF program. In addition, the FRA introduces a new pilot program that will allow up to five states' projects to be measured against negotiated benchmarks for work and family outcomes instead of to the work participation rate.  There is also a new requirement that all states report the data necessary to produce outcome measures for work-eligible individuals who leave TANF.  ACF has conducted extensive consultations with a range of interested parties, including state administrators, policy experts, researchers, federal partners, advocates, and people with lived experience with human services programs to implement the required changes. This input is helping ACF to maximize the value of the new requirement to collect and report TANF work outcomes measures, which will assist federal and state policymakers to better understand the effectiveness of TANF programs in promoting successful employment and credential attainment. Feedback from interested parties is also helping ACF to develop an effective pilot program that, while allowing up to five states to be measured against negotiated benchmarks for work and family outcomes, can help the larger field improve strategies to build family economic well-being for all communities.

Funding for TANF - net of any authorized changes such as transfers or reprogramming - for five years is as follows:

| | |
|---|---|
| 2021 | $17,345,954,062 |
| 2021 Supplemental | $1,000,000,000 |
| 2022 | $17,346,211,257 |
| 2023 | $17,346,212,445 |
| 2024 | $17,346,217,868 |
| 2025 President's Budget | $17,346,165,587 |

**Budget Request**

The FY 2025 President's Budget request for TANF is $17.3 billion, approximately the same as the FY 2024 CR level. The FY 2025 request reflects a small increase in the sequestration amount from FY 2024 CR level for the Healthy Marriage and Responsible Fatherhood programs.

The Budget proposes new statutory authority to collect more comprehensive data on TANF and maintenance-of-effort expenditures made to non-governmental sub-recipients to improve monitoring on TANF expenditures and activities, including to develop an improper payment rate for TANF, as required by the Payment Integrity Information Act of 2019 (P. L. 116-117). This effort would be facilitated by repurposing $5 million per year of the TANF Contingency Fund for a TANF Program Integrity and Improvement Fund.

The Administration is committed to strengthening the TANF program's effectiveness in accomplishing its goals. ACF has proposed a regulation to strengthen TANF as a safety net and work program, to clarify allowable uses of TANF funds, and reduce administrative burden. The agency looks forward to working with policymakers and other stakeholders on regulatory and statutory actions that improve the TANF program and ensure the program meets the goals that Congress intended.

**Performance Analysis**

TANF

PRWORA established a work participation rate requirement that measures the degree to which families with a work-eligible individual receiving cash assistance are engaged in specified work activities. By statute, states must engage 50 percent of families with a work-eligible individual in countable work activities and 90 percent of their two-parent families with two work-eligible individuals. However, these target rates are adjusted downward through a caseload reduction credit if a state has a caseload decline since FY 2005 and/or if a state spends beyond its required level of MOE spending. For example, in FY 2022, all but six states had a target rate of less than 50 percent and 34 states had a target of 0 percent for all families due to a caseload reduction credit. Performance measure 22A compares states' actual rates to the adjusted target rates they must meet in a specific year.

ACF reports on other measures to assess state performance, including employment entry (22B), employment retention (22C), and median earnings gains (22D) for TANF work-eligible individuals (WEI). States that reported TANF sample data have been weighted to be included in the calculation of the national rates for FY 2020. Since 21 states submitted sample data in FY 2020, the national rates have sampling error. National rates are average monthly estimates for the WEI TANF caseload. For annual measure 22B (employment entry), in FY 2020, 14.1 percent of TANF WEIs who were unemployed at

baseline were employed (i.e. reported earnings) in the following quarter. States continue to help TANF adult recipients enter employment, and ACF is committed to finding innovative and effective employment strategies through research, identifying and disseminating information on promising employment and skill-building strategies, and providing a range of targeted technical assistance efforts to states.

| Measure | Year and Most Recent Result / Target for Recent Result / (Summary of Result) | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 22A: Increase the percentage of state work participation rates that meet or exceed requirements.+ (*Efficiency*) | FY 2022: 86% +<br><br>Target: 100%<br><br>(Target Not Met, but Improved) | 90% [1] | 90% | Maintain |
| 22B: Increase the percentage of TANF work-eligible individuals who entered employment.+ (*Outcome*) | FY 2020: 14.0%<br><br>Target: 17.3%<br><br>(Target Not Met) | Prior Result + 0.1PP | Prior Result + 0.1PP | TBD |
| 22C: Increase the percentage of employed TANF work eligible individuals who were employed two quarters after a baseline quarter. + (*Outcome*) | FY 2020: 69.3%<br><br>Target: 78.3%<br><br>(Target Not Met) | Prior Result + 0.1PP | Prior Result + 0.1PP | TBD |
| 22D: Increase the median percentage gain in earnings of employed TANF work-eligible individuals between a baseline quarter and two quarters later. + (*Outcome*) | FY 2020: 40.8%<br><br>Target: 27.4%<br><br>(Target Exceeded) | Prior Result + 0.1PP | Prior Result + 0.1PP | TBD |
| 22E: Increase the rate of case closures related to employment, child support collected, and marriage. (*Outcome*) | FY 2022: 14.7%<br><br>Target: 19.2%<br><br>(Target Not Met) | Prior Result + 0.1PP | Prior Result + 0.1PP | TBD |
| 22F: Increase the median state share of federal TANF and state maintenance-of-effort (MOE) funds used for work, education, and training activities. (*Outcome*) | FY 2022: 8.3%<br><br>Target: 7.5%<br><br>(Target Exceeded) | Prior Result + 0.1PP | Prior Result + 0.1PP | TBD |
| 22i: Average monthly number of TANF and separate state program (SSP) families receiving assistance. (*Output*) | FY 2022: 953,368<br><br>(Historical Actual) | N/A | N/A | N/A |

[1] The FY 2024 target for this performance measure has been revised in light of the most recent trend data.
+ The actual results exclude territories but include the District of Columbia.

Healthy Marriage

ACF reports on measures to assess whether Healthy Marriage (HM) programs are succeeding in their primary objective per the legislation, that is, to promote healthy marriage. FY 2021 was the first year of programming offered by the 2020 cohort of HM grants; the 2020 cohort grants include 30 adult-serving programs and 24 youth-serving programs. The 2020 grant cohort began enrolling clients in April 2021. The FY 2021 results thus reflect outcomes from about two quarters of programming (rather than a full year of programming) during the pandemic. FYs 2022 and 2023 results reflect full years of programming. In FY 2023, 88.0 percent of adults in HM programs expressed positive attitudes towards marriage at program exit (measure 22G), and 94.9 percent of married couples viewed their marriage as lifelong at program exit (measure 22H). In FY 2023, 49.0 percent of youth in HM programs expressed attitudes supportive of the success sequence at program exit (measure 22I).

ACF continues to build on the 2020 grant cohort's strong start in FY 2021. First, ACF has instituted refinements to its HM (and Responsible Fatherhood (RF)) performance measurement system, including more extensive data reporting, which enables ACF to better target and support projects that are not achieving their objectives. Second, some of ACF's major research projects for its current 2020-2025 cohort of HMRF programs focus on enrollment and retention of participants, since it is anticipated that participants who engage in more programming are more likely to have better outcomes. Third, ACF is focusing technical assistance efforts on: (1) strong grant project leadership, since each grant relies on strong vision and execution to achieve objectives and (2) strong workshop facilitation, since workshops are the backbone of HM (and RF) programming, and it is anticipated that better workshop facilitation leads to better outcomes for participants. Grantees also receive training and technical assistance to improve their capacity to collect and analyze data, and conduct continuous quality improvement. Targets in FY 2024 and 2025 are based on historical trends.

| Measure | Year and Most Recent Result / Target for Recent Result / (Summary of Result) | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| 22G: (For adult-serving programs) Increase the proportion of participants who, at program exit, express positive attitudes towards marriage. (*Outcome*) | FY 2023: 88.0%<br><br>Target: 86.5%<br><br>(Target Exceeded) | 87.0% | 87.0% | Maintain |
| 22H: (For adult-serving programs) Increase the proportion of married couples who, at program exit, view their marriage as lifelong. (*Outcome*) | FY 2023: 94.9%<br><br>Target: 95.0%<br><br>(Target Not Met) | 95.0% | 94.5% | - 0.5 |
| 22I: (For youth-serving programs) Increase the proportion of youth who express attitudes supportive of the success sequence. (*Outcome*) | FY 2023: 49.0%<br><br>Target: 51.3%<br><br>(Target Not Met) | 51.5% | 47.4% | - 4.1 |

<u>Responsible Fatherhood</u>

In September 2020, ACF awarded the fourth cohort of 58 RF five-year grants; these grants are Congressionally authorized and appropriated.  RF programs are designed to help fathers be the parent, provider, and partner they want to be.  Grant activities, including workshops and individual services, focus on promoting or sustaining healthy marriage, responsible parenting, and economic stability.  Clients who enroll in these programs have diverse characteristics and experiences.  RF clients include men and women who enroll in an RF program offered in a community, either as individuals or as part of a couple.  RF clients also include reentering fathers who are within nine months of release from incarceration and who intend to return to their communities and families.

The 2020 grant cohort began enrolling clients in April 2021.  The FY 2021 actual results thus reflect outcomes from about two quarters of programming (rather than a full year of programming) during the pandemic.  Fiscal years 2022 and 2023 results reflect full years of programming.  In FY 2023, 45.2 percent of community father participants reported high involvement with their children at program exit (measure 22J).  In the same reporting period, 42.1 percent of reentering father participants reported frequent contact with their children at program exit (measure 22K).

| Measure | Year and Most Recent Result / Target for Recent Result / (Summary of Result) | FY 2024 Target | FY 2025 Target | FY 2025 Target +/- FY 2024 Target |
|---|---|---|---|---|
| <u>22J</u>: Increase the proportion of community father participants who report, at program exit, high involvement with their children. (*Outcome*) | FY 2023: 45.2%<br><br>(Historical Actual) | 45.0% | 45.2% | + 0.2 |
| <u>22K</u>: Increase the proportion of reentering father participants who report, at program exit, frequent contact with their children. *(Outcome)* | FY 2023: 42.1%<br><br>(Historical Actual) | 42.0% | 42.2% | + 0.2 |
| <u>22L</u>: Increase the proportion of community and reentering father participants who report, at program exit, collaborative co-parenting relationships. (*Outcome*) | FY 2023: 44.3%<br><br>(Historical Actual) | 44.0% | 44.2% | + 0.2 |
| <u>22M</u>: Increase the proportion of community father participants who report, at program exit, being economically stable. (*Outcome*) | FY 2023: 36.1%<br><br>(Historical Actual) | 36.0% | 36.2% | + 0.2 |

ADMINISTRATION FOR CHILDREN AND FAMILIES
**State Table - Temporary Assistance for Needy Families**

**Formula Grants**

CFDA #      93.558

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Alabama | $93,007,267 | $93,007,267 | $93,007,267 | $0 |
| Alaska | 44,397,466 | 44,397,466 | 44,397,466 | 0 |
| Arizona | 199,407,313 | 199,407,313 | 199,407,313 | 0 |
| Arkansas | 56,545,640 | 56,545,640 | 56,545,640 | 0 |
| California | 3,634,115,206 | 3,634,115,206 | 3,634,115,206 | 0 |
| Colorado | 135,607,703 | 135,607,703 | 135,607,703 | 0 |
| Connecticut | 265,907,706 | 265,907,706 | 265,907,706 | 0 |
| Delaware | 32,184,421 | 32,184,421 | 32,184,421 | 0 |
| District of Columbia | 92,304,203 | 92,304,203 | 92,304,203 | 0 |
| Florida | 560,484,398 | 560,484,398 | 560,484,398 | 0 |
| Georgia | 329,650,291 | 329,650,291 | 329,650,291 | 0 |
| Hawaii | 98,578,402 | 98,578,402 | 98,578,402 | 0 |
| Idaho | 30,307,166 | 30,307,166 | 30,307,166 | 0 |
| Illinois | 583,126,272 | 583,126,272 | 583,126,272 | 0 |
| Indiana | 206,116,672 | 206,116,672 | 206,116,672 | 0 |
| Iowa | 130,558,068 | 130,558,068 | 130,558,068 | 0 |
| Kansas | 101,477,697 | 101,477,697 | 101,477,697 | 0 |
| Kentucky | 180,689,420 | 180,689,420 | 180,689,420 | 0 |
| Louisiana | 163,430,877 | 163,430,877 | 163,430,877 | 0 |
| Maine | 77,863,090 | 77,863,090 | 77,863,090 | 0 |
| Maryland | 228,342,008 | 228,342,008 | 228,342,008 | 0 |
| Massachusetts | 457,855,191 | 457,855,191 | 457,855,191 | 0 |
| Michigan | 772,794,194 | 772,794,194 | 772,794,194 | 0 |
| Minnesota | 259,569,108 | 259,569,108 | 259,569,108 | 0 |
| Mississippi | 86,481,245 | 86,481,245 | 86,481,245 | 0 |
| Missouri | 216,335,469 | 216,335,469 | 216,335,469 | 0 |
| Montana | 37,888,854 | 37,888,854 | 37,888,854 | 0 |
| Nebraska | 56,627,234 | 56,627,234 | 56,627,234 | 0 |
| Nevada | 43,762,394 | 43,762,394 | 43,762,394 | 0 |
| New Hampshire | 38,394,141 | 38,394,141 | 38,394,141 | 0 |
| New Jersey | 402,701,508 | 402,701,508 | 402,701,508 | 0 |
| New Mexico | 109,919,847 | 109,919,847 | 109,919,847 | 0 |
| New York | 2,434,868,931 | 2,434,868,931 | 2,434,868,931 | 0 |
| North Carolina | 300,437,627 | 300,437,627 | 300,437,627 | 0 |
| North Dakota | 26,312,690 | 26,312,690 | 26,312,690 | 0 |

| STATE/TERRITORY | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2024 CR |
|---|---|---|---|---|
| Ohio | 725,565,965 | 725,565,965 | 725,565,965 | 0 |
| Oklahoma | 138,007,998 | 138,007,998 | 138,007,998 | 0 |
| Oregon | 158,156,417 | 165,835,476 | 165,835,476 | 0 |
| Pennsylvania | 717,124,957 | 717,124,957 | 717,124,957 | 0 |
| Rhode Island | 94,708,016 | 94,708,016 | 94,708,016 | 0 |
| South Carolina | 99,637,930 | 99,637,930 | 99,637,930 | 0 |
| South Dakota | 21,207,402 | 21,207,402 | 21,207,402 | 0 |
| Tennessee | 190,891,768 | 190,891,768 | 190,891,768 | 0 |
| Texas | 484,652,105 | 484,652,105 | 484,652,105 | 0 |
| Utah | 75,355,939 | 75,355,939 | 75,355,939 | 0 |
| Vermont | 47,196,916 | 47,196,916 | 47,196,916 | 0 |
| Virginia | 157,762,831 | 157,762,831 | 157,762,831 | 0 |
| Washington | 378,987,702 | 378,987,702 | 378,987,702 | 0 |
| West Virginia | 109,812,728 | 109,812,728 | 109,812,728 | 0 |
| Wisconsin | 312,845,980 | 312,845,980 | 312,845,980 | 0 |
| Wyoming | 18,428,651 | 18,428,651 | 18,428,651 | 0 |
| **Subtotal, States** | **$16,218,393,024** | **$16,226,072,083** | **$16,226,072,083** | **$0** |
| Indian Tribes | 208,182,550 | 208,182,550 | 208,182,550 | 0 |
| Guam | 3,454,042 | 3,454,042 | 3,454,042 | 0 |
| Puerto Rico | 71,326,345 | 71,326,345 | 71,326,345 | 0 |
| Virgin Islands | 2,837,170 | 2,837,170 | 2,837,170 | 0 |
| **Subtotal, Territories** | **$77,617,557** | **$77,617,557** | **$77,617,557** | **$0** |
| **Total States/Territories** | **$16,504,193,131** | **$16,511,872,190** | **$16,511,872,190** | **$0** |
| **TOTAL RESOURCES** | **$16,504,193,131** | **$16,511,872,190** | **$16,511,872,190** | **$0** |

This page intentionally left blank.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR CHILDREN AND FAMILIES
Early Care and Education

**Justification**

| Funding Level | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Universal Preschool | $0 | $0 | $5,000,000,000 | $5,000,000,000 |
| Affordable Child Care for America | $0 | $0 | $9,900,000,000 | $9,900,000,000 |
| Total, Budget Authority | $0 | $0 | $14,900,000,000 | $14,900,000,000 |

Authorizing Legislation – Pending Congressional action on the proposal in this chapter

2025 Authorization..........$14,900,000,000 for fiscal year 2024, and $600,000,000,000 for fiscal years 2025 through 2034, pending Congressional action

Allocation Method.................................................................................................................Formula grants

**General Statement**

High quality early care and education from birth to kindergarten entry is one of the most significant and impactful investments we can make as a nation. When children have access to high-quality early learning programs, the benefits extend across their lifespan: they are more likely to succeed in school, graduate from high school, and go on to college. Early learning programs also make it easier for parents—especially mothers—to become employed, boosting family earnings and promoting economic stability and well-being. Unfortunately, early care and education programs, including both child care and preschool, are financially out of reach for many children and families, and current federal investments in child care and early learning fall far short of meeting the true need.

In recent years, the Administration has taken several steps to reduce child care costs for families. This includes updating rules for the Child Care and Development Fund, removing co-payments that surpass seven percent of a family's income, and simplifying the process for states to exempt families with incomes under 150 percent of the federal poverty level and other vulnerable groups from co-payments. However, further investment is needed to reduce costs for all families. Middle-class families and those trying to break into the middle class increasingly feel the strain of the rising costs of care. Lower and middle-income families are forced to spend a significant portion of their incomes on child care, making it hard for parents to work outside the home and provide for their families. Difficulty in finding high-quality, affordable early care and education leads some parents to drop out of the labor force entirely, reduce their work hours, or turn down promotion opportunities. This proposal expands access to high-quality child care for lower- and middle-income families, such that families with the lowest income pay nothing and most families pay no more than $10 per day, while helping to support the economy and improve outcomes for children and families.

Research shows time and again that high-quality early childhood programs are critical to ensuring that children start kindergarten with the skills and supports that set them up for success in school. Yet most U.S. children do not have access to public preschool, with less than half of all four-year-old children and just 17 percent of all three-year-old children attending publicly funded preschool. The Head Start program —which provides high-quality early childhood education and comprehensive services to children birth to

five—is funded to reach just half of income-eligible preschool-aged children (i.e., three- and four-year-olds) and less than 10 percent of income-eligible infants and toddlers. Higher-income children are more likely to attend preschool because their families can afford to pay for it, leaving too many children in low-income families and children of color behind.

The early childhood workforce is essential to delivering high-quality early care and education programs. Yet early childhood programs continue to struggle to find and keep staff. Recruiting and retaining qualified early educators is key to meeting standards for high-quality early education programs, enabling them to effectively address the academic and social and emotional development of young children. However, child care, Head Start, and preschool programs across the country are facing unprecedented challenges recruiting and retaining qualified educators due to persistently low wages that do not recognize the value and importance of their work as well as historic racial, ethnic, linguistic, and economic barriers to access degree and credentialing programs. Through increased investments in child care and in preschool and Head Start, this proposal will help improve compensation for early educators across settings towards a wage that can enable recruitment and retention of staff and increase the supply of high-quality early care and education options for families. In 2023, the Biden-Harris Administration released a Notice of Proposed Rulemaking that, if finalized, would increase compensation for Head Start staff, among other improvements.

Together these investments will advance the President's goal of ensuring that all families can access affordable, high-quality child care and free, high-quality preschool, helping children learn, giving families breathing room, and growing the economy.

## **Budget Request**

The FY 2025 President's Budget request for this initiative to expand access to high-quality early care and education is $14.9 billion for FY 2025, with an estimated total cost over 10 years of $600 billion. This funds states to expand access to high-quality child care to more than 16 million young children and dramatically expand access to and increase the quality of preschool so that all of the approximately four million 4-year-old children in the U.S. have access to high-quality preschool, while also charting a path to expand free preschool to 3-year-olds. Implementing the child care and universal preschool proposals concurrently saves an estimated $24.3 billion over 10 years and is reflected in the child care costs.

### Lowers Child Care Costs

Since Day One, this Administration has been focused on child care costs as a critical challenge for families. When child care is reliable, high-quality, and affordable, parents can make ends meet, advance in their careers, and stay in the workforce—while children benefit from opportunities to socialize with peers. This Budget creates a historic new program under which working families with incomes up to $200,000 per year would be guaranteed affordable, high-quality child care from birth until kindergarten, with most families paying no more than $10 a day, and the lowest income families paying nothing. This would provide a lifeline to the parents of more than 16 million children, saving the average family over $600 per month in care costs, per child, reducing the average family's child care costs by nearly two thirds. The program gives parents the freedom to select a high-quality child care setting. This investment could help hundreds of thousands of women with young children enter or re-enter the workforce more quickly. The President's Council of Economic Advisers found that recent federal investments in child care have increased labor force participation among mothers with young children by roughly three percentage points, equivalent to over 300,000 more women in the labor force. This proposal would also ensure that workers who provide early care and education receive fair and competitive pay.

The estimated net cost of the child care portion of this proposal is $400 billion over 10 years. This incorporates the cost of serving low-income children nationwide. It reflects an expectation that states will choose to take up the program but, if some states do not, the Administration is committed to serving these children through a federal alternative. President Biden looks forward to working with Congress to develop a child care program that works for low- and middle-class families in every community. Additionally, the Budget provides $8.5 billion for the Child Care and Development Block Grant, a 44 percent funding increase since the first year of the Administration, which would continue to serve school-age children, while most children under age six would be served through the new program.

<u>Universal Preschool and Head Start</u>

The Budget funds voluntary, universal, free preschool for all four million of the nation's four-year-olds and charts a path to expand preschool to three-year-olds. High-quality preschool would be offered in the setting of the parent's choice—from public schools to child care providers to Head Start.

The proposal provides states with funding to expand high-quality preschool education to all four-year-old children, with the flexibility for states to expand preschool to three-year-olds once high-quality preschool is fully available to four-year-old children. The proposal also includes funding to provide access to preschool to children in underserved communities in states that do not choose to participate in the new preschool program, so that families in every state have access to high-quality preschool. President Biden's proposal will enable states to dramatically expand access to and increase the quality of preschool. The proposal would also boost wages for staff in Head Start programs. The Secretary of Health and Human Services would administer the program in collaboration with the Secretary of Education. The estimated cost of this proposal is $200 billion over 10 years.

In addition, the Budget increases Head Start funding by $544 million to support the Administration's goal of increasing wages for Head Start staff. Together these proposals would support healthy child development, help children enter kindergarten ready to learn, and support families by reducing their costs prior to school entry and allowing parents to work. In addition to the investment toward reaching this goal in the FY 2025 discretionary budget proposal, the Administration is committed to working with Congress to continue progress through additional discretionary appropriations, mandatory funding, or a combination of the two.

The Budget also includes a legislative proposal to expand authority for tribes to integrate services to facilitate the development of comprehensive, tribally driven early childhood systems. Please see the Native American Programs narrative for more information.

This page intentionally left blank.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR CHILDREN AND FAMILIES
DRUG CONTROL POLICY

**Resource Summary**

| | Budget Authority (in millions) | | |
|---|---|---|---|
| | **FY 2023 Final** | **FY 2024 CR** | **FY 2025 President's Budget** |
| **Drug Resources by Function** | | | |
| Prevention | $20.000 | $20.000 | $60.000 |
| **Total Drug Resources by Function** | **$20.000** | **$20.000** | **$60.000** |
| | | | |
| **Drug Resources by Decision Unit** | | | |
| Promoting Safe and Stable Families – Regional Partnership Grants Mandatory Program | $20.000 | $20.000 | $60.000 |
| **Total Drug Resources by Decision Unit** | **$20.000** | **$20.000** | **$60.000** |
| | | | |
| **Drug Resources Personnel Summary** | | | |
| Total FTEs (direct only) | 2 | 2 | 2 |
| | | | |
| **Drug Resources as a percent of Budget** | | | |
| Total Agency Budget (in Billions) | $71.7 | $71.2 | $88.2 |
| Drug Resources percentage | 0.0% | 0.0% | 0.0% |

**Program Summary**

**Mission**

The Administration for Children and Families (ACF), within HHS, is responsible for federal programs that promote the economic and social well-being of families, children, individuals, and communities.  The mission of ACF is to foster health and well-being by providing federal leadership, partnership, and resources for the compassionate and effective delivery of human services.

The Promoting Safe and Stable Families (PSSF) appropriation provides funding for the PSSF program, the Personal Responsibility Education Program (PREP), and Title V Sexual Risk Avoidance Education (SRAE) (originally authorized as Abstinence Education).  The appropriation for the PSSF program includes both mandatory and discretionary budget authority.

The Social Security Act of 1935 (P.L. 74-271) authorized the first federal grants for child welfare.  In 1993, the Omnibus Budget Reconciliation Act (P.L. 103-66) created the Family Preservation and Family Support Services Program, which became Promoting Safe and Stable Families, under title IV-B-2 of the Social Security Act, with passage of the Adoption and Safe Families Act of 1997 (P.L. 105-89).  The Family First Prevention Services Act (FFPSA) (P.L. 115-123) amended and reauthorized the program through FY 2021.

The Targeted Grants To Increase the Well-Being of, and To Improve the Permanency Outcomes for, Children Affected by Methamphetamine or Other Substance Abuse within the PSSF program was

established by the Child and Family Services Improvement Act of 2006 (P.L. 109-288).  In 2011, these grants were renamed Targeted Grants to Increase the Well-Being of, and To Improve the Permanency Outcomes for, Children Affected by Substance Abuse and reauthorized through FY 2016 as part of The Child and Family Services Improvement and Innovation Act of 2011 (P.L. 112-34).  In 2018, these grants were renamed Targeted Grants to Implement IV-E Prevention Services, and Improve the Well-Being of, and Improve the Permanency Outcomes for, Children Affected by Heroin, Opioids, and other Substance Abuse and reauthorized through FY 2021 as part of the Bipartisan Budget Act of 2018 (P.L. 115-123). Grants funded under this program support regional partnerships in establishing or enhancing a collaborative infrastructure to build a region's capacity to meet a broad range of needs for families affected by substance-use disorders and involved with or at risk for involvement with the child welfare system.

**Methodology**

On the mandatory side of PSSF there are $20 million in funds reserved for the Regional Partnership Grants (RPG) program to provide services and activities to benefit children and families affected by a parent's or caretaker's substance abuse, including opioid addiction, who come to the attention of or are at risk for becoming involved with the child welfare system.

The FY 2020 appropriations included an additional $10 million for the RPG program, which funded 24-month supplemental extensions of RPG projects funded in FY 2018.  The purpose of this supplemental funding was to enhance the specific, well-defined program services and activities underway with a particular emphasis on activities for continuous data-informed partnerships, to institutionalize program strategies and evaluation activities, and to plan for the sustainability of the project.

The FY 2021, FY 2022, and FY 2023 appropriations included $20 million for the RPG program with no discretionary funding.  For FY 2025, ACF has proposed a reauthorization along with an increase of $40 million in mandatory funding to adequately address the intersection of substance-use disorders and child welfare involvement and to remove the funding ceiling for the grant planning phase.

Results from previous RPG projects demonstrate that the majority of children at risk of removal remained in their parent's custody following enrollment into RPG services.  Among youth who were in an out-of-home placement, the rates of placement into permanent settings, including reunification with their parent(s), increased significantly in the year following RPG enrollment. In addition, the overall rates of child maltreatment decreased substantially in the year after enrollment in the RPG program.

**Budget Summary**

**Promoting Safe and Stable Families – Regional Partnership Grants Mandatory Program**
**FY 2025 Request:  $60.0 million**
**($40.0 million above the FY 2024 CR level)**

The FY 2025 request for the RPG program on the mandatory side is $60 million, a $40 million increase from FY 2024 CR level.  This funding will continue the success of earlier RPGs and will support state efforts to reduce foster care placements due to parental substance abuse.  Adult substance-use disorders, including opioid-use disorder, remain a major and growing factor for involvement in the child welfare system and in out-of-home placements.  The RPG program represents the only source of funding specifically focused on the intersection of substance-use disorders, including opioid addiction, and child welfare involvement.

**Equity**

As called for by the Executive Order On Advancing Racial Equity and Support for Underserved Communities Through the Federal Government, ACF is working to advance equity across programs and processes, with a focus on people of color and others who have been historically underserved, marginalized, and adversely affected by persistent poverty and inequality. The RPGs cross-system collaborative approach is well suited to address institutional inequities in services and differences among populations and is necessary to meet the complex needs of children and families across programming.

Additional funding presents an opportunity for grants to support work to collaboratively address equity and disparity as it relates to substance-use disorders within child welfare and partner systems. Grants may focus on serving children and families who may be historically underserved, marginalized, and adversely affected by persistent poverty and inequality, recruiting and retaining staff to support these families, and selecting services and programs with evidence to support their use serving children and families of color. Efforts may focus on inequities in the provision of treatment and of treatment facilities as it relates to enrollment and completion in recovery services.

This page intentionally left blank.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR CHILDREN AND FAMILIES

**Nonrecurring Expenditure Fund**

Budget Summary

| Funding Level | FY 2023 | FY 2024 | FY 2025 |
|---|---|---|---|
| **Notification** | $50,000,000 | $0 | $0 |

*Funding table notes – Pursuant to Section 223 of Division G of the Consolidated Appropriations Act, 2008, notification is required of planned use.  Notification for FY 2023 submitted to the Committees on Appropriations in the House of Representatives and the Senate on September 23, 2022.  Notification for FY 2024 submitted to the Committees on Appropriations in the House of Representatives and the Senate on October 19, 2023. HHS has not yet notified for FY 2025.*

Authorizing Legislation...............Section 223 of Division G of the Consolidated Appropriations Act, 2008

Allocation Method ...............................................................Direct Federal, Competitive Contract

## Program Description and Accomplishments

The Nonrecurring Expenses Fund (NEF) permits HHS to transfer unobligated balances of expired discretionary funds from FY 2008 and subsequent years into the NEF account. Congress authorized use of the funds for capital acquisitions necessary for the operation of the Department, specifically information technology and facilities infrastructure acquisitions.

**Budget Allocation FY 2023**

In 2023, ACF used $50 million of NEF funding for facilities, including a long-term lease of the Greensboro Piedmont Academy.

NEF funding has been used to expand ACF's capacity to shelter unaccompanied children referred by the Department of Homeland Security for the purposes of processing children who arrive with non-parent relatives, as well as other facilities that can address unaccompanied children capacity needs.

ACF is pursuing both short-term and long-term acquisition strategies in tandem to address influx capacity.

This page intentionally left blank.

DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR CHILDREN AND FAMILIES
SUPPLEMENTAL MATERIAL

TABLE OF CONTENTS

Low Income Home Energy Assistance Program Object Classification ................................... 347
Payments to States for the Child Care and Development Block Grant Object Classification ......... 348
Promoting Safe & Stable Families Discretionary Object Classification ........................... 349
Children and Families Services Programs Object Classification ................................... 350
Refugee and Entrant Assistance Object Classification ............................................ 351
Salaries and Expenses ......................................................................... 352
Cybersecurity Priorities ...................................................................... 353
Customer Experience ........................................................................... 354

This page intentionally left blank.

ADMINISTRATION FOR CHILDREN AND FAMILIES
FY 2025 Budget Submission

**Low Income Home Energy Assistance Program Object Classification**

(Dollars in Thousands)

| Object Class | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Personnel Compensation | | | | |
| Full-Time Permanent (11.1) | 741 | 2,105 | 2,214 | 1,473 |
| Other Than Full-Time Permanent (11.3) | 0 | 0 | 0 | 0 |
| Other Personnel Compensation (11.5) | 0 | 42 | 44 | 44 |
| Military Personnel (11.7) | 0 | 0 | 0 | 0 |
| Special Personnel Services Payments (11.8) | 0 | 0 | 0 | 0 |
| **Subtotal, Personnel Compensation** | **741** | **2,147** | **2,258** | **1,517** |
| Civilian Personnel Benefits (12.1) | 244 | 632 | 664 | 420 |
| Military Personnel Benefits (12.2) | 0 | 0 | 0 | 0 |
| Benefits to Former Personnel (13.0) | 0 | 0 | 0 | 0 |
| **Subtotal, Pay Costs** | **985** | **2,779** | **2,922** | **1,937** |
| Travel (21.0) | 109 | 18 | 20 | (89) |
| Transportation of Things (22.0) | 0 | 0 | 0 | 0 |
| Rental Payments to GSA (23.1) | 0 | 0 | 0 | 0 |
| Rental Payments to Others (23.2) | 0 | 0 | 0 | 0 |
| Communications, Utilities and Miscellaneous Charges (23.3) | 0 | 0 | 0 | 0 |
| Printing and Reproduction (24.0) | 1 | 3 | 4 | 3 |
| Other Contractual Services | | | | |
| Advisory and Assistance Services (25.1) | 2,175 | 1,802 | 1,904 | (271) |
| Other Services (25.2) | 712 | 1,960 | 2,230 | 1,518 |
| Purchases from Govt. Accounts (25.3) | 5,261 | 2,737 | 3,219 | (2,042) |
| Operation & Maintenance of Facilities (25.4) | 0 | 0 | 0 | 0 |
| Research & Development Contracts (25.5) | 0 | 300 | 300 | 300 |
| Medical Services (25.6) | 0 | 0 | 0 | 0 |
| Operation & Maintenance of Equipment (25.7) | 0 | 0 | 0 | 0 |
| Subsistence & Support of Persons (25.8) | 0 | 0 | 0 | 0 |
| Reserved for Local Use and Other (25.9) | 0 | 0 | 0 | 0 |
| Other Contractual Services (25.0) | 0 | 0 | 0 | 0 |
| **Subtotal, Other Contractual Services** | **8,259** | **6,820** | **7,677** | **(582)** |
| Supplies and Materials (26.0) | 17 | 1 | 1 | (16) |
| Equipment (31.0) | 0 | 0 | 0 | 0 |
| Grants (41.0) | 6,007,340 | 3,990,400 | 4,100,400 | (1,906,940) |
| Insurance Claims (42.0) | 0 | 0 | 0 | 0 |
| **Subtotal, Non-Pay Costs** | **6,007,357** | **3,990,401** | **4,100,401** | **(1,906,956)** |
| **Total** | **6,016,601** | **4,000,000** | **4,111,000** | **(1,905,601)** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
FY 2025 Budget Submission

**Payments to States for the Child Care and Development Block Grant Object Classification**

(Dollars in Thousands)

| Object Class | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Personnel Compensation | | | | |
| Full-Time Permanent (11.1) | 5,171 | 13,370 | 13,637 | 8,466 |
| Other Than Full-Time Permanent (11.3) | 492 | 1,810 | 1,846 | 1,354 |
| Other Personnel Compensation (11.5) | 163 | 2,674 | 2,727 | 2,564 |
| Military Personnel (11.7) | 0 | 0 | 0 | 0 |
| Special Personnel Services Payments (11.8) | 0 | 0 | 0 | 0 |
| **Subtotal, Personnel Compensation** | **5,826** | **17,854** | **18,210** | **12,384** |
| Civilian Personnel Benefits (12.1) | 2,045 | 4,011 | 4,091 | 2,046 |
| Military Personnel Benefits (12.2) | 0 | 0 | 0 | 0 |
| Benefits to Former Personnel (13.0) | 0 | 0 | 0 | 0 |
| **Subtotal, Pay Costs** | **7,871** | **21,865** | **22,301** | **14,430** |
| Travel (21.0) | 458 | 510 | 720 | 262 |
| Transportation of Things (22.0) | 0 | 0 | 0 | 0 |
| Rental Payments to GSA (23.1) | 139 | 4,865 | 4,962 | 4,823 |
| Rental Payments to Others (23.2) | 0 | 0 | 0 | 0 |
| Communications, Utilities and Miscellaneous Charges (23.3) | 16 | 22 | 27 | 11 |
| Printing and Reproduction (24.0) | 18 | 20 | 22 | 4 |
| Other Contractual Services | | | | |
| Advisory and Assistance Services (25.1) | 41,568 | 74,704 | 101,190 | 59,623 |
| Other Services (25.2) | 245 | 250 | 300 | 55 |
| Purchases from Govt. Accounts (25.3) | 48,435 | 31,860 | 37,979 | (10,457) |
| Operation & Maintenance of Facilities (25.4) | 0 | 541 | 551 | 551 |
| Research & Development Contracts (25.5) | 0 | 0 | 0 | 0 |
| Medical Services (25.6) | 0 | 0 | 0 | 0 |
| Operation & Maintenance of Equipment (25.7) | 0 | 0 | 0 | 0 |
| Subsistence & Support of Persons (25.8) | 0 | 0 | 0 | 0 |
| Reserved for Local Use and Other (25.9) | 0 | 0 | 0 | 0 |
| Other Contractual Services (25.0) | 0 | 0 | 0 | 0 |
| **Subtotal, Other Contractual Services** | **90,879** | **112,772** | **145,752** | **54,872** |
| Supplies and Materials (26.0) | 55 | 55 | 75 | 20 |
| Equipment (31.0) | 0 | 0 | 0 | 0 |
| Grants (41.0) | 7,903,169 | 7,902,711 | 8,353,259 | 450,090 |
| Insurance Claims (42.0) | 0 | 0 | 0 | 0 |
| **Subtotal, Non-Pay Costs** | **7,903,224** | **7,902,766** | **8,353,334** | **450,110** |
| **Total** | **8,001,975** | **8,037,403** | **8,521,387** | **519,412** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
FY 2025 Budget Submission

**Promoting Safe & Stable Families Discretionary Object Classification**

(Dollars in Thousands)

| Object Class | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Personnel Compensation | | | | |
| Full-Time Permanent (11.1) | 0 | 0 | 0 | 0 |
| Other Than Full-Time Permanent (11.3) | 0 | 0 | 0 | 0 |
| Other Personnel Compensation (11.5) | 0 | 0 | 0 | 0 |
| Military Personnel (11.7) | 0 | 0 | 0 | 0 |
| Special Personnel Services Payments (11.8) | 0 | 0 | 0 | 0 |
| **Subtotal, Personnel Compensation** | **0** | **0** | **0** | **0** |
| Civilian Personnel Benefits (12.1) | 0 | 0 | 0 | 0 |
| Military Personnel Benefits (12.2) | 0 | 0 | 0 | 0 |
| Benefits to Former Personnel (13.0) | 0 | 0 | 0 | 0 |
| **Subtotal, Pay Costs** | **0** | **0** | **0** | **0** |
| Travel (21.0) | 0 | 0 | 0 | 0 |
| Transportation of Things (22.0) | 0 | 0 | 0 | 0 |
| Rental Payments to GSA (23.1) | 0 | 0 | 0 | 0 |
| Rental Payments to Others (23.2) | 0 | 0 | 0 | 0 |
| Communications, Utilities and Miscellaneous Charges (23.3) | 0 | 0 | 0 | 0 |
| Printing and Reproduction (24.0) | 0 | 0 | 0 | 0 |
| Other Contractual Services | | | | |
| Advisory and Assistance Services (25.1) | 0 | 0 | 0 | 0 |
| Other Services (25.2) | 0 | 0 | 0 | 0 |
| Purchases from Govt. Accounts (25.3) | 526 | 1,299 | 0 | (526) |
| Operation & Maintenance of Facilities (25.4) | 0 | 0 | 0 | 0 |
| Research & Development Contracts (25.5) | 0 | 0 | 0 | 0 |
| Medical Services (25.6) | 0 | 0 | 0 | 0 |
| Operation & Maintenance of Equipment (25.7) | 0 | 0 | 0 | 0 |
| Subsistence & Support of Persons (25.8) | 0 | 0 | 0 | 0 |
| Reserved for Local Use and Other (25.9) | 0 | 0 | 0 | 0 |
| Other Contractual Services (25.0) | 0 | 0 | 0 | 0 |
| **Subtotal, Other Contractual Services** | **526** | **1,299** | **0** | **(526)** |
| Supplies and Materials (26.0) | 0 | 0 | 0 | 0 |
| Equipment (31.0) | 0 | 0 | 0 | 0 |
| Grants (41.0) | 87,345 | 86,831 | 76,515 | (10,830) |
| Insurance Claims (42.0) | 0 | 0 | 0 | 0 |
| **Subtotal, Non-Pay Costs** | **87,345** | **86,831** | **76,515** | **(10,830)** |
| **Total** | **87,870** | **88,130** | **76,515** | **(11,355)** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
FY 2025 Budget Submission

**Children and Families Services Programs Object Classification**

(Dollars in Thousands)

| Object Class | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Personnel Compensation | | | | |
|    Full-Time Permanent (11.1) | 117,717 | 126,665 | 130,242 | 12,525 |
|    Other Than Full-Time Permanent (11.3) | 5,160 | 5,369 | 5,643 | 483 |
|    Other Personnel Compensation (11.5) | 3,316 | 3,498 | 3,584 | 268 |
|    Military Personnel (11.7) | 935 | 982 | 1,051 | 117 |
| **Subtotal, Personnel Compensation** | **127,127** | **136,514** | **140,521** | **13,393** |
| Civilian Personnel Benefits (12.1) | 44,337 | 47,432 | 48,820 | 4,483 |
| Military Personnel Benefits (12.2) | 92 | 103 | 96 | 4 |
| Benefits to Former Personnel (13.0) | 375 | 332 | 381 | 6 |
| **Subtotal, Pay Costs** | **44,805** | **47,867** | **49,297** | **4,493** |
| Travel (21.0) | 2,584 | 2,286 | 2,689 | 105 |
| Transportation of Things (22.0) | 60 | 28 | 30 | (30) |
| Rental Payments to GSA (23.1) | 7,475 | 8,622 | 8,699 | 1,224 |
| Rental Payments to Others (23.2) | 4 | 2 | 17 | 13 |
| Communications, Utilities and Miscellaneous Charges (23.3) | 31 | 63 | 67 | 36 |
| Printing and Reproduction (24.0) | 124 | 109 | 114 | (10) |
| Other Contractual Services | | | | |
|    Advisory and Assistance Services (25.1) | 83,672 | 112,650 | 116,252 | 32,580 |
|    Other Services (25.2) | 29,253 | 158,972 | 166,274 | 137,020 |
|    Purchases from Govt. Accounts (25.3) | 230,758 | 98,863 | 80,281 | (150,476) |
|    Operation & Maintenance of Facilities (25.4) | 877 | 1,027 | 1,059 | 181 |
|    Research & Development Contracts (25.5) | 0 | 0 | 0 | 0 |
|    Medical Services (25.6) | 0 | 0 | 0 | 0 |
|    Operation & Maintenance of Equipment (25.7) | 1,928 | 2,540 | 2,693 | 765 |
|    Subsistence & Support of Persons (25.8) | 0 | 0 | 0 | 0 |
|    Reserved for Local Use and Other (25.9) | 0 | 0 | 0 | 0 |
|    Other Contractual Services (25.0) | 0 | 0 | 0 | 0 |
| **Subtotal, Other Contractual Services** | **356,766** | **385,163** | **378,175** | **21,409** |
| Supplies and Materials (26.0) | 995 | 669 | 805 | (191) |
| Equipment (31.0) | 2,826 | 1,309 | 1,887 | (939) |
| Grants (41.0) | 13,966,530 | 14,465,779 | 14,481,265 | 514,735 |
| Insurance Claims (42.0) | 950 | 768 | 178 | (771) |
| **Subtotal, Non-Pay Costs** | **13,971,301** | **14,468,526** | **14,484,135** | **512,834** |
| **Total** | **14,499,999** | **15,038,069** | **15,052,128** | **552,129** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
FY 2025 Budget Submission

**Refugee and Entrant Assistance Object Classification**

(Dollars in Thousands)

| Object Class | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Personnel Compensation | | | | |
| Full-Time Permanent (11.1) | 48,263 | 110,368 | 131,725 | 83,462 |
| Other Than Full-Time Permanent (11.3) | 493 | 201 | 215 | (277) |
| Other Personnel Compensation (11.5) | 886 | 680 | 734 | (151) |
| Military Personnel (11.7) | 2,685 | 2,501 | 2,651 | (34) |
| Special Personnel Services Payments (11.8) | 0 | 0 | 0 | 0 |
| **Subtotal, Personnel Compensation** | **52,326** | **113,750** | **135,325** | **82,999** |
| Civilian Personnel Benefits (12.1) | 15,077 | 33,030 | 39,504 | 24,427 |
| Military Personnel Benefits (12.2) | 825 | 745 | 792 | (33) |
| Benefits to Former Personnel (13.0) | 0 | 0 | 0 | 0 |
| **Subtotal, Pay Costs** | **15,902** | **33,775** | **40,296** | **24,394** |
| Travel (21.0) | 1,299 | 1,008 | 1,009 | (290) |
| Transportation of Things (22.0) | 0 | 0 | 0 | 0 |
| Rental Payments to GSA (23.1) | 30,001 | 37,353 | 39,219 | 9,218 |
| Rental Payments to Others (23.2) | 0 | 0 | 0 | 0 |
| Communications, Utilities and Miscellaneous Charges (23.3) | 0 | 0 | 0 | 0 |
| Printing and Reproduction (24.0) | 40 | 39 | 39 | (1) |
| Other Contractual Services | | | | |
| Advisory and Assistance Services (25.1) | 2,605,078 | 1,911,848 | 1,742,755 | (862,323) |
| Other Services (25.2) | 439 | 42 | 42 | (396) |
| Purchases from Govt. Accounts (25.3) | 152,419 | 308,944 | 298,917 | 146,498 |
| Operation & Maintenance of Facilities (25.4) | 1,020 | 1,580 | 1,659 | 639 |
| Research & Development Contracts (25.5) | 0 | 0 | 0 | 0 |
| Medical Services (25.6) | 0 | 0 | 0 | 0 |
| Operation & Maintenance of Equipment (25.7) | 10 | 10 | 10 | 0 |
| Subsistence & Support of Persons (25.8) | 0 | 0 | 0 | 0 |
| Reserved for Local Use and Other (25.9) | 0 | 0 | 0 | 0 |
| Other Contractual Services (25.0) | 0 | 0 | 0 | 0 |
| **Subtotal, Other Contractual Services** | **2,790,306** | **2,260,824** | **2,083,650** | **(706,656)** |
| Supplies and Materials (26.0) | 30 | 535 | 564 | 534 |
| Equipment (31.0) | 8 | 8 | 11 | 3 |
| Grants (41.0) | 6,456,943 | 5,925,153 | 5,688,573 | (768,371) |
| Insurance Claims (42.0) | 2,200 | 2,200 | 2,200 | 0 |
| **Subtotal, Non-Pay Costs** | **6,459,181** | **5,927,897** | **5,691,347** | **(767,834)** |
| **Total** | **9,317,716** | **8,336,246** | **7,950,619** | **(1,367,097)** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
FY 2025 Budget Submission

**Salaries and Expenses**

Discretionary Only (Dollars in Thousands)

| Object Class | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Difference from FY 2023 Final |
|---|---|---|---|---|
| Personnel Compensation | | | | |
| Full-Time Permanent (11.1) | 171,892 | 252,508 | 277,818 | 25,310 |
| Other Than Full-Time Permanent (11.3) | 6,145 | 7,380 | 7,705 | 324 |
| Other Personnel Compensation (11.5) | 4,364 | 6,894 | 7,089 | 195 |
| Military Personnel (11.7) | 3,620 | 3,483 | 3,702 | 219 |
| Special Personnel Services Payments (11.8) | 0 | 0 | 0 | 0 |
| **Subtotal, Personnel Compensation** | **186,020** | **270,265** | **296,314** | **26,049** |
| Civilian Personnel Benefits (12.1) | 61,704 | 85,105 | 93,079 | 7,974 |
| Military Personnel Benefits (12.2) | 917 | 848 | 889 | 40 |
| **Subtotal, Pay Costs** | **248,641** | **356,218** | **390,281** | **34,063** |
| Travel (21.0) | 4,450 | 3,821 | 4,438 | 617 |
| Transportation of Things (22.0) | 60 | 28 | 30 | 2 |
| Rental Payments to GSA (23.1) | 37,615 | 50,840 | 52,880 | 2,040 |
| Rental Payments to Others (23.2) | 4 | 2 | 17 | 15 |
| Communications, Utilities and Miscellaneous Charges (23.3) | 47 | 85 | 94 | 8 |
| Printing and Reproduction (24.0) | 184 | 172 | 180 | 8 |
| Other Contractual Services | | | | |
| Advisory and Assistance Services (25.1) | 2,732,493 | 2,101,004 | 1,962,101 | (138,903) |
| Other Services (25.2) | 30,649 | 161,224 | 168,846 | 7,622 |
| Purchases from Govt. Accounts (25.3) | 437,399 | 443,703 | 420,397 | (23,306) |
| Operation & Maintenance of Facilities (25.4) | 1,897 | 3,147 | 3,269 | 121 |
| Research & Development Contracts (25.5) | 0 | 300 | 300 | 0 |
| Medical Services (25.6) | 0 | 0 | 0 | 0 |
| Operation & Maintenance of Equipment (25.7) | 1,938 | 2,550 | 2,703 | 152 |
| **Subtotal, Other Contractual Services** | **3,246,736** | **2,766,878** | **2,615,254** | **(151,623)** |
| Supplies and Materials (26.0) | 1,098 | 1,261 | 1,444 | 184 |
| Insurance Claims (42.0) | 3,150 | 2,968 | 2,378 | (590) |
| **Subtotal, Non-Pay Costs** | **4,247** | **4,229** | **3,823** | **(406)** |
| **Total** | **3,499,625** | **3,127,325** | **3,009,358** | **(117,967)** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
FY 2025 Budget Submission

**Resources for Cyber Activities**

(Dollars in millions)

| Cyber Category | FY 2023 Final | FY 2024 CR | FY 2025 President's Budget | Change from FY 2023 Final |
|---|---|---|---|---|
| Cyber Human Capital | 0.000 | 0.000 | 0.000 | 0.000 |
| Planning Roles and Responsibilities | 1.334 | 1.634 | 1.663 | 0.329 |
| Sector Risk Assessment, Management, and Operations | 0.000 | 0.000 | 0.000 | 0.000 |
| Sector Coordination | 0.000 | 0.000 | 0.000 | 0.000 |
| **Other NIST CSF Capabilities** | **17.974** | **12.719** | **20.873** | **2.899** |
| Detect | 0.261 | 0.452 | 0.461 | 0.200 |
| Identity | 1.802 | 2.645 | 2.520 | 0.718 |
| Protect | 15.401 | 9.031 | 17.246 | 1.845 |
| Recover | 0.336 | 0.417 | 0.472 | 0.136 |
| Respond | 0.174 | 0.174 | 0.174 | 0.000 |
| **Total Cyber Request** | **19.308** | **14.353** | **22.536** | **3.228** |

ADMINISTRATION FOR CHILDREN AND FAMILIES
FY 2025 Budget Submission

**ACF Customer Experience Funding Table**

(Dollars in millions)

| | FY 2023 Final | FY 2024 CR | FY 2025 PB | FY 2025 +/- FY 2024 | Notes |
|---|---|---|---|---|---|
| SSRD | | | | 0.000 | |
| Whole Family Service Delivery | 3.000 | 3.000 | 3.000 | | |
| ACF Federal Administration | | | | | |
| Whole Family Service Delivery | 0.000 | 0.000 | 2.000 | 2.000 | |
| ACF CX Capacity | 1.900 | 1.900 | 5.000 | 3.100 | ACF is building robust CX capability to improve service delivery across our diverse array of programs, including both program-specific initiatives targeted at improving the experience of individual children and families (resulting in improvements like the LIHEAP Eligibility Calculator) and interventions to improve CX for our grant recipients (like an ACF-wide CX measurement benchmark). |
| **Total** | **4.900** | **4.900** | **10.000** | **5.100** | |