# EXHIBIT 5

**From:** 
**To:** Jennesa Calvo-Friedman
**Subject:** Fw: Federal Funding Restrictions for Diversity, Equity and Inclusion Initiatives
**Date:** Friday, March 14, 2025 5:49:39 PM

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Jennesa,

Forwarding this new communication from the Office of Head Start in case you didn't receive it.

Best,

Get Outlook for iOS

---

**From:** Office of Head Start <HeadStartinfo@acf.hhs.gov>
**Sent:** Friday, March 14, 2025 5:35 PM
**To:**
**Subject:** Federal Funding Restrictions for Diversity, Equity and Inclusion Initiatives





Dear Head Start recipients,

The Office of Head Start will not approve the use of federal funding for any training and technical assistance (TTA) or other program expenditures that promote or take part in diversity, equity, and inclusion (DEI) initiatives. This includes expenditures for services provided by contractors or vendors. This guidance is consistent with the nondiscrimination provisions in Sec. 654 of the Head Start Act:

> (a) The Secretary shall not provide financial

> *assistance for any program, project, or activity under this subchapter unless the grant or contract with respect thereto specifically provides that no person with responsibilities in the operation thereof will discriminate with respect to any such program, project, or activity because of race, creed, color, national origin, sex, political affiliation, or beliefs.*

With your next application submission, Head Start grant recipients should carefully review their annual funding application, including the budget and budget justification narrative, TTA plans, program goals, and any other supplemental materials to ensure they are in accordance with this guidance.

Please direct any questions regarding this guidance to your regional office.

/ Andrew Gradison /

Andrew Gradison
Acting Assistant Secretary
Administration for Children and Families

---

Office of Head Start (OHS) | 330 C Street, SW | 4th Floor Mary E. Switzer Building | Washington, DC 20201 | https://headstart.gov | 866-763-6481 | Contact Us

You are receiving this email because you are subscribed for Office of Head Start communications. To modify your preferences, update your email subscriptions. If you subscribed via the Head Start Enterprise System (HSES), please contact your program or office for assistance with removal. Please do not reply to this email. For additional support, contact customer service.

Head Start® and Early Head Start® word marks and logos are registered trademarks of the U.S. Department of Health and Human Services (HHS).

