# EXHIBIT 6

🇺🇸 An official website of the United States government  Here's how you know

# Head Start Grantees Instructed to Present Training, Expenditures Free from DEI

Listen

March 21, 2025

The Administration for Children and Families (ACF) at the U.S. Department of Health and Human Services sent a letter to Head Start program recipients, amplifying President Trump's **executive order** ↗ on removing diversity, equity and inclusion (DEI) initiatives.

ACF Acting Assistant Secretary Andrew Gradison wrote: "The Office of Head Start will not approve the use of federal funding for any training and technical assistance or other program expenditures that promote or take part in diversity, equity, and inclusion initiatives. This includes expenditures for services provided by contractors or vendors."

The Office of Head Start, part of ACF, provides over $12 billion to grantees to serve approximately 800,000 children each year in the federally funded preschool program.

"With your next application submission, Head Start grant recipients should carefully review their annual funding application, including the budget and budget justification narrative, training and technical assistance plans, program goals and any other supplemental materials to ensure they are in accordance with this guidance," wrote Gradison to grantees.

The guidance to Head Start grantees **can be read here**.

###

## Quotes

"The Office of Head Start will not approve the use of federal funding for any training and technical assistance or other program expenditures that promote or take part in diversity, equity, and inclusion initiatives. This includes expenditures for services provided by contractors or vendors."

— ACF Acting Assistant Secretary, Andrew Gradison

"With your next application submission, Head Start grant recipients should carefully review their annual funding application, including the budget and budget justification narrative, training and technical assistance plans, program goals and any other supplemental materials to ensure they are in accordance with this guidance."

— ACF Acting Assistant Secretary, Andrew Gradison

# Contact

Administration for Children & Families

Office of Communications

330 C Street, S.W.

Washington, D.C. 20201

**Phone:** (202) 401-9215

**Fax:** (202) 205-9688

**Email:** media@acf.hhs.gov

ACF Issues:

Early Childhood , Grants & Funding

# Date

Select Month and Year    Go

# Topics

- ACF Admin
- Behavioral Health
- Child Welfare
- Children & Youth
- Communities
- Early Childhood
- Emergency Response & Recovery
- Families
- Financial Security
- Grants & Funding
- Health
- Homelessness
- Human Trafficking
- Refugees/Asylees
- Self-Sufficiency
- Tribes/Native Americans
- Violence Prevention

**Whole Family Approach** 

# Get the Latest Updates from ACF

Email Address | Sign Up

Was this page helpful? | Yes | No

Next