# EXHIBIT 10

**From:** ▮
**To:** Jennesa Calvo-Friedman; Laboni Hoq
**Subject:** Fw: Consolidating the Head Start Regional Offices
**Date:** Thursday, April 3, 2025 2:06:13 PM

**This Message Is From an External Sender**
This message came from outside your organization.

**From:** Office of Head Start <HeadStartinfo@acf.hhs.gov>
**Sent:** Thursday, April 3, 2025 2:02 PM
**To:** ▮
**Subject:** Consolidating the Head Start Regional Offices

This email is originated from outside ▮. Do not click the links or open attachments unless you recognize the sender and know the content is safe.





Dear Head Start Grant Recipients,

Department of Health and Human Services (HHS) Secretary Robert F. Kennedy recently announced a major restructuring in accordance with President Trump's Executive Order "Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative." This restructuring will serve multiple goals without impacting critical services, ultimately saving taxpayers $1.8 billion per year.

As part of this restructuring, HHS is consolidating its 10 regional offices into 5, closing offices in Boston, New York, Chicago, Seattle, and San Francisco, effective April 1, 2025. We recognize the importance of ensuring continuity for Head Start grant recipients in the affected regions. To support you during this transition, please continue to use the Correspondence feature within the Head Start Enterprise System (HSES) as your primary means of communication for specific grant activities. Office of Head Start (OHS) staff are monitoring these communications to address any immediate assistance needs. For general questions, you may contact us at ohsrecipientsupport@acf.hhs.gov and we will respond promptly.

OHS staff remain fully committed to supporting Head Start grant recipients and the important work you do to serve children and families across the nation. This restructuring will not impact the critical services you rely on, and we are here to ensure a seamless experience as we move forward together.

Thank you for your continued partnership.

/ Laurie Todd-Smith, Ph.D. /

Laurie Todd-Smith, Ph.D.
Deputy Assistant Secretary for Early Childhood Development
Department of Health and Human Services
Administration for Children and Families
Office of Early Childhood Development

Office of Head Start (OHS) | 330 C Street, SW | 4th Floor Mary E. Switzer Building | Washington, DC 20201
| https://headstart.gov | 866-763-6481 |
Contact Us

You are receiving this email because you are subscribed for Office of Head Start communications. To modify your preferences, update your email subscriptions. If you subscribed via the Head Start Enterprise System (HSES), please contact your program or office for assistance with removal. Please do not reply to this email. For additional support, contact customer service.

Head Start® and Early Head Start® word marks and logos are registered trademarks of the U.S. Department of Health and Human Services (HHS).



Share

Tweet

