# EXHIBIT 11

**HealthWatch**  |  Eat    Move    Sleep    Love    Mental Health    Health Essentials    Spotlight On: (

HEALTHWATCH

# RFK Jr. says 20% of health agency layoffs could be mistakes



By **Alexander Tin**
Edited By **Nicole Brown Chau**, Paula Cohen
April 3, 2025 / 7:12 PM EDT / CBS News

Health and Human Services Secretary Robert F. Kennedy Jr. suggested Thursday that around 20% of the job cuts by the Trump administration's Department of Government Efficiency will be wrong and need to be corrected.

Around 10,000 employees were laid off from the Department of Health and Human Services on Tuesday, as part of a restructuring architected by Kennedy and Elon Musk's DOGE task force. But Kennedy acknowledged they didn't get

everything right the first time.

"Personnel that should not have been cut, were cut. We're reinstating them. And that was always the plan. Part of the – at DOGE, we talked about this from the beginning, is we're going to do 80% cuts, but 20% of those are going to have to be reinstated, because we'll make mistakes," Kennedy said, speaking to reporters at a stop in Virginia.

Kennedy said that the elimination of the Centers for Disease Control and Prevention's entire Lead Poisoning Prevention and Surveillance Branch was among the mistakes.

It is unclear which other programs Kennedy may be planning to restore. The department did not immediately provide a response for a request for comment.

ⓒCBS

Read More

00:13                                                                                    02:00

Multiple CDC officials said they had so far not heard of plans to reinstate the lead poisoning program.

Among the immediate impacts of eliminating its work was an outstanding request from Milwaukee's health department for help responding to lead in water, which had stalled, multiple CDC officials said.

Known as an "Epi-Aid," or investigation into a public health problem, the CDC assistance "will not be able to continue due to the loss of subject matter experts," agency officials had said internally this week.

Elsewhere in the department, a handful of employees who got termination notices at the Food and Drug Administration have already been asked back to work temporarily, multiple FDA officials said.

Among those asked to work for a few more weeks before they are cut include teams in the agency's inspections and investigations office, two officials said, after the agency's office lost around 170 employees. The office has been planning for cuts to routine inspections of drugmakers and food producers because of the layoffs.

## More from CBS News

**The fraud costing the federal government hundreds of billions a year**



**Trump administration must halt some DOGE cuts at 20 federal agencies**



**Crime rings using stolen identities to steal money from U.S. government**



**HHS moving to fire probationary employees again, officials say**

In:     **United States Department of Health and Human Services**     **Robert F. Kennedy Jr.**

**Alexander Tin**

Alexander Tin is a digital reporter for CBS News based in the Washington, D.C. bureau. He covers federal public health agencies.

 Twitter

© 2025 CBS Interactive Inc. All Rights Reserved.

## Study Shows Surprising Link Between Aging & your Pillowcase

PAID  BLISSY    Learn More

## Senior Discounts: What You Should Know

PAID  OTTO FOR SENIORS    Learn More

## 2025 Small SUV Deals Near You - (Take A Look)

PAID  BESTSEARCHES | SEARCH ADS    Learn More

## The Greatest Enemy of Blood Sugar? Try This Tonight!

PAID  MAGAZINE GLYCO    Learn More

## The 5 Dumbest Expenses Draining Your Wallet (Most People Don't Realize #3)

PAID  BETTERBUCK    Read More

## New York: New Windows Available If You Own A Home In These Zip Codes

PAID  SMART LIFESTYLE TRENDS    Learn More

## Seniors With Under $2,348 In SS Get Rewarded This May

PAID  SENIORLESS.COM

## This Jaws Whiskey Bottle Designed By A Famous Engineer is Sweeping US

PAID  MIGILIFE

# Here's What a New Roof Should Cost in 2025

PAID  HOMEBUDDY.COM   **Learn More**

# The Truth About Keeping Muscle Mass After Age 50

PAID  APEX LABS

# Here's The Average Price of a 6-Hour Gutter Guards Upgrade in Brooklyn:

PAID  HOMEBUDDY.COM   **Read More**

# Grow Your Savings in 2025 with a High Yield Savings Account

PAID  NERDWALLET

# 8 Monthly Expenses Adults Waste The Most Money On

PAID  BETTERBUCK   **Read More**

# New York: Medicare Plans May Offer Perks

PAID  INSURE.COM   **Get Quote**

# Empty Cruises Departing From New York That Seniors Can Book For Cheap

PAID  TOP SEARCHER NOW   **Learn More**

# Honor Our Heroes with This Unique Mug

PAID  SHERUM   **Learn More**

# Empty Antarctica Cruises (Take A Look)

PAID  SEARCHCOMMONS | SEARCH ADS

# Average Cost to Charter A Private Jet May Surprise You (See Prices)

PAID  BESTSEARCHES | SEARCH ADS

# Why Cat Lovers Adore This Unique Lamp

PAID  VIANYS    **Read More**

# Our #1 Best Seller - The First Class Edition (Shop Now)

PAID  WOLF & SHEPHERD    **Shop Now**

# Steven Burns found unsuitable for parole again

**CBS NEWS**

# Sunday's top stories on the CBS Weekend News

**CBS NEWS**

# They traded their starter home for their dream house. Now, they're selling it for $6 million.

PAID  HOMES.COM

# Empty Cruises Departing Soon That Seniors Can Book For Cheap (Take A Look)

PAID  GOSEARCHES | SEARCH ADS

# New York Launches New Coverage for Cars Used Less Than 49 Miles/Day

PAID  BESTMONEY.COM    **Learn More**

# 9 Things To Do If You're Barely Making It Financially

PAID  BUDGET HUSTLE    **Read More**

# Best and Worst Hair Growth Products of 2025

PAID  DERMATOLOGIST REVIEWS    **Learn More**

## Here's What it Costs To Replace All Windows in An Average New York House

PAID   SMART LIFESTYLE TRENDS    **Learn More**

**Featured**

Pope Leo XIV

Meet the new pope

2025 NBA Playoff Schedule

**Follow Us On**

YouTube

Facebook

Instagram

X

**Privacy**

Privacy Policy

California Notice

Your Privacy Choices

Terms of Use

**More from CBS News**

Newsletters

Podcasts

Download Our App

Brand Studio

Sitemap

**Company**

About Paramount

Advertise With Paramount

Join Our Talent Community

Help

Feedback

Copyright ©2025 CBS Interactive Inc. All rights reserved.