# EXHIBIT 15

ED 382 387                                          PS 023 282

TITLE            Multicultural Principles for Head Start Programs.
INSTITUTION      Administration for Children, Youth, and Families
                 (DHHS), Washington, DC. Head Start Bureau.
REPORT NO        ACYF-IM-91-03
PUB DATE         5 Mar 91
NOTE             24p.
PUB TYPE         Legal/Legislative/Regulatory Materials (090) --
                 Guides - Non-Classroom Use (055)

EDRS PRICE       MF01/PC01 Plus Postage.
DESCRIPTORS      Community Role; Cultural Awareness; Cultural
                 Background; *Cultural Pluralism; *Educational
                 Principles; *Multicultural Education; Preschool
                 Curriculum; *Preschool Education; Relevance
                 (Education)
IDENTIFIERS      *Project Head Start

ABSTRACT
         This report outlines 10 multicultural principles for
Head Start preschool programs and ancillary services. It asserts that
Head Start programming should: (1) treat every child as an
individual; (2) represent the cultural groups in the community; (3)
emphasize accurate information about cultural groups and discard
stereotypes; (4) address cultural relevance in making curriculum
choices; (5) allow individuals to retain their cultural identity; (6)
provide for native language instruction and the acquisition of
English for children with limited English ability; (7) have staff
that reflect the culture of the community and families served; (8)
allow children to develop respect for and understanding of other
cultures; (9) examine and challenge institutional and personal
biases; and (10) ensure that culturally relevant and diverse
programming and practices are incorporated in all components and
services. (MDM)

************************************************************************
*    Reproductions supplied by EDRS are the best that can be made    *
*                   from the original document.                      *
************************************************************************





**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Administration for Children, Youth and Families**

| 1. Log No. ACYF-IM-91-03 | 2. Issuance Date: 3/5/91 |
|---|---|
| 3. Originating Office: Head Start Bureau | |
| 4. Key Word: Multicultural Principles | 5. |
| 6. | 7. |

ED 382 387

INFORMATION MEMORANDUM

TO            :  Head Start Grantees and Delegate Agencies

SUBJECT       :  Multicultural Principles for Head Start Programs

INFORMATION:     Attached is a document, "Multicultural Principles
for Head Start Programs," for your consideration
and use.  The principles detailed in the document
are the result of two years of effort by our Head
Start Multicultural Task Force, a group of people
chosen from the former network of grantees who
provided training on the four multicultural
curricula developed by the Administration for
Children, Youth and Families (ACYF) as part of the
Strategy for Spanish Speaking Children in the
1970s.  The Task Force was convened to consider
the current needs of grantees who are serving very
diverse populations in many parts of the country.
The Task Force developed the principles which have
been reviewed and expanded by Regional and
national staff and experts in the field of
multicultural programming.  These principles now
stand as a challenge to Head Start grantees and
delegate agencies to focus efforts on
individualizing services so that every child and
family feels respected and valued and is able to
grow in accepting and appreciating differences.

These principles go beyond what takes place in a
Head Start classroom.  They apply to all component
services, to children with special needs, and to
the administration of the program.  They form the
foundation of our joint efforts to help both the
families we serve and the staff we employ to make
every effort to understand and respect our
differences.

U.S. DEPARTMENT OF EDUCATION
Office of Educational Research and Improvement
EDUCATIONAL RESOURCES INFORMATION
CENTER (ERIC)
☒ This document has been reproduced as
received from the person or organization
originating it.
☐ Minor changes have been made to
improve reproduction quality.

● Points of view or opinions stated in this
document do not necessarily represent
official OERI position or policy.



PS 023282

2



**BEST COPY AVAILABLE**

ACYF has recently funded six Head Start grantees to be demonstration sites for the infusion of these multicultural principles through all aspects of their programs and to document the process by which this is achieved. Next fall these grantees will share their experiences with staff of other programs and explain what they are doing.

We are also developing a library of resources for your use in providing training and technical assistance. Many of these resources, which should be available for fiscal year 1992, have been developed by Head Start grantees through discretionary and innovative grant funds.

I strongly recommend that each Head Start Director schedule time to review and discuss the principles with all of the component coordinators as a group, since the issue of multicultural programming impinges on all of the Head Start components and their services.

Wade F. Horn, Ph.D.
Commissioner

Attachment

cc:  Regional Administrators, OHDS
     Regions I-X



3

## MULTICULTURAL PRINCIPLES FOR HEAD START PROGRAMS

Effective Head Start programming requires understanding, respect, and responsiveness to the cultures of all people but particularly to those of enrolled children and families. Since its inception in 1965, Head Start has recognized the importance of nurturing the self-esteem of each child and family in the program. The Head Start Program Performance Standards stress the importance of enhancing the sense of dignity and self-worth of each child and his/her family. Head Start grantees seek to develop approaches which support this humanizing goal. Children and their families come to Head Start rooted in a culture which gives them meaning and direction. The same statement is true of the staff and administrators who work in Head Start programs. This culture is a set of rules that governs their "world," organizes their physical and social interactions, and shapes their understanding and perceptions of behavior and ideas. This world is a milieu, a context, in which people actively live, develop, and interact. Head Start staff need to be helped to understand culture as functioning through their own basic core beliefs and values. Because the child's culture and family provide the foundation upon which the child's social competence is developed, Head Start staff must be sensitive to the role culture plays in child development.

Our hope is for each Head Start child to become a world citizen through multicultural programming. For each parent and

1

*4*

staff member to grow is also our goal.  The Head Start program

goals are the foundation for this set of principles.  These

principles have been developed to guide Head Start grantees in

meeting these goals.

Section 1304.1-3 of the Head Start Program
Performance Standards (45 CFR-1304) states:

(a)  The Head Start Program is based on the
premise that all children share certain
needs, and that children of low-income
families, in particular, can benefit from a
comprehensive developmental program to meet
those needs.  The Head Start Program approach
is based on the philosophy that:

(1)  A child can benefit most from
a comprehensive, interdisciplinary
program to foster development and
remedy problems ᴜs expressed in a
broad range of services, and that

(2)  The child's entire family, as
well as the community, must be
involved.  The program should
maximize the strengths and unique
experiences of each child.  The
family, which is perceived as the
principal influence on the child's
development, must be a direct
participant in the program.  Local
communities are allowed latitude in
developing creative program designs
so long as the basic goals,
objectives, and standards of a
comprehensive program are adhered
to.

(b)  The overall goal of the Head Start
program is to bring about a greater degree of
social competence in children of low-income
families.  By social competence is meant the
child's everyday effectiveness in dealing
with both present environment and later
responsibilities in school and life.  Social
competence takes into account the inter-
relatedness of cognitive and intellectual
development, physical and mental health,
nutritional needs, and other factors that

2

5



enable a developmental approach to helping
children achieve social competence.  To the
accomplishment of this goal, Head Start
objectives and performance standards provide
for:

> (1)  The improvement of the child's
> health and physical abilities,
> including appropriate steps to
> correct present physical and mental
> problems, and to enhance every
> child's access to an adequate diet.
> The improvement of the family's
> attitude toward future health care
> and physical abilities.

> (2)  The encouragement of
> self-confidence, spontaneity,
> curiosity, and self-discipline
> which will assist in the
> development of the child's social
> and emotional health.

> (3)  The enhancement of the child's
> mental processes and skills with
> particular attention to conceptual
> and communications skills.

> (4)  The establishment of patterns
> and high expectations for success
> in the child which will create a
> climate of confidence for present
> and future learning efforts and
> overall development.

> (5)  An increase in the ability of
> the child and the family to relate
> to each other and to others.

> (6)  The enhancement of the sense of
> dignity and self-worth within the child
> and his family.

As the entire Head Start community implements these
principles in policies, procedures, and practices, the
development of social competence in children will be supported
while the critical role of the family will be acknowledged,

3

6

reinforced, and enhanced.  As a result, the child, the family, and the Head Start staff become participants in a larger community.  Multicultural or culturally diverse programming celebrates individual differences.  The cultural, racial, and ethnic composition of the Head Start community are becoming increasingly diverse as Head Start reflects the demographic changes in America.  To be successful the Head Start community must understand and commit to appropriate multicultural programming which builds upon each child's culture and helps the child accept the many differences among individuals and eventually deal effectively with other cultures.  Children enrolling in Head Start now will interact in the future, if not today, with others unlike themselves in this diverse society.

Head Start grantees must address issues of cultural relevance and diversity if they are to help children achieve social competence and reach their full potential.  Cultural relevance supports each child's background as an integral part of the child.  Since children are part of all who care for them, the significant people in their lives must be respected and nurtured by all who work with cultural issues.  Culturally relevant programming in all Head Start components and services incorporates approaches that validate and build upon the culture and strengths of the enrolled children and their families.  Such efforts require that policies, practices, and personal philosophies be examined for bias.  This examination process is continuous and central to program development and evaluation.

4



7

The following principles form the framework for multicultural programming. They can serve as steps or structure by which participants can examine the task and develop strategies with which they personally and organizationally can reach the goal of helping children reach their full potential.

## PRINCIPLES SUPPORTING THE FRAMEWORK

1.  Every individual is rooted in culture.

2.  The cultural groups represented in the communities and families of each Head Start program are the primary sources for culturally relevant programming.

3.  Culturally relevant and diverse programming requires learning accurate information about the culture of different groups and discarding stereotypes.

4.  Addressing cultural relevance in making curriculum choices is a necessary, developmentally appropriate practice.

5.  Every individual has the right to maintain his or her own identity

5



while acquiring the skills required
to function in our diverse society.

6.    Effective programs for children
with limited English speaking
ability require continued
development of the primary language
while the acquisition of English is
facilitated.

7.    Culturally relevant programming
requires staff who reflect the
community and families served.

8.    Multicultural programming for
children enables children to
develop an awareness of, respect
for, and appreciation of individual
cultural differences.  It is
beneficial to all children.

9.    Culturally relevant and diverse
programming examines and challenges
institutional and personal biases.

10.   Culturally relevant and diverse
programming and practices are
incorporated in all components and
services.

<u>DISCUSSION</u>

1.    EVERY INDIVIDUAL IS ROOTED IN A CULTURE

6



*9*

Culture is everything that contributes to the life of a group of people, from the objects in their daily experiences to their customs and beliefs.  It is a set of rules which govern the group's and the individual's experiences of the world and (sometimes unconsciously) provides the reason for their actions and behavior.  It affects how ideas are perceived and what is valued and devalued.

Since culture is rooted in people's emotional commitments and guides their moral and aesthetic systems, it surfaces as attitudes and actions of "the right way" and "the wrong way."  It is above all about valued relationships, about what is a worthy person and about how things are made valuable.  It gives life meaning.

Everyone has a culture and each person is affected by its rules.  Culture may often seem invisible while operating within it with persons who share the same cultural perspectives.  This shared view is a centric one, relative to the group supporting it, and to the people in each group, their own culture will be the valid one.  But each culture is only one set of possible choices, and although assuming that one's own culture is the valid one is natural, it is a form of

7

10



arrogance that is not effective in a world dealing with
diversity.

Culture becomes most apparent when the individual
leaves it, breaks its "rules," or when two cultures
come into contact.  Studying other cultures, other ways
of handling common needs and ideas, is helpful for
developing a perspective of tolerance.  Culture is not
the quaint ways of someone else--it is also your own
"quaint" way.

Though culture is passed on from generation to
generation, it is dynamic and evolves and adapts to the
contemporary environment.  Culture is acquired through
the daily process of living, and in some aspects is
formally taught.  It is embedded in all institutions of
our society, and certainly in our educational systems.

Families must be supported in their cultural identity
in order to foster it in their children.  The home
language is the key to this identity.  Culture affects
a child's learning style, values, and self-concept.  In
order to develop positive self-esteem, children need to
be recognized as valued individuals.  Head Start, in
its goal of bringing about a greater degree of social
competence in children, ensures the recognition, value,

8

11



and respect of all cultural backgrounds.  Successful
programs for children respect and incorporate the
child's contemporary culture.  Children must not be
expected to sacrifice their own cultural identity, but
rather to take pride in themselves, their families, and
their culture.  Cultural identity should not restrict
individual growth, development, and success; the task
of an individual is not to have to "fit into" a culture
but to use the cultural context as a vehicle to reach
full potential.

2.  THE CULTURAL GROUPS REPRESENTED IN THE COMMUNITIES AND
FAMILIES OF THE HEAD START PROGRAM ARE THE PRIMARY
SOURCE FOR CULTURALLY RELEVANT PROGRAMMING.
The cultural groups represented by the families and the
community served by Head Start are the primary source
for culturally relevant information, which should be
incorporated into all aspects of the program.  Parents
and community members must be involved in collecting
accurate information about the community and its needs.
Such culturally diverse programming idealizes and
builds upon that which is most familiar to each child
and valued by significant others in his/her life,
namely aspects of that family's own culture.  In doing
so, learning is enhanced, and the learning extends more
fully to include the home environment.

9



Grantees in their community-needs-assessment and planning process must assure that issues relevant to all cultural/ethnic groups in the low-income community are considered in determining which children/families are most in need of Head Start services. The absence of language-proficient staff is unacceptable as a reason for failing to serve significant ethnic/cultural groups in a community.

3.  CULTURALLY RELEVANT AND DIVERSE PROGRAMMING REQUIRES LEARNING ACCURATE INFORMATION ABOUT THE CULTURE OF DIFFERENT GROUPS AND DISCARDING CULTURAL STEREOTYPES. Stereotypes and misinformation about cultures of different groups interfere with growth, communication, and respect. Stereotypes are learned; they are perceived and nourished by ignorance, lack of information, and interaction. Culture can influence values, perceptions, and behaviors. Minority groups also may share stereotypes that can affect perception of themselves and of other groups.

Individuals at every level of program operation should make a commitment to improve their program by acquiring accurate information about cultural groups, by examining institutional and personal biases, and by discarding stereotypes and misinformation. Accurate information about different cultural groups can be obtained from many sources:

10

13



o    Talking directly with a variety of individuals
     from that cultural group.

o    Reading books written by individuals within
     cultural groups.  It is essential to keep in mind
     that individual differences exist within cultures
     and, therefore, care must be taken not to
     stereotype everyone within a particular culture
     based on information obtained from one source.

o    Viewing audiovisual materials

o    Utilizing any other resources acceptable to the
     group.

4.   ADDRESSING CULTURAL RELEVANCE IN MAKING CURRICULUM
     CHOICES IS A NECESSARY, DEVELOPMENTALLY APPROPRIATE
     PRACTICE.
     Children will be more open to learning when their
     culture is respected and reflected within all aspects
     of the Head Start program.  Acquiring new skills should
     not be a separate process from cultural programming.
     Children will learn about their culture as they
     progress in all the other aspects of development.
     Cultural relevance can enrich activities designed to
     facilitate children's communication, language
     development, and creativity as well as their cognitive,
     physical, social, and emotional development.  In order
     to accommodate the various learning styles among
     children, teaching staff must set up the environment to

11

14

include many opportunities for "hands-on," concrete
experiences.  In this way children who learn by
imitation, listening, and trial-and-error methods will
find opportunity for "solo" learning without undue
stress with verbal feedback to the teacher.  Thus, a
rich environment offering many choices and adequate
time for exploration will meet children's needs.
Children have to figure out what is meant in a given
situation, while at the same time, staff can observe
children in small groups and fine tune their own
teaching styles.  Training for teaching staff needs to
focus on the match between the way children learn and
the way they can be taught.

5.   EVERY INDIVIDUAL HAS THE RIGHT TO MAINTAIN HIS/HER OWN
     IDENTITY WHILE ACQUIRING THE SKILLS REQUIRED TO
     FUNCTION IN THE LARGER SOCIETY.
     In this way each person's development is enhanced; new
     skills required to cope with diversity are learned more
     readily.  A program which recognizes and honors the
     child's and family's cultural identity contributes
     greatly to a child's self-esteem and to the development
     of a clear and positive personal and social identity.
     This in turn contributes to the child's learning and to
     his/her capacity to fully engage the world.  This
     approach provides an opportunity for children to
     explore their own cultural uniqueness in a safe,

12

15



non-threatening manner.  All children have the right to
develop skills which allow them to respond to negative
events in an active and effective manner.  Children
need to learn all the skills necessary to function
effectively in a diverse society.  Ultimately, children
have the right to grow up in a society where
differences exist, can be maintained, and are
respected.

6.   EFFECTIVE PROGRAMS FOR CHILDREN WITH LIMITED ENGLISH
     SPEAKING ABILITY REQUIRE CONTINUED DEVELOPMENT OF THE
     PRIMARY LANGUAGE WHILE THE ACQUISITION OF ENGLISH IS
     FACILITATED.

     Children whose primary language is not English may need
     special attention.  Children acquire a first or primary
     language from their families and the people who care
     for them.  Language acquisition is a natural process
     based on discovering meanings perceived in conversation
     and facilitated by significant adults.  Learning in the
     preschool years is best facilitated through the primary
     language.  Staff who speak the language of the child
     can promote the development of the primary language
     most effectively.  At the same time, recognizing the
     need for the child to become proficient in English, the
     acquisition of English language skills can be
     initiated.  An effective and appropriate manner is by a
     natural approach rather than by formal instruction.



Research indicates that developing and maintaining a child's primary language supports and facilitates the learning of the second language.  It is best accomplished without translation and with the recognition of the need to develop understanding before speaking.  Staff and parents should be aware of these findings and build upon first language skills. Therefore,

o    Staff and program resource people must reflect the language of the families being served;

o    Parents sometimes need to be helped to understand the value of the primary language as a foundation for second language acquisition;

o    Staff should be trained in techniques for second language acquisition, i.e, gestures, pointing, modeling, and other ways to help the child figure out the meaning without translation;

o    The child whose home language is other than English must be viewed as fortunate since having more than one language is an asset in today's world.

o    Any process of child assessment must be conducted in the child's primary language.

o    When any child is evaluated to determine whether there is a disability, an assessment must be conducted in the child's primary language.

14

*17*



o    Staff should examine their own biases toward
      regional variations of language and dialects used
      by the children and recognize the children's
      primary language as an equally valid way of
      communication;

o    It is valuable for children whose primary language
      is English to learn a second language.  For
      example, one out of every five job opportunities
      currently available requires the skill of speaking
      a second language.  A substantial number of the
      world's children today are raised bilingually
      because their societies recognize that
      communication among nations is critical for their
      economic and political survival.

7.    MULTICULTURAL PROGRAMMING REQUIRES STAFF WHO REFLECT
      THE COMMUNITY AND FAMILIES SERVED.

      Head Start Program Performance Standards for the
      Education Services Component require grantees to have
      staff and program resources reflective of the racial
      and ethnic population of the children in the program
      (1304.2-2[c][2]).

      Grantees must make efforts to extend this principle to
      all components and services.  These staffing priorities
      also must be reflected in the delivery of health,
      nutrition, mental health, parent involvement, social
      service, and mainstreaming services, as well as at all

levels of the administration of the program.  The
"quality" aspect of the program need not be compromised
in order to implement this principle.  By incorporating
cultural relevancy and providing staff who speak the
primary language of enrolled children and families, the
foundation is laid for a good Head Start Program.
Individualized staff development, support services,
effective recruiting, staff utilization, and a
pertinent in-service training plan are required in
order to fully incorporate this principle and maintain
a program of overall excellence and quality.  Ways to
increase culturally/ethnically-relevant staff include:

o    Establish a training program which recruits,
     trains, and provides slots for relevant staff in
     all components and services.

o    Plan for program expansion well in advance to
     provide an opportunity to accomplish this.

o    Consider JTPA, JOBS, and the CDA Scholarship
     Assistance Program as additional resources.

o    Discuss the feasibility of sponsoring joint
     training with such organizations as local schools,
     welfare and health agencies.

8.  MULTICULTURAL PROGRAMMING FOR CHILDREN ENABLES CHILDREN
    TO DEVELOP AN AWARENESS OF, RESPECT FOR, AND
    APPRECIATION OF INDIVIDUAL DIFFERENCES AND IT IS
    BENEFICIAL TO ALL CHILDREN.

16

Very concrete experiences, celebrating individual differences, contribute to children's natural understanding, acceptance, and respect for others who look different from themselves. Diversity within each classroom and home-based socialization sessions can be the starting point for discussions and activities about individual differences. Emphasis on what is happening with the children themselves facilitates the beginning of understanding and acceptance of differences and contributes to the development of social competence in Head Start children.

Young children's misconceptions about people may be based on their own limited experience and what they see modeled by the adults around them. Therefore, in order "to teach young children to overcome any inappropriate responses or behaviors triggered by cultural differences," adults must intervene appropriately and immediately, problem solve with children, and honestly answer questions regarding diversity.[1]

It is essential that multicultural activities to enable children to learn more about other cultures and people be delivered in an appropriate manner. Contemporary cultures should be integrated into the everyday environment activities, rather than teaching cultures

---

[1]. Derman-Sparks, Louise, Anti-Bias Curriculum, NAEYC, Washington, D.C., 1989, p. 57.

17

as a separate once-a-week or once-a-year activity. This type of approach, the "tourist approach,"[2] trivializes cultures and other people and may promote stereotypes by focusing only on obvious artifacts, traditions, and celebrations which often lock people in the past and to a particular country.  Children who have encountered this type of approach have gained little information about differences within cultures and about people and their contemporary cultures in the United States, and in later years will not have skills to deal with bias and institutional "isms" (i.e., racism, classicism, disabilitism).

Our goal is to develop capacities in children to help them communicate adaptively with people who are culturally different and to enrich the children's lives through active engagement with the persons and works of other cultures.

9.  CULTURALLY RELEVANT AND DIVERSE PROGRAMMING EXAMINES AND CHALLENGES INSTITUTIONAL AND PERSONAL BIASES.

Institutional and personal biases are values or practices which favor one group or culture, by race, sex, income, physical attributes, or age.

Institutional biases are reflected in practices and behaviors of the dominant group which devalue minority

---

[2].  Derman-Sparks, Louise, Anti-Bias Curriculum, NAEYC, Washington, D.C., 1989, p. 57.

18

groups and cultures.  Institutional biases can be
reflected in program design.  Community needs
assessment, child assessment, program evaluation,
curriculum, health requirements, dress codes, language
being  spoken, and other means of communication and
parent involvement practices should be viewed for
institutional bias.  They may be obvious and
intentional, or they may be subtle and unintended.
Wherever they exist or whatever the intent, they are
harmful and unacceptable.  Multicultural programming
requires that staff, parents, and the community
examine, challenge, and work to eliminate institutional
biases.

Children also must be given skills to deal with bias.
Appropriate or effective multicultural programming
directly addresses issues of bias and stereotypes by
enabling children to stand up for themselves and others
when confronted with biased situations.  Children's
critical thinking skills must be enhanced by providing
them opportunities to develop concepts of fairness and
empathy.  Bias and discriminating behaviors will not go
away if ignored; children infer tacit acceptance of
behaviors which are ignored.  Therefore, an active and
integrative approach <u>must</u> be incorporated into all
aspects of programming because we want children to grow
up armed with the attitudes, knowledge, and skills for

19

22



living in a complex, diverse world in a socially
competent manner.

10.   CULTURALLY RELEVANT AND DIVERSE PROGRAMMING AND
PRACTICES ARE INCORPORATED IN ALL COMPONENTS AND
SERVICES.

Multicultural programming may have been limited in the
past to the education component.  Head Start is a
comprehensive program, however, and all components
provide services to and  impact on children and
families.  Cultural differences, stereotypes, and
biases can be found in all components.  To achieve Head
Start goals and maximize child and family development,
these principles must not be limited to the education
component but must be applied to all aspects of the
program.

CONCLUSION

Appropriate multicultural programming is imperative in order to
fully achieve Head Start goals.  It requires scrutinizing all
aspects of program operations and self-examination by program
staff.  It also requires coordinating with community
organizations, schools, other public/private agencies, and
institutions with similar needs and goals.  In many instances the
implementation of these principles will require leadership,
courage, change, risk-taking, training, and resources.
Implementing Head Start programs which incorporate a
multicultural perspective throughout all components and services

20

23



can be accomplished by commitment, support, and leadership of
Head Start grantees and the Administration for Children, Youth,
and Families both nationally and regionally.  Finally, as we
celebrate diversity, Head Start children will grow more competent
and be able to accept the commonalities and differences in
people.  The result will be long lasting and valuable for all of
us who will live in tomorrow's global village.

21

U.S. GOVERNMENT PRINTING OFFICE  1991 O- 864-634


ERIC
Full Text Provided by ERIC