# EXHIBIT 30

PART OF STATES NEWSROOM

GOVERNMENT & POLITICS

# More than 12,000 Minnesota kids could lose child care if Trump administration cuts Head Start

BY: **MADISON MCVAN** - APRIL 30, 2025    6:04 PM



President Donald Trump speaks during an executive order signing in the Oval Office on Feb. 11, 2025. (Photo by Andrew Harnik/Getty Images)

President Donald Trump's proposed budget is expected to eliminate Head Start, the federal program that provides free or low-cost child care to low-income families.

Head Start serves 12,000 children in Minnesota, mostly in rural areas, said Kraig Gratke, executive director of the Minnesota Head Start Association. Republicans and Democrats alike have supported Head Start. In 2024, Minnesota U.S. Rep. Pete Stauber and dozens of his Republican colleagues wrote a letter to congressional budget leaders urging them to prioritize funding for Head Start.

Head Start is funded through Sept. 30, but would expire Oct. 1 if Trump's proposed budget is passed.

"It's unconscionable to me to think about taking away critical supports that help families raise their children," said U.S. Rep. Kelly Morrison, D-Minn., at a press conference denouncing the proposed cuts.

Minnesota is facing a crisis of child care availability and affordability; the state has some of the highest child care costs in the nation.

Gratke said Minnesota Head Start is already feeling the impact of cuts. The Department of Health and Human Services closed six regional offices, including one in Chicago, which was Minnesota's point of contact for Head Start and other federal programs. In early April, many Head Start staffers were laid off.

Families that qualify for Head Start also qualify for the similar state Child Care Assistance Program, or CCAP – so Head Start saves the state around $65 million per year by using federal resources to serve families who would otherwise rely on state assistance, Gratke said.

Head Start employs 3,200 people in Minnesota. Eight tribal nations have Head Start centers.

"These are very hard pills to swallow when we're already dealing with a lot of economic issues and folks are struggling," Gratke said. Trump is expected to release his full budget proposal as soon as next week.

REPUBLISH

*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. AP and Getty images may not be republished. Please see our republishing guidelines for use of any other photos and graphics.*



## MADISON MCVAN 

Madison McVan is a Report for America corps member who covers economic mobility for Minnesota Reformer. She previously covered agriculture for Investigate Midwest after graduating from the University of Missouri in 2020 with degrees in Journalism and Latin American studies.

Minnesota Reformer is part of States Newsroom, the nation's largest state-focused nonprofit news organization.

**MORE FROM AUTHOR**

---

### MORE FROM OUR NEWSROOM



**Minnesota families are sinking under the weight of nation-leading child care costs**

BY **MARY HENNIGAN**

May 12, 2025



**Here's how the House plans to cut $300 million from the disability services agency**

BY **MADISON MCVAN**

May 6, 2025

## A JOURNAL OF THE FREE PEOPLE OF MINNESOTA

**DEMOCRACY TOOLKIT** 



The Minnesota Reformer is an independent, nonprofit news organization dedicated to keeping Minnesotans informed and unearthing stories other outlets can't or won't tell. We're in the halls of government tracking what elected officials are up to — and monitoring the powerful forces trying to influence them. But we're also on the streets, at the bars and parks, on farms and in warehouses, telling you stories of the people being affected by the actions of government and big business. And we're free. No ads. No paywall.

We're part of States Newsroom, the nation's largest state-focused nonprofit news organization.

DEIJ Policy | Ethics Policy | Privacy Policy

---



Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. (See full republishing guidelines.)

  

© Minnesota Reformer, 2025

v1.82.2

## STATES NEWSROOM

FAIR. FEARLESS. FREE.