# EXHIBIT 31

nj.com

Subscribe

Unlimited Digital Access - Start Today for $1 - Limited Time Offer

Advertisement

ESSEX COUNTY

# N.J. Head Start programs navigate uncertainty after regional office closures

Published: Apr. 17, 2025, 9:08 a.m.



Cuts to regional offices could impact Head Start programs serving over 12,000 New Jersey families, according to Bonnie Eggenburg, president of the New Jersey Head Start Association.

   

By Hanna Gross | NJ Spotlight News

**Editor's note:** <u>This story</u> was shared as part of a content-sharing agreement between <u>Mosaic.NJ.com</u> and <u>NJ Spotlight News</u>. You can follow them on <u>Facebook</u> and <u>Twitter</u> (or X).

Head Start programs in New Jersey are continuing to offer child care and early education after the Trump administration closed the regional office that serves New Jersey.

The U.S. Department of Health and Human Services closed five Head Start regional offices in New York, Boston, Chicago, San Francisco and Seattle, according to the National Head Start Association. New Jersey providers said they rely on their regional office for support, so the closure of the regional office in New York has led to stress and uncertainty.

Advertisement

"It is stressful because any time there is change without a lot of communication it leaves a lot of unknowns," said Bonnie Eggenburg, president of the New Jersey Head Start Association.

Head Start, a federal program founded in 1965 as part of the Johnson administration, promotes school readiness for children from low-income families from birth to age 5 with support for the whole family, not just the child who is enrolled. As of August 2024, Head Start programs in New Jersey were serving more than 12,000 families, according to the program.

The recent closures are part of a larger plan to "Make America Healthy Again" based on recommendations from the administration's government efficiency task force, which is led by Trump ally and billionaire Elon Musk. The task force claims it will save taxpayers $1.8 billion per year by laying off about 10,000 full-time employees in the Department of Health and Human Services. The department had run 10 regional offices before the cuts.

Advertisement


"We aren't just reducing bureaucratic sprawl. We are realigning the organization with its core mission and our new priorities in reversing the chronic disease epidemic," Health Secretary Robert F. Kennedy, Jr. said in a statement. "This Department will do more — a lot more — at a lower cost to the taxpayer."

New Jersey is part of Head Start Region 2, which also serves New York, Puerto Rico and the U.S. Virgin Islands. The closest Head Start office that remains open is in Philadelphia, which handles Pennsylvania, Delaware, Maryland, Virginia, West Virginia and the District of Columbia.

## No warning

Eggenburg said programs in New Jersey have not received notice about being transferred to another region. Services are continuing as normal, but she is concerned the one or two programs that are expected to receive additional federal funding at the end of the month could be impacted by the office closure and layoffs.

Eggenburg, who is also the vice president of Early Head Start and Head Start services at Gateway Community Action Partnership, said her organization has built a strong relationship with staff from the Head Start Region 2 office, who understand the specific needs of the communities Gateway serves in Atlantic, Cape May, Cumberland, Gloucester, Salem and Mercer counties. After Hurricane Sandy, the Head Start office was key to securing funding to build a new Gateway facility in Atlantic City, she said.

Isaac Dorsey, executive director of Head Start and Early Head Start at the Children's Home Society of New Jersey, said regional offices have played an important role in the success of Head Start programs he ran in New Jersey, Arizona and California. Currently, his Trenton-based program serves around 160 families for Early Head Start and 270 kids for Head Start.

Advertisement
eyard at the N.J. / N.Y. border    Watch More
1:00
Ad removed. Details

As the program director, he meets monthly with a program specialist from the regional office to discuss challenges and needs. He said the office closure could have an "indirect effect on the quality of programs" due to the loss of staff who are knowledgeable about their region.

Dorsey, who was one of the first kids to enroll in Head Start in the 1960s, said he is a strong believer in the program. "I know it gave me and my mother an advantage," he said, since it allowed his mom to go to school while Dorsey and his sibling were attending Head Start programs.

## Head Start in action

Gloria Andritsopoulos, family partnership manager for Head Start at Gateway, also credits Head Start for helping her get to where she is today. She started as a Head Start parent in 1998, and with the support of the program, earned an associate's degree and bachelor's degree and secured stable housing. Since enrolling her first child in Head Start, she has worked at Gateway as a classroom aide, family advocate, group teacher, coordinator, and now, family partnership manager.

Without federal funding, Gateway could not help families like hers, Andritsopoulos said.

Project 2025, the conservative playbook for President Donald Trump's second term, proposed the elimination of Head Start. Trump distanced himself from the playbook while campaigning but has since acted on many of its suggestions.

Advertisement



## RECOMMENDED

**N.J. track & field: What section is my team in?** May. 11, 2025, 4:15 p.m.

**N.J.'s highest-paid teachers: See the districts where median salaries top**

Dorsey said cuts to Head Start would be "devastating," especially because students pandemic-related learning loss. The program also provides parents with hard and soft skills and gives them safe, reliable child care that allows them to work, he said.

Children's Home Society staff anxiety has increased in recent months, causing some people to leave for other jobs they believe will be more secure, Dorsey said.

*Welcome to Mosaic. Follow us on Instagram at @MosaicNJcom and on Facebook at MosaicNJcom and on YouTube at @MosaicNJcom.*

If you purchase a product or register for an account through a link on our site, we may receive compensation. By using this site, you consent to our User Agreement and agree that your clicks, interactions, and personal information may be collected, recorded, and/or stored by us and social media and other third-party partners in accordance with our Privacy Policy.

## Around the Web

### New Electric Cars Come With Tiny Price Tags (Take A Look)
FrequentSearches | Search Ads | Sponsored

### Seniors Can Now Fly Business Class For the Price Of Economy
onlineshoppingtools | Sponsored   Read More

### New Retirement Village Coming to San Francisco

Retirement Villages | Search Ads | *Sponsored*  　　Learn More

### Traveler Collection Slim Fit Point Collar Solid Dress Shirt

With a Slim Fit, this dress shirt from the Traveler Collection brings a modern edge to your dress wear look. Its made from pure cotton thats been specially treated to resist wrinkles for fuss-free wear. Cufflinks not included. …

Jos A Bank | *Sponsored*  　　Shop now



### Click here for more information

motorcyclesafetyca.com | *Sponsored*

eyard at the N.J. / N.Y. border　　Watch More

### Social Security Recipients Under $2,384/Mo Now Entitled To 12 "Kickb

HealthyWallet | *Sponsored*

### 7 Things Changing for Seniors on Social Security in 2025

HealthyWallet | *Sponsored*  　　Learn More

### Flight Attendant Reveals How Seniors Can Fly Business Class For The Price of Economy

onlineshoppingtools | *Sponsored*

### This Tiny Cabin Is 290 sq. ft., But Wait Till You See The Inside!

BuzzFond | *Sponsored*

### Kindle Lovers Are Asking: Why Didn't I Find Out About This Website Sooner?

BookBub | *Sponsored*  　　Learn More

### Here's where Cardinal Robert Prevost — the first American pope — grew up
**Homes.com** | Sponsored

### Abandoned Houses For Sale in San Francisco - Prices You Have to See to Believe
**GoSearches | Search Ads** | Sponsored

Learn More

### Woman Lavished All Her Savings On This Motorhome, Take A Look Inside!
**Little Fries** | Sponsored

eyard at the N.J. / N.Y. border    Watch More

### Even some MAGA Republicans are outraged over Trump's latest scand
NJ.com

### Catholic JD Vance reacts to Trump mocking the Pope
NJ.com

### Don Lemon Says He Was Fired From CNN Because Of His Commitment To Telling The Truth - Blavity
**Blavity.com** | Sponsored

### Roof Prices Near San Francisco Make Replacing Your Old Roof a No Brainer
**2024 Truth on Roof Prices** | Sponsored

Get Quote

### Don't Play This Game If You Are Under 30
**RAID** | Sponsored

Play Now

**Malia Reveals Her Boyfriend & You Will Easily Recognize Him**

**Screen Scoop** | Sponsored

**Billionaire MAGA backer may put Trump on blast, White House freaks out**

NJ.com

**Dear Annie: A 6-year-old punches other kids, leaving bruises, and his parents dismiss the behavior**

NJ.com

**San Francisco: Lowest Price Electric Cars Revealed (See Deals)**

**FrequentSearches | Search Ads** | Sponsored

eyard at the N.J. / N.Y. border     Watch More

1:00

**Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask**

**WalletJump** | Sponsored     Learn More

**Rules You Didn't Know 'Survivor' Contestants Have to Follow**

**Cosmopolitan** | Sponsored

**Jos. A. Bank Traditional Fit Button-Down Collar Solid Dress Shirt**

Keep it classic while still enjoying the modern details of this solid hued dress shirt. Crafted by Jos. A. Bank from smooth cotton, it has break-resistant buttons, a bit of stretch, and an easy-care finish that allows you to look your…

**Jos A Bank** | Sponsored     Shop now

**New Pope condemns Trump and JD Vance's cruelty toward immigrants**

NJ.com

Case 2:25-cv-00781-BSM     Document 38-31     Filed 05/16/25     Page 10 of 13

Trump VP JD Vance is having a horrible, terrible, awful streak
NJ.com



▼ **About Us**

About NJ.com

Advertise with us

Contact Us

Newsletters

Jobs at NJ Advance Media

Accessibility Statement

eyard at the N.J. / N.Y. border    Watch More
1:00

▼ **Subscriptions**

NJ.com

The Star-Ledger

The Times of Trenton

South Jersey Times

The Jersey Journal

Newsletters

▼ **Already a Subscriber**

Manage your Subscription

Place a Vacation Hold

Make a Payment

Delivery Feedback

▼ NJ.com Sections

N.J. News
Local News
N.J. Politics
Sports
High School Sports
Entertainment
Food & Recipes
Events
Business
Opinion
Jersey's Best
Legal Notices
Obituaries
Jobs
Autos
Real Estate
Rentals
Classifieds
Special Sections
Local Life

eyard at the N.J. / N.Y. border    Watch More
1:00

▼ Contribute to NJ.com

Submit an event

▼ Follow Us

YouTube
Facebook
RSS
Twitter
Instagram

▼ More on NJ.com

Place an ad
Sell your car
Post a job
Sell/rent your home
Apartments & rentals
Weather
Site map
Sponsor Content
Search
NJ.com Store
Archives

▼ Newspaper stories and photos

Learn more about our newspapers
The Star-Ledger
The Times of Trenton
The Jersey Journal
South Jersey Times
Hunterdon County Democrat

eyard at the N.J. / N.Y. border    Watch More
1:00

▼ Mobile

iPhone, Android apps

Your Privacy Choices ⊠    |    Privacy Policy    |    User Agreement    |    ▷Ad Choices

# ADVANCELOCAL

Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement, (updated 8/1/2024) and acknowledgement of our Privacy Policy, and Your Privacy Choices and Rights (updated 1/1/2025).

© 2025 Advance Local Media LLC. All rights reserved (About Us).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

Community Rules apply to all content you upload or otherwise submit to this site.

**YouTube's privacy policy** is available here and **YouTube's terms of service** is available here.

Ad Choices

eyard at the N.J. / N.Y. border    Watch More