# EXHIBIT 33

NEWS    WEATHER    BUFFALO PLUS    COMMUNITY    GAME CENTER

| NEWS |
| --- |
| WEATHER |
| BUFFALO PLUS |
| COMMUNITY |
| GAME CENTER |
| MONEY |
| CHIME IN |
| SPORTS |
| STATION |
| TRAFFIC |
| LAWMAKERS |
| LEGAL |

ADVERTISEMENT

# Warren County Head Start could shut down this month amid funding delay

by J.T. Fetch
Mon, April 7th 2025 at 4:44 PM
Updated Tue, April 8th 2025 at 7:10 AM

00:01 



The program, which serves 183 children and employs 78 staff members, has not received the second half of its funds from the U.S. Department of Health and Human Services (HHS).(Image Source: Warren County Head Start)

NEWS   WEATHER   BUFFALO PLUS   COMMUNITY   GAME CENTER

| | |
|---|---|
| | NEWS |
| | WEATHER |
| | BUFFALO PLUS |
| | COMMUNITY |
| | GAME CENTER |
| | MONEY |
| | CHIME IN |
| | SPORTS |
| | STATION |
| | TRAFFIC |
| | LAWMAKERS |
| | LEGAL |

TOPICS:  WARREN COUNTY   HEAD START   FEDERAL FUNDING   SUSPENSION   CHILDREN

WARREN COUNTY, N.Y. (WRGB) — The Warren County Head Start program___ April 19th suspension in services due to a delay in federal funding, acc___ Director Shari Marci.

The program, which serves 183 children and employs 78 staff membe___ second half of its $3.7 million federal grant from the U.S. Department ___ Services (HHS).

Marci explained that the program typically receives half of its grant mo___ and the remainder between January and March. However, HHS has in___ funds will not be available until May or June. The program only has en___ through April 18th.

"We would have to lay them off," Marci said, referring to the staff. "The___ for unemployment as we wouldn't have work for them. And then the r___ we'd be able to bring everybody back... The impact that it is going to c___ families and staff is going to be like nothing else."

The program, which has been a staple in Warren County since 1965, p___ such as family and health support for pregnant families and children u___ that around 30 percent of the children receive physical, speech, or occ___ these children could be most affected by the disruption.

The funding delay comes amid recent mass layoffs at the federal level ___ administration, including those who administer the Head Start progra___

NEWS    WEATHER    BUFFALO PLUS    COMMUNITY    GAME CENTER

NEWS

WEATHER

BUFFALO PLUS

COMMUNITY

GAME CENTER

MONEY

CHIME IN

SPORTS

STATION

TRAFFIC

LAWMAKERS

LEGAL

*Crisis in the Classroom is a weekly segment in which CBS6 investigates issues students, and families. Send any tips to our team by emailing or by calling*

**MORE TO EXPLORE**

**Saratoga County resident charged with violating protection order**

**Trump's tax plan: The latest on the 'big, beautiful' tax bill, and wh taxes in 2025 and beyond**

**Fort Edward man charged with assaulting inmate at Saratoga Cou**

**SPONSORED CONTENT**

NEWS  WEATHER  BUFFALO PLUS  COMMUNITY  GAME CENTER

| | |
|---|---|
| | NEWS |
| | WEATHER |
| **Neurologists Amazed: These Barefoot Shoes Help Seniors Lose Weight with Less Pain** | BUFFALO PLUS |
| Barefoot Vitality \| SPONSORED | COMMUNITY |
| | GAME CENTER |
| **Seniors Can Now Fly Business Class For the Price Of Economy** | MONEY |
| onlineshoppingtools \| SPONSORED | |
| | CHIME IN |
| | SPORTS |
| AdChoices      Sponsored | STATION |
| ADVERTISEMENT | TRAFFIC |
| | LAWMAKERS |
| Loading … | LEGAL |