# EXHIBIT 35






Home  >  702Times  >  Nevada's Childcare Crisis: Thousands At Risk As Head Start Faces Elimination



# Nevada's Childcare Crisis: Thousands at Risk as Head Start Faces Elimination

By TheNevadaGlobeStaff, April 29, 2025 8:28 am

 

firestorm of concern among families, educators, and advocates across the nation. This move threatens to dismantle a program that has provided early childhood education, nutrition, and health services to millions of low-income children since its inception in 1965.

In Nevada, the potential impact is particularly severe. The Sunrise Children's Foundation in Las Vegas, which relies exclusively on Head Start funding, may be forced to close its doors, leaving 400 families without access to essential childcare and early education services. Statewide, up to 10,000 children could lose access to childcare, exacerbating an already critical shortage in a state where 74% of families with young children lack access to licensed childcare.

The administration justifies the cuts by citing a desire to return control of education to the states and increase parental control. However, critics argue that this approach overlooks the vital support that federal programs like Head Start provide to working families, particularly in underserved communities. Senator Jacky Rosen of Nevada has condemned the proposal, stating that eliminating Head Start would be "outrageous and cruel," and pledging to fight against the cuts.

The proposed budget cuts are part of a broader initiative to reduce federal spending on domestic programs, including education, healthcare, and housing. While fiscal responsibility is important, it's crucial to consider the long-term consequences of such cuts on the nation's most vulnerable populations.

As the debate continues, it's imperative for citizens to engage with their representatives and advocate for programs that support early childhood development and family stability. The future of programs like Head Start depends on public awareness and action.

**Source:** FOX5 Vegas

Copyright 2025 702 Times, NV Globe. All rights reserved

| Author | Recent Posts |
|---|---|



**TheNevadaGlobeStaff**

**Spread the news:**

 

**RELATED ARTICLES**

 



August 24, 2022



Nevada's Average Gas Price Rises Once More

September 19, 2022



Washoe Public Schools Start 2 Hours Late on Monday

January 30, 2023

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment *

Name *




Website

Post Comment

NEWSLETTER

 

# Newsletter Signup

Subscribe to our newsletter below and never miss the latest scoop.

Enter your email address

SUBSCRIBE

## FOLLOW US

### Nevada Globe

  

### 702 Times

  

### 775 Times

  



  

EDITOR, EDITOR@THENEVADAGLOBE.COM

ADVERTISING: ADVERTISE@THENEVADAGLOBE.COM

ABOUT US

TERMS & CONDITIONS

PRIVACY POLICY

ADVERTISE WITH US

©The Nevada Globe. All Rights Reserved.