The Honorable Ricardo S. Martinez

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM, ILLINOIS HEAD START ASSOCIATION, PENNSYLVANIA HEAD START ASSOCIATION, WISCONSIN HEAD START ASSOCIATION, FAMILY FORWARD OREGON, and PARENT VOICES OAKLAND, | Case No. 2:25-cv-00781-RSM |
| *Plaintiffs,* | **CERTIFICATE OF SERVICE** |
| v. | |
| ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start, | |
| *Defendants.* | |

CERTIFICATE OF SERVICE -
2:25-CV-00781-RSM

1

A.C.L.U. OF WASHINGTON
PO BOX 2728 SEATTLE, WA 98111-2728
(206) 624-2184

I HEREBY CERTIFY THAT ON MAY 16, 2025, THE ELECTRONICALLY FILED DOCUMENTS WERE FILED WITH THE CLERK OF THE COURT USING THE CM/ECF SYSTEM, AND I HEREBY CERTIFY THAT I HAVE MAILED BY OVERNIGHT MAIL THE FOLLOWING DOCUMENTS TO ALL DEFENDANTS:

MOTION for Leave to File Declarations in Pseudonym,

DECLARATION of David Montes,

MOTION for Preliminary Injunction,

DECLARATION of Jennesa Calvo-Friedman,

DECLARATION of Jennie (Maier) Maunnamalai,

DECLARATION of Kara McFalls,

DECLARATION of Lauri Morrison-Frichtlin,

DECLARATION of Joel Ryan,

DECLARATION of Clarissa Doutherd,

DECLARATION of FFO Member A,

DECLARATION of FFO Member B,

DECLARATION of Desiree Guerra,

DECLARATION of Candice Vickers,

DECLARATIONS of Osbornique Williams,

DECLARATIONS of Khari Garvin, Katherine Neas, Martha Zaslow, and Jane Doe.

**DEFENDANTS:**

Robert F. Kennedy Jr.

Secretary of Health and Human Services

The U.S. Department of Health & Human Services

Hubert H. Humphrey Building

200 Independence Avenue, S.W.

Washington, D.C. 20201

The U.S. Department of Health & Human Services

Hubert H. Humphrey Building

200 Independence Avenue, S.W.

Washington, D.C. 20201

Office of Head Start

Administration for Children and Families

U.S. Department of Health & Human Services

330 C Street, S.W., Washington, D.C. 20201

Administration for Children and Families

U.S. Department of Health & Human Services

330 C Street, S.W.

Washington, D.C. 20201

Andrew Gradison

Acting Assistant Secretary

Administration for Children and Families

U.S. Department of Health & Human Services

330 C Street, S.W., Washington, D.C. 20201

Tara Hooban

Acting Director

Office Head Start

U.S. Department of Health & Human Services

330 C Street, S.W., Washington, D.C. 20201


**DATED: MAY 16, 2025**                    _____

                                           **JOHNNY TRAN**