The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM; ILLINOIS HEAD START ASSOCIATION; PENNSYLVANIA HEAD START ASSOCIATION; WISCONSIN HEAD START ASSOCIATION; FAMILY FORWARD OREGON; and PARENT VOICES OAKLAND,<br><br>     Plaintiffs,<br><br> v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start,<br><br>     Defendants. | Case No. 2:25-cv-00781-RSM<br><br>DEFENDANTS' NOTICE OF INTENT TO OPPOSE MOTION FOR TEMPORARY RESTRAINING ORDER |

DEFENDANTS' NOTICE OF INTENT TO OPPOSE MOTION
FOR TEMPORARY RESTRAINING ORDER
[2:25-cv-00781-RSM] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Under Local Civil Rule 65(b)(5), Defendants file this notice of intent to oppose Plaintiffs' Motion for Temporary Restraining Order (Dkt. 79).

DATED this 22nd day of July, 2025.

    Respectfully submitted,

    TEAL LUTHY MILLER
    Acting United States Attorney

    *s/ Kristin B. Johnson*
    KRISTIN B. JOHNSON, WSBA #28189
    Assistant United States Attorney
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Telephone No. (206) 553-7970
    Fax No. (206) 553-4073
    Email: kristin.b.johnson@usdoj.gov

    Attorneys for Defendants

DEFENDANTS' NOTICE OF INTENT TO OPPOSE MOTION
FOR TEMPORARY RESTRAINING ORDER
[2:25-cv-00781-RSM] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970