The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM; ILLINOIS HEAD START ASSOCIATION; PENNSYLVANIA HEAD START ASSOCIATION; WISCONSIN HEAD START ASSOCIATION; FAMILY FORWARD OREGON; and PARENT VOICES OAKLAND,<br><br>                  Plaintiffs,<br><br>   v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start,<br><br>                  Defendants. | Case No. 2:25-cv-00781-RSM<br><br>DECLARATION OF KRISTIN B. JOHNSON |

DECLARATION OF KRISTIN B. JOHNSON
[2:25-cv-00781-RSM] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

COMES NOW Kristin B. Johnson, being duly sworn, does hereby swear and affirm:

1.  I am an Assistant United States Attorney assigned to handle the above-captioned matter.

2.  Attached as Exhibit A is what I believe to be a true and correct copy of a press release issued by the U.S. Department of Health and Human Services (HHS) on July 10, 2025, obtained by the United States Attorney's Office from HHS's website, at https://www.hhs.gov/press-room/prwora-hhs-bans-illegal-aliens-accessing-taxpayer-funded-programs.html (last accessed July 22, 2025).

3.  Attached as Exhibit B is what I believe to be a true and correct copy of HHS's notice establishing its revised policy on the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA), submitted for publication in the Federal Register and its 30-day comment period, obtained by the United States Attorney's Office from HHS's website, at http://hhs.gov/sites/default/files/prwora-notice.pdf (last accessed July 22, 2025).

4.  Attached as Exhibit C is what I believe to be a true and correct copy of HHS's 1998 notice establishing its revised policy on the PRWORA of 1996, submitted for publication in the Federal Register and its 30-day comment period, obtained by the United States Attorney's Office from Federal Register website, at https://www.govinfo.gov/content/pkg/FR-1998-08-04/pdf/98-20491.pdf (last accessed July 23, 2025).

5.  Attached as Exhibit D is what I believe to be a true and correct copy of the Final Regulatory Impact Analysis, Final Regulatory Flexibility Analysis, and Unfunded Mandates Reform Act Analysis at https://headstart.gov/policy/pi/acf-pi-hs-18-04 (last accessed July 23, 2025).

DECLARATION OF KRISTIN B. JOHNSON
[2:25-cv-00781-RSM] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

6.  Attached as Exhibit E is what I believe to be a true and correct copy of program instructions from HHS regarding the Full Enrollment Initiative, which was provided to the United States Attorney's Office by HHS.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 23rd day of July, 2025.

*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON
Assistant United States Attorney

DECLARATION OF KRISTIN B. JOHNSON
[2:25-cv-00781-RSM] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970