The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM; ILLINOIS HEAD START ASSOCIATION; PENNSYLVANIA HEAD START ASSOCIATION; WISCONSIN HEAD START ASSOCIATION; FAMILY FORWARD OREGON; and PARENT VOICES OAKLAND,<br><br>            Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start,<br><br>            Defendants. | Case No. 2:25-cv-00781-RSM<br><br>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY |

DEFENDANTS' NOTICE OF SUPPLEMENTAL
AUTHORITY/INFORMATION
[2:25-cv-00781-RSM] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Pursuant to Local Civil Rule 7(n), Defendants hereby bring to the Court's attention relevant supplemental authority which was issued after the briefing was complete on Plaintiffs' Motion for a Preliminary Injunction and Plaintiffs' Motion for a Temporary Restraining Order.

First, the United States Supreme Court entered a stay pending appeal in *McMahon v. New York*, 606 U.S. __, 2025 WL 1922626 (July 14, 2025) (Mem.), which reflects the Court's determination that the Government is likely to prevail against a challenge to a reduction-in-force (RIF) at the Department of Education. *See* Exhibit A.

Second, the Supreme Court entered a stay pending appeal in *Trump v. Am. Fed'n of Gov't Emps.*, 606 U.S. __, 2025 WL 1873449 (July 8, 2025) (Mem.), which covered the same RIFs and restructuring at issue in this case. *See* Exhibit B.

Third, the U.S. Department of Health and Human Services (HHS) has agreed to stay enforcement of the Notice of the reinterpretation of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA), in *State of New York v. U.S. Dep't of Justice*, 1:25-cv-00345-MSM-PAS (D.R.I.), while that court adjudicates a pending Motion for a Preliminary Injunction, which encompasses the same issues in Plaintiffs' Motion for a Temporary Restraining Order. *See* Exhibit C.

DATED this 29th day of July, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart St., Ste. 5220, Seattle, Wash. 98101
Telephone No. (206) 553-7970 / Fax No. (206) 553-4073
Email: kristin.b.johnson@usdoj.gov
Attorneys for Defendants

DEFENDANTS' NOTICE OF SUPPLEMENTAL
AUTHORITY/INFORMATION
[2:25-cv-00781-RSM] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970