# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STATE OF NEW YORK; STATE OF WASHINGTON; STATE OF RHODE ISLAND; STATE OF ARIZONA; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA; STATE OF HAWAI'I; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WISCONSIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE; PAMELA BONDI, in her official capacity as ATTORNEY GENERAL OF THE UNITED STATES; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; U.S. DEPARTMENT OF EDUCATION; LINDA McMAHON, in her official capacity as SECRETARY OF THE U.S. DEPARTMENT OF EDUCATION; U.S. DEPARTMENT OF LABOR; LORI CHAVEZ-DeREMER, in her official capacity as SECRETARY OF THE. US. DEPARTMENT OF LABOR,<br><br>    Defendants. | Case No. 1:25-cv-00345<br><br>**STIPULATION AND JOINT PROPOSAL FOR BRIEFING SCHEDULE** |

## **STIPULATION**

1. Defendants agree to stay enforcement and application in Plaintiff States[1] through September 3, 2025, of the challenged Notices (and their contents) as set forth below:

    a. U.S. Department of Justice, "Revised Specification Pursuant to the Personal Responsibility and Work Opportunity Reconciliation Act of 1996," 90 Fed. Reg. 32,023 (July 16, 2025);

    b. U.S. Department of Health and Human Services, "Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA); Interpretation of 'Federal Public Benefit,'" 90 Fed. Reg. 31,232 (July 14, 2025);

    c. U.S. Department of Education, "Clarification of Federal Public Benefits under the Personal Responsibility and Work Opportunity Reconciliation Act," 90 Fed. Reg. 30,896 (July 11, 2025); and

    d. U.S. Department of Labor, "Training and Employment Guidance Letter No. 10-23, Change 2" (July 10, 2025).

2. Defendants agree that, regardless of the outcome of this litigation, including on any appeal, they will never enforce or in any way apply the PRWORA Notices listed in paragraph 1, including the interpretations of PRWORA expressed in those Notices, related to:

    a. conduct occurring in Plaintiff States prior to September 4, 2025;

    b. funds expended in Plaintiff States prior to September 4, 2025; or

    c. any other actions taken in reliance on this Stipulation prior to September 4, 2025.

---

[1] The term States includes the States and their subdivisions and instrumentalities.

## JOINT PROPOSAL FOR BRIEFING SCHEDULE

The parties respectfully request that the Court enter the following schedule with respect to Plaintiffs' July 21, 2025 Preliminary Injunction Motion, ECF No. 2:

**Defendants' Opposition Due:** August 11, 2025

**Plaintiffs' Reply Due:** August 18, 2025

**Argument:** August 20, 2025, or as soon thereafter as the Court is available.

Dated: July 25, 2025                                   Respectfully submitted,

                                                       BRETT A. SHUMATE
                                                       Assistant Attorney General
                                                       Civil Division

                                                       ERIC J. HAMILTON
                                                       Deputy Assistant Attorney General
                                                       Federal Programs Branch

                                                       DIANE KELLEHER
                                                       Branch Director
                                                       Federal Programs Branch

                                                       ELIZABETH TULIS
                                                       Assistant Branch Director
                                                       Federal Programs Branch

                                                       /s/ Heidy L. Gonzalez
                                                       HEIDY L. GONZALEZ
                                                       *Trial Attorney*
                                                       U.S. Department of Justice,
                                                       Civil Division, Federal Programs
                                                       1100 L Street, N.W.
                                                       Washington, DC  20005
                                                       Tel: (202) 598-7409
                                                       Email: heidy.gonzalez@usdoj.gov
                                                       FL Bar No. 1025003

                                                       *Attorney for Defendants*

| | |
|---|---|
| **LETITIA JAMES**<br>Attorney General for the State of New York<br><br>By: /s/ Rabia Muqaddam<br><br>Rabia Muqaddam<br>*Chief Counsel for Federal Initiatives*<br>Jessica Ranucci<br>*Special Counsel*<br>Zoe Levine<br>*Special Counsel for Immigrant Justice*<br>28 Liberty St.<br>New York, NY 10005<br>(929) 638-0447<br>rabia.muqaddam@ag.ny.gov<br>zoe.levine@ag.ny.gov<br>jessica.ranucci@ag.ny.gov<br><br>*Attorneys for the State of New York* | **NICHOLAS W. BROWN**<br>Attorney General of Washington<br><br>By: /s/ Andrew Hughes<br><br>Andrew Hughes<br>Benjamin Seel<br>Zane Muller<br>*Assistant Attorneys General*<br>Cristina Sepe<br>*Deputy Solicitor General*<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188<br>(206) 464-7744<br>Andrew.Hughes@atg.wa.gov<br>Benjamin.Seel@atg.wa.gov<br>Zane.Muller@atg.wa.gov<br>Cristina.Sepe@atg.wa.gov<br><br>*Attorneys for the State of Washington* |
| **PETER F. NERONHA**<br>Attorney General for the State of Rhode Island<br><br>By: /s/ Sarah W. Rice<br>Sarah W. Rice (RI No. 10588)<br>Stephen N. Provazza (RI No. 10435)<br>*Unit Chief, Consumer & Economic Justice Unit*<br>150 South Main St.<br>Providence, RI 02903<br>Phone: 401-274-4400<br>SRice@riag.ri.gov<br>SProvazza@riag.ri.gov<br><br>*Attorneys for the State of Rhode Island* | **KRISTIN K. MAYES**<br>Attorney General for the State of Arizona<br><br>By: /s/ Hayleigh S. Crawford<br>Hayleigh S. Crawford<br>Mary M. Curtin<br>2005 North Central Avenue<br>Phoenix, Arizona 85004<br>Phone: (602) 542-3333<br>Hayleigh.Crawford@azag.gov<br>Mary.Curtin@azag.gov<br>ACL@azag.gov<br><br>*Attorneys for the State of Arizona* |
| **ROB BONTA**<br>Attorney General for the State of California<br><br>By: /s/ Heidi Lehrman<br>Heidi Lehrman<br>Neli Palma<br>Michael L. Newman<br>*Senior Assistant Attorneys General* | **PHILIP J. WEISER**<br>Attorney General for the State of Colorado<br><br>By: /s/ David Moskowitz<br>David Moskowitz<br>*Deputy Solicitor General*<br>Jennifer L. Sullivan<br>*Deputy Attorney General* |

Kathleen Boergers
Srividya Panchalam
*Supervising Deputy Attorneys General*
Heidi Lehrman
Jeanelly Orozco Alcalá
Natasha A. Reyes
*Deputy Attorneys General*
1300 I Street
Sacramento CA 95814
Heidi.Lehrman@doj.ca.gov
Michael.Newman@doj.ca.gov
Neli.Palma@doj.ca.gov
Kathleen.Boergers@doj.ca.gov
Srividya.Panchalam@doj.ca.gov
Jeanelly.OrozcoAlcala@doj.ca.gov
Natasha.Reyes@doj.ca.gov

*Attorneys for the State of California*

Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO 80203
Phone: (720) 508-6000
david.moskowitz@coag.gov
jen.sullivan@coag.gov

*Attorneys for the State of Colorado*

**WILLIAM TONG**
Attorney General for the State of Connecticut

By: */s/ Patricia McCooey*
Patricia McCooey
*Assistant Attorney General*
165 Capitol Ave
Hartford, CT 06106
(860) 808-5210
Patricia.McCooey@ct.gov

*Attorney for the State of Connecticut*

**BRIAN L. SCHWALB**
Attorney General for the District of Columbia

By: */s/ Mitchell P. Reich*
Mitchell P. Reich
*Senior Counsel to the Attorney General*
Office of the Attorney General for the District of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 279-1261
mitchell.reich@dc.gov

Attorney for the District of Columbia

**KWAME RAOUL**
Attorney General for the State of Illinois

By: */s/ Sarah J. North*
Sarah J. North
*Deputy Division Chief, Public Interest Division*
Holly Berlin
*Assistant Attorney General, Special Litigation Bureau*
Office of the Illinois Attorney General

**ANNE E. LOPEZ**
Attorney General for the State of Hawaiʻi

By: /s Kalikoʻonālani D. Fernandes

David D. Day
*Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes
*Solicitor General*
425 Queen Street
Honolulu, HI 96813

<div style="display:flex">

115 S. LaSalle Street  
Chicago, IL 60603  
312-814-3000  
Sarah.North@ilag.gov  
Holly.Berlin@ilag.gov  
*Attorneys for the State of Illinois*

**ANTHONY G. BROWN**  
Attorney General for the State of Maryland

By: */s Virginia A. Williamson*  
Virginia A. Williamson  
*Assistant Attorney General*  
Office of the Attorney General  
200 Saint Paul Place, 20th Floor  
Baltimore, Maryland 21202  
410-576-6584  
VWilliamson@oag.state.md.us

*Attorney for the State of Maryland*

**DANA NESSEL**  
Attorney General of Michigan

By: */s/ Neil Giovanatti*  
Neil Giovanatti  
Bryan Beach  
*Assistant Attorneys General*  
Michigan Department of Attorney General  
525 W. Ottawa  
Lansing, MI 48909  
(517) 335-7603  
GiovanattiN@michigan.gov  
BeachB@michigan.gov

*Attorneys for the State of Michigan*

</div>
<div>

(808) 586-1360  
david.d.day@hawaii.gov  
kaliko.d.fernandes@hawaii.gov

*Attorneys for Plaintiff State of Hawaiʻi*

**AARON M. FREY**  
Attorney General for the State of Maine

By: */s/ Brendan Kreckel*  
Brendan Kreckel  
By: */s/ Kristin Trabucchi*  
Kristin Trabucchi  
*Assistant Attorneys General*  
Office of the Attorney General  
6 State House Station  
Augusta, ME 04333-0006  
Tel.: 207-626-8800  
Fax: 207-287-3145  
Brendan.kreckel@maine.gov  
kristin.k.trabucchi@maine.gov

*Attorneys for the State of Maine*

**ANDREA JOY CAMPBELL**  
Attorney General of Massachusetts

By: */s/ David Ureña*  
Katherine Dirks  
*Chief State Trial Counsel*  
Ethan W. Marks  
David Ureña  
Brett M. Gannon  
*Assistant Attorneys General*  
Office of the Massachusetts Attorney General  
1 Ashburton Place Boston, MA 02108  
(617) 963-2675  
david.urena@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

</div>

6

Exhibit C  
Page 6 of 8

| | |
|---|---|
| **AARON D. FORD**<br>Attorney General for the State of Nevada<br><br>By: /s/ Heidi Parry Stern<br>Heidi Parry Stern<br>*Solicitor General*<br>Office of the Nevada Attorney General<br>1 State of Nevada Way, Ste. 100<br>Las Vegas, NV 89119<br>HStern@ag.nv.gov<br><br>*Attorney for the State of Nevada* | **KEITH ELLISON**<br>Attorney General for the State of Minnesota<br><br>By: /s/ Joseph R. Richie<br>Joseph R. Richie<br>*Special Counsel*<br>445 Minnesota Street, Suite 1400<br>St. Paul, Minnesota, 55101<br>(651) 300-0921<br>joseph.richie@ag.state.mn.us<br><br>*Attorney for the State of Minnesota* |
| **RAÚL TORREZ**<br>Attorney General for the State of New Mexico<br><br>By: /s/ Mark Noferi<br>Mark Noferi<br>*Senior Litigation Counsel*<br>NM Department of Justice<br>408 Galisteo Street<br>Santa Fe, New Mexico 87501<br>(505) 490-4060<br>MNoferi@nmdoj.gov<br><br>*Attorney for the State of New Mexico* | **MATTHEW J. PLATKIN**<br>Attorney General of New Jersey<br><br>By: /s/ Meghan Musso<br>Meghan Musso<br>Patrick Clancey<br>Kathleen Riley<br>*Deputy Attorneys General*<br>Office of the Attorney General<br>25 Market Street<br>Trenton, NJ 08625<br>(609) 696-5289<br>meghan.musso@law.njoag.gov<br><br>*Attorneys for the State of New Jersey* |
| **CHARITY R. CLARK**<br>Attorney General for the State of Vermont<br><br>By: /s/ Ryan P. Kane<br>Ryan P. Kane<br>*Deputy Solicitor General*<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-2153<br>Ryan.kane@vermont.gov<br><br>*Attorney for the State of Vermont* | **DAN RAYFIELD**<br>Attorney General for the State of Oregon<br><br>By: /s/ Coby Howell<br>Coby Howell<br>*Senior Assistant Attorney General*<br>Tel (971) 673-1880<br>Fax (971) 673-5000<br>coby.howell@doj.oregon.gov<br><br>*Attorney for the State of Oregon*<br><br>**JOSHUA L. KAUL** |

      Attorney General for the State of Wisconsin

      By: */s/ Faye B. Hipsman*
      Faye B. Hipsman
      *Assistant Attorney General*
      Wisconsin Department of Justice
      Post Office Box 7857
      Madison, Wisconsin 53707-7857
      608-264-9487
      faye.hipsman@wisdoj.gov

      *Attorney for the State of Wisconsin*