AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Washington ▼

| | |
|---|---|
| Washington State Assoc. of Head Start & Early Childhc ) | |
| *Plaintiff* ) | |
| v.                              ) | Case No. 2:25-cv-781 |
| Robert F. Kennedy, Jr.          ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                              .

Date:    08/01/2025                                          /s Michael K. Velchik
                                                            *Attorney's signature*

                                                Michael K. Velchik (DC 187249)
                                                *Printed name and bar number*
                                                950 Pennsylvania Ave NW
                                                Washington DC 20530

                                                _____
                                                *Address*

                                                michael.velchik@usdoj.gov
                                                *E-mail address*

                                                (202) 860-8388
                                                *Telephone number*

                                                _____
                                                *FAX number*