1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

The Honorable Ricardo S. Martinez

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

WASHINGTON STATE ASSOCIATION OF HEAD
START AND EARLY CHILDHOOD ASSISTANCE AND
EDUCATION PROGRAM, ILLINOIS HEAD START
ASSOCIATION, PENNSYLVANIA HEAD START
ASSOCIATION, WISCONSIN HEAD START
ASSOCIATION, FAMILY FORWARD OREGON, and
PARENT VOICES OAKLAND,

*Plaintiffs,*

v.

ROBERT F. KENNEDY, JR., in his official capacity as
Secretary of Health and Human Services; U.S.
DEPARTMENT OF HEALTH AND HUMAN SERVICES;
ANDREW GRADISON, in his official capacity as Acting
Assistant Secretary of the Administration for Children and
Families; ADMINISTRATION FOR CHILDREN AND
FAMILIES; OFFICE OF HEAD START; and TALA
HOOBAN, in her official capacity as Acting Director of
the Office of Head Start,

*Defendants.*

Case No. 2:25-cv-00781-RSM

**SUPPLEMENTAL**
**DECLARATION OF LAURI**
**MORRISON-FRICHTL IN**
**SUPPORT OF PLAINTIFFS'**
**MOTION FOR A**
**PRELIMINARY**
**INJUNCTION**

LAURI MORRISON-FRICHTL DECLARATION - 1
2:25-CV-00781-RSM

A.C.L.U. OF WASHINGTON
PO BOX 2728 SEATTLE, WA 98111-2728
(206) 624-2184

I, Lauri Morrison-Frichtl, hereby attest as follows:

1.      I am over eighteen years old, of sound mind, and fully competent to make this declaration. I have personal knowledge of the factual assertions set forth below.

2.      I also incorporate into this declaration the information contained in the declaration I submitted in support of Plaintiffs' Motion for a Preliminary Injunction, filed on May 16, 2025. ECF No. 41.

3.      Since my prior declaration, Illinois HSA members have continued to receive instruction from Office of Head Start (OHS) staff that they may not use federal funds to promote or implement diversity, equity, and inclusion initiatives, including initiatives they have carried out in the past which they have never understood to be out of compliance with federal antidiscrimination law.

4.      For example, certain Illinois programs placed in the Designated Renewal System (DRS) due to identified deficiencies in their programs were required to sign attestations stating they would comply with the Executive Order titled "Ending Radical and Wasteful Government DEI Programs and Preferencing." Specifically, in order to remove their "DRS" status and be assured non-competitive grant renewal as a program in good standing, they were required to attest that they will not use federal funding for any program expenditures that promote or take part in diversity, equity, and inclusion initiatives. The attestation was not limited to a commitment to comply with federal antidiscrimination law.

5.      During the DRS negotiations, OHS staff instructed one Illinois HSA member to remove certain references from their program narrative—such as an internal DEIA committee and cultural awareness training—and informed them that they were prohibited from including these initiatives in their Head Start program.

6.      I was recently made aware of a Memorandum from the U.S. Department of Justice, Office of Attorney General titled "Guidance for Recipients of Federal Funding Regarding Unlawful Discrimination" and dated July 29, 2025 ("DOJ Memo"). To the best of my knowledge, Illinois HSA members have not received any notice or instruction regarding

this DOJ Memo from OHS staff. Upon being made aware of the existence of the DOJ Memo, Illinois HSA members have expressed concern they do not know how to comply with it, particularly because it appears to conflict with the Head Start Act. For example, the DOJ Memo states that grantees must not rely on "potentially unlawful proxies" that would violate antidiscrimination laws, including prioritizing "cultural competence" and "lived experience," or ask for "diversity statements" or information about "race, sex, or other protected traits"— which the DOJ Memo apparently interprets as violating antidiscrimination law. However, much of this terminology is part of the Head Start Act, leaving grantees at a loss about whether to follow the Memorandum or the Head Start Act.

Pursuant to 28 U.S.C. § 1786, I declare under penalty of perjury that the foregoing is true and correct.


Dated: August 15, 2025

Lauri Morrison-Frichtl

Lauri Morrison-Frichtl