The Honorable Ricardo S. Martinez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM, ILLINOIS HEAD START ASSOCIATION, PENNSYLVANIA HEAD START ASSOCIATION, WISCONSIN HEAD START ASSOCIATION, FAMILY FORWARD OREGON, and PARENT VOICES OAKLAND,

*Plaintiffs,*

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start,

*Defendants.*

Case No. 2:25-cv-00781-RSM

**DECLARATION OF JENNESA CALVO-FRIEDMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: IMMIGRANT EXCLUSION DIRECTIVE**

NOTE ON MOTION CALENDAR: Sept. 5, 2025

I, Jennesa Calvo-Friedman, hereby declare and state as follows:

1. I am over the age of eighteen and competent to make this declaration. I am a Senior Staff Attorney at the ACLU Women's Rights Project and one of the attorneys representing Plaintiffs in the above-captioned matter. I am a member in good standing of the bar of the State of New York and I am admitted to appear pro hac vice in the United States District Court for the Western District of Washington, pursuant to this Court's Text Order on May 8, 2025.

2. I submit this Declaration and its attached Exhibits in support of Plaintiffs' Motion for a Preliminary Injunction regarding the Immigrant Exclusion Directive, pursuant to Federal Rule of Civil Procedure 65. I make the following statements on the basis of my own knowledge or a review of files in my possession, and if called as a witness, I could and would competently testify thereto.

3. Attached as **Exhibit 1** is a true and correct copy of the declaration of Andrew Gradison submitted in opposition to Plaintiffs' Motion for a Preliminary Injunction in *New York v. U.S. Dep't of Justice*, No. 25-cv-345 (D.R.I. Aug. 11, 2025), ECF No. 48-1.

4. Attached as **Exhibit 2** is a true and correct copy of the press release "HHS Bans Illegal Aliens from Accessing its Taxpayer-Funded Programs" from the HHS website, which when last visited on August 29, 2025, included a text box stating "HHS has agreed to stay enforcement and application through September 10, 2025." It can be found at https://www.hhs.gov/press-room/prwora-hhs-bans-illegal-aliens-accessing-taxpayer-funded-programs.

5. Attached as **Exhibit 3** is a true and correct copy of the declaration of Dr. Maria Guadalupe Jaime-Mileham, Deputy Director of the California Department of Social Services, Child Care and Development Division, submitted in support of Plaintiffs' Motion for a Preliminary Injunction in *New York v. U.S. Dep't of Justice*, No. 25-cv-345 (D.R.I. July 21, 2025), ECF No. ECF 4-15.

6. Attached as **Exhibit 4** is a true and correct copy of the declaration of Tony Thurmond, Superintendent of Public Instruction for the State of California, submitted in support

of Plaintiffs' Motion for a Preliminary Injunction in *New York v. U.S. Dep't of Justice*, No. 25-cv-345 (D.R.I. July 21, 2025), ECF No. 4-16.

7. Attached as **Exhibit 5** is a true and correct copy of the declaration of Rosario M. Wortman, Director of Illinois Migrant and Seasonal Head Start at the Illinois Department of Human Services, submitted in support of Plaintiffs' Motion for a Preliminary Injunction in *New York v. U.S. Dep't of Justice*, No. 25-cv-345 (D.R.I. July 21, 2025), ECF No. 4-28.

8. Attached as **Exhibit 6** is a true and correct copy of the declaration of Stacie McCoy, Head Start Collaboration Director for the Maine Department of Public Education, submitted in support of Plaintiffs' Motion for a Preliminary Injunction in *New York v. U.S. Dep't of Justice*, No. 25-cv-345 (D.R.I. July 21, 2025), ECF No. 4-38.

9. Attached as **Exhibit 7** is a true and correct copy of the declaration of Casey Lafferty, Deputy Director of Policy Research, and Quality Initiatives Division at the New Mexico Early Childhood Education and Care Department, submitted in support of Plaintiffs' Motion for a Preliminary Injunction in *New York v. U.S. Dep't of Justice*, No. 25-cv-345 (D.R.I. July 21, 2025), ECF No. 4-47.

10. Attached as **Exhibit 8** is a true and correct copy of the declaration of Elana Marton, Deputy Director and Counsel for the New York State Council of Children and Families, submitted in support of Plaintiffs' Motion for a Preliminary Injunction in *New York v. U.S. Dep't of Justice*, No. 25-cv-345 (D.R.I. July 21, 2025), ECF No. 4-53.

11. Attached as **Exhibit 9** is a true and correct copy of the declaration of Alyssa Chatterjee, Early Learning System Director for the Oregon Department of Early Learning and Care, submitted in support of Plaintiffs' Motion for a Preliminary Injunction in *New York v. U.S. Dep't of Justice*, No. 25-cv-345 (D.R.I. July 21, 2025), ECF No. 4-58.

12. Attached as **Exhibit 10** is a true and correct copy of the declaration of Cynthia Marten, Delaware Secretary of Education, submitted in support of Plaintiffs' Motion for a Preliminary Injunction in *New York v. U.S. Dep't of Justice*, No. 25-cv-345 (D.R.I. Aug. 18, 2025), ECF No. ECF 55-1.

CALVO-FRIEDMAN DECLARATION
2:25-CV-00781-RSM

3

A.C.L.U. OF WASHINGTON
PO BOX 2728 SEATTLE, WA 98111-2728
(206) 624-2184

13. Attached as **Exhibit 11** is a true and correct copy of the declaration of Katrina T. McCombs, Director of Illinois Migrant and Seasonal Head Start at the Illinois Department of Human Services, submitted in support of Plaintiffs' Motion for a Preliminary Injunction in *New York v. U.S. Dep't of Justice*, No. 25-cv-345 (D.R.I. Aug. 18, 2025), ECF No. 55-3.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 29, 2025                                   /s/ Jennesa Calvo-Friedman
                                                                              Jennesa Calvo-Friedman