The Honorable Ricardo S. Martinez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM, ILLINOIS HEAD START ASSOCIATION, PENNSYLVANIA HEAD START ASSOCIATION, WISCONSIN HEAD START ASSOCIATION, FAMILY FORWARD OREGON, and PARENT VOICES OAKLAND,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start,<br><br>*Defendants.* | Case No. 2:25-cv-00781-RSM<br><br>**SUPPLEMENTAL DECLARATION OF KARA McFALLS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: IMMIGRANT EXCLUSION DIRECTIVE** |

I, Kara McFalls, hereby declare and state:

1. The information in this declaration is true and correct to the best of my knowledge and I am of majority age and competent to testify about the matters set forth herein.

2. I incorporate all of the facts and allegations contained in my declarations previously submitted in this case.

3. Pennsylvania Head Start Association ("Pennsylvania HSA") members continue to suffer harm caused by the Immigrant Exclusion Directive issued by the Department of Health and Human Services ("HHS").

4. I am aware that Pennsylvania HSA members are experiencing decreases in program attendance by immigrant families. I am aware from discussions with directors of these member agencies that immigrant families they serve are sharing concerns about leaving their homes and being targeted by ICE at school sites, like those of Head Start programs.

5. A Pennsylvania HSA member reports that it has had a 50% decrease in enrollment of Spanish-speaking families in its program.

6. Pennsylvania HSA members have not received any guidance on how they should comply with the Directive. I am not aware of any guidance issued by HHS on the Directive.

7. Members remain confused as to how they are expected to implement the immigration status verification requirement of the Directive. They remain confused as to whether non-profit Head Start agencies are required to verify immigration status. Members also still do not know if the Directive is meant to change Head Start eligibility based on the immigration status of the child, parent, legal guardians, other family members, or any combination of statuses. Members are thus unable to effectively advise enrolled families and prospective enrollees alike as to whether it is legal for them to enroll in their Head Start program.

8. Pennsylvania HSA members report that the citizenship/immigration status verification requirement will result in eligible families being excluded from their programs. Members regularly assist enrolled families with obtaining identification documents so that they can register for kindergarten. Members expect that many eligible families will be unable to enroll in Head Start programs because they lack resources or understanding necessary to obtain the kinds of documents that would be required to establish that they are "qualified" immigrants eligible for the programs.

9. I am aware that the federal government stated on the record during the August 5, 2025, hearing in this matter that it would include Pennsylvania in the stay of enforcement of the Immigration Exclusion Directive that was stipulated to last until September 10, 2025, in a separate legal case.

10. Pennsylvania HSA members are confused as to whether this stay of enforcement actually applies to Pennsylvania. While I would be glad to be certain that the government has temporarily agreed to not enforce the Immigration Exclusion Directive in Pennsylvania, given the lack of any formal instruction, this would not alleviate my concerns that members could face legal penalties for any actions that are occurring during the period of the stay and once it expires.

11. Since this announcement during the hearing, neither Pennsylvania HSA members nor I have received any further information from HHS regarding this stay of enforcement. I have seen no documentation that the stay of enforcement applies to Pennsylvania.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Executed this 29th day of August 2025.

                                             */s/ Kara McFalls*
                                             Kara McFalls