The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM; ILLINOIS HEAD START ASSOCIATION; PENNSYLVANIA HEAD START ASSOCIATION; WISCONSIN HEAD START ASSOCIATION; FAMILY FORWARD OREGON; and PARENT VOICES OAKLAND,<br><br>                Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start,<br><br>                Defendants. | Case No. 2:25-cv-00781-RSM<br><br>DEFENDANTS' SURREPLY |

DEFENDANTS' SURREPLY
[2:25-cv-00781-RSM] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

The Court converted Plaintiffs' motion for a temporary restraining order into a motion for a preliminary injunction and allowed the parties the opportunity to file supplemental briefing not to exceed fifteen (15) pages. Dkt. 95, pg. 5. Plaintiffs filed a 15-page brief and also filed a dozen declarations with over 100 pages of disputed facts and legal arguments. Dkts. 107-112. The declarations should be stricken. *See* Local Rules W.D. Wash. LCR 7(g); *Estate of Cindy Lou Hill v. Naphcare, Inc.*, 2022 WL 2177542, at *1 (E.D. Wash. Mar. 22, 2022) (courts can use their inherent power to control their docket, including to strike briefs and pleadings, when a party's submissions are uninvited or go beyond the scope of a request for supplemental briefing).

Plaintiffs' declarations should be stricken as improper legal argument outside the court-approved page limit. "Declarations ... should not be used to make an end-run around the page limitations ... by including legal arguments outside of the briefs." *Moussouris v. Microsoft Corp.*, 2018 WL 3328418, at *10 (W.D. Wash. June 25, 2018), aff'd, 799 F. App'x 459 (9th Cir. 2019) (quoting *King Cty. v. Rasmussen*, 299 F.3d 1077, 1082 (9th Cir. 2002) (citing Fed. R. Civ. P. 56(e)); *see also Sierra Club v. BNSF Ry. Co.*, 2017 WL 3141899, at *1 (W.D. Wash. July 25, 2017) (striking legal arguments in declarations that were "an attempt to circumvent the reply brief page limits"). "The court may refuse to consider any text, including footnotes, which is not included within the word or page limits." Local Rules W.D. Wash. LCR 7(e)(6).

Many of the declarations Plaintiffs submitted were filed in the parallel Rhode Island case. Dkt. 108, Exs. 3-11. While the Court may take judicial notice of court filings in another case, including that the documents were filed and the date on which they were filed, it may not take judicial notice of any set of facts set forth in the documents themselves. *See*, *M/V Am. Queen v. San Diego Marine Constr. Corp.*, 708 F.2d 1483, 1491 (9th Cir. 1983); *Swartz v. Deutsche Bank*, 2008 WL 1968948, at *6 (W.D. Wash. May 2, 2008). The declarations Plaintiffs seek to introduce

DEFENDANTS' SURREPLY
[2:25-cv-00781-RSM] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

contain disputed facts and legal arguments which are not judicially noticeable.

WHEREFORE Defendants request the Court strike the declarations filed with Plaintiffs' supplemental briefing because they are not judicially noticeable and they contain disputed facts and legal arguments which go well-beyond the Court's authorized 15-pages of supplemental briefing.

DATED this 2nd day of September, 2025.

        Respectfully submitted,

        TEAL LUTHY MILLER
        Acting United States Attorney

        *s/ Kristin B. Johnson*
        KRISTIN B. JOHNSON, WSBA #28189
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-1271
        Telephone No. (206) 553-7970
        Fax No. (206) 553-4073
        Email: kristin.b.johnson@usdoj.gov

        Attorneys for Defendants

        I certify that this memorandum contains 407 words, in compliance with the Local Civil Rules.

DEFENDANTS' SURREPLY
[2:25-cv-00781-RSM] - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970