*SUBMITTED VIA CM/ECF*

September 10, 2025

The Honorable Ricardo S. Martinez
United States District Court for the
Western District of Washington
United States Courthouse
700 Stewart Street, Suite 13134
Seattle, WA 98101-9906

Re:   *Washington State Association of Head Start and Early Childhood Assistance and Education Program, et al. v. Robert F. Kennedy, Jr., et al.*; Case No. 2:25-cv-781-RSM

Dear Judge Martinez:

On September 9, 2025, during oral argument, Plaintiffs informed the Court that the Department of Health and Human Services ("HHS") has adopted a new HHS Grants Policy Statement ("October 2025 GPS"), which goes into effect on October 1, 2025,[1] and submitted paper copies of the October 2025 GPS to Defendants and the Court. The Court requested a comparison version of the October 2025 GPS to indicate where the October 2025 GPS differs from the July 24, 2025 HHS Grants Policy Statement.[2] Counsel for Plaintiffs have created a comparison version and hereby submit it to this Court.

| | |
|---|---|
| Dated: September 10, 2025<br><br>Ming-Qi Chu (*pro hac vice*)<br>Jennesa Calvo-Friedman (*pro hac vice*)<br>Linda S. Morris* (*pro hac vice*)<br>*admitted in State of Maryland<br>Sania Chandrani (*pro hac vice*)<br>Lee Gelernt (*pro hac vice* forthcoming)<br>Omar Jadwat (*pro hac vice* forthcoming)<br>AMERICAN CIVIL LIBERTIES<br>   UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Tel: (212) 549-2500<br>mchu@aclu.org | Respectfully submitted,<br><br>By:   /s/   La Rond Baker<br>La Rond Baker (WSBA No. 43610)<br>Brent Low (WSBA No. 61795)<br>David Montes (WSBA No. 45205)<br>AMERICAN CIVIL LIBERTIES<br>   UNION OF WASHINGTON<br>P.O. BOX 2728<br>Seattle, Washington 98111-2728<br>Tel: (206) 624-2184<br>baker@aclu-wa.org<br><br>Kevin M. Fee (*pro hac vice*)<br>Allison Siebeneck (*pro hac vice*)<br>ROGER BALDWIN FOUNDATION OF<br>   ACLU, INC. |

---

[1] Department of Health & Human Servs., *HHS Grants Policy Statement*, Oct. 1, 2025, https://www.hhs.gov/sites/default/files/hhs-grants-policy-statement-oct-2025.pdf.

[2] Department of Health & Human Servs., *HHS Grants Policy Statement*, July 24, 2025, https://www.hhs.gov/sites/default/files/hhs-grants-policy-statement-july-2025.pdf.

| | |
|---|---|
| Laboni A. Hoq (*pro hac vice*)<br>HOQ LAW APC<br>AMERICAN CIVIL LIBERTIES<br>    UNION FOUNDATION<br>   (Cooperating Attorney)<br>P.O. Box 753<br>South Pasadena, CA 91030<br>Tel: (213) 977-9004<br>laboni@hoqlaw.com<br><br>S. Starling Marshall (*pro hac vice*)<br>CROWELL & MORING LLP<br>Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>Tel: (212)223-4000<br>SMarshall@crowell.com<br><br>Skye Mathieson (*pro hac vice*)<br>Lucy Hendrix (*pro hac vice* forthcoming)<br>Emily P. Golchini (*pro hac vice*)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave NW<br>Washington, DC 20004<br>Tel: (202)624-2500<br>SMatheison@crowell.com | 150 N. Michigan Ave, Suite 600<br>Chicago, IL 60601<br>Tel: (312) 201-9740<br>kfee@aclu-il.org<br><br>Lindsay Nako (*pro hac vice*)<br>Lori Rifkin (*pro hac vice*)<br>Fawn Rajbhandari-Korr (*pro hac vice*)<br>Meredith Dixon (*pro hac vice*)<br>Megan Flynn (*pro hac vice*)<br>IMPACT FUND<br>2080 Addison Street, Suite 5<br>Berkeley, CA 94704<br>Tel: (510) 845-3473<br>lrifkin@impactfund.org<br><br>Edward T. Waters (*pro hac vice*)<br>FELDESMAN LEIFER LLP<br>1129 20th Street NW, 4th Floor<br>Washington, DC 20036<br>Tel: (202) 466-8960<br>ewaters@feldesman.com |