The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; et. al., <br><br> Defendants. | Case No. 2:25-cv-00781-RSM <br><br> DEFENDANTS' MOTION TO STAY DEADLINE TO REPLY TO THE MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT <br><br> Noted for consideration: <br> October 15, 2025 |

Defendants hereby move for a stay of the deadline to file a reply to the Motion to Dismiss Plaintiffs' Second Amended Complaint. Dkts. 116, 125. The reply is currently due Friday, October 3, 2025. There are currently no other pending deadlines in this matter. Good cause exists for staying the proceedings in this case, and the interests of justice and judicial economy will be served by granting this motion.

//

DEFENDANTS' MOTION TO STAY DEADLINE TO REPLY TO THE MOTION TO DIMSISS PLAINTIFFS' SECOND AMENDED COMPLAINT
[2:25-cv-00781-RSM] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies, including the Department of Health and Human Services (HHS) with whom Department attorneys must coordinate their litigation activities in this case. The Department does not know when funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys and employees of HHS are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. The term "'emergencies involving the safety of human life or the protection of property' does not include ongoing, regular functions of government the suspension of which would not imminently threaten the safety of human life or the protection of property." *Id.* Therefore, the lapse in appropriations requires a reduction in the workforce of the United States Attorney's Office, particularly with respect to defending civil cases.

District courts have inherent power to stay proceedings in cases. *Oregon Mut. Ins. Co. v. Ham & Rye, LLC*, No. C10-579RJB, 2010 WL 2787852, at *3 (W.D. Wash. July 14, 2010). The "power to stay is 'incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'" *Id.* (citing *Landis v. North American Co.*, 299 U.S. 248, 254 (1936)). When determining whether to stay proceedings, a court should weigh the "competing interests which will be effected by the granting or refusal to grant a stay," including "the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay." *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1109 (9th Cir. 2005) (citing *Landis*, 299 U.S. at 254).

DEFENDANTS' MOTION TO STAY DEADLINE TO
REPLY TO THE MOTION TO DIMSISS PLAINTIFFS'
SECOND AMENDED COMPLAINT
[2:25-cv-00781-RSM] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

The above factors weigh in favor of granting a stay of the deadline to file a reply to the Motion to Dismiss Plaintiffs' Second Amended Complaint. Most Assistant United States Attorneys and support staff in the Civil Division will be furloughed for the duration of the lapse in appropriations and will be unable to perform critical case work. And many of the Department of Justice's federal agency partners, including at HHS, will be furloughed and unable to provide essential assistance in cases. The government is only requesting that the Court stay its reply brief on a pending motion to dismiss. The motion for a preliminary injunction, however, remains pending and is fully briefed.

Undersigned counsel for the Department of Justice therefore requests a stay of the deadline to file a reply to the Motion to Dismiss Plaintiffs' Second Amended Complaint until Congress has restored appropriations to the Department. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, the deadline for Defendants to file a reply be reset for seven days following reopening of the government.

Undersigned counsel contacted opposing counsel this morning and asked whether they opposed a request to stay the reply brief but did not hear back from them before this motion needed to be filed. The Government is unsure whether they object to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves to stay the deadline to file a reply to the Motion to Dismiss Plaintiffs' Second Amended Complaint until Department of Justice and HHS attorneys are permitted to resume their usual civil litigation functions.

//

//

DEFENDANTS' MOTION TO STAY DEADLINE TO
REPLY TO THE MOTION TO DIMSISS PLAINTIFFS'
SECOND AMENDED COMPLAINT
[2:25-cv-00781-RSM] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1    DATED this 1st day of October, 2025.

2                      Respectfully submitted,

REBECCA S. COHEN
Acting United States Attorney

*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
Email: kristin.b.johnson@usdoj.gov

Attorneys for Defendants

I certify that this motion contains 718 words, in compliance with the Local Civil Rules.

DEFENDANTS' MOTION TO STAY DEADLINE TO
REPLY TO THE MOTION TO DIMSISS PLAINTIFFS'
SECOND AMENDED COMPLAINT
[2:25-cv-00781-RSM] - 4

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970