UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; et. al.,<br><br>Defendants. | Case No. 2:25-cv-00781-RSM<br><br>ORDER GRANTING DEFENDANTS' MOTION TO STAY DEADLINE TO REPLY TO THE MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT |

The Court, having reviewed the pleadings and materials in this case, it is hereby **ORDERED** that:

Defendants' unopposed Motion to Stay Deadline to Reply to the Motion to Dismiss Plaintiffs' Second Amended Complaint, Dkt. #126, is GRANTED. The Reply deadline is stayed during the lapse in funding for the Department of Justice. Once funding is restored, Defendants are to notify the Court and the deadline for filing the Reply brief will be reset for seven days after that point.

DATED this 2nd day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE