The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM, ILLINOIS HEAD START ASSOCIATION, PENNSYLVANIA HEAD START ASSOCIATION, WISCONSIN HEAD START ASSOCIATION, FAMILY FORWARD OREGON, and PARENT VOICES OAKLAND, <br><br> *Plaintiffs*, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start*, <br><br> *Defendants*. | Case No. 2:25-cv-00781-RSM <br><br> **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Pursuant to Local Rule 7(n), Plaintiffs notify the Court of supplemental authority relevant to their pending Motion for a Preliminary Injunction, ECF No. 37.

First, on October 23, 2025, the United States District Court for the District of Rhode Island held that "new conditions and certifications foisted upon the grantees" by HHS and HUD, and that "are focused on compelling compliance with sweeping changes imposed by the executive branch by way of Executive Orders ('E.O.s') aimed at eliminating programs that are perceived as promoting gender ideology; diversity, equity, and inclusion; elective abortions; and antidiscrimination," are likely arbitrary and capricious in violation of the Administrative Procedure Act (APA), violative of the First Amendment, and unconstitutionally vague in violation of the Fifth Amendment. *Rhode Island Coalition Against Domestic Violence v. Kennedy*, 25-cv-342-MRD-PAS at 2, 17-25 (D.R.I. Oct. 23, 2025) (ECF No. 77). A copy of that decision is attached as Exhibit A. The order preliminarily sets aside the policies of HHS and HUD to impose the challenged grant conditions pursuant to 5 U.S.C. § 705 and preliminarily enjoins the defendants from enforcing those requirements or any substantially similar ones. *Id.* at 30-38.

Second, on September 23, 2025, the U.S. District Court for the Northern District of California held that HHS's (and other federal agencies') actions that implement Executive Orders imposing new conditions on federal grants, including the HHS Grant Policy Statement and HHS requirements to comply with applicable Executive Orders, likely violate the APA because they are arbitrary and capricious, in excess of HHS's statutory authority, and contrary to the Constitution, namely, the Separation of Powers and the Due Process Clause of the Fifth Amendment's prohibition on vagueness. *City of Fresno v. Turner*, No. 25-cv-7070-RS at 2-4, 5, 14-19, 22-34 (N.D. Cal. Sept. 23, 2025) (ECF No. 45). A copy of that decision is attached as Exhibit B.

Dated: October 27, 2025

Ming-Qi Chu (*pro hac vice*)
Jennesa Calvo-Friedman (*pro hac vice*)

Respectfully submitted,

By:   /s/   La Rond Baker
La Rond Baker (WSBA No. 43610)

| | | |
|---|---|---|
| 1 | Linda S. Morris* (*pro hac vice)* | Brent Low (WSBA No. 61795) |
| | *admitted in State of Maryland | David Montes (WSBA No. 45205) |
| 2 | Viviana Bonilla López (*pro hac vice*) | AMERICAN CIVIL LIBERTIES |

Linda S. Morris* (*pro hac vice)*
*admitted in State of Maryland
Viviana Bonilla López (*pro hac vice*)
Lee Gelernt (*pro hac vice* forthcoming)
Omar Jadwat (*pro hac vice* forthcoming)
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
mchu@aclu.org

Laboni A. Hoq (*pro hac vice*)
HOQ LAW APC
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
    (Cooperating Attorney)
P.O. Box 753
South Pasadena, CA 91030
Tel: (213) 977-9004
laboni@hoqlaw.com

S. Starling Marshall (*pro hac vice*)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212)223-4000
Smarshall@crowell.com

Skye Mathieson (*pro hac vice*)
Lucy Hendrix (*pro hac vice* forthcoming)
Emily P. Golchini (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 624-2500
Smatheison@crowell.com

Brent Low (WSBA No. 61795)
David Montes (WSBA No. 45205)
AMERICAN CIVIL LIBERTIES
    UNION OF WASHINGTON
P.O. BOX 2728
Seattle, Washington 98111-2728
Tel: (206) 624-2184
baker@aclu-wa.org

Kevin M. Fee (*pro hac vice*)
Allison Siebeneck (*pro hac vice*)
ROGER BALDWIN FOUNDATION OF
    ACLU, INC.
150 N. Michigan Ave, Suite 600
Chicago, IL 60601
Tel: (312) 201-9740
kfee@aclu-il.org

Lindsay Nako (*pro hac vice*)
Lori Rifkin (*pro hac vice*)
Fawn Rajbhandari-Korr (*pro hac vice*)
Meredith Dixon (*pro hac vice*)
Megan Flynn (*pro hac vice*)
IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Tel: (510) 845-3473
lrifkin@impactfund.org

Edward T. Waters (*pro hac vice*)
FELDESMAN LEIFER LLP
1129 20th Street NW, 4th Floor
Washington, DC 20036
Tel: (202) 466-8960
ewaters@feldesman.com