

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

NOV 7 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 25-7072 |
| Originating Case Number: | 2:25-cv-00781-RSM |
| Short Title: | Washington State Association of Head Start and Early Childhood Education and Assistance Program, et al. v. Kennedy, et al. |

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**

**Please read the enclosure materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 25-7072 |
| Originating Case Number: | 2:25-cv-00781-RSM |
| Case Title: | Washington State Association of Head Start and Early Childhood Education and Assistance Program, et al. v. Kennedy, et al. |

**Wednesday, November 12, 2025**

| | |
|---|---|
| Robert F. Kennedy, Jr. | Mediation Questionnaire due |
| United States Department of Health and Human Services | Mediation Questionnaire due |
| Andrew Gradison | Mediation Questionnaire due |
| Administration for Children and Families | Mediation Questionnaire due |
| Office of Head Start | Mediation Questionnaire due |
| Tala Hooban | Mediation Questionnaire due |

**Friday, December 5, 2025**

| | |
|---|---|
| Robert F. Kennedy, Jr. | Preliminary Injunction Opening Brief Due |
| United States Department of Health and Human Services | Preliminary Injunction Opening Brief Due |
| Andrew Gradison | Preliminary Injunction Opening Brief Due |
| Administration for Children and Families | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| Office of Head Start | Preliminary Injunction Opening Brief Due |
| Tala Hooban | Preliminary Injunction Opening Brief Due |

**Friday, January 2, 2026**

| | |
|---|---|
| Washington State Association of Head Start and Early Childhood Education and Assistance Program | Preliminary Injunction Answering Brief Due |
| Wisconsin Head Start Association | Preliminary Injunction Answering Brief Due |
| Illinois Head Start Association | Preliminary Injunction Answering Brief Due |
| Pennsylvania Head Start Association | Preliminary Injunction Answering Brief Due |
| Family Forward Oregon | Preliminary Injunction Answering Brief Due |
| Parent Voices Oakland | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**