The Honorable Ricardo S. Martinez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM, ILLINOIS HEAD START ASSOCIATION, PENNSYLVANIA HEAD START ASSOCIATION, WISCONSIN HEAD START ASSOCIATION, FAMILY FORWARD OREGON, and PARENT VOICES OAKLAND,<br><br>*Plaintiffs,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start,<br><br>*Defendants.* | Case No. 2:25-cv-00781-RSM<br><br>**DECLARATION OF ALLISON SIEBENECK IN SUPPORT OF MOTION TO FILE NON-PARTY DECLARATION IN PSEUDONYM** |

DECLARATION OF ALLISON SIEBENECK
IN SUPPORT OF MOTION TO FILE
NON-PARTY DECLARATION IN PSEUDONYM- 1
2:25-CV-00781-RSM

A.C.L.U. OF WASHINGTON
PO BOX 2728 SEATTLE, WA 98111-2728
(206) 624-2184

1  Pursuant to 28 U.S.C. § 1746, I, Allison Siebeneck, hereby declare and state:

2      Attached as Exhibit 1 is a true and correct copy of the Declaration of Mary Roe,

3 together with three exhibits to Roe's Declaration.

4      Pursuant to 28 U.S.C. § 1786, I declare under penalty of perjury that the foregoing is

5 true and correct.

7 Dated: December 5, 2025

8                    /s/ Allison Siebeneck

9                    Allison Siebeneck

DECLARATION OF ALLISON SIEBENECK      A.C.L.U. OF WASHINGTON
IN SUPPORT OF MOTION TO FILE            PO BOX 2728 SEATTLE, WA 98111-2728
NON-PARTY DECLARATION IN PSEUDONYM- 2  (206) 624-2184
2:25-CV-00781-RSM