The Honorable Ricardo S. Martinez

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM, ILLINOIS HEAD START ASSOCIATION, PENNSYLVANIA HEAD START ASSOCIATION, WISCONSIN HEAD START ASSOCIATION, FAMILY FORWARD OREGON, and PARENT VOICES OAKLAND,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start*,*<br><br>*Defendants*. | Case No. 2:25-cv-00781-RSM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SUPPLEMENT RECORD ON MOTION FOR A PRELIMINARY INJUNCTION** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
TO SUPPLEMENT RECORD ON MOTION FOR A
PRELIMINARY INJUNCTION - 1
2:25-CV-00781-RSM

A.C.L.U. OF WASHINGTON
PO BOX 2728 SEATTLE, WA 98111-2728
(206) 624-2184

The Court has considered Plaintiffs' Motion to Supplement the Record in support of Plaintiffs' pending Motion for a Preliminary Injunction, ECF No. 37, with the Declaration of Mary Roe and the Second Supplemental Declaration of Joel Ryan, together with the exhibits attached thereto. Because the Court finds these exhibits are relevant and probative of material issues, are offered in good faith, and will not unfairly prejudice the Defendants, Plaintiffs' motion is GRANTED and the preliminary injunction record is supplemented with this additional evidence.

IT IS SO ORDERED this _____ day of December, 2025.

_____
The Honorable Ricardo S. Martinez
UNITED STATES DISTRICT JUDGE

Presented by:

Ming-Qi Chu (*pro hac vice*)
Jennesa Calvo-Friedman (*pro hac vice*)
Linda S. Morris* (*pro hac vice*)
**admitted in State of Maryland*
Viviana Bonilla López (*pro hac vice*)
Lee Gelernt (*pro hac vice* forthcoming)
Omar Jadwat (*pro hac vice* forthcoming)
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
mchu@aclu.org

Laboni A. Hoq (*pro hac vice*)
HOQ LAW APC
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
    (Cooperating Attorney)
P.O. Box 753
South Pasadena, CA 91030
Tel: (213) 977-9004
laboni@hoqlaw.com

By:    /s/    David Montes
David Montes (WSBA No. 45205)
La Rond Baker (WSBA No. 43610)
Brent Low (WSBA No. 61795)
AMERICAN CIVIL LIBERTIES
    UNION OF WASHINGTON
P.O. BOX 2728
Seattle, Washington 98111-2728
Tel: (206) 624-2184
baker@aclu-wa.org

Kevin M. Fee (*pro hac vice*)
Allison Siebeneck (*pro hac vice*)
ROGER BALDWIN FOUNDATION OF
    ACLU, INC.
150 N. Michigan Ave, Suite 600
Chicago, IL 60601
Tel: (312) 201-9740
kfee@aclu-il.org

Lindsay Nako (*pro hac vice*)
Lori Rifkin (*pro hac vice*)
Fawn Rajbhandari-Korr (*pro hac vice*)
Meredith Dixon (*pro hac vice*)

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
TO SUPPLEMENT RECORD ON MOTION FOR A
PRELIMINARY INJUNCTION - 2
2:25-CV-00781-RSM

A.C.L.U. OF WASHINGTON
PO BOX 2728 SEATTLE, WA 98111-2728
(206) 624-2184

| | | |
|---|---|---|
| 1 | S. Starling Marshall (*pro hac vice*) | Megan Flynn (*pro hac vice*) |
| | CROWELL & MORING LLP | IMPACT FUND |
| 2 | Two Manhattan West | 2080 Addison Street, Suite 5 |
| | 375 Ninth Avenue | Berkeley, CA 94704 |
| 3 | New York, NY 10001 | Tel: (510) 845-3473 |
| | Tel: (212)223-4000 | lrifkin@impactfund.org |
| 4 | Smarshall@crowell.com | |
| 5 | | |
| | Skye Mathieson (*pro hac vice*) | Edward T. Waters (*pro hac vice*) |
| 6 | Lucy Hendrix (*pro hac vice* forthcoming) | FELDESMAN LEIFER LLP |
| | | 1129 20th Street NW, 4th Floor |
| 7 | Emily P. Golchini (*pro hac vice*) | Washington, DC 20036 |
| | CROWELL & MORING LLP | Tel: (202) 466-8960 |
| 8 | 1001 Pennsylvania Ave NW | ewaters@feldesman.com |
| | Washington, DC 20004 | |
| 9 | Tel: (202) 624-2500 | |
| 10 | Smatheison@crowell.com | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SUPPLEMENT RECORD ON MOTION FOR A PRELIMINARY INJUNCTION - 3
2:25-CV-00781-RSM

A.C.L.U. OF WASHINGTON
PO BOX 2728 SEATTLE, WA 98111-2728
(206) 624-2184