# Exhibit A

**From:** ███████████ (ACF) (CTR) <█████████@acf.hhs.gov>
**Sent:** Thursday, November 20, 2025 1:06 PM
**To:** ███████████
**Cc:** ███████████>
**Subject:** RE: question

Hi ███,

Thanks for reaching out. I can see where the confusion came from. I tried to send the message below on Tuesday, but it didn't go through. The application was returned because of the two items listed below.

"Hi ███████████,

I hope you are doing well. We are writing to inform you that your grant application has been returned HSES for required revisions. Your application was flagged for containing language that is not allowable under current federal guidance, and we must ask that you make the corrections listed below before resubmission.

Please complete the following actions no later than Wednesday, November 19, 2025:

- Remove the Eligibility and Selection Criteria document from your application package.
- Revise your Training and Technical Assistance (T/TA) Plan to remove all Diversity and Inclusion–related training activities.
- Resubmit the corrected application once the revisions are complete.

If you have any questions or need assistance in making these changes, please feel free to reach out.

Best,
███████"

███████████
Program Specialist, Contractor
U.S. Department of Health and Human Services
Administration for Children and Families
Office of Head Start
Office ███████████