| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 15 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD EDUCATION AND ASSISTANCE PROGRAM; et al.,

    Plaintiffs - Appellees,

 v.

ROBERT F. KENNEDY, Jr., in his official capacity as Secretary of Health and Human Services; et al.,

    Defendants - Appellants.

No. 25-7072

D.C. No. 2:25-cv-00781-RSM
Western District of Washington, Seattle

ORDER

The motion (Docket Entry No. 10) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This appeal is dismissed.

This order serves as the mandate of the court.

                FOR THE COURT:

                MOLLY C. DWYER
                CLERK OF COURT