The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM; ILLINOIS HEAD START ASSOCIATION; PENNSYLVANIA HEAD START ASSOCIATION; WISCONSIN HEAD START ASSOCIATION; FAMILY FORWARD OREGON; and PARENT VOICES OAKLAND,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start,<br><br>Defendants. | Case No. 2:25-cv-00781-RSM<br><br>DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO SUPPLEMENT THE RECORD ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
TO SUPPLEMENT THE RECORD ON PLAINTIFFS' MOTION
FOR A PRELIMINARY INJUNCTION
[2:25-cv-00781-RSM] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Defendants do not oppose Plaintiffs' motion to supplement the record, so long as Defendants are given the opportunity to respond to the new factual allegations in the proposed declaration and the new legal arguments in the motion. If Defendants are not given an opportunity to respond, they oppose the motion to supplement as unfairly prejudicial. *See Shijiazhuang Hongray Grp. v. World Trading 23 Inc.*, 2023 WL 6370924, at *2 (C.D. Cal. Aug. 14, 2023).

Given the breadth of the new factual allegations – pertaining to alleged actions involving two grantees in two different states – and the availability of declarants and U.S. Health and Human Services staff over the holidays, Defendants respectfully request thirty days to respond to the new factual allegations and legal arguments presented in Plaintiffs' motion to supplement.

DATED this 19th day of December, 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

*s/ Kristin B. Johnson*
KRISTIN B. JOHNSON, WSBA #28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone No. (206) 553-7970
Fax No. (206) 553-4073
Email: kristin.b.johnson@usdoj.gov

*Attorneys for Defendants*

I certify that this memorandum contains 129 words, in compliance with the Local Civil Rules.

DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION
TO SUPPLEMENT THE RECORD ON PLAINTIFFS' MOTION
FOR A PRELIMINARY INJUNCTION
[2:25-cv-00781-RSM] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970