1

The Honorable Ricardo S. Martinez

2

3

4

5

6

7
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
8
AT SEATTLE

9

10
WASHINGTON STATE ASSOCIATION OF
HEAD START AND EARLY CHILDHOOD
ASSISTANCE AND EDUCATION
11
PROGRAM, *et. al.*,

Case No. 2:25-cv-00781-RSM

**NOTICE AND STATUS REPORT**

12
                            Plaintiffs,

13
            v.

14
ROBERT F. KENNEDY, JR., in his official
capacity as Secretary of Health and Human
Services; *et. al.*,
15

16
                            Defendants.

17

18      On January 8, 2026, Defendants' counsel provided written notice of the Court's Order

19  Granting Motion for Preliminary Injunction to the Department of Health and Human Services, and

20  informed them of the need to immediately distribute the Court's Order to all named Defendants

21  and their officers, agents, servants, employees, contractors, representatives, and any other persons

22  who are in active concert or participation with them, including all employees and contractors, and

23  all Head Start agencies. *See* Exhibit A.

24

NOTICE AND STATUS REPORT
[2:25-cv-00781-RSM] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1    In-house counsel for HHS has represented to Defendants' counsel that written notice of the

2  Court's Order was issued to all Head Start grant recipients and to all HHS employees and

3  contractors today.

4    DATED this 9th day of January, 2026.

5    Respectfully submitted,

6    CHARLES NEIL FLOYD
     United States Attorney

7

8    *s/ Kristin B. Johnson*
     KRISTIN B. JOHNSON, WSBA #28189
9    Assistant United States Attorney
     United States Attorney's Office
10   700 Stewart Street, Suite 5220
     Seattle, Washington 98101-1271
11   Telephone No. (206) 553-7970
     Fax No. (206) 553-4073
12   Email: kristin.b.johnson@usdoj.gov

13   Attorneys for Defendants

14

15

16

17

18

19

20

21

22

23

24