The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM, ILLINOIS HEAD START ASSOCIATION, PENNSYLVANIA HEAD START ASSOCIATION, WISCONSIN HEAD START ASSOCIATION, FAMILY FORWARD OREGON, and PARENT VOICES OAKLAND,

*Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start,

*Defendants*.

Case No. 2:25-cv-00781-RSM

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO ENFORCE PRELIMINARY INJUNCTION**

A.C.L.U. OF WASHINGTON
PO BOX 2728 SEATTLE, WA 98111-2728
(206) 624-2184

1    The Court has considered Plaintiffs' Motion to Enforce the Court's Order issued on

2  January 6, 2026, Dkt. 141, along with the accompanying Declarations of Jennesa Calvo-

3  Friedman and Joel Ryan, together with the exhibits attached thereto. Because the Court finds

4  that Defendants have failed to comply with the terms of the Order, Plaintiffs' motion is

5  GRANTED. Defendants are hereby ordered to:

6    (1)  remove the DEIA certification from the HHS Grants Policy Statement for Head Start

7        agencies;

8    (2)  remove the DEIA certification from Notices of Award issued between January 6 and the

9        date of the order to enforce;

10    (3)  post a notice on webpages that link to the HHS Grants Policy Statement that Defendants

11        are enjoined from enforcing any DEIA certification against Head Start agencies;

12    (4)  review all other terms and conditions, policies, guidance, and other documents that apply

13        to Head Start agencies and confirm that none require a Head Start agency to make a

14        certification or representation that they do not engage DEIA;

15    (5)  reissue the notice to all Head Start agencies within the next 24 hours regarding the Court's

16        order which must state:

17      (a)  The notice replaces and clarifies the e-mail sent on January 9, 2026

18      (b)  The Defendants are enjoined from enforcing and/or implementing any portion of its

19          DEIA Ban, including but not limited to:

20          i.    The March 14, 2025 letter from ACF on federal funding restrictions related to

21              "diversity, equity, inclusion";

22          ii.   Any certifications or other representation related to the DEIA certification or

23              other similar requirement;

24          iii.  Any agency-wide directive banning "diversity, equality, inclusion and

25              accessibility";

26          iv.   Any modifications made to grant terms pursuant to the DEIA ban or similar

27

language;

          v.    Any similar action implementing the restrictions on "diversity, equality, inclusion and accessibility" contained in Executive Orders No. 14151, 90 Fed. Reg. 8339 (Jan. 29, 2025) ("Ending Radical and Wasteful Government DEI Programs and Preferencing") or No. 14173, 90 Fed. Reg. 8633 (Jan. 31, 2025) ("Ending Illegal Discrimination and Restoring Merit-Based Opportunity").

(c) Defendants may not take any enforcement action, including imposing any penalty, on Head Start agencies for participating in or promoting DEIA.

(6) File a status report within 24 hours that includes a statement of all actions the Defendants have taken since January 6, 2026, to comply with the Court's Order and a copy of the revised notice sent to Head Start agencies informing them of the Order.

IT IS SO ORDERED this _____ day of February, 2026.

_____
The Honorable Ricardo S. Martinez
UNITED STATES DISTRICT JUDGE

Presented by:

Ming-Qi Chu (*pro hac vice*)
Jennesa Calvo-Friedman (*pro hac vice*)
Linda S. Morris* (*pro hac vice)*
*admitted in State of Maryland*
Viviana Bonilla López (*pro hac vice*)
Lee Gelernt (*pro hac vice* forthcoming)
Omar Jadwat (*pro hac vice* forthcoming)
AMERICAN CIVIL LIBERTIES
    UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
Tel: (212) 549-2500
mchu@aclu.org

By: \_\_\_\_/s/\_\_\_La Rond Baker
La Rond Baker (WSBA No. 43610)
Brent Low (WSBA No. 61795)
David Montes (WSBA No. 45205)
AMERICAN CIVIL LIBERTIES
    UNION OF WASHINGTON
P.O. BOX 2728
Seattle, Washington 98111-2728
Tel: (206) 624-2184
baker@aclu-wa.org

Kevin M. Fee (*pro hac vice*)
Allison Siebeneck (*pro hac vice*)

[PROPOSED] ORDER GRANTING PLAINTIFFS'
EMERGENCY MOTION TO ENFORCE - 3
2:25-CV-00781-RSM

A.C.L.U. OF WASHINGTON
PO BOX 2728 SEATTLE, WA 98111-2728
(206) 624-2184

1   Laboni A. Hoq (*pro hac vice*)
2   HOQ LAW APC
    AMERICAN CIVIL LIBERTIES
3       UNION FOUNDATION
        (Cooperating Attorney)
4   P.O. Box 753
    South Pasadena, CA 91030
5   Tel: (213) 977-9004
    laboni@hoqlaw.com
6
7   S. Starling Marshall (*pro hac vice*)
    CROWELL & MORING LLP
8   Two Manhattan West
    375 Ninth Avenue
9   New York, NY 10001
    Tel: (212)223-4000
10  Smarshall@crowell.com
11
12  Skye Mathieson (*pro hac vice*)
    Lucy Hendrix (*pro hac vice*
    forthcoming)
13  Emily P. Golchini (*pro hac vice*)
    CROWELL & MORING LLP
14  1001 Pennsylvania Ave NW
    Washington, DC 20004
15  Tel: (202) 624-2500
16  Smatheison@crowell.com

ROGER BALDWIN FOUNDATION OF
    ACLU, INC.
150 N. Michigan Ave, Suite 600
Chicago, IL 60601
Tel: (312) 201-9740
kfee@aclu-il.org

Lindsay Nako (*pro hac vice*)
Lori Rifkin (*pro hac vice*)
Fawn Rajbhandari-Korr (*pro hac vice*)
Meredith Dixon (*pro hac vice*)
Megan Flynn (*pro hac vice*)
IMPACT FUND
2080 Addison Street, Suite 5
Berkeley, CA 94704
Tel: (510) 845-3473
lrifkin@impactfund.org

Edward T. Waters (*pro hac vice*)
FELDESMAN LEIFER LLP
1129 20th Street NW, 4th Floor
Washington, DC 20036
Tel: (202) 466-8960
ewaters@feldesman.com

17
18
19
20
21
22
23
24
25
26
27  [PROPOSED] ORDER GRANTING PLAINTIFFS'
    EMERGENCY MOTION TO ENFORCE - 4
    2:25-CV-00781-RSM

A.C.L.U. OF WASHINGTON
PO BOX 2728 SEATTLE, WA 98111-2728
(206) 624-2184