The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM; ILLINOIS HEAD START ASSOCIATION; PENNSYLVANIA HEAD START ASSOCIATION; WISCONSIN HEAD START ASSOCIATION; FAMILY FORWARD OREGON; and PARENT VOICES OAKLAND,<br><br>          Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start,<br><br>          Defendants. | Case No. 2:25-cv-00781-RSM<br><br>DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY |

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
[2:25-cv-00781-RSM] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

Pursuant to Local Civil Rule 7(n), Defendants hereby bring to the Court's attention relevant supplemental authority which was issued after the briefing was complete on Defendants' pending motion to dismiss. Dkt. 116.

Attached hereto is a copy of an Opinion issued today, February 6, 2026, by the Fourth Circuit Court of Appeals vacating the preliminary injunction relating to the Executive Orders directing executive agencies to end diversity, equity, and inclusion (DEI) programs within federal grant and contract processes, which was issued by the District Court of the District of Maryland. *See Nat'l Assoc. of Diversity Offices in Higher Educ., et. al. v. Donald J. Trump*, No. 25-1189.

DATED this 6th day of February, 2026.

                Respectfully submitted,

                *s/ Kristin B. Johnson*
                KRISTIN B. JOHNSON, WSBA #28189
                Assistant United States Attorney
                700 Stewart Street, Suite 5220
                Seattle, WA  98101-1271
                Telephone No. (206) 553-7970
                Fax No. (206) 553-4073
                Email: kristin.b.johnson@usdoj.gov
                Attorney for Defendants

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY
[2:25-cv-00781-RSM] - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970