The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM; ILLINOIS HEAD START ASSOCIATION; PENNSYLVANIA HEAD START ASSOCIATION; WISCONSIN HEAD START ASSOCIATION; FAMILY FORWARD OREGON; and PARENT VOICES OAKLAND, | Case No. 2:25-cv-00781-RSM<br><br>DECLARATION OF SHAWNA PINCKNEY |

                              Plaintiffs,

        v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start,

                              Defendants.

1

## DECLARATION OF SHAWNA PINCKNEY

I, SHAWNA PINCKNEY, make the following declaration in lieu of an affidavit, as permitted by Section 1746 of Title 28 of the United States Code.  I am aware that this declaration will be filed with the United States District Court for the Western District of Washington and that it is the legal equivalent of a statement under oath.

1.      I am the Acting Deputy Director, within the Office of Head Start (OHS), which is a component of the Administration of Children and Families (ACF) within the U.S. Department of Health and Human Services (HHS). I have held this position since November 10, 2025.

2.      The Acting Deputy Director provides oversight, guidance and strategy for the operational direction of program office. This includes program operations, policy and planning, comprehensive services and technical assistance, competitive grants, contracts and acquisitions, communications, and inter-agency coordination.

3.      ACF provides grants to public and private non-profit and for-profit agencies to provide comprehensive Head Start and Early Head Start child development services to economically disadvantaged children and families, consistent with the Head Start Act, 42 U.S.C. §§ 9831 *et seq.*

4.      I make this declaration in support of Defendant's opposition to Plaintiff's Motion for Protective Order, and to explain the basics of the OHS monitoring system and the standard monitoring scheduling process.

5.      The Office of Head Start (OHS) has a robust national monitoring system which includes Focus Area 1: Program Systems Review (FA1), Focus Area 2: Comprehensive Services Review (FA2), and Special Reviews.  All Head Start

programs receive an FA1 and FA2 during their 5-year grant cycle and special reviews are performed on an as-needed basis. My understanding is that the Plaintiff organization received an unannounced FA1 review. Key systems included in the FA1 review are program design, management and improvement; supporting safe and healthy learning environments; fiscal infrastructure; and eligibility, recruitment, selection, enrollment, and attendance.

6.    OHS conducts a total of roughly 380 FA1 and FA2 monitoring reviews per fiscal year.  The schedule for FA1 and FA2 reviews is established months before the start of the fiscal year. The FY2026 monitoring schedule was set in August 2025. Given the scheduling lead time and number of reviews there are typically calendar adjustments to the original national monitoring schedule and FY2026 was no different. The August 2025 schedule had 14 FA1 reviews scheduled to begin January 13, 2026 with four being unannounced. Due to operational adjustments the monitoring calendar was updated in November 2025 for a total of 16 FA1 reviews starting January 13, 2026 with three being unannounced. No further scheduling adjustments were made for those three unannounced reviews.  Scheduling is done by a contractor in conjunction with OHS. Scheduling decisions for the January 13, 2026 reviews did not take into consideration ongoing litigation and none of the visits were scheduled as retaliatory or as an attempt to intimidate witnesses.

7.    During the planning stages for the FY2026 monitoring season, the process was updated such that a small number of FA1 monitoring reviews would be unannounced. This is a change from previous years where unannounced FA1 monitoring reviews were rare. Other changes for the FA1 reviews in FY2026 were that the review event

includes on-site and virtual activities. These changes to the FY 2026 monitoring protocol can be found on Headstart.gov (*See* https://headstart.gov/federal-monitoring/article/fiscal-year-fy-2026-head-start-monitoring-protocols under FA1).

8. The FA1 review occurs early in the five-year grant period to ensure that grant recipients have a solid foundation to provide high-quality program services. The FA1 review protocol that is posted on the Headstart.gov website states; "OHS is conducting its program systems review early in the five year grant period to ensure that grant recipients have a solid foundation to provide high-quality program services." https://headstart.gov/sites/default/files/pdf/FA1ProtocolFY2026.pdf.

9. OHS's ability to monitor Head Start programs is an essential function of the agency and limiting OHS's ability to monitor would have negative effects on child and staff health and safety as well as the integrity of federal funds.


Dated: February 23, 2026
      Washington, DC

                                        _____

                                        Shawna Pinckney
                                        Acting Deputy Director
                                        Office of Head Start