The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WASHINGTON STATE ASSOCIATION OF HEAD START AND EARLY CHILDHOOD ASSISTANCE AND EDUCATION PROGRAM, ILLINOIS HEAD START ASSOCIATION, PENNSYLVANIA HEAD START ASSOCIATION, WISCONSIN HEAD START ASSOCIATION, FAMILY FORWARD OREGON, and PARENT VOICES OAKLAND,

*Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW GRADISON, in his official capacity as Acting Assistant Secretary of the Administration for Children and Families; ADMINISTRATION FOR CHILDREN AND FAMILIES; OFFICE OF HEAD START; and TALA HOOBAN, in her official capacity as Acting Director of the Office of Head Start,

*Defendants*.

Case No. 2:25-cv-00781-RSM

**NOTICE OF SUPPLEMENTAL AUTHORITY**

NOTICE OF SUPPLEMENTAL AUTHORITY    1
2:25-CV-00781-RSM

A.C.L.U. OF WASHINGTON
PO BOX 2728 SEATTLE, WA 98111-2728
(206) 624-2184

Pursuant to Local Rule 7(n), Plaintiffs notify the Court of supplemental authority relevant to Defendants' pending Motion to Dismiss, ECF No. 116.

On April 7, 2026, the U.S. District Court for the District of Rhode Island denied the motion to dismiss of defendants United States Department of Health and Human Services and Secretary Robert F. Kennedy in "a challenge brought by nineteen states and the District of Columbia seeking to invalidate Defendants' decision to overhaul HHS's structure and operations as an administrative agency." *New York v. Kennedy*, No. 1:25-cv-00196-MRD-PAS (D.R.I. Apr. 7, 2026).

The decision is attached to this filing.

| | |
|---|---|
| Dated: April 8, 2026 | Respectfully submitted, |
| Ming-Qi Chu (*pro hac vice*) | By:    /s/   La Rond Baker |
| Jennesa Calvo-Friedman (*pro hac vice*) | La Rond Baker (WSBA No. 43610) |
| Linda S. Morris* (*pro hac vice)* | Brent Low (WSBA No. 61795) |
| *admitted in State of Maryland* | David Montes (WSBA No. 45205) |
| Viviana Bonilla López (*pro hac vice* forthcoming) | AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON |
| Lee Gelernt (*pro hac vice* forthcoming) | P.O. BOX 2728 |
| Omar Jadwat (*pro hac vice* forthcoming) | Seattle, Washington 98111-2728 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Tel: (206) 624-2184 |
| 125 Broad Street, 18th Floor | baker@aclu-wa.org |
| New York, NY 10004 | |
| Tel: (212) 549-2500 | Kevin M. Fee (*pro hac vice*) |
| mchu@aclu.org | Allison Siebeneck (*pro hac vice*) |
| | ROGER BALDWIN FOUNDATION OF ACLU, INC. |
| Laboni A. Hoq (*pro hac vice*) | 150 N. Michigan Ave, Suite 600 |
| HOQ LAW APC | Chicago, IL 60601 |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | Tel: (312) 201-9740 |
| (Cooperating Attorney) | kfee@aclu-il.org |
| P.O. Box 753 | |
| South Pasadena, CA 91030 | Lindsay Nako (*pro hac vice*) |
| Tel: (213) 977-9004 | Lori Rifkin (*pro hac vice*) |
| laboni@hoqlaw.com | Fawn Rajbhandari-Korr (*pro hac vice*) |
| | Meredith Dixon (*pro hac vice*) |
| S. Starling Marshall (*pro hac vice*) | Megan Flynn (*pro hac vice*) |
| CROWELL & MORING LLP | IMPACT FUND |

| | |
|---|---|
| Two Manhattan West<br>375 Ninth Avenue<br>New York, NY 10001<br>Tel: (212)223-4000<br>Smarshall@crowell.com | 2080 Addison Street, Suite 5<br>Berkeley, CA 94704<br>Tel: (510) 845-3473<br>lrifkin@impactfund.org |
| Skye Mathieson (*pro hac vice*)<br>Lucy Hendrix (*pro hac vice* forthcoming)<br>Emily P. Golchini (*pro hac vice*)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave NW<br>Washington, DC 20004<br>Tel: (202) 624-2500<br>Smatheison@crowell.com | Edward T. Waters (*pro hac vice*)<br>FELDESMAN LEIFER LLP<br>1129 20th Street NW, 4th Floor<br>Washington, DC 20036<br>Tel: (202) 466-8960<br>ewaters@feldesman.com |